AO 120 (Rev. 2/99)

| TO: United States Patent and Trademark Office<br>Customer Service Window, Randolph Building<br>401 Dulany Street<br>Alexandria, VA 22314 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Northern District of California___ on the following ✔ Patents or G Trademarks:

| DOCKET NO.<br>CV 05-04158 JCS | DATE FILED<br>10/14/05 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16th Floor, Box 36060, S.F. CA 94102 |
|---|---|---|
| PLAINTIFF<br>THE BOARD OF TRUSTEES | | DEFENDANT<br>ROCHE MOLECULAR SYSTEMS, ET AL |

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **\*PLEASE SEE ATTACH COMPLAINT\*** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>G Amendment    G Answer    G Cross Bill    G Other Pleading |
|---|---|

| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gina Agustine-Rivas | DATE<br>October 17, 2005 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**

Dockets.Justia.com

AO 120 (Rev. 2/99)
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy