Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 5
10/25/2005 11:20 FAX                                                              ☒004
Case 3:05-cv-04158-MHP    Document 5    Filed 10/27/2005    Page 1 of 2

| Attorney Or Party Without Attorney (Name and Address) | Telephone: 650-843-5000 | FOR COURT USE ONLY |
|---|---|---|
| COOLEY GODWARD, LLP<br>FIVE PALO ALTO SQUARE<br>PALO ALTO, CA 94306 | Ref. No. Or File No. 253218 | |

Attorney for:

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT -SAN JOSE
UNITED STATES DISTRICT COURT-SAN JOSE

Plaintiff:
BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY

Defendant:
ROCHE MOLECULAR SYSTEMS

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C05 0504158 JCS |

I, Heather Roudebush, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS AND COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : ROCHE DIAGNOSTICS CORPORATION

By Serving       : STEVE A OLDHAM, AGENT FOR SERVICE

Address          : 9115 HAGUE RD, INDIANAPOLIS, IN 46256
Date & Time      : Monday, October 17, 2005 @ 11:57 am
Witness fees were : Not applicable.

Person serving:
Heather Roudebush
**PROFESSIONAL LEGAL SERVICES, INC.**
P.O. Box 28404, San Jose, CA 95159
408-247-1574    Fax 408-554-0855

a. Fee for service: $149.75
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 24, 2005                      Signature: _Heather Roudebush_
                                                        Heather Roudebush


Printed on recycled paper

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

ROCHE MOLECULAR SYSTEMS, INC.; ROCHE
DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS
OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.

CASE NUMBER:

C05 04158

JCS
E-filing
ADR

TO: (Name and address of defendant)
Roche Diagnostics Corporation
9115 Hague Road
Indianapolis, IN 46256
   Agent of Service: Steve A. Oldham

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen C. Neal
Ricardo Rodriguez
Michelle S. Rhyu
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_____
(BY) DEPUTY CLERK

DATE OCT 14 2005

NDCAO440