Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 6

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ricardo Rodriguez, 173003<br>COOLEY GODWARD, LLP<br>101 California Street 5th Floor<br>San Francisco, CA 94111-580<br>TELEPHONE NO.: (415) 693-2312<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113 | |

| PLAINTIFF/PETITIONER: The Board of Trustees of the Leland Stanford Junio | CASE NUMBER:<br>C05-04158 **BY FAX** |
|---|---|
| DEFENDANT/RESPONDENT: Roche Molecular Systems, Inc., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>197110-202 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint; Demand for Jury Trial, Order Setting Initial CMC and other instructions, Civil cover sheet, Summo

3. a. Party served: Roche Molecular Systems, Inc.

    b. Person Served: Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
    LOS ANGELES, CA 90017

5. I served the party
    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): October 14, 2005    (2) at (time): 3:35 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    c. on behalf of:

    Roche Molecular Systems, Inc.

    under:    CCP 416.10 (corporation)

7. Person who served papers
    a. Name:    Jimmy Lizama
    b. Address:    One Legal, Inc. - 132-Marin
        504 Redwood Blvd #223
        Novato, CA 94947
    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 14.95
    e. I am:
        (3) registered California process server.
            (i) Employee or independent contractor.
            (ii) Registration No.: 4553
            (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 17, 2005

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6609393

Dockets.Justia.com

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ROCHE MOLECULAR SYSTEMS, INC.; ROCHE
DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS
OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.

C 05 04158 ADF JCS

E-filing

TO: (Name and address of defendant)
Roche Molecular Systems, Inc.
4300 Hacienda Drive
Pleasanton, CA  94588
   Agent of Service:  CT Corporation System
                     818 West Seventh Street
                     Los Angeles, CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen C. Neal
Ricardo Rodriguez
Michelle S. Rhyu
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  OCT 1 4 2005

_Rita Betancourt_
(BY) DEPUTY CLERK

NDCAO440