1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100
   Email: adrianpruetz@quinnemanuel.com
5        jeffboozell@quinnemanuel.com

6     Robert W. Stone (Bar No. 163513)
   555 Twin Dolphin Drive, Suite 560
7  Redwood Shores, California  94065
   Telephone:  (650) 801-5000
8  Facsimile: (415) 801-5100
   Email: robertstone@quinnemanuel.com

9

10 Attorneys for Defendants Roche Molecular Systems, Inc.;
   Roche Diagnostics Corporation; and
11 Roche Diagnostics Operations, Inc.

12

13                    **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15

16 THE BOARD OF TRUSTEES OF THE LELAND    )   CASE NO. C-05-04158 JCS
   STANFORD JUNIOR UNIVERSITY,            )
                                          )   **STIPULATION TO EXTEND TIME**
17              Plaintiff,                )   **FOR DEFENDANTS ROCHE**
                                          )   **MOLECULAR SYSTEMS, INC.;**
18     v.                                 )   **ROCHE DIAGNOSTICS**
                                          )   **CORPORATION; AND ROCHE**
19 ROCHE MOLECULAR SYSTEMS, INC.; ROCHE   )   **DIAGNOSTICS OPERATIONS,**
   DIAGNOSTICS CORPORATION; ROCHE         )   **INC. TO RESPOND TO THE**
20 DIAGNOSTICS OPERATIONS, INC.; ROCHE    )   **COMPLAINT; AND**
   DIAGNOSTIC SYSTEMS, INC.               )
21                                        )   **STIPULATION TO EXTEND**
                Defendants.               )   **TIME FOR PLAINTIFF BOARD**
22                                        )   **OF TRUSTEES OF THE LELAND**
                                          )   **STANFORD JUNIOR**
23 _____    )   **UNIVERSITY TO RESPOND TO**
                                              **DEFENDANTS'**
24                                            **COUNTERCLAIMS; AND**

25                                            **[PROPOSED] ORDER THEREON**

26

27

28

STIPULATION TO EXTEND TIME
Case No. C-05-04158 JCS

Dockets.Justia.com

1    WHEREAS, defendants Roche Molecular Systems, Inc.; Roche Diagnostics

2 Corporation; and Roche Diagnostics Operations, Inc. ("Roche") and plaintiff Board of Trustees

3 of The Leland Stanford Junior University ("Stanford") have agreed to extend the time that Roche

4 has to respond to Stanford's Complaint from November 3, 2005 until November 17, 2005;

5    WHEREAS, Roche and Stanford have further agreed to extend the time that Stanford

6 has to respond to Roche's response to Stanford's Complaint; and

7    WHEREAS, Roche has received no other extensions of time to answer or otherwise

8 respond to the Complaint;

9    THEREFORE, pursuant to Civil L.R. 6-1, Roche and Stanford, by and through their

10 respective counsel, hereby stipulate and agree, as follows:

11    (1)    Roche's last day on which to answer or otherwise respond to the Complaint is

12 November 17, 2005; and

13    (2)    Stanford's last day on which to respond to Roche's response to Stanford's

14 Complaint is December 21, 2005.

15
DATED: November 2, 2005            QUINN EMANUEL URQUHART OLIVER &
16                                   HEDGES, LLP

17
                                   By____/s/_____
18                                      Robert W. Stone
                                        Attorneys for Defendants
19

20
DATED: November 2, 2005            COOLEY GODWARD, LLP
21

22                                 By____/s/_____
                                      Michelle Rhyu
23                                    Attorneys for Plaintiff

24

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26
DATED: _____    _____
27                                United States Magistrate Court Judge

28

STIPULATION TO EXTEND TIME
Case No. C-05-04158 JCS                      -2-