1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Adrian M. Pruetz (Bar No. 118215)
2     Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100
   Email: adrianpruetz@quinnemanuel.com
5          jeffboozell@quinnemanuel.com

6     Robert W. Stone (Bar No. 163513)
   555 Twin Dolphin Drive, Suite 560
7  Redwood Shores, California  94065
   Telephone:  (650) 801-5000
8  Facsimile:  (415) 801-5100
   Email: robertstone@quinnemanuel.com
9

10 Attorneys for Defendants Roche Molecular Systems, Inc.;
   Roche Diagnostics Corporation; and
11 Roche Diagnostics Operations, Inc.

12

13                         **UNITED STATES DISTRICT COURT**

14                         **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 JCS |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC. | |
| Defendants. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. C-05-04158 JCS

1  Pursuant to Civil L.R. 3-16, the undersigned counsel for defendants Roche Molecular
2  Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. certifies
3  that as of this date, other than the named parties to this action, there is no known entity or person
4  that has a financial or other interest in the subject matter in controversy or in a party to the
5  proceeding that could be substantially affected by the outcome of this proceeding.

7  DATED: November 2, 2005          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

10              By_____/s/_____
                   Robert W. Stone
                   Attorneys for Defendants