COOLEY GODWARD LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**DEMAND FOR JURY TRIAL** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

/ / /

/ / /

/ / /

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

714193 v1/PA

**CASE NO. C 05 04158 JCS**

Dated: November 2, 2005

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

/s/
———————————————————
Ricardo Rodriguez
Attorneys for Plaintiff The Board of Trustees of the Leland Stanford Junior University

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

714193 v1/PA

2.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR U S DISTRICT JUDGE**
**CASE NO. C 05 04158 JCS**