**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES,<br><br>    Plaintiff(s),<br><br>  v.<br><br>ROCHE MOLECULAR SYSTEMS,<br><br>    Defendant(s).<br>                                            / | No. C 05-04158 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, February 13, 2006, at 4:00 p.m.** A Joint Case Management Statement is due ten days prior to the conference. Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                       Richard W. Wieking<br>
                                                       Clerk, U.S. District Court

Dated: November 10, 2005                          Anthony Bowser, Deputy Clerk to the<br>
                                                       Honorable Marilyn Hall Patel<br>
                                                                (415) 522-3140