COOLEY GODWARD LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:     (650) 843-5000
Fax:    (650) 857-0663

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT AS TO ROCHE DIAGNOSTIC SYSTEMS, INC.** |

**WHEREAS**, The Board of Trustees of the Leland Stanford Junior University ("Stanford") filed a complaint for patent infringement in the above-captioned matter ("Complaint");

**WHEREAS**, Stanford named Roche Diagnostic Systems, Inc. ("RDS") as a defendant in the Complaint;

**WHEREAS**, co-defendants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. ("co-defendants") have represented to Stanford that RDS merged with Boehringer Mannheim and the merged entity was renamed Roche Diagnostics Corporation;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

714635 v1/PA

**STIPULATION OF DISMISSAL FOR RDS**
**CASE NO. C 05 04158 JCS**

Dockets.Justia.com

1  **WHEREAS**, co-defendants have represented to Stanford that RDS no longer exists as a separate entity;

3  **WHEREAS**, co-defendants have represented to Stanford that one or more co-defendants has all of the rights and liabilities of the former RDS;

5  **THEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel of record, hereby stipulate that Roche Diagnostic Systems, Inc. is dismissed as a defendant in this action, without prejudice.

**EXECUTED** this 17th day of November, 2005.

**STIPULATED AND AGREED**:

Dated: November 17, 2005

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_____
Ricardo Rodriguez
Attorneys for Plaintiff The Board of Trustees of the Leland Stanford Junior University

Dated: November 17, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE

/s/
_____
Robert W. Stone
Attorneys for Defendants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

714635 v1/PA

2.

**STIPULATION OF DISMISSAL FOR RDS**
**CASE NO. C 05 04158 JCS**

1     **WHEREAS**, co-defendants have represented to Stanford that RDS no longer exists as a separate entity;

    **WHEREAS**, co-defendants have represented to Stanford that one or more co-defendants has all of the rights and liabilities of the former RDS;

    **THEREFORE**, pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel of record, hereby stipulate that Roche Diagnostic Systems, Inc. is dismissed as a defendant in this action, without prejudice.

**EXECUTED** this 17th day of November, 2005.

    **STIPULATED AND AGREED**:

Dated: November 17, 2005

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_/s/ Ricardo Rodriguez_
Ricardo Rodriguez
Attorneys for Plaintiff The Board of Trustees of the Leland Stanford Junior University

Dated: November 17, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE

Robert W. Stone
Attorneys for Defendants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.