Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 17
Case 3:05-cv-04158-MHP   Document 17   Filed 11/17/2005   Page 1 of 2

1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
4  Facsimile:   (213) 443-3100
   E-Mail:      adrianpruetz@quinnemanuel.com
5               jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     TJ Chiang (Bar No. 235165)
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (415) 801-5100
9  E-Mail:      robertstone@quinnemanuel.com
                tjchiang@quinnemanuel.com
10
   Attorneys for Defendants and Counterclaimants
11 Roche Molecular Systems, Inc.; Roche
   Diagnostics Corporation; and Roche Diagnostics
12 Operations, Inc.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 16 | |
| 17            Plaintiff, | |
|     vs. | COUNTERCLAIMANTS' DEMAND FOR JURY TRIAL |
| 18 | |
| 19  ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC., | |
| 20 | |
| 21            Defendants. | |
| 22  ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 23 | |
| 24            Counterclaimants, | |
| 25     vs. | |
| 26  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN. | |
| 27 | |
| 28            Counterclaim Defendants. | |

04972/1060535.2

Dockets.Justia.com

## DEMAND FOR JURY TRIAL

Counterclaimants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. hereby demand a jury trial on each of the causes of action in their counterclaim of today's date.

DATED: November 17, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
Robert W. Stone (Bar No. 163513)
Attorneys for Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.