# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: February 13, 2006

Case No.   C 05-4158  MHP            Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Ricardo Rodriquez, Stephan Neal
            Dft: Adrian Pruetz, Robert Stone, Robert Mann

Deputy Clerk: Anthony Bowser   Court Reporter: Joan Columbini

## PROCEEDINGS

1)   Case Management Conference

2)

3)

## ORDERED AFTER HEARING:

Outstanding claims dismissed; Defendant to submit within one week a discovery plan if initial scope waa limited to contra issues and questions a jury would have to answer in such a trial; Plaintiff to file the same within one week thereafter;

A further status conference set for 3/6/2006 at 3:00 pm;

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: February 13, 2006

Case No.   C 05-4158  MHP              Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Ricardo Rodriquez, Stephan Neal
            Dft: Adrian Pruetz, Robert Stone, Robert Mann

Deputy Clerk:  Anthony Bowser   Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Outstanding claims dismissed; Defendant to submit within one week a discovery plan if initial scope waa limited to contra issues and questions a jury would have to answer in such a trial; Plaintiff to file the same within one week thereafter;

A further status conference set for 3/6/2006 at 3:00 pm;