| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| 2 | STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com) <br> RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com) |
| 3 | MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com) <br> Five Palo Alto Square |
| 4 | 3000 El Camino Real <br> Palo Alto, CA  94306-2155 |
| 5 | Tel:   (650) 843-5000 <br> Fax:  (650) 857-0663 |
| 6 | Attorneys for Plaintiff and Counterclaim Defendant, |
| 7 | THE BOARD OF TRUSTEES OF THE LELAND STANFORD <br> JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS |
| 8 | MERIGAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Defendants. | Case No.  C 05 04158 MHP <br><br> **STANFORD UNIVERSITY AND DR. MERIGAN'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXS. D AND H TO THE DECLARATION OF RICARDO RODRIGUEZ IN SUPPORT OF IT'S RESPONSE TO DEFENDANTS' PROPOSED DISCOVERY PLAN REGARDING THE CONTRACT ISSUES** |
| ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Counterclaimants, <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN, <br><br> Counterclaim Defendants. | |

COOLEY GODWARD LLP <br> ATTORNEYS AT LAW <br> PALO ALTO

721611 v1/PA

**ADMIN. REQUEST RE FILING EXS. D & H UNDER SEAL ISO PLFS' RESPONSE TO PROPOSED DISCOVERY PLAN, CASE NO. C-05-04158 MHP**

Dockets.Justia.com

1  This Administrative request is submitted in support of Plaintiffs' Response to Roche's
2  Proposed Discovery Plan Regarding the Contract Issues.
3  In accordance with Civil Local Rule 79-5(d), plaintiffs request that the following
4  confidential exhibits attached to the Declaration of Ricardo Rodriguez, submitted herewith, be
5  filed under seal:
6  (1) Exhibit D, a copy of the Assets Purchase Agreement by and between Hoffmann-La
7  Roche Inc. and Cetus Corporation, dated July 19, 1991.
8  (2) Exhibit H, a copy of the Non-Exclusive Consulting Agreement by and between Cetus
9  Corporation and Thomas C. Merigan, M.D., effective April 19, 1991.

/s/
Ricardo Rodriguez

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

721611 v1/PA

1.

**ADMIN. REQUEST RE FILING EXS. D & H UNDER SEAL ISO PLFS' RESPONSE TO PROPOSED DISCOVERY PLAN, CASE NO. C-05-04158 MHP**