# Exhibit H

COOLEY GODWARD LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:  (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | Case No. C 05 04158 MHP<br><br>**EXHIBIT H TO THE DECLARATION OF RICARDO RODRIGUEZ IN SUPPORT OF STANFORD UNIVERSITY AND DR. MERIGAN'S RESPONSE TO ROCHE'S PROPOSED DISCOVERY PLAN REGARDING THE CONTRACT ISSUES**<br><br>**MANUAL FILING NOTIFICATION** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐ Voluminous Document (PDF size larger than the efiling system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):_____

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☐ Other_____