Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al

# Exhibit J

PAGES 1 - 26

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN HALL PATEL

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, ) ) ) PLAINTIFF, ) ) VS. ) ) ROCHE MOLECULAR SYSTEMS, ET AL., ) ) DEFENDANTS. ) ) ) | COPY<br><br>NO. C 05-4158 MHP<br><br>SAN FRANCISCO, CALIFORNIA<br>MONDAY<br>FEBRUARY 13, 2006 |

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFF            COOLEY GODWARD, LLP
                         FIVE PALO ALTO SQUARE
                         3000 EL CAMINO REAL
                         PALO ALTO, CALIFORNIA  94306
                    BY:  **STEPHEN C. NEAL, ESQUIRE**
                         **RICARDO RODRIGUEZ, ESQUIRE**

FOR DEFENDANTS           QUINN, EMANUEL, URQUHART, OLIVER
                          & HEDGES LLP
                         865 SOUTH FIGUEROA STREET, 10TH FLOOR
                         LOS ANGELES, CALIFORNIA  90017
                    BY:  **ADRIAN M. PRUETZ, ESQUIRE**


(FURTHER APPEARANCES ON NEXT PAGE)

*REPORTED BY:*  JOAN MARIE COLUMBINI, CSR 5435, RPR
                OFFICIAL COURT REPORTER, U.S. DISTRICT COURT

```
 1  DEADLINE COMES AND FOR SOME REASON THERE'S STILL FURTHER
 2  DISCUSSION ON THIS, THAT THEY WOULD ACTUALLY PROVIDE --
 3          THE COURT:  THERE WON'T BE FURTHER DISCUSSION.  I AM
 4  GOING TO MAKE MY MIND UP ONE WAY OR THE OTHER, AND YOU ARE
 5  GOING TO KNOW ON MARCH 6TH.  AT LEAST I WOULD LIKE TO BE A
 6  LITTLE MORE INFORMED IN TERMS OF WHAT YOU REALLY PICTURE AND
 7  WHAT YOU PICTURE.
 8          MR. RODRIGUEZ:  YOUR HONOR, SHOULD WE GO AHEAD AND
 9  EXCHANGE OUR DISCOVERY?
10          THE COURT:  WHATEVER DISCOVERY YOU HAVE OUTSTANDING
11  YOU SHOULD ANSWER IT IN A TIMELY FASHION.
12          YOU KNOW, ALSO, ONE WARNING WITH RESPECT TO
13  DISCOVERY DISPUTES.  I DON'T KNOW WHAT IT IS ABOUT PATENT CASES
14  BUT EVERYWHERE YOU GO, AND NOT JUST IN THIS DISTRICT, BUT IN
15  EVERY DISTRICT IN THE COUNTRY WHERE THEY HAVE PATENT CASES AND
16  JUDGES TALK ABOUT THE BANE OF DISCOVERY, THAT THE MOST
17  CONTENTIOUS BUNCH OF PEOPLE YOU COME UP AGAINST ARE THE PATENT
18  LAWYERS FOR SOME REASON.
19          IF THE STAKES ARE PERCEIVED TO BE HIGH MONETARILY,
20  WHATEVER -- I DON'T WANT TO HAVE TO DEAL WITH DISCOVERY
21  DISPUTES.  I'M NOT GOING TO WASTE A MAGISTRATE JUDGE'S TIME AND
22  LET PAPER PILE UP.  I WON'T ACCEPT PAPER ON IT.  YOU HAVE A
23  PROBLEM, YOU TRY TO WORK IT OUT AND MAKE A GOOD FAITH EFFORT TO
24  WORK IT OUT.  IF YOU CAN'T, I DO IT BY PHONE CONFERENCE.  I
25  DON'T WANT A LOT OF MOTIONS TO COMPEL AND MOTIONS FOR
```

## CERTIFICATE OF REPORTER

I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN C 05-04158 MHP, BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY V. ROCHE MOLECULAR SYSTEMS, ET AL., WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.

_____
JOAN MARIE COLUMBINI, CSR 5435, RPR
THURSDAY, FEBRUARY 16TH, 2006