# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: March 6, 2006

Case No.   C 05-4158  MHP            Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Ricardo Rodriquez, Stephan Neal
            Dft: Adrian Pruetz,  Robert Mann

Deputy Clerk:  Anthony Bowser   Court Reporter: Joan Columbini

## PROCEEDINGS

1)   Status  Conference

## ORDERED AFTER HEARING:

Counterclaim issues, Proposed issues on upcoming summary judgment motions discussed; Discovery to be limited to ownership issue, to be completed by end of July 31, 2006;   Counsel to meet and confer re outstanding discovery requests; Depositions limited to 6/side re ownership;

Briefing schedules as follows:

    Cross Motions re summary judgment to be filed by 8/14/2006;
    Responses to be filed by 8/28/2006;
    No replies;
    Motions to be heard 2:00 pm on 9/11/2006;