**Cooley Godward LLP**

ATTORNEYS AT LAW

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA
94306-2155
Main    650 843-5000
Fax     650 857-0663

www.cooley.com

RICARDO RODRIGUEZ
(650) 843-5046
rr@cooley.com

Broomfield, CO
720 566-4000
Reston, VA
703 456-8000
San Diego, CA
858 550-6000
San Francisco, CA
415 693-2000
Washington, DC
202 842-7800

May 18, 2006

VIA E-FILE

Mr. Anthony Bowser
Courtroom Deputy, Judge Patel
United States District Court
Northern District of California
450 Golden Gate Ave., Courtroom 15
San Francisco, CA 94102

Re:    Stanford University v. Roche Molecular Systems, et al.
        Case No. C 05-04158 MHP

Dear Mr. Bowser:

I write to confirm that we have a conference call to discuss discovery issues with Judge Patel at 10:30 a.m. on Tuesday, May, 23, 2006.

Sincerely,


Ricardo Rodriguez

cc:    Jeremy Burns, Esq.

RR:dse

727571 v1/PA