## ORDER APPROVING AND MODIFYING STIPULATED PROTECTIVE ORDER

### IN C 05-4158 MHP *Board of Trustees  -v- Roche Molecular Systems et al*

The above (attached) stipulation re confidentiality is approved except as follows:

1) Counsel shall narrowly tailor the documents, materials or papers that come within this order

2) As applied to documents, materials or papers filed with the court, this order shall be used sparingly to cover only those items that are clearly trade secret, come within clearly defined areas of privileges accepted in the federal courts, or have a <u>compelling</u> need for confidentiality.

3) Documents, material or papers submitted as exhibits to or in support of motions or for pretrial, trial or other court proceedings shall not be filed under seal except by order the court.  The parties are reminded that the federal courts are public fora and matters to be heard by the court are conducted publicly.  Furthermore, documents, materials or other papers submitted as exhibits will remain as part of the court record and may not be withdrawn without order of the court.

4) Under no circumstances shall memoranda or pleadings required to be filed with the court pursuant to the Federal Rules of Civil Procedure or the Civil Local Rules of this District be filed under seal.

**IT IS SO ORDERED.**

Dated: May 19, 2006

                                            MARILYN HALL PATEL
                                             United States District Judge

Dockets.Justia.com