**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 23, 2006

Case No.   C 05-4158  MHP            Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Ricardo Rodriquez
            Dft: Robert Stone

Deputy Clerk:  Anthony Bowser   Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Telephonic Discovery Dispute

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Matter deemed submitted; Counsel to submit order memorializing hearing; Depositions limits increased to ten/side, and should focus on 730/705 issues; Counsel to submit further briefing (ten page limit) within one week re privilege attained or waived issues; Court makes bench order instructing counsel for both sides to have parties listed on disclosures to be made available for interviews prior to depositions.