Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 35 Att. 2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Kozal et al.

| | |
|---|---|
| Application No.: 07/883,327 | Art Unit: Not Assigned |
| Filed: May 14, 1992 | Examiner: Not Assigned |
| For: POLYMERASE CHAIN REACTION ASSAYS FOR MONITORING ANTIVIRAL THERAPY AND MAKING THERAPEUTIC DECISIONS IN THE TREATMENT OF ACQUIRED IMMUNODEFICIENCY SYNDROME | Attorney Docket No.: 7627-002 |

### DECLARATION OF MICHAEL J. KOZAL, M.D.

Honorable Commissioner of Patents and Trademarks
Box AF
Washington, D.C. 20231

Sir:

I, Michael J. Kozal, M.D., do hereby declare the following:

1. I am an originally named coinventor of the above-referenced application.

2. Since mid-summer of 1991 I have been a postdoctoral research fellow in the Division of Infectious Diseases at Stanford University, and have performed research involving the subject matter of the above-referenced application in the laboratory of coinventor Dr. Thomas Merigan.

3. In April, 1992, I prepared with Dr. Merigan an Invention Disclosure statement for the Office of Technology Licensing at Stanford University. This Invention Disclosure presents the results of research performed by or under the direction of Dr. Merigan and me.

4. I have never attempted to mislead or deceive the law firm of Pennie & Edmonds, the PTO, Stanford University or the scientific community concerning my role or the role of others in making the invention disclosed in the above-referenced application.

5. As an employee of Stanford University, I am required to assign my rights in the above-referenced application to the University. Therefore I will have no ownership interest in the application.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Respectfully submitted,

Date 11/16/92

Michael J. Kozal, M.D.

STAN 006334

Dockets.Justia.com