1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
4  Facsimile:   (213) 443-3100
   E-Mail:      adrianpruetz@quinnemanuel.com
5               jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     Brian C. Cannon (Bar No. 193071)
7    T.J. Chiang (Bar No. 235165)
   555 Twin Dolphin Drive, Suite 560
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (415) 801-5100
   E-Mail:     robertstone@quinnemanuel.com
10             tjchiang@quinnemanuel.com

11 Attorneys for Defendants and Counterclaimants
   Roche Molecular Systems, Inc.; Roche
12 Diagnostics Corporation; and Roche Diagnostics
   Operations, Inc.
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 17            Plaintiff, | |
| 18       vs. | DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' BRIEF ON STANFORD'S WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION CONCERNING INVENTORSHIP |
| 19  ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 21            Defendants. | |
| 22  ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 24            Counterclaimants, | |
| 25       vs. | |
| 26  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN. | |
| 28            Counterclaim Defendants. | |

Case No. C-05-04158 MHP
DECLARATION OF T.J. CHIANG

I, Tun-Jen Chiang, declare:

1. I am an attorney at law licensed to practice in the State of California and an associate attorney at the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for defendants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. I make this declaration of personal, first-hand knowledge and, if called and sworn as a witness, I could and would testify competently as to the following:

2. Attached hereto as Exhibit A is a true and correct copy of a document in the file history of United States Patent No. 6,503,705, bearing a date stamp of the United States Patent and Trademark Office stating that it was received on June 6, 1995, addressed to the Commissioner of Patents and Trademarks, and stating on its face that it is the Declaration of Thomas C. Merigan, Jr., M.D.

3. Attached hereto as Exhibit B is a true and correct copy of a document in the file history of United States Patent No. 6,503,705, bearing a date stamp of the United States Patent and Trademark Office stating that it was received on June 6, 1995, addressed to the Commissioner of Patents and Trademarks, and stating on its face that it is the Declaration of Barry W. Elledge, Ph.D.

4. Attached hereto as Exhibit C is a true and correct copy of a document in the file history of United States Patent No. 6,503,705, stating on its face that it is a Decision on Petition under 37 C.F.R. § 1.48(a), and stating on its face that the § 1.48(a) petition to correct inventorship is Granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May, 2006, at Redwood Shores, California.

                                                 /s/ Tun-Jen Chiang
                                                 Tun-Jen Chiang