# EXHIBIT C

Dockets.Justia.com

UNITE_ _ARTMENT OF COMMERCE
Patent an__ _aen __ Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231.    08 / 470885

Paper No. 6

REFERRED TO _____

COPY MAILED

Pennie & Edmonds
1155 Avenue of the Americas    REC'D MAY 1 3 1994
New York, N.Y. 10036-2711

PENNIE & EDMONDS

O.K. for filing_____

MAY 1 0 1994

SPECIAL PROGRAMS OFFICE
___ ___ PATENTS

In re Application of          :
Michael Kozal, et al          :
Serial No. 07/883,327         :    DECISION ON PETITION UNDER
Filed: May 14, 1992           :    37 CFR 1.48(a)
Attorney Docket No. 7627-002  :


This is a decision on a November 19, 1992 petition under 37 CFR
1.48(a), requesting correction of the inventorship and on the
paper of September 29, 1993 filed in support thereof, which
timely responds to a July 30, 1993 Requirement for Information.

The Requirement for Information required clarification regarding
the existence of an assignee, which was submitted on September
29, 1993.

Based on the file record as a whole and the facts as set forth
in the Requirement for Information and in the statements now of
record, the error in inventorship occurred without deceptive
intent and was diligently corrected.

The §1.48(a) petition to correct inventorship is Granted.

The application is being returned to the Special Processing and
Correspondence Branch of Application Processing Division for
further processing, including issuance of a filing receipt, with
the names of the inventors as shown on the executed declaration
under 37 CFR 1.63 filed on November 19, 1992.

Hiram H. Bernstein
Special Program Examiner
Office of Special Program Examination
Office of the Assistant Commissioner for Patents