QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
         jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (415) 801-5100
E-Mail: robertstone@quinnemanuel.com
         tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br><br>[PROPOSED] ORDER ON PLAINTIFF STANFORD'S WAIVER OF THE ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION CONCERNING INVENTORSHIP |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN.<br><br>Counterclaim Defendants. | |

Case No. C-05-04158 MHP
[PROPOSED] ORDER ON STANFORD'S WAIVER OF PRIVILEGE

1  The Court, having considered the papers and arguments, finds that Plaintiff Board of Trustees of the Leland Stanford Junior University ("Stanford") has waived its attorney-client privilege and work product protection on the issue of the inventorship of United States Patent Application No. 07/883,327 (the "'327 Application") and patents and applications claiming priority to the '327 Application.

Accordingly, IT IS HEREBY ORDERED:

1.  Stanford shall produce all documents related to the inventorship of each and every patent or application claiming priority to the '327 Application, without temporal limitation; and,

2.  Stanford shall not be entitled to object, on the grounds of attorney-client privilege or work product protection, to questioning at deposition or trial regarding the inventorship of each and every patent or application claiming priority to the '327 Application, without temporal limitation.

DATED: June __, 2006

_____
Honorable Marilyn H. Patel
United States District Judge