**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

May 31, 2006

**VIA E-FILING & E-MAIL TO CHAMBERS**

The Honorable Judge Patel
United States District Court for the Northern
District of California
Courtroom 15, 18th Floor
450 Golden Gate Avenue, San Francisco 94102

Re: <u>Stanford v. RMS (C 05-04158)</u>

Honorable Judge Patel:

Defendants (collectively "Roche") respectfully submit the attached proposed order in connection with the Court's hearing on May 23, 2006. *See* Exhibit A.

Earlier today, Plaintiff ("Stanford") informed us that they submitted to the Court (but did not file) their proposed order -- without including Roche's proposed order. Roche had specifically requested that Stanford submit both proposed orders. *See* Exhibit B. Stanford's refusal to file Roche's proposed order along with its own has necessitated burdening the Court with this additional filing. Stanford also refused to delay the filing of its proposed order to allow the parties to resolve their differences -- such as filing a stipulation together with a proposed order -- related to the ground rules for conducting interviews of third parties. *See* id.

As explained in Exhibit B, Roche's proposed order flows directly from the Court's ruling in the hearing that the parties are authorized to "talk" to third party witnesses in order to determine whether or not the witnesses need to be brought in for deposition. Roche believes that the Court did not contemplate its ruling to allow mini-depositions where third parties would be brought in to counsel's offices for an indeterminate length of time where their conversations would be tape-recorded. Roche believes its proposed order best effectuates the Court's intent to minimize the burden on the third parties.

Very truly yours,

/s/

Brian Cannon

BC:JAB
04972/1893611.1
Attachments

04972/1893611.1