# EXHIBIT A

Dockets.Justia.com

```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Adrian M. Pruetz (Bar No. 118215)
 2    Jeffrey N. Boozell (Bar No. 199507)
    865 South Figueroa Street, 10th Floor
 3  Los Angeles, California 90017-254
    Telephone:   (213) 443-3000
 4  Facsimile:   (213) 443-3100
    E-Mail:      adrianpruetz@quinnemanuel.com
 5               jeffboozell@quinnemanuel.com

 6    Robert W. Stone (Bar No. 163513)
      Brian Cannon (Bar No. 193071)
 7    Tun-Jen Chiang (Bar No. 235165)
      Jeremy Burns (Bar No. 239917)
 8  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065-2139
 9  Telephone:   (650) 801-5000
    Facsimile:   (650) 801-5100
10  E-Mail:      robertstone@quinnemanuel.com
                 briancannon@quinnemanuel.com
11               tjchiang@quinnemanuel.com
                 jeremyburns@quinnemanuel.com
12
    Attorneys for Defendants and Counterclaimants Roche
13  Molecular Systems, Inc.; Roche Diagnostics Corporation; and
    Roche Diagnostics Operations, Inc.
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC.,<br><br>    Defendant.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Counterclaimants,<br><br>    vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>    Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER RE WITNESS INTERVIEWS |
|---|---|

The Court held a telephonic conference on May 23, 2006. Upon hearing the Parties' respective positions relating to the number of individuals identified who may have knowledge or information relevant to the first phase of this case,

IT IS HEREBY ORDERED that:

(1) Each Party shall be permitted to take up to ten (10) depositions in the ownership phase of the case;

(2) Each Party is authorized to contact any individual who has been identified in initial disclosures as potentially having knowledge or information relevant to the ownership phase of this case and to interview that individual in order to ascertain whether the individual should be formally deposed in this case, with the exception of the named inventors;

(3) Any such individual is hereby relieved of any contractual obligations that might otherwise prevent the individual from discussing confidential information with any Party, provided that:

    (a) Any confidential information disclosed by the individual to a Party shall be treated as confidential information under the Protective Order entered in this case on May 19, 2006;

    (b) Upon contacting any such individual for the purpose of an interview, a Party shall provide the individual a copy of the Protective Order and this Order;

    (c) For individuals not identified as being represented by counsel, the contacting Party shall inform the individual that he or she may have the option of having counsel present during the interview; if counsel is requested, the interview shall not continue until requested counsel is present;

    (d) For individuals identified as being represented by counsel, contact shall be through opposing counsel before any interview is conducted;

    (e) Interviews of individuals shall be limited to no more than 30 minutes and shall be conducted telephonically; and

/ / /

/ / /

        (f)    No interview shall be recorded or transcribed.

IT IS SO ORDERED.

DATED: June _, 2006

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

Submitted by:

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____/s/_____
Brian Cannon
Attorneys for Defendants and
Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.