# EXHIBIT B

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

May 31, 2006

WRITER'S DIRECT DIAL NO.
(650) 801-5055

**VIA E-MAIL & US MAIL**

Michelle Rhyu, Esq.
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA
94306-2155

Re:   Stanford v. RMS (C 05-04158)

Dear Michelle:

Following up our conversation and your email correspondence with Jeremy Burns, thank you for agreeing to some of our edits to the proposed order. We believe, however, the proposed additions you rejected are appropriate and reasonable to minimize the burden on the third parties and further the Court's purposes as expressed at the hearing.

The Court ordered that the third party individuals are "authorized to talk with" counsel to determine whether the individuals have relevant information sufficient to warrant bringing them in for a deposition. See May 23, 2006, Transcript, p. 13, line 5. For Stanford to keep open the option of recording or transcribing the interviews and bringing the third parties into counsel's office for an indeterminate time defeats the purpose. It turns the process into a mini-deposition. This creates additional burden for the former employees who will have to block off an entire day, leave their work, and be subject to having their conversations tape-recorded and used against them later.

Unlike depositions, the Federal Rules do not provide ground rules for this type of interview process. We want to work with you to get these interviews done -- for both Cetus and Stanford former employees -- but do not believe an order with open-ended process will sufficiently protect third party interests or allow efficient collection of discovery and evidence.

I am happy to continue this conversation and you have indicated you agreed to at least some of Roche's points about the ground rules. We can file a stipulation together with the proposed order. However, you have indicated you would be filing your version of the proposed order today. If you go forward and file the order today, please include Roche's proposal as well as this letter.

Very truly yours,

Brian Cannon

04972/1893465.1