1   COOLEY GODWARD LLP
    STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2   RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
    MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3   Five Palo Alto Square
    3000 El Camino Real
4   Palo Alto, CA  94306-2155
    Tel:    (650) 843-5000
5   Fax:    (650) 857-0663

6   Attorneys for Plaintiff and Counterclaim Defendant,
    THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7   JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
    MERIGAN

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14  THE BOARD OF TRUSTEES OF THE          Case No.  C 05 04158 MHP
    LELAND STANFORD JUNIOR
    UNIVERSITY,                           **[PROPOSED] ORDER RE INTERVIEWING**
15                                        **WITNESSES**

16                  Plaintiff,

17          v.

18  ROCHE MOLECULAR SYSTEMS, ET AL.,

19                  Defendants.

20
    ROCHE MOLECULAR SYSTEMS, ET AL.,
21
                    Counterclaimants,
22
            v.
23
24  THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR
25  UNIVERSITY; AND THOMAS MERIGAN,

26                  Counterclaim Defendants.

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO               727928 v1/PA                    **[PROPOSED] ORDER RE INTERVIEWING
                                                        WITNESSES  CASE NO. C-05-04158 MHP**

1   The Court held a telephonic conference on May 23, 2006.  Upon hearing the Parties'

2   respective positions relating to the number of individuals identified who may have knowledge or

3   information relevant to the first phase of this case,

4       IT IS HEREBY ORDERED that:

5       (1)     Each Party shall be permitted to take up to ten (10) depositions in the ownership

6   phase of the case;

7       (2)     Each Party is authorized to contact any individual who has been identified in initial

8   disclosures as potentially having knowledge or information relevant to the ownership phase of

9   this case and to interview that individual in order to ascertain whether the individual should be

10  formally deposed in this case, with the exception of the named inventors;

11      (3)     Any such individual is hereby relieved of any contractual obligations that might

12  otherwise prevent the individual from discussing confidential information with any Party,

13  provided that:

14              (a)     Any confidential information disclosed by the individual to a Party shall be

15              treated as confidential information under the Protective Order entered in this case

16              on May 19, 2006;

17              (b)     Upon contacting any such individual for the purpose of an interview, a

18              Party shall provide the individual a copy of the Protective Order and this Order;

19              (c)     For individuals not identified as being represented by counsel, the

20              contacting Party shall inform the individual that he or she may have the option of

21              having counsel present during the interview; if counsel is requested, the interview

22              shall not continue until requested counsel is present; and

23              (d)     For individuals identified as being represented by counsel, contact shall be

24              through opposing counsel before any interview is conducted.

                (e)     No interview shall be recorded or transcribed.

25      IT IS SO ORDERED.

26

27  Dated: _June 12, 2006_____

28                                          _____
                                            HONORABLE MARILYN HALL PATEL
                                            United States District Judge



IT IS SO ORDERED

Judge Marilyn H. Patel