# EXHIBIT A
# (FILED UNDER SEAL)

# TO

# CHIRON CORPORATION'S JUNE 27, 2006 LETTER BRIEF TO THE HONORABLE MARILYN HALL PATEL