Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al                    Doc. 45 Att. 2

Sandra A. Kearney (SBN 154578)
Cory M. Mason (SBN 240987)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Third-Party
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University,<br><br>Plaintiff,<br><br>vs.<br><br>Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; Roche Diagnostic Operations, Inc.,<br><br>Defendants. | Case No. C 05-04158 MHP<br><br>**MANUAL FILING NOTIFICATION** |

### NOTICE OF MANUAL FILING

**Regarding:    Exhibit A to Chiron Corporation's June 27, 2006 Letter Brief to the Honorable Marilyn Hall Patel**

This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served via Messenger.

For information on retrieving this filing directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

MANUAL FILING NOTIFICATION
Case No. C 05-04158 MHP

20787\982625.1

Dockets.Justia.com

1      This filing was not efiled for the following reason: ==Filed Under Seal.==

2      DATED: June 27, 2006          FARELLA BRAUN & MARTEL LLP

4      By: /s/
                Sandra A. Kearney

6      Attorneys for Third Party
       CHIRON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
CHIRON'S EX PARTE APPLICATION      - 2 -      20787\982625.1
Case No. C 05-04158 MHP