Sandra A. Kearney (SBN 154578)
Cory M. Mason (SBN 240987)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Third-Party
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University,<br><br>Plaintiff,<br><br>vs.<br><br>Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; Roche Diagnostic Operations, Inc.,<br><br>Defendants. | Case No. C 05-04158 MHP<br><br>**CHIRON CORPORATION'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Judge:   Hon. Marilyn Hall Patel<br>Dept:    Courtroom 15, 18th Floor<br><br>Hearing Date: June 28, 2006<br>Hearing Time: 2:00 p.m. |

Pursuant to Civil L.R. 7-10 and 79-5, third-party Chiron Corporation ("Chiron") moves the Court *ex parte* for an order permitting Chiron to file under seal the following documents:

1. Exhibit A to Chiron's letter brief dated and filed June 27, 2006 ("Letter Brief"), which contains two documents prepared by Chiron for Roche Molecular Systems, Inc., *et al*. ("Roche") regarding Chiron's production of documents in response to Roche's third-party subpoena.

The Letter Brief was submitted to address the discovery dispute between Chiron and Roche over Chiron's production of documents in response to Roche's third-party subpoena. Chiron seeks to file the two charts marked as Exhibit A to the Letter Brief under seal because they contain information that has been designated as "Confidential" by Chiron under the terms of

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CHIRON'S EX PARTE APPLICATION TO
FILE CERTAIN DOCUMENTS UNDER
SEAL   Case No. C 05-04158 MHP

20787\981464.1

Dockets.Justia.com

1  the parties' Stipulated Protective Order, entered by the Court on May 19, 2006.  The two charts
2  that comprise Exhibit A were prepared by Chiron to identify the content of certain scientists'
3  notebooks at issue in the discovery dispute, and to briefly summarize the information in the
4  notebooks that was not produced.  Accordingly, these charts contain sensitive and confidential
5  information that constitutes, discloses or relates to processes, research, technical or
6  developmental information, and other proprietary data and information of commercial value
7  under Paragraph 2(a) of the Stipulated Protective Order.  May 19, 2006 Stipulated Protective
8  Order, at 2:8-15.  Filing these documents in the public record would place Chiron at a competitive
9  disadvantage by disclosing information pertaining to its proprietary scientific research and
10 technology.
11         Pursuant to Civil L.R. 79-5, Chiron has narrowly tailored its request to file only Exhibit A
12 to the Letter Brief under seal and does not seek to seal the entire Letter Brief.
13         For the reasons set forth above, Chiron respectfully requests that the Court grant it leave
14 to file under seal the two documents contained in Exhibit A to the Letter Brief.

16 DATED: June 27, 2006                              FARELLA BRAUN & MARTEL LLP

18                                                  By: :  _____/s/_____
                                                          Sandra A. Kearney
19
20                                                  Attorneys for Third-Party
                                                    CHIRON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

CHIRON'S EX PARTE APPLICATION TO
FILE CERTAIN DOCUMENTS UNDER        - 2 -                            20787\981464.1
SEAL  Case No. C 05-04158 MHP