Sandra A. Kearney (SBN 154578)
Cory M. Mason (SBN 240987)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Third-Party
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University,<br><br>Plaintiff,<br><br>vs.<br><br>Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; Roche Diagnostic Operations, Inc.,<br><br>Defendants. | Case No. C 05-04158 MHP<br><br>**DECLARATION OF SANDRA A. KEARNEY IN SUPPORT OF CHIRON CORPORATION'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Judge:    Hon. Marilyn Hall Patel<br>Dept:     Courtroom 15, 18th Floor<br><br>Hearing Date: June 28, 2006<br>Hearing Time: 2:00 p.m. |

I, SANDRA A. KEARNEY, declare:

1.  I am an attorney licensed to practice law in the State of California and am a partner in the law firm of Farella Braun + Martel, LLP, attorneys of record herein for third-party Chiron Corporation ("Chiron"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2.  On June 27, 2006, Chiron filed a letter brief ("Letter Brief") with this Court to address the discovery dispute between Chiron and Roche Molecular Systems, Inc. et al. ("Roche") over Chiron's production of documents in response to Roche's third-party subpoena.

3.  Exhibit A to the Letter Brief is comprised of two charts, both of which have been designated as "Confidential" pursuant to the parties' Stipulated Protective Order, entered by the Court on May 19, 2006.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

KEARNEY DECL. ISO CHIRON'S EX
PARTE APP. TO FILE UNDER SEAL
Case No. C 05-04158 MHP

20787\981947.1

Dockets.Justia.com

1  4. The two charts that comprise Exhibit A to the Letter Brief were prepared by Chiron to identify the content of certain scientists' notebooks at issue in the discovery dispute, and to briefly summarize the information in the notebooks that was not produced.

5. These charts contain sensitive and confidential information that constitutes, discloses or relates to processes, research, technical or developmental information, and other proprietary data and information of commercial value under Paragraph 2(a) of the Stipulated Protective Order. Filing these documents in the public record would place Chiron at a competitive disadvantage by disclosing information pertaining to its proprietary scientific research and technology.

6. Attached hereto as Exhibit A are true and correct copies of the two documents contained in Exhibit A to the Letter Brief. **(FILED UNDER SEAL)**.

7. We have narrowly tailored this request to file only Exhibit A to the Letter Brief under seal and do not seek to seal the entire Letter Brief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 27, 2006            FARELLA BRAUN & MARTEL LLP


By:            /s/
                    Sandra A. Kearney

Attorneys for Third Party
CHIRON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

KEARNEY DECL. ISO CHIRON'S EX
PARTE APP. TO FILE UNDER SEAL       - 2 -       20787\981947.1
Case No. C 05-04158 MHP