Sandra A. Kearney (SBN 154578)
Cory M. Mason (SBN 240987)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480


Attorneys for Third-Party
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University,<br><br>Plaintiff,<br><br>vs.<br><br>Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; Roche Diagnostic Operations, Inc.,<br><br>Defendants. | Case No. C 05-04158 MHP<br><br>**MANUAL FILING NOTIFICATION** |

**NOTICE OF MANUAL FILING**

**Regarding:    Exhibit A to the Declaration of Sandra A. Kearney in Support of Chiron Corporation's Ex Parte Application To File Certain Documents Under Seal**

This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served via Messenger.

For information on retrieving this filing directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

MANUAL FILING NOTIFICATION
Case No. C 05-04158 MHP

20787\982614.1

Dockets.Justia.com

This filing was not efiled for the following reason: ==Filed Under Seal.==

DATED:  June 27, 2006

FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
Sandra A. Kearney

Attorneys for Third Party
CHIRON CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
CHIRON'S EX PARTE APPLICATION
Case No. C 05-04158 MHP

- 2 -

20787\982614.1