| | |
|---|---|
| 1 | Sandra A. Kearney (SBN 154578) |
| | Cory M. Mason (SBN 240987) |
| 2 | Farella Braun & Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480 |

Attorneys for Third-Party
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees of the Leland Stanford Junior University, | Case No. C 05-04158 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CHIRON CORPORATION'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| vs. | |
| Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; Roche Diagnostic Operations, Inc., | Judge: Hon. Marilyn Hall Patel |
| | Dept: Courtroom 15, 18th Floor |
| Defendants. | Hearing Date: June 28, 2006 |
| | Hearing Time: 2:00 p.m. |

Having considered the papers submitted in support of Chiron Corporation's *Ex Parte* Application To File Certain Documents Under Seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Chiron Corporation's *Ex Parte* Application To File Certain Documents Under Seal is GRANTED, and the following documents will be filed under seal:

///

///

///

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
CHIRON'S EX PARTE APPLICATION
Case No. C 05-04158 MHP

20787\981851.1

1.  Exhibit A to Chiron Corporation's ("Chiron") letter brief dated and filed June 27, 2006, which contains two documents prepared by Chiron for Roche Molecular Systems, Inc., *et al*. ("Roche") regarding Chiron's production of documents in response to Roche's third-party subpoena.

DATED: _____, 2006

_____
Hon. Marilyn Hall Patel
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
CHIRON'S EX PARTE APPLICATION     - 2 -     20787\981851.1
Case No. C 05-04158 MHP