COOLEY GODWARD LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:   (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED] ORDER AND STIPULATION RE DEPOSITIONS IN LIEU OF WITNESS INTERVIEWS** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

730521 v1/PA

1.

1    WHEREAS, the Court Ordered that Each Party shall be permitted to take up to ten (10) depositions in the ownership phase of this case;

2    WHEREAS, the Court further Ordered that Each Party is authorized to interview any individual who has been identified in initial disclosures as potentially having knowledge or information relevant to the ownership phase of the case and to ascertain whether the individual should be formally deposed in the case;

3    WHEREAS, the Parties have met and conferred and agreed to forego witness interviews in favor of translating the ten depositions of seven hours into a maximum of 70 hours of depositions under the following conditions;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Each side will be limited to a total of 70 hours of deposition time or 20 depositions, whichever occurs first, in the ownership phase of this case;

2. The deposition of each natural person shall not exceed 7 total hours (absent a Court order) and shall count as one deposition toward the 20 deposition limit, whether that natural person's deposition is taken in his or her capacity as an individual, as a 30(b)(6) designee on behalf of a party, or both; and

3. If any party designates any 30(b)(6) witnesses that have not, as of the date of this stipulation, been identified on any party's initial disclosures, the depositions of those natural persons, provided they are deposed in their representative capacities only, shall collectively count as one deposition toward the 20 deposition limit. If, however, any natural person subject to this paragraph is also deposed in his or her individual capacity (regardless of whether that natural person has also been designated or deposed as a 30(b)(6) witness), such deposition shall count individually toward the 20 deposition limit. In either event, the total time expended during any such natural person's deposition shall be counted toward the 70 hour limit.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

730521 v1/PA

2.

STIPULATION RE DEPOSITIONS
CASE NO. C-05-04158 MHP

| | |
|---|---|
| Dated: June 27, 2006 | COOLEY GODWARD LLP<br>STEPHEN C. NEAL<br>RICARDO RODRIGUEZ<br>MICHELLE S. RHYU<br><br>*/s/ Michelle S. Rhyu*<br>Michelle S. Rhyu<br>Attorneys for Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendant Thomas Merigan |
| Dated: June __, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>ADRIAN M. PRUETZ<br>JEFFREY N. BOOZELL<br>ROBERT W. STONE<br><br>*/s/ Jeffrey Boozell*<br>Jeffrey Boozell<br>Attorneys for Defendants and Counterclaim Plaintiff Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc. |

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

Dated: June __, 2006

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_____
Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendant Thomas Merigan

Dated: June __, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE

_____
Jeffrey Boozell
Attorneys for Defendants and Counterclaim
Plaintiff Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

730521 v1/PA

3.

STIPULATION RE DEPOSITIONS
CASE NO. C-05-04158 MHP