# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: June 28, 2006

Case No.    C 05-4158  MHP          Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Michelle Rhu
            Dft: Brian Cannon, Matt Purcell, Sandra Carni

Deputy Clerk: Anthony Bowser   Court Reporter: Leo Mankiewicz

## PROCEEDINGS

1)   Telephonic Discovery Hearing

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Counsel to submit documents related to transactions in question for in camera review within one week; A further conference shall be set upon further review of documents.