1  Sandra A. Kearney (SBN 154578)
   Cory M. Mason (SBN 240987)
2  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5
   Attorneys for Third-Party
6  CHIRON CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | The Board of Trustees of the Leland Stanford Junior University, | Case No. C 05-04158 MHP |
|---|---|---|
| 12 | | [~~PROPOSED~~] **ORDER GRANTING CHIRON CORPORATION'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; Roche Diagnostic Operations, Inc., | Judge: Hon. Marilyn Hall Patel<br>Dept: Courtroom 15, 18th Floor |
| 16 | | Hearing Date: June 28, 2006<br>Hearing Time: 2:00 p.m. |
| 17 | Defendants. | |

18

19     Having considered the papers submitted in support of Chiron Corporation's *Ex Parte*

20  Application To File Certain Documents Under Seal, and good cause appearing therefore,

21     IT IS HEREBY ORDERED that:

22     Chiron Corporation's *Ex Parte* Application To File Certain Documents Under Seal is

23  GRANTED, and the following documents will be filed under seal:

24  ///

25  ///

26  ///

27  ///

28  ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
CHIRON'S EX PARTE APPLICATION
Case No. C 05-04158 MHP

20787\981851.1

Dockets.Justia.com

1.   Exhibit A to Chiron Corporation's ("Chiron") letter brief dated and filed June 27, 2006, which contains two documents prepared by Chiron for Roche Molecular Systems, Inc., *et al.* ("Roche") regarding Chiron's production of documents in response to Roche's third-party subpoena.

DATED: June 28 , 2006



Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING
CHIRON'S EX PARTE APPLICATION
Case No. C 05-04158 MHP

- 2 -

20787\981851.1