1  COOLEY GODWARD LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:    (650) 843-5000
5  Fax:    (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
   MERIGAN
8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

13
   THE BOARD OF TRUSTEES OF THE           Case No.  C 05 04158 MHP
14 LELAND STANFORD JUNIOR
   UNIVERSITY,                            [PROPOSED] ORDER AND
15                                        STIPULATION RE DEPOSITIONS IN
                  Plaintiff,              LIEU OF WITNESS INTERVIEWS
16
        v.
17

18 ROCHE MOLECULAR SYSTEMS, ET AL.,

19          Defendants.

20
   ROCHE MOLECULAR SYSTEMS, ET AL.,
21
            Counterclaimants,
22
        v.
23

24 THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR
25 UNIVERSITY; AND THOMAS MERIGAN,

26          Counterclaim Defendants.

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

730521 v1/PA                                   1.

1    WHEREAS, the Court Ordered that Each Party shall be permitted to take up to ten (10)

2  depositions in the ownership phase of this case;

3    WHEREAS, the Court further Ordered that Each Party is authorized to interview any

4  individual who has been identified in initial disclosures as potentially having knowledge or

5  information relevant to the ownership phase of the case and to ascertain whether the individual

6  should be formally deposed in the case;

7    WHEREAS, the Parties have met and conferred and agreed to forego witness interviews

8  in favor of translating the ten depositions of seven hours into a maximum of 70 hours of

9  depositions under the following conditions;

10    THE PARTIES HEREBY STIPULATE AS FOLLOWS:

11    1.    Each side will be limited to a total of 70 hours of deposition time or 20

12  depositions, whichever occurs first, in the ownership phase of this case;

13    2.    The deposition of each natural person shall not exceed 7 total hours (absent a

14  Court order) and shall count as one deposition toward the 20 deposition limit, whether that natural

15  person's deposition is taken in his or her capacity as an individual, as a 30(b)(6) designee on

16  behalf of a party, or both; and

17    3.    If any party designates any 30(b)(6) witnesses that have not, as of the date of this

18  stipulation, been identified on any party's initial disclosures, the depositions of those natural

19  persons, provided they are deposed in their representative capacities only, shall collectively count

20  as one deposition toward the 20 deposition limit.  If, however, any natural person subject to this

21  paragraph is also deposed in his or her individual capacity (regardless of whether that natural

22  person has also been designated or deposed as a 30(b)(6) witness), such deposition shall count

23  individually toward the 20 deposition limit.  In either event, the total time expended during any

24  such natural person's deposition shall be counted toward the 70 hour limit.

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

730521 v1/PA

2.

STIPULATION RE DEPOSITIONS
CASE NO. C-05-04158 MHP

Dated: June 27, 2006

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendant Thomas Merigan

Dated: June __, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE

Jeffrey Boozell
Attorneys for Defendants and Counterclaim
Plaintiff Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: June 28, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

730521 v1/PA

3.

STIPULATION RE DEPOSITIONS
CASE NO. C-05-04158 MHP

1

2    Dated: June __, 2006                    COOLEY GODWARD LLP
                                             STEPHEN C. NEAL
3                                            RICARDO RODRIGUEZ
                                             MICHELLE S. RHYU
4

5

6                                            _____
                                             Michelle S. Rhyu
7                                            Attorneys for Plaintiff and Counterclaim
                                             Defendant The Board of Trustees of the Leland
8                                            Stanford Junior University and Counterclaim
                                             Defendant Thomas Merigan
9

10   Dated: June __, 2006                    QUINN EMANUEL URQUHART OLIVER &
                                             HEDGES, LLP
11                                           ADRIAN M. PRUETZ
                                             JEFFREY N. BOOZELL
12                                           ROBERT W. STONE

13

14

15                                           _____
                                             Jeffrey Boozell
16                                           Attorneys for Defendants and Counterclaim
                                             Plaintiff Roche Molecular Systems, Inc.; Roche
17                                           Diagnostics Corporation; and Roche Diagnostics
                                             Operations, Inc.
18

19

20                                               **ORDER**

21   IT IS SO ORDERED.

22

23   Dated: _____         _____
                                             HONORABLE MARILYN HALL PATEL
24                                           United States District Court Judge

25

26

27

28