QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-254
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
E-Mail:  adrianpruetz@quinnemanuel.com
         jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Tun-Jen Chiang (Bar No. 235165)
  Jeremy Burns (Bar No. 239917)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
E-Mail:  robertstone@quinnemanuel.com
         tjchiang@quinnemanuel.com
         jeremyburns@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC.,<br><br>Defendant.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>STIPULATION PERMITTING DEFENDANTS TO AMEND ANSWER AND COUNTERCLAIMS WITHOUT OBJECTION<br><br>[PROPOSED] ORDER THEREON |

04972/1886649.1

Case No. C-05-04158 MHP
STIPULATION AND PROPOSED ORDER

1   WHEREAS, Defendants and Counterclaimants Roche Molecular Systems, Roche
2   Diagnostic Corporation, and Roche Diagnostic Operations, (collectively "Roche") wishes to
3   amend its Answer and Counterclaims ("Amended Answer & Counterclaims"), and;
4   WHEREAS, Plaintiff The Board of the Trustees of the Leland Stanford Junior
5   University and Counterclaim Defendant Thomas Merigan (collectively "Stanford"), have reviewed
6   Roche's proposed Amended Answer and Counterclaims, attached hereto as Exhibit A, and do not
7   object to filing of said Amended Answer & Counterclaims, provided that this consent reflects no
8   concession by Plaintiff as to its assertion that breach of contract issues are not part of the first,
9   ownership phase of this suit;
10  NOW, THEREFORE the parties by and through their counsel hereby stipulate to
11  and petition the Court to enter the Defendants' Amended Answer and Counterclaims; the parties
12  by and through their counsel further stipulate that Counterdefendants' Amended Reply shall be due
13  on August 4, 2006.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  EXECUTED this ___ day of June, 2006.
2      STIPULATED AND AGREED:
3
4
5  Dated: June 26, 2006          COOLEY GODWARD LLP
                                  STEPHEN C. NEAL
                                  RICARDO RODRIGUEZ
6                                 MICHELLE S. RHYU
7
8                                 /s/ Michelle Rhyu
9                                 _____
                                  Michelle Rhyu
                                  Attorneys for Plaintiff The Board of Trustees of
10                                the Leland Stanford Junior University
11
12 Dated: June 29, 2006           QUINN EMANUEL URQUHART OLIVER &
                                  HEDGES, LLP
13                                ADRIAN M. PRUETZ
                                  JEFFREY N. BOOZELL
14                                ROBERT W. STONE
                                  JEREMY BURNS
15
16
17                                Robert Stone /JAB
                                  _____
                                  Robert W. Stone
18                                Attorneys for Defendants Roche Molecular
                                  Systems, Inc.; Roche Diagnostics Corporation; and
19                                Roche Diagnostics Operations, Inc.
20
21 PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23 DATED: Dated:    June ___, 2006   MARILYN HALL PATEL
                                     United States District Court Judge
24
25
26
27
28