| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Adrian M. Pruetz (Bar No. 118215) |
| 2 | Jeffrey N. Boozell (Bar No. 199507) |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, California 90017-254 |
| | Telephone: (213) 443-3000 |
| 4 | Facsimile: (213) 443-3100 |
| | E-Mail: adrianpruetz@quinnemanuel.com |
| 5 | jeffboozell@quinnemanuel.com |

Robert W. Stone (Bar No. 163513)
Tun-Jen Chiang (Bar No. 235165)
Jeremy Burns (Bar No. 239917)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
tjchiang@quinnemanuel.com
jeremyburns@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC.,<br><br>Defendant. | CASE NO. C-05-04158 MHP<br><br>STIPULATION PERMITTING DEFENDANTS TO AMEND ANSWER AND COUNTERCLAIMS WITHOUT OBJECTION<br><br>[PROPOSED] ORDER THEREON |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | |

04972/1886649.1

Case No. C-05-04158 MHP
STIPULATION AND PROPOSED ORDER

1  WHEREAS, Defendants and Counterclaimants Roche Molecular Systems, Roche
2  Diagnostic Corporation, and Roche Diagnostic Operations, (collectively "Roche") wishes to
3  amend its Answer and Counterclaims ("Amended Answer & Counterclaims"), and;
4  WHEREAS, Plaintiff The Board of the Trustees of the Leland Stanford Junior
5  University and Counterclaim Defendant Thomas Merigan (collectively "Stanford"), have reviewed
6  Roche's proposed Amended Answer and Counterclaims, attached hereto as Exhibit A, and do not
7  object to filing of said Amended Answer & Counterclaims, provided that this consent reflects no
8  concession by Plaintiff as to its assertion that breach of contract issues are not part of the first,
9  ownership phase of this suit;
10 NOW, THEREFORE the parties by and through their counsel hereby stipulate to
11 and petition the Court to enter the Defendants' Amended Answer and Counterclaims; the parties
12 by and through their counsel further stipulate that Counterdefendants' Amended Reply shall be due
13 on August 4, 2006.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

EXECUTED this ___ day of June, 2006.

**STIPULATED AND AGREED:**

Dated: June 26, 2006

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

*/s/ Michelle Rhyu*

Michelle Rhyu
Attorneys for Plaintiff The Board of Trustees of
the Leland Stanford Junior University

Dated: June 29, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE
JEREMY BURNS

*/s/ Robert Stone / JAB*

Robert W. Stone
Attorneys for Defendants Roche Molecular
Systems, Inc.; Roche Diagnostics Corporation; and
Roche Diagnostics Operations, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Dated: June 30, 2006

MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel