| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | Adrian M. Pruetz (Bar No. 118215)<br>Jeffrey N. Boozell (Bar No. 199507) |
| 3 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-254 |
| 4 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 5 | E-Mail: adrianpruetz@quinnemanuel.com<br>jeffboozell@quinnemanuel.com |
| 6 | Robert W. Stone (Bar No. 163513) |
| 7 | Tun-Jen Chiang (Bar No. 235165)<br>Jeremy Burns (Bar No. 239917) |
| 8 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065-2139 |
| 9 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 10 | E-Mail: robertstone@quinnemanuel.com<br>tjchiang@quinnemanuel.com |
| 11 | jeremyburns@quinnemanuel.com |
| 12 | Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and |
| 13 | Roche Diagnostics Operations, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC.,<br><br>Defendant.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>STIPULATION PERMITTING DEFENDANTS TO AMEND ANSWER AND COUNTERCLAIMS WITHOUT OBJECTION<br><br>[PROPOSED] ORDER THEREON |
|---|---|

1   WHEREAS, Defendants and Counterclaimants Roche Molecular Systems, Roche
2   Diagnostic Corporation, and Roche Diagnostic Operations, (collectively "Roche") wishes to
3   amend its Answer and Counterclaims ("Amended Answer & Counterclaims"), and;
4   WHEREAS, Plaintiff The Board of the Trustees of the Leland Stanford Junior
5   University and Counterclaim Defendant Thomas Merigan (collectively "Stanford"), have reviewed
6   Roche's proposed Amended Answer and Counterclaims, attached hereto as Exhibit A, and do not
7   object to filing of said Amended Answer & Counterclaims, provided that this consent reflects no
8   concession by Plaintiff as to its assertion that breach of contract issues are not part of the first,
9   ownership phase of this suit;
10  NOW, THEREFORE the parties by and through their counsel hereby stipulate to
11  and petition the Court to enter the Defendants' Amended Answer and Counterclaims; the parties
12  by and through their counsel further stipulate that Counterdefendants' Amended Reply shall be due
13  on August 4, 2006.
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

```
 1  EXECUTED this ___ day of June, 2006.
 2       STIPULATED AND AGREED:
 3
 4
    Dated: June 26, 2006              COOLEY GODWARD LLP
 5                                    STEPHEN C. NEAL
                                      RICARDO RODRIGUEZ
 6                                    MICHELLE S. RHYU
 7
 8                                    [signature]
 9                                    _____
                                      Michelle Rhyu
                                      Attorneys for Plaintiff The Board of Trustees of
10                                    the Leland Stanford Junior University
11
12  Dated: June 29, 2006              QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
13                                    ADRIAN M. PRUETZ
                                      JEFFREY N. BOOZELL
14                                    ROBERT W. STONE
                                      JEREMY BURNS
15
16
                                      [signature] Robert Stone / JAB
17                                    _____
                                      Robert W. Stone
18                                    Attorneys for Defendants Roche Molecular
                                      Systems, Inc.; Roche Diagnostics Corporation; and
19                                    Roche Diagnostics Operations, Inc.
20
21  PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23  DATED: Dated:      June 30, 2006      MARILYN H. [PATEL]
                                          United [States District Judge]
24
25                                        IT IS SO ORDERED
                                          [signature]
26                                        Judge Marilyn H. Patel
27
28
```