```
 1  COOLEY GODWARD LLP
    STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
 2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
    MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
 3  Five Palo Alto Square
    3000 El Camino Real
 4  Palo Alto, CA  94306-2155
    Tel:   (650) 843-5000
 5  Fax:   (650) 857-0663

 6  Attorneys for Plaintiff and Counterclaim Defendant,
    THE BOARD OF TRUSTEES OF THE LELAND STANFORD
 7  JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
    MERIGAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>[PROPOSED] **ORDER AND STIPULATION RE EXTENSION OF DEPOSITION DISCOVERY AND BRIEFING SCHEDULE** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

732022 v1/PA                           1.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The deadline for completion of deposition discovery shall be extended by one month, from July 31, 2006 to August 31, 2006.

2. The schedule for submitting briefs and for the hearing on the Motions for Summary Judgment relating to the first phase of this case shall be amended as follows:

| | |
|---|---|
| Identification of Topics for Summary Judgment | September 6, 2006 |
| Opening Summary Judgment Briefs | September 13, 2006 |
| Responsive Briefs | September 29, 2006 |
| Hearing | October 16, 2006 |

Dated: July 19, 2006

_____
Michelle S. Rhyu

COOLEY GODWARD LLP
Attorneys for Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendant Thomas Merigan

Dated: July 18, 2006

_____
Jeffrey Boozell

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Defendants and Counterclaim Plaintiff Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

ORDER

IT IS SO ORDERED.

Dated: July 20. 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

732022 v1/PA

STIPULATION RE DEPOSITION DISCOVERY AND BRIEFING SCHEDULE
CASE NO. C 05-04158 MHP

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO