| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | COOLEY GODWARD LLP<br>STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)<br>RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)<br>MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Tel:    (650) 843-5000<br>Fax:    (650) 857-0663 |
| 6<br>7<br>8 | Attorneys for Plaintiff and Counterclaim Defendant,<br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD<br>JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS MERIGAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>            Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>            Defendants. | Case No.  C 05 04158 MHP<br><br>**STANFORD UNIVERSITY AND DR. MERIGAN'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXS. D AND H TO THE DECLARATION OF RICARDO RODRIGUEZ IN SUPPORT OF IT'S RESPONSE TO DEFENDANTS' PROPOSED DISCOVERY PLAN REGARDING THE CONTRACT ISSUES** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>            Counterclaimants,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>            Counterclaim Defendants. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

721611 v1/PA

**ADMIN. REQUEST RE FILING EXS. D & H UNDER SEAL ISO PLFS' RESPONSE TO PROPOSED DISCOVERY PLAN, CASE NO. C-05-04158 MHP**

1    This Administrative request is submitted in support of Plaintiffs' Response to Roche's Proposed Discovery Plan Regarding the Contract Issues.

In accordance with Civil Local Rule 79-5(d), plaintiffs request that the following confidential exhibits attached to the Declaration of Ricardo Rodriguez, submitted herewith, be filed under seal:

(1) Exhibit D, a copy of the Assets Purchase Agreement by and between Hoffmann-La Roche Inc. and Cetus Corporation, dated July 19, 1991.

(2) Exhibit H, a copy of the Non-Exclusive Consulting Agreement by and between Cetus Corporation and Thomas C. Merigan, M.D., effective April 19, 1991.

/s/
Ricardo Rodriguez

July 27, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

721611 v1/PA

1.

ADMIN. REQUEST RE FILING EXS. D & H UNDER SEAL ISO PLFS' RESPONSE TO PROPOSED DISCOVERY PLAN, CASE NO. C-05-04158 MHP