COOLEY GODWARD LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>             Plaintiff,<br><br>   v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>             Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED] ORDER AND STIPULATION RE EXTENSION OF DEPOSITION DISCOVERY AND BRIEFING SCHEDULE** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>             Counterclaimants,<br><br>   v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>             Counterclaim Defendants. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

734920 v1/PA                  1.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1.    The deadline for completion of deposition discovery shall be extended by two weeks, from August 31, 2006 to September 14, 2006.

2.    The schedule for submitting briefs and for the hearing on the Motions for Summary Judgment relating to the first phase of this case shall be amended as follows:

| Identification of Topics for Summary Judgment | September 20, 2006 |
| --- | --- |
| Opening Summary Judgment Briefs | September 27, 2006 |
| Responsive Briefs | October 13, 2006 |
| Hearing | October 30, 2006 |

Dated:  August 23, 2006

*/s/ Ricardo Rodriguez*
Ricardo Rodriguez

COOLEY GODWARD LLP
Attorneys for Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendant Thomas Merigan

Dated:  August 23, 2006

*/s/ Brian Cannon*
Brian Cannon

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Defendants and Counterclaim Plaintiff Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Ricardo Rodriguez hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Dated:  _____

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

734920 v1/PA                    2.

STIPULATION RE DEPOSITION DISCOVERY AND
BRIEFING SCHEDULE
CASE NO. C-05-04158 MHP