1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Adrian M. Pruetz (Bar No. 118215)
2     Jeffrey N. Boozell (Bar No. 199507)
  865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
  Telephone:   (213) 443-3000
4  Facsimile:   (213) 443-3100
  E-Mail:    adrianpruetz@quinnemanuel.com
5             jeffboozell@quinnemanuel.com

6     Robert W. Stone (Bar No. 163513)
    Brian C. Cannon (Bar No. 193071)
7     T.J. Chiang (Bar No. 235165)
  555 Twin Dolphin Drive, Suite 560
8  Redwood Shores, California  94065
  Telephone:  (650) 801-5000
9  Facsimile:  (650) 801-5100
  E-Mail:     robertstone@quinnemanuel.com
10           briancannon@quinnemanuel.com
         tjchiang@quinnemanuel.com
11
  Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche
12  Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 16 | |
|         Plaintiff, | |
| 17 | [PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE AND TIME TO COMPLETE DEPOSITION DISCOVERY |
|     vs. | |
| 18 | |
| 19 ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 20 | |
|         Defendants. | |
| 21 ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 22 | |
| 23         Counterclaimants, | |
| 24 | |
|     vs. | |
| 25 | |
| 26 THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN. | |
| 27 | |
|         Counterclaim Defendants. | |
| 28 | |

Case No. C-05-04158 MHP

[PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE AND TIME TO
COMPLETE DEPOSITION DISCOVERY

Dockets.Justia.com

1  WHEREAS, the Court has suggested that the parties stipulate to extend the discovery

2  cutoff and briefing schedule for 30 days beyond the dates set forth in the Stipulation filed on

3  August 24, 2006; and

4  WHEREAS, the parties agree to extend the discovery cutoff as recommended provided

5  that absent agreement of the parties there shall be no further extensions requested or granted;

6  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

7  1.    The deadline for completion of deposition discovery shall be extended from

8  September 14, 2006 to October 13, 2006.

9  2.    During the extension provided for by this stipulation, the parties may complete

10  deposition discovery that is currently outstanding.  Additional depositions shall not be noticed or

11  scheduled as a result of this stipulation absent agreement of the parties or order of the Court.

12  3.    No party shall be deemed to have waived, as a result of this stipulation, any of its

13  objections to currently noticed depositions, including objections based on the appropriateness of

14  those depositions or the timeliness of the service of the notices of deposition and/or subpoenas.

15

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

04972/1958038.1

-1-                                    Case No. C-05-04158 MHP
[PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE AND TIME TO
COMPLETE DEPOSITION DISCOVERY

1  The schedule for submitting briefs and for the hearing on the Motions for Summary Judgment

2  relating to the first phase of this case shall be amended as follows:

| Identification of Topics for Summary Judgment | October 20, 2006 |
|---|---|
| Opening Summary Judgment Briefs | October 27, 2006 |
| Responsive Briefs | November 15, 2006 |
| Hearing | December 4, 2006 |

Dated: September 14, 2006

COOLEY GODWARD LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

/S/

Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendant Thomas Merigan

Dated: September 15, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE

/S/

Robert W. Stone
Attorneys for Defendants and Counterclaim
Plaintiff Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

HONORABLE MARILYN HALL PATEL
United States District Court Judge

[PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE AND TIME TO
COMPLETE DEPOSITION DISCOVERY

1

**Attestation of E-Filed Signature**

2   I, Robert W. Stone, am the ECF user whose ID and password are being used to file a **Stipulation Re: Extension of Briefing Schedule and Time to Complete Deposition Discovery**.  In

3   compliance with General Order 45, X.B., I hereby attest that Michelle Rhyu has concurred in the filing.

4

5   DATED:  September 15, 2006            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

6

7                                          By_____/S/_____

8                                             Robert W. Stone
                                              Attorneys for Defendants and Counterclaimants
9                                             Roche Molecular Systems, Inc.; Roche Diagnostics
                                              Corporation; and Roche Diagnostics
10                                            Operations, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF BRIEFING SCHEDULE AND TIME TO
COMPLETE DEPOSITION DISCOVERY