**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

September 25, 2006

The Honorable Judge Marilyn H. Patel
United States District Court for the Northern District of California
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Stanford v. Roche Molecular Systems (No. C-05-04158 MHP)

Dear Judge Patel:

Pursuant to the Court's instruction during the telephone call of Friday, September 22, 2006, the following are the discovery disputes for which Roche presently seeks relief from the Court:

1. *Stanford's Non-Compliance with the Court's July 31, 2006 Order* - The Court ruled that Stanford waived the attorney-client privilege and work-product protection related to inventory of the patents asserted against Roche based on declarations Stanford submitted to the USPTO. Stanford has failed to comply with the Court's Order by:

   - Producing the invention disclosure referenced in the declarations, but redacting all substantive information including all dates and descriptions for the "initial idea," "first description of complete invention," "first successful demonstration," "first publication containing full description of invention," and "external oral disclosures";

   - Refusing discovery into inventorship facts communicated to trial counsel;

   - Instructing the inventors not to answer questions at deposition (on waived, as well as non-privileged, subject matter);

   - Producing documents so heavily redacted that it is impossible to determine the meaning of their content; and

   - Refusing to allow additional deposition time of named inventor and defendant Dr. Holodniy concerning the documents produced pursuant to the Court's Order.

Roche requests the opportunity to submit the pertinent documents and transcript pages to the Court for review.

2. *Deposition of Roche Molecular Systems's General Counsel Melinda Griffith:* Roche objected to this deposition on the grounds that it is cumulative and constitutes harassment. Ms. Griffith is RMS's most senior lawyer. Roche has already provided through written discovery all of the non-privileged information Stanford claims to seek, *i.e.*, the date that Roche received notice of the patents in suit, and Roche has provided a Rule 30(b)(6) witness and made other fact witnesses available on this topic.

Dockets.Justia.com

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


            /s/
Jeffrey N. Boozell

04972/1962898.1