Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al                                                                 Doc. 72
Case 3:05-cv-04158-MHP     Document 72     Filed 09/26/2006     Page 1 of 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: September 26, 2006

Case No.   C 05-4158  MHP                Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Michelle Rhyu
            Dft: Jeff Boozell

Deputy Clerk:  Anthony Bowser  Court Reporter: James Yeomans

## PROCEEDINGS

1)   Telephonic Discovery Hearing

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Counsel to submit documents related to transactions in question for in camera review not later than 9/29/06;

Dockets.Justia.com