# Cooley Godward LLP

ATTORNEYS AT LAW

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA
94306-2155
Main    650 843-5000
Fax      650 857-0663

www.cooley.com

MICHELLE S. RHYU, Ph.D.
(650) 843-5505
rhyums@cooley.com

Broomfield, CO
720 566-4000

Reston, VA
703 456-8000

San Diego, CA
858 550-6000

San Francisco, CA
415 693-2000

Washington, DC
202 842-7800

SUBMITTED *IN CAMERA*

September 29, 2006

VIA HAND DELIVERY/ LETTER E-FILED
Honorable Marilyn Hall Patel
United States District Court, N.D. CA
450 Golden Gate Ave., Courtroom 15
San Francisco, CA 94102

**Re: Stanford University v. Roche (Case No. C 05-04158 MHP) – Redacted privileged documents**

Your Honor:

Stanford hereby submits documents for *in camera* review in compliance with the Court's instruction during the telephonic hearing held Tuesday, September 26, 2006. Following the hearing, Roche confirmed its request that unredacted versions of the redacted pages listed below be submitted for the Court's review, to verify compliance with the Court's August 1, 2006 order. Stanford has assembled the seven documents in which these pages appear, providing behind each numbered tab the unredacted version of the document followed by a blue sheet of paper and the redacted version. For ease of review, the redacted portions have been highlighted in the unredacted version of each document.

1. PENNIE 001371
2. PENNIE 001372
3. PENNIE 01373-74
4. PENNIE 001383
5. PENNIE 001422
6. STAN 028484-507
7. STAN 028660

Stanford notes that STAN 028484-507 (Tab 6) is a redacted privileged document that is wholly unrelated to inventorship and correction of inventorship issues. The document was first produced on July 11, 2006 bearing the bates range STAN017692 - 17715. That document was inadvertently produced a second time with the inventorship-related documents.

Finally, with respect to the December 15, 1999 memorandum that the Court ordered Roche to submit today for *in camera* review, Stanford requests a decision regarding that document as soon as possible, as the depositions of recipients of that memorandum are scheduled to proceed on October 4 and October 9. If portions of the memorandum are non-privileged, Stanford seeks to review the document and to question the recipients with the benefit of the memorandum, particularly regarding issues of notice, statute of limitations, waiver and estoppel related to the ownership claims asserted by Roche.

737927 v1/PA

Dockets.Justia.com

Cooley Godward LLP

Honorable Marilyn H. Patel
Via Hand Delivery/ Letter E-Filed
Page Two


Respectfully submitted,

/s/

Michelle S. Rhyu

Enclosures

cc:   Jeffrey Boozell (w/o enclosures)

737927 v1/PA