Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 74

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

SUBMITTED *IN CAMERA*

September 29, 2006

The Honorable Judge Patel
United States District Court for the Northern District of California
Courtroom 15, 18th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Re:    Stanford v. Roche (No. C-05-04158 MHP)

Dear Judge Patel:

In accordance with the teleconference of September 26, 2006, concerning, in part, Roche Molecular Systems' objections to the deposition of its general counsel Melinda Griffith, Roche hereby submits for *in camera* review the privileged December 15, 1999 memorandum discussed during the teleconference. Stanford does not challenge the assertion of the privilege, and Roche's log identifies the document as follows:

| Date | From | Recipients | Description | Privilege Asserted |
|---|---|---|---|---|
| 12/15/1999 | D. Petry (Roche Patent Agent) | T. White, J. Sninsky, S. Sias, K. Ordonez, V. Lee (Roche In-House), M. Griffith (Roche In-House) | Memorandum reflecting attorney-client communication and attorney work product regarding U.S. Patent No.'s 5,968,730, 5,856,086, 5,631,128, and 5,650,268. | AC, WP |

Stanford has already taken a Rule 30(b)(6) corporate witness on the subject matter of the memo, and scheduled the depositions of memo recipient T. White (then a Roche executive) and S. Sias (then a Roche executive and patent agent). Roche objected to the deposition of Ms. Griffith as cumulative and harassing.

Furthermore, Roche believes the December 1999 privileged memo is irrelevant to the contract issues in dispute in this phase of the lawsuit -- namely, that the contracts that Stanford and its researchers entered into with Cetus (Roche's predecessor in interest to the PCR business) before the May 1992 filing of the patents give Roche an ownership or license interest in the patents being asserted against it.

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 335 Madison Avenue, 17th Floor, New York, New York 10017 | TEL 212-702-8100 FAX 212-702-8200
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
PALM SPRINGS | 45-025 Manitou Drive, Suite 10, Indian Wells, California 92210 | TEL 760-345-4757 FAX 760-345-2414
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3107 FAX 858-812-3336

Dockets.Justia.com

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

*/s/ Jeffrey N. Boozell*

Jeffrey N. Boozell

Enclosures

cc: Michelle Rhyu (w/o enclosures)
04972/1965534.2