1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:    (650) 843-5000
5  Fax:    (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
   MERIGAN and MARK HOLODNIY
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12

13
   THE BOARD OF TRUSTEES OF THE            Case No.  C 05 04158 MHP
14 LELAND STANFORD JUNIOR
   UNIVERSITY,                             **NOTICE OF CHANGE OF LAW**
15                                         **FIRM NAME BY COUNSEL FOR**
              Plaintiff,                   **PLAINTIFF AND COUNTERCLAIM**
16                                         **DEFENDANTS**
       v.
17                                         **DEMAND FOR JURY TRIAL**

18 ROCHE MOLECULAR SYSTEMS, ET AL.,

19            Defendants.

20
   ROCHE MOLECULAR SYSTEMS, ET AL.,
21
              Counterclaimants,
22
       v.
23

24 THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR
25 UNIVERSITY; THOMAS MERIGAN; AND
   MARK HOLODNIY,
26
              Counterclaim Defendants.
27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW      738011 v1/PA                    1.
   PALO ALTO

1  TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that effective October 1, 2006 the name of the law firm serving
4  as counsel of record for Plaintiff and Counterclaim Defendant The Board of Trustees of the
5  Leland Stanford Junior University and Counterclaim Defendants Thomas Merigan and Mark
6  Holodniy, currently Cooley Godward LLP, has been changed to "Cooley Godward Kronish
7  LLP." The address and telephone number of the firm have not been changed.

9  Dated: October 2, 2006           COOLEY GODWARD KRONISH LLP

11                                      by: /s/
                                         Michelle S. Rhyu

Attorneys for The Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendants Thomas Merigan and Mark Holodniy

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

738011 v1/PA     2.     NOTICE OF CHANGE OF LAW FIRM NAME BY COUNSEL FOR PL. AND COUNTERCLAIM DEFS.
CASE NO. C-05-04158 MHP