QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
         jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
         briancannon@quinnemanuel.com
         tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics
Corporation; and Roche Diagnostics Operations, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Defendants. | CASE NO. C-05-04158 MHP<br><br><br>STATEMENT OF ISSUES FOR SUMMARY JUDGMENT |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY.<br><br>    Counterclaim Defendants. | |

04972/1978494.1

Case No. C-05-04158 MHP
STATEMENT OF ISSUES FOR SUMMARY JUDGMENT

1  Pursuant to the Court's March 6, 2006 order, Defendants and Counterclaimants Roche
2  Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.
3  ("Roche") hereby identify the issues upon which Roche will move for summary judgment:

4  ISSUE ONE:  Roche owns a pro rata undivided interest in United States Patent
5  Nos. 5,968,730 (the "'730 Patent") and 6,503,705 (the "'705 Patent") pursuant to the Visitor's
6  Confidentiality Agreement executed by Dr. Mark Holodniy on February 14, 1989 and by virtue of
7  the collaboration between Cetus Corporation and Dr. Holodniy and Stanford University regarding
8  the subject matter of the '730 and '705 Patents.

9  ISSUE TWO:  Roche has "shop rights" which entitle it to make, use and sell the invention
10 disclosed in the '730 and '705 Patents by virtue of the collaboration between Cetus Corporation
11 and Stanford University regarding the subject matter of the '730 and '705 Patents.

12 ISSUE THREE:  Roche holds a non-exclusive, irrevocable, royalty-free, worldwide license
13 to the '730 and '705 Patents pursuant to the Materials Transfer Agreement entered into between
14 Cetus Corporation, on the one hand, and The Board of Trustees of the Leland Stanford Junior
15 University and Drs. Thomas Merigan and David Schwartz, on the other hand, dated December 19,
16 1988, and by virtue of the collaboration between Cetus Corporation and Stanford University
17 regarding the subject matter of the '730 and '705 Patents.

18 ISSUE FOUR:  Stanford lacks standing to sue for infringement of the '730 and '705 Patents
19 because it cannot establish that it is the sole and exclusive owner of the '730 and '705 Patents.

Dated: October 20, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE
BRIAN CANNON

/s/
Robert W. Stone
Attorneys for Defendants and Counterclaim
Plaintiff Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.