COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:    (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>**STANFORD UNIVERSITY'S STATEMENT OF ISSUES FOR SUMMARY JUDGMENT** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

739715 v1/PA                                   1.                    STANFORD'S STATEMENT OF ISSUES FOR
                                                                                  SUMMARY JUDGMENT

Dockets.Justia.com

Pursuant to the Court's September 22, 2006 Order, Plaintiff Stanford University identifies the following topics on which it intends to move for summary judgment:

1. All of Roche's claims to ownership and license of the patents and patent applications identified in their counterclaims are barred by the statute of limitations, estoppel, laches, unenforceability and lack of standing.

2. There is insufficient evidence as a matter of law for Roche to meet its burden on its claim of ownership or license through the Merigan 1984 and 1991 consulting agreements, the 1989 MTA, the Holodniy Visitor's Confidentiality Agreement, or any other agreements.

3. There is insufficient evidence as a matter of law for Roche to meet its burden on its claim of ownership through the assertion of shop rights.

Dated: October 20, 2006         COOLEY GODWARD KRONISH LLP

by:  _____/s/_____
         Michelle S. Rhyu

Attorneys for The Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendant Thomas Merigan