QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Adrian M. Pruetz (Bar No. 118215)
   Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
        jeffboozell@quinnemanuel.com

   Robert W. Stone (Bar No. 163513)
   Brian C. Cannon ((Bar No. 193071)
   TJ Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
       briancannon@quinnemanuel.com
       tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>      Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>      Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>      Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; MARK HOLODNIY,<br><br>      Counterclaim Defendants. | CASE NO. C-05-04158 JCS<br><br>JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING EXTENSION OF PAGE LIMITS FOR SUMMARY JUDGMENT<br><br>[[Proposed] Order And Stipulation Re: Extension Of Page Limits For Motions For Summary Judgment] |

04972/1982457.1

Case No. C 05-4158 MHP
MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11

Pursuant to Civil Local Rule 7-11, Defendants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc., Plaintiffs The Board of Trustees of the Leland Stanford Junior University, and Counterclaim Defendants Drs. Thomas Merigan and Mark Holodniy hereby request that the Court relieve the parties from the page limitations imposed by Local Rule 7-2.

Pursuant to the Court's September 21, 2006 order, the parties must file their respective motions for summary judgment and supporting memoranda by October 27, 2006. Local Rule 7-2 limits such motions to one document of 25 pages. The parties agree that, given the number of issues the parties seek to resolve on summary judgment, a modest extension of the page limits set forth in Local Rule 7-2 is appropriate. The parties therefore request that this Court grant the parties' attached joint stipulation and proposed order, allowing the parties motions and memoranda for summary judgment to be up to 30 pages in length.

Dated: October 23, 2006

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_____/S/_____
Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendants Thomas Merigan and Mark Holodniy

Dated: October 23, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE
BRIAN C. CANNON

_____/S/_____
Brian C. Cannon
Attorneys for Defendants and Counterclaim Plaintiff Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

**ATTESTATION OF E-FILED SIGNATURE**

I, Jeremy Burns, am the ECF user whose ID and password are being used to file **JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING EXTENSION OF PAGE LIMITS FOR SUMMARY JUDGMENT.** In compliance with General Order 45, X.B., I hereby attest that **MICHELLE RHYU,** has concurred in this filing.

DATED:  October 23, 2006

                        QUINN EMANUEL URQUHART OLIVER &
                           HEDGES, LLP


By:_____/S/_____
    Jeremy Burns
    Attorneys for Defendants and Counterclaimants
    Roche Molecular Systems, Inc.;
    Roche Diagnostics Corporation;
    and Roche Diagnostics Operations, Inc.