QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
E-Mail:      adrianpruetz@quinnemanuel.com
             jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail:      robertstone@quinnemanuel.com
             briancannon@quinnemaneul.com
             tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

04972/1982460.1

1  WHEREAS, pursuant to the Court's September 21, 2006 order, the parties must file their
2  respective motions for summary judgment and supporting memoranda by October 27, 2006;
3  WHEREAS, Local Rule 7-2 limits such motions to one document of 25 pages; and
4  WHEREAS, the parties agree that, given the number of issues the parties seek to resolve
5  on summary judgment, a modest extension of the page limits set forth in Local Rule 7-2 is
6  appropriate;
7  THE PARTIES HEREBY STIPULATE that the parties' respective motions and
8  memoranda for summary judgment shall be limited to 30 pages in length.

Dated: October 23, 2006

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_____/S/_____
Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendant Thomas Merigan and Mark Holodniy

Dated: October 23, 2006

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE
BRIAN C. CANNON

_____/S/_____
Brian C. Cannon
Attorneys for Defendants and Counterclaim
Plaintiff Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Jeremy Burns, am the ECF user whose ID and password are being used to file **[PROPOSED] ORDER AND STIPULATION RE: EXTENSION OF PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT.** In compliance with General Order 45, X.B., I hereby attest that **MICHELLE RHYU,** has concurred in this filing.

DATED: October 23, 2006

                                       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                       By: _____/S/_____
                                            Jeremy Burns
                                            Attorneys for Defendants and Counterclaimants
                                            Roche Molecular Systems, Inc.;
                                            Roche Diagnostics Corporation;
                                            and Roche Diagnostics Operations, Inc.