# EXHIBIT 1

Dockets.Justia.com

*S. deGront*

July 20, 1988


Thomas Merigan, M.D.
Stanford University School of Medicine
Room S-156
Stanford, CA  94305

Dear Tom:

The following are the HIV levels for the samples analyzed from the last two batches sent by Dr. Schwartz.

| Batch #1 | | | Batch # 2 | |
|---|---|---|---|---|
| Patient | Value | | Patient | Value |
| 1 | + | | 79 | – |
| 8 | – | | 18 | +++ |
| 9 | ind | | 33 | ++ |
| 10 | – | | 61 | – |
| 19 | – | | 75 | +++ |
| 28 | – | | 6 | + |
| 30 | ++++ | | 14 | – |
| 37 | ind | | 20 | – |
| 40 | + | | 27 | +/– |
| 46 | – | | 38* | |
| 50 | ++ | | 56* | |
| 55 | + | | 41* | |
| 60 | + | | 54* | |
| 64 | ++ | | | |
| 70 | ind | | * being retested | |
| 73 | – | | | |
| 80 | +++ | | | |

The samples marked ind are those for which repeated assay has failed to produce a consistent result.  If there are duplicates of these samples, you may wish to submit them for analysis.

It would be most helpful to us if you could supply us with a detailed listing which correlates the sample with the patient id, the date on which the sample was obtained, the study day of the sample and the therapy arm of the protocol under which the patient is being treated.

**CH0000996**

Cetus Corporation, 1400 Fifty-Third Street, Emeryville, California 94608   Phone: (415) 420-3300   Telex: 4992659   Facsimile: (415) 658-5239

Thomas Merigan, M.D.
July 20, 1988
Page 2 of 2


If you have any questions, please give me a call.


Yours truly,

Eric S. Groves, M.D., Ph.D.
Associate Director,
Clinical Research and Development

cc: S. Kwok
    J. Sninsky
    E. Bradley, M.D.

CH0000997



STANFORD UNIVERSITY MEDICAL CENTER

STANFORD, CALIFORNIA 94305

STANFORD UNIVERSITY SCHOOL OF MEDICINE
Department of Medicine
Division of Infectious Diseases

RECEIVED

JUL 28 1988

ERIC S. GROVES, M.D.

July 25, 1988

Eric S. Groves, M.D., Ph.D.
Associate Director,
Clinical Research and Development
Cetus Corporation
1400 Fifty-Third Street
Emeryville, CA 94608

Dear Dr. Groves:

Here is the information you asked for regarding the PCR samples we have sent thus
far. I have also included the P-24 blood antigen levels and viral co-culture
results where available.

We still have a small problem with the coding of our last batch since your letter
refers to samples #4 and #11, but we did not send samples with those numbers. We
have assumed that #'s 4 and 11 are really #'s 54 and 61, respectively, which we
did send but which were not reported back. Please keep in mind that the samples
are placed in the box in the same position as they are numbered, so if the tube
number is hard to read, the box position can be used to confirm it.

We are, of course, still very interested in the incomplete samples, to see if
they agree with the previous results.

We have several more batches of new patients to bring for analysis as soon as
possible, and I look forward to meeting you at that time.

Finally, I was told last month by Ned, I believe, that one of the samples
repeatedly showed a different size band after probe hybridization, perhaps
suggesting a new strain. Has this been confirmed? If so, we can
grow this virus up for further analysis.

Respectfully,

David Schwartz, M.D., Ph.D.
Physician Specialist and
Immunologist, S.U.M.C.
AIDS Clinical Trials Unit

cc: S. Kwok
    J. Sninsky
    E. Bradley, M.D.

