QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
E-Mail:     adrianpruetz@quinnemanuel.com
            jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail:     robertstone@quinnemanuel.com
            briancannon@quinnemanuel.com
            tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF OWNERSHIP OF AND LICENSE TO THE '730 AND '705 PATENTS |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY;<br><br>Counterclaim Defendants. | |

Case No. C-05-04158 MHP
[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

03685/35037

### [PROPOSED] ORDER

WHEREAS, the Court considered Defendant and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc. ("Roche's") Motion for Summary Judgment, Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University, Counterclaim Defendants Thomas Merigan and Mark Holodniy's ("Stanford") opposition thereto, argument of counsel and such other matters as the Court deemed appropriate;

WHEREAS, the Court finds that no genuine issues of material fact remain for trial regarding Roche's motion; and

WHEREAS, the Court finds that Roche is entitled to judgment as a matter of law that:

1. Roche owns a pro rata undivided interest in United States Patent Nos. 5,968,730 (the "'730 Patent") and 6,503,705 (the "'705 Patent");

2. Roche has "shop rights" which entitle it to make, use and sell the invention disclosed in the '730 and '705 Patents;

3. Roche holds a non-exclusive, irrevocable, royalty-free, worldwide license to the '730 and '705 Patents; and

4. Stanford lacks standing to sue for infringement of the '730 and '705 Patents;

IT IS THEREFORE ORDERED that Roche's Motion is GRANTED in all respects.

DATED: _____

_____
Honorable Marilyn H. Patel
United States District Judge