1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
4  Facsimile:  (213) 443-3100
   E-Mail:    adrianpruetz@quinnemanuel.com
5             jeffboozell@quinnemanuel.com

6   Robert W. Stone (Bar No. 163513)
    Brian C. Cannon (Bar No. 193071)
7   T.J. Chiang (Bar No. 235165)
   555 Twin Dolphin Drive, Suite 560
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100
   E-Mail:    robertstone@quinnemanuel.com
10            briancannon@quinnemanuel.com
              tjchiang@quinnemanuel.com
11
   Attorneys for Defendants and Counterclaimants Roche
12 Molecular Systems, Inc.; Roche Diagnostics Corporation;
   and Roche Diagnostics Operations, Inc.
13
                  UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15

| 16 | THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
|---|---|---|
| 17 | Plaintiff, | |
| 18 | vs. | DECLARATION OF JOHN J. SNINSKY, Ph.D. IN SUPPORT OF ROCHE'S MOTION FOR SUMMARY JUDGMENT |
| 19 | ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 20 | | |
| 21 | Defendants. | |
| 22 | ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 23 | | |
| 24 | Counterclaimants, | |
| 25 | vs. | |
| 26 | THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY; | |
| 27 | | |
| 28 | Counterclaim Defendants. | |

Case No. C-05-04158 MHP
DECLARATION OF JOHN J. SNINSKY, Ph.D.

## Declaration of John J. Sninsky, Ph.D.

I, John J. Sninsky, Ph.D., declare:

1. I have personal knowledge of the facts stated herein. If called upon to testify I could, and would, testify thereto.

2. I am currently the Vice President, Discovery Research at Celera Diagnostics in Alameda, CA. I have held that position since 2000.

3. I received a Ph.D. in biology from Purdue University in 1976 and worked as a postdoctoral fellow at the Stanford University Department of Medicine from 1976 to 1980. From 1981 to 1984, I was an Assistant Professor at Albert Einstein College of Medicine in the Department of Microbiology and Immunology, with a joint appointment in the Department of Molecular Biology.

4. In 1984, I joined Cetus Corporation as a Senior Scientist in the Department of Microbial Genetics. In 1985, I became the Director, Diagnostics Program and Director, Department of Infectious Diseases. I held those positions until 1988 when I was promoted to Senior Director, Diagnostics Program, PCR Division and Director, Department of Infectious Diseases. I left Cetus in 1991 and joined Roche Molecular Systems as the Senior Director, Discovery Research.

5. At the time that I started at Cetus in 1984, the spread of AIDS was reaching epidemic proportions. As a virologist and a Senior Scientist working with PCR, I recognized that PCR would potentially be a useful tool for AIDS research, as well as patient diagnosis and therapy.

6. For instance, on July 18, 1985, I and Shirley Kwok, another Cetus scientist, prepared a memorandum to senior Cetus management and scientists entitled "Detection of AIDS Associated Virus(es) as a Potential Target." A copy of the memorandum is attached as Exhibit 1. Our memorandum proposes applying the PCR technique to AIDS research including obtaining clinical samples from patients and determining whether PCR could be used to amplify nucleotide sequences that correspond to the AIDS virus. See Exhibit 1 at page 4.

-1-

Case No. C-05-04158 MHP
DECLARATION OF JOHN J. SNINSKY, Ph.D.

7. I and others at Cetus began work applying PCR to AIDS and HIV shortly thereafter.

8. For instance, as a result of our work at Cetus, we filed a patent application on January 10, 1986 that led to the issuance of U.S. Patent No. 5,008,182 ("Detection of AIDS Associated Virus By Polymerase Chain Reaction"). A copy of this patent is attached as Exhibit 2. The named inventors are myself, Shirley Kwok and David H. Mack, and the patent was assigned to Cetus. This early patent claimed, "A process for detecting or monitoring a nucleic acid sequence to the nucleic acid in AIDS viruses, which AIDS virus nucleic acid sequence is suspected of being contained in a sample . . ." Exhibit 2 at col. 22, lines 6-9 (claim 1). Our patent also claims the process where the "nucleic acid is single-stranded RNA and said single-stranded RNA is reverse transcribed . . . ." Id. at col. 22, line 67 to col. 23, line 1 (claim 8).

9. In addition, as another example of our work at Cetus applying PCR to AIDS and HIV, on October 7, 1988, we filed a patent application that led to the issuance of U.S. Patent No. 5,389,512 ("Method for Determining the Relative Amount of a Viral Nucleic Acid Segment in a Sample by the Polymerase Chain Reaction"). A copy of the patent is attached as Exhibit 3. The inventors are myself and Shirley Kwok, and the patent was assigned to Cetus. This patent specifically addresses detecting and quantifying HIV, including determining copy number. Ex. 3 at col. 2, lines 1-11. This patent also teaches that monitoring the "viral load," i.e., the amount of HIV, in a patient sample "can reveal whether a patient is responding to therapy." Id. at col. 2, lines 8-9.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 27, 2006, in Alameda, California.

*[signature]*

John J. Sninsky, Ph.D.

-2-

Case No. C-05-04158 MHP
DECLARATION OF JOHN J. SNINSKY, Ph.D.