QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
        jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
        briancannon@quinnemanuel.com
        tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY;<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>DECLARATION OF RHEA NERSESIAN IN SUPPORT OF ROCHE'S MOTION FOR SUMMARY JUDGMENT |

04972/1983961.1

Case No. C-05-04158 MHP
DECLARATION OF RHEA NERSESIAN

## Declaration of Rhea Nersesian

I, Rhea Nersesian, declare:

1. I have personal knowledge of the facts stated herein. If called upon to testify I could, and would, testify thereto.

2. I am currently a patent agent in the legal department of Roche Molecular Systems, Inc. I began work at Cetus Corporation in June 1987. In June 1989, I joined Roche.

3. The plasmid strain pCC2 from which the cRNA standard was transcribed was deposited in the Cetus culture collection and then transferred to Roche as part of Roche's purchase of assets from Cetus. Thus, pCC2 is currently in Roche's culture collection and is Roche property. To the best of our understanding, pCC2 has not been commercially available.

4. Attached as Exhibit 1 is a true and correct copy of a printout from Roche's current culture collection database that was prepared at or near the time of the deposit of pCC2 and kept in the course of Roche's regularly conducted business. The printout reflects that Clayton Casipit deposited the pCC2 strain in Cetus' Master Culture Collection on January 23, 1990. Roche assigned the number RMSCC 1506 to this strain. According to Exhibit 1, the "primary use" of the strain is: "Positive control used in HIV quantification."

5. Also attached as Exhibit 1 are the documents that accompanied the above referenced deposit, including the DNA sequence of the plasmid. The business records accompanying the database entry reflect at page 5 that pCC2 was assigned a Cetus number, CMCC No. 3799, when it was originally deposited in January 1990.

6. Attached as Exhibit 2 is true and correct copy of a Cetus business record reflecting the "Receipt of Strains into the Cetus Master Culture Collection" that was created at or near the time of deposit and kept in Cetus' regularly conducted business. This Cetus record reflects that "pCC2" was assigned CMCC No. 3799.

7. According to Roche's business records, the strain CMCC 3799 (pCC2) was not transferred with the original batch of cultures under the Assets Purchase Agreement by and between Hoffmann-La Roche Inc. and Cetus Corporation. Section 2.1(b) of the Assets Purchase

1  Agreement provides for the transfer of all Cetus inventory listed in Schedule 2.1(b). Schedule
2  2.1(b) of the Assets Purchase Agreement at RMS 06414 (Ex. 44 to Chiang Decl.), provides:

> Culture strains used by Seller in connection with the PCR Business are listed on the attached Appendix 1. Certain other strains contained in Seller's culture collection as of June 30, 1991 may be useful in connection with the PCR Business and are not specifically listed. Seller shall provide Purchaser, at Purchaser's expense, with specimens of such strains that are requested by Purchaser during the one year period following the closing.

8.  Attached as Exhibit 3 is true and correct copy of a document listing the additional strains to be transferred to Roche under the Assets Purchase Agreement. This document was maintained by Roche in the ordinary course of its business. CMCC 3799 is listed at page 4 (RMS 71010).

9.  Attached as Exhibit 4 is true and correct copy of an internal Roche memorandum from Gina Carter to Tom White listing the additional strains to be transferred under the Assets Purchase Agreement. CMCC 3799 is listed at page 6 (RMS 71004).

10. Attached as Exhibit 5 is a true and correct copy of a memorandum from Chiron Corporation, which merged with Cetus Corporation simultaneous with the sale of Cetus's PCR assets to Roche, acknowledging that CMCC 3799 was transferred to Roche.

11. Attached as Exhibit 6 is a true and correct copy of Wang U.S. Patent No. 5,219,727.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 27, 2006, in Alameda, California.

*[signature]*
Rhea Nersesian