# EXHIBIT 1

Dockets.Justia.com



1506 pCC2:Plasmid In Host
Recombinant Bacteria
pCC2
C. Cassipit
5/5/93
Plasmid In Host
P2
Host is E. coli DH5alpha
Positive control used in HIV quantification
Chiron
R2, 37C, Ap50
Genotype
Designation
Prod/Pat
Plasmid
Notes: Deposit date 1/23/90; E.coli replicon, vector pSP72, use Ap50; cloned HIV H9 proviral DNA template 1368-1667; T7 promoter. Plasmid retention 100% in init Ownership: Cetus/Roche. NO LONGER IN USE.
Find
Exit
Edit
Repl
New
Print
Return

RMS 71013

1506 pCC2:Plasmid In Host

| Plasmid Size | Vector Size | Insert Size | Host | Host Desig | Re Digest | Plasmid Notes |
|---|---|---|---|---|---|---|
| 2454 | pSP72 | 0.3 kb EEcoR1 - KpnI | Escherichia coli | DH5alpha | EcoRI and BamHI | Low DNA yield: no poly A tail. NO LOf |

1506 pCC2:Plasmid In Host
Recombinant Bacteria
pCC2
C. Cassipit
5/5/93
Plasmid In Host
Host is E. coli DH5alpha
P2
Positive control used in HIV quantification
Chiron
R2, 37C, Ap50
Genotype
Prod/Pat
Plasmid
Freeze Date
Viability Testing
Growth Purity Check
Characterization
8/11/93
Date
Antibiotic(-)
Antibiotic(+)
Method
8/11/93 prefreeze = 1.5e10
Char Data: 8/11/93 prefreeze
Pre Freeze 8/11/93
10/20/93 postfreeze +Amp =
Post Freeze 6/30/93
3.60E+09
3.4e8 -Amp = 3.4e8 10/22/93
+Amp = 3.4e8 -Amp = 3.4e8
New
Del
Find
Exit
Edit
Repl
New
Print
Return

RMS 71015



1506 pCC2:Plasmid In Host

RMSC

1506

Prod Type: Recombinant Bacteria

Generic Name: pCC2

Depositor: C. Cassipit

Date: 5/5/93

Species/Description: Plasmid In Host

Exp/Gen/Strain: Host is E. coli DH5alpha

BioSafety Level: P2

Potential Use: Positive control used in HIV quantification

Synonyms:

Source: Chiron

Growth Cond: R2, 37C, Ap50

Genotype | Designation | Prod/Pat | Plasmid

| BoxRackFreezer | Position | Vials | Method | Lot | Comments |
|---|---|---|---|---|---|
| RMSCC Box 38;Rack 07;Forma | 58-81 | 28 | Other Frozen | | |
| Box 7-6;Rack 7;LN1 | 48 | 1 | Other Frozen | | |
| Box 5-3;Rack 5;LN1 | 30 | 1 | Frozen in 10% -15% Glyc | | |
| RMSCC Box 24;Rack 05;Forma | 25-27 | 3 | Frozen in 10% -15% Glyc | 1/30/1990 00:0( | |
| RMSCC Box 25;Rack 05;Forma | 62-81 | 20 | Frozen in 10% -15% Glyc | | |
| Box 5-3;Rack 5;LN1 | 52-53 | 2 | Frozen in 10% -15% Glyc | | |
| RMSCC Box 43;Rack 07;Forma | 22-25 | 4 | Frozen in 10% -15% Glyc | | green |

New Del

Find Exit Edit Repl New Print Return

RMS 71016



pCC2
RMSCC 1506
CMCC 3799

In DH5α Gene HIV H9 proviral DNA template ...
for HIV-1 quant ...
by S. Kwok Start up 5/25 Freeze 25 vials ...
Prefreeze 1.9 x 10⁹ Postfreeze 3.6 x 10⁹ ...
Restriction enzymes ...
Mini prep See RMSCC ...
8/10/93 make 30 ...
8/11/93 ...
10/21/93 ...

| Strain | Goals | Media | Date | Step |
|---|---|---|---|---|
| pCC2 | make 20-30 | | 8/10 | make 30 vials for MS. |
| | vials MS | Growth Conditions | 8/13 | miniscreen ck |
| | miniscreen | | | (for photo see # 1798) |
| | plasmid retention | Characterization | | |
| RMSCC# | 8/11 pre-fr. yield = 1.5 x 10⁹ | | | |
| | 10/21 post-fr. | Frozen Stock | | |
| 1506 | ⊕ Amp 3.2 x 10⁸ | | | |
| | ⊖ Amp 3.4 x 10⁸ | Other | | |
| | 10/22 plasmid ret = 32/32 = 100% | | | approved 10/21/93 |

