# EXHIBIT 2

# RECEIPT OF STRAINS INTO THE CETUS MASTER CULTURE COLLECTION

TO: C. Casipit

Thank you for your _Jan '90_ deposit into the Cetus Master Culture Collection. The following CMCC number(s) has(have) been assigned. Please use the CMCC numbers to request a culture whenever possible.

| STRAIN NAME | OTHER DESIGNATION | CMCC |
|---|---|---|
| pCC2 | | 3799 |

Need attorney's name for patent Thanks! L.

DATE: 3-22-90

Johley

You are being supplied a frozen vial of each of these recent deposits following processing by the CMCC. This is to provide you with an opportunity to verify that the material is equivalent to the original deposit. Please examine the material and indicate your results below.

**Retain one copy for your records, and return the other copy to the CMCC, within 30 days.**

Strains equivalent ✓  Mandatory for all patent deposits!

Strains not equivalent _____ (Please explain)

Signed _____ Date _____

CAS00038