Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al — Doc. 83 Att. 3

# EXHIBIT 3

Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al   Doc. 83 Att. 3
Case 3:05-cv-04158-MHP   Document 83-4   Filed 10/27/2006   Page 1 of 7

7/22/92                                                                                                          1

# List of Strains
## pending OK from P. Staple:

**Key:** 
1-Strains ordered by Roche employes
2-Strains ordered by Cetus as part of the PCR business
3-Strains ordered by Cetus as part of their business

| | |
|---|---|
| Diagnostics- | Strains used for PCR diagnostics, Raymond/Williams list |
| Env- | Environmental strains used in PCR studies |
| Louisville- | Strains involved in PCR Legionella test development, Raymond list |
| Specificity- | Strains used in PCR specificity panel, list by K. Orle |
| Tax- | trains used for PCR taxonomy studies |

| Genus | Species | CMCC | Code | Category |
|---|---|---|---|---|
| Acetobacter | aceti | | 2 | Louisville |
| | aceti subsp. liquefaciens | | 2 | Louisville |
| | aceti subsp. xylinum | | 2 | Louisville |
| | xylinum | | 2 | Raymond, Env |
| Acinetobacter | calcoaceticus | | 2 | |
| | lwoffi | | 2 | Diagnostics |
| Actinobacillus | actinomycetemcomitans | | 2 | Diagnostics |
| Actinomyces | odontolytocus | | 2 | Diagnostics |
| Aeromonas | hydrophila | | 2 | |
| Alcaligenes | faecalis | | 1 | Diagnostics |
| Anabaena | variabilis | | 2 | Raymond, Env |
| Arizona | arizonae (salmonella) | | 1 | Diagnostics |
| Arthroderma | behamiae | CMCC 3558 | 2 | |
| | otae | CMCC 3557 | 2 | |
| | vanbreuseghemii | CMCC 3559 | 2 | |
| Aspergillus | fumigatis | | 2 | Septicemia |
| | niger | | 2 | Septicemia |
| Bacillus | cereus | | 2 | Raymond, Env |
| | circulans | | 2 | Raymond, Env |
| | firmus | | 2 | Raymond, Env |
| | lentus | | 2 | Raymond, Env |
| | stearothermophilus | | 2 | Raymond, Env |
| | subtilis | CMCC 1425 | 2 | Specificity |
| | thuringiensis | | 2 | Raymond, Env |
| Bacteriophage | CMCC#'S: 2175, 2245, 2246, 2260, 2261, 2579, 3125, 3126, 3858 | | 2 | Gelfand, Expr |
| | M-13-betaglobin-18 | | 2 | Polymarker |
| | M-13-betaglobin-2 | | 2 | Polymarker |
| | M-13-betaglobin-4 | | 2 | Polymarker |
| | M-13-betaglobin-73 | | 2 | Polymarker |
| | M13-DP-alpha-318.2 | | 2 | DP typing |
| | M13-DP-alpha-318.3 | | 2 | DP typing |
| | M13-DP-alpha-6 | | 2 | DP typing |
| | M13-DP-beta-7 | | 2 | DP typing |
| | M13-DP-beta-9 | | 2 | DP typing |
| | M13-DQ-alpha-56 | | 2 | DP typing |
| | M13-DQ-beta-10 | | 2 | DP typing |
| | M13-DQ-beta-6 | | 2 | DP typing |
| | M13-DR-alpha-13 | | 2 | DP typing |
| | M13-DR-alpha-5 | | 2 | DP typing |
| | M13-DR-alpha-66 | | 2 | DP typing |
| | M13-DR-beta-41 | | 2 | DP typing |

