# EXHIBIT 4

*Discuss w/*
*Gina + DHG*

## Interoffice Memo

**Roche Molecular Systems**
a subsidiary of Hoffmann-La Roche

To: Tom White
From: Gina Carter
Dept.: Culture Collection
Re: <u>New strain list</u>

Date: June 26, 1992

THOMAS J. WHIT[E]
JUN 26 1992
RECEIVED

Attached is the new annotated version of the strain list to transfer from Chiron for your review. Please let me know if there are any changes you would like to see before I send a copy of the list to Karen Van Note. I would like to send a copy to her by Wednesday, July 1. Unless you tell me otherwise, I will ask Karen to copy Chiron legal on the list. Thanks.

RMS 70999

6/26/92                                                                                                              1

# Proposed List of Strains
## to request for transfer from CMCC to RMS (Not included on Chiron's list):

**Key:** 1-Strains ordered by Roche employee
      2-Strains ordered by Cetus as part of the PCR business
      3-Strains ordered by Cetus as part of their business

    Diagnostics-   Strains used for PCR diagnostics, Raymond/Williams list
    Env-   Environmental strains used in PCR studies
    Louisville-   Strains involved in PCR Legionella test development, Raymond list
    Specificity-   Strains used in PCR specificity panel, list by K. Orle
    Tax-   trains used for PCR taxonomy studies

| Genus | Species/Strain | CMCC# | Key | Category |
|---|---|---|---|---|
| Acetobacter | aceti | | 2 | Louisville |
| | aceti subsp. liquefaciens | | 2 | Louisville |
| | aceti subsp. xylinum | | 2 | Louisville |
| | xylinum | | 2 | Raymond, Env |
| Acinetobacter | calcoaceticus | | 2 | |
| | lwoffi | | 2 | Diagnostics |
| Actinobacillus | actinomycetemcomitans | | 2 | Diagnostics |
| Actinomyces | odontolytocus | | 2 | Diagnostics |
| Aeromonas | hydrophila | | 2 | |
| Alcaligenes | faecalis | | 1 | Diagnostics |
| Anabaena | variabilis | | 2 | Raymond, Env |
| Arizona | arizonae (salmonella) | | 1 | Diagnostics |
| Arthroderma | behamiae | CMCC 3558 | 2 | |
| | otae | CMCC 3557 | 2 | |
| | vanbreuseghemii | CMCC 3559 | 2 | |
| Aspergillus | fumigatis | | 2 | Septicemia |
| | niger | | 2 | Septicemia |
| Bacillus | cereus | | 2 | Raymond, Env |
| | circulans | | 2 | Raymond, Env |
| | firmus | | 2 | Raymond, Env |
| | lentus | | 2 | Raymond, Env |
| | stearothermophilus | | 2 | Raymond, Env |
| | subtilis | CMCC 1425 | 2 | Specificity |
| | thuringiensis | | 2 | Raymond, Env |
| Bacteriophage | CMCC#'S: 2175, 2245, 2246, 2260, 2261, 2579, 3125, 3126, 3858 | | 2 | Gelfand, Expr |
| | M-13-betaglobin-18 | | 2 | Polymarker |
| | M-13-betaglobin-2 | | 2 | Polymarker |
| | M-13-betaglobin-4 | | 2 | Polymarker |
| | M-13-betaglobin-73 | | 2 | Polymarker |
| | M13-DP-alpha-318.2 | | 2 | DP typing |
| | M13-DP-alpha-318.3 | | 2 | DP typing |
| | M13-DP-alpha-6 | | 2 | DP typing |
| | M13-DP-beta-7 | | 2 | DP typing |
| | M13-DP-beta-9 | | 2 | DP typing |
| | M13-DQ-alpha-56 | | 2 | DP typing |
| | M13-DQ-beta-10 | | 2 | DP typing |
| | M13-DQ-beta-6 | | 2 | DP typing |
| | M13-DR-alpha-13 | | 2 | DP typing |
| | M13-DR-alpha-5 | | 2 | DP typing |

