# EXHIBIT 5

# CHIRON

June 22, 1993

Gina Carter
Roche Molecular Systems
Culture Collection

Hi Gina,

This shipment includes plasmid strains and E. coli host strains that were on the March 16, 1993, "List". I've included a copy of the memo I sent to Peter Staple concerning the strains that I did not send you. You'll also find copies of notebook pages of the characterization work that the CMCC did on TAQ, UNG and DG116.

There were 11 strains on these two lists that we had already transferred to you. They are:

| CMCC# | Date Sent |
|-------|-----------|
| 1461  | 3/15/93   |
| 2311  | 10/16/92  |
| 2659  | 10/16/92  |
| 3502  | 3/19/93   |
| 1939  | 3/19/93   |
| 2483  |           |
| 2484  | 11/24/92  |
| 2485  |           |
| 2486  |           |
| 2605  | 11/24/92  |
| 3799  | 5/5/93    |

Have Fun!

*Karen*

Karen Van Note
Curator/Chiron Master Culture Collection

CHIRON CORPORATION • 4560 Horton Street • Emeryville, CA • 94608-2916 • 510-655-8730 • Fax: 510-655-9910

RMS 71023