```
 1 │ QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   │   Adrian M. Pruetz (Bar No. 118215)
 2 │   Jeffrey N. Boozell (Bar No. 199507)
   │ 865 South Figueroa Street, 10th Floor
 3 │ Los Angeles, California 90017-2543
   │ Telephone:   (213) 443-3000
 4 │ Facsimile:   (213) 443-3100
   │ E-Mail:      adrianpruetz@quinnemanuel.com
 5 │              jeffboozell@quinnemanuel.com
   │
 6 │   Robert W. Stone (Bar No. 163513)
   │   T.J. Chiang (Bar No. 235165)
 7 │ 555 Twin Dolphin Drive, Suite 560
   │ Redwood Shores, California 94065
 8 │ Telephone: (650) 801-5000
   │ Facsimile: (650) 801-5100
 9 │ E-Mail:      robertstone@quinnemanuel.com
   │              tjchiang@quinnemanuel.com
10 │
   │ Attorneys for Defendants and Counterclaimants
11 │ Roche Molecular Systems, Inc.; Roche
   │ Diagnostics Corporation; and Roche Diagnostics
12 │ Operations, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF MANUAL FILING OF DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (sealed version) |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Defendants. | |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Counterclaimants, | |
| vs. | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY, | |
| Counterclaim Defendants. | |

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING

## MANUAL FILING NOTIFICATION

Regarding:   DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (sealed version)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

_X_   Voluminous Document (PDF file size larger than e-filing system allowances)

___   Unable to Scan Documents

___   Physical Object (description):

___   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_   Item Under Seal

___   Conformance with the Judicial Conference Privacy Policy (General Order 53)

___   Other (description):

DATED: October 27, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/ Tun-Jen Chiang_____
Tun-Jen Chiang
Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

-1-

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING