QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100
E-Mail:      adrianpruetz@quinnemanuel.com
             jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail:     robertstone@quinnemanuel.com
            tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br>NOTICE OF MANUAL FILING OF DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (redacted version) |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

## MANUAL FILING NOTIFICATION

Regarding: DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (redacted version)

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

__X__ Voluminous Document (PDF file size larger than e-filing system allowances)

____ Unable to Scan Documents

____ Physical Object (description):

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (description):

DATED: October 27, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/ Tun-Jen Chiang_____
Tun-Jen Chiang
Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

-1-

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING