QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
E-Mail:     adrianpruetz@quinnemanuel.com
            jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
E-Mail:     robertstone@quinnemanuel.com
            tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Defendants. | |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Counterclaimants, | |
| vs. | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY, | |
| Counterclaim Defendants. | |

1    For the convenience of the Court, due to the voluminous nature of the exhibits, Defendants
2 have manually filed the complete Declaration of T.J. Chiang in Support of Defendants' Motion for
3 Summary Judgment. This Administrative request is submitted in relation to that declaration and
4 Defendants' Motion for Summary Judgment.

5    In accordance with Civil Local Rule 79-5(d), Defendants request that the following
6 documents be filed under seal:

7 (1)    Defendants Motion for Summary Judgment of Ownership of and License to the '730 and
8 '705 Patents and Memorandum of Points and Authorities in Support Thereof, quoting information
9 designated by Stanford University and Chiron Corporation as confidential under the Protective
10 Order; and

11 (2)    Exhibits from the Declaration of T.J. Chiang in Support of Defendants' Motion for
12 Summary Judgment, specifically:

13    (A)    Exhibit 2, a copy of an agreement between Dr. Thomas Merigan and Cetus Immune
14 Corporation. The document was designated by Chiron Corporation as "Highly Confidential --
15 Attorneys' Eyes Only" under the Protective Order;

16    (B)    Exhibit 7, a copy of a National Cancer Institute contract file. The document was
17 designated by Chiron Corporation as "Highly Confidential -- Attorneys' Eyes Only" under the
18 Protective Order.

19    (C)    Exhibit 11, a copy of a Visitor Confidentiality Agreement between Dr. Mark
20 Holodniy and Cetus Corporation. The document was designated by Chiron Corporation as
21 "Highly Confidential -- Attorneys' Eyes Only" under the Protective Order.

22    (D)    Exhibit 14, a copy of a laboratory notebook of Sohini Sengupta. The document
23 was designated by Stanford University as "Confidential Attorneys' Eyes Only" under the
24 Protective Order.

25    (E)    Exhibit 15, a copy of a laboratory notebook of Clayton Casipit. The document was
26 designated by Chiron Corporation as "Confidential" under the Protective Order.

27    (F)    Exhibit 16, a copy of a laboratory notebook of Clayton Casipit. The document was
28 designated by Chiron Corporation as "Confidential" under the Protective Order.

1      (G)     Exhibit 26, a copy of a letter from Dr. Thomas Merigan to Laura A. Coruzzi, with
2  attachments. The document was designated by Pennie & Edmonds, former counsel for Stanford
3  University, Dr. Thomas Merigan, and Dr. Mark Holodniy, as "Confidential - Attorneys' Eyes
4  Only" under the Protective Order.

5      (H)     Exhibit 31, a copy of a Petition to Correct Inventorship. The document was
6  designated by Stanford University as "Confidential" under the Protective Order.

7      (I)     Exhibit 32, a copy of a Requirement for Information from the United States Patent
8  and Trademark Office. The document was designated by Pennie & Edmonds, former counsel for
9  Stanford University, Dr. Thomas Merigan, and Dr. Mark Holodniy, as "Confidential" under the
10 Protective Order.

11     (J)     Exhibit 33, a copy of a Response to Requirement for Information. The document
12 was designated by Pennie & Edmonds, former counsel for Stanford University, Dr. Thomas
13 Merigan, and Dr. Mark Holodniy, as "Confidential" under the Protective Order.

14     (K)     Exhibit 34, a copy of a Decision on Petition Under 37 CFR 1.48(a). The document
15 was designated by Stanford University as "Confidential" under the Protective Order.

16     (L)     Exhibit 35, a copy of a document purporting to be an assignment. The document
17 was designated by Stanford University as "Confidential-Attorneys' Eyes Only" under the
18 Protective Order.

19     (M)     Exhibit 40, a copy of a laboratory notebook of Mark Holodniy. The document was
20 designated by Stanford University as "Confidential Attorneys' Eyes Only" under the Protective
21 Order.

22     (N)     Exhibit 41, a copy of a laboratory notebook of Mark Holodniy. The document was
23 designated by Stanford University as "Confidential Attorneys' Eyes Only" under the Protective
24 Order.

25     (O)     Exhibit 42, a copy of a laboratory notebook of Mark Holodniy. The document was
26 designated by Stanford University as "Confidential Attorneys' Eyes Only" under the Protective
27 Order.

28

1      (16)    Exhibit 43, a copy of a laboratory notebook of Mark Holodniy. The document was designated by Stanford University as "Confidential Attorneys' Eyes Only" under the Protective Order.

    (Q)    Exhibit 46, excerpts from the transcript of the deposition of Mark Holodniy. The deposition and transcript was designated by Stanford University as Highly Confidential, Attorneys' Eyes Only under the Protective Order.

    (R)    Exhibit 47, excerpts from the transcript of the deposition of David Schwartz. The deposition and transcript was designated by Stanford University as Attorneys' Eyes Only under the Protective Order.

    (S)    Exhibit 48, excerpts from the transcript of the deposition of Thomas Merigan. The deposition and transcript was designated by Stanford University as Attorneys' Eyes Only under the Protective Order.

    (T)    Exhibit 49, excerpts from the transcript of the deposition of David Katzenstein. The deposition and transcript was designated by Stanford University as Attorneys' Eyes Only under the Protective Order.

    (U)    Exhibit 53, excerpts from the transcript of the deposition of Mary Albertson. The deposition and transcript was designated by Stanford University as Attorneys' Eyes Only under the Protective Order.

    (V)    Exhibit 58, excerpts from a laboratory notebook of Sohini Sengupta. The document was designated by Stanford University as "Confidential Attorneys' Eyes Only" under the Protective Order.

    (W)    Exhibit 59, excerpts from a laboratory notebook of Sohini Sengupta. The document was designated by Stanford University as "Confidential Attorneys' Eyes Only" under the Protective Order.

1  DATED: October 27, 2006            Respectfully submitted,

2                                     QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP
3

4                                     By _____[signature]_____
5                                        Tun-Jen Chiang
                                         Attorneys for Defendants and Counterclaimants
6                                        Roche Molecular Systems, Inc.; Roche Diagnostics
                                         Corporation; and Roche Diagnostics
7                                        Operations, Inc.