QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100
E-Mail:        adrianpruetz@quinnemanuel.com
               jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (415) 801-5100
E-Mail:        robertstone@quinnemanuel.com
               tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Defendants. | |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Counterclaimants, | |
| vs. | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN. | |
| Counterclaim Defendants. | |

1      Pursuant to L.R. 79-5, Defendants are hereby granted leave to file under seal

2 certain documents submitted in connection with its motion for summary judgment. Specifically,

3 Defendants may file under seal the following:

4     1.    Defendants Motion for Summary Judgment of Ownership of and License to

5 the '730 and '705 Patents and Memorandum of Points and Authorities in Support Thereof; and

6     2.    Exhibits 2, 7, 11, 14, 15, 16, 26, 31, 32, 33, 34, 35, 40, 41, 42, 43, 46, 47,

7 48, 49, 58, 59 of the Declaration of T.J. Chiang in Support of Defendants' Motion for Summary

8 Judgment.

10 DATED: October __, 2006

_____
Honorable Marilyn H. Patel
United States District Judge

-1-    Case No. C-05-04158 MHP