COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:   (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR MOTION FOR SUMMARY JUDGMENT AND CERTAIN EXHIBITS IN THE DECLARATION OF MICHELLE S. RHYU IN SUPPORT THEREOF** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

ADMINISTRATIVE REQUEST TO FILE BRIEF AND
EXHIBITS UNDER SEAL
CASE NO. C 05 04158 MHP

Dockets.Justia.com

This Administrative request is submitted in support of Plaintiff and Counterclaim Defendants' Motion for Summary Judgment.

1. In accordance with Civil Local Rule 79-5(b) and the Stipulated Protective Order Regarding Disclosure of Protected Information entered by this Court on May 19, 2006, Plaintiffs and Counterclaim Defendants request that the following exhibit attached to the Declaration of Michelle S. Rhyu, submitted herewith, be filed under seal: Exhibit 7 – Excerpts from Mark Holodniy's Lab Notebook, vol. 3.

2. In accordance with Civil Local Rules 79-5(b) and (d) and the Stipulated Protective Order Regarding Disclosure of Protected Information entered by this Court on May 19, 2006, Plaintiffs and Counterclaim Defendants request that the following exhibit attached to the Declaration of Michelle S. Rhyu, submitted herewith, be filed under seal: Exhibit 681 – Defendants' Supplemental Responses and Objections to Plaintiff's First and Second Sets of Interrogatories [Nos. 2-11], dated August 14, 2006.

3. In accordance with Civil Local Rules 79-5(c) and (d) and the Stipulated Protective Order Regarding Disclosure of Protected Information entered by this Court on May 19, 2006, Plaintiffs and Counterclaim Defendants request to file Plaintiffs' and Counterclaim Defendants' Motion for Summary Judgment, submitted herewith, under seal. A public, redacted version of this document is being lodged with the court electronically herewith.

4. Plaintiffs and Counterclaim Defendants also lodged the following documents separately for filing under seal. Upon review and in agreement with Defendants, Plaintiffs and Counterclaim Defendants hereby inform that court that these documents are no longer designated confidential and do not require filing under seal:

(a) Exhibit 5 – Excerpts from Mark Holodniy's Lab Notebook, vol. 1;

(b) Exhibit 554 – Letter from Luis Mejia to Thomas MacMahon, re "PCR Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of AIDS," dated October 1, 1998;

1  (c) Exhibit 554A – Letter from Luis Mejia to Thomas MacMahon, re "PCR Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of AIDS," dated October 1, 1998 [Stanford Bates labeled version];

(d) Exhibit 693 – Stanford University Office of Technology Licensing PowerPoint Presentation.

Dated: October 27, 2006                COOLEY GODWARD KRONISH LLP

by: /s/
    Ricardo Rodriguez

Attorneys for Counter Defendants The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy

739920 v1/PA