1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:    (650) 843-5000
5  Fax:    (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
   MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>**DECLARATION OF RICARDO RODRIGUEZ IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFF AND COUNTER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF MICHELLE S. RHYU IN SUPPORT THEREOF** |
|---|---|
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**RODRIGUEZ DECL. I/S/O OF ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP**

I, Ricardo Rodriguez, declare as follows:

1. I am an attorney with the law firm of Cooley Godward Kronish LLP, counsel of record for The Board of Trustees of the Leland Stanford Junior University and Thomas Merigan in the above-captioned matter. I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

2. The Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan, and Dr. Holodniy's Motion for Summary Judgment contains documents that have been designated as "Confidential Information" pursuant to the Stipulated Protective Order entered in this action on May 19, 2006 at docket number 31 as exhibits.

3. Exhibit 7 contains excerpts from Mark Holodniy's lab notebook that reflect experiments done on patient samples. This has been designated as confidential by Plaintiffs and Counterclaim Defendants.

4. Exhibit 681 is Defendants' Supplemental Responses and Objections to Plaintiff's First and Second Sets of Interrogatories. This has been designated as confidential by Defendants.

5. Stanford University, Dr. Merigan and Dr. Holodniy's Motion for Summary Judgment refers to exhibits 7 and 681.

6. The references within the Motion for Summary Judgment to exhibit 7 do not disclose any specific information which Stanford, Dr. Merigan, and Dr. Holodniy deem confidential. Thus, Stanford, Dr. Merigan, and Dr. Holodniy do not request redaction of these references.

7. Stanford, Dr. Merigan, and Dr. Holodniy are unable to determine whether references within the Motion to exhibit 681 disclose information which Defendants deem confidential.

8. Under the Protective Order, "Confidential Information" means trade secrets as well as other information that, in the ordinary course, is neither made available to the general public or the industry at large and to which access is restricted and efforts have been made to keep the information from being broadly disseminated. The Motion for Summary Judgment contains confidential information of the Plaintiff and Defendants.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

RODRIGUEZ DECL. I/S/O OF ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP

1      9.    A public version of the Motion for Summary Judgment has been electronically filed with the Court.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Palo Alto, California on October 27, 2006.

                                              /s/

                                                  Ricardo Rodriguez

739921 v1/PA