COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:  (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S ADMINISTRATIVE REQUEST TO FILE ITS MOTION FOR SUMMARY JUDGMENT AND CONFIDENTIAL EXHIBITS TO THE DECLARATION OF MICHELLE S. RHYU IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] ORDER GRANTING ADMIN.
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP**

Having reviewed the submissions relating to Stanford University, Dr. Merigan and Dr. Holodniy's Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Stanford University, Dr. Merigan and Dr. Holodniy's Administrative Request to File Under Seal Its Motion for Summary Judgment and Confidential Exhibits to the Declaration of Michelle S. Rhyu in Support of the Motion for Summary Judgment is GRANTED;

IT IS FURTHER ORDERED that the Clerk of the Court is directed to allow Stanford University to file under seal the following pleadings and materials:

1. Stanford University, Dr. Merigan and Dr. Holodniy's Motion for Summary Judgment;
2. Exhibit 7 of Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan, and Dr. Holodniy's Motion for Summary Judgment;
3. Exhibit 681 of Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan, and Dr. Holodniy's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: _____

HON. MARILYN HALL PATEL
United States District Court Judge

739926 v1/PA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED] ORDER GRANTING ADMIN.
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP