Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al | Doc. 89
Case 3:05-cv-04158-MHP   Document 89   Filed 10/27/2006   Page 1 of 2

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
E-Mail:    adrianpruetz@quinnemanuel.com
           jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
E-Mail:    robertstone@quinnemanuel.com
           tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY,<br><br>    Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br><br>NOTICE OF MANUAL FILING OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF OWNERSHIP OF AND LICENSE TO THE '730 AND '705 PATENTS |

### MANUAL FILING NOTIFICATION

Regarding: DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF OWNERSHIP OF AND LICENSE TO THE '730 AND '705 PATENTS

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

DATED: October 27, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____/s/ Tun-Jen Chiang_____
Tun-Jen Chiang
Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

-1-

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING