```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Adrian M. Pruetz (Bar No. 118215)
 2    Jeffrey N. Boozell (Bar No. 199507)
    865 South Figueroa Street, 10th Floor
 3  Los Angeles, California 90017-254
    Telephone:    (213) 443-3000
 4  Facsimile:    (213) 443-3100
    E-Mail:       adrianpruetz@quinnemanuel.com
 5                jeffboozell@quinnemanuel.com

 6    Robert W. Stone (Bar No. 163513)
      Tun-Jen Chiang (Bar No. 235165)
 7    Jeremy Burns (Bar No. 239917)
    555 Twin Dolphin Drive, Suite 560
 8  Redwood Shores, California 94065-2139
    Telephone:    (650) 801-5000
 9  Facsimile:    (650) 801-5100
    E-Mail:       robertstone@quinnemanuel.com
10                tjchiang@quinnemanuel.com
                  jeremyburns@quinnemanuel.com
11
    Attorneys for Defendants and Counterclaimants Roche
12  Molecular Systems, Inc.; Roche Diagnostics Corporation; and
    Roche Diagnostics Operations, Inc.
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC.,<br><br>Defendant.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN, MARK HOLODNIY<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>**PROOF OF SERVICE BY FEDEX** |

Proof of Service by FEDEX
04972/1986103.1

1    I am employed in the County of San Francisco, State of California. I am over the age of
2 eighteen years and not a party to the within action; my business address is 555 Twin Dolphin
3 Drive, Suite 550, Redwood Shores, California 94065.
4    On October 27, 2006, I served true copies of the following document(s) described as on
5 the parties in this action as follows:

- DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF OWNERSHIP OF AND LICENSE TO THE '730 AND '705 PATENTS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME I OF VII - EXHIBITS 1 TO 14 [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME II OF VII - EXHIBITS 15 TO 37 [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME III OF VII - EXHIBITS 38 TO 39 [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT -VOLUME IV OF VII - EXHIBITS 40 TO 43 [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME V OF VII - EXHIBIT 44 (PART 1 OF 2) [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME VI OF VII - EXHIBIT 44 (PART 2 OF 2) [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME VII OF VII - EXHIBITS 45 TO 59 [FILED UNDER SEAL]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME I OF VII - EXHIBITS 1 TO 14 [REDACTED VERSION]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME II OF VII - EXHIBITS 15 TO 37 [REDACTED VERSION]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME III OF VII - EXHIBITS 38 TO 39 [REDACTED VERSION]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME IV OF VII - EXHIBITS 40 TO 43 [REDACTED VERSION]

- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME V OF VII- EXHIBIT 44 (PART 1 OF 2) [REDACTED VERSION]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME VI OF VII - EXHIBIT 44 (PART 2 OF 2) [REDACTED VERSION]
- DECLARATION OF T.J. CHIANG IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - VOLUME VII OF VII - EXHIBITS 45 TO 59 [REDACTED VERSION]
- [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL

on the parties in this action as follows:

Ricardo Rodriguez
Cooley Godward, & Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 943062

**BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in sealed envelope(s) or package(s) designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on October 27, 2006, at Redwood Shores, California.

*/s/ Dominic Mitchell*
Dominic Mitchell

Proof of Service by FEDEX
04972/1986103.1                                -3-