COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:    (650) 843-5000
Fax:    (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>**COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | HEARING DATE:  December 4, 2006<br>TIME: 2:00 p.m.<br>DEPT: 15, 18th Floor<br>JUDGE:  HON. MARILYN HALL PATEL |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**COUNTERCLAIM DEFENDANTS' NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMENT
CASE NO. C 05 04158 MHP**

PLEASE TAKE NOTICE that on December 4th, 2006, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Eighteenth Floor, before the Honorable Marilyn Hall Patel, Plaintiff and Counterclaim Defendant, the Board of Trustees of the Leland Stanford Junior University and Counterclaim Defendants Thomas Merigan and Mark Holodniy ("Stanford") will and hereby do move for summary judgment in this action pursuant to Federal Rule of Civil Procedure 56 and Civil Local Rule 56.

For the foregoing reasons, Stanford moves for Summary Judgment as follows: (1) RMS's ownership, license, and breach of contract claims are barred by the statute of limitations, laches and/or estoppel; (2) RMS has no ownership or license rights to the inventions at issue under the 1984 and 1991 Merigan Consulting Agreements; (3) RMS has no ownership or license rights to the inventions at issues under the 1988 MTA; and (4) RMS has no ownership or license rights to the inventions at issue under the 1989 Visitor's Confidentiality Agreement.

This motion is based on the pleadings and papers on file in this action, this Notice of Motion and Memorandum of Points and Authorities, Declaration of Luis R. Mejia, Declaration of Mark Holodniy and Declaration of Michelle S. Rhyu and associated documents, filed and served herewith.

Dated: October 27, 2006        COOLEY GODWARD KRONISH LLP

By: /s/ Michelle S. Rhyu

Attorneys for Counter Defendants The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy

739928 v1/PA

1.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

COUNTERCLAIM DEFENDANTS' NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMENT
CASE NO. C 05 04158 MHP