**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

### Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF THE TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY,
      Plaintiff,
      vs.                    No. C-05-04158 MHP
ROCHE MOLECULAR SYSTEMS, INC.;
ROCHE DIAGNOSTICS CORPORATION;
ROCHE DIAGNOSTICS OPERATIONS,
INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.,
      Defendant.

AND RELATED COUNTERCLAIM.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEOTAPED DEPOSITION OF SHIRLEY YEE KWOK
Redwood Shores, California
Thursday, August 10, 2006

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111
Job No. 3-50831

### Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF THE TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY,
      Plaintiff,
      vs.                    No. C-05-04158 MHP
ROCHE MOLECULAR SYSTEMS, INC.;
ROCHE DIAGNOSTICS CORPORATION;
ROCHE DIAGNOSTICS OPERATIONS,
INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.,
      Defendant.

AND RELATED COUNTERCLAIM.

Confidential videotaped deposition of SHIRLEY YEE KWOK, taken on behalf of Plaintiff and Counterclaim Defendants The Board of the Trustees of the Leland Stanford Junior University, at 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California, beginning at 9:36 a.m. and ending at 2:23 p.m. on Thursday, August 10, 2006, before SUZANNE F. BOSCHETTI, Certified Shorthand Reporter No. 5111.

### Page 3

APPEARANCES:

For Plaintiff and Counterclaim Defendants The Board of the Trustees of the Leland Stanford Junior University, et al.:

   COOLEY GODWARD LLP
   BY: MICHELLE S. RHYU, PH.D.
   Attorney at Law
   Five Palo Alto Square, 3000 El Camino Real
   Palo Alto, California 94306-2155
   (650) 857-0663

For Defendants and Counterclaimants Roche Molecular Systems, Inc., et al.:

   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   BY: BRIAN C. CANNON
   Attorney at Law
   555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
   (650) 801-5001

Videographer:

   RAY TYLER
   SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
   San Francisco, California
   (415) 274-9977

### Page 4

INDEX

| WITNESS: | EXAMINATION |
|---|---|
| SHIRLEY YEE KWOK | |
| BY MS. RHYU | 7 |

EXHIBITS

| DEPOSITION | | PAGE |
|---|---|---|
| 586 | Lab Notebook No. 2119, issued to Shirley Kwok, Nov. 15th, 1985, Bates Nos. RMS 068028 - RMS 068232; 205 pages | 12 |
| 587 | Lab notebook No. 2352 issued to Shirley Kwok, July 29, 1986, Bates Nos. RMS 068808 - RMS 069013; 206 pages | 13 |
| 588 | Lab notebook No. 2597 issued to Shirley Kwok, March 26, 1987, Bates Nos. RMS 069218 - RMS 069420; 203 pages | 13 |
| 589 | Lab notebook No. 2883 issued to Shirley Kwok, November 2, 1987, Bates Nos. RMS 068649 - RMS 068807; 159 pages | 14 |
| 590 | Lab notebook No. 3153 issued to Shirley Kwok, 5/18, 1988, Bates Nos. RMS 068440 - RMS 068648; 209 pages | 14 |
| 591 | Lab notebook No. 3456 issued to Shirley Kwok, Jan 4, 1989, Bates Nos. RMS 069606 - RMS 069641; 36 pages | 24 |
| 592 | Lab notebook No. 3532 issued to Shirley Kwok, Feb 21, 1989, Bates Nos. RMS 067714 - RMS 067920; 207 pages | 28 |
| 593 | Lab notebook No. 4489 issued to Shirley Kwok, Feb 21, 1991, Bates Nos. RMS 069847 - RMS 070052; 206 pages | 40 |
| 594 | Agreement between Hoffmann-La Roche, Inc. and Cetus Corporation, Bates Nos. RMS 0062977 - RMS 0063011; 35 pages | 34 |

1 (Pages 1 to 4)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
11:12:24  1    us the ability to quantify.
11:12:24  2    BY MS. RHYU:
11:12:36  3        Q. And when you're describing using HIV
11:12:38  4    templates of approximate copy numbers and
11:12:43  5    specifically referring to the work that you did
11:12:45  6    between 1986 and 1991, there are you just referring
11:12:50  7    to HIV DNA templates?
11:12:54  8        MR. CANNON: Object as to form.
11:13:01  9        THE WITNESS: Definitely HIV DNA templates
11:13:04 10    were used.
11:13:04 11    BY MS. RHYU:
11:13:11 12        Q. And who else worked with you to -- in this
11:13:16 13    work? Actually, let me withdraw that question.
11:13:21 14        You said definitely DNA templates. Were
11:13:24 15    there any other templates that you worked on in
11:13:27 16    this time period '86 to '91?
11:13:30 17        A. It's the time period that I'm not -- I don't
11:13:32 18    have a good recollection of. We worked with DNA as
11:13:36 19    well as RNA templates, but it's the time frame that
11:13:39 20    I'm not sure of.
11:13:40 21        Q. Okay. Thank you.
11:13:42 22        And let's just talk about the DNA
11:13:44 23    templates work right now. Who else worked with you
11:13:47 24    to demonstrate that quantitative PCR was possible
11:13:51 25    using DNA templates?
```
Page 49

```
11:13:54  1        A. David Kellogg, Nancy McKinney. I don't think
11:14:21  2    Cindy Christopherson joined the group then. Those are
11:14:22  3    the people that come to mind.
11:14:24  4        Q. In this 1986 to 1991 time frame, your
11:14:29  5    title, you list, is Scientist/HIV and HTLV Project
11:14:37  6    Supervisor, Cetus Corporation. As HIV project
11:14:42  7    supervisor, were you supervising all of the work
11:14:48  8    that was being done at Cetus related to
11:14:52  9    quantitation of DNA in this period 1996 to '91?
11:14:58 10        A. Yes, I was.
11:15:08 11        Q. And do you specifically recall whether
11:15:11 12    David Kellogg did any work with quantitation of
11:15:15 13    RNA?
11:15:27 14        A. 1991. Yes, he did.
11:15:30 15        Q. And what do you recall about that?
11:15:34 16        A. My recollection is that he worked on a
11:15:38 17    two-step RT PCR assay for HIV.
11:15:50 18        Q. And what did that two-step RT PCR assay
11:15:54 19    for HIV consist of? That term just doesn't mean
11:15:59 20    anything to me.
11:15:59 21        A. The two-step refers to the fact that the RNA
11:16:02 22    needs to be reverse transcribed to cDNA using an
11:16:08 23    enzyme as a first step. The cRNA then is used -- --
11:16:16 24    the cDNA is then used for the actual PCR amplification
11:16:22 25    using the DNA polymerase.
```
Page 50

