

Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al Doc. 95 Att. 15

PROJECT
PCR
GRANT OR CONTRACT
NAME
NO

Δ π EXHIBIT 5
Deponent Sengupta
Date 7/7/06 Rptr. SFB
WWW.DEPOBOOK.COM

CONFIDENTIAL ATTORNEYS' EYES ONLY STAN 016000

Dockets.Justia.com

Subject
1
Basic Methods Molecular Biology Davis, Dibner, Battey
1986 Elsevier
Nature June 9, 1988
Master Mix (1st 5 components)
Template
Taq Polymerase
Stored in freezer
Dilutions of Template
NL, 1/10, 1/100 dilution
In Tube
Large
27 λ of Tris buffer (Blue pippet Man)
3 λ of Control Template (Brown pippet Man)
89.5 λ Master Mix
to 3 tubes (N, .1, .01)
3 λ of Taq Polymerase (Brown pipette)
10 λ Control Template into each tube (Brown pippette)
(From N and large tubes .1 → .1 .01 → .01 etc)
Cover with
100 λ mineral oil to cover each tube
PCR Machine
Thermal cycle
1 min 30 sec @ 94°C
24 cycles
2 min 37°
3 min 72°
1 min 94°
25th
2 min 37°
10 min 72°
Signed
Date

Subject

Agar Mixture into large Nalgene Flask

12 ml TBE (Tris Borate - EDTA) 5X

48 ml Distilled $H_2O$

1.8 g Nusieve

.6 g Seakem

– Microwave until melted bubbling

120 λ ETBr (Ethidium Bromide) Stain DNA

–

To Make Gel
place blue tape over edges
pour liquid gel into dish
place slot bar in.

– After PCR Reaction
Remove tubes from machine

Remove 20 λ of sample from tube place in large tube

Add 2.2 λ of loading Buffer to each tube

Marker
14 λ T.E.
6 λ Marker DNA - Hae III Digest pBR 322
2.2 λ Loading Buffer

Buffer for Gel
200 cc TBE
800 cc Distilled $H_2O$
Pour over gel (~ 5 mm over top of gel)

Signed ........ Date ........

Subject

Place 20 λ of solution in each well.

Attach Electrodes to plate
Turn machine on 200 V 68 amps.
(Reaction ~ 2 hours).

↑ Marker N .1 .01
→

Angeleni
$^{32}P$ - labeling of Oligonucleotide

Oligonucleotide 70 Ng
$T_4$ Polynucleotide Kinase 5 U
$^{32}P$ ATP 75000 Ci/mmol 75 μCi

After labeling oligonucleotides were purified by chromatography on DE-50 cellulose (Whatman) then used as hybridization probes.

Hybridization
Membranes prehybridized for 1 hr @ 50°C in
5x NaCl/Citrate ; Na Phosphate 20 mM pH 7 ; 10x Denhardts
10% (wt/vol) dextran sulfate ; 7% (wt/vol) NaDodSO$_4$ and
denatured herring sperm DNA @ 100 μg/ml.
Hybridization carried out overnight @ 50°C in the same solution containing $^{32}P$ - labeled oligonucleotide $10^6$ cpm/ml.
Membranes washed successively for 1 hr @ 50°C in
3x NaCl/Citrate ; 10x Denhardts ; 5% w/v NaDodSO$_4$
NaPhosphate pH 7.5 25 mM then
1x NaCl/Citrate ; 1% w/v NaDodSO$_4$

Signed ........ Date ........

Subject ........ 4

Oligomer Restriction (OR)
end labeled oligonucleotide probe hybridizes in solution to a region of the amplified sequence.
Reconstitutes a specific endonuclease cleavage site.
Cleavage with the specific endonuclease generates an oligonucleotide of defined size.

J Virology Kwok 1987

1 μg cellular DNA amplified in total volume of 100 μl
for 20 cycles with either primer set SK01/SK02 or SK17/SK18

OR Analysis
10 μl of amplified DNA reaction volume
Annealed to $^{32}P$ ATP end labeled probe SK03 or SK19
Digested with BstNI
1/4 of this material analyzed by
Polyacrylamide gel electrophoresis and autoradiography.

Lancet Loche, March 1988

PBL separated by Ficoll gradient
Preparation of DNA
Proteinase K 500 μg/ml
Sodium Dodecyl sulphate 0.5%
Tris - HCl pH 7.5 10 mM/L
NaCl 30 mM/L
EDTA 20 mM/L
@ 50°C for 2 hours.

followed by 3 extractions with
Phenol/chloroform (50/50)
EtOH precipitation

Resuspension in
Tris - HCl pH 7.5 10 mM/L
EDTA 1 mM/L

Signed ........ Date ........

Subject................................................ 5

Angelini (labeling of probe)
Proc Natl Acad Sci 1986 : 83 : 4489 - 93

PCR

DNA Sample 1 μg.

| | |
|---|---|
| dATP, dTTP, dCTP, dGTP | 1.5 mM/L |
| Tris - HCl pH 8.8 | 7 mM/L |
| $NH_4SO_4$ | 16 mM/L |
| $MgCl_2$ | 10 mM/L |
| β-mercaptoethanol | 10 mM/L |
| Gelatin | 0.02 % |
| EDTA | 7 μM/L |
| Primer I | 1 μM/L |
| Primer II | 1 μM/L |

in a volume of 100 μl

Incubation @ 98°C for 7' (denaturation)
40°C for 1' (annealing of primers)

Taq polymerase 2U added
70°C for 3'

Cycle was Repeated 25 x
92°C for 1'
40°C for 1'
70°C for 3'

Hybridization
Membranes treated @ 80°C for 1 hour
Prehybridized in
4x SSC ( NaCl 150mM/L , Na citrate pH 7 15 mM/L)
5x Denhardt ( Ficoll 0.02%, Polyvinylpyrrolidone 0.02%, 0.02% BSA : bovine Serum albumin)
Sodium Dodecyl sulfate 5%
Sodium Phosphate 20 mM/L
Sheared/Denatured Herring Sperm 20 mM/L
1 μCi ($15 \times 10^6$ cpm) $^{32}$PdCTP oligo probe

Signed........................ Date..............

Subject .......... 6

Membranes were washed twice in
3x SSC
8x Denhardt
Sodium dodecylsulphate 5%
@ 50°C for 15 min.

Autoradiographed for 2-6 hours with Cause intensifier Screens.

Science Kwok, Sninsky 1988

Isolation of DNA → Maniatis Molecular Cloning A Lab Manual. CSH 1982

PCR
1 μg of PBMC DNA

| | |
|---|---|
| Primers | 100 pmol |
| dATP, dTTP, dCTP, dGTP | 10 mM/L |
| Tris-HCl pH 7.5 | 10 mM/L |
| NaCl | 50 mM/L |
| $MgCl_2$ | 10 mM/L |
| Taq polymerase | 0.6 U |

Amplification as per Saiki et al Science

After PCR
1/10 of the reaction mixture removed
NaCl concentration adjusted to 0.15 M

Hybridization
$^{32}P$ ATP endlabeled probe @ 56°C for 1 hour

Selective Restriction enzyme digestion    Bio Technology 1985: 3: 1008.

| Primer Pair | Restriction Enzyme |
|---|---|
| SK 29/30 | Hinf I |
| SK 38/39 | Bst N I |
| SK 68/69 | Hae III |
| CO 1/2 | Hha I |

Analysis

30% Polyacrylamide gel

Autoradiogram
KODAK XAR film @ -70°C. for 3-4 hours. c̄ intensifying Screen.

Signed .......... Date ..........