11/08/88   12:47   ☎415 725 2395   SUM INT. DIS.

*Called 3:15 On* *11/8 Konrad*

Date: November 8, 1988

RECEIVED
NOV 8 1988
ERIC S. GROVES, M.D.

To: Dr. Eric Groves
Cetus Corporation

From: Thomas C. Merigan
David Schwartz

Δ π EXHIBIT 28
Deponent Holodniy
Date 7/19/06 Rptr. SFB
WWW.DEPOBOOK.COM

CH0000742

11/05/88   12:4?   ☎415 725 2395   SUM INT. DIS.   ⌀002/006



STANFORD UNIVERSITY MEDICAL CENTER

STANFORD, CALIFORNIA 94305

STANFORD UNIVERSITY SCHOOL OF MEDICINE
Department of Medicine
Division of Infectious Diseases

November 7, 1988

Dr. Eric Groves
Cetus Corporation
Fax #: 658-5239

Dear Eric:

    I would like to request a written copy of the Cetus protocol for extraction, amplification and quantitation of HIV DNA. As we are now starting to look at control samples of untreated individuals longitudinally, it is essential that we duplicate the conditions of pcr as run at Cetus.

    I would really appreciate the kind of detailed protocol that would enable a technician to start with frozen cell samples, extract the DNA, set up the exact pcr conditions and liquid hybridization and quantitation etc. from scratch. Only in this way can we do a step-by-step comparison of our results.

    Also, we are eager to learn the results of our "second high priority" batch of samples.

    I have enclosed the results of the first batch arranged by study time-points.

    Thank you for your continued cooperation.

Sincerely yours,

David Schwartz, M.D., Ph.D.

Thomas C. Merigan, M.D.

CH0000743

11/03/98  12:47  ☎415 725 2395    SUMC Inf. Dis.    @005/005

# PCR Results                                                                         10/19/88

| | | | | PROBE #1 | | #2 | | |
|---|---|---|---|---|---|---|---|---|
| EMOND IL-2 ALONE | | | | | | | | |
| k 0 | | #42 | June 6 | 3 | | 3 | ↑ | |
| 1 | | 48 | June 13 | 3 | | 2 | | |
| 2 | Fri | 54 | June 17 | 3 | | 3 | IL-2 | |
| | mon | 55 | June 20 | 3 | | 3 | | |
| 4 | Fri | 66 | July 1 | 3 | | 3 | ↓ | |
| | mon | 69 | July 5 | 4 | ↔ | 2 | | |
| 8 | | 85 | July 29 | | | | | |
| | | | | | | | | |
| DROZD A27/IL2 | | | | | | | | |
| k-5 | | 22.2 | March 21 | 3 | | 2 | | |
| -1 | | 22.3 | April 25 | 2 | | 3 | | |
| 0 | | 22.4 | May 3 | 3 | | 3 | | |
| 4 | | 53 | May 31 | 3 | | 3 | ↑ | |
| 8 | | 60 | June 27 | ≠ | | 1 | A 2 T | ↑ |
| 10 | Fri | 70 | July 8 | 1 | | 2 | | IL-2 |
| | mon | 73 | July 11 | 4 | | 3 | | |
| 12 | Fri | 80 | July 22 | 4 | | 3 | ↓ ↓ | |
| | mon | 82 | July 25 | 2 | ↔ | 4 | | |
| 16 | | 108 | Aug 19 | 1 | ↔ | 4 | | |
| | | | | | | | | |
| MASON A27/IL2 | | | | | | | | |
| wk-1 | | 24.2 | April 4 | 1 | ↔ | 4 | | |
| 0 | | 24.3 | April 11 | 3 | | 1 | | |
| 4 | | 24.4 | May 17 | 3 | | 2 | ↑ | |
| 8 | | 41 | June 6 | 3 | | 2 | | |
| 9 | | 52 | June 13 | 3 | | 2 | A 2 T | ↑ |
| 10 | Fri | 53 | June 17 | 3 | | 2 | | IL-2 |
| | mon | 56 | June 20 | 2 | | 3 | | |
| 12 | Fri | 67 | July 1 | 3 | | 3 | ↓ | |
| | mon | 68 | July 5 | 3 | | 3 | | |
| 18 | | 99 | Aug 12 | 3 | | 4 | | |

↔ = greatest signal discrepancies

CH0000744