Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al — Doc. 95 Att. 27

PUBLICATION CLEARANCE REQUEST

RECEIVED

IP 89-225

PATENT DEPARTMENT

## PUBLICATION CLEARANCE REQUEST

NAME OF AUTHOR SUBMITTING REQUEST __Groves, Bris__

NAMES OF CO-AUTHORS __M. Kunnard, M Holodniy, D Kurzenstein, Sohini Sengupta, D Schwarz, Thomas Merigan.__

WE REQUEST CLEARANCE TO PUBLISH THE ATTACHED MATERIAL ENTITLED __Quantitation of HIV-1 RNA in Serum and Correlation with Disease States using the Polymerase Chain Reaction__

AS AN ARTICLE IN THE FOLLOWING JOURNAL/BOOK _____

AS AN ABSTRACT FOR AN ORAL ____ OR POSTER ✓ PRESENTATION
AT __Keystone Meeting    3/31 — 4/7__
(GIVE NAME, PLACE AND DATE OF MEETING, SEMINAR, ETC.)

IF ORAL PRESENTATION, THE SPEAKER WILL BE _____

DEADLINE FOR SUBMITTING PUBLICATION __12/2/89__

DATE OF REQUEST _____

IS THE INFORMATION IN THIS PUBLICATION INCLUDED IN A PREVIOUS PUBLICATION CLEARANCE REQUEST? __No__  IS THE INFORMATION IN AN INVENTION DISCLOSURE OR PATENT APPLICATION? __yes__  IF YES TO EITHER OF THE PREVIOUS QUESTIONS, PLEASE PROVIDE IDENTIFICATION NUMBERS, IF KNOWN.

PUB-CL (Rev. 1/89)

Δ π EXHIBIT __31__
Deponent __Holodniy__
Date __2/19/08__ Rptr __SFB__
www.depobook.com

506719

"OUTSIDE COUNSEL'S EYES ONLY"

RMS 00096
CONFIDENTIAL

PUBLICATION CLEARANCE REQUEST

### PUBLICATION REVIEWER'S ACTION

PROJECT REVIEWER (Please comment on quality and "significance" of research and potential authorship or proprietary issues). Make your best guess as to whether or not this publication may have public relation potential for Cetus.

PR Potential _____ YES _____ NO

DEPARTMENT DIRECTOR (Please comment on quality and "significance of research and potential authorship or proprietary issues). Make your best guess as to whether or not this publication may have public relations potential for Cetus.

PR Potential _____ YES _____ NO

CATEGORY I (does not need Patent/Marketing review)    CATEGORY II   (needs Patent/Marketing review) (Senior R&D management will circle category)

DATE OF CLASSIFICATION_____

SENIOR R&D MANAGEMENT COMMENTS



PATENT COMMENTS (Please indicate if Letter of Confidentiality is advised)

REDACTED                          REDACTED

MARKETING COMMENTS



*********************
SENIOR R&D MANAGEMENT: DECISION ON PUBLICATION CLEARANCE
___GRANTED   _X_CONDITIONALLY   ___DENIED

REDACTED

PUB-CL (Rev. 1/89)

506720

"OUTSIDE COUNSEL'S
EYES ONLY"

RMS 00097
CONFIDENTIAL

12/20/93   10:04   U415 725 2595       SUHC Inf. Dis.   ---   CETUS CORP.   ☒002/002

Alice Wang, Michael Kowal

QUANTITATION OF HIV-1 RNA IN SERUM AND CORRELATION WITH DISEASE STATUS USING THE POLYMERASE CHAIN REACTION, Mark Holodniy, David A. Katzenstein, Sohini Sengupta, David H. Schwartz, Eric Groves* and Thomas C. Merigan, Division of Infectious Diseases, Stanford University School of Medicine, Stanford, CA. 94305, *Cetus Corporation, Emeryville, CA.

The amount of HIV-1 present in serum may be a potential marker in HIV related disease. A method that detects and quantifies HIV-1 viral RNA in serum is presented. To detect HIV-1 RNA, sera was extracted by a guanadinium thiocyanate method, reverse transcribed with MLV reverse transcriptase and amplified by the polymerase chain reaction using a gag gene primer pair(SK38/39) including a biotin labelled upstream primer. The biotinylated PCR product was liquid hybridized to a horseradish peroxidase conjugated probe, bound to avidin, and quantitated from the optical density of a colorimetric reaction.

Reverse transcription and amplification of known amounts of gag gene RNA and known infectious $HIV_{IIIB}$ virus RNA alone yielded a log-linear relationship between $10$ and $10^5$ copies of gag RNA and $TCID_{50}$ of virus respectively. No HIV viral RNA was detected in the serum of 5 seronegative healthy controls. In HIV infected patients who were not receiving therapy, serum HIV-1 RNA was detected in 0/5 asymptomatic, 4/5 ARC and 4/5 AIDS patients with copy numbers ranging from $10^2$-$10^5$ of serum. Ultracentrifugation of patient sera revealed detectable signal in pellets, but not supernatant, indicating that signal is attributable to viral RNA. In addition, extracted material was directly amplified for the presence of viral DNA and gave no detectable signal.

We have demonstrated that HIV-1 viral RNA can be detected and quantitated in patient serum over a four log range. An RNA gag gene sequence was used to quantitate viral copy number. In addition, a nonisotopic enzyme-linked affinity assay in a microtiter plate system allows easy PCR product detection and quantitation. Quantitation of HIV-1 viral RNA in serum by PCR may be a useful marker for disease progression or monitoring antiviral therapy.

506721

"OUTSIDE COUNSEL'S EYES ONLY"

RMS 00098
CONFIDENTIAL