Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al — Doc. 95 Att. 31
Case 3:05-cv-04158-MHP   Document 95-32   Filed 10/27/2006   Page 1 of 1



# ABSTRACT FORM

SIXTH INTERNATIONAL CONFERENCE ON AIDS
SAN FRANCISCO CALIFORNIA USA
20–24 JUNE 1990

Secretarial Space  RA ____ ____ ____  Date Received _____  Abst #: _____

*THIS FORM MUST BE USED FOR SUBMISSION. IN ADDITION, 8 PHOTOCOPIES MUST BE SUBMITTED WITH THIS ORIGINAL.*

QUANTITATION OF HIV-1 RNA IN THE SERUM OF ARC AND AIDS PATIENTS USING THE POLYMERASE CHAIN REACTION(PCR) <u>Holodniy, Mark</u>*; Katzenstein, D.A.*; Sengupta, S.*; Wang A.**; Casipit, C.**; Schwartz, DH.*; Konrad, M.**; Groves, E.**; Merigan, T.C.* *Division of Infectious Diseases, Stanford University School of Medicine, Stanford, CA. 94305. **Cetus Corporation, Emeryville, CA 94608.

Objective: The amount of infectious HIV-1 present in serum may be a potential marker in HIV related disease. A method that detects and quantifies HIV-1 viral RNA in serum is presented.
Methods: To detect HIV-1 RNA, sera was extracted by a guanadinium thiocyanate method, reverse transcribed with MLV reverse transcriptase and amplified by the polymerase chain reaction using a gag gene primer pair(SK38/39) including a biotin labelled upstream primer. The biotinylated PCR product was liquid hybridized to a horseradish peroxidase conjugated probe, bound to avidin, and quantitated from the optical density of a colorimetric reaction.
Results: Reverse transcription and amplification of known amounts of gag gene RNA and infectious $HIV_{RF}$ virus RNA alone yielded a log-linear relationship between optical density and $10^3$ and $10^5$ copies of gag RNA and $10^1$ and $10^4$ $TCID_{50}$ of virus respectively. In HIV infected patients who were not receiving therapy, serum HIV-1 RNA was detected in 0/5 asymptomatic, 4/5 ARC and 4/5 AIDS patients with copy numbers ranging from $10^3$–$10^6$/200ul of serum. In a small number of AIDS patient sera, co-cultivation with donor lymphocytes demonstrated a correlation between infectious titer and copy number by PCR. Ultracentrifugation of patient sera revealed detectable signal in pellets, but not supernatant. Similarly, signal from sera could be adsorbed to rCD4 bound to sepharose beads, indicating that signal is attributable to viral RNA in intact viral particles. In addition, extracted material was directly amplified for the presence of viral DNA and gave no detectable signal.
Conclusions: We have demonstrated that HIV-1 viral RNA can be detected and quantitated in patient serum over a four log range by a nonisotopic enzyme-linked affinity assay. The RNA detected in patient sera is from infectious viral particles as evidenced by CD4 binding, sedimentation and culture. Quantitation of HIV-1 viral RNA in serum by PCR may be a useful marker for disease progression or monitoring antiviral therapy.

*ABSTRACTS RECEIVED AFTER 22 JANUARY 1990 CANNOT BE CONSIDERED*
1. Presentation Preference (check one): Oral Presentation ____  Poster Presentation  X
2. Important: Indicate below the Track and Category code (e.g., A5, D12) in which you believe your abstract should be programmed (see Track/Category list on reverse side for codes):

Choice 1
Track/Category (letter and number) A3

Choice 2
Track/Category (letter and number) B6

3. I certify that: 1) this abstract has not been published elsewhere or submitted for presentation at another national or international meeting; and 2) this is the only abstract I have submitted to the 6th International Conference on AIDS on which I am the presenting author.
Presenting Author's Signature _____
Print Presenting Author's Full Name  MARK HOLODNIY, M.D.

Airmail or Express this original Abstract Form plus 8 photocopies (along with one copy of the Abstract Information Form plus one photocopy) in the envelope provided to:
Scientific Program Committee, 6th International Conference on AIDS, Suite 300, 655 15th Street NW, Washington DC 20005 USA

FOR REVIEWERS USE: A ____ R ____ Score ____ Oral ____ Poster ____ Publish only ____
COMMENTS: _____

506717

"OUTSIDE COUNSEL'S EYES ONLY"

Δπ EXHIBIT 41
Deponent Holodniy
Date 7/20/06 SFB
WWW.DEPOBOOK.COM

RMS 00095
CONFIDENTIAL

Dockets.Justia.com