ACQUISITION BY

HOFFMANN-LA ROCHE INC.
AND F.HOFFMANN-LA ROCHE LTD.

OF CERTAIN ASSETS FROM

CETUS CORPORATION

DECEMBER 11, 1991



HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06303

SECTION 2.   PURCHASE, SALE, LICENSE AND ASSUMPTION.

   2.1.   Agreement to Sell and to Purchase.  On the
terms and subject to the conditions set forth herein,
Seller shall, except as provided in Section 2.2, sell,
assign, transfer, convey and deliver to Purchaser, and
Purchaser shall, except as provided in Section 2.2, buy
and acquire from Seller all right, title and interest of
Seller in and to the following assets, properties and
Rights, subject only to the transfers, assignments and
licenses in respect of such assets, properties and
Rights contemplated by the Basel Agreement:

        (a)   All Personal Property, wherever located,
that existed on the date of this Agreement, and all
additions thereto made by Seller prior to the Closing
Date, except to the extent such Personal Property has
been sold or otherwise disposed of by Seller prior to
the Closing Date in the Ordinary Course of Business,
including, without limitation, all of the Personal
Property described on Schedule 2.1(a);

        (b)   All Inventory, wherever located, that
existed on the date of this Agreement, and all additions
thereto made by Seller prior to the Closing Date, except
to the extent such Inventory has been sold, consumed or
otherwise disposed of by Seller prior to the Closing
Date in the Ordinary Course of Business, including,
without limitation, all of the Inventory described on
Schedule 2.1(b);

        (c)   All of the PCR Intellectual Property
listed on Schedule 2.1(c) (the "Transferred Intellectual
Property"), together, except as listed on such Schedule,
with all claims for profits and Damages against third
parties by reason of the past Infringement of any of the
Transferred Intellectual Property together with the
right to sue for, and collect the same, or to sue for
injunctive relief, for Purchaser's own use and benefit,
and for the use and benefit of its successors, assigns
or other legal representatives; provided, however, that
if any third party brings a Claim for Infringement of
any of such third party's Intellectual Property against
Seller and/or Purchaser in response to which Seller or
Purchaser asserts as a defense or counterclaim the
Infringement by such third party of any Transferred
Intellectual Property on or prior to the Closing Date,
then all amounts which Purchaser or, with respect to
those Infringement Claims transferred to Purchaser
hereunder, Seller may recover from such third party as a
result of such pre-Closing Infringement shall be offset

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06333

against any and all Damages, if any, which Seller is, as a result of Seller's Infringement of such third party's Intellectual Property prior to the Closing Date, required to pay to Purchaser under Section 11 or required to pay to Basel under Section 11 of the Basel Agreement.

(d)  All of Seller's Rights (including deposits related thereto) under the Contracts listed on Schedule 2.1(d) (the "Transferred Contracts");

(e)  All of the Computer Programs listed on Schedule 2.1(e) (the "Transferred Computer Programs");

(f)  All accounts receivable of Seller relating to the PCR Business that exist on the Closing Date (the "Receivables");

(g)  All Rights of Seller under any and all confidentiality agreements or confidentiality provisions of other agreements with Seller's present or past employees, agents, consultants, contractors, suppliers, customers, partners, joint venturers or other Persons to the extent such Rights relate to the PCR Business and/or the Transferred Intellectual Property (the "Confidentiality Rights"), all to the extent that they are transferable to Purchaser;

(h)  All nonprivileged books, documents and records of Seller to the extent they pertain to the PCR Technology or the PCR Business or any of the Acquired Assets, wherever located and whether maintained in electronic or physical form, including, without limitation, all accounting, credit and environmental records and customer lists; provided, however, Seller may retain copies of such materials to the extent necessary for Seller to fulfill its obligations under this Agreement or under laws, regulations or other understandings or agreements by which it is bound or for the conduct of its other businesses; and provided further, however, that Seller shall not be required to transfer to Purchaser any of the assets specified in this subsection (h) to the extent that such transfer is precluded pursuant to the provisions of a confidentiality agreement between Seller and a Person that is not an Affiliate of Seller or is otherwise prohibited by law unless and until the restrictions against such transfer have expired or otherwise terminated; and

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06334

(i)  All assets and Rights which are distributed to Seller upon the liquidation of PECI pursuant to Section 6.14 including, without limitation, all of Seller's right, title and interest in and to the last $245,000 distributed to Seller by PECI prior to the Closing, but not including any other cash or cash equivalent (other than PECI's accounts receivable) distributed to Seller by PECI prior to the Closing.

2.2.  Shared Assets.  The licensing of Shared Assets that constitute PCR Intellectual Property or Computer Programs, and the licensing back to Seller of certain rights in the Transferred Intellectual Property, shall be governed by the provisions of Section 2.8. With respect to Shared Assets other than PCR Intellectual Property and Computer Programs, and notwithstanding anything contained in Section 2.1 to the contrary, Purchaser shall acquire only the Shared Assets which are listed on Schedule 2.2.

