PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Asset Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|---|---|---|---|---|---|---|---|---|
| G | 00633 | SCINTILLATION COUNTER | H169 | 101045 | 0712 | 09/19/8 | 17,786 | 0 |
| G | 00628 | TABLE TOP SHAKER | H169 | 101045 | 0712 | 09/18/8 | 519 | 0 |
| G | 00676 | POWER SUPPLY | H167 | 101063 | 0712 | 01/01/7 | 1,284 | 0 |
| G | 01268 | HPLC MANOMETRIC MODU | M212 | 101235 | 0712 | 04/01/8 | 13,419 | 2,556 |
| G | 01265 | SPECTROPHOTOMETER | M212 | 101238 | 0712 | 02/01/8 | 28,219 | 0 |
| G | 01264 | PLOTTER | M212 | 101239 | 0712 | 01/25/8 | 4,952 | 0 |
| G | 01267 | PH METER | M212 | 101240 | 0712 | 01/01/7 | 1,599 | 0 |
| G | 01261 | POWER SUPPLY | M212 | 101241 | 0712 | 10/29/7 | 1,029 | 0 |
| G | 01259 | CENTRIFUGE, MICRO | M212 | 101242 | 0712 | 01/23/8 | 799 | 0 |
| G | 01260 | BALANCE | M212 | 101247 | 0712 | 10/15/7 | 1,624 | 0 |
| G | 02140 | GRADIENT CONTROLLER | M212 | 101260 | 0712 | 11/01/8 | 2,348 | 0 |
| G | 01330 | FRACTION COLLECTOR | M212 | 101261 | 0712 | 03/14/8 | 2,269 | 0 |
| G | 01262 | REFRIGERATOR | M212 | 101263 | 0712 | 04/30/8 | 1,644 | 0 |
| H | 02139 | STRIPCHART RECORDER | H120 | 101279 | 0712 | 08/01/8 | 1,211 | 288 |
| G | 01266 | UV MONITOR | M212 | 101312 | 0712 | 12/01/8 | 2,742 | 0 |
| G | 01258 | PERISTALTIC PUMP | M212 | 101313 | 0712 | 02/06/7 | 985 | 0 |
| G | 01224 | STRIPCHART RECORDER | H169 | 102389 | 0712 | 10/04/8 | 1,012 | 0 |
| G | 01071 | CAMERA | H120 | 102580 | 0712 | 02/15/8 | 2,383 | 0 |
| G | 02695 | HPLC INTERFACE | M212 | 103487 | 0712 | 07/01/8 | 2,064 | 526 |
| G | 01063 | PHASTSYSTEM | M212 | 103603 | 0712 | 07/01/8 | 6,970 | 2,572 |
| O | 02752 | COMPUTER, PERSONAL | H148 | 103775 | 0712 | 11/01/8 | 1,875 | 344 |
| O | 02754 | COMPUTER, PERSONAL | M212 | 103777 | 0712 | 11/01/8 | 2,937 | 539 |
| G | 01233 | PHASTSYSTEM | H167 | 103812 | 0712 | 07/01/8 | 7,325 | 3,750 |
| G | 03344 | AUTOINJECTOR | M212 | 104043 | 0712 | 07/01/9 | 12,916 | 10,302 |
| G | 01230 | FOTO/DOCUMENTATION S | HDKR | 104778 | 0712 | 04/01/8 | 1,162 | 553 |
| G | 01231 | FOTO-DOCUMENTATION S | HDKR | 104779 | 0712 | 04/01/8 | 1,162 | 553 |
| 1 | 03233 | COMPUTER, PERSONAL | T223 | NOTREQ | 0712 | 03/01/9 | 2,699 | 1,125 |
| 1 | 03256 | COMPUTER, PERSONAL | M212 | NOTREQ | 0712 | 04/01/9 | 1,416 | 629 |
| O | 03474 | COMPUTER, PERSONAL | H148 | XXX | 0712 | 05/01/9 | 7,938 | 7,012 |
| I | 03458 | FREEZER, LAB | H167 | XXX | 0712 | 04/01/9 | 5,101 | 4,615 |
| G | 03366 | DETECTOR, HPLC | M212 | XXX | 0712 | 09/01/9 | 12,056 | 9,903 |
| | | Subtotal Core | | | | | 190,594 | 45,267 |
| G | 00384 | BALANCE | M211 | 103456 | 0713 | 06/01/8 | 3,916 | 1,399 |
| G | 00378 | BALANCE | M211 | 103457 | 0713 | 11/01/8 | 2,693 | 0 |
| O | 00379 | COMPUTER, PC | R119 | 103458 | 0713 | 10/01/8 | 7,376 | 0 |
| G | 00189 | SCANNER | M201 | 103460 | 0713 | 07/01/8 | 2,352 | 868 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06412

Dockets.Justia.com

PCR DIVISION
EQUIPMENT AND FURNITURE
EFFECTIVE NOVEMBER 30, 1991
DECEMBER 9, 1991

| Code | Asset # | Description | Room | TAG # | Dept # | Acqstn Date | Acqstn Value | Book Value |
|---|---|---|---|---|---|---|---|---|
| O | 02692 | PLOTTER | M211 | 103461 | 0713 | 04/01/8 | 3,578 | 238 |
| G | 00386 | CONTROLLER | M211 | 103463 | 0713 | 06/01/8 | 2,135 | 762 |
| G | 00385 | EPH UNIT | M211 | 103465 | 0713 | 06/01/8 | 1,535 | 548 |
| G | 00383 | PH METER | M211 | 103466 | 0713 | 05/01/8 | 1,584 | 547 |
| G | 00389 | FLUOROMETER | M211 | 103468 | 0713 | 07/01/8 | 12,594 | 4,648 |
| G | 00394 | DILUTER | M211 | 103469 | 0713 | 08/01/8 | 4,228 | 1,611 |
| H | 02006 | REFRIGERATOR | M211 | 103470 | 0713 | 04/01/8 | 1,809 | 603 |
| G | 00390 | CIRCULATOR | M211 | 103472 | 0713 | 07/01/8 | 2,456 | 906 |
| G | 00382 | POWER SUPPLY | M211 | 103474 | 0713 | 05/01/8 | 9,385 | 3,240 |
| G | 00391 | CENTRIFUGE, TABLETOP | M211 | 103484 | 0713 | 07/01/8 | 8,806 | 3,250 |
| G | 00381 | CENTRIFUGE, TABLETOP | M211 | 103485 | 0713 | 04/01/8 | 5,483 | 261 |
| G | 00393 | HPLC DETECTOR | M211 | 103486 | 0713 | 07/01/8 | 4,104 | 1,515 |
| G | 00392 | GRADIENT PROGRAMMER | M211 | 103488 | 0713 | 07/01/8 | 2,189 | 808 |
| G | 00388 | SOLVENT DELIVERY SYST | M211 | 103489 | 0713 | 06/01/8 | 5,335 | 1,905 |
| G | 00380 | ROTOR | M211 | 103493 | 0713 | 04/01/8 | 1,208 | 57 |
| O | 02689 | COMPUTER, PERSONAL | M211 | 103494 | 0713 | 12/01/8 | 6,680 | 0 |
| G | 00395 | PCR MACHINE | M211 | 104302 | 0713 | 12/01/8 | 2,000 | 839 |
| O | 02696 | THERMOCOUPLE INTERFA | M211 | 104581 | 0713 | 01/01/8 | 1,318 | 285 |
| O | 02697 | PS 2 | M201 | 104582 | 0713 | 05/01/8 | 8,152 | 2,310 |

