| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 55170 | Label, SK56 | $0.023 | 770 | each | $17.46 |
| 55175 | Label, SK43 | $0.006 | 496 | each | $3.20 |
| 55179 | Label, AW125 | NA | 754 | each | $0.00 |
| 55180 | Label, SK44 | $0.006 | 0 | each | $0.00 |
| 55183 | Label, AW126 | NA | 774 | each | $0.00 |
| 55185 | Label, SK45 | $0.023 | 749 | each | $16.99 |
| 55187 | Label, AW102 | NA | 759 | each | $0.00 |
| 55189 | Label, AW104 | NA | 772 | each | $0.00 |
| 55190 | Label, SK58 | $0.023 | 263 | each | $5.96 |
| 55193 | Label, DM155 | NA | 764 | each | $0.00 |
| 55195 | Label, SK59 | $0.006 | 3,706 | each | $23.94 |
| 55197 | Label, SK60 | $0.023 | 606 | each | $13.74 |
| 55205 | Package Insert, Sequencing | $1.090 | 1,858 | each | $2,025.22 |
| 55207 | Package Insert, deaza Mix | $0.760 | 0 | each | $0.00 |
| 55210 | Label, Sequencing Kit | $0.343 | 4,753 | each | $1,630.28 |
| 55215 | Side Sticker, Sequencing K | $0.032 | 5,313 | each | $169.75 |
| 55220 | Label, M13mp18 Control | $0.012 | 5,263 | each | $63.87 |
| 55230 | Label, Sequencing Primer | $0.012 | 5,271 | each | $65.10 |
| 55240 | Label, Labeling Mix | $0.012 | 5,314 | each | $64.49 |
| 55250 | Label, Stopping Solution | $0.012 | 8,923 | each | $108.28 |
| 55270 | Label, A Termination Mix | $0.012 | 5,684 | each | $68.98 |
| 55272 | Label, deaza A TERM Mix | $0.029 | 645 | each | $18.73 |
| 55274 | Label, C Termination Mix | $0.012 | 5,895 | each | $71.54 |
| 55276 | Label, deaza C TERM Mix | $0.029 | 653 | each | $18.96 |
| 55278 | Label, G Termination Mix | $0.012 | 5,880 | each | $71.35 |
| 55280 | Label, deaza G TERM Mix | $0.029 | 623 | each | $18.09 |
| 55282 | Label, T Termination Mix | $0.012 | 5,872 | each | $71.26 |
| 55284 | Label, deaza T TERM Mix | $0.029 | 719 | each | $20.88 |
| 55600 | Label, Taq | $0.015 | 10,100 | each | $154.03 |
| 55601 | Label, UNG | $0.040 | 6,509 | each | $259.97 |
| 55602 | Label, Buffer | $0.015 | 8,309 | each | $126.71 |
| 55603 | Label, 10X Buffer II | $0.024 | 730 | each | $17.67 |
| 55604 | Label, dATP | $0.023 | 14,343 | each | $324.15 |
| 55505 | Package Insert, PCR C-O K | $0.280 | 5,348 | each | $1,497.44 |
| 55606 | Label, dCTP | $0.023 | 14,360 | each | $324.54 |
| 55607 | Label, PCR C-O Kit | $1.340 | 2,376 | each | $3,183.84 |
| 55608 | Label, dGTP | $0.012 | 8,679 | each | $105.62 |
| 55609 | SS, PCR C-O Kit | $0.285 | 5,510 | each | $1,570.35 |
| 55610 | Label, dTTP | $0.024 | 15,097 | each | $366.25 |
| 55611 | Label, MgCl2 25mM | $0.028 | 2,856 | each | $80.97 |
| 55612 | Label, Control Template | $0.015 | 10,913 | each | $159.24 |
| 55613 | Label, dUTP | $0.040 | 942 | each | $37.62 |
| 55614 | Label, PCR 01 | $0.014 | 2,204 | each | $31.74 |
| 55616 | Label, PCR 02 | $0.015 | 9,965 | each | $144.69 |
| 55617 | Label, nTaq Kit | $0.191 | 1,238 | each | $236.46 |
| 55619 | Side Sticker, nTaq | $0.057 | 2,626 | each | $148.92 |

FILE  C:\173RD\MONTH\REPORTS.MFG .NV4 WK3                                    B  WALSH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06426

| P/N | ITEM | STD COST | QTY OH | UOM | VALUE |
|---|---|---|---|---|---|
| 55621 | Side Sticker, ATaq | $0.036 | 6,902 | each | $249.85 |
| 55622 | Label, ATAQ | $0.015 | 33,352 | each | $484.27 |
| 55623 | Label, ATAQ KIT | $0.359 | 4,941 | each | $1,773.82 |
| 55625 | Label, Core Kit | $0.018 | 3,668 | each | $66.57 |
| 55627 | Side Sticker, Core Kit | $0.069 | 3,952 | each | $273.48 |
| 55630 | Package Insert, nTaq Kit | $0.850 | 2,667 | each | $2,266.95 |
| 55633 | Label, Sequencing ATaq 2 | $0.036 | 685 | each | $24.41 |
| 55635 | Package Insert, AmpliTaq F | $0.280 | 4,290 | each | $1,201.20 |
| 55637 | Package Insert, Core Kit | $0.240 | 9,910 | each | $2,378.40 |
| 55640 | Package Insert, nTaq | $0.220 | 4,485 | each | $986.70 |
| 55644 | Label, Sequencing ATaq 1 | $0.036 | 0 | each | $0.00 |
| 55645 | Package Insert, AmpliTaq | $0.135 | 34,822 | each | $4,700.97 |
| 55646 | Label, Blank | $0.019 | 14,427 | each | $277.14 |
| 55651 | Label, MnCl | $0.068 | 3,846 | each | $261.68 |
| 55655 | Package Insert, Sequencing | $0.460 | 1,868 | each | $859.28 |
| 55662 | Label, Stoffel 62kDa Enzym | $0.120 | 4,133 | each | $495.17 |
| 55663 | Label, rTth | $0.029 | 3,336 | each | $95.28 |
| 55664 | Package Insert, Stoffel | $0.500 | 2,091 | each | $1,045.50 |
| 55672 | Label, ATaq Ambient | $0.027 | 8,012 | each | $218.09 |
| 55690 | Label, 10X Buffer | NA | 11,538 | each | $0.00 |
| 55691 | Label, 10X RT Buffer | $0.029 | 3,500 | each | $99.96 |
| 55692 | Label, 10X Stoffel buffer | $0.066 | 5,439 | each | $357.89 |
| 55694 | Label, 10X Chelating Buffe | $0.029 | 4,179 | each | $119.35 |
| 55702 | Label, Packaged Strip Tray | $0.030 | 636 | each | $19.30 |
| 55703 | Label, Bulk Tubed Strips | $0.025 | 4,479 | each | $110.90 |
| 55704 | Label, PCR Mix | $0.038 | 0 | each | $0.00 |
| 55706 | Label, Control DNA 1.1,4 | NA | 3,547 | each | $0.00 |
| 55707 | Label, Control DNA 3,3 | $0.027 | 2,285 | each | $60.78 |
| 55708 | Label, SA-HRP | $0.031 | 1,378 | each | $43.27 |
| 55709 | Package Insert, Typing Tra | $0.276 | 820 | each | $226.32 |
| 55710 | Label, TMB | $0.060 | 541 | each | $32.46 |
| 55711 | Label, MCT118 Kit | $0.437 | 707 | each | $308.96 |
| 55712 | Label, MgCl2 | $0.060 | 1,760 | each | $105.60 |
| 55713 | Label, DQa 50-Test Kit | $0.285 | 5,031 | each | $1,433.84 |
| 55714 | Label, Mineral Oil | $0.036 | 5,485 | each | $199.38 |
| 55716 | Label, AmpliType Kit | $0.032 | 5,235 | each | $169.35 |
| 55717 | Label, TMB 30 ml | $0.036 | 6,447 | each | $234.35 |
| 55718 | Label, PCR Jar | $0.252 | 513 | each | $129.28 |
| 55719 | Label, PCR Mix | $0.252 | 541 | each | $136.33 |
| 55720 | Label, Typing Tray Box | $0.285 | 5,169 | each | $1,473.17 |
| 55721 | Package Insert, DQa Bulk | $1.940 | 1,084 | each | $2,102.96 |
| 55722 | Side Sticker, Typing Tray | $0.420 | 187 | each | $78.54 |
| 55723 | Side Sticker, D1S80 Kit | $0.151 | 639 | each | $96.32 |
| 55723 | Package Insert, D1S80 Kit | NA | 341 | each | $0.00 |
| 55730 | Protocol Card | $1.100 | 1,296 | each | $1,425.60 |
| 55732 | Label, D1S80 PCR Mix | $0.081 | 632 | each | $51.10 |
| 55733 | Label, Reaction Tube | $0.036 | 6,798 | each | $247.11 |

