| 2528 | 08-06-90 | 563,758 | |
|---|---|---|---|
| Gelfand, Watson, Holland, Saiki | | Homogeneous Assay System | |
| 2528.1 | 08-6-91 | 91/05571 | |

| 2529 | 04-10-90 | 507,309 | |
|---|---|---|---|
| Scharf, Erlich | | Enzymatic Amplification of the VNTR of the Retinoblastoma Gene | |

| 2532 | 12-22-89 | 455,611 | |
|---|---|---|---|
| 2532.1 | 09-20-90 | 585,471 | |
| Gelfand | | Reverse Transcription with Thermostable DNA Polymerases -- High Temperature Reverse Transcription | |
| 2532.2 | 12-20-90 | PCT 90/07641 | |
| 2532.3 | 08-15-91 | 746,121 | |

| 2533 | 12-22-89 | 455,967 | |
|---|---|---|---|
| Gelfand, Lawyer, Stoffel | | Recombinant Expression Vectors and Purification Methods for Thermus thermophilus DNA Polymerase | |
| PCT | | 91/09950 | 07-11-91 |

| 2536 | 03-07-90 | 489,676 | |
|---|---|---|---|
| 2536.1 | 03-07-91 | PCT 91/01574 | |
| White, Dodge | | Method for Diagnosis of Lyme Disease | |

| 2537 | 02-07-90 | 477,260 | Aband | 12-17-91 |
|---|---|---|---|---|
| 2537A | 12-5-91 | | | |
| Lyons, McCormick | | Detection of Point Mutations in ras and G-Protein Genes | | |
| 2537.1 | 02-07-91 | PCT91/00858 | | |

| 2549 | 07-24-90 | 557,517 | |
|---|---|---|---|
| 2549.1 | 11-02-90 | 609,157 | |
| Sninsky, Gelfand | | The Prevention of Carryover Contamination During in vitro Nucleic Acid Replication Using Modified Nucleic Acid Bases | |
| 89-130; Disclosed 89-113, Clevbl primers, 90-019, Cloning UNG, 90-079, Stabilized UNG, | | | |
| 2549.2 | 07-23-91 | 91/05210 | |
| Kwok, Sninsky, Gelfand | | The Reduction of Non-Specific Amplification During In Vitro Nucleic Acid Amplification Using Modified Nucleic Acid Bases | |

| 2559 | 12-06-90 | 623,098 | |
|---|---|---|---|
| Erlich, Scharf, Begovich, Bugawan, Griffith | | Methods and Reagents for HLA DRbeta DNA Typing | |
| 2559.1 | 12-06-91 | PCT | |
| Apple, Erlich, Scharf, Begovich, Bugawan, Griffith | | | |

| 2570 | 08-13-90 | 567,244 | |
|---|---|---|---|
| 2570.1 | 08-13-91 | 91/05753 | |
| Gelfand, Stoffel, Lawyer | | Purified Thermostable Nucleic Acid Polymerase Enzyme from Thermotoga maritima | |

| 2572 | 06-29-90 | 546,389 | |
|---|---|---|---|
| Higuchi | | Preparation of Single-Stranded PCR Product DNA with Lambda Exonuclease | |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06449

Dockets.Justia.com

**2574**    08-06-90    563,407
Gelfand    Recombinant Lambda Exonuclease

---

**2576**    12-21-90    632,180
Erlich, Bugawan    HLA DQbeta DNA Typing
PCT _____

---

**2577**    08-27-91    751,305
90-025, Varble Regn Primrs, Kwok and Sninsky, rcd 3-14-90, r3 4-90, rated 2 6-6-90, advised
Roche, ltr 6-20; r3 10-3-90
Primers and Probes for Hepatitis C Detection

---

**2580**    09-30-91    PCT/US91/07035
5' to 3' Exonuclease Mutations of Thermostable DNA Polymerases
90-045, rcd 5-22, 5'-3' Exo mutants, Abramson, rated 3 6-6-90, PCR-D mgt r2 on review see 89-
117; filed in 2581 to 2583, review 6 mos. after those filing dates said Com on 10-3-90

---

**2581**    09-28-90    590,213
Abramson, Gelfand, Greenfield
Purified Thermostable Nucleic Acid Polymerase Enzyme from Thermus Species sps17
Combined with 2582, 2583, and foreign filed as 2580

---

**2582**    09-28-90    590,466
Abramson, Gelfand, Greenfield
Purified Thermostable Nucleic Acid Polymerase Enzyme from Thermus Species Z05
Combined with 2581, 2583, and foreign filed as 2580

---

**2583**    09-28-90    590,490
Abramson, Gelfand, Greenfield, Lawyer
Purified Thermostable Nucleic Acid Polymerase Enzyme from Thermocypho africanus
**2583.1**    09-26-91    PCT/US91/07076

---

**2598**    05-07-91    696,793
Nasarabadi, Saiki    Methods and Reagents for G-gamma Globin Typing
Pub App 90-091, rcd 11-2, r1 12-12-90

---

**2599**    05-02-91    695,201
Higuchi    Homogeneous Methods for Nucleic Acid Amplification and Detection
90-066, rcd 7-27, r3 10-3-90, r2 12-12-90

---

**2602**    04-03-91    679,736
Bloch
Improvements in the Precision and Accuracy of Anion-Exchange Separation of Nucleic Acids

---

**2603**    04-30-91
Kawasaki, Levenson, WiH, Zhang    Membrane Bound Probes
90-046

---

**2607**    06-20-91    718,576
Erlich, Higuchi    Improved Methods for Nucleic Acid Amplification
89-117, 2558, 2580, 90-045

