**Commercial development Licenses**

Purchasers of PECI thermal cycling instruments and certain reagents are licensed by a "label license" to use those products in the PCR process for research and commercial development.

(4)    ~~Licensee of third party rights relating to the PCR Business~~

<u>To Seller</u>

- Seller is a licensee under a letter agreement, dated October 1, 1990 with HRI Associates with respect to certain "Base Technology" as defined in that Agreement, including in part U.S. patent applications Nos. 225,725 (allele specific nucleic acid sequences); 428,494 (methods for preventing amplification carryover;), 427,303 (useful compounds); and 428,510 (a U.V. light box); 607,162 (methods and compositions for minimizing inhibition of nucleic acid amplification) and certain additional invention disclosures. A definitive license agreement is in draft. Purchaser's use of this technology is subject to the Rider set forth on Schedule 4.0 of the Assets Purchase Agreement.

- Seller is a licensee under a License Agreement, dated August 11, 1987 between Seller and the State University of New York ("SUNY") with respect to U.S. patent application No. 935,271 for use in diagnostic tests for HTLV-I and HTLV-II viruses.

- By Agreement, dated June 11, 1990, Seller is the assignee of certain patent rights of the University of Rochester and Northwestern University directed to methods and reagents for detecting and typing HPV by PCR.

- By Agreement, dated March 30, 1990 the Center for Disease Control (CDC), Seller is licensed, with the right to sublicense, a recombinant plasmid

5

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06470

Dockets.Justia.com

- containing the HIV genome as part of HIV research kits or HIV diagnostic kits, or in diagnostic laboratory services.

- By Agreement, effective February 1, 1991 between Seller and Genmark Inc., Seller is licensed to make, use or sell products for forensics, human identification and tissue typing that use Genmark's proprietary oligonucleotides.

<u>To PECI</u>   Seller's 49% undivided interest upon dissolution of PECI

- PECI is a licensee of the University of Louisville Research Foundation under an Agreement dated June 1, 1989 whereby PECI has agreed to pay certain royalties to Louisville on sales of commercial products incorporating proprietary technology developed by Louisville in connection with the detection of coliform and Legionella bacteria.

- Under a license agreement dated March 1, 1991 between Cornell University Research Foundation and PECI, PECI has the right to manufacture and market thermostable ligase from Thermus aquaticus.

(5) <u>Trademark licenses</u>

- Agreement dated October 11, 1988 between Seller and PECI regarding the use of the trademark "GeneAmp".

- Agreement dated August 29, 1989 between Seller and PECI regarding the use of the trademark "Amplitaq".

- Agreement dated November 17, 1989 between Seller and PECI regarding the use of the trademark "GeneAmplimer".

6

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06471

(6) <u>Distribution and Supply Agreements Relating to the PCR Business</u>
(for PECI Agreements refer to parenthetical note under (3) above)

- Distribution Agreement and Supply Agreement, dated June 11, 1990 between PECI and Takara Shuzo whereby PECI agreed to supply Amplitaq DNA polymerase to Takara for use in research kits developed by Takara for distribution in Japan, Korea and Taiwan. Takara agreed to use PECI as its exclusive distributor of certain products outside Japan, Korea and Taiwan.

- Distribution Agreements dated March 1, 1990 between Seller and PECI regarding the distribution of Seller's forensic products in the U.S. and the world except the U.S.

- Seller has agreed to supply Amplitaq DNA polymerase to certain licensees of its PCR technology.

(7) <u>Commitments</u>.

(i) Purchase Orders. Purchase order commitments are primarily made by the PCR division to ensure an adequate supply of manufacturing raw materials. As of November 25, 1991, outstanding purchase order commitments are:

| VENDOR | PRODUCT | QUANTITY | ORDER VALUE | TERM |
|---|---|---|---|---|
| ~~Molecular Research~~ | RT Enzyme | 60 M U | $50,160.00 | ~~5/92~~ |
| Pharmacia | dATP | 75 Grams | $24,000.00 | TBD |
| | dCTP | 75 Grams | $24,000.00 | TBD |
| | dGTP | 75 Grams | $24,000.00 | TBD |
| | dTTP | 75 Grams | $24,000.00 | TBD |
| Promega | RNAsin | 36 M U | $251,293.00 | 5/92 |
| ~~Gary~~ | Custom Box | 15,000 | ~~$15,000.00~~ | ~~12/91~~ |
| | | | $412,453.00 | |

7

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06472

(ii)   Subcontract. Seller is under contract to Microbiological Associates Inc. to perform certain laboratory services to test for the presence of HPV in biological samples provided by Microbiological Associates in connection with a study undertaken for the National Cancer Institute. Total contract amount is $46,377.

