Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al Doc. 95 Att. 48

# GeneAmp PCR System 9600

ATTORNEY'S EYES ONLY
RESTRICTED

PERKIN ELMER CETUS

RMS 71095

Dockets.Justia.com

EXHIBIT D

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71096

# DNA Thermal Cycler 480

PERKIN ELMER CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

EXHIBIT E

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71098

Kodak Memo

January 29, 1988

To:
Ms. S. Aumiller
Dr. W.G. Gerber
Mr. J.C. Junker
Mr. J.G. Knowles
Dr. P.A. Law
Dr. P.N. Schnipelsky
Dr. J.C. Sninsky

From: Fred Marcellus, Biological Diagnostics, B-800L, KP (716-722-6537)
Subject: Milestones, Expenditures, & Personnel Report for YE 1987

This document represents the first issue of the Milestones, Expenditures and Personnel report. The format for this report was reviewed at the RDMC meeting in December.

The report summarizes the information available at this time. It was decided to issue the report even though all data was not complete. It is expected that future issues will contain more complete information.

MILESTONE ISSUES

Current Products

* hCG -
* Herpes -
* Strep - A switch to a sandwich ELISA assay has been made due to filter variability problems with the agglutination format. The Biochemed immunopure rabbit polyclonal remains as Ab of choice for the ELISA format. ITT completed 1/4/88 for ELISA with a final diagnostic efficiency of 97-98% (N=1005 and prevalance=30-35%). Scheduling of ETT and FDA submission is in progress. Current rough estimates are provided.
* Gonorrhea -
* Chlamydia -
* Rapid Aids -

Future Products

* Cancer -
* HPV -
* Diabetes -
* HLA Typing -
* HIV (Aids)/DNA - Feasibility with model system shown; patient testing to begin.
* Forensics - Currently transferring Cetus technology to Kodak.
* Ektamizer -

ATTORNEY'S EYES ONLY
RESTRICTED

R&D EXPENDITURE SUMMARY

| Kodak & Cetus | 1987 YE Forecast | 1987 YE Actual | % Var | 1988 YE Forecast | 1988 YE Estimated | % Var |
|---|---|---|---|---|---|---|
| Current Products | | 3448 | > | | | |
| Future Products | | 3984 | > | 13870 | 13870 | |
| Basic Technology | | 3654 | > | | | |
| LRPD, CPI, HRI | | 620 | | 1080 | 1080 | |
| No Current Activity | | 2093 | | 0 | 0 | |
| | 12200 | 13785 | 13% | 14950 | 14950 | |

PERSONNEL

| (Kodak only) | Current Month Actual | 1988 YE Forecast | 1988 YE Estimated |
|---|---|---|---|
| Current Products | 11.2 | 9.8 | 9.8 |
| Future Products | 4.3 | 6.0 | 6.0 |
| Basic Technology | 13.8 | 14.0 | 14.0 |
| | 29.3 | 29.8 | 29.8 |

Note: If you need more detailed information than is provided in this report, please contact the program leader directly.

016642
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

```
CETUS - MILESTONE REVIEW of R&D PROGRAMS                                                   1/29/88

Current Products                                                  1988
Immunoassays       Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
-------------------                                                                           ANT-Identify Antigens
hCG                INT ===== EIT  FDA ========== AVL                                          ABS-Identify Antibodies
                                                                                              FMT-Dev Initial Test Format
Herpes             ===================== ANT/ABS/FMT  INT =====EIT/FDA   ========== AVL        INT-In House Tests
                                                                                              EIT-External Clinical Trial
Strep                        ANT  ABS  FMT  INT ========== EIT  FDA ========== AVL               (For Marketing Claims)
                                                                                              FDA-FDA Submission
Gonorrhea           (proposed schedule)   =================== INT =====EIT/FDA   ===== AVL      AVL-Availability

Chlamydia          ===== ANT ===================== ABS/FMT INT EIT/FDA   =============== AVL

Rapid Aids          (proposed schedule)   ========== INT ================================ EIT  FDA =====
                                                                                              ***** Indicates that
                                                                                                    Milestone is behind
                                                                                                    schedule this amount

                                                                  1988
Future Products    Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
-------------------
DNA Based Tests                                                                               MKT-Market Opportunity
  Cancer                                                                                      FSB-Feasibility (Scientific
  HPV (Cervical Cancer)                                                                           Commercial)
  Diabetes (IDDM)                                                                             ADD-Add to Business Plan
  HLA Typing
  HIV (Aids)/DNA   ============================================= FSB
  Forensics                    ================================================ FSB
Ektamizer

Basic Technology                                     Quarterly Reviews Scheduled as Follows:
-------------------                                      Mar       Jun       Sep       Dec
DNA Probes & Infectious Diseases   (need real schedule)   X                   X
Disposables & Evaluation                                  X                   X
Reagent Dev & Reagent Integration                                   X                   X
```

016643
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

TOTAL

TOTAL EXPENDITURES
EK/CETUS - R & D PROGRAMS

| PROGRAM NUMBERS CETUS | KODAK | 1986 ACT | 1987 ACT | 1988 EST | LIFE-TO DATE | PROGRAM DESCRIPTION | 1988 YE FCST AOP |
|---|---|---|---|---|---|---|---|
| | | | | 7620 | 7620 | *** CURRENT PRODUCTS *** | 7620 |
| IDD10 | 6515 | 949 | 864 | 7 | 1820 | hCG | 7 |
| IDI10 | 6426 | 670 | 484 | 220 | 1374 | HERPES | 220 |
| IDI11 | 6427 | 943 | 677 | 221 | 1841 | STREP | 221 |
| IDI19 | 6428 | 409 | 714 | 260 | 1383 | GONORRHEA | 260 |
| IDI16 | 6429 | 857 | 586 | 211 | 1654 | CHLAMYDIA | 211 |
| IDI12 | 6517-9 | 0 | 123 | 425 | 548 | RAPID HIV ANTIBODY | 425 |
| | | 3828 | 3448 | 8964 | 16240 | TOTAL | 8964 |
| | | | | | | *** FUTURE PRODUCTS *** | |
| NAC16 | | 190 | 190 | 0 | 380 | CANCER | 0 |
| NAC17 | 2090 | 0 | 1 | 200 | 201 | HPV (CERVICAL CANCER) | 200 |
| NAH16 | | 320 | 282 | 0 | 602 | DIABETES (IDDM) | 0 |
| NAH19 | | 1475 | 1485 | 0 | 2960 | HLA TYPING | 0 |
| NAI14 | 2087 | 875 | 2026 | 500 | 3401 | HIV (AIDS)/DNA | 500 |
| NAH13 | 2089 | 0 | 0 | 447 | 447 | FORENSICS | 447 |
| | 5720 | 0 | 0 | 725 | 725 | EKTAMIZER | 725 |
| | | 2860 | 3984 | 1872 | 8716 | TOTAL | 1872 |
| | | | | | | *** BASIC TECHNOLOGY *** | |
| | 6119 | 0 | 392 | 271 | 663 | INFECTIOUS DISEASES (OTHER) | 271 |
| NAI12/DNA | 6205 | 488 | 1031 | 874 | 2393 | DNA PROBES/KODAK | 874 |
| | 6206 | 871 | 1120 | 331 | 2322 | DISPOSABLES (SURECELL KITS) | 331 |
| | 6208 | 53 | 268 | 224 | 545 | EVALUATION (INT & EXT TESTING) | 224 |
| | 6209 | 502 | 335 | 734 | 1571 | REAGENT DEVELOPMENT | 734 |
| | 6210-14 | 1 | 501 | 500 | 1002 | REAGENT INTEGRATION | 500 |
| | | 241 | 7 | 100 | 348 | MANUFACTURABILITY | 100 |
| | | 2156 | 3654 | 3034 | 8844 | TOTAL | 3034 |
| | | | | | | *** NO CURRENT ACTIVITY *** | |
| IDC10 | | 785 | 1089 | 0 | 1874 | BREAST CANCER | 0 |
| IDC16 | | 122 | 7 | 0 | 129 | ONCOGENE RAS | 0 |
| NAI10/11 | | 308 | 3 | 0 | 311 | SHIGELLA/SALMONELLA | 0 |
| IDD11 | 6508 | 245 | 123 | 0 | 368 | LH | 0 |
| | 6207 | 649 | 66 | 0 | 715 | INSTRUMENTATION (FOR TEST SYSTEM EVAL) | 0 |
| | 4447 | 100 | 335 | 0 | 435 | ANALYTICAL CHARACTERIZATION | 0 |
| | 5413 | 29 | 99 | 0 | 128 | IMMOBILIZED ANTIBODIES | 0 |
| | 6105 | 87 | 371 | 0 | 458 | POLYMERS | 0 |
| | | 2325 | 2093 | 0 | 4418 | TOTAL | 0 |
| | | 11169 | 13179 | 13870 | 38218 | TOTAL - ALL PROGRAMS | 13870 |
| | | 0 | 143 | -50 | 93 | LRPD | -50 |
| | | 0 | 290 | 850 | 1140 | CPI | 850 |
| | | 0 | 140 | 280 | 420 | HRI | 280 |
| | | 11169 | 13752 | 14950 | 39871 | TOTAL ALL EXPENDITURES | 14950 |

