RDMC INTERIM MEETING
12/7/87 —2

(3)  Reference Lab

Although establishment of an EK/Cetus lab is still under
study, there is a decided preference to contract or
establish a JV with an existing lab.  This would be
quicker and less espensive up front.  Candidates are:
Pathology Institutes, Berkeley or Dianon, Connecticut.
Other proposals are being considered.  The areas of
infectious diseases (HIV/HPV, cancer, genetics and
forensics) may lead to more than one relationship with
laboratories.  Some options are expected to be selected
before the next RDMC meeting (February 1 and 2, at Cetus).

(4)  Renegotiation of the EK/Cetus Agreement

The major concern is less than adequate R&D support to
fully exploit the opportunities provided by PCR
technology.  Cetus encouraged Kodak to increase PCR
license or sell the technology in order to realize the
commerical opportunities before competing technology is
developed.  PCR strategy statement will be prepared in
draft form for discussion at the February RDMC and in
final form two weeks later.

(5)  Blood Bank

FDA approval of HTLV-I test is not expected before
February 1988.  Continued delays in revenue are
disappointing and will lead to a review of options at the
end of the first quarter 1988.  Under any circumstances
Kodak recommends not withdrawing from this market before
SureCell products are available, in order to minimize
adverse image in the marketplace.  Bill Gerber, Paul Law
and John Knowles will explore options to become OEM
supplier to Olympus and/or Smith-Kline Beckman.

001154
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71126

RDMC INTERIM MEETING
12/7/87 —3

(6) Reporting Format

A format for financial and project milestone reporting has
been established and agreed upon.  The first "live" report
will be issued in late January and will review 1987
financials and current time lines.  Fred Marcellus (EK)
will issue the report with input from Cetus.

Scientific reports at Kodak will be altered in order to
better communicate with Cetus.

(7) Public Relations and Marketing Review Procedure

The attached procedure (Attachment IV) was accepted for
Kodak releases relating to the venture.  This should
procide adequate means for comments, revisions and
notification before release.

Marketing promotional material is not subject to this
procedure but will be offered for review of technical
content when appropriate.

(8) LRPO

A loss of $140K is forecast.  This is less than the
earlier estimate of $200-300K loss.  All responsibilities
will be in the hands of LRPO in 1988.  Current transfer
price for new kits has been increased to reflect Cetus'
actual costs.  The inventory of reagents will be bought by
LRPO in January for approximately $70K.

(9) Licensing PCR

A list of requests is attached (Attachment V) along with
the guidelines for granting licenses.  Bill Gerber is
managing this process.


PAL:llf

cc:  RDMC Members


ATTORNEY'S EYES ONLY
RESTRICTED

001155
CETUS

RMS 71127

Attachment I

| Target | Formula Decision | Internal Trials | Clinical Trials | FDA Subm. | Prodn. | FDA Approval | Sales |
|---|---|---|---|---|---|---|---|
| Strep A | 2/88 | 5/88 | 5/88 | 6/88 | 8/88 | 9/88 | 9/88 |
| Chlamydia | 12/15/87 | 1/88 | 1/88 | 2/88 | 4/88 | 5/88 | 5/88 |
| hCG | | | | 11/87 | 12/87 | 1/88 | 1/88 |
| HSV (510K) (IND) | 12/25/87 | 1/88 | 1/88 | 3/88 | 4/88 | 4/88 7/88-10/88 | 4-10/88 (FDA) |
| GC (from Cetus 1/88) | 3/88 | 1/88 | 3/88 | 4/88 | 6-7/88 | 7-8/88 | 7-8/88 |
| HIV-Rapid | 1/15 | 1/88 | 2/88 | 5/15 | 4/88 | 8/88-2/89 | 8/88-2/89 (FDA) |
| HIV-PCR | 4/88 | | | | | | |

• Possible F'88 Cetus Revenue. No Revenue
forecasted from FDIC to Cetus

ATTORNEY'S EYES ONLY
RESTRICTED

001156
CETUS

RMS 71128

Attachment I

## Joint Development Program (K$)
### (12/10/87)

|  | 87 AOP | 87 E Y/E |  | 88 FCST |  |
|---|---|---|---|---|---|
| **Oct. RDMC** |  |  |  |  |  |
| CETUS | 7100 | 7600 | (level of effort) | 7950 | (incl. forensics 530, HRI pmts 350) |
| Kodak | 5100 | 6400 | (Rapid Aids 600) | 6500 | (delayed milestones) |
| CPI - rapid test milestones |  | 250 |  | 700 |  |
| CPI - COMBI & Western Blots |  | 200 |  | 50 |  |
| Bagshaw Patent |  | 50 |  | 450 |  |
|  | 12200 | 14500 |  | 15650 |  |
|  |  |  |  |  |  |
| **Dec. 7 Agreement** |  |  |  |  |  |
| CETUS |  | 7600 | (level of effort) | 7470 | (HRI pmts to Special Items of Cost) |
| Kodak |  | 5800 | (Rapid Aids 600) | 6250 | (slower spending rate) |
| CPI - rapid test milestones |  | 250 |  | 150 |  |
| CPI - COMBI & Western Blots |  | 100 |  | 380 | (HRI) |
| Contract R&D |  | 0 |  | 0 | (to Special Items of Cost) |
| Bagshaw Patent |  | 0 |  |  |  |
|  |  | 13750 |  | 14950 |  |

ATTORNEY'S EYES ONLY
RESTRICTED

001157
CETUS

RMS 71129

Jasmin / SA / File (?? ??)