Copy to
Shirley Kwok
J. Sninsky
S. DeGrasse
M. Konrad

Thank you
Eric

**CH0000998**

| Pt | Date | PCR RESULTS | | Wk of Tx Study | | P-24-emia | Cx |
|----|------|-------------|--|----------------|--|-----------|----|
| RE | 12-8-87 | 2+ | | 0 | AZT | | |
|    | 12-29-87 | 3+ | | 2 | | | |
|    | 1-5-88 | 3+ | | 4 | | 231 | |
|    | 2-1-88 | 2+ | | 8 | IL-2 | 159 | − |
|    | 2-16-88 | 1+ | | 10 | ↓ | | |
|    | 3-17-88 | 3+ | | 15 | | | |
|    | 4-5-88 | 3+ | | 16 | | 351 | + |
| GM | 1-12-88 | 3+ | | −1 | | 0 | − |
|    | 1-19-88 | 2+ | | 0 | AZT | 0 | |
|    | 2-16-88 | 3+ | | 4 | | 0 | |
|    | 3-14-88 | 1+ | | 8 | IL-2 | 0 | − |
|    | 3-28-88 | 1+ | | 10 | | 0 | |
|    | 4-8-88 | 1+ | | 12 | ↓ | 0 | − |
|    | 4-11-88 | 2+ | | 13 | | | |
| DB | 1-5-88 | 3+ | | −1 | | 3 | |
|    | 1-12-88 | 3+ | | 0 | AZT | 2 | |
|    | 2-9-88 | 2+ | | 4 | | 0 | |
|    | 3-7-88 | 2+ | | 8 | IL-2 | 0 | − |
|    | 3-18-88 | 2+ | | 10 | | | |
|    | 3-21-88 | 2+ | | 11 | | 0 | |
|    | 4-1-88 | 2+ | | 12 | ↓ | 0 | − |
|    | 4-5-88 | 2÷ | | 13 | | | |

| Pt | Date | Batch 1 | Batch 2 | Wk of Tx Study | | P-24-emia | Cx |
|----|------|---------|---------|----------------|--|-----------|----|
| BW | 1-25-88 | + | NA | −3 | | 0 | |
|    | 2-9-88 | 2+ | NA | −1 | | 0 | |
|    | 2-16-88 | − | − | 0 | AZT | 0 | |
|    | 3-24-88 | − | − | 4 | | | |
|    | 4-11-88 | − | − | 8 | IL-2 | 0 | +/− |
|    | 4-25-88 | − | − | 10 | | 0 | |
|    | 5-6-88 | − | − | 12 | Toxicity | 0 | |
|    | 5-20-88 | + | + | 13 | | | − |
|    | 6-3-88 | NA | +/− | 16 | | 0 | − |

Seropositives

| Pt | Date | PCR RESULTS | Batch 2 | |
|----|------|-------------|---------|--|
| GG | 4-11-88 | 3+ | NA | |
| MC | 5-11-88 | + | 2+ | |
| MP | 5-11-88 | 2+ | 3+ | |
| LD | 3-7-88 | + | 3+ | −6 |
| TM | 3-28-88 | ind | 3+ | −2 |
| CC | 4-11-88 | 4+ | NA | |

High Risk Seronegatives

| Pt | Date | PCR RESULTS | |
|----|------|-------------|--|
| TA | 5-6-88 | ind | − |
| RB | 5-6-88 | − | − |

Seronegatives

| Pt | Date | PCR RESULTS | |
|----|------|-------------|--|
| DS | 3-28-88 | ind | − |

CH0000999

CETUS CORPORATION
1400 Fifty-Third Street
Emeryville, California 94608

Tel.: (415) 420-3300
FAX: (415) 658-5239
NEFAX System III-SE


FACSIMILE TRANSMISSION


DATE:    10/18/88


TO:    Dr. David Schwartz, M.D.,  Ph.D.

         Physician Specialist and Immunologist

         Stanford University Medical Center

         AIDS Clinical Trials Unit


FAX NO.:    (415)725-2395


FROM:    Eric Groves, M.D.

         Cetus Corporation, 1400 Fifty-Third Street, Emeryville, CA, U.S.A.  94608



TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET):    3



If you have any problems, please call    Cathy    (originator)

at (415)420-3300, ext. 3642   .

Cetus Corporation, 1400 Fifty-Third Street, Emeryville, California 94608   Phone: (415) 420-3300   Telex: 4992659   Facsimile: (415) 658-5239

CH0001059

October 18, 1988

Dr. David Schwartz, M.D., Ph.D.
Physician Specialist and Immunologist
Stanford University School of Medicine
Aids Clinical Trials Unit
Stanford, CA 94305

Dear Dr. Merigan:

The following are the HIV levels for the priority samples analyzed from Batch #1.

| Control # | Probe 1 | Probe 2 |
|-----------|---------|---------|
| 22.2 | 3 | + |
| 22.3 | 2 | + |
| 22.4 | 3 | + |
| 33 | 4 | + |
| 42 | 3 | + |
| 48 | 3 | + |
| 54 | 3 | + |
| 55 | 3 | + |
| 60 | * | + |
| 66 | 3 | + |
| 69 | 4 | + |
| 70 | 1 | + |
| 73 | 4 | + |
| 80 | 4 | + |
| 82 | 2 | + |
| 24.2 | 1 | + |
| 24.3 | 3 | + |
| 24.4 | 3 | + |
| 41 | 3 | + |
| 50 | 3 | + |
| 53 | 3 | + |
| 56 | 2 | + |

CH0001060

Cetus Corporation, 1400 Fifty-Third Street, Emeryville, California 94608   Phone: (415) 420-3300   Telex: 4992659   Facsimile: (415) 658-5239

October 18, 1988

Dr. Merigan

Page 2

| Sample # | Probe 1 | Probe 2 |
|----------|---------|---------|
| 67 | 3 | + |
| 68 | 3 | + |
| 99 | 3 | + |
| 108 | 1 | + |

*  Sample #60 will be rerun using Probe #1.