| Strain | Goals | Media | Date | Step |
|---|---|---|---|---|
| pCC2 | MS - 25 vials | | 5/25 | INOC. 1 amp plate from frozen orig. |
| | miniscreen | Growth Conditions | 5/28 | Freeze 25 vials for (MS) |
| | | | 6/18 | Post freeze 3.6 x 10⁹ cells/mL |
| | | Characterization | | |
| RMSCC# | | | | |
| | Prefreeze 1.9 x 10⁹ | Frozen Stock | | |
| 1506 | Post → | | | DONE |
| | | Other | | |
| | | | | |
| Strain | Goals | Media | Date | Step |



pCC2
(2.754kb)
Amp r
SspI (2422bp)
AatII (2871bp)
XmnI
ScaI (1980bp)
(2304bp)
(2099bp)
PvuI (1870bp)
FspI (1722bp)
BglI (1620bp)
NdeI
SP6 (1bp)
BamHI (46bp)
KpnI (59bp)
EcoRI (359bp)
T7
HpaI (428bp)
H9 Proviral DNA Template fragment

RMS 71018

PROVIRAL DNA HIV SEQUENCE

```
Hivconst.Seq  Length: 360  May 6, 1991  10:46  Check: 9217  ..

  1  TTTTCAGCAT TATCAGAAGG AGCCACCCCA CAAGATTTAA ACACCATGCT
 51  AAACACAGTG GGGGGACATC AAGCAGCCAT GCAAATGTTA AAAGAGACCA
101  TCAATGAGGA AGCTGCAGAA TGGGATAGAG TGCATCCAGT GCATGCAGGG
151  CCTATTGCAC CAGGCCAGAT GAGAGAACCA AGGGGAAGTG ACATAGCAGG
201  AACTACTAGT ACCCTTCAGG AACAAATAGG ATGGATGACA AATAATCCAC
251  CTATCCCAGT AGGAGAAATT TATAAAAGAT GGATAATCCT GGGATTAAAT
301  AAAATAGTAA GAATGTATAG CCCTACCAGC ATTCTGGACA TAAGACAAGG
351  ACCAAAGGAA
```

PROVIRAL DNA HIV SEQUENCE

Hiv.Txt Length: 360 February 9, 1990 14:43 Check: 9217 ..

```
1     TTTTCAGCAT TATCAGAAGG AGCCACCCCA CAAGATTTAA ACACCATGCT

             ----------------SK 145---------------->          -------
51    AAACACAGTG GGGGGACATC AAGCAGCCAT GCAAATGTTA AAAGAGACCA

      -------  SK 102---------------->
101   TCAATGAGGA AGCTGCAGAA TGGGATAGAG TGCATCCAGT GCATGCAGGG
          ---------  CLC1  ---------->

151   CCTATTGCAC CAGGCCAGAT GAGAGAACCA AGGGGAAGTG ACATAGCAGG

                                                ----------
201   AACTACTAGT ACCCTTCAGG AACAAATAGG ATGGATGACA AATAATCCAC
                                                ---------

      -------SK38---------        ------------CLC2---------
251   CTATCCCAGT AGGAGAAATT TATAAAAGAT GGATAATCCT GGGATTAAAT
      ------HRI51-------------SK399--------- ---------SK13---

      ------------SK19------------
301   AAAATAGTAA GAATGTATAG CCCTACCAGC ATTCTGGACA TAAGACAAGG
      -----------HRI54-----------  ---------------SK39-----

351   ACCAAAGGAA
      ------
```

```
241 ---------+---------+---------+---------+---------+---------+ 300
    TTATTAGGTGGATAGGGTCATCCTCTTTAAATATTTTCTACCTATTAGGACCCTAATTTA

                                                      S
                          C             B  B         Aa
                          v    M  B     s  s         vu
                          i    w  s     t  p         a9
                          J    o  m     X  G         I6
                          I    I  I     I  I         II
                                                      /
    AAAATAGTAAGAATGTATAGCCCTACCAGCATTCTGGACATAAGACAAGGACCAAAGGAA
301 ---------+---------+---------+---------+---------+---------+ 360
    TTTTATCATTCTTACATATCGGGATGGTCGTAAGACCTGTATTCTGTTCCTGGTTTCCTT
```

Enzymes that do cut:

```
    AluI    AvaII     BbvI     BsaI    BsaJI     BsmI   BsmAI   BspGI
    BsrI    BstXI    CviJI     DraI    DrdII  Eco57I Eco0109I   EcoPI
  EcoRII   Fnu4HI     FokI     HaeI   HaeIII     MaeI  MaeIII    MnlI
    MseI     MwoI   NlaIII    NlaIV     NspI     PstI   RleAI    RsaI
  Sau96I    ScrFI    SfaNI     SfeI     SpeI     SphI    StyI  Tsp45I
   TspEI Tth111II
```