GLC

7/22/92                                                                                    2

| Genus | Species | Strain/ID | Count | Project |
|---|---|---|---|---|
| | M13-GAG | | 2 | PCR-HIV |
| Bacteroides | melaninogenicus | | 2 | Diagnostics |
| | oralis | | 2 | Diagnostics |
| | vulgatus | | 2 | Diagnostics |
| Beauvaria | bassiana | | 2 | Raymond, Env |
| Beijerinckia | indica | | 2 | |
| Blastomyces | dermatiditis | (unopened in P3?) | 1 | Bowman, Tax |
| Bordetella | pertussis | | 2 | Diagnostics |
| Borrelia | burgdorferi | CMCC 3545, 3546, 3765, 3766, 3767, 3768, 3769, 3770, 3771, 3772, 3773, 3774, 3775, 3776, 3777, 3778, 3782 | 1 | Dodge, Lyme |
| | hermsii | CMCC 3547 | 1 | Dodge, Lyme |
| Branhamella | catarrhalis | | 2 | |
| Brucella | abortus | | 1 | Diagnostics |
| Campylobacter | fetus subsp fetus | | 1 | Diagnostics |
| | fetus subsp intestinalis | | 1 | Diagnostics |
| | fetus subsp jejuni | | 1 | Diagnostics |
| | fetus subsp. venerealis | | 1 | Diagnostics |
| Candida | albicans | CMCC 3562 | 2 | Diagnostics |
| | krusei | | 2 | Diagnostics |
| | parapsilosis | | 2 | Diagnostics |
| | stellatoidea | | 2 | Diagnostics |
| | tropicalis | | 2 | Diagnostics |
| Cell line | | | | |
| | Bv173 | CTCC 10455 | 1 | BCR-ABL |
| | EVA | ACCN 4557 | 2 | DQ typing |
| | GM02064 | | 1 | AVTTL Std |
| | GM02340A | | 1 | AVTTL Std |
| | GM08779 | | 1 | AVTTL Std |
| | GM11497 | | 1 | Saiki |
| | HHK | | 2 | DQ typing |
| | HL-60 | CTCC 10322 | 1 | BCR-ABL |
| | K-562 | CTCC 10428 | 1 | BCR-ABL |
| Chromobacterium | violaceum | | 2 | Raymond, Env |
| | violaciens | | 2 | |
| Citrobacter | diversus | | 1 | Diagnostics |
| | freundii | | 1 | |
| Clostridium | butyricum | | 2 | Raymond, Env |
| | kluyveri | | 2 | Raymond, Env |
| | perfringens | | 2 | |
| | sporogenes | | 2 | |
| Coccidioides | immitis | | 1 | Bowman, tax |
| Corynebacterium | diphtheriae | | 1 | Young, TB |
| | group D-2 | CMCC 4091 | 1 | Young, TB |
| | pseudotuberculosis | CMCC 4024 | 1 | Young, TB |
| Cryptococcus | neoformans | | 1 | Bowman, tax |
| Derxia | gummosa | | 2 | Raymond, env |
| Edwardsiella | tarda | | 2 | Louisville |
| Enterobacter | aerogenes | CMCC 728 | 1 | |
| | agglomerans | | 1 | Diagnostics |
| | cloacae | | 1 | Diagnostics |
| | hafnia | CMCC 1 | 1 | Sninsky |
| Escherichia | coli | CMCC#'s: 1267 1493 1781 1782 1784 1790 1792 1795 1872 1904 1920 1961 1962 1963 1964 1965 1996 2022 2023 2024 2027 2028 2029 2030 2073 2074 2086 2093 2141 2155 | 1, 2, 3 | Gelfand, host strains |

GLC

RMS 71008

7/22/92                                                                                               3