GLC

6/26/92                                                                                            2

|  |  |  |  |  |
|---|---|---|---|---|
|  | M13-DR-alpha-66 |  | 2 | DP typing |
|  | M13-DR-beta-41 |  | 2 | DP typing |
|  | M13-GAG |  | 2 | PCR-HIV |
| Bacteroides | melaninogenicus |  | 2 | Diagnostics |
|  | oralis |  | 2 | Diagnostics |
|  | vulgatus |  | 2 | Diagnostics |
| Beauvaria | bassiana |  | 2 | Raymond, Env |
| Beijerinckia | indica |  | 2 |  |
| Blastomyces | dermatiditis | (unopened in P3?) | 1 | Bowman, Tax |
| Bordetella | pertussis |  | 2 | Diagnostics |
| Borrelia | burgdorferi | CMCC 3545, 3546, 3765, 3766, 3767, 3768, 3769, 3770, 3771, 3772, 3773, 3774, 3775, 3776, 3777, 3778, 3782 | 1 | Dodge, Lyme |
|  | hermsii | CMCC 3547 | 1 | Dodge, Lyme |
| Branhamella | catarrhalis |  | 2 |  |
| Brucella | abortus |  | 1 | Diagnostics |
| Campylobacter | fetus subsp fetus |  | 1 | Diagnostics |
|  | fetus subsp intestinalis |  | 1 | Diagnostics |
|  | fetus subsp jejuni |  | 1 | Diagnostics |
|  | fetus subsp. venerealis |  | 1 | Diagnostics |
| Candida | albicans | CMCC 3562 | 2 | Diagnostics |
|  | krusei |  | 2 | Diagnostics |
|  | parapsilosis |  | 2 | Diagnostics |
|  | stellatoidea |  | 2 | Diagnostics |
|  | tropicalis |  | 2 | Diagnostics |
| Cell line | ABU | CTCC 10823 | 2 | DQ typing |
|  | APD | CTCC 10742 | 2 | DQ typing |
|  | ARH-77 | CTCC 10560 | 2 | DQ typing |
|  | Arent | CTCC 10352 | 2 | DQ typing |
|  | AZH | CTCC 10833 | 2 | DQ typing |
|  | Bin-40 | CTCC 10773 | 2 | DQ typing |
|  | Bv173 | CTCC 10455 | 1 | BCR-ABL |
|  | BVR | CTCC 10826 | 2 | DQ typing |
|  | Daudi | CTCC10387 | 2 | DQ typing |
|  | Daudi-NKR | CTCC 10256 | 2 | DQ typing |
|  | EVA | ACCN 4557 | 2 | DQ typing |
|  | GM02064 |  | 1 | AVTTL Std |
|  | GM02340A |  | 1 | AVTTL Std |
|  | GM07460 |  | 1 | Saiki |
|  | GM07461 |  | 1 | Saiki |
|  | GM07469 |  | 1 | Saiki |
|  | GM08338 |  | 1 | Saiki |
|  | GM08345 |  | 1 | Saiki |
|  | GM08779 |  | 1 | AVTTL Std |
|  | GM11277 |  | 1 | Saiki |
|  | GM11281 |  | 1 | Saiki |
|  | GM11283 |  | 1 | Saiki |
|  | GM11284 |  | 1 | Saiki |
|  | GM11290 |  | 1 | Saiki |
|  | GM11472 |  | 1 | Saiki |
|  | GM11496 |  | 1 | Saiki |
|  | GM11497 |  | 1 | Saiki |
|  | GM11723 |  | 1 | Saiki |
|  | HHK |  | 2 | DQ typing |
|  | HL-60 | CTCC 10322 | 1 | BCR-ABL |
|  | HuNS1 | CTCC 10733 | 2 | DQ typing |
|  | HUT-81 | CTCC 10645 | 2 | DQ typing |
|  |  |  |  | GLC |

Handwritten annotation: "2?" with arrow pointing to GM07460 row; "Saiki was a Cetus employee"