```
11:16:26  1        Q. And do you recall what time frame he did
11:16:28  2    that work?
11:16:30  3        A. No, I don't.
11:16:31  4        Q. Do you have any idea what year he did that
11:16:33  5    work?
11:16:41  6        A. I don't remember.
11:16:41  7        Q. How about Nancy McKinney, do you know if
11:16:44  8    she did any work using an RNA template for
11:16:49  9    quantitation of HIV?
11:16:50 10        A. Actually, let me -- there was one other
11:16:52 11    individual, John Mulder, who was also in my group.
11:16:59 12        Q. Was John Mulder in your group while at
11:17:02 13    Cetus?
11:17:03 14        A. I believe so.
11:17:09 15        Q. You recall John Mulder as an employee of
11:17:13 16    Cetus?
11:17:13 17        A. Yes. Or during -- yes, during that
11:17:16 18    transition. Either before or around the transition
11:17:19 19    period. I don't remember exactly, but I do remember
11:17:22 20    him being at Cetus.
11:17:25 21        Q. Is it possible that -- I'm sorry?
11:17:28 22        A. He was hired while we were at Cetus.
11:17:30 23        Q. He was hired while you were at Cetus?
11:17:32 24        A. Mm-hmm.
11:17:34 25        Q. Is it possible that he was a Roche
```
Page 51

```
11:17:36  1    employee that worked with you at Cetus just prior
11:17:41  2    to the transition where Roche acquired some Cetus
11:17:50  3    assets?
11:17:58  4        A. It's possible, but that's not my
11:18:00  5    recollection.
11:18:01  6        Q. Okay. How about Nancy McKinney; do you
11:18:06  7    know if she did any work with RNA quantification,
11:18:10  8    HIV RNA quantification?
11:18:15  9        A. I believe she did.
11:18:17 10        Q. And do you have any memory of what time
11:18:19 11    frame she did that work?
11:18:22 12        A. I don't remember.
11:18:30 13        Q. Did any of these three people, David
11:18:32 14    Kellogg, Nancy McKinney or John Mulder, use RNA
11:18:41 15    quantitation techniques on samples from treated
11:18:47 16    patients, treated HIV patients?
11:18:50 17        MR. CANNON: Objection as to form.
11:18:57 18        THE WITNESS: Are you asking specifically
11:18:59 19    during this time period?
11:18:59 20    BY MS. RHYU:
11:19:01 21        Q. Yes. 1986 to 1991.
11:19:12 22        A. I don't remember.
11:19:12 23        Q. You don't remember one way or the other or
11:19:14 24    you don't think so?
11:19:16 25        A. No, I don't -- I don't remember. We worked
```
Page 52

13 (Pages 49 to 52)

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

### Page 53

```
11:19:18  1    with a lot of samples, but I don't -- I don't recall
11:19:22  2    specifically whether they were treated or untreated or
11:19:25  3    a combination of both.
11:19:46  4        Q. So as to the HIV quantitation work that
11:19:49  5    was going on at Cetus in the 1986 to 1991 time
11:19:52  6    frame, is it fair to say that the people doing that
11:19:56  7    work at Cetus were you, David Kellogg, Nancy
11:20:04  8    McKinney and John Mulder?
11:20:06  9        MR. CANNON: Objection as to form.
11:20:11 10        THE WITNESS: As far as I can remember.
11:20:11 11    BY MS. RHYU:
11:20:13 12        Q. You don't remember anyone else doing RNA
11:20:16 13    quantitation work with HIV at Cetus during the 1986
11:20:20 14    to 1991 time frame?
11:20:22 15        MR. CANNON: Objection as to form.
11:20:22 16    BY MS. RHYU:
11:20:29 17        Q. As the HIV project supervisor?
11:20:32 18        A. This was just my small group of four people,
11:20:34 19    so three or four people at the time, so yes.
11:20:36 20        Q. But that was the HIV group, correct?
11:20:39 21        A. Right. In terms of developing -- that was at
11:20:44 22    least the group that I was responsible for that was
11:20:47 23    doing the work.
11:20:47 24        Q. And that was the group at Cetus that was
11:20:50 25    responsible for developing a -- for developing
```

### Page 54

```
11:20:58  1    quantitative assays for detecting HIV nucleic
11:21:06  2    acids, correct?
11:21:07  3        A. Mm-hmm.
11:21:07  4        Q. Is that a yes?
11:21:08  5        A. Yes.
11:21:25  6        Q. Do you know Dr. Thomas Merigan?
11:21:28  7        A. I know of him.
11:21:29  8        Q. Have you ever met him?
11:21:31  9        A. I've met him.
11:21:32 10        Q. When have you met him?
11:21:37 11        A. A long time -- many, many years ago. I don't
11:21:41 12    remember.
11:21:41 13        Q. Do you remember where you met him?
11:21:46 14        A. I think I met him at Stanford.
11:21:49 15        Q. And what were you doing at Stanford?
11:21:51 16        A. I don't remember the exact specifics. My
11:21:56 17    boss and I went to talk to them one afternoon. But I
11:22:02 18    don't remember the context of those discussions.
11:22:05 19        Q. Your boss is John Sninsky?
11:22:08 20        A. Correct.
11:22:08 21        Q. And I guess your boss was John Sninsky at
11:22:13 22    that time?
11:22:13 23        A. Still is.
11:22:15 24        Q. And I just want to make sure that I
11:22:17 25    understand everything that you remember about that
```

### Page 55