2.3.  Retained Assets.  In addition to those assets of Seller relating exclusively to any of Seller's businesses other than the PCR Business, the following assets and property (collectively, the "Retained Assets") are to be retained by Seller and shall not constitute Acquired Assets:

(a)  All insurance policies or bonds owned by Seller, including entitlements to the return of premiums on cancellation of policies, and all Rights of Seller of every nature and description under or arising out of such insurance policies;

(b)  Except as specifically provided to the contrary in Section 2.1(i), all cash, negotiable securities, certificates of deposit, bonds, bank accounts, lock boxes, letters of credit and other cash equivalents, other than any of the foregoing securing open customer orders which are included in the Transferred Contracts;

(c)  All losses, loss carry-forwards and Rights to receive refunds, credits and loss carry-forwards with respect to any and all taxes of Seller, whether incurred or accrued prior to or after the Closing Date, including without limitation interest payable with respect thereto; provided that Seller shall not have any Rights with respect to any losses, loss carry-forwards and Rights to receive refunds, credits and loss carry-forwards with respect to any and all

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06335

taxes of Purchaser for any period after the Closing
Date;

      (d)  All real property owned or leased by
Seller and all plants, buildings and improvements
thereon;

      (e)  All Rights of Seller under this
Agreement and the agreements and instruments executed
and delivered to Seller by Purchaser pursuant to this
Agreement;

      (f)  All Shared Assets except those that are
listed on Schedule 2.2; and

      (g)  Those assets specifically identified as
"Retained Assets" on Schedule 2.3(g).

    2.4.  <u>Assumption of Liabilities</u>.  Purchaser
shall not assume, discharge or perform any of Seller's
Liabilities other than the following Liabilities of
Seller (collectively, the "Assumed Liabilities"), all of
which Purchaser will assume and pay, discharge or
perform, as appropriate, from and after the Effective
Time in accordance with the provisions of the Assumption
Agreement:

      (a)  except only as set forth on
Schedule 2.4(a), all Liabilities of Seller in respect of
the Transferred Contracts, except to the extent, in
respect of each Transferred Contract, the
representations of Seller contained in Section 4.10(a)
in respect of such Transferred Contract are untrue in
any material respect at the Closing; <u>provided</u>, that
Purchaser shall not assume, and does not hereby agree to
pay, discharge or perform, any Damages which arise out
of any breach or alleged breach by Seller of any such
Transferred Contract prior to the Closing whether
asserted before or after the Closing; and

      (b)  all of the Liabilities of PECI to third
parties which Seller assumes or to which it is subject
following the liquidation of PECI pursuant to Section
6.14 other than (i) the Liabilities of PECI to Seller or
Perkin-Elmer except for the payables which PECI may owe
Seller or Perkin-Elmer for goods or services PECI
purchases from either of them in the ordinary course of
PECI's business consistent with its past practice and
(ii) the Liabilities of Seller and Perkin-Elmer to each
other which arise out of or in connection with PECI or
its liquidation.

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06336

with a copy (which shall not constitute notice)
to its counsel:

     Edward S. Rosenthal, Esq.
     Fried, Frank, Harris, Shriver &
      Jacobson
     725 South Figueroa Street
     Los Angeles, CA  90017
     Telecopier No. (213) 689-1646


     (ii)  If to Purchaser:

     Hoffmann-La Roche Inc.
     340 Kingsland Street
     Nutley, NJ  07110
     Telecopier No. (201) 235-3500
     Attn: General Counsel

with a copy (which shall not constitute notice)
to its counsel:

     Robert H. Winter, Esq.
     Arnold & Porter
     1200 New Hampshire Ave., N.W.
     Washington, D.C.  20036
     Telecopier No. (202) 872-6720


Each party may designate by notice in writing a new
address to which any notice, demand, request or
communication may thereafter be so given, served or
sent.  Each notice, demand, request, or communication
which shall be mailed, sent, delivered, telefaxed or
telexed in the manner described above, or which shall be
delivered to a telegraph company, shall be deemed
sufficiently given, served, sent or received for all
purposes at such time as it is delivered to the
addressee (with the return receipt, the delivery receipt
or, with respect to a telex or telefax, the answerback
being deemed conclusive evidence of such delivery) or at
such time as delivery is refused by the addressee upon
presentation.

    13.3.  <u>Governing Law</u>.  This Agreement shall be
governed by, and construed in accordance with, the laws
of the State of New York, without giving effect to the
conflicts of laws provisions thereof.

    13.4.  <u>Captions</u>.  The captions in this Agreement
are inserted for convenience of reference only and in no

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06395

The following Schedules apply to the Assets Purchase Agreement by
and between Hoffmann-La Roche Inc. and Cetus Corporation to the
extent applicable to the PCR Business of Cetus Corporation
("Seller") in the United States its possessions and the
Commonwealth of Puerto Rico.

### Index of Schedules

1.   2.1(a)    Personal Property
2.   2.1(b)    Inventory
3.   2.1(c)    Transferred Intellectual Property
4.   2.1(d)    Transferred Contracts
5.   2.1(e)    Transferred Computer Programs

6.   2.2(g)    Shared Assets
7.   2.3(g)    Retained Assets

8.   4.0       Rider to Schedules 4.2(b), 4.3, 4.5(a)(b)(c)(d)
     4.2(b)    Exceptions to transferability and required consents

9.   4.3       Exceptions to title to Acquired Assets

10.  4.5(a)    Exceptions to Transferred Intellectual Property
     4.5(b)    Exceptions to Licensed Intellectual Property
     4.5(c)    PCR Intellectual Property owned by Third Parties
     4.5(d)    Exceptions to PCR Intellectual Property

11.  4.6(a)    Judicial, Administrative, Arbitral Claims against
               Seller
12.  4.6(b)    Seller's pending actions

13.  4.8       Exceptions regarding judgements, decrees etc.