Subtotal Product Development 100,915 26,601

Total PCRD Fixed Assets--November 30, 1991 1,459,925 544,040

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06413

Inventory

(1) Inventory of the PCR division held for sale as of June 30, 1991

|  | FORENSICS | PECI & ALL OTHERS | INVENTORY @ JUNE 30, 1991* INVENTORY |
|---|---|---|---|
| FINISHED GOODS | $105,126.06 | $871,712.56 | $976,838.62 |
| WIP/RAW MATERIALS | $18,516.40 | $275,998.00 | $294,514.40 |
| PACKAGING MATERIALS | $28,995.59 | $60,683.43 | $89,679.02 |
| TOTAL INVENTORY | $152,638.05 | $1,208,393.49 | $1,361,032.04 |

* see following itemized list

(2) Inventory of the PCR department held for internal use (estimated to be on hand as of June 30, 1991).

| | |
|---|---|
| General Supplies (office and stationary supplies) | $ 8,000 |
| Scientific Supplies (chemicals, reagents, disposable glass and plastics) | $63,000 |
| Total Inventory | $71,000 |

(2) Culture Collection

Culture strains used by Seller in connection with the PCR Business are listed on the attached Appendix 1. Certain other strains contained in Seller's culture collection as of June 30, 1991 may be useful in connection with the PCR Business and are not specifically listed. Seller shall provide Purchaser, at Purchaser's expense, with specimens of such strains that are requested by Purchaser during the one year period following the Closing.

2.1(b)-1

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06414

AS OF: 30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 10000 | DM156 | $3.00 | 183 | sets | $549.00 |
| 10002 | DM135 | $3.00 | 184 | sets | $552.00 |
| 10003 | DM135/136 Set | $0.00 | 0 | sets | $0.00 |
| 10004 | DM136 | $3.00 | 181 | sets | $543.00 |
| 10006 | AW158 | $3.00 | 183 | sets | $549.00 |
| 10007 | AW158/159 Set | $0.00 | 0 | sets | $0.00 |
| 10008 | AW159 | $3.00 | 186 | sets | $558.00 |
| 10010 | AW155 | $3.00 | 184 | sets | $552.00 |
| 10011 | AW155/157 Set | $0.00 | 0 | sets | $0.00 |
| 10012 | AW157 | $3.00 | 200 | sets | $600.00 |
| 10014 | PDJ83 | $3.00 | 181 | sets | $543.00 |
| 10015 | PDJ83 Set | $4.50 | 0 | sets | $0.00 |
| 10017 | PDJ80 Set | $4.50 | 0 | sets | $0.00 |
| 10019 | PDJ81 Set | $4.50 | 0 | sets | $0.00 |
| 10101 | GH46 | $3.00 | 75 | sets | $225.00 |
| 10102 | GH46 Set | $4.50 | 73 | sets | $328.50 |
| 10103 | GH50 | $3.00 | 84 | sets | $252.00 |
| 10104 | GH50 Set | $4.50 | 73 | sets | $328.50 |
| 10105 | SK110 PRIMER | $3.00 | 951 | vials | $2,853.00 |
| 10106 | SK110 Set | $4.50 | 58 | sets | $261.00 |
| 10107 | CRX11 | $3.00 | 86 | sets | $258.00 |
| 10108 | CRX11 Set | $4.50 | 84 | sets | $378.00 |
| 10109 | CRX37 | $3.00 | 79 | sets | $237.00 |
| 10110 | MY09 PRIMER | $3.00 | 35 | vials | $105.00 |
| 10111 | MY09 Set (HPV P-1) | $12.00 | 190 | sets | $2,280.00 |
| 10112 | CRX37 Set | $4.50 | 84 | sets | $378.00 |
| 10113 | GH26 | $3.00 | 90 | sets | $270.00 |
| 10114 | GH26 Set | $4.50 | 74 | sets | $333.00 |
| 10115 | SK111 PRIMER | $3.00 | 904 | vials | $2,712.00 |
| 10116 | SK111 Set | $4.50 | 59 | sets | $265.50 |
| 10117 | GH27 | $3.00 | 77 | sets | $231.00 |
| 10118 | GH27 SET | $4.50 | 69 | sets | $310.50 |
| 10119 | GH29 | $3.00 | 82 | sets | $246.00 |
| 10120 | MY11 PRIMER | $3.00 | 37 | vials | $111.00 |
| 10121 | MY11 Set (HPV P-2) | $12.00 | 200 | sets | $2,400.00 |
| 10122 | GH29 Set | $4.50 | 69 | sets | $310.50 |
| 10123 | DB130 | $3.00 | 87 | sets | $261.00 |
| 10124 | DB130 Set | $4.50 | 79 | sets | $355.50 |
| 10125 | SK112 PROBE | $3.00 | 972 | vials | $2,916.00 |
| 10126 | SK112 Set | $4.50 | 59 | sets | $265.50 |
| 10127 | UG21 | $3.00 | 87 | sets | $261.00 |
| 10128 | UG21 Set | $4.50 | 73 | sets | $328.50 |
| 10129 | UG19 | $3.00 | 81 | vials | $243.00 |
| 10130 | PC04 Primer | $3.00 | 793 | vials | $2,379.00 |
| 10131 | PC04 Set (B-globin 1) | $12.00 | 167 | sets | $2,004.00 |
| 10132 | UG19 Set | $4.50 | 74 | sets | $333.00 |
| 10133 | TC65 | $3.00 | 82 | sets | $246.00 |
| 10134 | TC65 Set | $4.50 | 100 | sets | $450.00 |