B WALSH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06427

CATEGORY 1-strains used by the PCR Business that are owed by the Seller or are in the public domain.

1  ACCN--Accession Number        3993
   USER--Basis User ID           COOKSEY
   TYPE--Type                    Bacteria
   CMCC--CMCC/CTCC Number        3525
   NAME--Name or Genus           Thermotoga maritima
     SOU--Source                 DSM: Deutsche Sammlung von
                                 Mikroorganismen und Zellkulturen
                                 GmbH
   RTS--Rights of Ownership      Public
     CC--Culture Characteristics Gram negative, anaerobic,
                                 thermophilic, non-sporulating
                                 marine bacterium; Can be
                                 pleomorphic
   USE--Primary Use              Search for thermostable RNA
                                 polymerase for use in PCR
   LIT--Literature Citation      Arch. Microbiol. (1986) 144:
                                 324-333; FEMS Microbiology Letters
                                 37: 121-127 (1986)
   DEP--Depositor                Gelfand,D.; Belt,A.


2  ACCN--Accession Number        4299
   USER--Basis User ID           BRYANTV
   TYPE--Type                    Plasmid
   CMCC--CMCC/CTCC Number        3811
   NAME--Name or Genus           pFC102
   SOU--Source                   Inhouse
   RTS--Rights of Ownership      Cetus
   USE--Primary Use              Expression
   DEP--Depositor                Lawyer.F.


3  ACCN--Accession Number        4310
   USER--Basis User ID           BRYANTV
   TYPE--Type                    Bacteria
   CMCC--CMCC/CTCC Number        3830
   NAME--Name or Genus           Legionella pneumonophila
   SOU--Source                   ATCC, Dr. Richard Miller
   RTS--Rights of Ownership      Public
     CC--Culture Characteristics Colonies bluish white to cream,
                                 semitranslucent; Cells very long,
                                 gram negative rods
   USE--Primary Use              For development of environmental
                                 PCR kit for Legionella
   LIT--Literature Citation      J Am Water Works Assoc 80.2:78-86.
                                 1988; Standard Methods for
                                 Examination of Water and Wastewater.
                                 9-149-9-153, 1989
   DEP--Depositor                Picone,T.

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06428

4   ACCN--Accession Number       4311
    USER--Basis User ID        BRYANTV
    TYPE--Type              Bacteria
    CMCC--CMCC/CTCC Number       3846
    NAME--Name or Genus        Legionella pneumophila pneumophila
    SOU--Source            ATCC
    RTS--Rights of Ownership    Public
    CC--Culture Characteristics  Colonies circular, entire, flat,
                        blue-white and translucent at edges,
                        creamy and more opaque at centers;
                        Cells very long, gram negative rods
    USE--Primary Use        For development of environmental
                    PCR kit for Legionella
    LIT--Literature Citation    J Am Water Works Assoc 80,2:78-86,
                    1988; Standard Methods for
                    Examination of Water and Wastewater,
                    9-149-9-153, 1989
    DEP--Depositor         Picone,T.

5   ACCN--Accession Number       4469
    USER--Basis User ID        BRYANTV
    TYPE--Type              Bacteria
    CMCC--CMCC/CTCC Number       3828
    NAME--Name or Genus        Legionella pneumophila
    SOU--Source            Dr. Richard Miller, ATCC
    RTS--Rights of Ownership    Public
    USE--Primary Use        For development of environmental
                    PCR kit for Legionella
    LIT--Literature Citation    J Am Water Works Assoc, Vol 80,
                    Issue 2, 1988, 78-86; Standard
                    Methods for Examination of Water
                    and Wastewater, 1989, 9-149 to
                    9-153
    DEP--Depositor         Picone,T.

6   ACCN--Accession Number       4470
    USER--Basis User ID        BRYANTV
    TYPE--Type              Bacteria
    CMCC--CMCC/CTCC Number       3829
    NAME--Name or Genus        Legionella pneumophila
    SOU--Source            Dr. Richard Miller, ATCC
    RTS--Rights of Ownership    Public
    USE--Primary Use        For development of environmental
                    PCR kit for Legionella
    LIT--Literature Citation    J Am Water Wroks Assoc, Vol 80,
                    Issue 2, 1988, 78-86; Standard
                    Methods for Examination of Water
                    and Wastewater, 1989, 9-149 to
                    9-153
    DEP--Depositor         Picone,T.

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06429

7   ACCN--Accession Number        4487
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3893
    NAME--Name or Genus           Thiomicrospira crunogena
    SOU--Source                   ATCC
    RTS--Rights of Ownership      Public
    USE--Primary Use              Development of PCR kit for
                                  Legionella
    DEP--Depositor                Picone,T.

8   ACCN--Accession Number        4544
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3842
    NAME--Name or Genus           Legionella jordanis
    SOU--Source                   Dr. Richard Miller, U. Kentucky
    RTS--Rights of Ownership      Public
    CC--Culture Characteristics   Off-white, entire colonies, gram
                                  negative rods
    USE--Primary Use              PCR environmental ID kits
    DEP--Depositor                Picone,T.