7

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06450

| | | | | |
|---|---|---|---|---|
| 2612 | 08-15-91 | 746,704 | | |
| Young | Mycobacterium Primers and Probes | | | |
| 90-060 | | | | |

| | | | |
|---|---|---|---|
| 2613 | 06-26-91 | 720,061 | |
| Sobol, Green, Kawasaki | Detection of Carcinoma Metastases by Nucleic Acid Amplification | | |
| See PCT 89/08717 | | | |

| | | | |
|---|---|---|---|
| 2614 | 07-23-91 | 733,419 | |
| Nuovo, Bloch | Improvements in the In Situ PCR | | |
| Nuovo manuscript, 91-026 (SUNY) | | | |

| | | | |
|---|---|---|---|
| 2624 | 11-05-91 | 788,113 | |
| Erlich, Bugawan | Methods and Reagents for HLA Class I DNA Typing | | |

| | | | | |
|---|---|---|---|---|
| 2099 | 01-21-83 | 459,973 | Aband | 05-01-83 |
| 2099.1 | 05-05-83 | 489,866 | Issued | 10-23-84 as U.S. 4,478,094 rx |
| EP 114,686 08-01-84 | | | | |
| Salomaa, Merrill, Leath, Wennberg, Widunas | | | Liquid Sample Handling System | |

| | | | | |
|---|---|---|---|---|
| 2118 | 10-14-83 | 542,114 | Issued | 11-26-85 as U.S. 4,554,839 |
| EP 140,247 05-08-85 | | | | |
| Hewett, Atwood, Wennberg | | Multiple Trough Vessel For Automated Liquid Handling Apparatus | | |

| | | | | |
|---|---|---|---|---|
| 2120 | 10-14-83 | 542,113 | Issued | 12-03-85 as U.S. 4,555,957 rx |
| EP 138,205 04-24-85 | | | | |
| Frankel, Johnson, Wennberg | | Bi-directional Liquid Sample Handling System | | 83-013 |

| | | | | |
|---|---|---|---|---|
| 2121 | 10-26-83 | 545,757 | Issued | 11-04-86 as |
| U.S. D286,570 | | | | |
| Williams | | Pipette Tip Design | | |

| | | | | |
|---|---|---|---|---|
| 2151 | 10-01-84 | 656,234 | Issued | 07-21-87 as U.S. 4,681,742 |
| 2151A | 07-24-86 | 889,797 | Aband | 12-28-87 |
| 2151B | 12-28-87 | 140,888 | Issued | 08-28-90 as U.S. 4,952,518 |
| WO 86/02168 | | 06-27-86 | EP 198,872 | 10-29-86 |
| Johnson, Coates, Loor | | Automated Assay Machine And Assay | | |
| Tray | | | | |

| | | | | |
|---|---|---|---|---|
| 2180 | 06-12-85 | 743,798 | Issued | 03-10-87 as U.S. 4,648,529 |
| Blakemore, Hanamoto, Williams | | | | |
| Dispensing Apparatus for Storing Draining, and Dispensing Beads | | 84-038 | | |

8

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06451

2186     10-23-84     663,882     Issued     05-06-86 as U.S. 4,586,546.
Mezei, Reeves, Leath, Widunas     Improved Liquid Handling Device And Method

---

2244     10-18-85     788,998     Aband     06-23-87
2244.1     09-11-86     906,101     Issued     10-10-89 as U.S. 4,873,633.
     User Controlled Off-Center Light Absorbance Reading Adjuster
     in a Liquid Handling and Reaction System
2244.1A     03-10-89     321,757     Aband     10-10-89
EP 219,805 04-29-87     SR 05-10-89
Mezei, Albom, Coppock, Moehle, Noorda, Widunas, Zeitlin
     Computer Directed Liquid Handling And Reaction Characterization System

---

2264     02-25-86     833,368 Aband 12-11-89
2264A     12-11-89     449,136     Apparatus and Method for Performing Automated
Johnson, Leath, Wennberg, Mezei     Amplification of Nucleic Acid Sequences and Assays Using Heating and Cooling Steps
86-049, 85-114.
2264.1     08-22-86     899,061 Methods
2264.1A     03-14-90     494,174 Apparatus
EP 236,069 09-09-87     SR 9-25-89 and 7-13-90
Johnson, Widunas

---

2291     04-16-86     852,910          Issued     08-02-88 as
U.S. 4,297,054
Williams     Pipette Tip

---

2304     06-20-86     877,026          Issued     04-25-89 as
U.S. 4,824,641
Williams     Carousel And Tip

9

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06452

PECI The following PCR Intellectual Property is being prosecuted by Seller in the name of PECI and enures to the benefit of Purchaser as the assignee of Seller's interest in PECI

---

**2591** 12-20-90 630,899
McCallum, Piccone, Zoccoli PCR Primers for Detection of Legionella Species

---

**2606** 01-19-90 467,813
Bej, Mahbubani, Miller, Atlas, Steffan Process for Detection of Water-Borne Microbial Pathogens and Indicators of Human Fecal Contamination in Water Samples and Kits Therefor from U. Louisville [**Note: Louisville license listed on subsection (4) of Schedule 2.1(d)**]

---

**2507** 11-29-90 620,606
Mossa, Goven, Atwood, Williams, Woudenberg, Margulies, Ragusa, Leath
Thermal Cycler for Automatic Peformance of the Polymerase Chain Reaction with Close Temperature Control
**2507.1** 03-14-91 670,545
Atwood Thermal Cycler for Automated Performance of the Polymerase Chain Reaction with Close Temperature Control with Large Disposable Reaction Tube

---

**2569** 10-23-90 601,840
Cunico, Dollinger, Kunitani An HPLC Light Scattering Detector for Biopolymers

---

**2605** 06-06-91 712,904
Bej, Mahbubani, Atlas An Improved Process for Detecting Giardia and Other Water-Borne Pathogens

90-095
Assigned to PECI

---

**2606** 01-19-90 467,813
EP 438,115 07-24-91
Bej, Mahbubani, Miller, Atlas, Steffan Process for Detection of Water-Borne Microbial Pathogens and Indicators of Human Fecal Contamination in Water Samples and Kits Therefor from UL to PE, but should be PECI

10

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06453

FOREIGN FILING

```
         AU CA DK EPO FI GR EI IR  J NZ N PCT ZA K ES  US
                    I         Italy P           L   L  IP3
2007.1    I  I  A  I                I  P          L     L   I6
2144.1    L  A  A  AP2              L  P          L         I
2148.1    I  I  A  A                L  P          I  I      I
2177.1    P  I  I  P         P   P  P  I           I  P  I2 I2P1
2177.2    P  I  I  P  G              P I              I
2240.1    I  I  A  P  A              P                     IP2
2258      L  P  I  A           P  A  P  I           I  P  P IP2
2261.2    G  I  P  P                P2                      A
2262.1    I  I     P                P  I                    P3
2264.1   P2  P  A  P         P   P  I  P  I         A  P  P  I
2303.1    A  P4 P  P         A  P P  P  P4 I     P NP I  A  *  P3
2303.2   A1  P2    P  I              P  A        NP           A
2313         P                      P        NP            P
2313.1       P     I                P               P  P THAI, INDO
2321         P     P         P                NP           P
2322         P                                            P
2335A        P                P  P  P        NP        *  P
2425.2    P  P     I          P  P  P        NP        *  P
2439.1    P  P     I                P        NP           P
2454      P  P     I                P        NP           P4
2472.2    P  P     I                P        NP           P
2499         P                      *        P           P
2508.1    *  *     *                *        P           P2
2527.1    *  *     *                *        P           P3
2532.2    *  *     *                *        P           P
2533      *  *     *                *        P           P2
2536.1    *  *     *                *        P           P2
2537.1    *  *     *                P  P        P    P  TAIWP
2606      P  P  P  P                P  P         P        P
```