(iii)   Grant. Dr. Henry Erlich is the recipient of a grant from the National Institute of Health in the amount of approximately $200,000 to investigate the genetic polymorphism in the HLA-DP region susceptible to autoimmune disease. The work is ongoing at Seller's facility in Emeryville.

(8)   Other Agreements relating to the PCR Business are listed by type on Attachment A to this Schedule 2.1(d).

8

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06473

ATTACHMENT A TO SCHEDULE 1.2(d)

This Attachment comprises Parts I, II, and III, which are organized in the following format:

INSTITUTION NAME

| Name of Investigator | TYPE | NUM | STATUS | Description of materials sent | DATE Eff. | DATE Exp. | Purpose of agreement or research |
|---|---|---|---|---|---|---|---|
| | | AMD No. | STATUS | Description of Amendment | DATE Eff. | DATE Exp. | Purpose |

(1) TYPE refers to the document type, and the following abbreviations are used: RA (Research Agreement); LTR AGT (Letter Agreement); CSA (Consulting Services Agreement); CLSA (Clinical Studies Agreement); CA or CA-V (Confidentiality Agreement); SA (Services Agreement); OPT (Option); MTA (Materials Transfer Agreements).

(2) NUM refers to an internally-generated agreement number.

(3) STATUS refers to the status of the agreement, and the following terms are used: PRELIM (an internal request for such an agreement has been made); SENT (a draft of an agreement has been sent to the other party); FOLLOW-UP (further contact has been made with the other party); FINAL (the agreement has been executed by all parties); CXLD (the request for he agreement has been dropped or abandoned). STATUS does not reflect the legal status of an agreement that has been finalized.

(4) DATE Eff. refers to the effective date of an agreement, while DATE Exp. refers to its expiration date, if any.

(5) AMD No. refers to an amendment to an agreement, which may include a renewal. The other entries have the same meanings as set forth for the parent entry.

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06474

PCR AGREEMENTS
(Confidentiality Agreements Only)
COLLABORATORS DATABASE
12/05/91

| INSTITUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FILE NAME | TYPE | AGT# | AMD# | STATUS | DESCRIPTION | EFFECTIVE | EXPIRE | EXPERIMENT |
| **AMRAD CORPORATION LIMITED** | | | | | | | | |
| Grace, John | CA | 4831 | | FINAL | Each party to receive information relating to PCR, PCR technology, and DNA detection involving GCN4 protein | 20-MAR-89 | 19-MAR-92 | |
| **APPLIED BIOSYSTEMS, INC.** | | | | | | | | |
| Kronick, Mel N. | CA | 3903 | | FINAL | CETUS' PCR technology, etc.; A.B.I.'s nucleic acid sequencing, etc. | 08-JUN-88 | 07-JUN-91 | |
| | | | 1 | CXLD | Renewal | | | |
| [redacted] | CA | 7461 | | FINAL | PECI's info. re: light scattering detector for determination of biopolymer molecular weight, instrument design and applications of the technology | 29-APR-91 | 29-APR-94 | |
| **APPLIED BIOTECHNOLOGY, INC.** | | | | | | | | |
| Peltzman, Steven M. | CA | 3833 | | FINAL | HIV and SIV vaccines | 03-JUN-88 | 02-JUN-91 | |
| [redacted] | CA | 7524 | | FINAL | Cetus' info on design of accessories which facilitate performance and analysis of PCR; Bel-Art's info on fabrication of plasticware accessories for lab use | 10-DEC-90 | 10-DEC-93 | evaluate suitability of entering into a business relationship |
| [redacted] | CA | 7353 | | FINAL | Bio-Rad's info. re: Chelex 100 | 17-JUL-91 | 17-JUL-94 | |

Page 1

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06475

CHASE HOUGHTON INTERNATIONAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 7369 | FINAL | 2-way; Cetus' Pro/Group instrument systems | 12-APR-91 | 11-APR-94 | Evaluating the suitability of entering into a business relationship or research agreement. |

CHILDREN'S HOSPITAL OAKLAND

| | | | | | | |
|---|---|---|---|---|---|---|
| Johnson, John P. | CA | 1906 | FINAL | Visitor's CA | 20-NOV-85 | |

CHIRON CORPORATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Patrick, Carolyn | CA | 3881 | FINAL | CETUS/KODAK possessive nucleic acid amplification technology, PCR, and DNA probes; CHIRON possessive Non-A, Non-B hepatitis viruses | 19-MAY-88 | 18-MAY-91 |