016644
CETUS

KODAK

KODAK EXPENDITURES
EK/CETUS - R & D PROGRAMS

| PROG NO KODAK | 1986 ACT | 1987 ACT | 1988 EST | LIFE-TO DATE | PROGRAM DESCRIPTION | 1988 YE FCST AOP |
|---|---|---|---|---|---|---|
| | | | | | *** CURRENT PRODUCTS *** | |
| 6515 | 718 | 730 | 7 | 1455 | hCG | 7 |
| 6426 | | 68 | 220 | 288 | HERPES | 220 |
| 6427 | 502 | 204 | 221 | 927 | STREP | 221 |
| 6428 | | 24 | 260 | 284 | GONORRHEA | 260 |
| 6429 | 507 | 249 | 211 | 967 | CHLAMYDIA | 211 |
| 6517-9 | 0 | 10 | 425 | 435 | RAPID HIV ANTIBODY | 425 |
| | 1727 | 1285 | 1344 | 4356 | TOTAL | 1344 |
| | | | | | *** FUTURE PRODUCTS *** | |
| | | | | 0 | CANCER | |
| 2090 | | | 200 | 200 | HPV (CERVICAL CANCER) | 200 |
| | | | | 0 | DIABETES (IDDM) | |
| | | | | 0 | HLA TYPING | |
| 2087 | | | 500 | 500 | HIV (AIDS)/DNA | 500 |
| 2089 | | | 447 | 447 | FORENSICS | 447 |
| 5720 | | | 725 | 725 | EKTAMIZER | 725 |
| | 0 | 0 | 1872 | 1872 | TOTAL | 1872 |
| | | | | | *** BASIC TECHNOLOGY *** | |
| 6119 | | 392 | 271 | 663 | INFECTIOUS DISEASES (OTHER) | 271 |
| 6205 | 339 | 1029 | 874 | 2242 | DNA PROBES/KODAK | 874 |
| 6206 | 871 | 1120 | 331 | 2322 | DISPOSABLES (SURECELL KITS) | 331 |
| 6208 | 53 | 268 | 224 | 545 | EVALUATION (INT & EXT TESTING) | 224 |
| 6209 | 502 | 335 | 734 | 1571 | REAGENT DEVELOPMENT | 734 |
| 6210-14 | 1 | 501 | 500 | 1002 | REAGENT INTEGRATION | 500 |
| | 241 | 7 | 100 | 348 | MANUFACTURABILITY | 100 |
| | 2007 | 3652 | 3034 | 8693 | TOTAL | 3034 |
| | | | | | *** NO CURRENT ACTIVITY *** | |
| | | | 0 | 0 | BREAST CANCER | 0 |
| | | | 0 | 0 | ONCOGENE RAS | 0 |
| | | | 0 | 0 | SHIGELLA/SALMONELLA | 0 |
| 6508 | 80 | 87 | 0 | 167 | LH | 0 |
| 6207 | 649 | 66 | 0 | 715 | INSTRUMENTATION (FOR TEST SYSTEM EVAL) | 0 |
| 4447 | 100 | 335 | 0 | 435 | ANALYTICAL CHARACTERIZATION | 0 |
| 5413 | 29 | 99 | 0 | 128 | IMMOBILIZED ANTIBODIES | 0 |
| 6105 | 87 | 371 | 0 | 458 | POLYMERS | 0 |
| | 945 | 958 | 0 | 1903 | TOTAL | 0 |
| | 4679 | 5895 | 6250 | 16824 | TOTAL - ALL PROGRAMS | 6250 |
| | | | | 0 | LRPD | |
| | | 290 | 850 | 1140 | CPI | 850 |
| | | | | 0 | HRI | |
| | 4679 | 6185 | 7100 | 17964 | TOTAL ALL EXPENDITURES | 7100 |

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71103

CETUS

CETUS EXPENDITURES
EX/CETUS - R & D PROGRAMS

| PROG NO CETUS | 1986 ACT | 1987 ACT | 1988 EST | LIFE-TO DATE | PROGRAM DESCRIPTION | 1988 YE FCST AOP |
|---|---|---|---|---|---|---|
| | | | 7620 | 7620 | *** CURRENT PRODUCTS *** | 7620 |
| ID010 | 231 | 134 | | 365 | hCG | |
| ID110 | 670 | 416 | | 1086 | HERPES | |
| ID111 | 441 | 473 | | 914 | STREP | |
| ID119 | 409 | 690 | | 1099 | GONORRHEA | |
| ID116 | 350 | 337 | | 687 | CHLAMYDIA | |
| ID112 | | 113 | | 113 | RAPID HIV ANTIBODY | |
| | 2101 | 2163 | 7620 | 11884 | TOTAL | 7620 |
| | | | | | *** FUTURE PRODUCTS *** | |
| NAC16 | 190 | 190 | | 380 | CANCER | |
| NAC17 | | 1 | | 1 | HPV (CERVICAL CANCER) | |
| NAH16 | 320 | 282 | | 602 | DIABETES (IDDM) | |
| NAH19 | 1475 | 1485 | | 2960 | HLA TYPING | |
| NAI14 | 875 | 2026 | | 2901 | HIV (AIDS)/DNA | |
| NAH13 | | 0 | | 0 | FORENSICS | |
| | | | | 0 | EXTAMIZER | |
| | 2860 | 3984 | 0 | 6844 | TOTAL | 0 |
| | | | | | *** BASIC TECHNOLOGY *** | |
| | | | | 0 | INFECTIOUS DISEASES (OTHER) | 0 |
| NAI12/DNA | 149 | 2 | | 151 | DNA PROBES/KODAK | 0 |
| | | | | 0 | DISPOSABLES (SURECELL KITS) | 0 |
| | | | | 0 | EVALUATION (INT & EXT TESTING) | 0 |
| | | | | 0 | REAGENT DEVELOPMENT | 0 |
| | | | | 0 | REAGENT INTEGRATION | 0 |
| | | | | 0 | MANUFACTURABILITY | 0 |
| | 149 | 2 | 0 | 151 | TOTAL | 0 |
| | | | | | *** NO CURRENT ACTIVITY *** | |
| IDC10 | 785 | 1089 | | 1874 | BREAST CANCER | 0 |
| IDC16 | 122 | 7 | | 129 | ONCOGENE RAS | 0 |
| NAI10/11 | 308 | 3 | | 311 | SHIGELLA/SALMONELLA | 0 |
| ID011 | 165 | 36 | | 201 | LH | 0 |
| | | | | 0 | INSTRUMENTATION (FOR TEST SYSTEM EVAL) | 0 |
| | | | | 0 | ANALYTICAL CHARACTERIZATION | 0 |
| | | | | 0 | IMMOBILIZED ANTIBODIES | 0 |
| | | | | 0 | POLYMERS | 0 |
| | 1380 | 1135 | 0 | 2515 | TOTAL | 0 |
| | 6490 | 7284 | 7620 | 21394 | TOTAL - ALL PROGRAMS | 7620 |
| | | 143 | -50 | 93 | LRPD | -50 |
| | | | | 0 | CPI | 0 |
| | | 140 | 280 | 420 | HRI | 280 |
| | 6490 | 7567 | 7850 | 21907 | TOTAL ALL EXPENDITURES | 7850 |