Attachment "1"

# Critical Success

## Cetus/EK Joint Dev. (K$)

| | 1987 AOP | 87 E-Y/E (12/5/87) | | | 88 est (12/5/87) | | | 89 est (12/5/87) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Cetus/ EK | Blood Bank | 87 Total Est. Y/E | Cetus/ EK | Blood Bank | 1988 Total | Cetus/ EK | Blood Bank | 1989 Total |
| Cetus | 7100 | 7600 | 0 | 7600 | 7600 | 0 | 7600 | 8250 | 0 | 8250 |
| Kodak | 5100 | 5700 | 100 | 5800 | 6500 | 0 | 6500 | 6750 | 0 | 6750 |
| Payments to CPI | | 250 | 100 | 350 | 700 | 150 | 850 | 100 | 100 | 200 |
| Total | 12200 | 13550 | 200 | 13750 | 14800 | 150 | 14950 | 15100 | 100 | 15200 |
| | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== |
| Cetus Share @ 35% | 4270 | 4743 | 70 | 4813 | 5180 | 53 | 5233 | 5285 | 35 | 5320 |
| Kodak Share @ 65% | 7930 | 8808 | 130 | 8938 | 9620 | 98 | 9718 | 9815 | 65 | 9880 |

## Cetus/EK Joint Profit (K$)

| | 1987 AOP | 1987 E-Y/E | | | 1988 est | | | 1989 est | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sales (Gross @ 30% Margin) | 800 | 0 | 100 | 100 | 18900 | 5870 | 24770 | 32535 | 7560 | 40095 |
| Cost of Goods | 300 | 0 | 50 | 50 | 3692 | 2233 | 5925 | 5699 | 1625 | 7324 |
| Manuf Dev & Pre-Production | 0 | 800 | 0 | 800 | 745 | 0 | 745 | 500 | 0 | 500 |
| HRI & Bagshaw Payments | 0 | 50 | 50 | 50 | 800 | 0 | 800 | 0 | 0 | 0 |
| SADA (5.0% of Sales) | -400 | 0 | 50 | 50 | 9450 | 2935 | 12385 | 16268 | 3780 | 20048 |
| Royalty (9% of Sales) | 100 | -8 | 8 | -8 | -470 | 470 | 470 | 605 | 605 | 605 |
| Gross Profit | 100 | -850 | -8 | -858 | -4213 | 232 | 4445 | 10069 | 1550 | 11619 |
| | | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== |
| Loss carry forward | | 0 | 0 | 0 | 1187 | 8 | 1195 | 0 | 0 | 0 |
| (EK ROI (20% of Capital exp.) | 320 | 325 | 0 | 325 | 100 | 0 | 100 | 0 | 0 | 0 |
| (EK ROI (20% of net book value) | | | | | 723 | 0 | 723 | 992 | 0 | 992 |
| Cetus ROI (20% of $60?) | 160 | 12 | 0 | 12 | 12 | 0 | 12 | 12 | 0 | 12 |
| Net Profit/Partnership | -340 | -1187 | -8 | -1195 | 2191 | 224 | 2415 | 9065 | 1550 | 10615 |
| | | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== | ===== |
| Cetus Share @ 35% | -153 | -415 | -3 | -418 | 767 | 79 | 845 | 3173 | 543 | 3715 |
| Kodak Share @ 65% | -217 | -772 | -5 | -777 | 1424 | 146 | 1570 | 5892 | 1008 | 6900 |

| | | |
|---|---|---|
| 1699 | 0 1622 | 3614 500 | 4960 0 |

(E Capital - Net Book Value)
(E Capital - Capital Expense)

001158
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71130

Attachment IV

APPROVAL PROCESS FOR BOX PUBLIC ANNOUNCEMENTS

The approval process for public information relating to products, technology or plans of Biological Diagnostics will be a 3-part process as follows (normally will take two weeks from date of first draft):

(1) Preliminary Interactive Editing (Parallel Process)

- The draft announcement and/or text along with the intended media targets will be sent by Paul Law or Linda Ferry to the following people for comment; a target date of release will be priminently noted, normally two weeks after first draft.

| Cetus | Katharine Russell | (via FAX) |
|---|---|---|
| | Bill Gerber | (via FAX) |
| CPI | Jeff Meshulam | (via FAX) |
| | Richard Montagna | (via FAX) |
| EK | John Zeman | (via PROFS) |
| | Paul Law | (via PROFS) |
| | Paul Schnipelsky | (via PROFS) |
| | David Frank | (via PROFS) |
| | Art Rosenstein | (via PROFS) |
| | Dan Shilt | (via PROFS) |
| | Dennis Delahunty | (via PROFS) |
| | John Knowles | (via PROFS) |
| | Gerry Battist | (via PROFS) |

- A response via FAX, PROFS, or KMX will be expected to Paul Law (258-0351) or Linda Ferry (258-0282) within five working days of transmission. The due date for comments will be presented.