All samples will be rerun using Probe #2 to quantitate the positive results.

Sincerely,

CETUS CORPORATION

Eric Groves, M.D.
Associate Director
Research and Development

Sharon A. DeGroat
Research Assistant III

CH0001061

October 18, 1988

Dr. David Schwartz, M.D., Ph.D.
Physician Specialist and Immunologist
Stanford University School of Medicine
Aids Clinical Trials Unit
Stanford, CA 94305

Dear Dr. Merigan:

The following are the HIV levels for the priority samples analyzed from Batch #1.

| Control # | Probe 1 | Probe 2 |
|-----------|---------|---------|
| 22.2 | 3 | + 2 |
| 22.3 | 2 | + 3 |
| 22.4 | 3 | + 3 |
| 33 | 4 | + 3 |
| 42 | 3 | + 3 |
| 48 | 3 | + 2 |
| 54 | 3 | + 3 |
| 55 | 3 | + 3 |
| 60 | * | + 1 |
| 66 | 3 | + 3 |
| 69 | 4 | + 2 |
| 70 | 1 | + 2 |
| 73 | 4 | + 3 |
| 80 | 4 | + 3 |
| 82 | 2 | + 4 |
| 24.2 | 1 | + 4 |
| 24.3 | 3 | + 1 |
| 24.4 | 3 | + 2 |
| 41 | 3 | + 2 |
| 50 | 3 | + 2 |
| 53 | 3 | + 2 |
| 56 | 2 | + 2 |

CH0000738



October 18, 1988

Dr. Merigan

Page 2

| Sample # | Probe 1 | Probe 2 |
|----------|---------|---------|
| 67 | 3 | + 3 |
| 68 | 3 | + 3 |
| 99 | 3 | + 4 |
| 108 | 1 | + 4 |

*   Sample #60 will be rerun using Probe #1.

All samples will be rerun using Probe #2 to quantitate the positive results.

Sincerely,

CETUS CORPORATION

Eric

Eric Groves, M.D.
Associate Director
Research and Development

Sharon A DeGroat

Sharon A. DeGroat
Research Assistant III

CH0000739

CETUS CORPORATION
1400 Fifty-Third Street
Emeryville, California 94608

Tel.: (415) 420-3300
FAX: (415) 658-5239
NEFAX System III-SE


FACSIMILE TRANSMISSION


DATE: 11/15/88


TO:  David Schwartz, M.D., Ph.D.
     Physician Specialist and Immunologist
     Stanford University
     AIDS Clinical Trails Unit
     Stanford, CA 94305


FAX NO.:  (415) 725-2395


FROM:  Eric Groves, M.D., Ph.D.
       Cetus Corporation, 1400 Fifty-Third Street, Emeryville, CA, U.S.A. 94608


TOTAL NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 3


If you have any problems, please call Cathy (originator)
at (415)420-3300, ext. 3642 .

Cetus Corporation, 1400 Fifty-Third Street, Emeryville, California 94608   Phone: (415) 420-3300   Telex: 4992659   Facsimile: (415) 658-5239

CH0000735

November 15, 1988


David Schwartz, M.D., Ph.D.
Physician Specialist and Immunologist
Stanford University
School of Medicine
AIDS Clinical Trials Unit
Stanford, CA 94305

Dear Dr. Schwartz:

The following are HIV levels for the priority samples analyzed from Batch #2:

| CONTROL # | PROBE #1 | PROBE #2 |
|:---------:|:--------:|:--------:|
| 85 | 3 | 4 |
| 44 | 2 | * |
| 78 | 2 | 1 |
| 20.1 | 3 | 3 |
| 32 | 3 | 3 |
| 27.1 | 3 | 3 |
| 36 | 3 | 3 |
| 28.1 | 1 | 3 |
| 34 | 3 | 3 |
| 76 | 4 | 3 |
| 29.1 | 4 | 4 |
| 35 | 4 | 4 |
| 77 | 4 | 4 |
| 1 | 3 | * |
| 2 | 2 | * |
| 3 | 4 | 4 |
| 4 | 1 | * |
| 43 | 4 | 4 |
| 71 | 4 | 4 |

CH0000736

Cetus Corporation, 1400 Fifty-Third Street, Emeryville, California 94608   Phone: (415) 420-3300   Telex: 4992659   Facsimile: (415) 658-5239