Enzymes that do not cut:

```
   AatII     AccI    AflII   AflIII     AgeI    AhaII     AlwI   AlwNI
    ApaI    ApaLI     AseI     AvaI    AvrII     BalI    BamHI    BanI
   BanII    BbvII    BcefI     BcgI     BclI     BglI    BglII  Bpu10I
   BsaAI    BsaBI     BsiI Bsp1286I    BspCI    BspHI    BspMI  BspMII
  BssHII    BstBI   BstEII    BstYI   Bsu36I   Cfr10I    CfrAI    ClaI
    DdeI     DpnI   DraIII     DrdI     DsaI     EaeI     EarI    EciI
Eco47III    EcoAI    EcoBI    EcoDI  EcoDXXI    EcoEI    EcoKI   EcoNI
 EcoP15I    EcoRI EcoR124I EcoR124/3I   EcoRV     EspI    Esp3I    FauI
    FinI     FseI     FspI    GdiII     GsuI    HaeII     HgaI   HgiAI
  HgiEII     HhaI   HincII  HindIII    HinfI  HinfIII     HpaI    HphI
    KpnI    MaeII    MboII     McrI     MfeI     MluI     MlyI    MmeI
    MspI     NaeI     NarI     NciI     NcoI     NdeI     NheI    NotI
    NruI     NsiI   NspBII    PflMI     PleI     PmlI    PpuMI   PshAI
    PvuI    PvuII    RsrII    SacII     SalI   Sau3AI     ScaI    SfiI
   SgrAI     SmaI     SnaI    SnaBI     SpiI     SplI     SspI    SstI
    StuI   StyLTI   StySBI   StySJI   StySPI   StySQI     TaqI TaqII-1
 TaqII-2     TfiI     ThaI  Tth111I Uba1105I Uba1108I     XbaI    XcmI
    XhoI   XmaIII     XmnI
```

(Linear) MAP of: Hivconst.Seq check: 9217 from: 1 to: 360

PROVIRAL DNA HIV SEQUENCE

With 181 enzymes: *

May 6, 1991 10:47 ..

```
                                                        N
                  NC                          R   1
                  lv              MD          l   a
                  ai              sr          e   I
                  IJ              ea          A   I
                  VI              II          I   I
     TTTTCAGCATTATCAGAAGGAGCCACCCCACAAGATTTAAACACCATGCTAAACACAGTG
   1 ---------+---------+---------+---------+---------+---------+ 60
     AAAAGTCGTAATAGTCTTCCTCGGTGGGGTGTTCTAAATTTGTGGTACGATTTGTGTCAC

                           T
                           t
             F     N       h                                F
             n C   l       l B      E                       Cn
             u v   a     B1 BsM     c MB                   AvuS P F
             4 i   I     bl sms     o nb                   li4f s o
             H J   I     vI aAe     P lv                   uJHe t k
             I I   I     II III     I II                   IIII I I
                             //                             ///
     GGGGGACATCAAGCAGCCATGCAAATGTTAAAAGAGACCATCAATGAGGAAGCTGCAGAA
  61 ---------+---------+---------+---------+---------+---------+ 120
     CCCCCTGTAGTTCGTCGGTACGTTTACAATTTTCTCTGGTAGTTACTCCTTCGACGTCTT

                                   E
                                   c
                              N    oS H      E      H
                      S       l    OaCa      c S   C a        DB
               B M    f       aNMluveS       o c   vHe        rsS
               s w    a       Isw09iIp       R r   iaI        dat
               r o    N       Ipo96JIh       I P   JeI        IJy
               I I    I       IIIIIIII       I I   III        III
                                /  / //            //           /
     TGGGATAGAGTGCATCCAGTGCATGCAGGGCCTATTGCACCAGGCCAGATGAGAGAACCA
 121 ---------+---------+---------+---------+---------+---------+ 180
     ACCCTATCTCACGTAGGTCACGTACGTCCCGGATAACGTGGTCCGGTCTACTCTCTTGGT

          M T         E
          a s         c
          e p         o      SM   R
          I 4         5      pa   s
          I 5         7      ee   a
          I I         I      II   I
     AGGGGAAGTGACATAGCAGGAACTACTAGTACCCTTCAGGAACAAATAGGATGGATGACA
 181 ---------+---------+---------+---------+---------+---------+ 240
     TCCCCTTCACTGTATCGTCCTTGATGATCATGGGAAGTCCTTGTTTATCCTACCTACTGT

                                                   E
                               T                   cBS
      F   F         B          s                   osc       M
      o   o         s          p                   Rar       s
      k   k         r          E                   IJF       e
      I   I         I          I                   III       I
     AATAATCCACCTATCCCAGTAGGAGAAATTTATAAAAGATGGATAATCCTGGGATTAAAT
```