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2176 2177 2178 2179 2180 2208 2209 |  |  |  |
|  | 2232 2233 2234 2235 2236 2237 2238 |  |  |  |
|  | 2239 2240 2249 2250 2262 2263 2284 |  |  |  |
|  | 2308 2311 2503 2504 2561 2562 2563 |  |  |  |
|  | 2564 2567 2611 2612 2613 2614 2615 |  |  |  |
|  | 2657 2659 2885 2886 2972 3059 3060 |  |  |  |
|  | 3061 3062 3064 3130 3174 3155 3182 |  |  |  |
|  | 3183 3238 3237 3324 3336 3345 3346 |  |  |  |
|  | 3351 3356 3357 3362 3401 3495 3496 |  |  |  |
|  | 3497 3498 3502 3683 3709 3814 3815 |  |  |  |
|  | 3823 3856 3916 3917 3918 3919 3939 |  |  |  |
|  | 3994 4011 |  |  | Specificity |
|  | coli C |  | 2 | Raymond, env |
|  | coli K12 |  | 2 | Raymond, env |
| Filobasidiella | neoformans | CMCC 3567 | 1 | Bowman, tax |
|  | neoformans var. bacillispora | CMCC 3566 | 1 | Bowman, tax |
|  | neoformans var. gatti | CMCC 3565 | 1 | Bowman, tax |
| Flavobacterium | meningosepticum | CMCC 4059 | 1 | Specificity |
|  | rigense |  | 2 | Raymond, Env |
| Fusobacterium | simiae |  | 2 | Louisville |
| Gardnerella | vaginalis |  | 1 |  |
| Giardia | lamblia | CMCC 3796, 3797 | 1 | Weiss, Giardia |
|  | intestinalis |  | 1 | Weiss, Giardia |
| Haemophilus | influenzae | CMCC 2582 | 1 | Leong |
|  | parainfluenzae |  | 1 | Leong |
| Hafnia | alvei | CMCC 147 | 2 | Sninsky |
| Histoplasma | capsulatum |  | 1 | Bowman, tax |
|  | capsulatum var. capsulatum |  | 1 | Bowman, tax |
|  | capsulatum var. duboisii |  | 1 | Bowman, tax |
|  | capsulatum var. farciminosum |  | 1 | Bowman, tax |
| Kingella | kingae |  | 2 | Raymond, env |
| Klebsiella | oxytoca |  | 2 | Diagnostics |
|  | ozonae |  | 2 | Diagnostics |
|  | pneumoniae | CMCC 3730 | 2 | Specificity |
|  | sp.   K7, K20, K26, K46, K48, K69, K74, K79, K82 |  | 2 | Raymond, env |
|  |  |  | 2 | Diagnostics |
| Lactobacillus | bulgaricus |  | 2 | Diagnostics |
|  | casei | CMCC 2837 | 1 | Specificity |
| Legionella | longbeachae |  | 2 | Piccone, Legio |
|  | pneumophila pneumophila Philadelphia |  | 2 | Piccone, Legio |
| Leptosphaeria | senegalensis | CMCC 3580 | 2 |  |
| Leptosphaeria | tompkinsii | CMCC 3579 | 2 |  |
| Listeria | monocytogenes | CMCC 4017 | 1 | Specificity |
| Micrococcus | luteus |  | 2 |  |
| Moraxella | bovis |  | 2 | Diagnostics |
|  | urethralis |  | 2 | Diagnostics |
| Mycobacterium | avium |  | 2 | Young, TB |
|  | bovis |  | 2 | Young, TB |
|  | chelonae ssp. chelonae |  | 2 | Young, TB |
|  | fortuitum |  | 2 | Young, TB |
|  | intracellulare |  | 2 | Young, TB |
|  | phlei |  | 2 | Young, TB |
|  | vaccae |  | 2 | Young, TB |
| Mycoplasma | bovis |  | 2 | Diagnostics |
|  | californicum |  | 2 | Diagnostics |
|  | hominis | CMCC 2333 | 1 | Specificity |
|  | pneumonae | CMCC 2173 | 1 | Specificity |
|  |  |  |  | GLC |