RMS 71001

6/26/92                                                                                           3

|                 |              |                |        |                |
|---|---|---|---|---|
|                 | IBW9         | CTCC 10772     | 2      | DQ typing      |
|                 | IM-9         | CTCC 10286     | 2      | DQ typing      |
|                 | JHA          | CTCC 10832     | 2      | DQ typing      |
|                 | JURKAT       | CTCC 10340     | 2      | DQ typing      |
|                 | JW-5         | CTCC 10280     | 2      | DQ typing      |
|                 | K-562        | CTCC 10428     | 1      | BCR-ABL        |
|                 | LBUF         | CTCC 10834     | 2      | DQ typing      |
|                 | Madura       | CTCC 10830     | 2      | DQ typing      |
|                 | MOLT-4       | CTCC 10273     | 2      | DQ typing      |
|                 | Mou          | CTCC 10768     | 2      | DQ typing      |
|                 | MVL          | CTCC 10827     | 2      | DQ typing      |
|                 | NAMALWA      | CTCC 10448     | 2      | DQ typing      |
|                 | PGF          | CTCC 10822     | 2      | DQ typing      |
|                 | QBL          | CTCC 10821     | 2      | DQ typing      |
|                 | RAJI         | CTCC 10341     | 2      | DQ typing      |
|                 | RPMI 1788    | CTCC 10257     | 2      | DQ typing      |
|                 | RPMI 8866    | CTCC 10245     | 2      | DQ typing      |
|                 | SHY          | CTCC 10688     | 2      | DQ typing      |
|                 | SKF          | CTCC 10355     | 2      | DQ typing      |
|                 | Ter-61       | CTCC 10765     | 2      | DR typing      |
|                 | Ter-62       | CTCC 10766     | 2      | DR typing      |
|                 | Ter-63       | CTCC 10775     | 2      | DR typing      |
|                 | Ter-64       | CTCC 10776     | 2      | DR typing      |
|                 | All other Ter strains up to and including |     |        |                |
|                 | Ter-102      |                | 1      | DR typing      |
|                 | WT-20        | CTCC 10767     | 2      | DQ typing      |
|                 | WT-51        | CTCC 10567, 10828 | 2   | DQ typing      |
|                 | WT-100       | CTCC 10825     | 2      | DQ typing      |
| Chromobacterium | violaceum    |                | 2      | Raymond, Env   |
|                 | violaciens   |                | 2      |                |
| Citrobacter     | diversus     |                | 1      | Diagnostics    |
|                 | freundii     |                | 1      |                |
| Clostridium     | butyricum    |                | 2      | Raymond, Env   |
|                 | kluyveri     |                | 2      | Raymond, Env   |
|                 | perfringens  |                | 2      |                |
|                 | sporogenes   |                | 2      |                |
| Coccidioides    | immitis      |                | 1      | Bowman, tax    |
| Corynebacterium | diphtheriae  |             2  | 1      | Young, TB      |
|                 | group D-2    | CMCC 4091   2  | 1      | Young, TB      |
|                 | pseudotuberculosis | CMCC 4024 2 | 1   | Young, TB      |
| Cryptococcus    | neoformans   |                | 1      | Bowman, tax    |
| Derxia          | gummosa      |                | 2      | Raymond, env   |
| Edwardsiella    | tarda        |                | 2      | Louisville     |
| Enterobacter    | aerogenes    | CMCC 728       | 1      |                |
|                 | agglomerans  |                | 1      | Diagnostics    |
|                 | cloacae      |                | 1      | Diagnostics    |
|                 | hafnia       | CMCC 1         | 1      | Sninsky        |
| Escherichia     | coli         | CMCC#'s:  1267  1493 | 1, 2, 3 | Gelfand, host strains |
|                 | 1781 1782 1784 1790 1792 1795 1872 |  |       |                |
|                 | 1904 1920 1961 1962 1963 1964 1965 |  |       |                |
|                 | 1996 2022 2023 2024 2027 2028 2029 |  |       |                |
|                 | 2030 2073 2074 2086 2093 2141 2155 |  |       |                |
|                 | 2176 2177 2178 2179 2180 2208 2209 |  |       |                |
|                 | 2232 2233 2234 2235 2236 2237 2238 |  |       |                |
|                 | 2239 2240 2249 2250 2262 2263 2284 |  |       |                |
|                 | 2308 2311 2503 2504 2561 2562 2563 |  |       |                |
|                 | 2564 2567 2611 2612 2613 2614 2615 |  |       |                |