```
11:22:19  1    trip to Stanford with John Sninsky. Do you
11:22:23  2    remember when it was, approximately what year?
11:22:27  3        A. No. I have -- I only remember going there.
11:22:32  4    I don't have any recollection of what was discussed.
11:22:37  5        Q. Do you remember if any reagents were taken
11:22:40  6    to Stanford on that occasion?
11:22:42  7        A. I don't remember.
11:22:43  8        Q. Do you remember who you talked to
11:22:45  9    besides -- or do you remember if you talked to
11:22:48 10    anyone besides Dr. Merigan on that trip?
11:22:52 11        A. There was another person present, but I can't
11:22:55 12    remember who it was.
11:22:58 13        Q. And do you remember anything about the
11:23:00 14    subject matter of those discussions -- that
11:23:02 15    discussion?
11:23:03 16        A. No.
11:23:04 17        Q. Do you remember how long you were there?
11:23:07 18        A. No. It was in the afternoon. It wasn't
11:23:12 19    hours. It was -- it was relatively short, but --
11:23:24 20        Q. Did you ever give Dr. Merigan any
11:23:29 21    materials, scientific materials or reagents?
11:23:33 22        A. Not that I recall.
11:23:39 23        Q. Did you ever talk to him specifically
11:23:41 24    about your experiments?
11:23:43 25        A. No.
```

### Page 56

```
11:23:47  1        Q. Did you ever give Dr. Merigan any
11:23:49  2    confidential -- any information that was
11:23:51  3    confidential to Cetus?
11:23:53  4        A. I didn't speak to him.
11:24:00  5        Q. Do you know Dr. Mark Holodniy?
11:24:04  6        A. I know who he is.
11:24:05  7        Q. Have you met him?
11:24:07  8        A. Yes.
11:24:07  9        Q. And when do you recall meeting him?
11:24:16 10        A. I don't have a specific date.
11:24:18 11        Q. Do you have a general memory of meeting
11:24:21 12    him?
11:24:22 13        A. It was probably in -- when I was at Cetus.
11:24:28 14        Q. So do you have a memory of seeing
11:24:32 15    Dr. Holodniy at Cetus?
11:24:35 16        A. Yes, I did see him at Cetus, but I didn't
11:24:38 17    interact with him.
11:24:40 18        Q. So you didn't have any conversations with
11:24:42 19    him about science?
11:24:46 20        A. Not that I recall.
11:24:53 21        Q. Did you give any reagents or materials to
11:24:57 22    Dr. Holodniy?
11:24:59 23        A. Not that I recall.
11:25:02 24        Q. Did you ever give him any equipment?
11:25:06 25        A. Not that I remember.
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

### Page 57

11:25:22  1    Q. Did you ever tell Dr. Mark Holodniy any
11:25:27  2 information that was confidential to Cetus?
11:25:31  3    A. I don't think so. I don't recall having
11:25:36  4 discussions with him.
11:25:47  5    Q. So you never discussed quantitation of HIV
11:25:52  6 nucleic acids with Mark Holodniy?
11:25:54  7       MR. CANNON: Objection to form.
11:25:58  8       THE WITNESS: I -- we might have spoken years
11:26:02  9 later, but I don't recall any of those discussions
11:26:06 10 during the time period that you've identified.
11:26:10 11 BY MS. RHYU:
11:26:10 12    Q. You said that you knew who Mark Holodniy
11:26:18 13 was. And who do you know Mark Holodniy to be?
11:26:23 14    A. A physician at Stanford working on HIV or
11:26:28 15 treating HIV patients.
11:26:34 16    Q. And how have you come to that
11:26:36 17 understanding?
11:26:38 18    A. He was -- I believe he participated in some
11:26:44 19 of the AIDS clinical trials, and since we had
11:26:51 20 participated in the evaluation of samples from the
11:26:54 21 ACTG, his name came up.
11:27:02 22    Q. How did it come up?
11:27:04 23    A. On certain occasions. They were some -- some
11:27:07 24 of the labs -- he was one of the labs that
11:27:12 25 participated in the -- in some of the evaluations or

### Page 58

11:27:15  1 in the collection of specimens for the studies.
11:27:21  2    Q. And I just want to make sure we're talking
11:27:23  3 about -- we're clear about what time frame we're
11:27:28  4 talking about.
11:27:28  5    A. Yeah. This is not early. We're talking
11:27:32  6 later.
11:27:32  7    Q. Can you give me the approximate year, a
11:27:35  8 range that you're talking about with respect to
11:27:37  9 your interactions with Dr. Holodniy with the ACTG?
11:27:48 10 Was it while you were at Cetus?
11:27:50 11    A. No, as far as I remember.
11:27:55 12    Q. Was it after 1993?
11:28:01 13    A. I don't know. I think that if we look at
11:28:04 14 some of the publications in which we were
11:28:08 15 participating in the ACTG clinical trials, that would
11:28:12 16 give us an idea as to the time frame.
11:28:20 17    Q. To your knowledge, did any of the people
11:28:23 18 who worked in your HIV group give any reagents to
11:28:30 19 Dr. Holodniy?
11:28:32 20    A. No.
11:28:38 21    Q. Would -- would you have known if the
11:28:42 22 people working in the HIV group were interacting
11:28:46 23 with Dr. Holodniy related to quantitation of HIV?
11:28:56 24    A. Yes.
11:28:56 25    Q. You would have known that?