14.  4.9(a)    Seller's permits
15.  4.9(b)    PECI's permits

16.  4.10(a)   List of Seller's contracts/commitments
     4.10(b)   Exceptions

17.  4.11      Exceptions to Ordinary Course since 6/30/90

18.  4.12      Adverse Developments

19.  4.13(a)   Exceptions regarding Employee Claims

20.  4.14(a)   List of PCRD Employees
     4.14(b)   List of PCRD Employee Benefits

21.  4.15(a)   Exceptions regarding Seller's Tax Liens
22.  4.15(b)   Exceptions regarding PECI's Tax Liens

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06403

23. 4.16(a)   (i)  Seller Environmental Permits
              (ii) PECI Environmental Permits
    4.16(b)   Notices regarding violations
    4.16(d)   Exceptions regarding environmental warranty
    4.16(e)   Exceptions regarding environmental liens

24. 4.17      Condition of Acquired Assets

25. 5.6       Purchaser litigation

26. 6.11      Forms of label licenses

27. 10.7      Exception to Section 10.7

28. 10.9(b)   Employees

29. 13.1      Agreements not subject to Merger Clause

30. 13.16(b)  Persons regarding non competition

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06404

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|------|------|-------------|------|-------|--------|------|------|------|
| M | 02451 | COPIER | R219 | 103166 | 0350 | 06/01/8 | 32,660 | 11,431 |
| O | 02666 | COMPUTER, PERSONAL | R138 | 103354 | 0350 | 04/01/8 | 2,207 | 147 |
| O | 02860 | COMPUTER, PERSONAL | R150 | 103780 | 0350 | 11/01/8 | 2,213 | 406 |
| O | 02700 | COMPUTER, PERSONAL | R203 | 104574 | 0350 | 02/01/8 | 3,734 | 871 |
| O | 02701 | COMPUTER, PRINTER | R134 | 104607 | 0350 | 07/01/8 | 2,119 | 671 |
| O | 02702 | COMPUTER, PERSONAL | R134 | 104608 | 0350 | 07/01/8 | 2,953 | 935 |
| O | 02485 | COMPUTER, PERSONAL | R134 | 104634 | 0350 | 02/01/8 | 5,349 | 2,318 |
| V | 00837 | FURNITURE, MISC | RALL | NOTREQ | 0350 | 10/01/8 | 6,146 | 0 |
| V | 00838 | FURNITURE, MISC | RALL | NOTREQ | 0350 | 10/01/8 | 2,955 | 0 |
| | | Subtotal Admin | | | | | 60,337 | 16,779 |
| G | 01965 | REFRIGERATOR | Q180 | 101230 | 0451 | 08/01/8 | 1,719 | 164 |
| G | 00020 | REFRIGERATOR | Q182 | 103522 | 0451 | 07/01/8 | 1,734 | 0 |
| G | 01964 | FREEZER | Q182 | 103523 | 0451 | 12/01/8 | 5,336 | 0 |
| G | 00021 | PH METER | Q161 | 103525 | 0451 | 12/01/8 | 4,917 | 0 |
| G | 01967 | SHAKER | Q161 | 103527 | 0451 | 02/01/8 | 3,128 | 521 |
| G | 00024 | MULTISAMPLER | Q161 | 104605 | 0451 | 07/01/8 | 3,891 | 1,992 |
| G | 00023 | FLUOMETER | Q161 | 104606 | 0453 | 07/01/8 | 7,886 | 4,037 |
| G | 00014 | PIPETTER | Q161 | 104886 | 0451 | 06/01/8 | 2,356 | 1,178 |
| | | Subtotal QA/QC | | | | | 36,397 | 12,997 |
| O | 02665 | COMPUTER, PERSONAL | R128 | 103391 | 0591 | 04/01/8 | 2,207 | 147 |
| 1 | 03257 | COMPUTER, PERSONAL | M | NOTREQ | 0591 | 04/01/9 | 1,520 | 676 |
| | | Subtotal Forensics | | | | | 3,727 | 823 |
| O | 02862 | COMPUTER, PERSONAL | R148 | 103782 | 0592 | 11/01/8 | 2,213 | 406 |
| | | Subtotal Business Development | | | | | 2,213 | 406 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06405