FILE: D:\123R3\MONTHREPORTS\MFG INV.WK3

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06415

FINISHED GOODS INVENTORY STATUS
AS OF: 30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 10135 | SK188 PROBE | $3.00 | 963 | vials | $2,889.00 |
| 10136 | SK188 Set | $4.50 | 75 | sets | $337.50 |
| 10137 | PDJ34 | $3.00 | 77 | sets | $231.00 |
| 10138 | PDJ34 Set | $4.50 | 100 | sets | $450.00 |
| 10139 | PDJ66 | $3.00 | 77 | sets | $231.00 |
| 10140 | GH20 PRIMER | $3.00 | 747 | vials | $2,241.00 |
| 10141 | GH20 SET (B-globin 2) | $12.00 | 167 | sets | $2,004.00 |
| 10142 | PDJ66 Set | $4.50 | 100 | sets | $450.00 |
| 10143 | PDJ67 | $3.00 | 77 | sets | $231.00 |
| 10144 | PDJ67 Set | $4.50 | 100 | sets | $450.00 |
| 10145 | SK145 PRIMER | $3.00 | 507 | vials | $1,521.00 |
| 10146 | SK146 SET | $4.50 | 85 | sets | $382.50 |
| 10147 | AW112 | $3.00 | 185 | sets | $555.00 |
| 10148 | AW112/113 Set | $0.00 | 0 | sets | $0.00 |
| 10149 | AW113 | $3.00 | 183 | sets | $549.00 |
| 10150 | SK431 PRIMER | $3.00 | 798 | vials | $2,394.00 |
| 10151 | SK431 SET | $4.50 | 70 | sets | $315.00 |
| 10153 | AW111 | $3.00 | 183 | sets | $549.00 |
| 10154 | AW116/117 Set | $0.00 | 0 | sets | $0.00 |
| 10155 | SK102 PROBE | $3.00 | 965 | vials | $2,895.00 |
| 10156 | SK102 SET | $4.50 | 60 | sets | $270.00 |
| 10157 | GM20 | $3.00 | 185 | sets | $555.00 |
| 10160 | SK54 PRIMER | $3.00 | 927 | vials | $2,781.00 |
| 10161 | SK54 SET | $4.50 | 78 | sets | $351.00 |
| 10162 | AW116/117 Set | $0.00 | 0 | sets | $0.00 |
| 10163 | AW117 | $3.00 | 188 | sets | $564.00 |
| 10165 | SK55 PRIMER | $3.00 | 931 | vials | $2,793.00 |
| 10166 | SK55 SET | $4.50 | 78 | sets | $351.00 |
| 10167 | AW118 | $3.00 | 179 | sets | $537.00 |
| 10168 | AW118/119 Set | $0.00 | 0 | sets | $0.00 |
| 10169 | AW119 | $3.00 | 195 | sets | $585.00 |
| 10170 | SK56 PROBE | $3.00 | 965 | vials | $2,895.00 |
| 10171 | SK56 Set | $4.50 | 83 | sets | $373.50 |
| 10174 | DM151/152 Set | $0.00 | 0 | sets | $0.00 |
| 10175 | SK43 PRIMER | $3.00 | 945 | vials | $2,835.00 |
| 10176 | SK43 Set | $4.50 | 59 | sets | $265.50 |
| 10179 | AW125 | $3.00 | 185 | sets | $555.00 |
| 10180 | SK44 PRIMER | $3.00 | 894 | vials | $2,682.00 |
| 10181 | SK44 Set | $4.50 | 59 | sets | $265.50 |
| 10182 | AW125/126 Set | $0.00 | 0 | sets | $0.00 |
| 10183 | AW126 | $3.00 | 183 | sets | $549.00 |
| 10185 | SK45 PROBE | $3.00 | 968 | vials | $2,904.00 |
| 10186 | SK45 Set | $4.50 | 79 | sets | $355.50 |
| 10187 | AW102 | $3.00 | 183 | sets | $549.00 |
| 10188 | AW102/104 Set | $0.00 | 0 | sets | $0.00 |
| 10189 | AW104 | $3.00 | 187 | sets | $561.00 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06416

FINISHED GOODS INVENTORY SUMMARIES
AS OF: 30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 10190 | SK58 PRIMER | $3.00 | 938 | vials | $2,814.00 |
| 10191 | SK58 Set | $4.50 | 84 | sets | $378.00 |
| 10193 | DM155 | $3.00 | 182 | sets | $546.00 |
| 10194 | DM155/156 Set | $0.00 | 0 | sets | $0.00 |
| 10195 | SK59 PRIMER | $3.00 | 875 | vials | $2,625.00 |
| 10196 | SK59 Set | $4.50 | 84 | sets | $378.00 |
| 10197 | SK60 PROBE | $3.00 | 962 | vials | $2,886.00 |
| 10198 | SK60 SET | $4.50 | 84 | sets | $378.00 |
| 10205 | deaza Set | $28.00 | 200 | sets | $5,600.00 |
| 10210 | Sequencing Kit | $60.00 | 270 | kits | $16,200.00 |
| 10220 | M13MP18 | $5.30 | 510 | vials | $2,703.00 |
| 10230 | Sequencing Primer | $4.10 | 927 | vials | $3,800.70 |
| 10240 | Lableing Mix | $5.00 | 584 | vials | $2,920.00 |
| 10250 | Stop Solution | $2.10 | 88 | vials | $184.80 |
| 10270 | A Term. Mix | $8.75 | 327 | vials | $2,861.25 |
| 10272 | deaza A | $7.00 | 91 | vials | $637.00 |
| 10274 | C Term. Mix | $6.00 | 352 | vials | $2,112.00 |
| 10276 | deaza C | $6.50 | 98 | vials | $637.00 |
| 10278 | G Term. Mix | $3.75 | 373 | vials | $1,398.75 |
| 10280 | deaza G | $6.00 | 94 | vials | $564.00 |
| 10282 | T Term. Mix | $11.50 | 464 | vials | $5,336.00 |
| 10284 | deaza T | $8.00 | 93 | vials | $744.00 |
| 10601 | UNG Enzyme | $5.00 | 3,587 | vials | $17,935.00 |
| 10610 | nGeneAmp Kit | $48.00 | 82 | kits | $3,936.00 |
| 10612 | rGeneAmp Kit | $32.00 | 1,572 | kits | $50,304.00 |
| 10614 | Core Kit | $25.00 | 1,898 | kits | $47,450.00 |
| 10616 | UNG Kit | $10.00 | 466 | kits | $4,660.00 |
| 10620 | Control Template | $1.70 | 7,523 | vials | $12,789.10 |
| 10625 | Lamdba Control Set | $9.00 | 140 | sets | $1,260.00 |
| 10630 | PCR01 | $2.40 | 2,893 | vials | $6,943.20 |
| 10640 | PCR02 | $2.40 | 4,026 | vials | $9,662.40 |
| 10650 | MgCl2, 25mM | $1.90 | 3,660 | vials | $6,954.00 |
| 10651 | MnCl2, 10 mM | $6.57 | 1,026 | vials | $6,740.82 |
| 10655 | 10X Buffer + MgCl, | $4.80 | 615 | sets | $2,952.00 |
| 10660 | nTAQ | $21.00 | 577 | vials | $12,117.00 |
| 10662 | Stoffel Fragment Enzyme | $5.00 | 733 | vials | $3,665.00 |
| 10663 | rTth Enzyme | $8.48 | 1,169 | vials | $9,913.12 |
| 10664 | Stoffel Fragment | $20.00 | 219 | sets | $4,380.00 |
| 10666 | SEQ ATAQ 250U | $5.00 | 178 | vials | $890.00 |
| 10667 | AmpliTaq GF | $5.00 | 16,602 | vials | $83,010.00 |
| 10668 | Seq aTaq 1000U | $8.50 | 803 | vials | $6,825.50 |
| 10670 | dATP | $3.00 | 10,195 | vials | $30,585.00 |
| 10672 | AmpliTaq AS | $5.00 | 910 | vials | $4,550.00 |
| 10674 | dCTP | $3.00 | 10,463 | vials | $31,389.00 |
| 10678 | dGTP | $3.00 | 15,732 | vials | $47,196.00 |
| 10682 | dTTP | $3.00 | 12,763 | vials | $38,289.00 |