9   ACCN--Accession Number        4545
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3840
    NAME--Name or Genus           Legionella gormanii
    SOU--Source                   Dr. Richard Miller, U. Kentucky
    RTS--Rights of Ownership      Public
    CC--Culture Characteristics   Off-white, entire colonies, gram
                                  negative rods
    USE--Primary Use              PCR environmental ID kits
    DEP--Depositor                Picone,T.

10  ACCN--Accession Number        4546
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3955
    NAME--Name or Genus           Legionella sainthelensi
    SOU--Source                   ATCC
    RTS--Rights of Ownership      Public
    CC--Culture Characteristics   Off-white, entire colonies, gram
                                  negative rods
    USE--Primary Use              PCR environmental ID kits
    DEP--Depositor                Picone,T.

11  ACCN--Accession Number        4547
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06430

```
     CMCC--CMCC/CTCC Number        3954
     NAME--Name or Genus          Legionella israelensis
     SOU--Source                  ATCC
     RTS--Rights of Ownership      Public
     CC--Culture Characteristics  Off-white, entire colonies, gram
                                  negative rods
     USE--Primary Use             PCR environmental ID kits
     DEP--Depositor               Picone,T.

12   ACCN--Accession Number        4548
     USER--Basis User ID          BRYANTV
     TYPE--Type                   Bacteria
     CMCC--CMCC/CTCC Number        3953
     NAME--Name or Genus          Legionella jamestowniensis
     SOU--Source                  ATCC
     RTS--Rights of Ownership      Public
     CC--Culture Characteristics  Off-white, entire colonies, gram
                                  negative rods
     USE--Primary Use             PCR environmental ID kits
     DEP--Depositor               Picone,T.

13   ACCN--Accession Number        4549
     USER--Basis User ID          BRYANTV
     TYPE--Type                   Bacteria
     CMCC--CMCC/CTCC Number        3952
     NAME--Name or Genus          Legionella spiritensis
     SOU--Source                  ATCC
     RTS--Rights of Ownership      Public
     CC--Culture Characteristics  Off-white, entire colonies, gram
                                  negative rods
     USE--Primary Use             PCR environmental ID kits
     DEP--Depositor               Picone,T.

14   ACCN--Accession Number        4550
     USER--Basis User ID          BRYANTV
     TYPE--Type                   Bacteria
     CMCC--CMCC/CTCC Number        3951
     NAME--Name or Genus          Legionella rubrilucens
     SOU--Source                  ATCC
     RTS--Rights of Ownership      Public
     CC--Culture Characteristics  Off-white, entire colonies, gram
                                  negative rods
     USE--Primary Use             PCR environmental ID kits
     DEP--Depositor               Picone,T.
```

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06431

CATEGORY 2-strains used by the PCR Business that are owned by third parties (number 1 through 7) or whose ownership is uncertain (number 8 onward).

1   ACCN--Accession Number        3949
    USER--Basis User ID           STRAIN;BELT;STRAIN
    TYPE--Type                    Plasmid
    CMCC--CMCC/CTCC Number    .   3553
    NAME--Name or Genus           pHPV33
    SOU--Source                   Orth,G.,Pasteur Institute
    RTS--Rights of Ownership      Pasteur Institute
    USE--Primary Use              PCR
    LIT--Literature Citation      Cole and Streeck,J. of Virol. 58:
                            991 (1986); Nature 321: 246 (1986)
    DEP--Depositor                Ting,Y.

2   ACCN--Accession Number        3971
    USER--Basis User ID           COOKSEY
    TYPE--Type                    Plasmid
    CMCC--CMCC/CTCC Number        3552
    NAME--Name or Genus           pEKMDA2.1
    SOU--Source                   ATCC
    RTS--Rights of Ownership      White,R. and Nakamura,Y., Howard
                            Hughes Medical Institute,University
                            of Utah
    USE--Primary Use              PCR analysis
    LIT--Literature Citation      Science 236: 1100-1102 (1987)
    DEP--Depositor                Higuichi,R.; Griffith,B.

3   ACCN--Accession Number        4090
    USER--Basis User ID           PARDEE;LEEG;DANDRES
    TYPE--Type                    Cell Line
    CMCC--CMCC/CTCC Number        10687
    NAME--Name or Genus           MM-105
    SOU--Source                   Barrington,B., Fred Hutchinson
                            Cancer Research Center, Seattle
    RTS--Rights of Ownership      Fred Hutchinson Cancer Research
                            Center, Seattle, Washington
    CC--Culture Characteristics   DQA typing 4,4
    USE--Primary Use              PCR Screening
    DEP--Depositor                Bugawan,D.

4   ACCN--Accession Number        4303
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Plasmid
    CMCC--CMCC/CTCC Number        3808
    NAME--Name or Genus           pHPV42
    SOU--Source                   Dr. Gerard Orth, Pasteur Institute
    RTS--Rights of Ownership      Limited availability
    USE--Primary Use              PCR probes

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06432

LIT--Literature Citation      Virology, 61:374-384, 1987
DEP--Depositor      Manos,M.; Bauer,H.

5   ACCN--Accession Number      4304
USER--Basis User ID      BRYANTV
TYPE--Type      Plasmid
CMCC--CMCC/CTCC Number      3809
NAME--Name or Genus      pHPV45
SOU--Source      Dr. Keni Shah, John Hopkins
         University
RTS--Rights of Ownership      Limited availability
USE--Primary Use      PCR probes
LIT--Literature Citation      J Gen Virol 68:3073-3079, 1987
DEP--Depositor      Manos,M.; Bauer,H.

6   ACCN--Accession Number      4305
USER--Basis User ID      BRYANTV
TYPE--Type      Plasmid
CMCC--CMCC/CTCC Number      3810
NAME--Name or Genus      pHPV52
SOU--Source      Dr. Wayne Lancaster, Georgetown
         University Medical Center
RTS--Rights of Ownership      Limited availability
USE--Primary Use      PCR probes
LIT--Literature Citation      J Gen Virol 69:2925-2928, 1988
DEP--Depositor      Manos,M.; Bauer,H.

7   ACCN--Accession Number      4315
USER--Basis User ID      STRAIN
TYPE--Type      Plasmid
CMCC--CMCC/CTCC Number      3817
NAME--Name or Genus      pHPV39
SOU--Source      Dr. Gerard Orth, Pasteur Institute
RTS--Rights of Ownership      Limited availability
USE--Primary Use      PCR probes
LIT--Literature Citation      Virology 161:374-384, 1987
DEP--Depositor      Manos,M.; Bauer,H.

8   ACCN--Accession Number      4050
USER--Basis User ID      PARDEE
TYPE--Type      Cell Line
CMCC--CMCC/CTCC Number      10674
NAME--Name or Genus      LG-2
SOU--Source      Fred Hutchinson Cancer Research
         Center
RTS--Rights of Ownership      Uncertain
USE--Primary Use      PCR Screening
DEP--Depositor      Bugawan,D.