A-Abandoned, AU-Australia, BR-Brazil, CA-Canada, CN-China, DK-Denmark, EI-Ireland, EPC-Austria, Belgium, England, France, Germany, The Netherlands, Italy, Luxembourg (LU), Liechtenstein (FL), Sweden, and Switzerland. ES-Spain, FI-Finland, G-Granted, GR-Greece, HX-Hong Kong, HU-Hungary, I-Issued, IN-India, IR-Israel, J-Japan, K-South Korea, N-Norway, NZ-New Zealand, P-Pending, PCT-Patent Cooperation Treaty, RS-Singapore, US-United States, ZA-South Africa, *-Designated Country,

11

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06454

| | EPO | AU | CA | DK | FI | GR | HX | EI | IR | J | K | FL | LU | NZ | N | RS | ES | US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2099.1 | I | I | A | A | | | | | | P | A | | | I | I | | | I$^{RXD}$ |
| 2118 | A | L | I | A | A | | | | | A | | | | A | A | | I | ABD |
| 2119 | A | L | A | A | | | | | | P | | | | A | A | | A | ABD |
| 2120 | A | L | I | A | A | | | | | A | | | | I | A | | I | ABD |
| **2121 | I | I | I | I | I | | | | | P | I | | | I | I | | | I |
| 2151 | A | L | I | A | A | | | | | A | A | | | | A | | | I$^{II}$ ABD |
| 2186 | | I | | | | | | | | | | | | | | | I | I |
| 2235 | | I | | | | | | | | | | | | | | | A | |
| 2264.1 | P | P | P | A | | * | P | P | I | P | | * | * | I | | | * | P$^1$ |
| 2291 | | I | | | | | | | | | | | | | | | | |

A-Abandoned, AU-Australia, BR-Brazil, CA-Canada, CN-China, DK-Denmark, EI-Ireland, EPC-Austria, Belgium, England, France, Germany, The Netherlands, Italy, Luxembourg (LU), Liechtenstein (FL), Sweden, and Switzerland, ES-Spain, FI-Finland, G-Granted, GR-Greece, HX-Hong Kong, HU-Hungary, I-Issued, IN-India, IR-Israel, J-Japan, K-South Korea, N-Norway, NZ-New Zealand, P-Pending, PCT-Patent Cooperation Treaty, RS-Singapore, US-United States, ZA-South Africa, *-Designated Country,

** Expired in Austria

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06455

(2)          Invention Disclosures      [Note: Seller generally seeks patent protection for invention disclosures rated 1, 2 or 3. As patent applications are filed, these disclosures shall be deemed to be listed under subsection (1)]

Seller

Rated 1

2528.1  91-001, rcd1-91, Modified TaqMan Probes, Sninsky, and 91-008, rcd 2-91, Holland, and combined 3-13-91

2532.3  91-010 and 91-011, rcd 3-91, RT-PCR with UNG and in one step, Myers, r1 3-91

2580    90-045, rcd 5-22, 5'-3' Exo mutants, Abramson, rated 3 6-6-90, PCR-D mgt r2 on review; see 89-117; r1 8-1-90; on 10-3-90 said review again in 6 mos., see 2581-3

2598    Pub App? 90-091 rcd 11-2, G-gamma globin poly, Nasarabadi, r1 12-12-90, [filed 5/7/91]

2604    90-094, rcd 12-90, Allelic ladder, McClure, r1 3-13-91, r5 6-12-91, sent memo 6-18-91

2620    91-037 rcd 8-13, Amp RNA not DNA, Kwokrated 1 10-9-91

2621    91-042 rcd 10-9-91 R Renyolds DNA Quality Indicator note talk in May 1991

2623    91-040 Gelfand  conserved motifs in polymaerase 5-3 exo domasiuns of thermostable DNA polymertases r 1 10-9-91

90-078  rcd 9-27-90, AmpliWax Scale Up Procedures, Phillips, r3 10-3-90, rated 1c 12-12-90, but did not include in 2527.1

Rated 2

2599    90-066, rcd 7-27, Homogeneous Methods for Nucleic Acid Amplification and Detection, Higuchi, r3 10-3-90, r2 12-12-90, (filed 5/2/91)

2607    89-117, Improvements in Polymerase Chain Reaction, Erlich rcd 10-9 (see 2558 and 2580, 90-045), r3 12-1-89, 6-6-90, 8-1-90, 10-3-90, 12-12-90, mgt r2, r2 3-13-91

2611    91-019, rcd 4-91, Gender Test for Zinc Finger Polymorphism, Reynolds, r2 6-12-91, memo 6-19 memo to T White 10-20-91

2622    91-028 rcd 7-9, Pyrodictium abyssum polymerase gene cloning, Gelfand rated 3 10-9-91

90-079  rcd 10-4, Stablzd UNG, Zoccoli and Akers, included in 2549.1, memo 12-12-90

13

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06456

## Rated 3

2577  90-025, Varble Regn Primrs, Kwok and Sninsky, rcd 3-14-90, advised Roche, ltr 6-20; 90-048, rcd 5-30, flavivirus (HepC), consensus primers, Young; see Chiron patent EP 318,216; Combined 025 and 048 and r2 8-1-90; rerated 3 on 10-3-90; 90-088, rcd 11-14, HCV Detection, Young, include in 2577 12-12-90, r3 3-13-91

90-028  rcd 4-3, Beta-globin Size Markers, Scharf, rated 3 6-6-90, see 2529, rev 12-90, but forgot, reviewed 3-91, see if in 2529

91-006  rcd 2-91, Residual Small Cell Lung Cancer Detection, Kawasaki, r3 3-13-91 See PCT 89/08717 in Specific PCR Detection Methods