CITY OF HOPE NATIONAL MEDICAL CENTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Wallace, Bruce | CA | 4451 | FINAL | Cetus to receive confidential information on "Gene Mapping & Genotyping with Polymerase Chain Reaction Polymorphisms" (U-1350) | 05-DEC-88 | 04-DEC-91 |

CORTEX BIOCHEM, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 7126 | FINAL | 2 way; Cetus' info. re: assay and chemistries of polyethylenimine, and Cortex' info. re: formulation and composition of magnetizable particles | 01-JAN-91 | 31-DEC-95 |

E. I. DU PONT DE NEMOURS & COMPANY

| | | | | | | |
|---|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 3935 | FINAL | info re Cetus' gene amplification technology, application to in vitro diagnostics and Dupont info re development of in vitro diagnostic products | 07-JUL-88 | 06-JUL-93 |
| Wolfe, John R. | CA | 4160 | FINAL | Du Pont's ltr agt re possible licensing by Cetus to Du Pont of Cetus' PCR technology & Cetus' evaluation of Du | 18-MAY-88 | 17-MAY-91 |

Page 2

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06476

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | Pont's SNAP (Synthetic Nucleic Acid Probe) |  |  |
| Wolfe, John R. | CA | 4161 | FINAL | Du Pont's ltr agt re possible licensing by Cetus to Du Pont of Cetus' PCR tech & Cetus' evaluation of Du Pont's DNA sequencing tech with Taq polymerase etc. | 18-MAY-88 | 17-MAY-91 |
| Wolfe, John R. | CA | 4272 | FINAL | Cetus' PCR, Taq polymerase, nucleic acid sequencing; Du Pont's DNA Sequencing Technology and DNA Sequencer | 11-OCT-88 | 10-OCT-93 |
| ▓▓▓▓▓▓▓▓ | CA | 7405 | FINAL | Genelabs info re PCR-based research reagent | 07-JUN-91 | 07-JUN-94 |

GEORGE WASHINGTON UNIVERSITY

| Garrett, Carleton | CA | 3455 | FINAL | info relating to oligonucleotide primers and probes | 23-FEB-88 | 22-FEB-91 |
|---|---|---|---|---|---|---|
| Garrett, Carleton | CA-V | 5094 | FINAL |  | 25-MAY-89 |  |

GEORGETOWN UNIVERSITY

| Psaltidopoulos, Miltiades | CA-V* | 3777 | FINAL |  | 05-MAY-88 |  |
|---|---|---|---|---|---|---|

HARVARD UNIVERSITY

| Heyeck, Kevin | CA | 6430 | FINAL | Harvard's invention by Dr. Greg Verdine "Preparation of Oligonucleotides Bearing Tethered Functional Groups" | 19-MAY-90 | 18-MAY-93 |
|---|---|---|---|---|---|---|
| Mullins, James | CA | 2271 | FINAL | PCR technology; sent 06-APR-87 | 13-APR-87 |  |
| Mullins, James | CA | 4644 | FINAL | PCR to characterize viral agents | 13-APR-87 | 12-APR-92 |

Page 3

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06477

ILLINOIS STATE POLICE

    Metzger, David A.   CA-V   6452   FINAL                      23-MAY-90

IMPERIAL CHEMICAL INDUSTRIES PLC

    Oxlaid, David   CA   3512   FINAL   PCR               06-MAY-88  05-MAY-93

[REDACTED] CANCER RESEARCH - ROYAL CANCER HOSPITAL

    [REDACTED]   CA   7513   FINAL   Cetus' info. re: HPV  07-OCT-91  07-OCT-96
                                                        PCR protocols, HPV
                                                        primers and probes, and
                                                        PCR reagents

ISTITUTO NAZIONALE PER LA RICERCA SUL CANCRO

    Angelini, Giovanna   CA-V   2382   FINAL                      15-APR-87

JOHNS HOPKINS UNIVERSITY

    Smith, Hamilton O.   CA   656   FINAL   CSM VI              16-JAN-86

    Yolken, Robert   CA-V   3138   FINAL                      23-OCT-87

LAWRENCE LIVERMORE NATIONAL LABORATORY

    Gray, Joe W.   CA-V   1313   FINAL                      16-JUN-86

    [REDACTED]   CA   7458   FINAL   2-way; info. re:  18-APR-91  18-APR-95
                                                        product development and
                                                        marketing of products
                                                        for DNA-based forensics.
                                                       Both technical and
                                                       marketing data

LOS ALAMOS NATIONAL LABORATORY

    Gaetjens, Paul D.   CA   4501   FINAL   "Proprietary Information  06-DEC-88  05-DEC-91
                                                      Agt" for Cetus to
                                                      receive info on
                                                      exonucleases