016646
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71104

[illegible] RESEARCH PERSONNEL CURRENT MONTH ACTUAL (JANUARY 1988)

| Rsc : F/T Name | 6513 ACS | 6426 Nerv | 6427 Strew | 6428 BC | 6429 Chlorovena | 6517-41 Ranse HIV | 2890 HPV | 2887 HIV Model | 2889 Forum-sics | 5720 Rho-[illegible] | 6119 Other Detect | 6300 [illegible] Product | 6206 [illegible] | 6200 Eval | 6300 [illegible] Dev | 16230-44 [illegible] Integrt | Mfg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] F Burdick, | | | | | | | | 75 | | | | 25 | | | | | |
| [illegible] F Chaundry, | | | | | | | | | | | | | | 100 | | | |
| [illegible] F Cummins, | | 95 | | | | | | | | | | 5 | | | | | |
| [illegible] F Fenton, | | | | | | | | | | | | | | | 100 | | |
| [illegible] F Findlay, | | | | | | | | 25 | | | | 75 | | | | | |
| [illegible] F Steele, | | 50 | | | 50 | | | | | | | | | | | | |
| [illegible] F Sites, | | | | | | | | | | | | 100 | | | | | |
| [illegible] F [illegible] | | | | | | 65 | | | | | | | | | | | |
| [illegible] F Sawyer, | | | 90 | 10 | | | | | | | | | | | | | |
| [illegible] F Sutherland, | | | | | | | | | | | | 100 | | | | | |
| [illegible] F Sutton, | | | | | | | | | | | | | | | 100 | | |
| [illegible] F Warren, | | | | | | | | | | | | | | | 100 | | |
| [illegible] F Wu, | | | | | | | | | 100 | | | | | | | | |
| [illegible] F Young, new | | | | | | | | | | | | | | | | | |
| [illegible] F Bertmeyer, | | | | | | | | 25 | | | | 75 | | | | | |
| [illegible] F Baker, | | | | | 100 | | | | | | | | | | | | |
| [illegible] F Brown, | | | | | | | | | | | | | | | 100 | | |
| [illegible] F Constantine, | | | 100 | | | | | | | | | | | | | | |
| [illegible] F Jensen, | | | | | | | | | | | | | 50 | | 50 | | |
| [illegible] F Fiedling, | | | | | | | | | | | | 50 | | | 50 | | |
| [illegible] F Fulton, | | | | | | | | 100 | | | | | | | | | |
| [illegible] F Green, | | 100 | | | | | | | | | | | | | | | |
| [illegible] F Grogan, | | | 100 | | | | | | | | | | | | | | |
| [illegible] F Heistle, | | | | | | 100 | | | | | | | | | | | |
| [illegible] F Hunsicker, | | | | | | | | | | | | 100 | | | | | |
| [illegible] F Mack, | | | | | | | | | | | | 100 | | | | | |
| [illegible] F Pratt, | | | | | | 100 | | | | | | | | | | | |
| [illegible] F Scott, | | | | | | | | | | | | | | | 100 | | |
| [illegible] F Stewart, | | | | | | | | | 100 | | | | | | | | |
| [illegible] F Sullivan, | | | | | 60 | | | | | | | | | | | | |
| [illegible] F Garcia, | | | | | 100 | | | | | | | | | | | | |
| 25 T summer | | | | | | | | | | | | | | | | | |
| [illegible] T Tech, new | | | | | | | | | | | | | | | | | |
| Equivalent People | 0 | 2.45 | 2.9 | 0.1 | 3.1 | 2.65 | 0 | 2.25 | 2 | 1 | 0 | 6.3 | 0.5 | 1 | 6 | 0 | 0 :Tot |
| | | | | | Current Production 11.2 | | | Future Produ 4.25 | | | | | | | Basic Technology 13.8 | | :29 |
| Other Equiv People | | | | | | | | | | | | | | | | | |
| Total Equiv People | | | | | | | | | | | | | | | | | |

016647
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

[illegible]

| F/T Name | 6515 NCB | 6426 Hora | 6427 Strep | 6428 HC | 6429 Chlamydia | 6517-9 Basic HIV | 2990 HPV | 2987 HIV Ab detect | 2989 Former Lics | 5720 Helicobacter | 6519 Other Infect | 6205 Probes | 6206 Bkup | 6208 Eval | 6209 Neogen Dev | 6250-44 Neogen Integr | Mfg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F Burdick, | | | | | | | | 75 | | | | 25 | | | | | |
| F Chauncey, | | | | | | | | | | | | | | 100 | | | |
| F Cuadros, | | 50 | | | | | 50 | | | | | | | | | | |
| F Fenton, | | | | | | | | | | | | | | | 100 | | |
| F Firstar, | | | | | | | 25 | 25 | 25 | | | 25 | | | | | |
| F Foulk, | | 25 | | 25 | 25 | | | | | | 25 | | | | | | |
| F Gates, | | | | | | | | | | | | 100 | | | | | |
| F Smith-Lewis, | | | | | | 65 | | | | | | | | | | | |
| F Snider, | | | 50 | 50 | | | | | | | | | | | | | |
| F Sutherland, | | | | | | | | | | | | 100 | | | | | |
| F Sutton, | | | | | | | | | | | | | | | 100 | | |
| F Warren, | | | | | | | | | | | | | | | 100 | | |
| F Wu, | | | | | | | | | 100 | | | | | | | | |
| F Wrst, new | | | | | | | | | | | 25 | 25 | | | | | |
| F Zerguener, | | | | | | | 25 | 25 | | | | 50 | | | | | |
| T Bower, | | | | | 50 | | | | | | 50 | | | | | | |
| T Brown, | | | | | | | | | | | | | | | 100 | | |
| T Constable, | | | 50 | 25 | | | | | | | | | | | | | |
| T Davies, | | | | | | | | | | | | | 50 | | 50 | | |
| T Fielding, | | | | | | 100 | | | | | | | | | | | |
| T Fitz, | | | | | | | | 100 | | | | | | | | | |
| T Green, | | 50 | | | | | | | | | 50 | | | | | | |
| T Grason, | | | 50 | 50 | | | | | | | | | | | | | |
| T Haines, | | | | | | 100 | | | | | | | | | | | |
| T Kutzelsauer, | | | | | | | | | | | | 100 | | | | | |
| T Pace, | | | | | | | | | 50 | | | 50 | | | | | |
| T Pratt, | | | | | | 100 | | | | | | | | | | | |
| T Schell, | | | | | | | | | | | | | | | 100 | | |
| T Spencer, | | | | | | | | | 100 | | | | | | | | |
| T Sullivan, | | | | 25 | 33 | | | | | | | | | | | | |
| T Zarcta, | | | | | 50 | | | | | | 50 | | | | | | |
| T Sumner | | | | | | | | | | | 25 | | | | | | |
| T Tech. new | | | | | | | | | | | | | | | | | |
| Equivalent People | 0 | 1.25 | 1.5 | 1.75 | 1.6 | 3.65 | 1 | 2.25 | 2.75 | 0 | 1.25 | 4.75 | 0.5 | 1 | 5.5 | 0 | 0 :Tot |

Current Production 9.75 :Future Produ 6 : Basic Technology 14 :29

Other Equiv People:

Total Equiv People:

016648
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RESEARCH PERSONNEL FTE ESTIMATE (AS OF JANUARY [illegible])