(2) Final Approval

- At least two full days prior to release, the announcement and/or text will be delivered by Jim Blamphin (or designate) to the following people:

| Cetus | Bill Gerber |
|---|---|
| CPI | Jeff Meshulam |
| EK | Kay Whitmore |
| | Frank Strong |
| | John Zeman |
| | Paul Law |

- Stopping the release will be an exception and done by notifying Paul Law (KMX 258-0351).

(3) Release

- Jim Blamphin will release announcements on the designated date.

12/15/87

001159
CETUS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71131

EXHIBIT I

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71132

Exhibit I to the Sninsky Affidavit
is a publication entitled "PCR Protocols:
A Guide to Methods and Applications"
Edited by Sninsky, et al.


A copy of the exhibit is contained
within an envelope attached to the
original affidavit filed with the
Register in Chancery, a copy of the
Affidavit delivered to Vice Chancellor
Berger and one of the copies of the
Affidavit served upon Plaintiff's
counsel and upon Intervenor's counsel

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71133

# PCR Protocols

## A Guide to Methods and Applications

Michael A. Innis
David H. Gelfand
John J. Sninsky
Thomas J. White

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71134

# PCR
## PROTOCOLS

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71135

# PCR

## PROTOCOLS

### A GUIDE TO METHODS AND APPLICATIONS

Edited by

**Michael A. Innis,**
**David H. Gelfand, John J. Sninsky**
*Cetus Corporation, Emeryville, California*

**Thomas J. White**
*Hoffmann-La Roche, Inc., Emeryville, California*



**ACADEMIC PRESS, INC.**
*Harcourt Brace Jovanovich, Publishers*
San Diego   New York   Berkeley   Boston   London   Sydney   Tokyo   Toronto

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71136

This book is printed on acid-free paper. ∞

Copyright © 1990 by Academic Press, Inc.
All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopy, recording, or
any information storage and retrieval system, without permission in writing
from the publisher.

Academic Press, Inc., San Diego, California 92101

United Kingdom Edition published by
Academic Press Limited, 24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

PCR protocols.
    Includes index.
    1. Polymerase chain reaction.  2. Gene amplification.
I. Innis, Michael A.   [DNLM: 1. DNA Polymerases.
2. Gene Amplification--methods.  3. Genetic Engineering
--methods. 4. RNA Polymerases.   QH 442 P3479]
QP606.D46P36   1989   574.87'328   89-6938
ISBN  0-12-372180-6  (alk. paper)
ISBN  0-12-372181-4  (pbk. : alk. paper)

Printed in the United States of America
89  90  91  92    9  8  7  6  5  4  3  2  1

RMS 711

ATTORNEY'S EYES ONLY
RESTRICTED

# CONTENTS

Contributors    xi
Preface    xvii

Part One
## BASIC METHODOLOGY

1. Optimization of PCRs    3
   *Michael A. Innis and David H. Gelfand*

2. Amplification of Genomic DNA    13
   *Randall K. Saiki*

3. Amplification of RNA    21
   *Ernest S. Kawasaki*

4. RACE: Rapid Amplification of cDNA Ends    28
   *Michael A. Frohman*

5. Degenerate Primers for DNA Amplification    39
   *Teresa Compton*

6. cDNA Cloning Using Degenerate Primers    46
   *Cheng Chi Lee and C. Thomas Caskey*