Dr. Schwartz, M.D.
November 15, 1988
Page 2


* Sample will be rerun; result inconclusive

Yours truly,

CETUS CORPORATION


Eric S. Groves, M.D., Ph.D.
Associate Director
Clinical Research and Development


*Sharon A De Groat*

Sharon A. De Groat
Research Assistant III

ESG:cp

CH0000737

11-18/88   15:7   ☎415 725 2395          SUMC Inf. Dis.                    ☎001/003

X3438 *Called* @3:03
N/A 11/18 98                                                              mK


**Date:**          **November 18, 1988**


**To:**          **Dr. Eric Groves**
                 **Cetus Corporation**

**From:**        **Dr. David Schwartz**
                 **Stanford Infectious Diseases**

**Message:**     **For your information**

CH0000749

11/18/88   15:17   ☎415 725 2395          SUMC Inf. Dis.                    ⓒ002/003

 STANFORD UNIVERSITY MEDICAL CENTER

STANFORD, CALIFORNIA 94305

STANFORD UNIVERSITY SCHOOL OF MEDICINE
*Department of Medicine*
*Division of Infectious Diseases*

11/18/88

Dr. Eric Groves
Cetus Corporation

Dear Eric,

Here is the clinical status of the patients and the time points of their samples.
I have ommitted those samples with indeterminate probe #2 so as not to bias those
results.  If you have any questions do not hesitate to call.

Sincerely,

*David Schwartz*

David Schwartz

CH0000750

November 15, 1988

David Schwartz, M.D., Ph.D.
Physician Specialist and Immunologist
Stanford University
School of Medicine
AIDS Clinical Trials Unit
Stanford, CA  94305

Dear Dr. Schwartz:

The following are HIV levels for the priority samples analyzed from Batch #2:

|  | CONTROL # | | PROBE #1 | PROBE #2 |
|---|---|---|---|---|
|  | 85 | - as previous | 3 | 4 |
|  | 44 | 6/6 | 2 | * |
| asx female sero +<br>transfused '80 | 78 | 7/19 | 2 | 1 |
| pre-arc sero +<br>gay male | 20.1 | 2/29 | 3 | 3 |
|  | 32 | 5/27 | 3 | 3 |
| asymptomatic<br>sero + gay male | 27.1 | 5/6 | 3 | 3 |
|  | 36 | 6/1 | 3 | 3 |
| asymptomatic<br>sero + gay male | 28.1 | 5/11 | 1 | 3 |
|  | 34 | 6/1 | 3 | 3 |
|  | 76 | 7/14 | 4 | 3 |
| asymptomatic<br>sero + gay male | 29.1 | 5/11 | 4 | 4 |
|  | 35 | 6/1 | 4 | 4 |
|  | 77 | 7/14 | 4 | 4 |
|  | 1 |  | 3 | * |
|  | 2 |  | 2 | * |
| Sero + newborn | 3 |  | 4 | 4 |
|  | 4 |  | 1 | * |
| asymptomatic<br>sero + gay male | 43 | 5/3 | 4 | 4 |
|  | 71 | 7/8 | 4 | 4 |

**CH0000751**

Cetus Corporation, 1400 Fifty-Third Street, Emeryville, California 94608   Phone: (415) 420-3300   Telex: 4992659   Facsimile: (415) 658-5239

02/08/89   09:40   ☎415 725 2395          SUMC Inf. Dis.



STANFORD UNIVERSITY MEDICAL CENTER
STANFORD, CALIFORNIA 94305

RECEIVED

FEB - 8 1989

ERIC S. GROVES, M.D.

STANFORD UNIVERSITY SCHOOL OF MEDICINE
Department of Medicine
Division of Infectious Diseases

# FACSIMILE TRANSMISSION

**TO:** ~~Eric Groves~~

**FACSIMILE NUMBER:** 658-5239

**FROM:** T.C. Merigan / Sackinger

**FACSIMILE NUMBER:** (415) 725-2395

**NUMBER OF PAGES INCLUDING THIS PAGE** 2

**PLEASE CALL (415)** 723-7912 **IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION**

**COMMENTS:** Copy to
S DeGroot
M Konrad

Thank you
Tom

CH0000759

02/08/89   09:40   ☎415 725 2395        SUMC Inf. Dis.

To: Eric Groves
From: Stanford ACTG    (KS)
Data: Feb. 8, 1969
Re: PCR Specimens

The following constitute the batch of PCR specimens delivered to CETUS by Dr. Merigan in December, 1988:

# 79, 89, 102, 133, 167, 173, 185

# 196, 199, 232, 192, 212

**CH0000760**