RMS 71009

7/22/92                                                                                              4

| Genus | Species | CMCC# | | | | Count | Purpose |
|---|---|---|---|---|---|---|---|
| | salivarium | | | | | 2 | Diagnostics |
| Neisseria | cinerea | | | | | 1 | Dodge, Lu |
| | flava | | | | | 1 | Dodge, Lu |
| | flavescens | | | | | 1 | Dodge, Lu |
| | gonorrheae | CMCC 2783 | | | | 1 | Specificity |
| | lactamica | CMCC 4000 | | | | 1 | Specificity |
| | meningitidis | CMCC 2801 | 4019 | | | 1 | Specificity |
| | 4020 4021 4022 4023 | | | | | | |
| | mucosa | | | | | 1 | Dodge, Lu |
| | perflava | | | | | 1 | Dodge, Lu |
| | polysaccharide | | | | | 1 | Dodge, Lu |
| | sicca | | | | | 1 | Dodge, Lu |
| | subflava | | | | | 1 | Dodge, Lu |
| Neotestudina | rosatii | CMCC 3568 | | | | 2 | |
| Nocardia | asteroides | CMCC 3600 | | | | 1 | Young, TB |
| Plasmid | pDRalpha1 | | | | | 2 | DR typing |
| | pDRbeta-1 | | | | | 2 | DR typing |
| | pDRgamma-1 | | | | | 2 | DR typing |
| | pRI3.1DRalpha | | | | | 2 | DR typing |
| | pRI4.4DRalpha | | | | | 2 | DR typing |
| | pUC2080 | | | | | 1 | AVTTL Std |
| | pUC19KpnI J | | | | | 1 | AVTTL Std |
| | pMA105 | | | | | 1 | AVTTL Std |
| | | CMCC#'S: | 1627, | | | 1, 2, 3 | Gelfand expression constructs |
| | 1637 1644 1645 1674 | 1681 1682 | 1683 | | | | |
| | 1684 1689 1731 1732 | 1740 1768 | 1769 | | | | |
| | 1770 1771 1816 1817 | 1818 1820 | 1821 | | | | |
| | 1827 1828 1830 1831 | 1832 1833 | 1849 | | | | |
| | 1853 1854 1855 1882 | 1930 1937 | 1938 | | | | |
| | 1939 1960 1966 2003 | 2004 2005 | 2006 | | | | |
| | 2007 2008 2009 2019 | 2036 2037 | 2038 | | | | |
| | 2078 2079 2080 2087 | 2106 2117 | 2136 | | | | |
| | 2138 2141 2176 2177 | 2178 2179 | 2180 | | | | |
| | 2181 2186 2188 2191 | 2194 2199 | 2200 | | | | |
| | 2225 2249 2250 2262 | 2263 2295 | 2296 | | | | |
| | 2297 2298 2299 2300 | 2301 2302 | 2303 | | | | |
| | 2348 2422 2483 2484 | 2485 2486 | 2510 | | | | |
| | 2544 2574 2575 2616 | 2624 2625 | 2626 | | | | |
| | 2627 2642 2643 2866 | 2867 2868 | 2869 | | | | |
| | 2870 2871 2872 2873 | 2897 2898 | 2907 | | | | |
| | 3094 3127 3128 3129 | 3130 3184 | 3220 | | | | |
| | 3221 3256 3283 3284 | 3285 3286 | 3287 | | | | |
| | 3288 3292 3296 3297 | 3325 3330 | 3347 | | | | |
| | 3348 3349 3350 3374 | 3502 3669 | 3670 | | | | |
| | 3706 3754 3762 3783 | 3799 3806 | 3808 | | | | |
| | 3809 3810 3811 3812 | 3813 3816 | 3817 | | | | |
| | 3858 3862 3863 3864 | 3865 3866 | 3867 | | | | |
| | 3868 3869 3870 3871 | 3872 3873 | 3874 | | | | |
| | 3875 3876 3877 3878 | 3879 3880 | 3881 | | | | |
| | 3882 3883 3884 3885 | 3886 3923 | 3924 | | | | |
| | 3925 3926 3940 3969 | 3970 3971 | 3973 | | | | |
| | 3988 3990 3991 4003 | 4004 4005 | | | | | |
| Propionibacterium | acnes | CMCC 4018 | | | | 1 | Specificity |
| Proteus | mirabilis | | | | | 2 | |
| | morganii | | | | | 2 | Diagnostics |
| | vulgaris | | | | | 2 | |
| Providencia | rettgeri | | | | | 2 | |