GLC

RMS 71002

6/26/92                                                                                           4

```
                2657  2659  2885  2886  2972  3059  3060
                3061  3062  3064  3130  3174  3155  3182
                3183  3238  3237  3324  3336  3345  3346
                3351  3356  3357  3362  3401  3495  3496
                3497  3498  3502  3683  3709  3814  3815
                3823  3856  3916  3917  3918  3919  3939
                3994  4011
```

| Genus | Species | CMCC | # | Source |
|---|---|---|---|---|
| | | | | Specificity |
| | coli C | | 2 | Raymond, env |
| | coli K12 | | 2 | Raymond, env |
| Filobasidiella | neoformans | CMCC 3567 | 1 | Bowman, tax |
| | neoformans var. bacillispora | CMCC 3566 | 1 | Bowman, tax |
| | neoformans var. gatti | CMCC 3565 | 1 | Bowman, tax |
| Flavobacterium | meningosepticum | CMCC 4059 | 1 | Specificity |
| | rigense | | 2 | Raymond, Env |
| Fusobacterium | simiae | | 2 | Louisville |
| Gardnerella | vaginalis | | 1 | |
| Giardia | lamblia | CMCC 3796, 3797 | 1 | Weiss, Giardia |
| | intestinalis | | 1 | Weiss, Giardia |
| Haemophilus | influenzae | CMCC 2582 | 1 | Leong |
| | parainfluenzae | | 1 | Leong |
| Hafnia | alvei | CMCC 147 | 2 | Sninsky |
| Histoplasma | capsulatum | | 1 | Bowman, tax |
| | capsulatum var. capsulatum | | 1 | Bowman, tax |
| | capsulatum var. duboisii | | 1 | Bowman, tax |
| | capsulatum var. farciminosum | | 1 | Bowman, tax |
| Kingella | kingae | | 2 | Raymond, env |
| Klebsiella | oxytoca | | 2 | Diagnostics |
| | ozonae | | 2 | Diagnostics |
| | pneumoniae | CMCC 3730 | 2 | Specificity |
| | sp. K7, K20, K26, K46, K48, K69, K74, K79, K82 | | 2 | Raymond, env |
| | | | 2 | Diagnostics |
| Lactobacillus | bulgaricus | | 2 | Diagnostics |
| | casei | CMCC 2837 | 1 | Specificity |
| Legionella | longbeachae | | 2 | Piccone, Legio |
| | pneumophilia pneumophila Philadelphia | | 2 | Piccone, Legio |
| Leptosphaeria | senegalensis | CMCC 3580 | 2 | |
| Leptosphaeria | tompkinsii | CMCC 3579 | 2 | |
| Listeria | monocytogenes | CMCC 4017 | 1 | Specificity |
| Micrococcus | luteus | | 2 | |
| Moraxella | bovis | | 2 | Diagnostics |
| | urethralis | | 2 | Diagnostics |
| Mycobacterium | avium | | 2 | Young, TB |
| | bovis | | 2 | Young, TB |
| | chelonae ssp. chelonae | | 2 | Young, TB |
| | fortuitum | | 2 | Young, TB |
| | intracellulare | | 2 | Young, TB |
| | phlei | | 2 | Young, TB |
| | vaccae | | 2 | Young, TB |
| Mycoplasma | bovis | | 2 | Diagnostics |
| | californicum | | 2 | Diagnostics |
| | hominis | CMCC 2333 | 1 | Specificity |
| | pneumonae | CMCC 2173 | 1 | Specificity |
| | salivarium | | 2 | Diagnostics |
| Neisseria | cinerea | | 1 | Dodge, Lu |
| | flava | | 1 | Dodge, Lu |
| | flavescens | | 1 | Dodge, Lu |
| | gonorrheae | CMCC 2783 | 1 | Specificity |
| | | | | GLC |