### Page 59

11:28:57  1    A. I would have known.
11:28:58  2    Q. And why do you say that?
11:29:05  3    A. Just the way the group was organized.
11:29:25  4       MS. RHYU: I'm going to have to walk over
11:29:28  5 there and get the next exhibit, which is very large
11:29:30  6 and in a box, so forgive me for a sec.
11:29:50  7    Q. So I'm handing you what was previously
11:29:53  8 marked as Exhibit 518. It's a document, first
11:30:00  9 page -- it's called the "Acquisition by
11:30:03 10 Hoffmann-LaRoche and F. Hoffmann-LaRoche Limited of
11:30:08 11 Certain Assets from Cetus Corporation," and it's
11:30:11 12 dated December 11th, 1991.
11:30:11 13       (Previously marked Exhibit 518 was
11:30:32 14       presented to the witness.)
11:30:32 15       THE WITNESS: These are continuous?
11:30:34 16       MR. CANNON: I'm not sure.
11:30:39 17       MS. RHYU: Oh, maybe they're continuous.
11:30:41 18       MR. CANNON: I think you've given me part
11:30:43 19 of --
11:30:44 20       MS. RHYU: Is it all one? I apologize. It
11:30:46 21 looks like we have just one copy of the document,
11:30:49 22 which is a very large document.
11:30:50 23    Q. And I don't expect you to look through the
11:30:52 24 entire document at all. Do you have an
11:30:54 25 understanding that at some point Roche acquired

### Page 60

11:30:57  1 certain assets from Cetus?
11:31:00  2    A. Yes.
11:31:00  3    Q. And what's your understanding of what
11:31:04  4 Roche acquired from Cetus?
11:31:06  5       MR. CANNON: Objection.
11:31:06  6       THE WITNESS: That I don't have a good
11:31:09  7 understanding --
11:31:09  8 BY MS. RHYU:
11:31:11  9    Q. Okay.
11:31:11 10    A. -- of the specifics.
11:31:12 11    Q. And I ask you to turn to RMS 6503. It's a
11:31:29 12 section of the document that's entitled "PCR
11:31:32 13 Agreements MTAs Only Collaborators Database," and
11:31:38 14 this page is -- bears the date 12/05/1991.
11:31:46 15       Did you have any -- strike that.
11:31:56 16       Did you -- did you use material transfer
11:32:04 17 agreements while you were at Cetus?
11:32:06 18       MR. CANNON: Objection as to form.
11:32:09 19       THE WITNESS: Yes, we did.
11:32:09 20 BY MS. RHYU:
11:32:12 21    Q. Did you specifically have any role in
11:32:16 22 distributing material transfer agreements?
11:32:19 23    A. In distributing?
11:32:21 24    Q. Yes.
11:32:26 25    A. Can you clarify that?

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

### Page 85

```
01:24:04  1      A. -- John Sninsky on the status of HIV-2 and
01:24:10  2   talked about the difficulties of the project, and also
01:24:15  3   the fact that HIV-2 was not going to be the major
01:24:24  4   epidemic that people were originally concerned -- it
01:24:28  5   wasn't clear at the time, since this is early in the
01:24:31  6   epidemic, whether HIV-1 or HIV-2 were going to be
01:24:35  7   major players. And it soon became apparent that HIV-2
01:24:39  8   wasn't, and therefore devoting a lot more time on
01:24:42  9   HIV-2 didn't make a lot of sense to me at the time.
01:24:51 10      Q. And you came to that realization in
01:24:53 11   mid-1991?
01:24:59 12      A. It may have been before that, but this is
01:25:01 13   when I wrote it up.
01:25:02 14      Q. When is when you wrote it up?
01:25:04 15      A. I assume I wrote this up when I put it in the
01:25:07 16   notebook, but I don't know.
01:25:10 17      Q. Well, the entry follows an entry in your
01:25:13 18   notebook that's dated July 1991.
01:25:17 19      A. Mm-hmm.
01:25:25 20      Q. Was it your practice to put things in your
01:25:30 21   notebook as you -- as you created them?
01:25:35 22      A. In general.
01:25:36 23      Q. And then your memorandum itself refers to
01:25:41 24   starting the HIV project in May of 1990, and that
01:25:46 25   that project was initiated in the previous year
```

### Page 86

```
01:25:50  1   from the year that you wrote the memo, correct?
01:25:52  2      MR. CANNON: Object as to form. The document
01:25:56  3   says what it says.
01:26:00  4      THE WITNESS: Yeah, I don't remember.
01:26:00  5   BY MS. RHYU:
01:26:02  6      Q. Is there any reason -- I'm sorry.
01:26:06  7      A. I don't remember the specifics.
01:26:07  8      Q. Okay. Just from reading the memorandum
01:26:09  9   which you wrote, do you have any doubt in your mind
01:26:12 10   that this -- that you wrote this memorandum in
01:26:15 11   1991?
01:26:18 12      A. It probably was written in '91.
01:26:30 13      Q. Do you have any reason to think that it
01:26:32 14   wasn't written in 1991?
01:26:33 15      A. No.
01:26:41 16      Q. And just to help your recollection, in the
01:26:44 17   second paragraph, midway through the paragraph,
01:26:47 18   there's a sentence that says:
01:26:49 19         "We have recently initiated a
01:26:50 20      collaboration with Dr. Varnier at the
01:26:55 21      University of Genova in Italy."
01:26:58 22      Do you see that?
01:26:58 23      A. Mm-hmm.
01:26:59 24      Q. And if you flip back to RMS 69904, under
01:27:09 25   the title at the top of the page --
```

### Page 87

```
01:27:16  1      A. Mm-hmm.
01:27:17  2      Q. -- it says "HIV 2s from Varnier," and that
01:27:21  3   page is dated May 1991.
01:27:23  4      A. Okay.
01:27:23  5      Q. Okay. Does that help your recollection
01:27:27  6   that the memorandum starting at page 69 of your
01:27:31  7   notebook was written sometime after May of 1991?
01:27:39  8      A. That would be consistent.
01:27:42  9      Q. That's consistent with your memory?
01:27:47 10      A. Consistent with my memorandum. I don't have
01:27:51 11   a good memory.
01:28:03 12      Q. The first sentence of your memorandum
01:28:06 13   says:
01:28:06 14         "The HIV-1 and HTLV assays developed in
01:28:11 15      our lab are currently being finalized at
01:28:15 16      RDS."
01:28:15 17      Can you tell me which HIV-1 assay you're
01:28:19 18   referring to there?
01:28:32 19      A. It's HIV DNA assays PCR based.
01:28:35 20      Q. And is that an HIV DNA assay for detection
01:28:38 21   of HIV in peripheral blood mononuclear cells?
01:28:44 22      A. Yes.
01:28:50 23      Q. Being a DNA assay, is that assay useful
01:28:54 24   for monitoring effectiveness of HIV therapy?
01:28:58 25      MR. CANNON: Objection.
```