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date. | Acqstn Value | Book Value |
|------|---------|-------------|------|-------|--------|--------------|--------------|------------|
| G | 00650 | CENTRIFUGE, FLOOR | M460 | 100141 | 0670 | 02/21/8 | 7,697 | 0 |
| G | 00930 | REFRIGERATOR | M367 | 100432 | 0670 | 10/20/8 | 1,240 | 0 |
| G | 00989 | BIO HOOD | M367 | 100433 | 0670 | 09/22/8 | 6,968 | 0 |
| G | 00931 | INCUBATOR, CO2 | M367 | 100434 | 0670 | 12/24/8 | 5,000 | 0 |
| G | 00990 | LYOPHILIZER | M367 | 100436 | 0670 | 01/13/8 | 1,188 | 0 |
| G | 00991 | VACUUM PUMP | M367 | 100438 | 0670 | 01/04/8 | 1,583 | 0 |
| G | 00994 | VACUUM PUMP | M367 | 100439 | 0670 | 08/01/8 | 1,052 | 0 |
| G | 00997 | INCUBATOR, SHAKER | M367 | 100442 | 0670 | 10/15/8 | 0 | 0 |
| G | 00998 | INCUBATOR, SHAKER | M367 | 100443 | 0670 | 10/15/8 | 0 | 0 |
| G | 00999 | CENTRIFUGE, MICRO | M367 | 100444 | 0670 | 10/15/8 | 0 | 0 |
| G | 00995 | REFRIGERATOR | M367 | 100451 | 0670 | 06/01/8 | 1,725 | 0 |
| G | 00927 | POWER SUPPLY | M367 | 100452 | 0670 | 05/19/8 | 1,312 | 0 |
| G | 01003 | MISC, GRADIENT FRACTIO | M367 | 100454 | 0670 | 07/01/8 | 935 | 0 |
| G | 00925 | INCUBATOR, OTHER | M367 | 100456 | 0670 | 03/06/8 | 699 | 0 |
| G | 00929 | INCUBATOR | M367 | 100457 | 0670 | 12/21/8 | 2,119 | 0 |
| G | 00988 | INCUBATOR, SHAKER | M367 | 100460 | 0670 | 11/24/8 | 2,094 | 0 |
| G | 00992 | INCUBATOR, SHAKER | M367 | 100461 | 0670 | 01/01/8 | 1,780 | 0 |
| G | 00932 | WATER BATH SHAKER | M367 | 100463 | 0670 | 12/04/8 | 2,182 | 0 |
| G | 00923 | WATER BATH SHAKER | M367 | 100464 | 0670 | 05/15/7 | 1,300 | 0 |
| G | 00993 | CENTRIFUGE, FLOOR | M367 | 100469 | 0670 | 01/01/8 | 20,680 | 0 |
| G | 01001 | MICROSCOPE, COMPOUN | M367 | 100474 | 0670 | 10/15/8 | 0 | 0 |
| G | 01000 | MICROSCOPE, OTHER | M367 | 100475 | 0670 | 10/15/8 | 0 | 0 |
| G | 01014 | TABLE TOP SHAKER | M367 | 100495 | 0670 | 05/01/8 | 640 | 0 |
| G | 00928 | INCUBATOR, SHAKER | M367 | 100564 | 0670 | 07/24/8 | 3,021 | 0 |
| G | 00562 | TABLE TOP SHAKER | M460 | 100679 | 0670 | 01/07/8 | 786 | 0 |
| G | 00584 | WATER BATH SHAKER | M460 | 100682 | 0670 | 10/15/8 | 0 | 0 |
| G | 02043 | WATER BATH SHAKER | M460 | 100683 | 0670 | 12/01/8 | 2,036 | 0 |
| G | 00996 | POWER SUPPLY | M367 | 100706 | 0670 | 08/01/8 | 1,606 | 153 |
| G | 00423 | BALANCE | M343 | 101276 | 0670 | 07/28/8 | 2,155 | 0 |
| G | 01142 | INCUBATOR, CO2 | M460 | 101932 | 0670 | 08/03/8 | 4,611 | 0 |
| G | 01088 | REFRIGERATOR | M460 | 101935 | 0670 | 09/30/8 | 1,423 | 0 |
| G | 01148 | POWER SUPPLY | M460 | 102025 | 0670 | 07/09/8 | 1,046 | 0 |
| G | 01125 | MICROSCOPE, INVERTED | M460 | 102477 | 0670 | 08/06/8 | 6,455 | 0 |
| G | 01196 | CENTRIFUGE, TABLETOP | M460 | 102528 | 0670 | 01/01/8 | 1,000 | 0 |
| G | 01078 | REFRIGERATOR | M460 | 102529 | 0670 | 03/19/8 | 1,661 | 0 |
| G | 01103 | BIO HOOD | M460 | 102542 | 0670 | 01/29/8 | 1,098 | 0 |
| G | 01138 | CENTRIFUGE, MICRO | M460 | 102565 | 0670 | 07/01/8 | 2,307 | 0 |
| G | 01086 | REFRIGERATOR | M460 | 102576 | 0670 | 09/30/8 | 1,423 | 0 |
| G | 01174 | CENTRIFUGE, OTHER | M460 | 102679 | 0670 | 07/01/8 | 1,380 | 312 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06406