FILE: 011Z3R7 MONTHREPORTS.MFG.INV4.WK3

B WALSH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06417

FINISHED GOODS INVENTORY STATUS
AS OF: 30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 10684 | dUTP | $3.00 | 4,286 | vials | $12,858.00 |
| 10686 | dNTP Set | $14.00 | 1,567 | sets | $21,938.00 |
| 10690 | 10X Buffer | $1.10 | 1,724 | vials | $1,896.40 |
| 10691 | 10X rTth Buffer | $5.12 | 981 | vials | $5,022.72 |
| 10692 | 10X Stoffel Buffer | $1.10 | 613 | vials | $674.30 |
| 10693 | 10X Buffer Set | $3.30 | 1,304 | sets | $4,303.20 |
| 10694 | 10X Chelating Buffer | $5.14 | 415 | sets | $2,133.10 |
| 10695 | 10X Buffer II | $2.85 | 5,903 | vials | $16,823.55 |
| 10697 | 10X Buffer 1.5ml | $3.30 | 6,857 | vials | $22,628.10 |
| 10708 | Typing Trays (12) | $38.00 | 160 | kits | $6,080.00 |
| 10710 | DQa Kit (24 Test) | $130.00 | 0 | kits | $0.00 |
| 10711 | D1S80 Kit | $65.00 | 104 | kits | $6,760.00 |
| 10713 | DQa Bulk Kit (50 Test) | $206.55 | 119 | kits | $24,579.45 |
| 10715 | Pkgd Membrane Strips | $18.00 | 2 | trays | $36.00 |
| 10716 | Tubed Membrane Strips | $110.00 | 381 | trays | $41,910.00 |
| 10720 | Pkgd Membrane Trays | $54.00 | 44 | sets | $2,376.00 |
| 10730 | PCR Reaction Mix | $1.08 | 194 | vials | $209.52 |
| 10732 | D1S80 Reaction Mix | $15.05 | 109 | vials | $1,640.45 |
| 10733 | PCR Reaction Set | $8.34 | 249 | vials | $2,076.66 |
| 10734 | Bulk PCR Reaction Mix | $18.65 | 360 | vials | $6,714.00 |
| 10740 | Control DNA 3.3 | $2.07 | 0 | vials | $0.00 |
| 10741 | Control DNA 1.1.4 | $2.07 | 557 | vials | $1,152.99 |
| 10742 | D1S80 Control DNA | $3.69 | 237 | vials | $874.53 |
| 10750 | SA - HRP | $5.75 | 654 | vials | $3,760.50 |
| 10760 | TMB | $8.64 | 0 | vials | $0.00 |
| 10761 | Bulk TMB | $13.47 | 193 | vials | $2,599.71 |
| 10770 | MgCl. | $2.07 | 1,440 | vials | $2,980.80 |
| 10775 | D1S80 MgCl. | $4.95 | 99 | vials | $490.05 |
| 10780 | Mineral Oil | $1.72 | 450 | vials | $774.00 |
| 10790 | D1S80 Ladder | $5.57 | 20 | vials | $111.40 |
| 10810 | RNA Kit | $55.00 | 1,333 | kits | $73,315.00 |
| 10811 | pAW109 Set | $0.00 | 0 | kits | $0.00 |
| 10812 | rTth Kit | $55.00 | 672 | vials | $36,960.00 |
| 10815 | RNAsin | $21.00 | 706 | vials | $14,826.00 |
| 10820 | RT Enzyme | $12.25 | 1,583 | vials | $19,391.75 |
| 10830 | Random Hexamer | $1.60 | 4,171 | vials | $6,673.60 |
| 10840 | OLIGO d(T) | $2.10 | 3,772 | vials | $7,921.20 |
| 10850 | DM152 Primer | $3.00 | 1,947 | vials | $5,841.00 |
| 10860 | DM151 Primer | $3.00 | 872 | vials | $2,616.00 |
| 10870 | RNA Pos. Control | $2.00 | 3,426 | vials | $6,852.00 |
| 10910 | HIV Kit | $30.00 | 137 | kits | $4,110.00 |
| 10920 | SK38 Primer | $3.00 | 2,244 | vials | $6,732.00 |
| 10930 | SK39 Primer | $3.00 | 2,031 | vials | $6,093.00 |
| 10940 | SK19 Probe | $3.00 | 2,202 | vials | $6,606.00 |
| 10950 | HIV Pos. Control | $3.00 | 2,284 | vials | $6,852.00 |
| 10960 | HIV Neg. Control | $3.00 | 2,244 | vials | $6,732.00 |