9   ACCN--Accession Number      4052

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06433

```
        USER--Basis User ID          PARDEE:LEEG:DANDRES
        TYPE--Type                   Cell Line
        CMCC--CMCC/CTCC Number           10678
        NAME--Name or Genus              SU-DHL-6
        SOU--Source                  Epstein,A.,University of Southern
                                         California, Los Angeles, CA
        RTS--Rights of Ownership     Uncertain
        CC--Culture Characteristics  DQA typing 1,2,3
        USE--Primary Use             PCR
        DEP--Depositor               Kawasaki,E


10  ACCN--Accession Number          4192
        USER--Basis User ID          PARDEE:LEEG:PARDEE
        TYPE--Type                   Cell Line
        CMCC--CMCC/CTCC Number           10705
        NAME--Name or Genus              DKB
        SOU--Source                  Fred Hutchinson Cancer Research
                                         Center, Seattle, WA
        RTS--Rights of Ownership     Uncertain
        USE--Primary Use             PCR Screening
        DEP--Depositor               Bugawan,D.


11  ACCN--Accession Number          4194
        USER--Basis User ID          PARDEE:LEEG:PARDEE
        TYPE--Type                   Cell Line
        CMCC--CMCC/CTCC Number           10725
        NAME--Name or Genus              FPF
        SOU--Source                  Denny,D., Stanford, Palo Alto
        RTS--Rights of Ownership     Uncertain
        CC--Culture Characteristics  EBV transformed lymphoid line
        USE--Primary Use             PCR Screening
        DEP--Depositor               Bugawan,D.


12  ACCN--Accession Number          4195
        USER--Basis User ID          PARDEE
        TYPE--Type                   Cell Line
        CMCC--CMCC/CTCC Number           10718
        NAME--Name or Genus              OOS
        SOU--Source                  Denney,D., Stanford University,
                                         Palo Alto, CA
        RTS--Rights of Ownership     Uncertain
        CC--Culture Characteristics  EBV transformed lymphoid line
        USE--Primary Use             PCR Screening
        DEP--Depositor               Saiki,R.


13  ACCN--Accession Number          4196
        USER--Basis User ID          PARDEE:STRAIN.LEEG.PARDEE
        TYPE--Type                   Cell Line
        CMCC--CMCC/CTCC Number           10679
        NAME--Name or Genus              USC-DHL-1
```

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06434

```
        SOU--Source              Epstein,A.,University of Southern
                                California, Los Angeles CA
     RTS--Rights of Ownership      Uncertain
     CC--Culture Characteristics  Malignant lymphoma
     USE--Primary Use             PCR Screening
     LIT--Literature Citation     Cancer Genetics and Cytogenetics
                                14:205-218
     DEP--Depositor               Kawasaki,E.

14    ACCN--Accession Number        4203
     USER--Basis User ID          PARDEE:LEEG:PARDEE
     TYPE--Type                   Cell Line
     CMCC--CMCC/CTCC Number          10719
     NAME--Name or Genus          CRK
     SOU--Source                  Fred Hutchinson Cancer Center,
                                Seattle, WA
     RTS--Rights of Ownership      Uncertain
     CC--Culture Characteristics  EBV transformed lymphoblast
     USE--Primary Use             PCR Screening
     DEP--Depositor               Bugawan,D.

15.    ACCN--Accession Number        4204
     USER--Basis User ID          PARDEE:LEEG:PARDEE
     TYPE--Type                   Cell Line
     CMCC--CMCC/CTCC Number          10702
     NAME--Name or Genus          MAD
     SOU--Source                  Fred Hutchinson Cancer Center,
                                Seattle, WA
     RTS--Rights of Ownership      Uncertain
     CC--Culture Characteristics  EBV transformed lymphoblast
     USE--Primary Use             PCR Screening
     DEP--Depositor               Bugawan,D.

16    ACCN--Accession Number        4205
     USER--Basis User ID          PARDEE:LEEG:PARDEE
     TYPE--Type                   Cell Line
     CMCC--CMCC/CTCC Number          10721
     NAME--Name or Genus          LUY
     SOU--Source                  Fred Hutchinson Cancer Research
                                Center, Seattle, WA
     RTS--Rights of Ownership      Uncertain
     CC--Culture Characteristics  EBV transformed lymphoblast
     USE--Primary Use             PCR Screening
     DEP--Depositor               Bugawan,D.

17    ACCN--Accession Number        4219
     USER--Basis User ID          LEEG
     TYPE--Type                   Cell Line
     CMCC--CMCC/CTCC Number          10746
     NAME--Name or Genus          WT-87
```

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06435

```
       SOU--Source              Denney,D., Stanford University
       CC--Culture Characteristics  EBV Transformed lymphoblast
       USE--Primary Use         PCR Screening
       DEP--Depositor           Saiki,R.

18   ACCN--Accession Number      4220
       USER--Basis User ID       LEEG
       TYPE--Type                Cell Line
       CMCC--CMCC/CTCC Number       10743
       NAME--Name or Genus       HAR
       SOU--Source              Denney,D., Stanford University
       RTS--Rights of Ownership   Uncertain
       CC--Culture Characteristics  EBV Transformed lymphoblast
       USE--Primary Use         PCR Screening
       DEP--Depositor           Bugawan,D.

19   ACCN--Accession Number      4221
       USER--Basis User ID       LEEG;PARDEE
       TYPE--Type                Cell Line
       CMCC--CMCC/CTCC Number       10745
       NAME--Name or Genus       ARC
       SOU--Source              Fred Hutchinson Cancer Center,
                                Seattle, WA
       RTS--Rights of Ownership   Uncertain
       CC--Culture Characteristics  EBV Transformed lymphoblast
       USE--Primary Use         PCR Screening
       DEP--Depositor           Bugawan,D.

20   ACCN--Accession Number      4243
       USER--Basis User ID       LEEG;PARDEE
       TYPE--Type                Cell Line
       CMCC--CMCC/CTCC Number       10755
       NAME--Name or Genus       BTB
       SOU--Source              Fred Hutchinson Cancer Research
                                Center, Seattle, WA
       RTS--Rights of Ownership   Uncertain
       CC--Culture Characteristics  EBV transformed lymphoblast
       USE--Primary Use         PCR screening
       DEP--Depositor           Bugawan,D.

21   ACCN--Accession Number      4246
       USER--Basis User ID       PARDEE;LEEG
       TYPE--Type                Cell Line
       CMCC--CMCC/CTCC Number       10720
       NAME--Name or Genus       LBF
       SOU--Source              Denney,D., Stanford University
       RTS--Rights of Ownership   Uncertain
       CC--Culture Characteristics  EBV transformed lymphoid line
       USE--Primary Use         PCR Screening
       DEP--Depositor           Saiki,R.
```

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06436

22  ACCN--Accession Number        4263
   USER--Basis User ID          LEEG
   TYPE--Type                   Cell line
   CMCC--CMCC/CTCC Number        10763
   NAME--Name or Genus          SWEIG
   SOU--Source                  Dept. Immunohaemat. & Blood Bank,
      Netherlands
   CC--Culture Characteristics  EBV transformed B cell lymphocytes
   USE--Primary Use             PCR screening
   DEP--Depositor               Bugawan,D.