91-013  rcd 3-91, Taggant System, Phillips, r3 3-13-91

91-014  rcd 3-91, Triple Helices Detection, Kawasaki, r3 3-13-91

91-016  rcd 3-91, Primers as Taggants, Greenfield

91-029  d 7-9, SSB to amplify polymorphic sequences, Chou 10-9-19r3

91-030  rcd 7-9, Taq SSB, Chou 10-9-19r3

91-031  rcd 7-9 SSB to improve PCR Chou  r 3 10-9-91

91-032  rcd 7-9, SSB conc. in PCR, Chou 10-9-19r3

91-036  rcd 8-13, HPV Probes, Bauer, r 3 10-9-91, ck kit

91-038  rcd 8-15, Genomic DNA Quant. Probes, Walsh, r 3 10-9-91 ED to follow up

## New   Disclosures

91-043  rcd 10-10, Detection of Degenerate Sequences Using Blender Degenerate Probes, Picone, McCallum

91-045  rcd 10-11, 5' Untranslated Region (5UTR) and First 269 nucleotides of the capsid gene of Novel Hepatitis C Virus Variants

PECI  [please refer to headnote in subsection (1) above regarding PECI interests]

## Rated 1

2592  Rapid small-scale T.C. letter from Seyfried of 10-2-90 with disclosure from Haff dated 8-9-90, to Ron Fish 10-90 with disclosures 89-013 and 90-044, which had been rated 5, and disclosures: 88-072, r3, and 88-092, Rated 1, 12-12-90 and 3-13-91

2605  90-095, rcd 11-90, PCR Giardia, Atlas, r3 12-12-90, memo PECI, r1 by Zoccoli 2-91 and confirmed 3-13-91, to kaw 4-91

14

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06457

**2606.1** 90-096, rcd 11-90, Coliform Probes, and combined with 90-097, rcd 11-90, Concentrating Cells, Atlas, r3 12-12-90, memo PECI, r1 and told to file as CIP of Bej et al. on 3-13-91, to kaw 4-91

## Rated 3

91-004   rcd 2-91, Improved Light Scattering Detector (see 2569), Dollinger, r3 3-13-91

## New  Disclosures

91-021   rcd 4-91, Fast LC Gradient Maker, Atwood

15

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06458

Seller does not generally pursue patent protection for invention disclosures rated 4 or 5 but such disclosures may contain proprietary, useful knowhow.

## Rated 4

Seller
Case #

| | |
|---|---|
| 2373 | 86-105, Diff of DNA from spliced mRNA in PCR (see 2423) |
| 2462 | 88-006, Amp Antibody Sig PCR, Kawasaki, Rated 4 in 10/88 (tfer, see 89-131) |
| 2476 | 88-081, Assay apparatus. Chang |
| 2530 | 89-064, PCR detection: optical localizn of fluorescent detection zone, |
| 83-019 | CIC, Method for Detrmng Ab subclass, Ring |
| 86-105 | 2373, Diff of DNA from spliced mRNA in PCR (see 2423) |
| 86-143 | Cleavable biotinylated psoralens--Check status |
| 88-006 | 2462, Amp Antibody Sig PCR, Kawasaki, Rated 4 in 10/88 (tfer, see 89-131) |
| 88-055 | Thermostable ligase in Ligase-mediated amplification |
| 88-081 | 2476, Assay apparatus. Chang |
| 88-044 | Rapid Detection of Bacteria in Mammalian Serum |
| 89-012 | Scanner for Quantitating Electrophoretic Gels, Bloch, r4 2-90 |
| 89-031 | Use of Assym PCR for Quantitative PCR, Bloch, Cip of 2444, R4 8-89 |
| 89-035 | Tracking Cancer, PCR, Groves, R4 8-89 memo?, called instead -- usual way of dtn |
| 89-039 | In Situ PCR, Wang |
| 89-059 | Two new spectroscopic methods for the detection of amplification, Dollinger |
| 89-062 | PCR optimizer kit, McKinney |
| 89-090 | Peroxidatic Storage Stable Detection Reagent, Bloch, r3 9-25, rated 4 6-6-90 |
| 89-116 | Det'n of xsome X DNA, Erlich 10-9, r4 12-1-89 |
| 90-033 | rcd 4-18, Meth for Assay Mult Probe Strips, VP, r3 6-6-90; r4 8-1-90 |
| 90-061 | rcd 6-6, Thermally activated primers, Sninsky, r3 8-1-90, r4 10-3-90 |

## Rated 5

| | |
|---|---|
| 1050 | Solid Phase RCB Typing, Erlich |
| 1056 | Thiophosphase Nucleic Acids, Nunberg |
| 1060 | Juvenile Onset Diabetes, McDevitt |
| 1153 | Rapid Enz. Detn. of Nucleic Acids, Sheldon, Goodson |
| 1192 | Oncogenes for Diag/Ther, Mark, Loor |
| 1203 | Electrophoresis Device, Sheldon |
| 1222 | Mult. Immob. Seq. for Simult. Detmn. of Targets, Paau |
| 1233 | Laser-induced Fluorescence Assays, Platt |
| 84-014 | 2388, Bio-chem. Bridge Crane, Johnson, R4 by 103 on 5-30-88, ck 87-099 |
| 84-017 | CIC, 8 channel Head, Ely |
| 84-034 | 2202, Software for Stepper Motor, Johnson, 6/85 |
| 85-002 | Level Sensor, pressure, Leath, but see 2209 |
| 85-011 | 2208, Watson, DNA probe, no ID, before me ck to see if 84-011 |
| 85-030 | CMC, Thio-nucleotide probes, Paau |
| 86-004 | Sanger Seq. System, Innis |
| 86-006 | Clone Picker, Atwood |
| 86-008 | Assay for Pathogens via PCR with nested primers, Sheldon |
| 86-015 | 2386, Histo Slide Clip, Atwood, R4 by 103 on 5-20-88 |