[REDACTED]

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06478

|  |  | CA | 7603 | FINAL | HPV PCR protocols, primers and probes, and PCR reagents | 12-NOV-91 | 12-NOV-96 |

**LUDWIG INSTITUTE FOR CANCER RESEARCH (SWEDEN)**

| Kam-Hansen, Slavenka | CA | 5092 | FINAL | Cetus' PCR technology; Kam-Hansen's multiple sclerosis (MS) technical information | 19-MAY-89 | 18-MAY-92 |

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**

| Thilly, William G. | CA-V | 1844 | FINAL |  | 08-SEP-86 |

**MILLIPORE CORPORATION**

| McKenzie, William D. | CA | 4576 | FINAL | "Mutual Non-Discl Agt" Parties: Millipore, Div's Chromatography & MilliGen, & Cetus; feasibility of incl Millipore membranes & devices in Cetus' diag test kits | 13-JAN-89 | 12-JAN-92 |

**NATIONAL JEWISH CENTER FOR IMMUNE/RESP MEDICINE**

| Palmer, Edward | CA-V | 2312 | FINAL | Visitor's | 10-MAR-87 |

**NIH-NATIONAL INST OF ALLERGY & INFECTIOUS DISEASES**

| Feinstone, Steve | CA | 2209 | FINAL | PCR technology |

**NIH-NATIONAL INST OF ENVIRONMENTAL HEALTH SCIENCES**

| Kunkel, Thomas A. | CA-V | 4210 | FINAL | mutant, native and recombinant Taq and other thermostable DNA polymerases for research studies on the fidelity of thermostable DNA polymerases | 19-SEP-88 |

**NIH-NATIONAL INSTITUTE ON AGING**

| Kittur, Smita | CA-V | 3093 | FINAL | HTLV testing | 12-OCT-87 |

**NUCLEICS, INC.**

| Glassberg, Jeffrey | CA | 5218 | FINAL | Info relating to DNA-based antisense technology | 11-JUL-89 | 10-JUL-90 |
|  |  |  | 1 | CXLD | Renewal |

Page 5

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06479

NULL INSTITUTION

| Name | State | Number | Status | Description | Start | End | Notes |
|---|---|---|---|---|---|---|---|
| Inderlied, Clark | CA | 7403 | FINAL | Cetus' info on PCR as it relates to in vitro human diagnostics | 02-AUG-91 | 01-AUG-96 | |
| Rose, Elise | CA | 5732 | FINAL | Rose to act as independent contractor from December 19, 1989 for up to one year, to assist H. Erlich in the study of a candidate Wilms' tumor gene using PCR | 27-DEC-89 | | acting as an independent contractor, assist H. Erlich in the study of a candidate Wilms' tumor gene using PCR |
| [redacted] | CA | 7525 | FINAL | Cetus and Porex to exchange confidential info on disposable filtration accessory for solid phase extraction | 12-NOV-90 | | |

OMC INDUSTRIAL RESEARCH LTD.

| Name | State | Number | Status | Description | Start |
|---|---|---|---|---|---|
| Brown, Melanie J. | CA | 1595 | FINAL | improving thermostability of enzymes | 03-NOV-86 |
| [redacted] | CA | 7437 | FINAL | PECI info. re: PCR process and QC specifications for synthesis and purif. of oligos for use in PCR, and RO's info. re: synthesis and purif. of oligos | 16-AUG-91 16-AUG-94 |

SIMONS GENETYPE DIAGNOSTICS

| Name | State | Number | | Status | Description | Start | End |
|---|---|---|---|---|---|---|---|
| Simons, Malcolm J. | CA | 1560 | 1 | FINAL CXLD | DNA probes Renewal | 20-MAR-85 | 19-MAR-90 |

SISKA DIAGNOSTICS INC.

| Name | State | Number | Status | Description | Start | End |
|---|---|---|---|---|---|---|
| Merten, Ulrich | CA | 4182 | FINAL | Cetus to receive info on transcription-based methods for in-vitro amplification of nucleic acid sequences | 23-FEB-88 | 22-FEB-93 |

SPECIALTY LABORATORIES, INC.