| Name | 6315 NCB | 6426 Herp | 6427 Strep | 6428 BC | 6429 Chla-Candida | 6317-91 [illegible] HIV | 2990 APV | 2987 HIV (Assay) | 2989 Forensics | 5730 Elisa Cancer | 6119 Other Infect | 6208 HBV Prenatal | 6204 Assay | 6200 Eval | 6309 Assay Dev | 6250-61 Assays Integration | Org |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P Surdick, B |  |  |  |  |  |  |  | 75 |  |  |  | 25 |  |  |  |  |  |
| P Chauncey, K |  |  |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |  |
| P Cummins, T |  | 50 |  |  |  |  | 50 |  |  |  |  |  |  |  |  |  |  |
| P Fenton, S |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |
| P Findley, J |  |  |  |  |  |  | 25 | 25 | 25 |  |  | 25 |  |  |  |  |  |
| P Rouse, J |  | 25 |  | 25 | 25 |  |  |  |  |  | 25 |  |  |  |  |  |  |
| P Sakes |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |  |  |  |
| P Smith-Lewis, M |  |  |  |  |  | 65 |  |  |  |  |  |  |  |  |  |  |  |
| P Snyder, B |  |  | 50 | 50 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| P Sutherland, J |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |  |  |  |
| P Sutton, E |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |
| P Warren, K |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |
| P Wu, K |  |  |  |  |  |  |  |  | 100 |  |  |  |  |  |  |  |  |
| P [illegible], new |  |  |  |  |  |  |  |  |  |  | 25 | 25 |  |  |  |  |  |
| T Bergmeyer, L |  |  |  |  |  |  | 25 | 25 |  |  |  | 50 |  |  |  |  |  |
| T Baker, J |  |  |  |  | 50 |  |  |  |  |  | 50 |  |  |  |  |  |  |
| T Brown |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |
| T Costantino, F |  |  | 25 | 25 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| T Dunlap, K |  |  |  |  |  |  |  |  |  |  |  |  | 50 |  | 50 |  |  |
| T Fiedling, K |  |  |  |  |  | 100 |  |  |  |  |  |  |  |  |  |  |  |
| T Feles, J |  |  |  |  |  |  |  | 100 |  |  |  |  |  |  |  |  |  |
| T Green, K |  | 50 |  |  |  |  |  |  |  |  | 50 |  |  |  |  |  |  |
| T Gregson, C |  |  | 50 | 50 |  |  |  |  |  |  |  |  |  |  |  |  |  |
| T Heinze, J |  |  |  |  |  | 100 |  |  |  |  |  |  |  |  |  |  |  |
| T Kuenzelsauer, L |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |  |  |  |
| T Mack, A |  |  |  |  |  |  |  |  | 50 |  |  | 50 |  |  |  |  |  |
| T Pratt, L |  |  |  |  |  | 100 |  |  |  |  |  |  |  |  |  |  |  |
| T Schell, E |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 100 |  |  |
| T Specht, C |  |  |  |  |  |  |  |  | 100 |  |  |  |  |  |  |  |  |
| T Sullivan, S |  |  |  | 25 | 33 |  |  |  |  |  |  |  |  |  |  |  |  |
| T Torres, R |  |  |  |  | 50 |  |  |  |  |  | 50 |  |  |  |  |  |  |
| T Wagner |  |  |  |  |  |  |  |  |  |  | 25 |  |  |  |  |  |  |
| T Tech, new |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Equivalent People | 0 | 1.25 | 1.5 | 1.75 | 1.6 | 3.65 | 1 | 2.25 | 2.75 | 1 | 2.25 | 4.75 | 0.5 | 1 | 5.5 | 0 | 0 |
| Other Equiv People |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Total Equiv People |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Tot: 29

Current Production 9.75 : Future Program 6 : Basic Technology 14

C16649
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71108

Kodak Memo -- 23 1988

August 19, 1988 JSP

To: Ms. S. Aumiller, Dr. J.B. Findlay, Dr. W.G. Gerber, Mr. J.C. Junker, Mr. J.G. Knowles, Dr. P.A. Law, Dr. J.S. Price, Mr. H.C. Renton, Ms. G.C. Rodgers, Dr. P.N. Schnipelsky, Dr. J.J. Sninsky, Mr. C. Yee, Mr. J.R. Zeman

From: Fred Marcellus, Biological Diagnostics, B-800L, KP (716-722-6537)

Subject: Kodak/Cetus Milestone Report for June 1988

Following is the Kodak/Cetus Milestone Report information through June of 1988. The report summarizes the information available at this time. The report is issued on a monthly basis.

## MILESTONE ISSUES

### Current Products

* hCG (Smith-Lewis/Shih) - EK: Evaluating buffer placement alternatives (equipment & location), contamination prevention templates, automatic inspection capability and redesign of pre-filter.
* Herpes (Cummins/Madsen) - EK: External trade test in progress. These tests will go through the month of August in order to obtain a significant number of patient samples. Implementation meetings complete with both marketing and manufacturing. 510K information is being finalized and should be in place for final external site data.
  Cetus: Four lots of HSV-1 and HSV-2 antigens, for use as positive control material, have been successfully inactivated and evaluated for sensitivity. A second production run of anti-HSV MAb 283-2A1 and anti-CK MAb are being scheduled by Norman Jung.
* Strep (Snyder) - EK: Production has begun.
* Gonorrhea (Gilbert/Mauck) - Cetus: Redevelopment of MAb purification procedures is expected to be completed in August, with internal trials commencing at that time. Timing is dependent on ascites availability from manufacturing. Prior to external trials, manufacturing-level ascites lots need to be available and cross-over of purification completed.
* Chlamydia (Mauck/Gilbert) - EK: The 510K was submitted on 7/11. Whole kit keeping will be initiated in July.
* Rapid Aids (Shih/Smith-Lewis) - EK: The main format will focus on a dilution/dispense device rather than dilution in each well. Reproducibility of Ag lots & Ag-beads is still precluding further optimization. Keeping of alternative conjugates has begun. Experiments on bead treatments are underway to make the negative and sample well beads similar for background (decrease false positive risk).
  Cetus: Seven lots of CPI antigen were analyzed by SDS-PAGE and Western blot methods. Method of Ag-bead analysis is under development.

Future Products

* Cancer (Kawasaki) – no product defined
* HPV (Manos/Findlay) – Cetus: A PCR research assay for the detection of HPV sequences in clinical samples has been developed. Both generic and type specific promers and probes are being examined. The assay has been tested with limited clinical samples (cervical/vulvar swabs). A timeline for the development of an assay for use in a reference laboratory setting is being finalized.
* HLA Typing/Diabettes (Erlich) – no product defined
* HIV (Aids)/DNA (Kwok/Burdick) – Cetus: The HIV-PCR test was officially offered on July 6, 1988 through two California reference laboratories: Specialty Laboratories, Inc. (SLI) in Santa Monica, and Pathology Institute (PI) in Berkeley.
* Forensics (Higuchi/Wu) – EK: Evaluate the capture efficiencies of ASO-beads made by different procedures.

  PCR Instrument (Hinckley) – no input
* Endometriosis (Fenton) – EK: no input
* Periodontal (Snyder) – EK: Bg PAb's compatible with sandwich ELISA format as per Strep assay. A complete set of PAb's and MAb's for Bg, Bi and Aa as well as a complete panel of specific and nonspecific organisms for full prototype development expected in 2-3 weeks. Option agreement with Buffalo group finalized.

PERSONNEL SUMMARY

| | Kodak Labor Period 6 Actual Hours | Cetus Labor May Actual Hours |
|---|---|---|
| Current Products | 1494 | 1462 |
| Future Products | 802 | 3909 |
| Core Development | 2255 | 0 |
| Misc/Limited Activity | 0 | 0 |
| | 4551 | 5371 |

R&D EXPENDITURE SUMMARY

| Kodak & Cetus (K$) | May/June Forecast | 1988 Actual | % Var | 1988 YE Forecast | 1988 YE Estimated | % Var |
|---|---|---|---|---|---|---|
| Current Products | 1725 | 1450 | -15.9% | 3553 | 3553 | |
| Future Products | 3570 | 2887 | -19.1% | 7283 | 7283 | |
| Core Development | 1400 | 1355 | - 3.2% | 3034 | 3034 | |
| LRPD, CPI, HRI | 507 | 332 | -34.5% | 1080 | 1080 | |
| Misc/Limited Activity | 0 | 23 | | 0 | 0 | |
| | 7202 | 6047 | -16.0% | 14950 | 14950 | |

Note: If you need more detailed information than is provided in this report, please contact the program leader directly.