7. PCR with 7-Deaza-2'-Deoxyguanosine
   Triphosphate    54
   *Michael A. Innis*

8. Competitive PCR for Quantitation of mRNA    60
   *Gary Gilliland, Steven Perrin, and H. Franklin Bunn*

v

RMS 71138

ATTORNEY'S EYES ONLY
RESTRICTED

vi    Contents

9. Quantitative PCR    70
   Alice M. Wang and David F. Mark

10. Production of Single-Stranded DNA by Asymmetric
    PCR    76
    Peter C. McCabe

11. Cloning with PCR    84
    Stephen J. Scharf

12. Oligonucleotide Ligation Assay    92
    Ulf Landegren, Robert Kaiser, and Leroy Hood

13. Nonisotopically Labeled Probes and Primers    99
    Corey Levenson and Chu-an Chang

14. Incorporation of Biotinylated dUTP    113
    Y.-M. Dennis Lo, Wajahat Z. Mehal, and Kenneth A. Fleming

15. Nonisotopic Detection of PCR Products    119
    Rhea Helmuth

16. Thermostable DNA Polymerases    129
    David H. Gelfand and Thomas J. White

17. Procedures to Minimize PCR-Product Carry-Over    142
    Shirley Kwok

18. Sample Preparation from Blood, Cells, and Other
    Fluids    146
    Ernest S. Kawasaki

19. Sample Preparation from Paraffin-Embedded
    Tissues    153
    Deann K. Wright and M. Michele Manos

20. Amplifying Ancient DNA    159
    Svante Pääbo

RMS 7113

ATTORNEY'S EYES ONLY
RESTRICTED

## Part Two
## RESEARCH APPLICATIONS

21. In Vitro Transcription of PCR Templates    169
Michael I. Holland and Michael A. Innis

22. Recombinant PCR    177
Russell Higuchi

23. DNase I Footprinting    184
Barbara Krummel

24. Sequencing with *Taq* DNA Polymerase    189
Mary Ann D. Brow

25. Direct Sequencing with the Aid of Phage Promoters    197
Steve S. Sommer, Gobinda Sarkar, Dwight D. Koeberl,
Cynthia D. K. Bottema, Jean-Marie Buerstedde,
David B. Schowalter, and Joslyn D. Cassady

26. Identifying DNA Polymorphisms by Denaturing Gradient Gel Electrophoresis    206
Val C. Sheffield, David R. Cox, and Richard M. Myers

27. Amplification of Flanking Sequences by Inverse PCR    219
Howard Ochman, Meetha M. Medhora, Dan Garza, and Daniel L. Hartl

28. Detection of Homologous Recombinants    228
Michael A. Frohman and Gail R. Martin

29. RNA Processing: Apo-B    237
Lyn M. Powell

30. A Transcription-Based Amplification System    245
T. R. Gingeras, G. R. Davis, K. M. Whitfield, H. L. Chappelle,
L. J. DiMichele, and D. Y. Kwoh

ATTORNEY'S EYES ONLY
RESTRICTED

viii     Contents

31. Screening of λgt11 Libraries     253
     Kenneth D. Friedman, Nancy L. Rosen, Peter J. Newman, and
     Robert R. Montgomery


**Part Three**
**GENETICS AND EVOLUTION**

32. HLA DNA Typing     261
     Henry A. Erlich and Teodorica L. Bugawan

33. Multiplex PCR for the Diagnosis of Duchenne Muscular
     Dystrophy     272
     Jeffrey S. Chamberlain, Richard A. Gibbs, Joel E. Ranier, and
     C. Thomas Caskey

34. Isolation of DNA from Fungal Mycelia and Single
     Spores     282
     Steven B. Lee and John W. Taylor

35. Genetic Prediction of Hemophilia A     288
     Scott C. Kogan and Jane Gitschier

36. Haplotype Analysis from Single Sperm or Diploid
     Cells     300
     Ulf Gyllensten

37. Amplification of Ribosomal RNA Genes for Molecular
     Evolution Studies     307
     Mitchell L. Sogin

38. Amplification and Direct Sequencing of Fungal
     Ribosomal RNA Genes for Phylogenetics     315
     T. J. White, T. Bruns, S. Lee, and J. Taylor


**Part Four**
**DIAGNOSTICS AND FORENSICS**

39. Detection of Human T-Cell Lymphoma/Leukemia
     Viruses     325
     Garth D. Ehrlich, Steven Greenberg, and Mark A. Abbott

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71141

Contents    ix



40. Detection of Human Immunodeficiency Virus    337
    *David E. Kellogg and Shirley Kwok*

41. Detection of Hepatitis B Virus    348
    *I. Baginski, A. Ferrie, R. Watson, and D. Mack*

42. Detection and Typing of Genital Human
    Papillomaviruses    356
    *Yi Ting and M. Michele Manos*

43. Detection of Human Cytomegalovirus    368
    *Darryl Shibata*

44. PCR Amplification of Enteroviruses    372
    *Harley A. Rotbart*

45. Novel Viruses    378
    *David Mack, Oh-Sik Kwon, and Fred Faloona*

46. Analysis of *ras* Gene Point Mutations by PCR and
    Oligonucleotide Hybridization    386
    *John Lyons*

47. B-Cell Lymphoma: t(14;18) Chromosome
    Rearrangement    392
    *Marco Crescenzi*

48. Detecting Bacterial Pathogens in Environmental Water
    Samples by Using PCR and Gene Probes    399
    *Ronald M. Atlas and Asim K. Bei*

49. PCR in the Diagnosis of Retinoblastoma    407
    *Sang-Ho Park*

50. Determination of Familial Relationships    416
    *Cristián Orrego and Mary Claire King*

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71142

x    Contents

## Part Five
## INSTRUMENTATION AND SUPPLIES

51. PCR in a Teacup: A Simple and Inexpensive Method for
    Thermocycling PCRs    429
    *Robert Watson*

52. A Low-Cost Air-Driven Cycling Oven    435
    *Peter Denton and H. Reisner*

53. Modification of a Histokinette for Use as an Automated
    PCR Machine    442
    *N. C. P. Cross, N. S. Foulkes, D. Chappel, J. McDonnell, and
    L. Luzzatto*