GLC

RMS 71010

7/22/92                                                                                     5

| Genus | Species | CMCC # | | Source |
|---|---|---|---|---|
| Pseudoallescheria | boydii | CMCC 3577 | 2 | |
| Pseudomonas | aeruginosa | | 2 | |
| | cepacia | | 2 | |
| | fluorescens | | 2 | |
| | maltophilia | | 2 | |
| | oryzihabitans | | 2 | |
| | putida | | 2 | |
| | pyrrocinia | | 2 | |
| | solanacearum | | 2 | |
| | stutzeri | | 2 | |
| | syringae | | 2 | |
| Rhizobium | japonicum | | 2 | Louisville |
| Saccharomyces | cerevisiae | | 2 | Diagnostics |
| | cerevisiae M strain | | 2 | Diagnostics |
| Salmonella | enteritidis | CMCC 4090 | 1 | Specificity |
| | heidelberg | | 1 | Diagnostics |
| | minnesota | | 1 | Diagnostics |
| | newport | | 1 | Diagnostics |
| | typhimurium | | 1 | Diagnostics |
| Serratia | liquifaciens | | 2 | |
| | marcescens | | 2 | Diagnostics |
| | rubideae | | 2 | Diagnostics |
| Shigella | boydii | CMCC 2152 | 1 | Sninsky |
| | dysenteriae | | 1 | Diagnostics |
| | flexneri | | 1 | Diagnostics |
| | sonnei | CMCC 2154 | 1 | Sninsky |
| Spirulina | platensis | CMCC 1215 | 2 | Sninsky |
| Sporothrix | schenckii | CMCC 3561 | 2 | |
| Staphylococcus | aureus | CMCC 4012 | 1 | Specificity |
| | auricularis | CMCC 4014 | 1 | Specificity |
| | epidermidis | CMCC 4025 | 1 | Specificity |
| | sciuri | CMCC 4093 | 1 | Specificity |
| | simulans | CMCC 4092 | 1 | Specificity |
| | xylosus | CMCC 3739 | 1 | Specificity |
| Streptococcus | agalactiae | CMCC 40168 | 2 | Specificity |
| | faecalis | | 2 | Diagnostics |
| | group C | CMCC 4081 | 1 | Specificity |
| | group L | CMCC 2845 | 1 | Specificity |
| | group M | CMCC 4082 | 1 | Specificity |
| | MG-intermedius | CMCC 2840 | 1 | Specificity |
| | mitis | | 2 | Diagnostics |
| | mutans | CMCC 2930 | 2 | Specificity |
| | oralis | | 2 | Diagnostics |
| | parvulus | CMCC 4083 | 1 | Specificity |
| | pneumoniae | CMCC 2581 | 2 | Specificity |
| | pyogenes | | 2 | Diagnostics |
| | salivarius | CMCC 2502 | 2 | Specificity |
| Synechococus | elegans | | 2 | Raymond, Env |
| | elongatus | | 2 | Raymond, Env |
| Syringospora | albicans | CMCC 3563 | 2 | |
| Thermus | aquaticus | | 2 | Raymond, Env |
| | flavus | | 2 | Raymond, Env |
| | lacteus | | 2 | Raymond, Env |
| | sp. | | 2 | Raymond, Env |
| Torulopsis | glabrata | | 1 | Diagnostics |
| Trichophyton | rubrum | CMCC 3560 | 1 | |
| Trichosporon | beigelii | CMCC 3564 | 1 | |

GLC

RMS 71011

| 7/22/92 | | | | 6 |
|---|---|---|---|---|
| Vibrio | fischeri | | 1 | Raymond, Env |
| | legiognathi | | 1 | Raymond, Env |
| Yersinia | enterocolitica | | 1 | |
| | pestis | | 2 | Diagnostics |
| Zymomonas | mobilis | | 2 | Louisville |
| | mobilis subsp. recifensis | | 2 | Louisville |

GLC

RMS 71012