RMS 71003

6/26/92

| | | | | | | | | | 5 |
|---|---|---|---|---|---|---|---|---|---|
| | lactamica | | | | CMCC 4000 | | | 1 | Specificity |
| | meningitidis | | | | CMCC 2801 | | 4019 | 1 | Specificity |
| | 4020 | 4021 | 4022 | 4023 | | | | | |
| | mucosa | | | | | | | 1 | Dodge, Lu |
| | perflava | | | | | | | 1 | Dodge, Lu |
| | polysaccharide | | | | | | | 1 | Dodge, Lu |
| | sicca | | | | | | | 1 | Dodge, Lu |
| | subflava | | | | | | | 1 | Dodge, Lu |
| Neotestudina | rosatii | | | | CMCC 3568 | | | 2 | |
| Nocardia | asteroides | | | | CMCC 3600 | | | 1 | Young, TB |
| Plasmid | pDRalpha1 | | | | | | | 2 | DR typing |
| | pDRbeta-1 | | | | | | | 2 | DR typing |
| | pDRgamma-1 | | | | | | | 2 | DR typing |
| | pRI3.1DRalpha | | | | | | | 2 | DR typing |
| | pRI4.4DRalpha | | | | | | | 2 | DR typing |
| | pUC2080 | | | | | | | 1 | AVTTL Std |
| | pUC19KpnI J | | | | | | | 1 | AVTTL Std |
| | pMA105 | | | | | | | 1 | AVTTL Std |
| | | | | | CMCC#'S: | | 1627, | 1, 2, 3 | Gelfand |
| | 1637 | 1644 | 1645 | 1674 | 1681 | 1682 | 1683 | | expression |
| | 1684 | 1689 | 1731 | 1732 | 1740 | 1768 | 1769 | | constructs |
| | 1770 | 1771 | 1816 | 1817 | 1818 | 1820 | 1821 | | |
| | 1827 | 1828 | 1830 | 1831 | 1832 | 1833 | 1849 | | |
| | 1853 | 1854 | 1855 | 1882 | 1930 | 1937 | 1938 | | |
| | 1939 | 1960 | 1966 | 2003 | 2004 | 2005 | 2006 | | 1971?? |
| | 2007 | 2008 | 2009 | 2019 | 2036 | 2037 | 2038 | | |
| | 2078 | 2079 | 2080 | 2087 | 2106 | 2117 | 2136 | | |
| | 2138 | 2141 | 2176 | 2177 | 2178 | 2179 | 2180 | | |
| | 2181 | 2186 | 2188 | 2191 | 2194 | 2199 | 2200 | | |
| | 2225 | 2249 | 2250 | 2262 | 2263 | 2295 | 2296 | | |
| | 2297 | 2298 | 2299 | 2300 | 2301 | 2302 | 2303 | | |
| | 2348 | 2422 | 2483 | 2484 | 2485 | 2486 | 2510 | | |
| | 2544 | 2574 | 2575 | 2616 | 2624 | 2625 | 2626 | | |
| | 2627 | 2642 | 2643 | 2866 | 2867 | 2868 | 2869 | | |
| | 2870 | 2871 | 2872 | 2873 | 2897 | 2898 | 2907 | | |
| | 3094 | 3127 | 3128 | 3129 | 3130 | 3184 | 3220 | | |
| | 3221 | 3256 | 3283 | 3284 | 3285 | 3286 | 3287 | | |
| | 3288 | 3292 | 3296 | 3297 | 3325 | 3330 | 3347 | | |
| | 3348 | 3349 | 3350 | 3374 | 3502 | 3669 | 3670 | | |
| | 3706 | 3754 | 3762 | 3783 | 3799 | 3806 | 3808 | | |
| | 3809 | 3810 | 3811 | 3812 | 3813 | 3816 | 3817 | | |
| | 3858 | 3862 | 3863 | 3864 | 3865 | 3866 | 3867 | | |
| | 3868 | 3869 | 3870 | 3871 | 3872 | 3873 | 3874 | | |
| | 3875 | 3876 | 3877 | 3878 | 3879 | 3880 | 3881 | | |
| | 3882 | 3883 | 3884 | 3885 | 3886 | 3923 | 3924 | | |
| | 3925 | 3926 | 3940 | 3969 | 3970 | 3971 | 3973 | | |
| | 3988 | 3990 | 3991 | 4003 | 4004 | 4005 | | | |
| Propionibacterium | acnes | | | | CMCC 4018 | | | 1 | Specificity |
| Proteus | mirabilis | | | | | | | 2 | |
| | morganii | | | | | | | 2 | Diagnostics |
| | vulgaris | | | | | | | 2 | |
| Providencia | rettgeri | | | | | | | 2 | |
| Pseudoallescheria | boydii | | | | CMCC 3577 | | | 2 | |
| Pseudomonas | aeruginosa | | | | | | | 2 | |
| | cepacia | | | | | | | 2 | |
| | fluorescens | | | | | | | 2 | |
| | maltophilia | | | | | | | 2 | |