### Page 88

```
01:28:59  1      THE WITNESS: Potentially. Potentially.
01:28:59  2   BY MS. RHYU:
01:29:04  3      Q. What do you mean by potentially?
01:29:05  4      A. I don't think investigators have looked into
01:29:09  5   that carefully or systematically. We can quantify DNA
01:29:16  6   from peripheral blood, but I don't think any assay --
01:29:24  7   any studies have been done to look at DNA in response
01:29:29  8   to therapy over time that I'm aware of.
01:29:31  9      Q. And that's as of today?
01:29:35 10      A. I don't know about today. I haven't been
01:29:37 11   following the literature.
01:29:38 12      Q. So as of what date are you -- is your
01:29:41 13   testimony?
01:29:41 14      A. Well, certainly at this time, at the time
01:29:45 15   that this was written and probably after that as well,
01:29:49 16   but I can't pin down the date.
01:29:51 17      Q. Okay. So just to make clear, make it
01:29:54 18   clear on the record, is it your testimony that as
01:29:57 19   of approximately May of 1991, the HIV-1 proviral
01:30:09 20   DNA assay that was developed in your lab, that
01:30:15 21   lab -- that assay had not been shown to be
01:30:24 22   effective for monitoring the effectiveness of an
01:30:29 23   HIV therapeutic treatment?
01:30:32 24      MR. CANNON: Object as to form.
01:30:38 25      THE WITNESS: I don't recall it being used
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
01:30:39  1   for that purpose.
01:30:39  2   BY MS. RHYU:
01:30:42  3       Q. And no one had shown that it's useful for
01:30:45  4   that purpose?
01:30:46  5       MR. CANNON: Object as to form.
01:30:47  6       THE WITNESS: Not that I'm aware of.
01:31:01  7   BY MS. RHYU:
01:31:01  8       Q. Were there any other HIV assays that you
01:31:04  9   could have been referring to there in that first
01:31:06 10   sentence other than the HIV proviral DNA assay that
01:31:11 11   you just mentioned?
01:31:12 12       A. I don't think so.
01:31:32 13       Q. So if you'll turn to the next page, 69924,
01:31:39 14   the second paragraph states:
01:31:41 15           "I propose that rather than devote the
01:31:44 16       entire lab to HIV-2, that we begin to develop
01:31:48 17       a procedure for quantitation of HIV-1 viral
01:31:52 18       load in infected patients."
01:31:55 19       Do you see that?
01:31:55 20       A. Yes, I do.
01:31:57 21       Q. Prior to the time that you wrote this
01:32:00 22   memorandum, were the primary resources being
01:32:03 23   dedicated to an HIV-2 assay?
01:32:08 24       MR. CANNON: Object as to form.
01:32:09 25       MS. RHYU: Withdraw that.
                                                      Page 89

01:32:10  1       Q. Was the entire lab devoted to developing
01:32:13  2   an HIV-2 assay prior to the time that you wrote
01:32:16  3   this memorandum?
01:32:22  4       A. I can't say for sure.
01:32:24  5       Q. Why can't you say for sure?
01:32:26  6       A. I don't know that the entire lab was devoted
01:32:28  7   to HIV-2.
01:32:30  8       Q. And do you know what you're referring to
01:32:32  9   here in the sentence where you say "rather than
01:32:34 10   devote the entire lab to HIV-2"?
01:32:36 11       A. It may mean going forward. I don't know.
01:32:41 12       Q. Do you think it was being considered that
01:32:44 13   the entire lab should be devoting itself to HIV-2?
01:32:47 14       A. I'm sorry?
01:32:48 15       Q. Do you think that at that time folks were
01:32:50 16   considering devoting the entire lab to HIV-2 assay
01:32:54 17   development?
01:32:54 18       MR. CANNON: Object as to form.
01:32:56 19       THE WITNESS: I don't remember.
01:33:09 20   BY MS. RHYU:
01:33:09 21       Q. So the sentence -- in this sentence you
01:33:12 22   propose that the lab "begin to develop a procedure
01:33:15 23   for quantitation of HIV-2 viral load in infected
01:33:19 24   patients." Is that consistent with the fact that
01:33:22 25   prior to the writing of this memorandum, the lab
                                                      Page 90

01:33:27  1   had not yet begun to develop a procedure for
01:33:29  2   quantitation of HIV-1 viral load in infected
01:33:33  3   patients?
01:33:33  4       MR. CANNON: Object as to form.
01:33:49  5       THE WITNESS: I can't say for sure that we
01:33:53  6   hadn't begun some limited studies. It's just that if
01:33:56  7   we were to develop -- to develop an assay that we can
01:33:59  8   transfer to -- to Roche or to whoever, it would
01:34:05  9   require dedicated effort to really look at all the
01:34:10 10   parameters systematically. So I can't say that we
01:34:14 11   hadn't done some exploratory work.
01:34:14 12   BY MS. RHYU:
01:34:17 13       Q. But by the time you had written this
01:34:18 14   memorandum sometime in the middle of 1991, you
01:34:28 15   hadn't yet proceeded with a dedicated effort to
01:34:35 16   look at the parameters --
01:34:40 17       A. If we --
01:34:41 18       Q. Excuse me -- to look at the parameters
01:34:43 19   necessary for developing a quantitative assay for
01:34:46 20   HIV -- for quantitation of HIV viral load?
01:34:50 21       MR. CANNON: Object as to form.
01:34:50 22   BY MS. RHYU:
01:34:52 23       Q. Correct?
01:34:53 24       MR. CANNON: Object as to form.
01:34:54 25       THE WITNESS: If we did anything, it was not
                                                      Page 91

01:34:56  1   a dedicated effort where an entire lab was devoted to
01:35:00  2   it. I can't say that nothing was done. It's just not
01:35:03  3   a devoted effort at that point.
01:35:03  4   BY MS. RHYU:
01:35:06  5       Q. Can you say that something was done?
01:35:07  6       A. I don't know for sure.
01:35:12  7       Q. Can you point to any documents that would
01:35:17  8   show that work had been done prior to July of 1991
01:35:23  9   on quantitating HIV-1 viral load in infected
01:35:28 10   patients at Cetus?
01:35:31 11       A. I don't know if anybody in my group had done
01:35:34 12   some small experiments on the side. That I can't -- I
01:35:40 13   don't remember.
01:35:40 14       Q. But as a supervisor --
01:35:41 15       A. But as -- as a supervisor and as a dedicated
01:35:45 16   project, there wasn't a dedicated effort up till that
01:35:51 17   point.
01:35:53 18       Q. Do you have any recollection if anybody
01:35:55 19   within your group would have done a small
01:35:57 20   experiment on the side related to quantitation of
01:36:01 21   HIV viral load in infected patients?
01:36:12 22       A. I couldn't say for sure.
01:36:19 23       Q. What does it mean to you when you say
01:36:21 24   viral load there in that first sentence of the
01:36:25 25   second paragraph?
                                                      Page 92
```