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|------|---------|-------------|------|-------|--------|-------------|--------------|------------|
| G | 03215 | THERMAL CYCLER | M367 | 103957 | 0670 | 02/01/9 | 5,767 | 4,257 |
| G | 01005 | PCR MACHINE | M367 | 103985 | 0670 | 04/01/8 | 16,144 | 3,075 |
| G | 01004 | CENTRIFUGE W/ROTOR | M367 | 104825 | 0670 | 05/01/8 | 7,306 | 3,566 |
| G | 01053 | CENTRIFUGE, TABLETOP | M460 | 104840 | 0670 | 07/01/8 | 1,497 | 766 |
| G | 03053 | THERMAL CYCLER | M460 | 105013 | 0670 | 08/01/8 | 6,185 | 4,123 |
| G | 03119 | THERMAL CYCLER | M367 | 105062 | 0670 | 11/01/8 | 5,759 | 4,045 |
| G | 03211 | THERMAL CYCLER | BACK | NOTREQ | 0670 | 02/01/9 | 5,545 | 4,093 |
| G | 03206 | ROTOR | M460 | NOTREQ | 0670 | 02/01/9 | 5,041 | 3,721 |
| G | 01002 | RAPID SAMPLER | M236 | NOTREQ | 0670 | 07/01/8 | 2,549 | 0 |
| O | 03448 | COMPUTER, PERSONAL | M367 | XXX | 0670 | 02/01/9 | 5,939 | 4,949 |
| G | 03473 | THERMAL CYCLER | M367B | XXX | 0670 | 05/01/9 | 8,731 | 8,004 |
| G | ~~03~~ | ~~THERMAL CYCLER~~ | ~~M~~ | ~~XXX~~ | ~~0670~~ | ~~~~ | ~~~~ | 7,557 X |
| G | 03118 | THERMAL CYCLER | M475 | XXX | 0670 | 11/01/8 | 5,759 | 4,045 |
| | | Subtotal Human Genetics | | | | | 176,424 | 52,635 |
| G | 02089 | INCUBATOR, SHAKER | H114 | 100147 | 0680 | 08/01/8 | 3,051 | 726 |
| G | 02138 | CENTRIFUGE, TABLETOP | H114 | 100148 | 0680 | 10/01/8 | 1,225 | 321 |
| G | 01215 | INCUBATOR, OTHER | H114 | 100149 | 0680 | 10/05/7 | 737 | 0 |
| G | 02086 | CENTRIFUGE, MICRO | H114 | 100165 | 0680 | 04/01/8 | 1,018 | 49 |
| G | 00698 | TABLE TOP SHAKER | H114 | 100167 | 0680 | 10/15/8 | 0 | 0 |
| G | 00613 | INCUBATOR, SHAKER | H114 | 100168 | 0680 | 03/31/8 | 1,724 | 0 |
| G | 01030 | SHAKER INCUBATOR | M228 | 100458 | 0680 | 07/01/8 | 2,923 | 0 |
| G | 00987 | INCUBATOR, SHAKER | M385 | 100459 | 0680 | 11/24/8 | 2,094 | 0 |
| G | 00924 | MICROSCOPE, INVERTED | H154 | 100467 | 0680 | 10/23/7 | 3,436 | 0 |
| G | 01031 | REFRIGERATOR | M236 | 100490 | 0680 | 06/01/8 | 1,725 | 0 |
| G | 01032 | SAFETY CABINET | M236 | 100493 | 0680 | 06/01/8 | 5,327 | 380 |
| G | 01025 | TABLE TOP SHAKER | M236 | 100496 | 0680 | 09/18/8 | 9,056 | 0 |
| G | 01018 | POWER SUPPLY | M220 | 100497 | 0680 | 02/08/8 | 1,985 | 0 |
| G | 01016 | REFRIGERATOR | M220 | 100503 | 0680 | 08/31/8 | 1,643 | 0 |
| G | 01009 | UV MONITOR | M220 | 100507 | 0680 | 11/29/7 | 2,311 | 0 |
| G | 01022 | STRIPCHART RECORDER | M220 | 100509 | 0680 | 09/22/8 | 1,065 | 0 |
| G | 01011 | FRACTION COLLECTOR | M220 | 100510 | 0680 | 10/08/8 | 1,251 | 0 |
| G | 01023 | CENTRIFUGE, TABLETOP | M220 | 100511 | 0680 | 11/29/8 | 3,910 | 0 |
| G | 01038 | PRO/PETTE PRO/WASH PL | M236 | 100513 | 0680 | 05/01/8 | 12,746 | 0 |
| G | 00173 | BALANCE | M228 | 100520 | 0680 | 03/04/8 | 1,645 | 0 |
| G | 01012 | WATER BATH | M220 | 100521 | 0680 | 10/21/8 | 934 | 0 |
| G | 01006 | WATER BATH SHAKER | BR | 100526 | 0680 | 10/24/7 | 990 | 0 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06407