TOTAL FINISHED GOODS INVENTORY: $976,838.62

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06418

AS OF: 30-Jun-01

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 20664 | ATAQ (PCR MIX) | NA | 14.8 | ml | $0.00 |
| 30000 | DM156 purified | $0.500 | 5,781.0 | nmole | $2,890.50 |
| 30002 | DM135 purified | $0.500 | 3,272.0 | nmole | $1,636.00 |
| 30004 | DM136 purified | $0.500 | 0.0 | nmole | $0.00 |
| 30006 | AW158 purified | $0.500 | 6,702.0 | nmole | $3,351.00 |
| 30008 | AW159 purified | $0.500 | 4,645.5 | nmole | $2,322.75 |
| 30010 | AW155 purified | $0.500 | 6,194.0 | nmole | $3,097.00 |
| 30012 | AW157 purified | $0.500 | 5,676.0 | nmole | $2,838.00 |
| 30014 | PDJ83 purified | $0.500 | 626.0 | nmole | $313.00 |
| 30101 | GH46 | $0.500 | 0.0 | nmole | $0.00 |
| 30103 | GH50 | $0.500 | 8,045.4 | nmole | $4,022.70 |
| 30105 | SK110 PRIMER | $0.500 | 1,827.5 | nmole | $913.75 |
| 30107 | CRX11 | $0.500 | 3,920.6 | nmole | $1,960.30 |
| 30109 | CRX37 | $0.500 | 5,239.1 | nmole | $2,619.55 |
| 30110 | MY09 PRIMER | $0.400 | 4,733.0 | nmole | $1,893.20 |
| 30113 | GH26 | $0.500 | 4,822.0 | nmole | $2,411.00 |
| 30116 | SK111 PRIMER | $0.500 | 854.7 | nmole | $427.35 |
| 30118 | GH27 | $0.500 | 4,648.8 | nmole | $2,324.40 |
| 30120 | MY11 PRIMER | $0.500 | 1,214.5 | nmole | $607.25 |
| 30121 | GH29 | $0.500 | 5,800.5 | nmole | $2,900.25 |
| 30123 | DB130 | $0.500 | 5,166.8 | nmole | $2,583.40 |
| 30126 | SK112 PROBE | $0.500 | 1,992.0 | nmole | $996.00 |
| 30128 | UG21 | $0.500 | 2,681.9 | nmole | $1,340.95 |
| 30129 | UG19 | $0.500 | 3,680.0 | nmole | $1,840.00 |
| 30130 | PC04 PRIMER | $0.500 | 0.0 | nmole | $0.00 |
| 30133 | TC65 | $0.500 | 872.8 | nmole | $436.40 |
| 30136 | SK188 PROBE | $0.500 | 19,078.0 | nmole | $9,539.00 |
| 30138 | PDJ34 | $0.500 | 1,662.2 | nmole | $831.10 |
| 30140 | GH20 PRIMER | $0.500 | 4.8 | nmole | $2.40 |
| 30141 | PDJ66 | $0.500 | 1,987.8 | nmole | $993.90 |
| 30143 | PDJ67 | $0.500 | 3,710.6 | nmole | $1,855.30 |
| 30146 | SK145 PRIMER | $0.500 | 404.0 | nmole | $202.00 |
| 30148 | AW112 Purified | $0.500 | 4,929.0 | nmole | $2,464.50 |
| 30150 | SK431 PRIMER | $0.500 | 3,453.0 | nmole | $1,726.50 |
| 30152 | AW113 Purified | $0.500 | 7,128.0 | nmole | $3,564.00 |
| 30154 | AW111 Purified | $0.500 | 6,986.0 | nmole | $3,493.00 |
| 30155 | SK102 PROBE | $0.500 | 1,850.0 | nmole | $925.00 |
| 30160 | SK54 PRIMER | $0.500 | 0.0 | nmole | $0.00 |
| 30162 | AW116 Purified Stock | $0.500 | 4,884.0 | nmole | $2,442.00 |
| 30164 | AW117 Purified Stock | $0.500 | 5,594.0 | nmole | $2,797.00 |
| 30165 | SK55 PRIMER | $0.500 | 0.0 | nmole | $0.00 |
| 30168 | AW118 Purified Stock | $0.500 | 8,181.0 | nmole | $4,090.50 |
| 30170 | SK56 PRIMER | $0.500 | 963.3 | nmole | $481.65 |
| 30172 | AW119 Purified Stock | $0.500 | 6,808.0 | nmole | $3,404.00 |
| 30175 | SK43 PRIMER | $0.500 | 1,384.8 | nmole | $692.40 |
| 30180 | SK44 PRIMER | $0.500 | 666.4 | nmole | $333.20 |

FILE: D:\123R3\MONTH\REPORTS\MFG YY4 WK3

3 WALSH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06419

AS of : 00-Jun-9?

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 30182 | AW125 Purified Stock | $0.500 | 5,333.0 | nmole | $2,666.50 |
| 30185 | SK45 PROBE | $0.500 | 0.0 | nmole | $0.00 |
| 30190 | SK58 PRIMER | $0.500 | 0.0 | nmole | $0.00 |
| 30192 | AW104 Purified Stock | $0.500 | 5,371.0 | nmole | $2,685.50 |
| 30195 | SK59 PRIMER | $0.500 | 0.0 | nmole | $0.00 |
| 30197 | SK60 PROBE | $0.500 | 1,563.0 | nmole | $781.50 |
| 30220 | M13MP18 CONTROL | $70.000 | 3.2 | mg | $225.40 |
| 30230 | PM123 | $0.400 | 5,076.0 | nmole | $2,030.40 |
| 30240 | LABELING MIX I TAQ | $1.830 | 68.6 | ml | $125.54 |
| 30241 | LABELING MIX II MgCl | $1.200 | 354.0 | ml | $424.80 |
| 30242 | LABELING MIX III dNTP | $20.000 | 5.5 | ml | $110.00 |
| 30270 | TERM. MIX dNTP | NA | 479.5 | ml | $0.00 |
| 30272 | deaza TERM. MIX | NA | 18.9 | ml | $0.00 |
| 30286 | ddATP | $0.012 | 237,604.0 | nmole | $2,732.45 |
| 30287 | ddCTP | $0.012 | 27,705.6 | nmole | $318.61 |
| 30288 | ddGTP | $0.012 | 17,769.0 | nmole | $204.34 |
| 30289 | ddTTP | $0.012 | 365,580.0 | nmole | $4,204.17 |
| 30290 | deazaGTP | $0.068 | 6,146.0 | nmole | $417.93 |
| 30601 | UNG Enzyme | $0.001 | 1,154,975.0 | units | $866.23 |
| 30620 | Lambda DNA | $0.085 | 4,305.6 | ug | $365.98 |
| 30630 | PCR01 | $0.200 | 9,925.9 | nmole | $1,985.18 |
| 30640 | PCR02 | $0.200 | 42,313.4 | nmole | $8,462.68 |
| 30650 | nTAQ Pellet | $0.833 | 50,834.0 | g | $42,361.50 |
| 30655 | ATAQ Pellet | $0.833 | 1,051.0 | g | $875.83 |
| 30660 | nTAQ | $0.013 | 268,995.0 | units | $3,362.44 |
| 30662 | 62 kDa (Stoffel) | $0.001 | 13,440,000.0 | units | $10,080.00 |
| 30663 | rTth | $0.001 | 13,755,580.0 | units | $10,316.69 |
| 30664 | rTth PELLET | $6.450 | 775.0 | g | $4,999.75 |
| 30665 | AmpliTaq | $0.001 | 39,069,939.0 | units | $29,302.45 |
| 30670 | dATP | $0.290 | 3,821.0 | mg | $1,108.09 |
| 30674 | dCTP | $0.290 | 11,694.0 | mg | $3,391.26 |
| 30678 | dGTP | $0.290 | 4,996.0 | mg | $1,448.84 |
| 30682 | dTTP | $0.290 | 9,180.0 | mg | $2,662.20 |
| 30684 | dUTP | $0.459 | 10,455.0 | mg | $4,802.50 |
| 30720 | SLK-SCREEN SHEETS | $1.660 | 877.0 | sheet | $1,455.82 |
| 30724 | Control DNA 1,1,4 | NA | 333.4 | ug | $0.00 |
| 30725 | MEMBRANE | $0.486 | 20,160.0 | inch | $9,794.40 |
| 30726 | Primer CRX51 | NA | 5,321.9 | nmoles | $0.00 |
| 30727 | Primer CRX66 | NA | 4,940.5 | nmoles | $0.00 |
| 30732 | 10X PCR MIX BUF. | NA | 4.5 | vials | $0.00 |
| 30735 | 50uM RS134 | $9.000 | 114.5 | vials | $1,030.50 |
| 30740 | CNTRL DNA, 2,4 | $0.085 | 2,159.0 | ug | $183.52 |
| 30740 | CNTRL DNA, 3,3 | $0.085 | 826.0 | ug | $70.21 |
| 30740 | ALLELE, WT51 | NA | 510.0 | ug | $0.00 |
| 30741 | ALLELE, OOS | NA | 1,282.0 | ug | $0.00 |