23  ACCN--Accession Number        4270
   USER--Basis User ID          LEEG
   TYPE--Type                   Cell line
   CMCC--CMCC/CTCC Number        10762
   NAME--Name or Genus          MMR
   SOU--Source                  Fred Hutchinson Cancer Center.
      Seatle, WA
   RTS--Rights of Ownership     Uncertain
   CC--Culture Characteristics  EBV transformed lymphoblast
   USE--Primary Use             PCR screening
   DEP--Depositor               Bugawan,D.

24  ACCN--Accession Number        4358
   USER--Basis User ID          PARDEE:DANDRES
   TYPE--Type                   Cell Line
   CMCC--CMCC/CTCC Number        10789
   NAME--Name or Genus          Ter-68
   SOU--Source                  Terasaki.P., UCLA
   RTS--Rights of Ownership     Uncertain
   CC--Culture Characteristics  From the International Cell
      Exchange via Terasaki.P., UCLA
   USE--Primary Use             PCR Screening
   DEP--Depositor               Begovich,A.

25  ACCN--Accession Number        4359
   USER--Basis User ID          PARDEE:DANDRES
   TYPE--Type                   cell line
   CMCC--CMCC/CTCC Number        10788
   NAME--Name or Genus          Ter-67
   SOU--Source                  Terasaki.P.,UCLA
   RTS--Rights of Ownership     Uncertain
   CC--Culture Characteristics  From the International cell
      exchange via Terasaki.P.,UCLA
   USE--Primary Use             PCR Screening
   DEP--Depositor               Begovich,A

26  ACCN--Accession Number        4386
   USER--Basis User ID          EVA:PARDEE
   TYPE--Type                   cell line

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06437

CMCC--CMCC/CTCC Number    10801
NAME--Name or Genus    Ter-70
SOU--Source    Terasaki,P.,UCLA
RTS--Rights of Ownership    Uncertain
CC--Culture Characteristics  From the International cell
    exchange via Terasaki.P.,UCLA
USE--Primary Use    PCR Screening
DEP--Depositor    Begovich,A.

27   ACCN--Accession Number    4413
USER--Basis User ID    EVA:DANDRES
TYPE--Type    Cell line
CMCC--CMCC/CTCC Number    10815
NAME--Name or Genus    Ter-74
SOU--Source    Terasaki.P., UCLA
RTS--Rights of Ownership    Uncertain
CC--Culture Characteristics  From the International cell
    exchange via Terasaki.P., UCLA
USE--Primary Use    PCR Screening; HLA Control
DEP--Depositor    Begovich,A.

28   ACCN--Accession Number    4500
USER--Basis User ID    BRYANTV
TYPE--Type    Bacteria
CMCC--CMCC/CTCC Number    3914
NAME--Name or Genus    Mycobacterium avium complex
SOU--Source    Dr. Beebe, Colorado State
    University
RTS--Rights of Ownership    Uncertain; Culture was obtained
    through MTA
USE--Primary Use    PCR assay development
DEP--Depositor    Young.K.

29   ACCN--Accession Number    4502
USER--Basis User ID    BRYANTV
TYPE--Type    Bacteria
CMCC--CMCC/CTCC Number    3895
NAME--Name or Genus    Mycobacterium tuberculosis
SOU--Source    Dr. Beebe, Colorado State
    University
RTS--Rights of Ownership    Uncertain; Material obtained
    through MTA
USE--Primary Use    PCR assay development
DEP--Depositor    Young.K.

30   ACCN--Accession Number    4503
USER--Basis User ID    BRYANTV
TYPE--Type    Bacteria
CMCC--CMCC/CTCC Number    3896
NAME--Name or Genus    Mycobacterium tuberculosis

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06438

SOU--Source           Dr. Beebe, Colorado State University
RTS--Rights of Ownership       Uncertain: Material obtained through MTA
USE--Primary Use          PCR assay development
DEP--Depositor           Young,K.

31     ACCN--Accession Number      4504
     USER--Basis User ID         BRYANTV
     TYPE--Type            Bacteria
     CMCC--CMCC/CTCC Number     3897
     NAME--Name or Genus        Mycobacterium terrae complex
     SOU--Source           Dr. Beebe, Colorado State University
     RTS--Rights of Ownership       Uncertain: Material obtained through MTA
     USE--Primary Use         PCR assay development
     DEP--Depositor          Young,K.

32     ACCN--Accession Number      4505
     USER--Basis User ID         BRYANTV
     TYPE--Type            Bacteria
     CMCC--CMCC/CTCC Number     3898
     NAME--Name or Genus        Mycobacterium AI
     SOU--Source           Dr. Beebe, Colorado State University
     RTS--Rights of Ownership       Uncertain; Material obtained through MTA
     USE--Primary Use         PCR assay development
     DEP--Depositor          Young,K.

33     ACCN--Accession Number      4506
     USER--Basis User ID         BRYANTV
     TYPE--Type            Bacteria
     CMCC--CMCC/CTCC Number     3899
     NAME--Name or Genus        Mycobacterium gordonae
     SOU--Source           Dr. Beebe, Colorado State University
     RTS--Rights of Ownership       Uncertain; Material obtained through MTA
     USE--Primary Use         PCR assay development
     DEP--Depositor          Young,K.

34     ACCN--Accession Number      4507
     USER--Basis User ID         BRYANTV
     TYPE--Type            Bacteria
     CMCC--CMCC/CTCC Number     3900
     NAME--Name or Genus        Mycobacterium tuberculosis
     SOU--Source           Dr. Beebe, Colorado State University

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06439

```
        RTS--Rights of Ownership      Uncertain; Material obtained
                                 through MTA
        USE--Primary Use              PCR assay development
        DEP--Depositor                Young,K.

   35   ACCN--Accession Number      4509
        USER--Basis User ID          BRYANTV
        TYPE--Type                   Bacteria
        CMCC--CMCC/CTCC Number       3902
        NAME--Name or Genus          Mycobacterium avium complex
        SOU--Source                  Dr. Beebe, Colorado State
                                 University
        RTS--Rights of Ownership      Uncertain; Material obtained
                                 through MTA
        USE--Primary Use              PCR assay development
        DEP--Depositor                Young,K.

   36   ACCN--Accession Number      4510
        USER--Basis User ID          BRYANTV
        TYPE--Type                   Bacteria
        CMCC--CMCC/CTCC Number       3903
        NAME--Name or Genus          Mycobacterium AI
        SOU--Source                  Dr. Beebe, Colorado State
                                 University
        RTS--Rights of Ownership      Uncertain; Material obtained
                                 through MTA
        USE--Primary Use              PCR assay development
        DEP--Depositor                Young,K.

   37   ACCN--Accession Number      4511
        USER--Basis User ID          BRYANTV
        TYPE--Type                   Bacteria
        CMCC--CMCC/CTCC Number       3904
        NAME--Name or Genus          Mycobacterium avium complex
        SOU--Source                  Dr. Beebe, Colorado State
                                 University
        RTS--Rights of Ownership      Uncertain; Material obtained
                                 through MTA
        USE--Primary Use              PCR assay development
        DEP--Depositor                Young,K.

   38   ACCN--Accession Number      4512
        USER--Basis User ID          BRYANTV
        TYPE--Type                   Bacteria
        CMCC--CMCC/CTCC Number       3905
        NAME--Name or Genus          Mycobacterium tuberculosis
        SOU--Source                  Dr. Beebe, Colorado State
                                 University
        RTS--Rights of Ownership      Uncertain; Material obtained
                                 through MTA
```