16

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06459

86-023  2320, Immunoassay for Gonorrhea, Laird
86-056  Photo Emission Detection System, Goodson
86-070  Degenerate Primers, Sninsky, Mack
86-084  CMC, Smooth-faced Cap, Bowman
86-085  CMC, Pipet Stand, Bowman
86-086  CMC, Magnet Cap for Pipet, Bowman
86-091  2278, 2323, An Imp Process for Mnf of Covalent Conj of Streptav, Bloch, 10-88
86-101  CMC, Pipet Dispenser, Bowman
86-144  2356, 2177.4 duplicate  WATSON R4?
87-018  2455, DNA Assay by Enzyme Modulation, Sheridan, r3 8-89, r5 12-1-89
87-099  2388, Bio-chemical Bridge Crane, Johnson  R4?, ck 84-014
87-101  Vector specific primers, 3/27
87-181  2531, rcd 12-87, Novel Taqs, r1 8-89, r2 4-90+ 6-6-90, r5 8-1-90, inc w 2570
88-015  2475, Dot-blot apparatus. PCR Mgt rated 5a 5/89
88-018  2448 PCR VNTR , Erlich, Horn
88-023  2449, Sample-swab extrn chamber.  PCR Mgt rated 5a 5/89
88-083  Viral DNA amplification, 3/27
88-089  Homogeneous assay for PCR products, 8-89
88-090  2477 Prostate Cancer and HPV, Fox and Manos, see 2472.1
88-095  2497, Method for encryption/decryption, White
88-110  FHV MCP gene by PCR, R5 or transfer to 106, 5/89
88-112  2558, HRI--Anneal/Denat T  for PCR, Cimino, 2-90, r1 6-6-90, mgt r5 8-1-90
88-114  QuantPCR/BlockOligo (see IL-7948), Groves, r3 6-6-90, r5 8-1-90
88-125  2501, PCR in insect cells (104), r1 (from r2) 12-89, r2 2-90, r5 4-4-90
89-007  (101) Improved Chemistry for Scintillation Proximity Beads, 3/27
89-011  Bar-code Design for Diagnostic Test Strips, Bloch, r5 2-90
89-013  Device for Preparative Scale PCR, Bloch, r5a, after PE input, 8-1-90  (see 90-044)
89-019  Integrated PCR and DNA Detection, Higuchi, 8-89
89-023  Primers for PCR Sequencing (101), McCabe, r5 2-90
89-029  PCR Machine and Process (Konrad), 8-89
89-030  Malleable Primer-Polymers, Chang, 8-89
89-036  Blood Samples, PCR, Bloch, rated 3 6-6-90, review 12-90, but forgot, r5 3-91
89-038  Quant PCR-HPLC, Bloch, note ad by Waters, rated 5 4-4-90, ClinChem36(6)900
89-040  CMC Pipet Tip (105), r5a 12-90
89-069  UNTITLED, Raymond, 8-89
89-091  Solid Sup Meth, Bloch, r3 9-25-89, 6-6-90, 8-1-90, see 90-046, r5 no int 10-3-90
89-092  Psoralen Based Detectn Method, Bloch, r3 9-25, rated 5 6-6-90
89-095  Improved meth/comp for strlzn of PCR, Bloch, r3 9-25, rated 5 6-6-90
89-097  Forensic Kit tray, Lemke, r5 9-25
89-100  2538, PCR rabies, Kawasaki, r2 9-25, 6-6-90, mgt r5, Roche advised  6-20
89-104  Cl- buffers for PCR, Griffith r3 9-25, r5 12-1-89, but see 2529
89-113  Cleavable primers, Zoccoli, 10-6, r3 12-1-89, see 2549, r5 4-4-90
89-120  2552, HIV Integration Assay, Kriegler, rcd from 101 in 10-90, r5 ts 10-3-90
89-123  PCR Diag Follicular lymphoma, Kawasaki, r5a and sent to Roche 5-90, conf. 8-90
89-118  PCR-cystic fibrosis, Kawasaki 10-9, r3 12-1-89, r5, 2-90
89-126  Improved length PCR, Mezei + Picone, r3 12-1-89, r5 2-90
89-131  Multiple DNA Tagged Antibodies, Ring, r3 12-1-89, r5 or tfred to 101 4-4-90, 6-6
90-003  Quant of HIV DNA, Konrad rcd/r3, 2-90, rated 5 4-4-90
90-008  2560, HSV, Manos. rcd/r2 2-90, r2 6-6-90, mgt r5, Roche 6-20; r5 8-1-90
90-009  Solvents in PCR, Manos, rcd/r3, 2-90, rated 5 4-4-90
90-010  2561, CMV, Manos, rcd/r2 2-90, r2 6-6-90, mgt r5, Roche  6-20; r5 8-1-90

17

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06460

90-026   Mock HIV fragment, Konrad, rcd 3-22-90, r3 4-4-90, rated 5 6-6-90, see 88-114
90-034   rcd 4-19, DNA Hyb Buffer, VP, rated 5 6-6-90
90-035   rcd 4-19, Imm. Prbe Mem Mnfr, VP, r3 6-6-90, r5b by PCR-D mgt on review
90-036   rcd 4-19, Inst for Automated Probe/Memb Mnfr, VP, r3 6-6-90, r5b by mgt 8-3-90
90-037   rcd 4-19, Redn Membrane Waste, VP, rated 3 6-6-90, r5b by review PCR-D mgt
90-043   rcd 5-21, Aggregate Assay, VP, r3 6-6-90, r5a 8-1-90
90-044   rcd 5-21, large volume PCR, VP, r3 6-6-90, rqstd PE info ltr of 7-3-90, r5a 8-1-90
90-050   rcd 6-1, DNA w modfd linkage, Greenfield, r3 6/90, 8/90 (2499), r5pub 10-3-90
90-059   rcd 6-19, DNA Computers, Dollinger, r3 8-1-90, did not review 12-90, r5 3-91
90-060   rcd 6-19, Mycobacteria, Young, r3 8-1-90, Roche 8-14 ltr, r5 pub 10-3-90
90-063   rcd 7-24, Oligo-plus, DNA-free polymerase, Bloch r3 8-1-90, r5 no int 10-3-90
90-064   rcd 7-24, Mol Wt std ladders, Bloch, r5a 8-1-90
90-065   rcd 7-26, Retrograde electrostaining, Bloch, r5 pub 10-3-90
90-093   rcd 12-90, Gel box, McClure, r5b 12-12-90
91-027   rcd 7-2, Development of PCR Primers and Probes for the Analysis of Mutations at the
         Human P450IID6 (CYP2D6) Locus, Phipp, Kawasaki
2460     LL IL-7859, UC 87-205-1, Det'n of Chrom. Rearrangements, Joe Gray, R5 8-89
2461     LL IL-8093, 7859, UC 88-187-1, Fluor. Primers - Quant. PCR, J. Gray, R5 8-89
2478     Steinman, T Cell Receptor Gene and MS/MG. Pub App 88-153
2479     HLA and NPC, Simons, 3/27
2584     Pyrococcus furiosis, PCR-D athzd filing 6-29-90, to D.Highet 7-2-90; r5 3-13-91
2585     Pyrodicteum occultum, PCR-D athzd 6-29-90, to D.Highet 7-2-90; r5 3-13-91

(3)      Abandoned Cases [Note: Abandoned cases are listed because such cases may contain
                            useful, proprietary knowhow.]