Page 6

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06480

| | | | | | | |
|---|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 3770 | FINAL | commercialization of PCR; Cetus & SLI to transfer info & material | | |
| Walters, Calvin O., Jr. | CA | 3813 | FINAL | "Confidentiality & Bailment Agt"; PCR | 29-JAN-88 | 28-JAN-93 |
| Walters, Calvin O., Jr. | CA | 6961 | FINAL | SLI's info. re: rapid extraction of DNA from whole blood | 11-DEC-90 | 10-DEC-93 |

### STANFORD UNIVERSITY

| | | | | | |
|---|---|---|---|---|---|
| Holodniy, Mark | CA-V | 4673 | FINAL | work with Eric Groves and Michael Konrad in molecular biology and PCR assays | 14-FEB-89 |
| Schwartz, David H. | CA-V | 3825 | FINAL | PCR work on Merigan's patient samples | 02-JUN-88 |
| Wiesendanger, Hans U. D. | CA | 6606 | FINAL | Stanford's information relating to technology entitled "Rapid Annealing of Nucleic Acids" | 31-MAY-90  30-MAY-93 |

### STATE UNIVERSITY OF NEW YORK

| | | | | | |
|---|---|---|---|---|---|
| Rokita, Steven E. | CA | 5699 | FINAL | SUNY's technology, "Sequence Selective DNA Crosslinking," R-667 | 19-DEC-89 |

### STATE UNIVERSITY OF NEW YORK AT ALBANY

| | | | | | | |
|---|---|---|---|---|---|---|
| Steinman, Charles | CA | 5823 | FINAL | SUNY's technology, "Improvement of Primer-Directed Nucleic acid Amplification," R-678 | 09-FEB-90 | SUNY's "Improvement of Primer-Directed Nucleic Acid Amplification" |

### STATE UNIVERSITY OF NEW YORK, RESEARCH FOUNDATION

| | | | | | | |
|---|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 7462 | FINAL | Cetus' info. re: PCR technology, SUNY's info. re: Detection of Specific DNA Sequences by In Situ Hybridization | 15-MAR-91 | 15-MAR-96 |

Page 7

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06481

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | in Parrafin-Embedded Tissues | | |
| ▬▬▬▬▬ ▬▬▬▬▬ CA | 7413 | FINAL | Stratacyte's info. re: development and identification of clones expressing receptors, particularly antibodies or portions, capable of binding certain ligands and/or functioning as catalysts for desired reactions | 18-APR-91 | | |

**THOMAS JEFFERSON UNIVERSITY**

| | | | | | |
|---|---|---|---|---|---|
| Katz, Philip A. | CA | 4952 | FINAL | "Confidential Disclosure Agreement" Cetus to receive 1) a method for detecting mismatched base pairs 2) an AIDS Virus Diagnostic, and 3) Peptide Synthesis | 04-MAY-89 |

**TOTAL PACKAGE**

| | | | | | | |
|---|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 7368 | FINAL | 2-way; PECI's reagent products | 29-MAR-91 | 28-MAR-94 | Evaluating the suitability of entering into a business relationship or research agreement |

**TROPICAL MEDICINE INSTITUTE**

| | | | | | |
|---|---|---|---|---|---|
| Meyer, Christian G. | CA | 6818 | FINAL | | 09-MAY-90 |

**UNITED STATES BIOCHEMICAL CORPORATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| Weisblatt, Mel | CA | 4374 | FINAL | 3 Party Agt: PECI's gene amplification technology and USB's research reagents | 20-JUL-88 | 19-JUL-93 |

**UNITED STATES DEPARTMENT OF THE ARMY**

| | | | | | | |
|---|---|---|---|---|---|---|
| Henchal, Erik A. | CA | 1760 | FINAL | PCR technology | 26-NOV-86 | 25-NOV-89 |

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fout, G. Shay | CA | 7308 | FINAL | DNA sequence info for Legionella | 08-AUG-91 | 08-AUG-93 | test for Legionella in groundwater |

Page 8

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06482

UNITED STATES FEDERAL BUREAU OF INVESTIGATION

| Name | | ID | Status | Notes | Date 1 | Date 2 | Comments |
|---|---|---|---|---|---|---|---|
| Budowle, Bruce | CA-V | 1907 | FINAL | | 10-JUN-86 | | |

UNIVERSITAT MUENSTER

| Name | | ID | Status | Notes | Date 1 | Date 2 | Comments |
|---|---|---|---|---|---|---|---|
| Horst, Jurgen | CA-V | 2381 | FINAL | | 02-APR-87 | | |

UNIVERSITY OF CALIFORNIA

| Name | | ID | Status | Notes | Date 1 | Date 2 | Comments |
|---|---|---|---|---|---|---|---|
| Jordan, | CA | 7365 | FINAL | "Secrecy Agreement for Data" for In Situ PCR | 19-FEB-91 | 18-FEB-96 | |