The Milestone Issues, Personnel Summary and Milestone Schedule are distributed to the following as a separate document:

| | | |
|---|---|---|
| Dr. B.A. Burdick | Dr. R.G. Higuchi | Dr. J.C. Mauck |
| Dr. T.J. Cummins | Mr. C.C. Hinckley | Ms. L.J. Scheuerman |
| Dr. H.A. Erlich | Dr. E.S. Kawaski | Ms. Y. Shih |
| Dr. S.S. Fenton | Ms. S.Y. Kwok | Dr. M.J. Smith-Lewis |
| Dr. H. Fisher | Dr. R.D. Madsen | Dr. B.A. Snyder |
| Dr. J.H. Gilbert | Dr. M.M. Manos | Dr. A.L. Wu |

013923
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71110

EK/CETUS - MILESTONE REVIEW of R&D PROGRAMS 8/19/88

```
Current Products     1987                                        1988                                      1989
Immunoassays (ADP)   Oct  Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan  Feb  Mar
-------------------

hCG         (12/87) FDA ==========*************** AVL

Herpes       (4/88)======= ANT/ABS/FMT *************** INT ***** EXT  FDA ******************** AVL (1)

Strep       (10/88) ABS  FMT  INT =========EXT/FDA========********** AVL

Gonorrhea    (4/88)=============== FMT ===============*************** INT ***** EXT ***** FDA

Chlamydia    (4/88)================= ABS/FMT INT ********** EXT  FDA ********** AVL

Rapid Aids   (4/88)================================================== ABS  FMT  INT ==========
```

ANT-Identify Antigens
ABS-Identify Antibodies
FMT-Dev Initial Test Format
INT-In House Tests
EXT-External Clinical Trials (For Marketing Claims)
FDA-FDA Submission
AVL-Availability

***** Indicates that Milestone is behind schedule this amount

```
                                                                 1988                                      1989
Future Products      Oct  Nov  Dec  Jan  Feb  Mar  Apr  May  Jun  Jul  Aug  Sep  Oct  Nov  Dec  Jan  Feb  Mar
-------------------
DNA Based Tests
  Cancer
  HPV (Cervical Cancer)
  Diabetes (IDDM)
  HLA Typing
  HIV (Aids)/DNA      ============================== FSB
  Forensics               =================================================== FSB
PCR Instrument       =================================================================================
Endometriosis                                                                                       FSB
Periodontal-Bg                                       ===== MKT ========================= FSB
           -Aa                                       ==================== MKT =============== FSB
           -Bi                                       ==================== MKT ========================= FSB
```

MKT-Market Opportunity
FSB-Feasibility (Scientific : Commercial)
ADD-Add to Business Plan

Basic Technology

Quarterly Reviews Scheduled as Follows:

| Basic Technology | Mar | Jun | Sep | Dec |
|---|---|---|---|---|
| DNA Probes & Infectious (need real schedule) | X | | X | |
| Disposables & Evaluation | X | | X | |
| Reagent Dev & Reagent Integration | | X | | X |

(1) Herpes Availability delayed due to lack of manufacturing capacity

013924
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

TOTAL
EK/CETUS - R & D PROGRAMS
CY 88 - thru period 6/June

T O T A L   E X P E N D I T U R E S
***********************************

| PROGRAM NUMBER CETUS | KODAK | PRIOR YEARS | 1988 EST | PROGRAM TOTAL | PROGRAM DESCRIPTION | 1988 YTD FCST | 1988 YTD ACT | 1988 YE FCST AOP |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | *** CURRENT PRODUCTS *** | | | |
| ID010 | 6515 | 1813 | 7 | 1820 | hCG | 3 | 99 | 7 |
| ID110 | 6426 | 1154 | 502 | 1656 | HERPES | 243 | 194 | 502 |
| ID111 | 6427 | 1620 | 221 | 1841 | STREP | 102 | 126 | 221 |
| ID119 | 6428 | 1123 | 1200 | 2323 | GONORRHEA | 590 | 417 | 1200 |
| ID116 | 6429 | 1443 | 446 | 1889 | CHLAMYDIA | 215 | 295 | 446 |
| ID112 | 6519 | 123 | 1177 | 1300 | RAPID HIV ANTIBODY | 572 | 319 | 1177 |
| | | 7276 | 3553 | 10829 | TOTAL | 1725 | 1450 | 3553 |
| | | | | | *** FUTURE PRODUCTS *** | | | |
| NAC16 | | 380 | 752 | 1132 | CANCER | 376 | 204 | 752 |
| NAC17 | 2090 | 1 | 952 | 953 | HPV (CERVICAL CANCER) | 468 | 192 | 952 |
| NAH16 | | 602 | 564 | 1166 | DIABETES (IDDM) | 282 | 287 | 564 |
| NAH19 | | 2960 | 564 | 3524 | HLA TYPING | 282 | 573 | 564 |
| NAI14 | 2087 | 2901 | 2357 | 5258 | HIV (AIDS)/DNA | 1159 | 1147 | 2357 |
| NAH13 | 2089 | 0 | 1369 | 1369 | FORENSICS | 667 | 243 | 1369 |
| | 5720 | 0 | 725 | 725 | PCR INSTRUMENT | 335 | 241 | 725 |
| | | 6844 | 7283 | 14127 | TOTAL | 3570 | 2887 | 7283 |
| | | | | | *** CORE DEVELOPMENT *** | | | |
| | 6119 | 392 | 271 | 663 | INFECTIOUS DISEASES (OTHER) | 125 | 1 | 271 |
| NAI12/DNA | 6205 | 1519 | 874 | 2393 | DNA PROBES/KODAK | 403 | 608 | 874 |
| | 6206 | 1991 | 331 | 2322 | DISPOSABLES (SURECELL KITS) | 153 | 158 | 331 |
| | 6208 | 321 | 224 | 545 | EVALUATION (INT & EXT TESTING) | 103 | 76 | 224 |
| | 6209 | 837 | 734 | 1571 | REAGENT DEVELOPMENT | 339 | 512 | 734 |
| | 6210-4 | 502 | 500 | 1002 | REAGENT INTEGRATION | 231 | 0 | 500 |
| | | 248 | 100 | 348 | MANUFACTURABILITY | 46 | 0 | 100 |
| | | 5810 | 3034 | 8844 | TOTAL | 1400 | 1355 | 3034 |
| | | | | | *** MISC/LIMITED ACTIVITY *** | | | |
| IDC10 | | 1874 | 0 | 1874 | BREAST CANCER | 0 | 18 | 0 |
| IDC16 | | 129 | 0 | 129 | ONCOGENE RAS | 0 | 0 | 0 |
| NAI10/11 | | 311 | 0 | 311 | SHIGELLA/SALMONELLA | 0 | 0 | 0 |
| ID011 | 6508 | 368 | 0 | 368 | LH | 0 | 4 | 0 |
| | 6207 | 715 | 0 | 715 | INSTRUMENTATION (FOR TEST SYSTEM EVAL) | 0 | 1 | 0 |
| | 4447 | 435 | 0 | 435 | ANALYTICAL CHARACTERIZATION | 0 | 0 | 0 |
| | 5413 | 128 | 0 | 128 | IMMOBILIZED ANTIBODIES | 0 | 0 | 0 |
| | 6105 | 458 | 0 | 458 | POLYMERS | 0 | 0 | 0 |
| | | 4418 | 0 | 4418 | TOTAL | 0 | 23 | 0 |
| | | 24348 | 13870 | 38218 | TOTAL - ALL PROGRAMS | 6695 | 5715 | 13870 |
| | | 143 | -50 | 93 | LRPD | -25 | -16 | -50 |
| | | 290 | 850 | 1140 | CPI | 392 | 115 | 850 |
| | | 140 | 280 | 420 | HRI | 140 | 233 | 280 |
| | | 24921 | 14950 | 39871 | TOTAL ALL EXPENDITURES | 7202 | 6047 | 14950 |