54. Organizing a Laboratory for PCR Work    447
    *Cristián Orrego*

55. Basic Equipment and Supplies    455
    *Roberta Madej and Stephen Scharf*

Index    461

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71143

ATTORNEY'S EYES ONLY
RESTRICTED

EXHIBIT J

RMS 71144

*PERKIN ELMER CETUS*
761 Main Ave., Norwalk, CT 06859

GeneAmp: PCR Reagent Kit with

*AmpliTaq*° DNA Polymerase (250 Units)
  (Deoxynucleoside triphosphate: DNA Deoxynucleotidyltransferase, EC 2.7.7.7)

**NOT FOR DIAGNOSTIC OR MEDICAL USE**
**RESEARCH USE ONLY**
See notice to purchaser

Part No. N801-0055

The Perkin-Elmer Cetus *GeneAmp* PCR Reagent Kit is designed to perform the *GeneAmp*™ Polymerase Chain Reaction (PCR) process on all DNA templates. It provides sufficient reagents for 100 amplifications of 100 µL each. It includes full length lambda DNA and control primers for 10 control amplifications.

The *GeneAmp* PCR process is a simple and powerful method,[1,2] invented by K. Mullis and patented by Cetus Corporation, which allows *in vitro* amplification of DNA segments (including cDNA)[3] through a succession of incubation steps at different temperatures.[4,5,6,7] Typically, the double stranded DNA is heat denatured, the two primers complementary to the 3' boundaries of the target segment are annealed at low temperature and then extended at an intermediate temperature. One set of these three consecutive steps is referred to as a cycle. The *GeneAmp* PCR process is based on the repetition of this cycle and can amplify DNA segments by at least $10^5$ fold, and potentially as high as $10^9$ fold,[5] under the conditions described below.

## LIST OF KIT COMPONENTS

Store the *GeneAmp* PCR Reagent Kit and *AmpliTaq* DNA Polymerase at −20°C in a constant temperature freezer. If stored under proper conditions, the product will maintain performance through the control date printed on the label.

| Reagent | Volume | Concentration | Comments |
|---|---|---|---|
| *AmpliTaq* DNA Polymerase | 50 µL | 5 U/µL | Extends primer during PCR amplification |
| dATP | 320 µL | 10 mM | |
| dCTP | 320 µL | 10 mM | Deoxynucleosidetriphosphates dissolved in water, |
| dGTP | 320 µL | 10 mM | pH 7.0. |
| dTTP | 320 µL | 10 mM | |
| [10X] Reaction Buffer | 1.4 mL | | Provides preferred pH and ionic strength for amplification. |
| Control Template | 100 µL | 1 µg/mL | Whole bacteriophage lambda DNA as a template for PCR. |
| Control Primer #1 | 50 µL | 20 µM | Primer pair defines a 500 base segment on the lambda |
| Control Primer #2 | 50 µL | 20 µM | target DNA: nucleotides 7131 through 7630 (see on page 4). |

NOTE: [10X] Reaction Buffer composition,    100 mM Tris-HCl, pH 8.3 (at 25°C)
(solution has been autoclaved)        500 mM KCl
                              15 mM MgCl₂
                              0.01% (w/v) gelatin (Sigma, Cat. No. G2500, St. Louis, MO)

### *AmpliTaq* DNA Polymerase

The key component in the *GeneAmp* PCR Reagent Kit is *AmpliTaq* DNA Polymerase (Part No. N801-0060). Perkin-Elmer Cetus' *AmpliTaq* DNA Polymerase is a recombinant, thermostable, 94kDa *Taq* polymerase encoded by a modified form of the *Thermus aquaticus* DNA polymerase gene which has been inserted into an *Escherichia coli* host.[8] *AmpliTaq* DNA Polymerase and native *Taq* DNA Polymerase are covered by U.S. Patent 4,889,818 issued to Cetus Corporation, and licensed to Perkin-Elmer Cetus Instruments. Additional patent applications on genes encoding thermostable DNA polymerases, and methods and formulations for stable preparations of thermostable DNA polymerase are pending. Its features are described on page 4.

### NOTICE TO PURCHASER ABOUT LIMITED LICENSE

This product is designed for use in the *GeneAmp* Polymerase Chain Reaction (PCR) process covered by patents issued to Cetus Corporation. The seller has a limited license under such patent rights, and purchase of this product includes a fully paid-up, limited, non-exclusive sublicense under such patent rights to use this product to perform the *GeneAmp* PCR process only for research and development activities and for industrial quality assurance testing. For this purpose the license for "research and development" includes the development of commercial products, such as new therapeutic products. No license is granted for any other uses, for example (1) the diagnosis or detection of disease or other health-related condition in humans, animals or plants, or (2) genetic analysis for identification of individuals for forensic or other purposes. No other license is granted expressly, impliedly, or by estoppel. For information concerning the availability of additional licenses to practice the PCR process, contact Cetus Corporation, Director of Business Development, PCR Division, at 1400 Fifty-Third Street, Emeryville, CA 94608, Tel. (415) 420-3300.