GLC

6/26/92                                                                                  6

| Genus | Species | CMCC | Val | Source |
|---|---|---|---|---|
| | oryzihabitans | | 2 | |
| | putida | | 2 | |
| | pyrrocinia | | 2 | |
| | solanacearum | | 2 | |
| | stutzeri | | 2 | |
| | syringae | | 2 | |
| Rhizobium | japonicum | | 2 | Louisville |
| Saccharomyces | cerevisiae | | 2 | Diagnostics |
| | cerevisiae M strain | | 2 | Diagnostics |
| Salmonella | enteritidis | CMCC 4090 | 1 | Specificity |
| | heidelberg | | 1 | Diagnostics |
| | minnesota | | 1 | Diagnostics |
| | newport | | 1 | Diagnostics |
| | typhimurium | | 1 | Diagnostics |
| Serratia | liquifaciens | | 2 | |
| | marcescens | | 2 | Diagnostics |
| | rubideae | | 2 | Diagnostics |
| Shigella | boydii | CMCC 2152 | 1 | Sninsky |
| | dysenteriae | | 1 | Diagnostics |
| | flexneri | | 1 | Diagnostics |
| | sonnei | CMCC 2154 | 1 | Sninsky |
| Spirulina | platensis | CMCC 1215 | 2 | Sninsky |
| Sporothrix | schenckii | CMCC 3561 | 2 | |
| Staphylococcus | aureus | CMCC 4012 | 1 | Specificity |
| | auricularis | CMCC 4014 | 1 | Specificity |
| | epidermidis | CMCC 4025 | 1 | Specificity |
| | sciuri | CMCC 4093 | 1 | Specificity |
| | simulans | CMCC 4092 | 1 | Specificity |
| | xylosus | CMCC 3739 | 1 | Specificity |
| Streptococcus | agalactiae | CMCC 40168 | 2 | Specificity |
| | faecalis | | 2 | Diagnostics |
| | group C | CMCC 4081 | 1 | Specificity |
| | group L | CMCC 2845 | 1 | Specificity |
| | group M | CMCC 4082 | 1 | Specificity |
| | MG-intermedius | CMCC 2840 | 1 | Specificity |
| | mitis | | 2 | Diagnostics |
| | mutans | CMCC 2930 | 2 | Specificity |
| | oralis | | 2 | Diagnostics |
| | parvulus | CMCC 4083 | 1 | Specificity |
| | pneumoniae | CMCC 2581 | 2 | Specificity |
| | pyogenes | | 2 | Diagnostics |
| | salivarius | CMCC 2502 | 2 | Specificity |
| Synechococus | elegans | | 2 | Raymond, Env |
| | elongatus | | 2 | Raymond, Env |
| Syringospora | albicans | CMCC 3563 | 2 | |
| Thermus | aquaticus | | 2 | Raymond, Env |
| | flavus | | 2 | Raymond, Env |
| | lacteus | | 2 | Raymond, Env |
| | sp. | | 2 | Raymond, Env |
| Torulopsis | glabrata | | 1 | Diagnostics |
| Trichophyton | rubrum | CMCC 3560 | 1 | |
| Trichosporon | beigelii | CMCC 3564 | 1 | |
| Vibrio | fischeri | | 1 | Raymond, Env |
| | legiognathi | | 1 | Raymond, Env |
| Yersinia | enterocolitica | | 1 | |
| | pestis | | 2 | Diagnostics |
| Zymomonas | mobilis | | 2 | Louisville |

GLC

RMS 71005

| 6/26/92 | | | 7 | |
|---|---|---|---|---|
| | mobilis subsp. recifensis | | 2 | Louisville |

GLC

RMS 71006