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

```
01:36:28  1      A. The amount of virus in a patient's sample.
01:36:40  2      Q. Is it intrinsic in the use of that term
01:36:44  3   that you would be looking at the RNA?
01:36:48  4      MR. CANNON: Object as to form.
01:36:50  5      THE WITNESS: Not necessarily. But in the
01:36:55  6   context of this memo, I believe we were addressing
01:37:00  7   RNA.
01:37:00  8   BY MS. RHYU:
01:37:00  9      Q. And why do you think that?
01:37:02 10      A. Because it says here.
01:37:03 11      Q. Where are you pointing to?
01:37:04 12      A. (Reading):
01:37:04 13         "A quantitative assay for HIV RNA by PCR
01:37:08 14      would fill this need."
01:37:11 15      Q. And do you know why at this point you have
01:37:14 16   directed your efforts to an assay for quantitating
01:37:18 17   RNA?
01:37:28 18      A. Because of the reputation of HIV going from
01:37:30 19   RNA to DNA actively replicating virus would have -- we
01:37:36 20   assume at that time would have detectable RNA.
01:37:41 21      Q. And at that time did you assume that
01:37:44 22   following the RNA levels would give you a more
01:37:49 23   sensitive measure of viral load than following DNA?
01:37:53 24      A. We felt that it would be.
01:38:04 25      Q. So you list some considerations in
                                                    Page 93

01:38:06  1   developing a quantitative assay for HIV RNA; is
01:38:13  2   that correct?
01:38:13  3      A. That's correct.
01:38:22  4      Q. And if you'll turn to 69926, RMS 69926.
01:38:34  5   This is following a heading that says "Standards,"
01:38:39  6   the subparagraph 1 under that heading says
01:38:43  7   "Internal standard to monitor sample recovery."
01:38:45  8   Are you there with me?
01:38:46  9      A. Mm-hmm.
01:38:47 10      Q. And the first sentence in that paragraph
01:38:49 11   says:
01:38:49 12         "We need to first determine whether
01:38:52 13      intracellular genomic RNA, viral particulate
01:39:00 14      RNA, or mRNA should be targeted."
01:39:01 15      Do you see that?
01:39:01 16      A. Yes, I do.
01:39:02 17      Q. So at this point in mid-1991, you had not
01:39:06 18   yet decided on which category of RNA to target
01:39:11 19   to -- for quantification; is that correct?
01:39:15 20      A. That appears to be correct.
01:39:34 21      Q. And what are the relevant distinctions
01:39:37 22   between genomics RNA, viral particulate RNA, and
01:39:43 23   mRNA when you're considering quantification assays?
01:39:47 24      MR. CANNON: Objection. That calls for
01:39:48 25   expert opinion testimony. It's an incomplete
                                                    Page 94

01:39:51  1   hypothetical, and I object to the form of the
01:39:57  2   question. I don't know if you're asking about her
01:40:00  3   understanding today, her opinion today, or her opinion
01:40:02  4   back when she wrote the memo.
01:40:02  5   BY MS. RHYU:
01:40:10  6      Q. I'm asking for your opinion back when you
01:40:12  7   wrote the memo, if you can remember that.
01:40:15  8      A. I actually don't, and -- yeah, I don't really
01:40:23  9   know the difference.
01:40:24 10      Q. Do you have an understanding today?
01:40:27 11      A. Probably less of an understanding today.
01:40:35 12      Q. Do you have an understanding of what type
01:40:37 13   of RNA you ultimately did target in the
01:40:41 14   quantitation assay that you ultimately did work on?
01:40:45 15      A. It's viral, the viral RNA.
01:40:50 16      Q. And do you know how you decided to focus
01:40:54 17   on viral particulate RNA?
01:40:59 18      A. I believe it might have been based on
01:41:01 19   literature. I don't recall at this time.
01:41:05 20      Q. I'm handing you what was previously marked
01:41:08 21   as Exhibit 1.
01:41:08 22         (Previously marked Exhibit 1 was
11:43:24 23         presented to the witness.)
11:43:24 24   BY MS. RHYU:
01:41:18 25      Q. Do you recognize Exhibit 1? It's a
                                                    Page 95

01:41:21  1   publication from 1991 in the Journal of Infectious
01:41:27  2   Diseases. The first author is Mark Holodniy.
01:41:33  3      A. Yes.
01:41:38  4      Q. This article was first published in April
01:41:41  5   1991. When did you first become aware of the
01:41:45  6   article?
01:41:47  7      A. I don't remember.
01:41:47  8      Q. Do you remember reading it while you were
01:41:49  9   at Cetus?
01:41:50 10      A. I don't recall.
01:41:52 11      Q. Do you remember discussing with Cetus
01:41:59 12   employees the detection and quantification of HIV
01:42:08 13   RNA in patient's serum using PCR as described in
01:42:14 14   Exhibit 1?
01:42:17 15      A. I don't recall these discussions.
01:42:21 16      Q. Do you think they happened?
01:42:25 17      A. Given that they're using my primers, primer
01:42:30 18   sequences, I would assume they got that information
01:42:32 19   from me, but I don't recall any specific discussions
01:42:34 20   about it.
01:42:39 21      Q. I just want to understand what you just
01:42:41 22   said. You said given that they're using your
01:42:44 23   primer sequences, you would assume that they got
01:42:47 24   that information from you. You mean that sequence
01:42:50 25   of the primers? You would assume they got the
                                                    Page 96
```