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|------|---------|-------------|------|-------|--------|-------------|--------------|------------|
| O | 02743 | COMPUTER, TERMINAL | M228A | 100529 | 0680 | 02/02/8 | 1,274 | 0 |
| O | 02746 | COMPUTER, PERSONAL | M116 | 100530 | 0680 | 05/01/8 | 3,349 | 0 |
| G | 01021 | INCUBATOR, CO2 | M244 | 100532 | 0680 | 12/18/8 | 4,610 | 0 |
| G | 00543 | REFRIGERATOR | M220 | 100533 | 0680 | 08/31/8 | 1,643 | 0 |
| G | 01026 | CENTRIFUGE, FLOOR | M228 | 100539 | 0680 | 01/01/8 | 20,680 | 0 |
| G | 01047 | BIO HOOD | M220 | 100541 | 0680 | 08/01/8 | 5,559 | 0 |
| G | 02117 | MICROSCOPE, INVERTED | M220 | 100542 | 0680 | 04/01/8 | 6,218 | 296 |
| G | 01019 | REFRIGERATOR | M385 | 100547 | 0680 | 03/09/8 | 2,164 | 0 |
| G | 01015 | REFRIGERATOR | M385 | 100548 | 0680 | 10/20/8 | 1,240 | 0 |
| G | 02120 | POWER SUPPLY | M385 | 100550 | 0680 | 04/01/8 | 1,633 | 78 |
| G | 01054 | POWER SUPPLY | M385 | 100551 | 0680 | 09/01/8 | 1,632 | 0 |
| G | 01020 | BIO HOOD | M385 | 100557 | 0680 | 11/25/8 | 6,427 | 0 |
| G | 01008 | CENTRIFUGE, TABLETOP | M385 | 100559 | 0680 | 02/04/8 | 1,677 | 0 |
| G | 00704 | CENTRIFUGE, TABLETOP | H154 | 101042 | 0680 | 01/01/8 | 2,875 | 856 |
| G | 00646 | CENTRIFUGE, MICRO | H154 | 101044 | 0680 | 01/19/8 | 854 | 0 |
| G | 02115 | FREEZER | M244 | 101749 | 0680 | 12/01/8 | 5,336 | 0 |
| G | 01029 | FREEZER | M244 | 101750 | 0680 | 12/01/8 | 4,897 | 0 |
| H | 02121 | SONICATOR | M244 | 101767 | 0680 | 04/01/8 | 2,033 | 678 |
| G | 01074 | REFRIGERATOR | H114 | 102596 | 0680 | 03/23/8 | 1,193 | 0 |
| G | 01064 | INCUBATOR, SHAKER | H154 | 103021 | 0680 | 06/01/8 | 3,407 | 1,217 |
| G | 01065 | MICROPLATE READER | M236 | 103601 | 0680 | 07/01/8 | 9,999 | 3,690 |
| G | 01037 | CENTRIFUGE, ROTOR | M220 | 103605 | 0680 | 07/01/8 | 4,772 | 1,761 |
| O | 02748 | COMPUTER, PERSONAL | M220 | 103759 | 0680 | 12/01/8 | 4,033 | 807 |
| G | 01039 | PUMP | M220 | 103760 | 0680 | 12/01/8 | 3,368 | 1,444 |
| G | 01040 | PUMP | M220 | 103761 | 0680 | 12/01/8 | 3,368 | 1,444 |
| G | 01041 | MANOMETRIC MODULE | M220 | 103762 | 0680 | 12/01/8 | 1,065 | 456 |
| G | 01042 | UV DETECTOR | M220 | 103763 | 0680 | 12/01/8 | 6,875 | 2,946 |
| G | 01043 | FRACTION COLLECTOR | M220 | 103764 | 0680 | 12/01/8 | 3,076 | 1,318 |
| G | 01045 | HPLC MIXER AND HOLDER | M220 | 103765 | 0680 | 12/01/8 | 2,042 | 875 |
| Q | 01044 | SOFTWARE, HPLC | M220 | 103770 | 0680 | 12/01/8 | 2,354 | 460 |
| G | 01028 | PH METER | M220 | 103833 | 0680 | 01/01/7 | 2,733 | 0 |
| G | 02119 | CELL DISRUPTER | M244 | 103976 | 0680 | 12/01/8 | 1,196 | 171 |
| G | 01068 | INCUBATOR | M220 | 104232 | 0680 | 04/01/8 | 5,345 | 3,308 |
| G | 01049 | PCR MACHINE | OFFSI | 104236 | 0680 | 12/01/8 | 2,000 | 839 |
| G | 01051 | PCR MACHINE | OFFSI | 104237 | 0680 | 12/01/8 | 2,000 | 839 |
| G | 01050 | PCR MACHINE | OFFSI | 104238 | 0680 | 12/01/8 | 2,000 | 839 |
| G | 01052 | CENTRIFUGE, MICRO | M385 | 104310 | 0680 | 02/01/8 | 1,523 | 689 |
| G | 03283 | THERMAL CYCLER | M236 | 104682 | 0680 | 05/01/9 | 5,781 | 4,473 |
| G | 01035 | THERMAL CYCLER | H141 | 104683 | 0680 | 06/01/8 | 6,185 | 3,976 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06408

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|------|---------|-------------|------|-------|--------|-------------|--------------|------------|
| G | 01070 | REFRIGERATOR | M228 | 104815 | 0680 | 05/01/8 | 2,388 | 1,166 |
| G | 01034 | DNA THERMAL CYCLER | M385 | 104899 | 0680 | 07/01/8 | 6,185 | 0 |
| L | 00139 | HOOD | M220 | 104956 | 0680 | 08/01/8 | 5,180 | 3,454 |
| L | 00140 | BIO HOOD | M236 | 104973 | 0680 | 01/01/8 | 5,268 | 3,732 |
| G | 03052 | THERMAL CYCLER | H114 | 105009 | 0680 | 08/01/8 | 6,185 | 4,123 |
| G | 01033 | MICROSCOPE, INVERTED | M220 | NOTREQ | 0680 | 07/01/8 | 899 | 75 |
| O | 02118 | PRINTER | M236 | NOTREQ | 0680 | 04/01/8 | 2,752 | 0 |
| G | 01046 | PCR MACHINE #3 | UNKN | NOTREQ | 0680 | 07/01/8 | 12,032 | 4,440 |
| | | Subtotal Infectious Diseases | | | | | 250,102 | 51,924 |
| G | 00184 | UV MONITOR | M228 | 100492 | 0681 | 09/01/8 | 2,082 | 0 |
| G | 00186 | BIO HOOD | M228 | 100514 | 0681 | 11/01/8 | 4,247 | 1,163 |
| G | 00187 | BIO HOOD | M228 | 101021 | 0681 | 10/15/8 | 0 | 0 |
| O | 02749 | COMPUTER, PERSONAL | M236 | 103038 | 0681 | 05/01/8 | 1,288 | 107 |
| G | 01062 | BALANCE | M228 | 103602 | 0681 | 07/01/8 | 1,894 | 699 |
| G | 03346 | PLATE READER | M385 | 103955 | 0681 | 07/01/9 | 16,213 | 12,932 |
| G | 03217 | THERMAL CYCLER | M385 | 103956 | 0681 | 02/01/9 | 5,772 | 4,260 |
| G | 01060 | THERMAL CYCLER | OFFSI | 103984 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01057 | THERMAL CYCLER | OFFSI | 104211 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01059 | THERMAL CYCLER | OFFSI | 104212 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01058 | THERMAL CYCLER | OFFSI | 104214 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01056 | THERMAL CYCLER | OFFSI | 104216 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01055 | THERMAL CYCLER | OFFSI | 104217 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01067 | PCR MACHINE | OFFSI | 104223 | 0681 | 12/01/8 | 2,000 | 839 |
| G | 01061 | THERMAL CYCLER | OFFSI | 104899 | 0681 | 07/01/8 | 6,185 | 3,166 |
| G | 01069 | CONCENTRATOR SYSTEM | M228 | 105087 | 0681 | 07/01/8 | 5,442 | 3,563 |
| G | 02122 | CENTRIFUGE, ROTOR | M | NOTREQ | 0681 | 04/01/8 | 4,294 | 204 |
| G | 01066 | PCR MACHINE #5 | OFFSI | NOTREQ | 0681 | 07/01/8 | 18,608 | 6,867 |
| G | ~~01~~ | ~~THERMAL CYCLER~~ | | | ~~0681~~ | | | ~~X~~ |
| G | 03472 | THERMAL CYCLER | M385 | XXX | 0681 | 05/01/9 | 8,731 | 8,004 |
| G | ~~~~ | ~~THERMAL CYCLER~~ | | ~~XXX~~ | | | | ~~X~~ |
| G | 03471 | THERMAL CYCLER | M385 | XXX | 0681 | 05/01/9 | 8,731 | 8,004 |
| | | Subtotal Infectious Disease Admin | | | | | 138,602 | 83,857 |
| G | 01956 | AUTOCLAVE | F | 100242 | 0701 | 07/01/8 | 13,759 | 3,112 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06409