FILE: D:\123R3\MONTHREPORTS\MFG NV4 WK3

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06420

30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 30742 | ALLELE, MGAR | NA | 250.0 | ug | $0.00 |
| 30744 | ALLELE, MOU | NA | 250.0 | ug | $0.00 |
| 30745 | 50uM RS135 | $9.000 | 24.5 | vials | $220.50 |
| 30746 | ALLELE, WT49 | NA | 1,844.0 | ug | $0.00 |
| 30750 | SA-HRP | $0.070 | 60,874.0 | ug | $4,261.18 |
| 30755 | 100mM dNTP BLEND | $1.000 | 94.8 | vials | $94.80 |
| 30780 | MINERAL OIL | $0.913 | 606.0 | vials | $552.98 |
| 30810 | RNAsin BULK | $0.007 | | units | $0.00 |
| 30820 | RT Enzyme | $0.001 | 4,260,000.0 | units | $5,912.88 |
| 30830 | CP107 | $0.050 | 125,440.0 | nmole | $6,272.00 |
| 30840 | JA02 | $0.150 | 7,074.8 | nmole | $1,061.22 |
| 30850 | DM152 | $0.450 | 0.0 | nmole | $0.00 |
| 30860 | DM151 | $0.450 | 442.0 | nmole | $198.90 |
| 30870 | RNA CONTROL STOCK 50 | NA | 26,200.0 | ml | $0.00 |
| 30880 | RNA CARRIER PURIFIED | $0.263 | 85,580.0 | ug | $22,507.54 |
| 30885 | RNA CARRIER CRUDE | NA | 0.0 | A260 units | $0.00 |
| 30920 | SK38 PRIMER | $0.097 | 2,133.3 | nmole | $206.93 |
| 30930 | SK39 PRIMER | $0.097 | 25,988.2 | nmole | $2,520.86 |
| 30940 | SK19 PROBE | $0.733 | 2,240.0 | nmole | $1,641.92 |
| 30945 | HIV POS. CNTRL DNA 10 | NA | 1,722.5 | ncopy | $0.00 |
| 30950 | HIV POS. CNTRL 100X | NA | 1.8 | ncopy | $0.00 |
| 30960 | HIV NEG. CNTRL | $0.054 | 71,490.0 | ug | $3,860.46 |
| 30965 | CRUDE HUM. PLAC. | $0.002 | 400,000.0 | ug | $800.00 |
| 31701 | PROBE 1 | $11.000 | | nmoles | $0.00 |
| 31702 | PROBE 2 | $11.000 | | nmoles | $0.00 |
| 31703 | PROBE 3 | $11.000 | | nmoles | $0.00 |
| 31704 | PROBE 4 | $11.000 | | nmoles | $0.00 |
| 31705 | PROBE 5 | $11.000 | | nmoles | $0.00 |
| 31706 | PROBE 6 | $11.000 | 77.5 | nmoles | $852.50 |
| 31707 | PROBE 7 | $11.000 | | nmoles | $0.00 |
| 31708 | PROBE 8 | $11.000 | | nmoles | $0.00 |
| 31709 | PROBE 9 | $11.000 | | nmoles | $0.00 |
| 41010 | Citric Acid | $0.006 | 1,500.0 | g | $9.69 |
| 41040 | Dextran Sulfate | $0.931 | 424.0 | g | $394.74 |
| 41100 | DTT, Dithiothreitol | $0.005 | 31,272.9 | mg | $158.24 |
| 41205 | EGTA | $0.595 | 239.7 | g | $142.62 |
| 41240 | Ethylene Glycol | $0.003 | 34,300.0 | ml | $117.31 |
| 41310 | Formamide | $0.058 | 1,100.0 | ml | $63.80 |
| 41400 | Glycerol | $0.025 | 12,115.0 | ml | $305.30 |
| 41450 | Glycine | $0.008 | 1,950.0 | g | $14.88 |
| 42040 | B-mercaptoethanol | $0.083 | 160.0 | ml | $13.20 |
| 43010 | MgCl | $0.013 | 178.4 | g | $2.39 |
| 43015 | MnCl | $0.000 | 97,772.0 | mg | $0.00 |
| 43050 | NP-40 | $0.149 | 379.6 | ml | $56.55 |

FILE: 0\1120R3\MONTH\REPORTS.MFG .INV4.WK3

B WALSH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06421

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 44000 | KOH | $0.006 | 0.0 | g | $0.00 |
| 44010 | KCl | $0.010 | 7,489.9 | g | $76.32 |
| 45000 | Potassium Phosphate, Mor | $0.011 | 500.0 | g | $5.43 |
| 45050 | Sodium Acetate | $0.006 | 0.0 | g | $0.00 |
| 47510 | Sodium Bicarbonate | $0.000 | 294,330.0 | mg | $1.07 |
| 47520 | Sodium Carbonate | $0.000 | 492,610.0 | mg | $2.49 |
| 47580 | SDS | $0.022 | 1,310.4 | g | $29.35 |
| 47600 | Sodium Hydroxide | $0.005 | 12,500.0 | g | $64.79 |
| 48000 | Soduim Phosphate, DB | $0.011 | 0.0 | g | $0.00 |
| 48010 | Soduim Phosphate, MNB | $0.007 | 35,817.1 | g | $246.17 |
| 48020 | Sucrose | $0.005 | 1,419.8 | g | $6.62 |
| 48485 | TMB | $9.200 | 178.1 | g | $1,638.52 |
| 48701 | Tween-20 | $0.600 | 1,263.2 | ml | $757.92 |
| 49505 | Urea | $0.002 | 6,720.0 | g | $12.73 |
| 49600 | Xylene Cyanol | $0.002 | 9,250.0 | mg | $15.22 |