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06440

```
            USE--Primary Use          PCR assay development
            DEP--Depositor            Young,K.

    39  ACCN--Accession Number          4513
            USER--Basis User ID         BRYANTV
            TYPE--Type                  Bacteria
            CMCC--CMCC/CTCC Number       3906
            NAME--Name or Genus             Mycobacterium tuberculosis
            SOU--Source                 Dr. Beebe, Colorado State
                                        University
            RTS--Rights of Ownership      Uncertain; Material obtained
                                        through MTA
            USE--Primary Use          PCR assay development
            DEP--Depositor            Young,K.

    40  ACCN--Accession Number          4514
            USER--Basis User ID         BRYANTV
            TYPE--Type                  Bacteria
            CMCC--CMCC/CTCC Number       3907
            NAME--Name or Genus             Mycobacterium AI
            SOU--Source                 Dr. Beebe, Colorado State
                                        University
            RTS--Rights of Ownership      Uncertain; Material obtained
                                        through MTA
            USE--Primary Use          PCR assay development
            DEP--Depositor            Young,K.

    41  ACCN--Accession Number          4515
            USER--Basis User ID         BRYANTV
            TYPE--Type                  Bacteria
            CMCC--CMCC/CTCC Number       3908
            NAME--Name or Genus             Mycobacterium gordonae
            SOU--Source                 Dr. Beebe, Colorado State
                                        University
            RTS--Rights of Ownership      Uncertain; Material obtained via
                                        MTA
            USE--Primary Use          PCR assay development
            DEP--Depositor            Young,K.

    42  ACCN--Accession Number          4516
            USER--Basis User ID         BRYANTV
            TYPE--Type                  Bacteria
            CMCC--CMCC/CTCC Number       3909
            NAME--Name or Genus             Mycobacterium AI
            SOU--Source                 Dr. Beebe, Colorado State
                                        University
            RTS--Rights of Ownership      Uncertain; Material obtained via
                                        MTA
            USE--Primary Use          PCR assay development
            DEP--Depositor            Young,K.
```

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06441

43  ACCN--Accession Number       4517
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3910
    NAME--Name or Genus           Mycobacterium chelonei
    SOU--Source                   Dr. Beebe, Colorado State
                                  University
    RTS--Rights of Ownership      Uncertain; Culture obtained under
                                  MTA
    USE--Primary Use              PCR assay development
    DEP--Depositor                Young,K.

44  ACCN--Accession Number       4518
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3911
    NAME--Name or Genus           Mycobacterium tuberculosis
    SOU--Source                   Dr. Beebe, Colorado State
                                  University
    RTS--Rights of Ownership      Uncertain; Culture obtained under
                                  MTA
    USE--Primary Use              PCR assay development
    DEP--Depositor                Young,K.

45  ACCN--Accession Number       4519
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3912
    NAME--Name or Genus           Mycobacterium avium complex
    SOU--Source                   Dr. Beebe, Colorado State
                                  University
    RTS--Rights of Ownership      Uncertain; Culture obtained via MTA
    USE--Primary Use              PCR assay development
    DEP--Depositor                Young,K.

46  ACCN--Accession Number       4520
    USER--Basis User ID           BRYANTV
    TYPE--Type                    Bacteria
    CMCC--CMCC/CTCC Number        3913
    NAME--Name or Genus           Mycobacterium scrofulacens
    SOU--Source                   Dr. Beebe, Colorado State
                                  University
    RTS--Rights of Ownership      Uncertain; Material was obtained
                                  via MTA
    USE--Primary Use              PCR assay development
    DEP--Depositor                Young,K.

47  ACCN--Accession Number       4557
    USER--Basis User ID           EVA
    TYPE--Type                    Cell Line

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06442

CMCC--CMCC/CTCC Number        10867
NAME--Name or Genus          Ter-77
SOU--Source                  Terasaki,P.,UCLA
RTS--Rights of Ownership     Uncertain
CC--Culture Characteristics  From the International cell
                             exchange via Terasaki,P.
USE--Primary Use             PCR Screening
DEP--Depositor               Begovich,A

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06443

SCHEDULE 2.1(c)

Transferred Intellectual Property as itemized in subsection (1) through (6) below and all Damages for infringment thereof except Damages with respect to item (1) of Schedule 4.6(a).

(1)    Patents and Patent Applications
**Seller**

| Case # | Filing date | Applic. # | Status | Date |
|--------|-------------|-----------|--------|------|
| **2007** | 01-22-82 | 341,902 | Aband | 04-04-83 |
| **2007.1** | 01-07-83 | 456,373 | Issued | 04-15-86 as U.S. 4,582,788    Int |
| EP 084,796 | 08-03-83 | | | |

Erlich                        HLA Typing Method and cDNA Probes Used Therein

| | | | | |
|--------|-------------|-----------|--------|------|
| **2007.2** | 12-05-84 | 678,255 | | |
| **2007.2A** | 08-30-88 | 238,629 | Aband | 03-17-91 |
| **2007.2B** | 08-30-88 | 238,619 | Allowed | Int |

Erlich                        HLA Typing Method and DNA Probes Used Therein

Note 2007.2c, Peterson et al. acquired through interference. [Note: Pharmacia license listed on Schedule 2.1(d) subsection (2)]

| | | | | |
|--------|-------------|-----------|--------|------|
| **2007.2B1** | 10-02-91 | 771,313 | | |

---

| | | | | |
|--------|-------------|-----------|--------|------|
| **2144** | 03-21-84 | 591,811 | Aband | 08-12-85 |

Sheldon, Levenson, Mullis    Process for Labeling Nucleic Acids Using Psoralen Derivatives

| | | | | |
|--------|-------------|-----------|--------|------|
| **2144.1** | 12-18-84 | 683,263 | Issued | 04-15-86 as U.S. 4,582,789 |
| EP 156,287, | 10-02-85, Div 309,006, 03-29-89 | | | |

[Add Rapoport, non-Cetus inventor.]

| | | | | |
|--------|-------------|-----------|--------|------|
| **2144.2** | 10-25-85 | 791,332 | Issued | 10-14-86 as U.S. 4,617,261 |