Seller
Case #

| 2005.1A | USA | Abandoned 8-23-88 |
|---|---|---|
| 2006.A | USA | f07-19-82, SN 399,528, Aband |
| 2006.B | USA | f02-22-84, SN 582,361, abd 4-90, adv. Bd,  (APH ltr 4-24) |
| 2007 | DEN | 102 of 10-90 said don't pay fees, abd ltr mld 12-90 |
| 2007.2A | USA | f8-88, IDS, PA filed 6-90, amd d12-17-90, abd |
| 2099.1 | DEN | Amd due 2-25-90, abd 10-90 |
|  | KOR | told not to pay ann 8-90, goes abd 11-30-90 |
|  | NOR | Amd fxd 12-1,3-9,4-5, grant 5-10, fees 8-29, new rjn so abdn 9-89 |
| 2118 | DEN | told not to pay ann 8-90 |
|  | EPC | Amd m1-89, ack 51(4) m8-24-89, grtd 3-90, did not pay fees 10-90 |
|  | FIN | Amd due 4-12-90, abd 2-26-90 |
|  | JAP | abd 8-90 |
|  | NOR | Amd due 10-6-90, abd by fax of 8-10-90 |
| 2119 | DEN | abd ltr sent 9-90 |
|  | EPO | Enter Ntl phase, B2 pub 8-9-89, did not pay fees 10-90 |
|  | FIN | Amd due 4-12-90, abd 3-5-90 |
|  | NOR | Amd due 7-89, abd 6-89 |
|  | USA | 10-13-83; 541,678; abd 06-11-85; EP 148,333, 07-17-85 |
| 2119.1 | USA | 01-15-85; 692,015; abd 08-25-86 |
| 2119.1A | USA | 08-15-86; 900,240; abd 03-08-88 |
| 2119.1B | USA | 03-03-88; 164,073; abd 9-27-90 |
| 2120 | DEN | abd ltr sent 9-90 |

18

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06461

| | | |
|---|---|---|
| | EPC | pub for opposition 12-27-89, did not pay fees 10-90 |
| | FIN | Amd due 4-12-90, abd 2-26-90 |
| | JAP | Amd due 9-19-90, abd 8-6-90 |
| | NOR | amd due 9-25-90, abd 8-6-90 |
| 2144.1 | CAN | Amd m11-14, Amd d9-90/m9-6, abd 11-90 |
| | DEN | sent abd ltr 10-4-90 |
| | EPO | memo 5-90, ext 9-26, abd ltr 10-5-90 |
| 2144.1A | EPC | Rqstd Exmn 3-89, conform txt d12-90, abd ltr sent 10-5-90 |
| 2146 | ALA | Amd mld 12-1, allwd 5-89, amd 1-90, abd 3-90 |
| | DEN | did not pay tax 1-90?, abd 3-90 |
| | EPC | Al filed Amd, amd due 7-89, fxd 7-28,  abd 3-90 |
| 2148 | DEN | did not pay tax 1-90? abd 2-90 |
| 2151 | ALA | DIV, Rqst Exmn, memo 1-11, athzd ABD 5-90, but went 3-90 |
| | DEN | abdnd 7-10-90 |
| | EPO | Amd 10-89, apprvd 2-8-90,  abdnd 7-10-90 |
| | FIN | abdnd 7-10-90 |
| | JAP | to be abdnd, abd ltr sent 10-4-90 |
| | NOR | to be abdnd, abd ltr sent 10-4-90 |
| | SKO | Rqst Exmn, told KJ to abdn 4-20, mld 4-23 |
| 2167 | USA | Filed R62 (2167C) in 8/88 |
| 2177 | NIGE | Confirm Abdnd |
| | OAPI | Confirm Abdnd |
| | ZAIR | Confirm Abdnd |
| | ZIMB | Confirm Abdnd |
| 2177.2B1 | USA | R62 f8-9-89, IDS 11-8-89; PrAm,IDS,pwr 6-90, amd d12-90, abd |
| 2177.3 | USA | Amd, Abandon, 3/27 |
| 2182.1 | DEN | Abd 6-27-90 |
| | AUS | Abd 6-27-90 |
| 2194 | CAN | 09-28-90, Amd, abd 7-25-90 |
| | DEN | abd ltr sent 9-90 |
| | FIN | abd ltr sent 9-90 |
| | EPO | Iss fees due, auth to abd 4-90, fxd abd ltr 5-18-90 |
| | JAP | abd ltr sent 10-4-90 but no fees due |
| | KOR | confirmed decision to abdn on 6-22-90 |
| | NOR | Amd due 10-22-89, abdn 8-31-89 |
| | USA | 12-18-84; 683,264; abd 01-23-87; EP 185,330, 06-25-86, ff 2198 |
| 2194A | USA | 01-14-87; 003,073; abd 01-19-88 |
| 2198 | USA | 12-18-84; 683,066; abd 11-07-85 |
| 2209 | USA | 07-05-85; 752,449; abd 04-20-88 |
| 2225 | USA | 05-29-85; 738,847; abd 02-07-87 |
| 2225.1 | USA | 01-07-87; 000,921; abd |
| 2228 | ALA | Abd 10-89 -- all foreigns abandoned |
| | CAN | 09-24-90, Amd, abd 7-10-90 |
| | EPC | Abd 1-89 |
| | JAP | Abd 10-89 |
| | USA | 3-19-86, 841,155, r62 12-22-88, 289,508, abd 10-10-89, EP 238,332, 9-23-87, Goodson, Sheridan, ID 85-012. |