UNIVERSITY OF CALIFORNIA, BERKELEY

| Name | | ID | Status | Notes | Date 1 | Date 2 | Comments |
|---|---|---|---|---|---|---|---|
| Buoncristiani, Martin | CA-V | 3793 | FINAL | PCR forensics work in Erlich's lab | 17-MAY-88 | | |
| Paabo, | CA | 5216 | FINAL | "Secrecy Agreement for Data" UC's info developed by Drs. Paabo and Wilson relating to detection of nucleic acid modifications via jumping PCR (UC Case 89-045-1) | 31-MAY-89 | 30-MAY-94 | |
| Sensabaugh, George G. | CA-V | 1846 | FINAL | PCR | 01-SEP-88 | | was here working on PCR amplification |
| Walsh, Patric Sean | CA-V | 3794 | FINAL | PCR forensics work in Erlich's lab | 23-MAY-88 | | |
| von Beroldingen, Cecilia H. | CA-V | 1796 | FINAL | | 08-DEC-86 | | PCR related to forensic medicine |

UNIVERSITY OF CALIFORNIA, DAVIS

| Name | | ID | Status | Notes | Date 1 | Date 2 | Comments |
|---|---|---|---|---|---|---|---|
| Gumerlock, Paul H. | CA-V | 4740 | FINAL | Cetus' PCR technology in the detection of HLA | 12-OCT-88 | | |
| Gumerlock, Paul H. | CA-V | 5095 | FINAL | assisting Kawasaki and Paradise in the area of | 18-MAY-89 | 01-JAN-90 | assist Kawasaki and Paradise of Cetus |

Page 9

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06483

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | molecular biology in research on the detection of HLA expression using PCR | | Corporation in the area of molecular biology in research on the detection of HLA expression using PCR (Amd#1) ...IL-2 clinical studies |
| | | | 1 | FINAL | Renewal and modify purpose | 02-JAN-90 | 01-JAN-91 |
| | | | 2 | FINAL | Renewal | 02-JAN-91 | 01-JAN-92 |
| Hedgecock, Dennis | CA-V | 5032 | | FINAL | | 10-MAY-89 | |
| Hinrichs, Steven H. | CA-V | 4170 | | FINAL | | 23-AUG-88 | |
| Impraim, Chaka C. | CA | 2189 | | FINAL | dot blot analysis; 03-JAN-88 do not renew CA per Saiki | 07-FEB-86 | 06-FEB-88 |

**UNIVERSITY OF CALIFORNIA, IRVINE**

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hatfield, G. Wesley | CA | 5159 | | FINAL | "Secrecy Agreement for Data" UC's info developed by Drs. Hatfield and Gutman's on codon-pair utilization (UC Case 88-125-1) | 13-JUN-89 | 12-JUN-94 |

**UNIVERSITY OF CALIFORNIA, SAN FRANCISCO**

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gitscher, Jane | CA | 4705 | | FINAL | "Secrecy Agreement"; Cetus to receive UC Case Nos. 87-064-1 "Rapid Diagnosis of Hemophilia...," and 87-064-2 "Improved Process for Amplifying and Detecting..." | 24-FEB-89 | 23-FEB-94 |

**UNIVERSITY OF COLORADO**

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rotbart, Harley | CA-V | 3197 | | FINAL | | 09-DEC-87 | |

**UNIVERSITY OF CONNECTICUT**

| Name | | | | | | | |
|---|---|---|---|---|---|---|---|
| Berg, Claire M. | CA | 7452 | | FINAL | PECI's info. re: PCR reagent products, and Berg's info. re: bacterial transposons, fidelity and DNA sequencing methodologies | 16-MAY-91 | 16-MAY-94 |

Page 10

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06484

UNIVERSITY OF DUSSELDORF

    Goretzki, Peter   CA   6578   FINAL   One-way covering J. Lyon's methodology for the detection of G protein point mutations   15-NOV-89  14-NOV-92

UNIVERSITY OF FLORIDA

    Sninsky, Charles   CA-V   4373   FINAL      10-OCT-88

UNIVERSITY OF MIAMI

    Johnson, Daniel   CA   6719   FINAL   "Nondisclosure Agreement" Cetus to receive "A Method for Universal PCR Amplification of DNA Restriction Fragments"   19-NOV-90  18-NOV-93

UNIVERSITY OF MINNESOTA

    Jackson, J. Brooks   CA-V   4184   FINAL      19-SEP-88

UNIVERSITY OF NORTH CAROLINA

    Errede, Beverly   CA-V   4275   FINAL      17-OCT-88

    Lemon, Stanley   CA   3990   FINAL   disclosure of Gene Capture Assay   08-AUG-88  07-AUG-91

    Reisner, Howard   CA   3991   FINAL   disclosure of Detection of Specific DNA Sequences Using DNA Amplification Technology   08-AUG-88  07-AUG-91