013925
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71112

KODAK
EK/CETUS - R & D PROGRAMS
CY 88 - thru 6 periods

K O D A K   E X P E N D I T U R E S
****************************************

| PROG NO KODAK | PRIOR YEARS | 1988 EST | PROGRAM TOTAL | PROGRAM DESCRIPTION | ----1988 YTD---- FCST | ACT | 1988 YE FCST AOP |
|---|---|---|---|---|---|---|---|
| | | | | *** CURRENT PRODUCTS *** | | | |
| 6515 | 1448 | 7 | 1455 | hCG | 3 | 28 | 7 |
| 6426 | 68 | 220 | 288 | HERPES | 102 | 97 | 220 |
| 6427 | 706 | 221 | 927 | STREP | 102 | 124 | 221 |
| 6428 | 24 | 260 | 284 | GONORRHEA | 120 | 9 | 260 |
| 6429 | 756 | 211 | 967 | CHLAMYDIA | 97 | 215 | 211 |
| 6519 | 10 | 425 | 435 | RAPID HIV ANTIBODY | 196 | 136 | 425 |
| | 3012 | 1344 | 4356 | TOTAL | 620 | 609 | 1344 |
| | | | | *** FUTURE PRODUCTS *** | | | |
| | | | 0 | CANCER | 0 | 0 | |
| 2090 | 0 | 200 | 200 | HPV (CERVICAL CANCER) | 92 | 0 | 200 |
| | | | 0 | DIABETES (IDDM) | 0 | 0 | |
| | | | 0 | HLA TYPING | 0 | 0 | |
| 2087 | 0 | 500 | 500 | HIV (AIDS)/DNA | 231 | 133 | 500 |
| 2089 | 0 | 447 | 447 | FORENSICS | 206 | 114 | 447 |
| 5720 | 0 | 725 | 725 | PCR INSTRUMENT | 335 | 241 | 725 |
| | 0 | 1872 | 1872 | TOTAL | 864 | 488 | 1872 |
| | | | | *** CORE DEVELOPMENT *** | | | |
| 6119 | 392 | 271 | 663 | INFECTIOUS DISEASES (OTHER) | 125 | 1 | 271 |
| 6205 | 1368 | 874 | 2242 | DNA PROBES/KODAK | 403 | 608 | 874 |
| 6206 | 1991 | 331 | 2322 | DISPOSABLES (SURECELL KITS) | 153 | 158 | 331 |
| 6208 | 321 | 224 | 545 | EVALUATION (INT & EXT TESTING) | 103 | 76 | 224 |
| 6209 | 837 | 734 | 1571 | REAGENT DEVELOPMENT | 339 | 512 | 734 |
| 6210-4 | 502 | 500 | 1002 | REAGENT INTEGRATION | 231 | 0 | 500 |
| | 248 | 100 | 348 | MANUFACTURABILITY | 46 | 0 | 100 |
| | 5659 | 3034 | 8693 | TOTAL | 1400 | 1355 | 3034 |
| | | | | *** MISC/LIMITED ACTIVITY *** | | | |
| | | 0 | 0 | BREAST CANCER | 0 | 0 | 0 |
| | | 0 | 0 | ONCOGENE RAS | 0 | 0 | 0 |
| | | 0 | 0 | SHIGELLA/SALMONELLA | 0 | 0 | 0 |
| 6508 | 167 | 0 | 167 | LH | 0 | 1 | 0 |
| 6207 | 715 | 0 | 715 | INSTRUMENTATION (FOR TEST SYSTEM EVAL) | 0 | 1 | 0 |
| 4447 | 435 | 0 | 435 | ANALYTICAL CHARACTERIZATION | 0 | 0 | 0 |
| 5413 | 128 | 0 | 128 | IMMOBILIZED ANTIBODIES | 0 | 0 | 0 |
| 6105 | 458 | 0 | 458 | POLYMERS | 0 | 0 | 0 |
| | 1903 | 0 | 1903 | TOTAL | 0 | 2 | 0 |
| | 10574 | 6250 | 16824 | TOTAL - ALL PROGRAMS | 2885 | 2454 | 6250 |
| | | | 0 | LRPD | | | |
| | 290 | 850 | 1140 | CPI | 392 | 115 | 850 |
| | | | 0 | HRI | | | |
| | 10864 | 7100 | 17964 | TOTAL ALL EXPENDITURES | 3277 | 2569 | 7100 |

013926
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71113

CETUS
EK/CETUS - R & D PROGRAMS
CY 88 - thru June

CETUS EXPENDITURES

| PROG NO CETUS | PRIOR YEARS | 1988 EST | PROGRAM TOTAL | PROGRAM DESCRIPTION | 1988 YTD FCST | 1988 YTD ACT | 1988 YE FCST AOP |
|---|---|---|---|---|---|---|---|
| | | | | *** CURRENT PRODUCTS *** | | | |
| ID010 | 365 | 0 | 365 | hCG | 0 | 71 | 0 |
| ID110 | 1086 | 282 | 1368 | HERPES | 141 | 97 | 282 |
| ID111 | 914 | 0 | 914 | STREP | 0 | 2 | 0 |
| ID119 | 1099 | 940 | 2039 | GONORRHEA | 470 | 408 | 940 |
| ID116 | 687 | 235 | 922 | CHLAMYDIA | 118 | 80 | 235 |
| ID112 | 113 | 752 | 865 | RAPID HIV ANTIBODY | 376 | 183 | 752 |
| | 4264 | 2209 | 6473 | TOTAL | 1105 | 841 | 2209 |
| | | | | *** FUTURE PRODUCTS *** | | | |
| MAC16 | 380 | 752 | 1132 | CANCER | 376 | 204 | 752 |
| MAC17 | 1 | 752 | 753 | HPV (CERVICAL CANCER) | 376 | 192 | 752 |
| MAH16 | 602 | 564 | 1166 | DIABETES (IDDM) | 282 | 287 | 564 |
| MAH19 | 2960 | 564 | 3524 | HLA TYPING | 282 | 573 | 564 |
| MAI14 | 2901 | 1857 | 4758 | HIV (AIDS)/DNA | 929 | 1014 | 1857 |
| MAH13 | 0 | 922 | 922 | FORENSICS | 461 | 129 | 922 |
| | 0 | 0 | 0 | PCR INSTRUMENT | 0 | 0 | 0 |
| | 6844 | 5411 | 12255 | TOTAL | 2706 | 2399 | 5411 |
| | | | | *** CORE DEVELOPMENT *** | | | |
| | | 0 | 0 | INFECTIOUS DISEASES (OTHER) | 0 | 0 | 0 |
| MAI12/DNA | 151 | 0 | 151 | DNA PROBES/KODAK | 0 | 0 | 0 |
| | | 0 | 0 | DISPOSABLES (SURECELL KITS) | 0 | 0 | 0 |
| | | 0 | 0 | EVALUATION (INT & EXT TESTING) | 0 | 0 | 0 |
| | | 0 | 0 | REAGENT DEVELOPMENT | 0 | 0 | 0 |
| | | 0 | 0 | REAGENT INTEGRATION | 0 | 0 | 0 |
| | | 0 | 0 | MANUFACTURABILITY | 0 | 0 | 0 |
| | 151 | 0 | 151 | TOTAL | 0 | 0 | 0 |
| | | | | *** MISC/LIMITED ACTIVITY *** | | | |
| IDC10 | 1874 | 0 | 1874 | BREAST CANCER | 0 | 18 | 0 |
| IDC16 | 129 | 0 | 129 | ONCOGENE RAS | 0 | 0 | 0 |
| MAI10/11 | 311 | 0 | 311 | SHIGELLA/SALMONELLA | 0 | 0 | 0 |
| ID011 | 201 | 0 | 201 | LH | 0 | 3 | 0 |
| | | 0 | 0 | INSTRUMENTATION (FOR TEST SYSTEM EVAL) | 0 | 0 | 0 |
| | | 0 | 0 | ANALYTICAL CHARACTERIZATION | 0 | 0 | 0 |
| | | 0 | 0 | IMMOBILIZED ANTIBODIES | 0 | 0 | 0 |
| | | 0 | 0 | POLYMERS | 0 | 0 | 0 |
| | 2515 | 0 | 2515 | TOTAL | 0 | 21 | 0 |
| | 13774 | 7620 | 21394 | TOTAL - ALL PROGRAMS | 3810 | 3261 | 7620 |
| | 143 | -50 | 93 | LRPD | -25 | -16 | -50 |
| | | | 0 | CPI | 0 | 0 | 0 |
| | 140 | 280 | 420 | HRI | 140 | 233 | 280 |
| | 14057 | 7850 | 21907 | TOTAL ALL EXPENDITURES | 3925 | 3478 | 7850 |

013927
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71114

[illegible]

| Name | Hours entered (column positions illegible) | Total |
|---|---|---|
| Backus, | 152.5 | .5[illegible] |
| Bergmeier, | 76 | 152 |
| Bower, | 145.5 | 145. |
| Brown, | 144 | 144 |
| Burdick, | 136 | 136 |
| Chauncey, | 152 | 152 |
| Contestable,F. | 136 | 136 |
| Cummins, | [illegible] | 152 |
| Danish, | 150 | [illegible] |
| Evans, | 76 ; 76 | 152 |
| Fenton, | 152 | 152 |
| Findlay, | 55 ; 70 | 120 |
| Findling, | 76 | 88 |
| Fries, | 56 ; 86 | 152 |
| Green, | [illegible] | [illegible] |
| Grogan, | [illegible] | 42 |
| Hatch, | 20 ; 76 | 104 |
| King, | 82.5 ; 78.5 | 161 |
| Kordesmeyer,L | 112 | 112 |
| Mack, | 136 | 136 |
| Meeks, | 152 | 152 |
| Oakes, | 152 | 152 |
| Pratt, | 42 ; 110 | 152 |
| Scheel, | 136 | 136 |
| Scott, | 112 | 112 |
| Smith-Lewis,N. | 24 ; 4 ; 48 | 61 |
| Snyder, | 135 ; 42 | 152 |
| Specht, | 136 | 136 |
| Sullivan, | 88 | 88 |
| Sutherland, | 128 | 128 |
| Sutton, | 140 | 140 |
| Warren, | 140 | 140 |
| Wu, | 136 | 136 |
| Zercie, | 125.5 ; 32 | 1[illegible] |
| Labor Hours | 2106 ; 240 ; 237 ; 8 ; 453 ; 210 ; 0 ; 1446. ; 272 ; 0 ; 0 ; 43 ; 0 ; 914 ; 150 ; 194 ; 904 ; 0 ; 0 | 4510 |
| Other Hours | 3 ; 12 ; 20.4 ; 0.3 | |
| Total Hours | 2114 ; 240 ; 237 ; 5 ; 465 ; 210 ; 0 ; 1446. ; 272 ; 0 ; 0 ; 43 ; 3 ; 1934.4 ; 150 ; 184 ; 904.3 ; 3 ; 0 | |