1

ATTORNEY'S EYES ONLY
RESTRICTED

PERKIN ELMER CETUS

## PROTOCOL FOR DNA AMPLIFICATION

### I.  General Advice

Due to the enormous amplification possible with the *GeneAmp* ™ PCR process, small levels of DNA contamination, especially from previous PCR reactions and Positive Control templates, can result in product formation even in the absence of purposefully added template DNA. If possible, set up reaction mixes in areas separate from other DNA handling. The use of dedicated or disposable vessels, solutions, and pipettes (preferably positive displacement pipettes) for DNA preparation, reaction mixing, and sample analysis will minimize cross contamination.* Use of the *GeneAmp* PCR Carry-over Prevention Kit (Part No. N808-0068) will prevent reamplification of PCR products from previous amplifications.

Perform reactions with 100 µL of reaction mix in capped 0.5 mL, polypropylene microcentrifuge tubes. Perkin-Elmer Cetus 0.5 mL *GeneAmp* Reaction Tubes (Part No. N801-0180) provide the best heat transfer when using Perkin-Elmer Cetus DNA Thermal Cyclers, because of their uniform fit in the wells. Since DNA may stick to plastic and since nucleases are often found on surfaces, it may be preferable to use sterile, siliconized tubes and pipette tips.

A Master Mix of reagents for all samples (water, buffer, dNTP's and enzyme) can be prepared first, then aliquoted to the individual tubes. Then add the primers and template DNA. Using such mixes will minimize reagent losses on pipette tips and increase pipetting accuracy.

### II.  Dilution of Control Template

Prepare a 10-fold dilution of the Control Template in 10mM Tris-HCl pH 8.0 (room temperature), 1 mM EDTA, 10 mM NaCl. Additional dilutions may be used as controls for dilute DNA.

### III.  Reaction Mix

| Component | | Addition Order | Volume | Final Concentration |
|---|---|---|---|---|
| Autoclaved ultra-filtered water | | 1 | 61.5 µL | |
| [10x] Reaction Buffer | | 2 | 10 µL | 1X |
| dATP | | | 2 µL | 200 µM |
| dCTP | | 3 | 2 µL | 200 µM |
| dGTP | | | 2 µL | 200 µM |
| dTTP | | | 2 µL | 200 µM |
| *AmpliTaq* ® DNA Polymerase | | 4 | 0.5 µL | 2.5 Units/100 µL |
| Control Primer #1 | | 5 | 5 µL | 1.0 µM |
| Control Primer #2 | | | 5 µL | 1.0 µM |
| Control Template, 1:10 dilution | | 6 | 10 µL | 1 ng/100 µL |
| Total Mix | | | 100 µL | |

(Master Mix = Autoclaved ultra-filtered water through dTTP)

### IV.  Notes on Reaction Mix for Controls

1.  Mix gently (avoid generating bubbles) the *AmpliTaq* DNA Polymerase or other recently thawed reagents, then spin down in a microcentrifuge before pipetting. Pipette the enzyme carefully and slowly: the viscosity of the 50% glycerol in the buffer can lead to pipetting errors. If possible, use a positive displacement pipette. Using Master Mixes (see above) will increase accuracy and reduce enzyme loss on tips, and reduce tube-to-tube variability.

2.  To reduce evaporation or refluxing, overlay the mix with 50 to 100 µL of mineral oil (Sigma Chemical Co., St. Louis, MO). The oil should not interfere when withdrawing samples. If the entire volume is to be recovered, 100 µL of high purity chloroform can be added after amplification. The aqueous phase containing the DNA will then float on the chloroform-oil mixture, allowing easy collection.

### V.  Reaction Mix for Amplifying DNA Templates

1.  The conditions described above are also a useful starting place for amplification of different DNA targets using primers designed by the user. Optimization of reactions for each primer-template pair may be necessary and can be achieved by varying magnesium chloride concentration, primer concentration, dNTP concentration and anneal-extend (Section VII) temperature. The effect of these variations can be monitored by examining the intensity and distribution of product samples electrophoresed on 3% NuSieve®/1% Seakem® agarose (FMC Corp., Rockland, ME) gels and visualized with ethidium bromide staining.*

2.  The DNA segment to be amplified from the template can be up to 10 kb long,** although 100 to 1000 bases are more typical and easier to amplify. Start with enough copies of the template to be sure of obtaining a signal after 25 or 30 cycles: preferably > 10⁴ copies but less than 1 µg total sample DNA per 100 µL. Low concentrations of target DNA may require up to 35 or more cycles to produce sufficient product for analysis.

3.  If proteases are present in the sample DNA (such as impure genomic DNA), inactivate the proteases by heating samples to 95°C for 5 minutes before adding the *AmpliTaq* DNA Polymerase. This step can be carried out automatically with Perkin-Elmer Cetus DNA Thermal Cyclers using a time delay file linked to the PCR cycle file.