24 (Pages 93 to 96)

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

### Page 97

```
01:42:53  1    sequence of the primers from you? Is that what
01:42:56  2    you're saying?
01:42:56  3        A. Yes.
01:43:00  4        Q. And are you referring to primers 145 and
01:43:04  5    39?
01:43:04  6        A. And 38 and 39.
01:43:07  7        Q. 38.
01:43:07  8        A. And 19 and 145, yes.
01:43:10  9        Q. As of -- as of the time that -- well,
01:43:19 10    let's just say as of 1990, were those primers
01:43:23 11    published in the literature?
01:43:39 12        A. I would assume so. Some of them anyway. 38,
01:43:43 13    39, maybe.
01:43:44 14        Q. So the authors could have obtained the
01:43:49 15    primer sequences from the literature rather than
01:43:51 16    obtaining them directly from you, correct?
01:43:53 17        MR. CANNON: Object as to form.
01:44:01 18        THE WITNESS: Well, we should look at their
01:44:02 19    references. If they're talking about my primers,
01:44:06 20    presumably they referred to it.
01:44:19 21    BY MS. RHYU:
01:44:19 22        Q. On page 865 where the references or the
01:44:27 23    listing begins --
01:44:31 24        A. Mm-hmm.
01:44:31 25        Q. -- do you see any references in which you
```

### Page 98

```
01:44:37  1    would have disclosed the sequence of SK38, 39 or
01:44:44  2    145?
01:44:47  3        A. I believe reference 9.
01:44:56  4        Q. You said you recognized Exhibit 1. From
01:45:01  5    what do you recognize Exhibit 1?
01:45:05  6        A. Actually, I was given a copy of this to look
01:45:11  7    at just yesterday. I had completely forgotten about
01:45:17  8    this if I had seen it earlier.
01:45:19  9        Q. But prior to yesterday, you had seen
01:45:21 10    Exhibit 1 earlier?
01:45:22 11        A. I had no recollection.
01:45:26 12        Q. Did you have any recollection of the work
01:45:28 13    that Mark Holodniy did related to detection and
01:45:31 14    quantification of HIV RNA in patient serum using
01:45:36 15    PCR?
01:45:37 16        A. No.
01:45:37 17        MR. CANNON: Objection. Lacks foundation.
01:45:39 18        You can answer that question.
01:45:41 19        THE WITNESS: No, I had no recollection up
01:45:43 20    until yesterday when I was reminded.
01:45:46 21        MR. CANNON: Caution the witness not to
01:45:47 22    reveal any attorney-client communications.
01:45:47 23    BY MS. RHYU:
01:45:58 24        Q. Do you believe that you should be listed
01:45:59 25    as an author on this publication?
```

### Page 99

```
01:46:01  1        MR. CANNON: Objection. Incomplete
01:46:05  2    hypothetical.
01:46:05  3        THE WITNESS: Since I wasn't aware -- no.
01:46:10  4    BY MS. RHYU:
01:46:10  5        Q. Do you see that there are authors on the
01:46:15  6    publication, Exhibit 1, who were employees of
01:46:19  7    Cetus?
01:46:21  8        A. Mm-hmm, yes.
01:46:27  9        Q. Did you -- and -- and by that I'm
01:46:30 10    referring to Alice Wang, Clayton Casipit, Eric
01:46:35 11    Groves and Mike Konrad. Is it your understanding
01:46:39 12    that those four individuals were employees of
01:46:42 13    Cetus?
01:46:44 14        A. Yes.
01:46:48 15        Q. Did you work with any of them in
01:46:51 16    developing an assay for quantitation of nucleic
01:46:58 17    acids, HIV nucleic acids?
01:47:02 18        A. Not in the work that we were doing.
01:47:08 19        Q. And before I forget, do you see David
01:47:11 20    Schwartz listed there as an author?
01:47:14 21        A. Yes, I do.
01:47:14 22        Q. Do you know David Schwartz?
01:47:16 23        A. I remember seeing him.
01:47:18 24        Q. When do you remember seeing him?
01:47:22 25        A. I don't remember when.
```

### Page 100

```
01:47:23  1        Q. Was it at Cetus or at Stanford?
01:47:28  2        A. Cetus.
01:47:31  3        Q. Do you remember interacting with him?
01:47:39  4        A. I might have in passing, but I don't recall
01:47:44  5    any long collaborations or extensive discussions with
01:47:49  6    him.
01:47:51  7        Q. Do you remember the context of why he was
01:47:54  8    at Cetus?
01:47:56  9        A. No.
01:47:58 10        Q. Did you ever give him any reagents?
01:48:04 11        A. I don't remember.
01:48:05 12        Q. Did you ever give him any confidential
01:48:08 13    information?
01:48:10 14        A. Oh, I don't think so.
01:48:11 15        Q. Did you ever give him any equipment, Cetus
01:48:15 16    equipment?
01:48:16 17        A. No.
01:48:23 18        MR. CANNON: We've been going for about an
01:48:26 19    hour. Would it be a good time for a break soon?
01:48:28 20        MS. RHYU: Sure, let me just ask one more
01:48:30 21    question and a follow-up if necessary.
01:48:31 22        MR. CANNON: Sure.
01:48:31 23    BY MS. RHYU:
01:48:33 24        Q. Did this article, Exhibit 1, influence
01:48:38 25    your decision to begin to develop a procedure for
```