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|------|------|-------------|------|-------|--------|-------------|--------------|------------|
| G | 01252 | FREEZER | Q160C | 101173 | 0701 | 07/01/8 | 4,039 | 0 |
| G | 01256 | MISC, VACUUM LEVEL CO | Q160C | 101174 | 0701 | 09/01/8 | 2,309 | 0 |
| G | 01255 | MICROPROCESSOR | Q160C | 101175 | 0701 | 09/01/8 | 8,602 | 0 |
| G | 01250 | LYOPHILIZER | WHSE | 101177 | 0701 | 07/01/8 | 50,555 | 0 |
| G | 01251 | FREEZER, LN2 | WHSE | 101178 | 0701 | 07/01/8 | 2,432 | 0 |
| G | 01240 | CENTRIFUGE, FLOOR | Q160C | 101179 | 0701 | 07/26/7 | 7,285 | 0 |
| G | 01249 | CENTRIFUGE, FLOOR | Q160C | 101185 | 0701 | 05/01/8 | 9,383 | 0 |
| G | 01248 | REFRIGERATOR | Q182 | 101189 | 0701 | 12/01/8 | 1,629 | 0 |
| G | 01242 | BIO HOOD | Q160C | 101190 | 0701 | 11/01/8 | 2,713 | 0 |
| G | 01243 | MISC, LABELER | F | 101191 | 0701 | 11/01/8 | 14,593 | 0 |
| G | 01241 | REFRIGERATOR | Q160 | 101192 | 0701 | 01/02/7 | 1,562 | 0 |
| G | 01246 | REFRIGERATOR | Q160 | 101193 | 0701 | 12/01/8 | 1,629 | 0 |
| G | 01254 | FRACTION COLLECTOR | Q160 | 101196 | 0701 | 09/01/8 | 2,528 | 0 |
| G | 01244 | BALANCE | Q160 | 101224 | 0701 | 01/01/8 | 1,784 | 0 |
| G | 01245 | BALANCE | Q160 | 101225 | 0701 | 02/01/8 | 2,555 | 0 |
| G | 01247 | REFRIGERATOR | Q160 | 101226 | 0701 | 12/01/8 | 1,629 | 0 |
| O | 02698 | COMPUTER, PERSONAL | R213 | 103170 | 0701 | 10/01/8 | 4,270 | 0 |
| G | 00387 | PHASTSYSTEM | Q160 | 103467 | 0701 | 06/01/8 | 6,905 | 2,466 |
| G | 01745 | SPECTROPHOTOMETER | Q160 | 103528 | 0701 | 03/01/8 | 17,136 | 612 |
| G | 01744 | TMP CNTRL BRD/ADD #174 | Q160 | 103528D | 0701 | 04/01/8 | 2,290 | 109 |
| G | 01238 | PUMP | Q160 | 103636 | 0701 | 07/01/8 | 3,592 | 1,325 |
| G | 01239 | PUMP | Q160 | 103637 | 0701 | 07/01/8 | 3,592 | 1,325 |
| G | 01237 | FRACTION COLLECTOR | Q160 | 103638 | 0701 | 07/01/8 | 1,012 | 374 |
| G | 01236 | STRIPCHART RECORDER | Q160 | 103640 | 0701 | 07/01/8 | 1,411 | 521 |
| G | 01235 | FPLC CONTROLLER | Q160 | 103641 | 0701 | 07/01/8 | 5,969 | 2,203 |
| G | 01253 | PUMP, DILUTER | Q160 | 103817 | 0701 | 09/01/8 | 2,528 | 0 |
| O | 02753 | COMPUTER, PERSONAL | Q160 | 104003 | 0701 | 02/01/8 | 1,592 | 371 |
| G | 03296 | PUMP, HPLC | M220 | 104039 | 0701 | 06/01/9 | 5,870 | 4,612 |
| G | 03297 | PUMP, HPLC | M220 | 104040 | 0701 | 06/01/9 | 5,870 | 4,612 |
| G | 03298 | UV DETECTOR, HPLC | M220 | 104041 | 0701 | 06/01/9 | 8,316 | 6,534 |
| G | 03299 | AUTO INJECTOR & SOFTW | M220 | 104042 | 0701 | 06/01/9 | 17,722 | 13,924 |
| L | 03300 | HOOD | C148A | 104681 | 0701 | 06/01/9 | 6,371 | 5,416 |
| G | 03025 | LAMINAR FLOW HOOD | F | 105008 | 0701 | 07/01/8 | 6,032 | 3,949 |
| G | 03121 | DNA SYNTHESIZER | M427 | 105068 | 0701 | 11/01/8 | 50,151 | 35,225 |
| O | 03175 | PRINTER | F | 105094 | 0701 | 01/01/9 | 8,506 | 5,245 |
| 1 | 03267 | COMPUTER, PERSONAL | M220 | NOTREQ | 0701 | 05/01/9 | 3,764 | 2,912 |
| 1 | 03209 | COMPUTER, PERSONAL | R117 | NOTREQ | 0701 | 02/01/9 | 2,051 | 798 |
| G | 03443 | MEMBRANE CUTTER | | XXX | 0701 | 02/01/9 | 21,644 | 19,067 |
| G | 01188 | PRO/PETTE | M202 | 103632 | 0702 | 05/01/8 | 12,546 | 0 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06410