**TOTAL WIP / RAW MATERIAL INVENTORY:** $294,514.40

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06422

AS OF:  30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 50050 | Vial, 2cc Amber | $0.127 | 4,231 | each | $537.55 |
| 50052 | Flip-Tear, 13mm Dark Blue | $0.066 | 3,074 | each | $202.76 |
| 50054 | Flip-Tear, 13mm Light Blue | NA | 192 | each | $0.00 |
| 50060 | Tube, Clear 0.6 ml | $0.012 | 128,425 | each | $1,541.10 |
| 50065 | Tube, Peach 0.6 ml | $0.030 | 22,909 | each | $687.27 |
| 50070 | Tube, Blue 0.6 ml | $0.030 | 66,884 | each | $2,006.52 |
| 50075 | Tube, 1.5mL Poly A | $0.030 | 57,270 | each | $1,718.10 |
| 50080 | Vial, 7.5ml Nalgene | $0.350 | 2,489 | each | $871.15 |
| 50085 | Tube, 2.0 ml, Sarstedt O-Ri | $0.115 | 962 | each | $110.85 |
| 50086 | Cap, 2.0 ml, Sarstedt Tube | $0.065 | 14,999 | each | $979.58 |
| 50087 | Tube, 0.5 ml, Sarstedt O-Ri | $0.143 | 10,970 | each | $1,572.11 |
| 50088 | Cap, 0.5 ml, Sarstedt Tube | $0.066 | 11,698 | each | $777.33 |
| 50090 | Vial, 1.5 ml Nalgene | $0.180 | 5,941 | each | $1,069.38 |
| 50091 | D1S80, Securitainer | $0.024 | 273 | each | $6.58 |
| 50092 | D1S80, Securitainer Cap | $0.028 | 273 | each | $7.75 |
| 50095 | Tube, Strip | $0.194 | 908 | each | $176.15 |
| 50096 | Cap, Tube Strip | $0.102 | 1,749 | each | $178.40 |
| 50750 | Vial, 20cc Amber | $0.220 | 209 | each | $46.04 |
| 50755 | Vial, 30ml Amber | $0.917 | 290 | each | $265.90 |
| 51610 | Flip-Tear, 20mm Dark Blue | $0.242 | 2,670 | each | $646.99 |
| 51800 | Stopper, 20mm Gray | NA | 2,197 | each | $0.00 |
| 51825 | Stopper, 13mm Gray | $0.029 | 5,670 | each | $166.70 |
| 53720 | Desiccant | $0.030 | 4,067 | each | $120.99 |
| 53721 | Desiccant 1/8 GM | NA | 3,714 | each | $0.00 |
| 54101 | Card Insert, GH46 | $0.235 | 268 | each | $62.98 |
| 54102 | Card Insert, pAW109 RNA | $0.460 | 0 | each | $0.00 |
| 54103 | Card Insert, GH50 | $0.235 | 248 | each | $58.23 |
| 54105 | Card Insert, SK110 | $0.046 | 832 | each | $38.27 |
| 54107 | Card Insert, CRX11 | $0.235 | 293 | each | $68.86 |
| 54109 | Card Insert, CRX37 | $0.235 | 273 | each | $64.16 |
| 54113 | Card Insert, GH26 | $0.235 | 258 | each | $60.63 |
| 54115 | Card Insert, SK111 | $0.046 | 833 | each | $38.32 |
| 54117 | Card Insert, GH27 | $0.235 | 0 | each | $0.00 |
| 54119 | Card Insert, GH29 | $0.235 | 293 | each | $68.86 |
| 54120 | Card Insert, MY09 | $0.111 | 299 | each | $33.19 |
| 54123 | Card Insert, DB130 | $0.235 | 293 | each | $68.86 |
| 54125 | Card Insert, SK112 | $0.046 | 833 | each | $38.32 |
| 54127 | Card Insert, UG21 | $0.235 | 258 | each | $60.63 |
| 54129 | Card Insert, UG19 | $0.235 | 248 | each | $58.23 |
| 54130 | Card Insert, MY11 | $0.111 | 291 | each | $32.30 |
| 54135 | Card Insert, SK188 | $0.046 | 833 | each | $38.32 |
| 54140 | Card Insert, PC04 | $0.111 | 679 | each | $75.37 |
| 54145 | Card Insert, SK145 | $0.046 | 778 | each | $35.79 |
| 54150 | Card Insert, GH20 | $0.111 | 670 | each | $74.37 |
| 54151 | Card Insert, SK431 | $0.046 | 778 | each | $35.79 |
| 54155 | Card Insert, SK102 | $0.046 | 831 | each | $38.23 |