Add Watson                    Process for Labeling Nucleic Acids and Hybridization Probes

| | | | | |
|--------|-------------|-----------|--------|------|
| **2144.2A** | 07-21-86 | : 888,252 | Issued | 11-10-87 as U.S. 4,705,886 |
| **2144.2B** | 07-13-87 | 072,339 | Issued | 02-07-89 as U.S. 4,803,297 |

Carbamic Acid Ester Useful for Preparing a Nucleic Acid Probe

| | | | | |
|--------|-------------|-----------|--------|------|
| **2144.2C** | 07-13-87 | 072,536 | Issued | 06-28-88 as U.S. 4,754,065 |
| **2144.2D** | 07-13-87 | 072,531 | Issued | 06-14-88 as U.S. 4,751,313 |

Levenson, Mullis              Precursor to Nucleic Acid Probe

| | | | | |
|--------|-------------|-----------|--------|------|
| **2148** | 05-29-84 | 614,957 Aband 03-03-86 | | |
| **2148.1** | 03-28-85 | 716,982 Issued 07-28-87 as | | U.S. 4,683,194 |
| EP 164,054 | 12-11-85 | | | |

Saiki, Erlich    Method for Detection of Polymorphic Restriction Sites and Nucleic Acid Sequences
84-007,-111;85-005, 6, 7, 16, and 121.

---

1

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

| | | | | | | |
|---|---|---|---|---|---|---|
| 2177 | 03-28-85 | 716,975 | Aband | 07-24-86 | | |
| 2177.1 | 10-25-85 | 791,308 | Issued | 07-28-87 as | U.S. | 4,683,202 rx |
| RXM-1 | 12-06-89 | 001,903 | | | | |
| RXM-2 | 03-09-90 | 001,955 | Issued | 11-27-90 | | |
| EP 201,184 | 12-17-86 | SR 02-25-87 | | | | |

Mullis                    Process for Amplifying Nucleic Acid Sequences

| | | | | | | |
|---|---|---|---|---|---|---|
| 2177.1A | 01-30-86 | 824,044 | Aband | 10-31-86 | | |

Add Erlich, Arnheim

| | | | | | | |
|---|---|---|---|---|---|---|
| 2177.2 | 02-07-86 | 828,144 | Issued | 07-28-87 as | U.S. | 4,683,195 rx |
| RXM-1 | 12-06-89 | 001,902 | | | | |
| RXM-2 | 03-09-90 | 001,954 | Issued | 11-27-90 | | |
| 2177.2A | 12-17-86 | 943,948 | Issued | 01-24-89 as | U.S. | 4,800,159 |
| 2177.2B | 12-17-86 | 944,231 | Aband | 08-09-89 | | |
| 2177.2B1 | 08-09-89 | 393,080 | Aband | 12-04-90 | | |
| EP 200,362 | 12-10-86 | SR 02-25-87 | JP 61-68857, K. 62-281, 01-06-87 | | | |

Add Horn, Saiki, Scharf

Process for Amplifying, Detecting, and/or Cloning Nucleic Acid Sequences

| | | | | | |
|---|---|---|---|---|---|
| 2177.3 | 08-22-86 | 899,513 | Aband | 05-02-89 | CIP of 2262 |

Mullis, Erlich, Horn, Saiki    Process for Amplifying, Detecting, and/or Cloning Nucleic Acid Sequences Using a Thermostable Enzyme

| | | | | | | |
|---|---|---|---|---|---|---|
| 2177.4 | 06-17-87 | 063,647 | Issued | 10-23-90 as | U.S. | 4,965,188 |
| EP 258,017 | 03-02-88 | SR 07-14-89 | | | | |

Add Gelfand

| | | | |
|---|---|---|---|
| 2177.4A | 06-28-90 | 546,257 | |

| | | | | |
|---|---|---|---|---|
| 2240 | 10-04-85 | 784,329 | Aband | 12-04-87 |

Block, Sheridan

| | | | | | | |
|---|---|---|---|---|---|---|
| 2240.1 | 08-20-86 | 896,677 | Issued | 12-06-88 as | U.S. | 4,789,630 |
| EP 219,286 | 04-22-87 | SR 07-12-89 | | | | |

Add Goodson, Wada    Ionic Compounds Containing the Cationic Meriquinone of a Benzidine

| | | | | | | |
|---|---|---|---|---|---|---|
| 2258 | 01-09-86 | 819,490 | Issued | 04-18-89 as | U.S. | 4,822,731 |
| EP 230,363 | 07-29-87 | SR 8-89 | | | | |

Watson, Sheldon III, Snead

Process for Labeling Single Stranded Nucleic Acids and Hybridization Probes

2

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06445

| 2261 | 01-10-86 | 818,127 | Aband | 09-28-88 |
| 2261.1 | 11-26-86 | 935,581 | Aband | 08-15-89 |
| 2261.1A | 08-15-89 | 394,276 | Issued | 04-16-91 as U.S. <u>5,008,182</u> |
| 2261.1A1 | 01-09-91 | 639,103 | | |

Sninsky, Kwok, Mack, Mullis/Erlich (R48)          Detection of Aids Associated Virus by
                                                                                    Hybridization

| 2261.2 | 11-26-86 | 934,955 Aband 08-15-89 |
| 2261.2A | 08-15-89 | 394,145 |
| EP 229,701 07-22-87 | | SR 01-12-90 |

<u>Detection of Viruses by Amplification and Hybridization</u>

---

| 2262 | 03-13-86 | 839,331 | Aband | 10-15-88 |

Erlich, Saiki, Horn, Mullis     <u>Process for Detecting Specific Base Pair Mutations and Genetic</u>
85-117, -133.                              <u>Polymorphisms Present in Genomic Nucleic Acids</u>

| 2262.1 | 08-22-86 | 899,344 | Aband | 2313.1, 2425, 2177.3-4, 2439 are CIPs |
| 2262.1A | 03-09-90 | 491,210 | | |
| EP 237,362 | 09-16-87 | SR 8-87 Horn et al., 1988, <u>PNAS 85</u>(16): 6012 |

<u>Process for Detecting Specific Nucleotide Variations and Genetic Polymorphisms</u>
<u>Present in Genomic Nucleic Acids</u>

---

| 2303 | 08-22-86 | 899,241 Aband | 10-18-88 |

Gelfand, Stoffel     <u>Purified Thermostable Enzyme</u>

| 2303.1 | 06-17-87 | 063,509 | Issued | 12-26-89 as U.S. <u>4,889,818</u> |
| EP 258,017 | 03-02-88 | SR 8-22-89 | JP 62-207421, K No. 63-102677, 5-7-88. |

Add Lawyer, Saiki; then delete          Foreign filed with 2303, 2177.3 and 2177.4 .

| 2303.2 | 01-12-88 | 143,441 Aband | 08-16-90 |
| PCT 89/06691 | | 07-27-89 | SR 07-14-89EP 395,736, 11-7-90 |