19

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06462

| | | |
|---|---|---|
| 2232.1 | ALA | Amd due 6-20 (Acc. date), abd 6-89 |
| | CAN | Amd due 12-15, faxed 11-16, abd 6-89 |
| | DEN | no pay fees 5-7-90, abd ltr sent 7-90 |
| | EPO | Amd d12-89/ext,m2-89, no pay fees 5-7-90 |
| | FIN | no pay fees 5-7-90, abd ltr sent 7-90 |
| | JAP | abd ltr sent 10-4-90 but no fees due |
| | KOR | abd ltr sent 10-4-90 but no fees due |
| | NOR | no pay fees 5-7-90, abd ltr sent 7-90 |
| | NZL | Accptnce date 4-12, Abd 4-89 |
| | USA | RR d6-9-90/memo to PECI 6-90, ID 84-108 abdnd 11-9-90 |
| 2232 | USA | 07-08-85; 753,005; abd 02-21-87 |
| 2232.1 | USA | 10-18-85; 789,945; abd 09-21-87; EP 210,014, 01-28-87 |
| 2232.2 | USA | 09-21-87; 099,391; abd 11-09-90 |
| 2235 | USA | 07-29-85; 760,273; abd 09-23-86 |
| 2235A | USA | 09-17-86; 910,282; abd 11-4-90 |
| 2238A | USA | Abd 1-89 |
| 2240.1 | DEN | fees pd to 10-91, abd after that |
| | FIN | fees pd to 10-91, abd after that |
| 2244.1 | AUS | Amd due 12-89, abd 9-89 |
| | CAN | Amd, abdn, memo 3-28, abd fax 4-19, confirmd 4-20, -24 |
| | DEN | abd ltr sent 9-90 |
| | EPO | Rqd Exmn 9-89 abd ltr sent 9-90 |
| | FIN | abd ltr sent 9-90 |
| | JAP | abd ltr sent 10-4-90 but no fees due |
| | KOR | abd ltr sent 10-4-90 but no fees due |
| | NOR | abd ltr sent 9-90 |
| | NZL | Granted case abd 4-89 |
| 2244.1A | USA | amd d7-10-90, abdn 10-10-90 |
| 2244.1B | NZL | Div filed 11/88, abd 4-89 |
| 2256 | USA | f10-25-85, SN 791,323, abd 10-19-87 (see 2144.2), Levenson, Sheldon III, Rapoport, Watson; <u>Labeling Reagent for Nucleic Acids</u> |
| 2258 | EPO | SR 8-89, rqstd exmn 9-89, sent abd ltr 1-91 |
| 2261 | ISR | 10-30-90, Amd, abd fax 8-6-90 |
| | USA | Abandoned 10-28-88 |
| 2262 | USA | Amd due 10-15, Mailed Power 6/20 and then abdn for 2262.1 |
| 2262.2 | USA | abd 2-14-91 |
| 2264.1 | DEN | 102 Com said not to pay fees 10-3-90, abd ltr mld 12-90 |
| 2273 | USA | Fin Rej d5-90, athzd to abdn 5-90, abdnd 9-6-90 |
| 2290 | ALA | Abdn 8-89 |
| | CAN | Abdn 8-89 |
| | EPC | Abd 1-89 |
| 2290A | USA | Amd d11-2/R62f2-89; athzd abdn 4-90, amd d7-23-90/abd10-23-90 |

20

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06463

| | | |
|---|---|---|
| 2303 | AUS | No. 77298/87, Rqex11-88, pat add+ .2, abd 10-90; see 2303.2A |
| | BRA | Abd 6-27 |
| | CHI | Rqst Exmn 8-22, abdn 8-7 |
| | FIN | Sent clarity letter on 6/14, sent art on 3/26-89, abd ltr m9-90 |
| | HUN | Amd d10-26-90, abd ltr m11-90, abd 1-26-91 |
| | IND | Amd due 7-89, abd 7-89 |
| | SAF | Abd 6-27 |
| | USA | Amd due 10-18, abd for cip |
| 2303.2 | ALA | No. 30629/89, NtlPh/pat addn m12-19, goes abd 1-91 for .2a |
| | SOK | ntl due 9-12-89, decided not to enter ntl phase, 7-89 |
| | USA | exp abd for .2C 8-16-90 |
| 2313 | USA | Amd (cite PCT/EP art rcd 5-89), abd 12-29 for cip |
| 2321 | CHI | Rqst Exmn 11-26-89. sent letter to SUNY 9-89, abd fxd 11-20-89 |
| 2354 | USA | 07-12-90, RR, Amd, abd memo and Lanny lttr mld 3-90, ABDND |
| 2355 | PCT | f8-16-88, SN88/02204, 03-08-90, SR 3-1-89 |
| | | Bloch, Birch, Reduction of Peroxidatic and Catalatic |
| | | Interference with Assays of Peroxidatic Activity, 86-135, 87-100, no |
| | | NtlPh |
| 2374A | USA | Abd 1-05-91, Amd d10-5-90, IDS d3-20-90, abd |
| 2381 | USA | Amd m2-90, FR m7-90, FRwd, amd m10-90, FR d2-91, abd5-91 |
| 2404.1 | USA | f11-89, ids m7-90, PCRmgt said abdn 8-90, Amd d12-27-90, abd |
| 2387 | CAN | abdn ltr sent 10-5-90 |
| | IRE | abd ltr sent 10-5-90 |
| | PCT | 08-08-90, Ntl Ph Ala/Dn/Jp/No/EPC, auth to abdn 4-90, ABD ALL |
| | USA | 07-22-90, Amd, memos 1-30 and 3-30, auth to abdn 4-90, ABDND |
| 2404 | USA | f4-6-88, SN178,202, amd d8-89, cip f11-89, petrev 11-89 |
| 2404.1 | USA | f11-1-89, SN430,329, Higuchi, NA Prep Sols, 87-138, abd3-91 |
| 2425 | USA | mDOE, IDS m6-90, amd d11-27-90, new dec m11/90, abd 2-27-91 |
| 2425.1 | USA | f10-88, IDS m6-90, amd d9-6-90, went abd 12-6-90 |
| 2445 | USA | f8-5-88, abd 2-14-91, SN229,128, PCR on Single Sperm |
| 2456 | USA | f6/6/88, SN203,000, amd d6-90, abd 9-26-90 |
| 2459 | USA | f6/6/88, SN203,228, athzd to abdn 5-90, amd d12-18-90, abd |
| 2464 | USA | 08-08-90, Amd, abdn memo to Upjohn, PCRD 3-90, ABDN |
| 2473 | USA | f10-88, amd m4-90, FR m8-90+10-90, ApBr d2-91, abd |
| 2508 | USA | Filed 8-21-89, IDS m2-90 (Dec,Ass,DOE all mld), abd 3-14-90 |

(4)    All PCR Technology in subsections (1), (2) and (3) above, that is contained in the following documents to the extent of Seller's interests:

    (1)    PCR Quality Assurance documents listed on Attachment A to this Schedule 2.1(c), and

    (2)    all files, book and records and laboratory notebooks of the PCR Business, including such documents of the employees of Seller's PCR Division listed on Schedule 4.14(a).