UNIVERSITY OF SOUTHERN CALIFORNIA

    Arnheim, Norman   CA   638   FINAL   CSM VI   12-JAN-86

UNIVERSITY OF SYDNEY

    Maclennan, Douglas   CA   4001   FINAL   Cetus to evaluate information regarding an HPV screening test   01-JUL-88  30-JUN-91

UNIVERSITY OF UTAH

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06485

| Investigator | Type | ID | Status | Description | Date 1 | Date 2 | Notes |
|---|---|---|---|---|---|---|---|
| White, Raymond L. | CA | 240 | FINAL | cystic fibrosis probes U-1186 | 15-SEP-86 | 14-SEP-89 | Cystic fibrosis probes U-1186 |

**UNIVERSITY OF WASHINGTON**

| Investigator | Type | ID | Status | Description | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| Beatty, Patrick | CA-V | 2601 | FINAL | | 28-APR-87 | |
| Kiviat, Nancy B. | CA-V | 4008 | FINAL | | 24-JUN-88 | |
| Laird, Charles | CA | 4641 | FINAL | Cetus to receive info re "Fragile X Chromosome Diagnostic Test" | 11-JAN-89 | 10-JAN-92 |
| Moncla, Bernard | CA | 4642 | FINAL | Cetus to receive info re "New Method for the Use of DNA Probes" | 11-JAN-89 | 10-JAN-92 |

**UNIVERSITY OF WISCONSIN**

| Investigator | Type | ID | Status | Description | Date 1 |
|---|---|---|---|---|---|
| Smithies, Oliver | CA-V | 2188 | FINAL | | 06-MAR-87 |

**UNIVERSITY SCIENCE, ENGINEERING & TECHNOLOGY, INC.**

| Investigator | Type | ID | Status | Description | Date 1 |
|---|---|---|---|---|---|
| NULL INVESTIGATOR | CA | 6986 | FINAL | "Methods of Detecting Picornaviruses in Biological Fluids and Tissues" | 27-FEB-90 |

**UPPSALA UNIVERSITET**

| Investigator | Type | ID | Status | Description | Date 1 |
|---|---|---|---|---|---|
| Gyllensten, Ulf | CA-V | 2048 | FINAL | | 23-JAN-87 |

**VETERANS ADMINISTRATION**

| Investigator | Type | ID | Status | Description | Date 1 | Date 2 |
|---|---|---|---|---|---|---|
| Clark, Orlo H. | CA | 6622 | FINAL | One way to cover J. Lyons' project of G protein point mutation detection | 01-DEC-89 | 30-NOV-92 |

**VIRGINIA MASON RESEARCH CENTER**

| Investigator | Type | ID | Status | Description | Date 1 |
|---|---|---|---|---|---|
| Nepom, Barbara S. | CA | 4352 | FINAL | Confirmation letter that states that Nepom will not publish, talk about, or reveal to others any information, procedures, ideas, etc. that have been communicate | 16-NOV-88 |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06486

| | | | | | | |
|---|---|---|---|---|---|---|
| Nepom, Gerald T. | CA-V | 3043 | FINAL | Visitor's CA | | 30-JUN-87 |

**WALTER & ELIZA HALL INSTITUTE OF MEDICAL RESEARCH**

| | | | | | | |
|---|---|---|---|---|---|---|
| Cory, Suzanne | CA | 4115 | FINAL | rapid sample handling protocol for PCR | 31-AUG-88 | 30-AUG-91 |

**YALE UNIVERSITY**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bertha, Steve L. | CA | 4538 | FINAL | Cetus to receive info on Detection of Chlamydia Trachomatis in Clinical Specimens by DNA Amplification (OCR 208) | 28-DEC-88 | |
| Kavathas, Paula | CA-V | 4505 | FINAL | | 02-DEC-88 | |
| NULL INVESTIGATOR | CA | 7036 | FINAL | Yale's info. re: detection of nucleic acid amplification products by probe extinction | 14-FEB-91 | 13-FEB-94 |
| NULL INVESTIGATOR | CA | 7085 | FINAL | Yale's info. re: detection of nucleic acid amplification products by probe extinction | 14-FEB-91 | 13-FEB-94 |
| Persing, David H. | CA | 4713 | FINAL | "Detection of Chlamydia Trachomatis in Clinical Specimens by DNA Amplification," OCR 208 | | |