Current Product 1444 ; Future Prods 802 ; Core Development = 2255

Totals= 4550

ATTORNEY'S EYES ONLY
RESTRICTED

013928
CETUS

RMS 71115

CETUS RESEARCH PERSONNEL - Actual Hours for May, 1988

| Dept Name | 10010 ACG | 10110 Herp | 10111 Stres | 10119 SC | 10116 Chla-mydia | 10112 Rapid HIV | MAC16 Cancer | MAC17 HPV | MAN16 Diabet (IDDM) | MAN17 HLA Typing | MB114 HIV Assay | AM113 Forensics | Breast Cancer | Lk | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saiki, R. | | 22 | | 20 | 20 | 20 | 22 | 20 | | | 22 | 22 | | | 168 |
| 421 Birch, D. | | | | | | | | | | 112 | | | | | 112 |
| Block, W. | | | | | | | | | | 168 | | | | | 168 |
| 431 Hanes, R. | | | | | | | | 164 | | | | | | | 164 |
| Ting, R. | | | | | | | | 151 | | | | | | | 151 |
| Wright, J. | | | | | | | | 134 | | | | | | | 134 |
| Landers, E. | | | | | | | 144 | | | | | | | | 144 |
| Irene, K. | | | | | | | 96 | | | | | | | | 96 |
| 442 Ferrie, J. | | | | | | | | | | | 152 | | | | 152 |
| Helmuth, R. | | | | | | | 44 | | | | 114 | | | | 158 |
| Watson, R. | | | | | | | | | | | 144 | | | | 144 |
| 443 Chang, C. | | | | | | | | | | | 104 | 64 | | | 168 |
| Levenson, C. | | | | | | | | | | | 72 | | | | 72 |
| 446 Bugawan, T. | | | | | | | | | | 152 | | | | | 152 |
| Erlich, H. | | | | | | | | | 75 | 75 | | | | | 150 |
| Gravitt, P. | | | | | | | | | | | | 160 | | | 160 |
| Higuchi, R. | | | | | | | | | | | | 166 | | | 166 |
| TSM | | | | | | | | | | | | | | | |
| Saiki, R. | | | | | | | | | | | | 50 | | | 66 |
| Scharf, S. | | | | | | | | | 168 | | | | | | 168 |
| 440 Cassatt, D. | | | | | | 168 | | | | | | | | | 163 |
| Gedge, S. | | | | 168 | | | | | | | | | | | 48 |
| Gilbert, J. | | | | 120 | 38 | | | | | | | | | | 168 |
| Greer, C. | | | | 166 | | | | | | | | | | | 166 |
| Kellogg, D. | | | | | | | | | | | 152 | | | | 152 |
| Lamo, S. | | | | | | | | | | | 168 | | | | 168 |
| TSM | | | | | | | | | | | | | | | / |
| TS- | | | | | | | | | | | | | | | |
| Nadel, S. | | | | | | | | | | | | 168 | | | 168 |
| Raj, J. | | | | | | | | | | | 152 | | | | 152 |
| Nasser, N. | | 56 | | | | | | | | | | | | | 168 |
| Rodgers, G. | | 22 | | 20 | 20 | 20 | 22 | 20 | | | 22 | 22 | | | 168 |
| Saeed, F. | | | | | | | | | | | 34 | | | | 34 |
| Shih, F. | | | | | | 168 | | | | | | | | | 168 |
| TBM | | | | | | | | | | | | | | | 4 |
| Triglia, R. | | | | 168 | | | | | | | | | | | 168 |
| 720 Jung | 10 | | | 4 | 3 | | | | | | 2 | 20 | | | 40 |
| Canno, L. | | 8 | | | | | | | | | 4 | 1 | | | 13 |
| Lee, F. | | | | 1 | | | | | | | | | | | 1 |
| Lawrence, A. | | | | 11 | | | | | | | | | | | 11 |
| Matrix | 17 | | 0 | 75 | | 16.5 | 0 | 18 | 102 | 93 | 216.5 | 38 | 0 | 0 | 612 |
| | 37 | 221 | 9 | 743 | 81 | 1399.5 | 328 | 507 | 385 | 600 | 1546. | 743 | 9 | 0 | 5372 |

Current Product=1462. Future Prod= 3909. Misc/Lt= 0

Total Hours in May = 168 Total Hours= 5372

013929
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71116

EXHIBIT G

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71117

# Turn Biological Material Into Powerful Criminal Evidence.

AmpliType™ HLA DQα Forensic DNA Amplification & Typing Kit.

cetus.

ATTORNEY'S EYES ONLY
RESTRICTED

# The AmpliType™ HLA DQα Kit: Revolutionizing DNA typing.

## The practical tool for the forensic laboratory.

Increasing caseloads and the growing recognition of DNA typing as an important criminal investigation tool are challenging the forensic laboratory. Time-consuming, labor-intensive procedures requiring specialized skills limit the number of specimens that can be processed. Based on the powerful GeneAmp™ PCR technology, the AmpliType HLA DQα Forensic DNA Amplification and Typing Kit provides a rapid, automated procedure requiring only minimal amounts of DNA and allowing typing of DNA from degraded material.

## Convenient, one-step amplification.

Once the DNA has been extracted from the biological specimen, amplification of the DQα region begins in only a few minutes. The PCR reaction mix provided in the AmpliType Kit has been preformulated to include the enzyme AmpliTaq® DNA polymerase, nucleotides and DQα primers. Just add the extracted DNA sample to the DNA amplification reagents and begin amplification in the DNA Thermal Cycler.

## Dot blot format: Simple to use, easy to read.

The AmpliType HLA DQα Kit uses the dot blot format familiar to immunologists and molecular biologists. In this format, the DNA probes that complement the six alleles of the DQα gene are provided as immobilized dots on a DNA probe strip.

When the amplified DNA sample is added to the DNA probe strip, the alleles present in the sample hybridize to the complementary probes on the strip.

Following a subsequent color development step, the hybridized DNA product is visualized as a blue dot. The DQα type is identified by reading the pattern of dots on the DNA probe strip.

## Nonisotopic, colorimetric detection: Fast and safe.

Since hybridization is visualized in a colorimetric reaction, radioisotopes are not used. This eliminates the expense and hazards of handling, storing and disposing of radioactive material. Special licenses are not required to perform the procedure.

Significant time and cost savings also result. There is no need to perform autoradiography. The results are immediately visible.

## A cost-effective screening tool.

The DQα system has been used in forensic casework since 1986 and has proven useful in excluding or including suspects in criminal cases. By using GeneAmp PCR technology and the dot blot format, the AmpliType Kit offers a simple procedure, rapid results and significantly lower costs. This makes DQα typing cost-effective as a screening tool to quickly determine if further analysis is necessary. Since amplification is automated and typing is simple and rapid, more cases can be processed. Once the DNA has been extracted from the sample, results are available in less than a day.

# GeneAmp™ Polymerase Chain Reaction: A new level of sensitivity.

## Amplify target DNA sequences automatically.

The GeneAmp polymerase chain reaction is an *in vitro* method for the enzymatic synthesis of specific DNA sequences. Two specific oligonucleotide primers that hybridize to opposite strands and flank the target DNA region of interest are used. The repetitive series of cycles involves three steps. First, the DNA strands to be copied (the template) are denatured by heat. Next, a cooling step anneals the primers. In the third step, the annealed primers are extended by the enzyme AmpliTaq DNA polymerase, producing a copy of the target DNA region. The cyclic repetition of these steps results in the exponential accumulation of the approximately 240 base pair sequence of the HLA DQα region.

All this is performed automatically in the PE Cetus DNA Thermal Cycler that controls the temperature and cycling conditions for the amplification process.