4.  The single-strand DNA primers should be 15 to 30 bases in length. The %G+C of primers should be near 50%, to maximize specificity. To avoid potential problems, primers should be purified by gel electrophoresis or HPLC ion-exchange chromatography. The optimal primer concentrations need to be determined empirically, by testing concentrations in the range of 0.1 to 1.0 µM. Primer concentrations that are too low will result in little or no PCR product, while concentrations that are too high may result in amplification of non-target sequences. Primer concentrations in the range of 0.2 to 0.5 µM will work for most PCR amplifications. Primer sequences should not complement within themselves or to each other, particularly at the 3' ends. The primers in the *GeneAmp* ® PCR Reagent Kit have been designed with a GG/CC overlap at the 3' end, to show one consequence of

2

ATTORNEY'S EYES ONLY
RESTRICTED

*PERKIN ELMER CETUS*

    complementary sequences. Their use results in production of 46 to 50 base pair products called primer dimer. This product may occur to some extent even without such an overlap. Reducing the primer concentration (up to 5 fold, to 0.2 μM) will greatly reduce such products.

5.  The optimal magnesium concentration needs to be determined empirically, by testing concentrations up to 4 mM MgCl₂ for each primer set. Too little or too much MgCl₂ could reduce amplification efficiency or result in non-specific products. If the samples contain EDTA or other chelators, raise the MgCl₂ concentration in the reaction mix proportionally. Magnesium Chloride concentrations should also be adjusted in parallel with significant changes in the concentrations (higher or lower) of sample DNA and dNTPs.

6.  Keep concentrations of dNTPs in the reaction mix balanced: if the concentration of any one is significantly different from the rest, the *AmpliTaq* DNA Polymerase will tend to misincorporate, slow down and terminate prematurely.¹

7.  Reactions can be performed in volumes from 20 to over 200 μL per tube. If different volumes of primer or template DNA are used in the Master Mix, adjust the volume of water in the Master Mix by an equivalent amount to keep the concentrations of other reactants constant.

**VI.  Temperature Cycling for the Control Reagents**

    The *GeneAmp®* PCR Reagent Kit is optimized and quality control tested for performance on Perkin-Elmer Cetus *GeneAmp®* PCR Instrument Systems. Optimal performance of the *GeneAmp* PCR process is influenced by choice of temperature, time at temperature, and length of time between temperatures for each step in the cycle.

    Begin with a template melting step (at least 1 minute at 94° to 95°C), then start cycling. A typical starting cycle profile for the DNA Thermal Cycler and DNA Thermal Cycler 480 will be:

| Temperature | |     ;---------- ONE CYCLE ---------- > (repeat for n cycles) | | | | |
|---|---|---|---|---|---|---|
| 94°–95°C (melt) | ____ | | | | | |
| 72°C (extend) | | | | ____ | | |
| 37°–65°C (anneal) | | | ____ | | | |
| | initial melt | 1 min melt | 1 min anneal | 1 min extend | 1 min melt | etc. → |

    After the last cycle, extend the polymerization step by several more minutes, to complete all strands. The samples can be stored at –20° until subsequent analysis.

    If using the *GeneAmp* PCR System 9600, please refer to Perkin-Elmer Cetus Technical Data Sheet L-1405 entitled "The *GeneAmp* PCR System 9600: Transportability of Protocols" for guidelines concerning how to adjust protocols for optimal PCR performance.

**VII.  Cycle Optimization for Amplification of other DNA Templates**

    Optimal performance of the *GeneAmp®* PCR process is influenced by choice of temperature, time at temperature, and length of time between temperatures for each step in the cycle. These parameters may be efficiently optimized using Perkin-Elmer Cetus *GeneAmp* PCR Instrument Systems, which come with operating instructions.

    The following paragraphs discuss the effect of changing various conditions.

    High G+C content DNA needs very high annealing (>60°C) and melting temperatures or the use of 7-deaza-2'-deoxy-GTP mixed with dGTP, to overcome secondary structure.¹⁴ The half life of *AmpliTaq* DNA Polymerase (<35 minutes at >95°C)¹¹ suggests 95°C as the maximum practical melting temperature. It is very important in the early cycles to be sure to completely melt the template DNA. When genomic DNA is used as the starting template, melting at 97°C for the first few cycles will ensure single stranded template for the PCR reaction. The melting temperature should be reduced for the later cycles because the smaller PCR product usually melts completely at a lower temperature (unless the PCR product is excessively G+C rich) than the starting genomic DNA.¹

    Higher annealing temperatures (45° to 65°C) generally result in more specific product.¹ ¹⁴ The optimal anneal temperature can be determined empirically by testing at 5°C or smaller increments until the maximum in specificity is reached. At these temperatures *AmpliTaq* DNA Polymerase has significant activity and extension of primed templates is occurring. For some primer-template pairs extension is completed during the 1 min annealing step and a separate extension step is unnecessary. Two temperature PCR cycles consist of 1 min at 94° to 95°C followed by 1 min at 45° to 65°C; no hold time at 72°C is necessary.

    The length of the target sequence will affect the required extension time. Typically, *AmpliTaq* DNA Polymerase has an extension rate of 2,000 to 4,000 bases per minute at 70° to 80°C. Polymerization rates are significant even below 55°C and with some templates, up to 85°C.¹ ¹ As the amount of DNA increases in later cycles, the number of *AmpliTaq* DNA Polymerase molecules may become limiting for the extension time allotted. Increasing the extend times in later cycles may be needed to maintain efficiency of amplification. This can be achieved by using the auto-segment extension feature of Perkin-Elmer Cetus DNA Thermal Cyclers.