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

## Page 105

02:09:31  1   Q. Do you see where it says:
02:09:33  2      "NOTE! Shirley Kwok summarized the
02:09:36  3   results from several HIV viremia studies in
02:09:40  4   the following chart."
02:09:41  5      Do you remember preparing the chart that's on
02:09:43  6   this page?
02:09:50  7   A. I don't remember it, but --
02:09:55  8   Q. Do you see that the Holodniy article
02:09:59  9   regarding amplification of HIV-1 RNA in sera is
02:10:03 10   listed as the third reference in this so-called
02:10:08 11   chart?
02:10:09 12      MR. CANNON: Object as to form.
02:10:13 13      THE WITNESS: I see that.
02:10:13 14   BY MS. RHYU:
02:10:15 15   Q. Does that refresh your recollection as to
02:10:19 16   when you became aware of the Holodniy reference?
02:10:25 17   A. It doesn't help me now, but given that this
02:10:28 18   was in '92 --
02:10:35 19   Q. Does that --
02:10:36 20   A. -- I must have seen something, but I don't
02:10:38 21   have any recollection today.
02:10:43 22   Q. You must have seen the Holodniy reference
02:10:48 23   referred to there by June 16th, 1992?
02:11:01 24   A. Assuming the date on this is correct, yes.
02:11:17 25   Q. I'm handing you what was previously marked

## Page 106

02:11:20  1   as Exhibit 46.
02:11:20  2      (Previously marked Exhibit 46 was
02:11:20  3       presented to the witness.)
02:11:20  4   BY MS. RHYU:
02:11:26  5   Q. Do you recognize Exhibit 46? It's an
02:11:30  6   article from the Journal of Clinical Investigation
02:11:33  7   published in November of 1991. Mark Holodniy is
02:11:37  8   the first author.
02:11:41  9   A. I don't recognize this.
02:11:43 10   Q. Do you remember ever having seen this
02:11:48 11   publication?
02:11:48 12   A. I don't recall.
02:11:53 13   Q. At the time you were working on methods
02:11:57 14   for quantitating HIV, did you try to keep abreast
02:12:01 15   of developments in the field of HIV quantitation
02:12:06 16   using PCR?
02:12:09 17   A. I tried as much as I could, but in those days
02:12:12 18   I don't remember there being electronic journals, and
02:12:19 19   I don't remember seeing these particular articles --
02:12:23 20   this particular article.
02:12:24 21   Q. Can you go back to Exhibit 596. It's the
02:12:28 22   article where R.W. Coombs is the first author.
02:12:33 23   A. Coombs.
02:12:34 24   Q. Coombs, thank you.
02:12:43 25      MR. CANNON: Are you done with this?

## Page 107

02:12:44  1      MS. RHYU: Yes.
02:12:46  2      MR. CANNON: Clear a spot for you.
02:12:52  3   BY MS. RHYU:
02:12:52  4   Q. Do you have 596 in front of you?
02:12:55  5   A. Yes, I do.
02:12:56  6   Q. Did you read a manuscript of this
02:12:58  7   publication -- let me withdraw that question.
02:13:01  8      Did you help prepare this manuscript for
02:13:04  9   publication?
02:13:04 10   A. No, I didn't.
02:13:05 11   Q. Did you read a copy of the manuscript
02:13:08 12   before it was published?
02:13:12 13   A. I -- I assume so.
02:13:15 14   Q. Would it have been your practice to read a
02:13:18 15   copy of a manuscript on which you were a coauthor
02:13:21 16   before it was published?
02:13:22 17   A. Yes.
02:13:25 18   Q. And if you turn to page 711 in the
02:13:29 19   manuscript, reference No. 14; do you see that?
02:13:35 20   A. Mm-hmm.
02:13:37 21   Q. That reference is actually referring to
02:13:40 22   the publication in Exhibit 46. Generally would you
02:13:49 23   have been aware of the references cited in the
02:13:54 24   manuscript on which you're a coauthor?
02:13:57 25      MR. CANNON: Objection as to form.

## Page 108

02:14:00  1      THE WITNESS: I think I was most concerned
02:14:03  2   with making sure that the entries that were
02:14:08  3   particularly pertinent to our contribution to the
02:14:10  4   manuscript were correct. In that case we'd be looking
02:14:14  5   over the procedure. I usually don't pay that much
02:14:18  6   attention to the references.
02:14:18  7   BY MS. RHYU:
02:14:28  8   Q. So the fact that the Holodniy reference,
02:14:30  9   Exhibit 46, is listed as a reference in
02:14:34 10   Exhibit 596, doesn't refresh your recollection one
02:14:36 11   way or another whether you were aware of the JCI
02:14:42 12   publication, Exhibit 46?
02:14:44 13   A. No, it doesn't.
02:14:45 14   Q. Okay.
02:14:56 15      I'm handing you what was previously marked
02:14:58 16   as Exhibit 115. It's a patent on which Tom Merigan
02:15:06 17   is the first named inventor, the patent is the --
02:15:09 18   I'll refer to it in shorthand as the '730 patent.
02:15:09 19      (Previously marked Exhibit 115 was
11:43:24 20       presented to the witness.)
11:43:24 21   BY MS. RHYU:
02:15:15 22   Q. Have you ever seen it before?
02:15:16 23   A. No, I haven't.
02:15:20 24   Q. I'm handing you what was previously marked
02:15:22 25   as Exhibit 16, the '705 patent.

27 (Pages 105 to 108)

```
 1
 2
 3
 4
 5
 6
 7
 8        I, SHIRLEY YEE KWOK, do hereby declare
 9   under penalty of perjury that I have read the
10   foregoing transcript of my deposition; that I have
11   made such corrections as noted herein, in ink,
12   initialed by me, or attached hereto; that my testimony
13   as contained herein, as corrected, is true and
14   correct.
15        EXECUTED this _____ day of
16   _____, 20____, at
17   _____, _____.
18      (City)           (State)
19
20        _____
          SHIRLEY YEE KWOK
21
22
23
24
25
                                            Page 113
```

```
 1
 2        I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
 5        That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim
 9   record of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; further, that the foregoing is an accurate
12   transcription thereof.
13        I further certify that I am neither
14   financially interested in the action nor a relative or
15   employee of any attorney of any of the parties.
16        IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18
19        Dated: _____
20
21
22
23        _____
          SUZANNE F. BOSCHETTI
24        CSR No. 5111
25
                                            Page 114
```

29 (Pages 113 to 114)

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855