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|------|---------|-------------|------|-------|--------|-------------|--------------|------------|
| G | 01234 | UV MONITOR | M220 | 103642 | 0702 | 07/01/8 | 12,089 | 4,461 |
| G | 01257 | CONTROLLER | M220 | 104235 | 0702 | 05/01/8 | 6,836 | 4,313 |
| G | 03478 | VAC CONCENTRATOR SYS | M | XXX | 0702 | 06/01/9 | 8,754 | 8,128 |
| G | 03446 | SPECTROPHOTOMETER | | XXX | 0702 | 02/01/9 | 8,186 | 7,211 |
| G | 03445 | SPECTROPHOTOMETER | | XXX | 0702 | 02/01/9 | 8,186 | 7,211 |
| G | 03418 | HPLC SYSTEM | M220 | XXX | 0702 | 11/01/9 | 37,940 | 32,068 |
| I | 03453 | VESSEL, GLASS 14 LITER | M100B | XXX | 0702 | 03/01/9 | 14,336 | 12,800 |
| I | 03484 | LABELLER | Q160 | XXX | 0704 | 06/01/9 | 11,689 | 10,854 |
| | | Subtotal Manufacturing | | | | | 486,549 | 249,327 |
| G | 00488 | MICROSCOPE, INVERTED | M325A | 101336 | 0711 | 01/01/8 | 7,050 | 0 |
| G | 00720 | SPECTROPHOTOMETER | M326 | 104822 | 0711 | 05/01/8 | 7,016 | 3,424 |
| | | Subtotal Raymond Department | | | | | 14,066 | 3,424 |
| G | 01229 | PRO/PETTE | H120 | 100124 | 0712 | 06/01/8 | 3,764 | 0 |
| G | 00663 | POWER SUPPLY | H169 | 100157 | 0712 | 01/15/8 | 1,605 | 0 |
| G | 01220 | PLATE READER | H120 | 100501 | 0712 | 10/03/8 | 11,205 | 0 |
| G | 01218 | CENTRIFUGE, MICRO | H169 | 100978 | 0712 | 10/03/8 | 1,005 | 0 |
| G | 01226 | UV MONITOR | H169 | 100979 | 0712 | 01/01/7 | 2,577 | 0 |
| G | 01214 | FRACTION COLLECTOR | H169 | 100980 | 0712 | 05/07/7 | 1,341 | 0 |
| G | 01216 | FRACTION COLLECTOR | H120 | 100981 | 0712 | 01/29/8 | 1,017 | 0 |
| G | 01219 | SHAKER, TABLETOP | H120 | 100985 | 0712 | 12/17/8 | 1,141 | 0 |
| G | 01228 | INCUBATOR, SHAKER | H167 | 100986 | 0712 | 01/01/7 | 1,780 | 0 |
| G | 01222 | POWER SUPPLY | H167 | 100987 | 0712 | 03/23/8 | 1,626 | 0 |
| G | 01211 | SPECTROPHOTOMETER | H167 | 100988 | 0712 | 06/22/7 | 7,319 | 0 |
| G | 01223 | CENTRIFUGE, OTHER | H167 | 100992 | 0712 | 06/05/8 | 1,166 | 0 |
| G | 00638 | CENTRIFUGE, MICRO | H167 | 101007 | 0712 | 10/03/8 | 1,005 | 0 |
| G | 01225 | INCUBATOR, SHAKER | H167 | 101012 | 0712 | 01/01/8 | 1,780 | 0 |
| G | 01221 | CENTRIFUGE, MICRO | H120 | 101035 | 0712 | 05/15/8 | 815 | 0 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06411