FILE: D:\123R2\MONTHREPORTS\MFG_INV4.WK3

B. WALSH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06423

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 54160 | Bag, Zip-Loc, 3x4 | $0.053 | 8,881 | each | $469.36 |
| 54161 | Card Insert, SK54 | $0.046 | 833 | each | $38.32 |
| 54162 | Bag, Zip-Loc, 2x2 | NA | 999 | each | $0.00 |
| 54165 | Card Insert, SK55 | $0.046 | 833 | each | $38.32 |
| 54170 | Card Insert, SK56 | $0.046 | 833 | each | $38.32 |
| 54175 | Card Insert, SK43 | $0.046 | 833 | each | $38.32 |
| 54180 | Card Insert, SK44 | $0.046 | 833 | each | $39.32 |
| 54185 | Card Insert, SK45 | $0.046 | 833 | each | $38.32 |
| 54190 | Card Insert, SK58 | $0.046 | 832 | each | $38.27 |
| 54195 | Card Insert, SK59 | $0.046 | 832 | each | $38.27 |
| 54197 | Card Insert, SK60 | $0.046 | 832 | each | $38.27 |
| 54602 | Card Insert, 10X Buffer | $0.121 | 5,164 | each | $624.84 |
| 54603 | Card Insert, dNTP | $0.130 | 6,374 | each | $828.62 |
| 54604 | Card Insert, Lambda Contrc | $0.111 | 116 | each | $12.88 |
| 54605 | Card Insert, 10X+MgCl2 | $0.098 | 2,881 | each | $283.00 |
| 54615 | Foam, Bottom, 14-Hole | $0.154 | 3,170 | each | $486.91 |
| 54630 | Box, Colored | $0.320 | 3,766 | each | $1,203.43 |
| 54640 | Box, Clear | $0.453 | 170 | each | $77.01 |
| 54701 | Box, Forensic Generic Kit | $0.780 | 880 | each | $686.40 |
| 54702 | Foam, Forensic Generic Kit | $0.520 | 755 | each | $392.60 |
| 54703 | Foam Pad, Forensic Gener | $0.130 | 784 | each | $101.92 |
| 54705 | Outer Kit Carton, Base | $3.199 | 761 | each | $2,434.44 |
| 54710 | Outer Kit Carton, Lid | NA | 769 | each | $0.00 |
| 54715 | Corner Piece | NA | 2,035 | each | $0.00 |
| 54718 | Bag, Typing Tray | $0.142 | 194 | each | $27.55 |
| 54719 | Carton, Typing Tray | $0.500 | 443 | each | $221.50 |
| 54720 | Typing Tray, Base | $0.640 | 4,584 | each | $2,933.76 |
| 54721 | Typing Tray, Lid | $0.990 | 6,587 | each | $6,521.13 |
| 54725 | Inner Carton, Base | $2.526 | 744 | each | $1,879.34 |
| 54730 | Inner Carton, Kid | NA | 726 | each | $0.00 |
| 54735 | Inner Cardboard, Tary | $0.536 | 667 | each | $357.51 |
| 54740 | Cover Card | $0.525 | 333 | each | $174.83 |
| 54743 | Bag, Mylar | $0.365 | 963 | each | $351.50 |
| 54744 | Bag, Reaction Tube | $0.120 | 812 | each | $97.75 |
| 54746 | Bag, Zip-loc, 9x12 | $0.088 | 540 | each | $47.29 |
| 54747 | Bag, Poly, 14x20 | $0.041 | 62 | each | $2.56 |
| 54748 | Bag, DQA Gen. Kit | $0.040 | 1,239 | each | $49.56 |
| 54750 | Foam, Inner Box | $0.166 | 737 | each | $122.05 |
| 54755 | Foam, Inner Tray | $0.107 | 724 | each | $77.11 |
| 54760 | Jar, Poly | $0.610 | 0 | each | $0.00 |
| 54761 | Lid, Poly | NA | 0 | each | $0.00 |
| 54762 | Die-cut T-lam Foam | $0.140 | 0 | each | $0.00 |
| 54763 | Gasket Disc | $0.050 | 67 | each | $3.35 |
| 54764 | Jar, Poly - 007 | NA | 130 | each | $0.00 |
| 54765 | Lid, Poly - 007 | NA | 130 | each | $0.00 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06424

PACKAGING MATERIAL INVENTORY STATUS
AS OF: 30-Jun-91

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 55000 | Label, DM156 | NA | 771 | each | $0.00 |
| 55002 | Label, DM135 | NA | 777 | each | $0.00 |
| 55004 | Label, DM136 | NA | 780 | each | $0.00 |
| 55006 | Label, AW158 | NA | 774 | each | $0.00 |
| 55008 | Label, AW139 | NA | 771 | each | $0.00 |
| 55010 | Label, AW155 | NA | 781 | each | $0.00 |
| 55012 | Label, AW157 | NA | 755 | each | $0.00 |
| 55101 | Label, GH46 | NA | 731 | each | $0.00 |
| 55103 | Label, GH50 | NA | 739 | each | $0.00 |
| 55104 | Lable, PDJ83 | NA | 728 | each | $0.00 |
| 55105 | Label, SK110 | $0.006 | 497 | each | $3.21 |
| 55107 | Label, CRX11 | $0.006 | 746 | each | $4.82 |
| 55109 | Label, CRX37 | $0.006 | 770 | each | $4.97 |
| 55110 | Label, GeneAmp Reagents | $0.579 | 2,184 | each | $1,264.54 |
| 55111 | Side Sticker, GeneAmp Re: | $0.057 | 1,989 | each | $112.80 |
| 55113 | Label, GH27 | NA | 728 | each | $0.00 |
| 55115 | Label, SK111 | $0.006 | 3,782 | each | $24.43 |
| 55117 | Label, GH27 | NA | 740 | each | $0.00 |
| 55119 | Label, GH29 | NA | 773 | each | $0.00 |
| 55120 | Label, MY09 Primer | $0.016 | 3,756 | each | $59.98 |
| 55123 | Label, DB130 | NA | 768 | each | $0.00 |
| 55125 | Label, SK112 | $0.006 | 497 | each | $3.21 |
| 55127 | Label, UG21 | NA | 763 | each | $0.00 |
| 55129 | Label, UG19 | NA | 719 | each | $0.00 |
| 55130 | Label, MY11 Primer | $0.016 | 3,777 | each | $60.32 |
| 55133 | Label, TC65 | NA | 769 | each | $0.00 |
| 55135 | Label, SK188 | $0.006 | 497 | each | $3.21 |
| 55137 | Label, PDJ34 | NA | 762 | each | $0.00 |
| 55139 | Label, PDJ66 | NA | 993 | each | $0.00 |
| 55140 | Label, PC04 Primer | $0.016 | 3,457 | each | $55.21 |
| 55143 | Label, PDJ67 | NA | 544 | each | $0.00 |
| 55145 | Label, SK145 | $0.023 | 1,051 | each | $23.84 |
| 55147 | Label, AW112 | NA | 759 | each | $0.00 |
| 55149 | Label, AW113 | NA | 757 | each | $0.00 |
| 55150 | Label, GH20 Primer | $0.016 | 3,512 | each | $56.09 |
| 55151 | Label, SK431 | $0.023 | 759 | each | $17.21 |
| 55153 | Label, AW111 | NA | 739 | each | $0.00 |
| 55155 | Label, SK102 | $0.006 | 497 | each | $3.21 |
| 55157 | Label, GM20 | NA | 760 | each | $0.00 |
| 55159 | Label, AW116 | NA | 772 | each | $0.00 |
| 55160 | Label, SK54 | $0.023 | 781 | each | $17.77 |
| 55163 | Label, AW117 | NA | 759 | each | $0.00 |
| 55165 | Label, SK55 | $0.023 | 819 | each | $19.57 |
| 55167 | Label, AW118 | NA | 757 | each | $0.00 |
| 55169 | Label, AW119 | NA | 761 | each | $0.00 |

FILE: C:\123R3\MONTH REPORTS\MFG_INVENTRY3

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06425