Delete Saiki; Lawyer et al., 15 April 1989, <u>J. Biol. Chem. 264</u>(11):6427-6437.

| 2303.2A | 07-28-89 | 381,174 |

Gelfand, Stoffel     <u>Purified Thermostable Enzyme</u>          Div

| 2303.2B | 07-28-89 | 387,003 |

Gelfand, Stoffel, Saiki     <u>Stabilized Thermostable Enzyme Compositions</u>          Div

| 2303.2C | 05-15-90 | 523,394 Allowed |

Gelfand, Stoffel, Lawyer     <u>Recombinant DNA Compounds and Expression Vectors for</u>
                                              <u>Thermostable Nucleic Acid Polymerases</u>

| 2303.2C1 | 07-01-91 | 723,850 |

---

| 2313 | 08-22-86 | 899,512 Aband | 12-29-89 | (CIP of 2262.1) |

Erlich, Horn

<u>Characterization and Detection of Sequences Associated with Insulin-Dependent</u>
<u>Diabetes</u>

| 2313.1 | 11-17-87 | 121,519 |
| PCT 89/04875 | | 06-01-89 | SR 06-15-89 |

<u>Characterization and Detection of Sequences Associated with Autoimmune Diseases</u>

---

3

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06446

| | | | | |
|---|---|---|---|---|
| 2321 | 11-26-86 | 935,271 | Allowed | |
| EP 269,445 | 01-06-88 | SR 03-01-90 | | |
| Sninsky, Kwok, Poiesz | | Detection of HTLV I and HTLV II Viruses by hybridization | | |
| | | Note: SUNY license set forth in subsection (4) of | | |
| | | Schedule 2.1(d) | | |
| 2321A | 8-28-91 | 750,909 | | |

| | | | | |
|---|---|---|---|---|
| 2322 | 08-16-88 | 88/02806 | | |
| PCT 90/02339 | | 03-08-90 | SR 1-25-89 | |
| | 10-24-90 | 598,666 | | |
| Bloch | | Stable Indicator Solutions for Detection of Peroxidatic Activity | | |

| | | | | |
|---|---|---|---|---|
| 2335 | 10-23-86 | 922,190 | Aband | 01-17-90 |
| 2335A | 01-17-90 | 467,312 | Aband | 11-29-91 |
| Watson, Sheldon III | | Generic Sandwich Hybridization Probe | | |
| 2335A1 | 11-27-91 | | | |

| | | | | |
|---|---|---|---|---|
| 2381 | 07-22-87 | 076,394 | Aband | 03-12-91 | (2447 is cip) |
| 2381A | 04-24-91 | 690,720 | | |
| Watson, Levenson | | Construction and Use of Labeled Oligonucleotides in Amplifying, | | |
| | | Detecting, and/or Sequencing Nucleic Acid | | |

| | | | | |
|---|---|---|---|---|
| 2423 | 08-05-88 | 229,604 | Issued | 10-15-91 | U.S. 5,057,410 |
| 2423A | 03-22-91 | 673,786 | | |
| Kawasaki, McCormick, Witte | | Chimeric mRNA Detection Methods | | |

| | | | | |
|---|---|---|---|---|
| 2425 | 05-20-88 | 196,660 Aband | 02-27-91 | CIP of 2262.1. |
| Erlich, Horn, Bugawan | | Method for HLA-DP Typing | | |
| 2425.1 | 10-14-88 | 258,212 Aband | 12-06-90 | |
| Add Begovich | | | | |
| 2425.2 | 05-04-89 | 347,506 | | |
| WO89/11547 | | 11-30-89 | SR mld 10-9-89 | |

| | | | | |
|---|---|---|---|---|
| 2428 | 12-16-88 | 286,376 | Aband | 08-15-91 |
| 2428A | 08-15-91 | 749,490 | | |
| Chiang, Larrick | | | | |
| Amplification and Cloning of Immunoglobulin Variable Region-Encoding DNA Sequences | | | | |

| | | | | |
|---|---|---|---|---|
| 2439 | 05-20-88 | 197,000 | (cip of 2262.1) | |
| Saiki, Erlich | | Immobilized Sequence-Specific Probes | | |
| 2439.1 | 05-04-89 | 347,495 | | |
| WO89/11548 | | 11-30-89 | SR 11-30-89 | |

| | | | | |
|---|---|---|---|---|
| 2444 | 09-23-88 | 248,896 | Issued | 11-19-91 | U.S. 5,066,584 |
| PCT 90/03444 | | 04-05-90 | SR 1-8-90 | |
| Gyllensten, Erlich | | | | |
| | | Methods for Generating Single Stranded DNA by the Polymerase Chain Reaction | | |
| 2444A | 07-31-91 | 738,326 | | |

4

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06447

**2454**     09-23-88     249,367     Issued     12-24-91   U.S.   <u>5,075,216</u>
PCT 90/03442     04-05-90     SR 2-12-90   EP No. 437,459     07-24-91
Innis, Brow, Gelfand, Myambo
<u>Methods for DNA Sequencing with Thermus aquaticus DNA Polymerase</u>

---

**2471**     09-23-88     248,556     Allowed
**2471A**    07-31-91     738,324
PCT 90/03443     04-05-90     SR 1-10-90
Innis     <u>Structure-Independent DNA Amplification by the Polymerase Chain Reaction</u>

---

**2472**     09-09-88     243,486
Manos, Wright, Wolinsky, Broker, Ting    <u>Detection of Human Papillomavirus by the PCR</u>
Manos <u>et al.</u>, 1989, <u>Cancer Cells 7</u>:209-214.     non-cetus invs [Note: Northwestern
                                           and Rochester license set forth in
                                           subsection (4) of Schedule 2.1(d).
**2472.1**    03-10-89     322,550     Pub app 88-090 (2477).
Only Manos, Wright, Ting
**2472.2**    US89/03747    **09-09-89**    PCT says **8-29-89**
PCT 90/02821     03-22-90     SR 1-10-90   02-15-91   651,356
**2472.3**    11-14-90     613,142
Manos, Greer, Resnick, Bauer, Ting

---

**2473**     10-07-88     254,889 Aband     12-19-91
**2473A**    03-15-91     669,923
Kwok, Sninsky
     <u>Method for Determining the Relative Amount of a Nucleic Acid Segment by the PCR</u>

---

**2499**     05-22-89     355,445
PCT90/14441     11-29-90     SR 12-17-90
Dollinger    <u>Method for Tagging and Tracing Materials with Nucleic Acid</u>
89-005

---

**2508**     08-21-89     396,986 Aband     03-14-90
**2508.1**    09-28-89     413,623
PCT 91/02817     03-07-91     SR _____
Doyle, Mark, Wang     <u>Quantitation of Nucleic Acids Using the PCR</u>

---

**2527**     02-16-90     481,501
Bloch, Raymond, Reid    <u>Improvements in the Specificity and Convenience of the Polymerase</u>
                              <u>Chain Reaction</u>

**2527.1**    02-15-91     PCT 91/01039

---

5

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06448