(5)    Seller's rights to intellectual property under agreements set forth in Schedule 2.1(d).

21

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06464

(6)        Seller's rights to trademarks and trademark applications to the following (as listed on Attachment B to this Schedule 2.1(c)):

AMPLITAQ
AMPLITYPE
AMPLIWAX
GENEAMP
GENEAMPLIMER
MICROAMP
PCR
PCR(service mark)
PRO/PETTE
PRO/PETTE EXPRESS
PRO/PETTER OVERDRIVE

22

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06465

<u>SCHEDULE 2.1(d)</u>

<u>Transferred Contracts</u>

(1)    <u>Seller Technology Agreements:</u>

PCR Agreements between Seller and Purchaser and Seller and F. Hoffmann-La Roche Ltd., dated as of February 5, 1989.

Agreement between Seller and Eastman Kodak Company, dated February 4, 1986.

Other Seller Technology Agreements by field of use:

**Research in Agriculture and Veterinary Medicine**

Grace ASC Corp. - Stamford, CT dated 1/2/90

**Human Diagnostics**

Baylor University - Houston, TX  dated 7/10/89

The Blood Center of S.E. Wisconsin - Milwaukee, WI dated 8/9/89

Collaborative Research, Inc. - Bedford, MA dated 1/29/90

Genescreen - Dallas, TX dated 4/21/89

George Washington University - Washington, DC dated 7/29/89

IG Laboratories - Framingham, MA dated 5/26/89
        (assigned to successor entity by amendment dated 3/15/90)

Johns Hopkins Hospital - Baltimore, MD dated 7/1/90

Johns Hopkins University - Baltimore, MD dated 2/26/90

London Health Association - Ontario, Canada dated 10/26/89

Michigan State University - East Lansing, MI dated 3/19/90

Nichols Institute - San Juan Capistrano, CA dated 4/17/89
        (addition of tissue typing to Field by letter agreement dated 7/19/89)

The Pathology Institute - Berkeley, CA dated 7/1/88

Scripps Clinic and Research Foundation - San Diego, CA dated 5/12/89

Simons GeneType Diagnostics, Inc. - Burlingame, CA dated 8/1/90

1

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06466

Specialty Laboratories, Inc. - Santa Monica, CA HIV: dated 6/3/88
               Other: dated 3/13/89

University of California, Davis - Davis, CA dated 7/1/89

University of California, San Diego - La Jolla, CA dated 7/26/89

University of California, San Francisco - San Francisco, CA dated 3/16/89

University of Florida - Gainesville, FL dated 2/26/90

University of Southern California - Los Angeles, CA dated 2/21/89
  (Ltr dated 5/91 clarifying infectious disease indications)

University of Virginia - Charlottesville, VA dated 2/26/90

## Forensic Services

The Blood Center of S.E. Wisconsin - Milwaukee, WI dated 8/9/89

GeneScreen - Dallas, TX dated 4/21/89

Integrated Genetics dated 11/6/89

Simons GeneType Diagnostics, Inc. - Burlingame, CA dated 8/1/90

Federal Bureau of Investigation (FBI)-Washington, D.C. dated June 22, 1989

Genetic Design ████████████

## Human Identity (*Licenses for specific government contracts, 1-2 years.*)

Cellmark - Germantown, MD dated 2/91

Genmark - Salt Lake City, UT dated 2/91

Hoffmann-La Roche - Nutley, NJ dated 2/91

## Production of Oligonucleotides

Oncor, Inc. - Gaithersburg, MD dated 9/1/90

2

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06467

**Veterinary Services**

      Genmark, Inc. - Salt Lake City, UT dated 2/1/91

      Granada Biosciences, Inc. - Houston, TX dated 1/1/90

      Simons Genetype Diagnostics, Inc. - Burlingame, CA dated 8/1/90

      University of California, Davis - Davis, CA dated 4/1/91

**Veterinary Products**

      Idexx - Portland, ME dated 9/6/89
          (an exclusive license for certain indications is under discussion)

      A.B. Technology - Albury, Australia dated 11/1/90

**Forensic Products**

 

(2)   <u>Other Seller's Licenses relating to the PCR Business</u>

**HLA Probe**

      Oncor, Inc. - Gaithersburg, MD dated 11/17/88

      Pharmacia Diagnostics AB dated 6/29/90

**Native *Taq* DNA Polymerase**

      Boehringer Mannheim Biochemicals - Indianapolis, IN dated 9/1/90

      Life Technologies, Inc. - Gaithersburg, MD dated 6/12/90

      Pharmacia P-L Biochemicals, Inc. - Milwaukee, WI dated 7/1/90

      Promega Corporation - Madison, WI dated 7/1/90

      Stratagene, Inc. - La Jolla, CA dated 7/1/90

      United States Biochemicals, Inc. - Cleveland, OH dated 4/23/90

3

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06468

(3)    <u>Sellers 49% undivided interest in PECI sublicenses of PCR Technology</u>

**Instrument**

      Applied Biosystems, Inc. - Foster City, CA dated 12/31/89

**Kit**

      Applied Biosystems, Inc. - Foster City, CA dated 12/31/89

      Clontech Laboratories, Inc. - Palo Alto, CA dated 11/1/88

      Takara Shuzo Co., Ltd. - Kyoto, Japan dated 6/11/90

**Primer/Probe with Protocol**

      Oncogene Science, Inc. - Manhasset, NY dated 8/20/90

      Research Genetics - Huntsville, AL dated 7/1/90

      Clontech - <u>dated 10/1/90</u>

      Cambridge Research Biochemicals - Cambridge, UK dated 3/1/91

      Genemed Biotechnologies, Inc. - San Francisco, CA dated 10/8/91



**Primer/Probe**

      Integrated DNA Technologies, Inc - Coralville, IA dated 2/21/91

      Pel-Freez, Inc. for Novagen, Inc. - Madison, WI dated 3/15/91

<u>QA/QC Collaboration Agreements</u>

      Microbiological Associates, Inc.      October 1990

      Tektagen      October 1990

      Quality Biologics      October 1990

4

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06469