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06487

PCR AGREEMENTS
(Excluding MTAs, CAs, CA-Vs)
COLLABORATORS DATABASE
12/05/91

| INSTITUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FILE NAME | TYPE | AGT# | AMD# | STATUS | DESCRIPTION | EFFECTIVE | EXPIRE | EXPERIMENT |
| **CELLMARK** | | | | | | | | |
| NULL INVESTIGATOR | AGT | 7421 | | FINAL | Letter Agt.; CO may practice PCR solely to perform services pursuant to a contract issued by Walter Reed Army Medical Center | 15-FEB-91 | 30-SEP-92 | |
| **CENTERS FOR DISEASE CONTROL** | | | | | | | | |
| Schochetman, Gerald | RA | 1780 | | FINAL | PCR for detection of AIDS; PCR technology, Taq polymerase, probes, primers, PCR amplification machine | 17-APR-87 | | develop commercial diagnostic, therapeutic, research products using PCR technology to the detection applied to detection & characterization of AIDS and primate viruses. (RA Amd#1) extend the RA until April 16, 1991 and to clarify the research plan in Appendix 1 |
| | | | 1 | FINAL | oligonucleotides SK38-39 with SK19; SK145-150 with SK102; derivatives thereof positioned in the same areas but so as to add a T at their 3 prime terminal | 29-MAR-90 | 16-APR-91 | |
| | | | 2 | FINAL | Renewal | 17-APR-91 | 16-APR-92 | |
| Schochetman, Gerald | LTR AGT | 4658 | | FINAL | receipt of DNA phage containing complete HIV insert | 03-MAR-89 | | Research use |
| **CETUS CORPORATION** | | | | | | | | |
| Ohler, Lynne | CSA | 6579 | | FINAL | consulting in the area of Human Genome project and PCR technology | 05-NOV-90 | 04-NOV-91 | Human Genome Project and PCR Technology |
| **CHILDREN'S HOSPITAL OAKLAND** | | | | | | | | |

Page 1

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06488

| Name | Type | No. | Status | Description | Start | End | Notes |
|---|---|---|---|---|---|---|---|
| Johnson, John P. | RA | 6096 | FINAL | Cetus and Children's Hospital to develop a PCR-based test for cystic fibrosis | 15-APR-90 | 14-APR-92 | develop a PCR-based test for cystic fibrosis |

**COLORADO DEPARTMENT OF HEALTH**

| Name | Type | No. | Status | Description | Start | End | Notes |
|---|---|---|---|---|---|---|---|
| Beebe, Jim | LTR AGT | 5880 | FINAL | Cetus to receive sputum samples | 10-APR-90 | | research in the development of a mycobacterial assay |

**FORENSIC SCIENCE ASSOCIATES**

| Name | Type | No. | # | Status | Description | Start | End | Notes |
|---|---|---|---|---|---|---|---|---|
| Blake, Edward T. | CSA | 3836 | | FINAL | consulting in the area of research and development activities of Cetus | 11-APR-88 | 10-APR-89 | Research and development activities of Cetus |
| | | | 1 | FINAL | Renewal; consulting in the area of research and development activities of Cetus | 11-APR-89 | 10-APR-90 | |
| | | | 2 | FINAL | Renewal; consulting in the area of research and development activities of Cetus | 10-APR-90 | 31-MAR-91 | |
| | | | 3 | CXLD | 3 month loan of thermocycler | | | |
| Blake, Edward T. | LTR AGT | 5741 | | FINAL | Cetus' sale of HLA DQalpha PCR Reaction Mixes, MgCl(2) Solution, DQalpha Typing Strips, Enzyme Conjugate (HRP-SA), Chromogen (TMB) to Forensic Science Associates | 15-DEC-89 | 28-FEB-90 | |
| | | | 1 | CXLD | Renewal | | | |
| Blake, Edward T. | CSA | 6405 | | FINAL | consulting in the area of research and product development | 10-APR-90 | 09-APR-91 | |

**FRED HUTCHINSON CANCER RESEARCH CENTER**

| Name | Type | No. | Status | Description | Start | End | Notes |
|---|---|---|---|---|---|---|---|
| Hansen, John A. | RA | 4529 | FINAL | study of HLA typing by PCR w/ sequence specific oligonucleotide probes (SSOP) for tissue transplantation | 15-JUN-90 | | detection and characterization of HLA DNA typing for tissue transplantation |

**GENMARK, INC.**

| Name | Type | No. | Status | Description | Start | End | Notes |
|---|---|---|---|---|---|---|---|
| | NULL INVESTIGATOR AGT | 7419 | FINAL | Letter Agt.; Cetus permits Genmark to practice PCR process solely to perform | 12-FEB-91 | | |

Page 2

HIGHLY CONFIDENTIAL
ATTORNEY'S EYES ONLY

RMS 06489