## From picograms to micrograms within hours.

Because the primer extension products synthesized in one PCR cycle serve as a template in the next, the number of target DNA copies approximately doubles after every cycle. Thus, 20 PCR cycles can yield approximately a millionfold ($2^{20}$) amplification.

Within hours, millions of copies of just the DQα region in the sample are generated and ready for analysis. With the sensitivity offered by PCR, even samples containing less than a nanogram of human DNA can be analyzed.

## Polymerase chain reaction.

Unamplified DNA
Targeted sequence
Cycle 1
Denature and anneal primers
Primer extension
Cycle 2
Denature and anneal primers
Primer extension
Cycle 3
Denature and anneal primers
Primer extension
Cycles 4-25

*In the first and most important step of genetic analysis, DNA is extracted from biological specimens such as a hair, a semen stain, a blood stain or other material.*

*The extracted DNA is added to the PCR reaction mix, which is provided with the AmpliType HLA DQα Kit. The samples are amplified in the PE Cetus DNA Thermal Cycler.*

*The amplified DNA is added to the DNA probe strip on which the DQα DNA probes have been immobilized. No preparation of the strips is necessary.*

# HLA DQα typing:
# The logical starting point in forensic casework.

## Fully characterized for forensic testing.

By determining the genetic type of the donor of the biological evidence sample, DNA typing can be a powerful tool for including or excluding suspects.

The AmpliType HLA DQα Forensic DNA Amplification and Typing Kit detects genetic variation at the highly polymorphic DQα locus, one of the Human Leukocyte Antigen Class II (HLA-D) genes located on chromosome 6. These genes have been studied extensively. The HLA-D genes are organized into three regions: HLA-DR, -DQ and -DP, each of which encodes an alpha and beta glycopeptide. The DNA sequence of the HLA DQα alleles is known.[1,2]

## Excellent discriminating power.

The six most common HLA DQα alleles (A1.1, A1.2, A1.3, A2, A3 and A4) define 21 genotypes with frequencies ranging from less than 0.005 to 0.15. Based on allele and genotype frequency data available for certain Caucasian, Black, Hispanic and Asian populations, the discriminating power of the DQα typing system is approximately [illegible]

1. Saiki, RK; Walsh, PS; Levenson, CH; Erlich, HA: "Genetic Analysis of Amplified DNA with Immobilized Sequence-Specific Oligonucleotide Probes." *Proc. Natl. Acad. Sci. USA* 86, 6230-6234 (1989).
2. Gyllensten, UB; Erlich, HA: "Generation of Single-Stranded DNA by the Polymerase Chain Reaction and Its Application to Direct Sequencing of the *HLA-DQA Locus*." *Proc. Natl. Acad. Sci. USA* 85, 7652-7656 (1988).
3. Helmuth, R *et al.*: "HLA DQα Allele and Genotype Frequencies in Various Human Populations Determined by Using Enzymatic Amplification and Oligonucleotide Probes." Unpublished manuscript.
4. von Beroldingen, CH; Blake, ET; Higuchi, R; Sensabaugh, GF; Erlich, HA: "Applications of PCR to the Analysis of Biological Evidence" in *PCR [illegible]*, Stockton Press (1989), Chapter [illegible], p. [illegible].

## Get started today with the AmpliType Kit.

The AmpliType HLA DQα Forensic DNA Amplification and Typing Kit includes the PCR mix for DNA amplification, DNA probe strips and other reagents and supplies needed for amplifying and typing the HLA DQα region. Simple, complete instructions are included for your convenience.

Most importantly, the AmpliType HLA DQα Kit comes with support from the Cetus Forensics Group. Technical assistance is available through our toll-free number (1-800-548-4545). The customer support program also includes training workshops. Contact Cetus today for more information on the AmpliType Kit. To place an order, call PE XPRESS at 1-800-762-4002.

*The particular alleles in the sample hybridize to the complementary probes on the DNA probe strip. Following a subsequent color development step, the hybridized product is visualized.*

*The AmpliType HLA DQα Forensic DNA Amplification and Typing Kit includes all the reagents required for DQα analysis of DNA samples.*

ATTORNEY'S EYES ONLY
RESTRICTED

# HLA DQα typing:
## At work in the forensic laboratory.

### Casework example 1.

In this homicide case, foreign hairs were recovered from the victim's body. DNA was extracted and analyzed using the AmpliType™ HLA DQα Forensic DNA Amplification and Typing Kit to determine whether or not these hairs could have originated from the suspect.

**Results of DNA analysis.**

| Sample Type | Description | DQα Type |
|---|---|---|
| Blood | Victim (reference blood) | 3.3 |
| Blood | Suspect (reference blood) | 1.3.2 |
| Hair | Hair #1 | 1.3.2 |
| Hair | Hair #2 | 1.3.2 |

**Inference.**

The DQα type of both hairs was determined to be 1.3.2. This type occurs in approximately 1.7% of the general population.

The suspect was also determined to be DQα type 1.3.2 and therefore could not be eliminated as a source of these hairs.

### Casework example 2.

Vaginal swabs containing human semen from the victim of an alleged sexual assault were submitted to the crime laboratory. DNA analysis using the AmpliType HLA DQα Forensic DNA Amplification and Typing Kit was conducted to determine whether or not the suspect could be eliminated as a potential sperm donor.

**Results of DNA analysis.**

| Sample Type | Description | DQα Type |
|---|---|---|
| Blood | Victim (reference blood) | 2.3 |
| Blood | Suspect (reference blood) | 1.1.4 |
| Vaginal swab | Epithelial cell DNA | 2.3 |
| Vaginal swab | Sperm DNA | 1.2.1.3 |

**Inference.**

The sperm DNA from the vaginal swab was adequately separated from the female's epithelial cell DNA. The victim was determined to be DQα type 2.3. The DQα type of the sperm was determined to be type 1.2.1.3.

The suspect was determined to be DQα type 1.1.4. Therefore he was eliminated as the sperm donor in this case.

ATTORNEY'S EYES ONLY
RESTRICTED

# Ordering information.

| Item | Catalog No. |
|---|---|
| AmpliType HLA DQα Forensic DNA Amplification & Typing Kit | N808-0002 |

To order: 1-800-762-4002 (PE XPRESS)
For Cetus technical support: 1-800-548-4545

CETUS CORPORATION
Forensics, PCR Division
1400 Fifty-Third Street
Emeryville, CA 94608
(800) 548-4545
Fax: (415) 601-1727

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71123

AmpliTaq is a registered trademark, and AmpliType and GeneAmp are trademarks of Cetus Corporation. © Cetus Corporation, 1990.

001-5M-01/90

EXHIBIT H

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71124



RECEIVED DEC 2 8 1987

F/ Kodak RDMC

cc: S. Brunelles
D. Southard
S. Seawell

RDMC INTERIM MEETING
12/7/87 at Cetus

(1) Status Reports

(a) Status of Immunodiagnostic Tests

Paul Schnipelsky outlined the current status and schedules (see Attachment I).

Schedules have been maintained since the October RDMC except for one month slip in GC and hCG and uncertainty regarding the time required for FDA approval of the HIV rapid test.

Issue: How many strains of GC must be detected? What is the prevalence of strains. A list of questions to be asked of experts will be developed by Paul Schnipelsky, John Sninsky, and Bill Gerber.

Issue: In order to facilitate FDA approval of the rapid HIV test, an advisory committee will be established to ensure complete, timely application. This group will be:

Paul Law - EK (Chair)
Norbert Norkus - EK
Wanda De-Vlaminck - Cetus
Nancy Durst - EK
Richard Montagna - CPI
Bernard Poiesz - Upstate Medical Center, NY

(b) Status of Ektamiser

This is a processor for pods to contain PCR reagents in a prepackaged format. The program at Kodak is many months behind schedule, and the instrument is marginally functional. An evaluation is underway to determine salvage value and future course of action. Bill Gerber will explore possibilities. John Sninsky and Paul Schnipelsky to develop R&D plan and budget. Hanna Fischer and John Knowles to prioritize targets. A meeting with PE was recommended to help reduce redundant activities.

(2) R&D Budget

The budget is attached (Attachments II & III). The HRI expenditures will be moved from SIC to R&D and line items for "contract R&D" will be established for HRI and CPI. Cetus R&D will not exceed $7600K in 1987. The 1988 estimated budget will be revised slightly, but the total will be unchanged.