3

ATTORNEY'S EYES ONLY
**RESTRICTED**

RMS 71147

PERKIN ELMER CETUS

## PERFORMANCE CLAIM

Under the conditions described above, with 2 minutes for the 72°C extension step, the GeneAmp™ PCR Reagent Kit will yield a 10⁵ fold amplification efficiency, in 25 cycles, starting with 1 ng of control template, and using 100 pmoles of each control primer and 2.5 units of AmpliTaq™ DNA polymerase.

## AmpliTaq™ ENZYME CHARACTERISTICS

| | |
|---|---|
| *Concentration:* | 5 Units/μL |
| *Unit Definition:* | One unit of enzyme is defined as the amount that will incorporate 10 nmoles of dNTPs into acid insoluble material per 30 minutes at 74°C under the analysis conditions below. |
| *Analysis conditions:** | 25 mM TAPS (tris-(hydroxymethyl)-methyl-amino-propanesulfonic acid, sodium salt) pH 9.3 (at 25°C), 50 mM KCl, 2 mM MgCl₂; 1 mM β-mercaptoethanol; 200 μM each dATP, dGTP, dTTP; 100 μM [α-³²P]-dCTP (0.05 to 0.1 Ci/mmole); activated salmon sperm DNA, in a final volume of 50 μL and incubated at 74°C for 10 minutes. The salmon sperm DNA is activated by a modification of the methods in reference 11 |
| *Storage buffer:* | 50% glycerol (v/v)<br>100 mM KCl<br>20 mM Tris-HCl pH 8.0<br>0.1 mM EDTA (ethylenediaminetetraacetic acid)<br>1 mM DTT (Dithiothreitol)<br>0.5% Tween 20*<br>0.5% Nonidet P40* |
| *Storage temperature:* | Store AmpliTaq DNA Polymerase at −20°C, in a constant temperature freezer. If stored under proper conditions, the enzyme will remain active through the control date printed on the label. |
| *Associated activities:* | Non-specific endonuclease and exonuclease activities were not detectable after one hour incubation of 600 ng of supercoiled pBR322 (dam⁻, dcm⁻) or 600 ng of MspI-digested pBR322 DNA, respectively, at 74°C, in the presence of 8 units of AmpliTaq DNA Polymerase.* The enzyme has a 5' to 3' nick translation or a polymerization enhanced 5' to 3' nuclease activity** but lacks a 3' to 5' exonuclease activity.* * |

## SEQUENCES

Sequence** (+ strand) of 500 nucleotide target segment of bacteriophage lambda target segment amplified using primers in the GeneAmp PCR Reagent Kit.

| Nucleotide | | | (5') < ——————Region for Control Primer 1——————> | | | |
|---|---|---|---|---|---|---|
| 7131 | | | GATGAGTTCG | TGTCCGTACA | ACTGGCGTAA | TCATGGCCCT |
| 7171 | TCGGGGCCAT | TGTTTCTCTG | TGGAGGAGTC | CATGACGAAA | GATGAACTGA | TTGCCCCGTCT |
| 7231 | CCGCTCGCTG | GGTGAACAAC | TGAACCGTGA | TGTCAGCCTG | ACGGGGACGA | AAGAAGAACT |
| 7291 | GGCGCTCCGT | GTGGCAGAGC | TGAAAGAGGA | GCTTGATGAC | ACGGATGAAA | CTGCCGGTCA |
| 7351 | GGACACCCCT | CTCAGCCGGG | AAAATGTGCT | GACCGGACAT | GAAAATGAGG | TGGGATCAGC |
| 7411 | CGAGCCGGAT | ACCGTGATTC | TGGATACGTC | TGAACTGGTC | ACGGTCGTGG | CACTGGTGAA |
| 7471 | GCTGCATACT | GATGCACTTC | ACCGCCACGG | GGATGAACCT | GTGGCATTTG | TGCTGCCGGG |
| 7531 | AACGGCGTTT | CGTGTCTCTG | CCGGTGTGGC | AGCCGAAATG | ACAGAGCGCG | GCCTGGCCAG |
| 7591 | AATGCAATAA | CGGGAGGCGC | TGTGGCTGAT | TTCGATAACC | (nucleotide 7630) | |

< ——————Region for Control Primer 2——————> (3')

### ACTUAL PRIMER SEQUENCES

| Primer | Nucleotides | Sequence | Strand |
|---|---|---|---|
| Control Primer 1 | 7131 - 7155 | (5')GATGAGTTCGTGTCCGTACAACTGG(3') | (Complement of - Sequence) |
| Control Primer 2 | 7606 - 7630 | (5')GGTTATCGAAATCAGCCACAGCGCC(3') | (Complement of + Sequence) |

Note: 1) The 3' ends have a GG/CC overlap enhancing production of 46 to 50 bp products: Primer Dimer.
2) Lambda genome is ≈48.5 Kb. Target Segment (including primers) is 500 bp (~1% of total)

4

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71148