Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 95 Att. 50

PERKIN ELMER CETUS

## REFERENCES

1. Saiki, R.K., Gelfand, D.H., Stoffel, S., Scharf, S.J., Higuchi, R., Horn, G.T., Mullis, K.B., and Erlich, H.A. 1988. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 239: 487-491.

2. Saiki, R.K., Scharf, S., Faloona, F., Mullis, K.B., Horn, G.T., Erlich, H.A., and Arnheim, N. 1985. Enzymatic amplification of β-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230: 1350-1354.

3. Scharf, S.J., Horn, G.T., and Erlich, H.A. 1986. Direct cloning and sequence analysis of enzymatically amplified genomic sequences. Science 233: 1076-1078.

4. Gyllensten, U.B. and Erlich, H.A. 1988. Generation of single stranded DNA by the polymerase chain reaction and its application to direct sequencing of the HLA DQ alpha locus. Proc. Natl. Acad. Sci. USA. 85: 7652-7656.

5. Kawasaki, E.S., Clark, S.C., Coyne, M.Y., Smith, S.D., Champlin, R., White, O.N., and McCormick, F.P. 1988. Diagnosis of chronic myeloid and acute lymphocytic leukemias by detection of leukemia-specific mRNA sequences amplified in vitro. Proc. Natl. Acad. Sci. USA. 85: 5698-5702.

6. Lawyer, F.C., Stoffel, S., Saiki, R.K., Myambo, K.B., Drummond, R., and Gelfand, D.H. 1989. Isolation, characterization, and expression in E. coli of the DNA Polymerase gene from the extreme thermophile, Thermus aquaticus. J. Biol. Chem. 264: 6427-6437.

7. Innis, M.A., Myambo, K.B., Gelfand, D.H., and Brow, M.A.D. 1988. DNA sequencing with Thermus aquaticus DNA polymerase. Proc. Natl. Acad. Sci. USA. 85: 9436-9440.

8. Higuchi, R. and Kwok, S. 1989. Avoiding false positives with PCR. Nature 339: 237-238.

9. Gelfand, D.H. Cetus Corp. 1988. Personal communication.

10. McConlogue, L., Brow, M.A.D., and Innis, M.A. 1988. Structure-independent DNA amplification by PCR using 7-deaza-2'-deoxyguanosine. Nucleic Acids Research 16: 9869.

11. Livingston, D.M., Hinkle, D.C., and Richardson, C.C. 1975. Deoxyribonucleic acid polymerase III of Escherichia coli: purification and properties. J. Biol. Chem. 250: 461-469.

12. Sanger, F., Coulson, A.R., Hong, G.F., Hill, D.F., and Petersen, G.B. 1982. Nucleotide sequence of bacteriophage lambda DNA. J. Mol. Biol. 162: 729.

13. Mullis, K.B. and Faloona, F.A. 1987. Specific synthesis of DNA in vitro via a polymerase-catalyzed chain reaction. In: Wu, R. ed. Methods in Enzymology, Vol. 155. San Diego, CA. Academic Press pp. 335-350.

14. Jeffreys, A.J., Wilson, V., Neumann, R., and Keyte, J. 1988. Amplification of human minisatellites by the polymerase chain reaction: towards DNA fingerprinting of single cells. Nucleic Acids Research, 16: 10953-10971.

15. Gelfand, D.H., and White, T.S. 1990. Thermostable DNA Polymerases. In: Innis M.A., Gelfand, D.H., Sninsky, J.J., and White, T.J., eds. PCR Protocols. A Guide to Methods and Applications. Academic Press, Inc., San Diego, CA, pp 129-141.

16. Innis M.A., Gelfand, D.H., Sninsky, J.J., and White, T.J., eds. 1990. PCR Protocols. A Guide to Methods and Applications. Academic Press, Inc., San Diego, CA.

17. Kwok, S. 1990. Chapter 17. Procedures to minimize PCR-product carry-over, and Orrego, C. 1990. Chapter 54. Organizing a laboratory for PCR work. In: Innis, M.A., Gelfand, D.H., Sninsky, J.J., and White, T.J., eds. 1990. PCR Protocols. A Guide to Methods and Applications. Academic Press, Inc., San Diego, CA.

18. Rychlik, W., Spencer, W.J., and Rhoads, R.E. 1990. Optimization of the annealing temperature for DNA amplification in vitro. Nuc. Acids Res. 18: 6409-6412.

19. Abramson, R.D., et al. Cetus Corporation (Manuscript in Preparation).

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71149

Dockets.Justia.com

*PERKIN ELMER CETUS*

ORDERING INFORMATION

PRODUCTS ARE NOT FOR MEDICAL OR DIAGNOSTIC USE
FOR RESEARCH USE ONLY

| *In the United States:* | *Outside of the United States:* | |
|---|---|---|
| For PCR Technical support call toll-free 1-800-762-4001. FAX: 203-834-4391 | For the number of your local Perkin-Elmer sales representative call: | |
| For easy ordering from PE XPRESS call toll-free 1-800-762-4002. | Austria | (222) 623 1010 |
| | Belgium | 02/21 20 734 |
| | Canada | 514-737-7575 |
| To inquire about status of orders or to request a catalog from PE XPRESS call toll-free 1-800-762-4003. | Denmark | 42/811555 |
| | Far East-Australia | 3-560-4566 |
| | Finland | 90/880 144 |
| | France | (1) 30 85 63 63 |
| For product literature on the full line of Perkin-Elmer Cetus Instruments and Reagents call toll-free 1-800-762-4000. | Germany | 06103-708-118 |
| | Italy | 039/83841 |
| | Latin America-Mexico | 5-651-7077 |
| | Netherlands | 0 1820-75481 |
| *In Europe:* | Norway | 02/686565 |
| | Portugal | 1762172 |
| For PCR Technical support call Perkin-Elmer's European Sales Support Center in Vaterstetten, Germany at 49/8106/381-112. FAX: 49/8106/6697 | Spain | 94/447-1021 |
| | Sweden | 08/7330010 |
| | Switzerland | 061/6925740 |
| | United Kingdom | (02407)4411 |

*GeneAmp™ PCR Instrument Systems from Perkin-Elmer Cetus Instruments:*

| N801-0150 | DNA Thermal Cycler, 120 V, 60 Hz |
| N801-0177 | DNA Thermal Cycler, 240 V, 50 Hz |
| N801-0189 | DNA Thermal Cycler, 100 V, 50/60 Hz |
| | |
| N801-0100 | DNA Thermal Cycler 480, 120 V, 60 Hz |
| N801-0101 | DNA Thermal Cycler 480, 240 V, 50 Hz |
| N801-0102 | DNA Thermal Cycler 480, 100 V, 50/60 Hz |
| | |
| N801-0001 | *GeneAmp* PCR System 9600, 120 V, 60 Hz |
| N801-0002 | *GeneAmp* PCR System 9600, 240 V, 50 Hz |
| N801-0003 | *GeneAmp* PCR System 9600, 100 V, 50/60 Hz |

---

Perkin-Elmer® is a registered trademark of The Perkin-Elmer Corporation.
Cetus® is a registered trademark of the Cetus Corporation.
GeneAmp®, AmpliTaq®, and GeneAmp™ are registered trademarks/trademark of Cetus Corporation, licensed to Perkin-Elmer Cetus Instruments.
Tween 20® is a registered trademark of ICI.
NuSieve® and SeaKem® are registered trademarks of FMC Corporation.

Copyright 1991 by Perkin-Elmer Cetus Instruments. All rights reserved.

BIO-23
55635-5/91

*PERKIN ELMER CETUS*
761 Main Ave., Norwalk, CT 06859

GeneAmplimer™ HIV-1 Reagents

Part No. N808-0015

NOT FOR DIAGNOSTIC OR MEDICAL USE
FOR RESEARCH USE ONLY
See notice to purchaser

---

The Perkin-Elmer Cetus *GeneAmplimer*™ HIV-1 Reagents are designed for use in detecting the presence of HIV-1 *gag* gene sequences in experimental samples using the *GeneAmp*™ Polymerase Chain Reaction (PCR) process. These reagents include both positive and negative HIV-1 control DNA templates. The positive control is plasmid DNA that contains the entire genome of the HIVZ6 isolate. The HIVZ6 genome has been rearranged to interrupt the *pol* gene region and thus block infectivity. The plasmid has been shown to be non-infectious in cell culture.[1] Human placental DNA that is free of HIV-1 sequences is provided as a negative control. Included are primers SK38 and SK39 which can be used to amplify a 115 bp sequence in the *gag* region of the HIV-1 genome.[1] Detection of the 115 bp PCR product can be achieved using the SK19 probe after suitable labeling. The *GeneAmplimer* HIV-1 Reagents are optimized for use with the *GeneAmp*™ PCR Core Reagents (Part No. N808-0009) or the *GeneAmp* PCR Reagent Kits with Native *Taq* DNA Polymerase (Part No. N801-0043) or *AmpliTaq*™ DNA Polymerase (Part No. N801-0055). Sufficient primer and probe reagents are provided for 100 amplification reactions of 100 μL each. Depending upon the dilutions used, sufficient control materials are provided for 10–100 amplification reactions.

The *GeneAmp* PCR process is a simple and powerful method[1], invented by K. Mullis and patented by Cetus Corporation, which allows *in vitro* amplification of DNA segments[1][1] (including cDNA)[1] through a succession of incubation steps at different temperatures. Typically, the double stranded DNA is heat denatured, the two primers complementary to the 3' boundaries of the target segment are annealed at a low temperature and then extended at an intermediate temperature. One set of these three consecutive steps is referred to as a cycle. For the *GeneAmplimer* HIV-1 Reagents it is possible to simultaneously anneal and extend at the intermediate temperature thereby reducing the number of steps by one, leading to a decrease in cycling time while still maintaining specificity and the level of amplification.

## LIST OF KIT COMPONENTS

Store the *GeneAmplimer* HIV-1 Reagents at −20°C in a constant temperature freezer. If stored under the proper conditions, the product will maintain performance until the control date printed on the label.

| Reagent | Amount | Volume | Concentration | Comments |
|---|---|---|---|---|
| HIV-1 Positive Control DNA | $10^5$ copies | 100 μL | $10^3$ copies/μL | In 10 μg/mL human placental DNA, 1 mM EDTA, 10 mM NaCl, 10 mM Tris-HCl, pH 8.0. |
| HIV-1 Negative Control DNA from human placenta | 1 μg | 100 μL | 10 μg/mL | In 1 mM EDTA, 10 mM NaCl, 10 mM Tris-HCl, pH 8.0. |
| HIV-1 Primer 1 SK38 | 5 nmoles | 200 μL | 25 μM | In 10 mM Tris-HCl, pH 8.3. |
| HIV-1 Primer 2 SK39 | 5 nmoles | 200 μL | 25 μM | In 10 mM Tris-HCl, pH 8.3. |
| HIV-1 Probe SK19 | 100 pmoles | 50 μL | 2 μM | In 10 mM Tris-HCl, pH 8.3. |

### REAGENTS NEEDED BUT SOLD SEPARATELY

| Reagent | Part No. |
|---|---|
| *AmpliTaq*® DNA Polymerase* | N801-0060 |
| *GeneAmp* dNTPs* | N808-0007 |
| *GeneAmp* 10X PCR Buffer II & MgCl₂ Solution* | N808-0010 |
| *These items can be purchased together by ordering the *GeneAmp* PCR Core Reagents | N808-0009 |

### Notice to Purchaser: Disclaimer of License

This product is designed for use in the *GeneAmp*™ Polymerase Chain Reaction (PCR) process covered by patents issued to Cetus Corporation, but no license under these patents to use the *GeneAmp* PCR process is conveyed by the purchase of this product. A license to use the *GeneAmp* PCR process for certain research and development activities accompanies the purchase and use of Perkin-Elmer Cetus' *GeneAmp*® PCR Core Reagents, *GeneAmp*® PCR Reagent Kits, and certain other products, or is available from Cetus Corporation. For information contact Cetus Director of Business Development, PCR Division, at 1400 Fifty-Third Street, Emeryville, CA 94608. Tel. (415) 420-3300.

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71151

*PERKIN ELMER CETUS*

## PROTOCOL FOR DNA AMPLIFICATION

I. General Advice

Due to the enormous amplification possible with the *GeneAmp* PCR process, small levels of DNA contamination, especially from previous PCR amplification reactions and positive control templates, can result in product even in the absence of purposefully added template DNA.* If possible, all reactions should be set up in an area separate from PCR product analysis or sample preparation. Dedicated pipettes, vessels and solutions for DNA preparation, reaction mixing, and sample analysis will minimize cross contamination.

A master mix of reagents (water, buffer, dNTPs, primers and enzyme) for all samples can be prepared first, then aliquoted to individual tubes. Magnesium chloride and the template DNA are then added. Using such mixes will minimize reagent pipetting losses, increase accuracy, and reduce the number of reagent transfers.

Amplifications are performed in 100 µL of reaction mix in capped 0.5 mL polypropylene microcentrifuge tubes. Perkin-Elmer Cetus 0.5 mL *GeneAmp* Reaction Tubes (Part No. N801-0180) provide the best heat transfer when using the Perkin-Elmer Cetus DNA Thermal Cycler, because of their uniform fit in the wells. Since DNA may stick to plastic and since nucleases are often found on surfaces, it may be preferable to use sterile, siliconized tubes and pipette tips.

II. Preparation of Stock Solutions

The positive control reagent contains $10^4$ copies/10 µL of the HIV-1 control plasmid DNA and can be used directly. Further dilutions of the positive control can be prepared by diluting into either TE buffer (1 mM EDTA, 10 mM Tris-HCl, pH 8.0) or the negative control DNA.

If these control reagents are used with the *GeneAmp* PCR Reagent Kits with either native *Taq* DNA polymerase (Part No. N801-0043) or *AmpliTaq* DNA polymerase (Part No. N801-0055), a sterile 10 mM $MgCl_2$ solution is needed, to supplement the $MgCl_2$ already present in the [10x] Reaction buffer. Dissolve 203 mg $MgCl_2 \cdot 6H_2O$ in 100 mL distilled water, filter through a 0.2 µm filter and autoclave at 121°C at 15 PSI for 20 minutes.

III. Reaction Mix using the *GeneAmp* PCR Core Reagents (Part No. N808-0009)

| Component | Addition Order | Volume | Final Concentration |
|---|---|---|---|
| Distilled Sterile Water | 1 | 57.5 µL* | |
| 10X PCR Buffer II | 2 | 10 µL | 1X |
| dATP | | 2 µL | 200 µM |
| dCTP | 3 | 2 µL | 200 µM |
| dGTP | | 2 µL | 200 µM |
| dTTP | | 2 µL | 200 µM |
| HIV-1 Primer 1 (SK38) | 4 | 2 µL | 0.5 µM |
| HIV-1 Primer 2 (SK39) | 5 | 2 µL | 0.5 µM |
| *AmpliTaq* DNA Polymerase | 6 | 0.5 µL | 2.5 Units/100 µL |
| 25 mM $MgCl_2$ Solution | 7 | 10 µL | 2.5 mM |
| Positive Control DNA | | 10 µL | $10^4$ copies/100 µL |
| -or- | | -or- | |
| Negative Control DNA | 8 | 10 µL | 0.1 µg human placental DNA/100 µL |
| -or- | | -or- | |
| Experimental sample | | 10 µL* | |
| Total Mix | | 100 µL | |

(Components 1–7 are bracketed as Master Mix.)

*Any combination of sterile distilled water and experimental sample volumes can be used as long as the total combined volume equals 67.5 µL.

2

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71152

PERKIN ELMER CETUS

IV. Reaction Mix using the GeneAmp® PCR Reagent Kits (Part Nos. N801-0043 & N801-0055)

| | Component | Addition Order | Volume | Final Concentration |
|---|---|---|---|---|
| | Distilled Sterile Water | 1 | 57.5 µL* | |
| | [10x] Reaction Buffer | 2 | 10 µL | 1X |
| Master Mix | dATP | 3 | 2 µL | 200 µM |
| | dCTP | | 2 µL | 200 µM |
| | dGTP | | 2 µL | 200 µM |
| | dTTP | | 2 µL | 200 µM |
| | HIV-1 Primer 1 (SK38) | 4 | 2 µL | 0.5 µM |
| | HIV-1 Primer 2 (SK39) | 5 | 2 µL | 0.5 µM |
| | AmpliTaq® or Native Taq DNA Polymerase | 6 | 0.5 µL | 2.5 Units/100 µL |
| | 10 mM MgCl₂ Solution | 7 | 10 µL | 2.5 mM (including MgCl₂ in [10x] reaction buffer) |
| | Positive Control | | 10 µL | $10^4$ copies/100 µL |
| | -or- | | -or- | |
| | Negative Control | 8 | 10 µL | 0.1 µg human placental DNA/100 µL |
| | -or- | | -or- | |
| | Experimental sample | | 10 µL* | |
| | Total Mix | | 100 µL | |

*Any combination of sterile distilled water and experimental sample volumes can be used as long as the total combined volume equals 67.5 µL.

V. Notes on Reaction Mix for Controls

Vortex briefly (2 seconds; avoid generating bubbles) the AmpliTaq or native Taq DNA Polymerase solutions or other recently thawed reagents, then spin down in a microcentrifuge before pipetting. Pipette enzyme carefully and slowly. The viscosity of the 50% glycerol in the buffer can lead to errors. If possible use a positive displacement pipette. Using master mixes (see above) will increase accuracy, reduce reagent loss on tips, and reduce tube-to-tube variability.

To reduce evaporation or refluxing, overlay the mix with with 50 to 100 µL of mineral oil (Part No. 0186-2302). The oil should not interfere when withdrawing samples. If the entire volume is to be recovered, 100 µL of high purity chloroform should be added after amplification. The aqueous phase containing the DNA will then float on the chloroform-oil mixture, allowing easy collection.

VI. Temperature Cycling for the Control Reagents

Optimum performance of the GeneAmp™ PCR Process is achieved using the Perkin-Elmer Cetus DNA Thermal Cycler. For amplification using the GeneAmplimer™ HIV-1 Reagents, program the Perkin-Elmer Cetus DNA Thermal Cycler for 4 linked files.

**File # 11 STEP-CYCLE FILE PARAMETERS**
              Temp = 95C
Seg #1    1min     0sec
              Temp = 0C
Seg #2    0min     0sec
Auto Segment Extension: OFF
Cycle Count = 1
Linked to file #12

**File # 12 STEP-CYCLE FILE PARAMETERS**
              Temp = 95C
Seg #1    1min     0sec
              Temp = 60C
Seg #2    1min     0sec
              Temp = 0C
Seg #3    0min     0sec
Auto Segment Extension: OFF
Cycle Count = 30
Linked to file #13

**File # 13 STEP-CYCLE FILE PARAMETERS**
              Temp = 60C
Seg #1    10min    0sec
              Temp = 0C
Seg #2    0min     0sec
Auto Segment Extension: OFF
Cycle Count = 1
Linked to file #14

**File # 14 SOAK FILE PARAMETERS**
              Temp = 4C

Refer to the Thermal Cycler User Manual for additional programming instructions.

The samples can be stored at 2° to 8°C until subsequent analysis. The selection of 60°C for the anneal-extend temperature is optimal for amplification of the positive control template. Due to genetic variation in the HIV-1 genome[a,11] a lower anneal-extend temperature in the range of 52° to 60°C may be necessary to achieve amplification of viral sequences in experimental samples[11].

3

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71153

PERKIN ELMER CETUS

### VII. Performance Claims

Using the amplification conditions described above and the Perkin-Elmer Cetus DNA Thermal Cycler and starting with 50 copies of the positive control template, sufficient amounts of the 115 bp PCR product will be generated to allow specific detection by the oligomer-hybridization procedure.[14] Detailed procedures for labeling the SK19 probe with γ-[32P]-ATP can be found in references 14 and 15.

### VIII. Sequences

The sequences of the HIV-1 primers and probes and their location in the HIV-1 genome of isolate ARV-2[11], GenBank accession number K02007, are shown below.

| Primer or Probe | Sequence (5'-3') | Location |
|---|---|---|
| SK38 Primer | ATAATCCACCTATCCCAGTAGGAGAAAT | gag 1551-1578 |
| SK39 Primer | TTTGGTCCTTGTCTTATGTCCAGAATGC | gag 1638-1665 |
| SK19 Probe | ATCCTGGGATTAAATAAAATAGTAAGAATGTATAGCCCTAC | gag 1595-1635 |

The North American consensus sequence of the 115 bp target[14] segment of the HIV-1 gag gene and the sequence of the 115 bp PCR product obtained using the SK38 and SK39 primers with the positive control plasmid DNA are shown below. Information on the extent of sequence conservation in this region among different HIV-1 isolates can be found in References 9 and 13.

Sequence

North American Consensus
(5') *TAATCCACC TA*CCCAGTA GGAGAAAT*T ATAAAAG*TG
GATAAT*CTG GG*TTAAATA AAATAGTAAG *ATGTATAG*
CC***CAGCA TTCT*GACAT AAGACAAGGA CC*AA (3')

\* nonconsensus nucleotide

115 bp PCR Product
|< ———————Region for SK38——————— >|
(5') ATAATCCACC TATCCCAGTA GGAGAAATCT ATAAAAGATG
GATAATCCTG GGATTAAATA AAATAGTAAG AATGTATAGC
CCTGTCAGCA TTCTGGACAT AAGACAAGGA CCAAA (3')
|< ———————Region for SK39——————— >|

### IX. HIV-1 Positive Control Plasmid

The following schematic diagram (not drawn to scale) shows the general rearrangement of the HIV-1 genome in the control plasmid. The Bam HI - Nru I region of plasmid pBR322 has been substituted with the disrupted (in pol gene) and rearranged HIVZ6 sequence.



pBR322 — pol fragment — env — LTR — gag — pol fragment — pBR322
[Nru I/Bcl I]                                              [Bcl I/Bam HI]

### REFERENCES

1. Ou, C-Y., Kwok, S., Mitchell, S.W., Mack, D.H., Sninsky, J.J., Krebs, J.W., Feorino, P., Warfield, D., Schochetman, G. 1988. DNA amplification for direct detection of HIV-1 in DNA of peripheral blood mononuclear cells. Science 239: 295-297.
2. Innis, M.A., Gelfand, D.H., Sninsky, J.J., and White, T.J., eds. 1990. PCR Protocols. A Guide to Methods and Applications. Academic Press, Inc., San Diego, CA.
3. Mullis, K.B. and Faloona, F.A. 1987. Specific synthesis of DNA in vitro via a polymerase-catalyzed chain reaction. In: Wu, R. ed. Methods in Enzymology, vol. 155, Academic Press, San Diego, CA. pp. 335-350.
4. Saiki, R.K., Scharf, S., Faloona, F., Mullis, K.B., Horn, G.T., Erlich, H.A., and Arnheim, N. 1985. Enzymatic amplification of β-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230: 1350-1354.
5. Scharf, S.J., Horn, G.T., Erlich, H.A. 1986. Direct cloning and sequence analysis of enzymatically amplified genomic sequences. Science 233: 1076-1078.
6. Saiki, R.K., Gelfand, D.H., Stoffel, S., Scharf, S.J., Higuchi, R., Horn, G.T., Mullis, K.B., and Erlich, H.A. 1988. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 239: 487-491.
7. Kawasaki, E.S., Clark, S.S., Coyne, M.Y., Smith, S.D., Champlin, R., Whitte, O.N., and McCormick, F.P. 1988. Diagnosis of chronic myeloid and acute lymphocytic leukemias by detection of leukemia-specific mRNA sequences amplified in vitro. Proc. Natl. Acad. Sci. USA. 85: 5698-5702.

4

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71154

PERKIN ELMER CETUS

8. Higuchi, R. and Kwok, S. 1989. Avoiding false positives with PCR. Nature 339: 237-238.
9. Hahn, B.H., Gonda, M.A., Shaw, G.M., Popovic, M., Hoxie, J.A., Gallo, R.C. and Wong-Staal, F. 1985. Genomic diversity of the acquired immune deficiency syndrome virus HTLV-III: Different viruses exhibit greatest divergence in their envelope genes. Proc. Natl. Acad. Sci. USA. 82: 4813-4817.
10. Saag, M.S., Hahn, B.H., Gibbons, J., Li, Y., Parks, E.S., Parks, W.P. and Shaw, G.M. 1988. Extensive variation of human immunodeficiency virus type-1 in vivo. Nature 334: 440-444.
11. Goodenow, M., Huet, T., Saurin, W., Kwok, S., Sninsky, J. and Wain-Hobson, S. 1989. HIV-1 isolates are rapidly evolving quasispecies: Evidence for viral mixtures and preferred nucleotide substitutions. Journal of Acquired Immune Deficiency Syndromes 2: 344-352.
12. Meyerhans, A., Cheynier, R., Albert, J., Seth, M., Kwok, S., Sninsky, J., Morfeldt-Manson, L., Asjo, B. and Wain-Hobson, S. 1989. Temporal fluctuations in HIV quasispecies in vivo are not reflected by sequential HIV isolations. Cell 58: 901-910.
13. Los Alamos Human Retroviruses and AIDS Directory. 1989. Los Alamos National Laboratory, Los Alamos, NM. 87545.
14. Kellogg, D. and Kwok, S. 1990. Detection of human immunodeficiency virus. In: Innis, M.A., Gelfand, D.H., Sninsky, J.J., and White, T.J., eds. PCR Protocols. A Guide to Methods and Applications. Academic Press, Inc., San Diego, CA. pp. 337-347.
15. Molecular Cloning: A Laboratory Manual, 2nd Edition, Volume 2, Sambrook, J., Fritsch, E.F. and Maniatis, T., eds. 1989. Cold Spring Harbor Laboratory Press, N.Y., pp. 11.31-11.33.
16. Sanchez-Pescador, R., Power, M.D., Barr, P.J., Steimer, K.S., Stempien, M.M., Brown-Shimer, S.L., Gee, W.W., Renard, A., Randolph, A., Levy, J.A., Dina, D., and Luciw, P.A. 1985. Nucleotide sequence and expression of an AIDS-associated retrovirus (ARV-2). Science 227: 484-492.
17. Hart, C., Chang, S-Y., Kwok, S., Sninsky, J., Ou, C-Y., and Schochetman, G. 1990. A replication-deficient HIV-1 DNA used for quantitation of the polymerase chain reaction (PCR). Nucleic Acids Research 18: 4029-4030.

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71155

PERKIN ELMER CETUS

ORDERING INFORMATION

PRODUCTS ARE NOT FOR DIAGNOSTIC OR MEDICAL USE

FOR RESEARCH USE ONLY

| In the United States: | Outside of the United States: | |
|---|---|---|
| For PCR Technical support call toll-free 1-800-762-4001. FAX: 203-834-4391 | For ordering information or the number of your local Perkin-Elmer sales representative call: | |
| For easy ordering from PE XPRESS call toll-free 1-800-762-4002. | Austria | (222) 623 101 |
| | Belgium | 02/21 20 611 |
| | Canada | 514-737-7575 |
| To inquire about status of orders or to request a catalog from PE XPRESS call toll-free 1-800-762-4003. | Denmark | 042/811555 |
| | Far East-Australia | 3-560-4566 |
| | Finland | 90/880 144 |
| | France | (1) 30 85 63 63 |
| For product literature on the full line of Perkin-Elmer Cetus Instruments and Reagents call toll-free 1-800-762-4000. | Italy | 39-83841 |
| | Latin America-Mexico | 5-651-7077 |
| | Netherlands | 0 1820-28122 |
| | Norway | 02/686565 |
| | Portugal | 1762172 |
| In Europe: | Spain | 447-1021 |
| | Sweden | 08/7330010 |
| For PCR Technical support call Perkin-Elmer's European Sales Support Center in Vaterstetten, West Germany at 49/8106/381-112. FAX: 49/8106/6697 | Switzerland | 061/6925737 |
| | United Kingdom | 02407/4411 |
| | West Germany | 06103-708-118 |

N801-0150 DNA Thermal Cycler, 120 volts, 60 Hz  
N801-0177 DNA Thermal Cycler, 240 volts, 50 Hz  
N801-0189 DNA Thermal Cycler, 100 volts, 50/60 Hz  

A microprocessor controlled, thermal cycling instrument which automates the rapid and precise temperature changes needed in the GeneAmp™ PCR process.

Perkin-Elmer® is a registered trademark of Perkin-Elmer Corporation.
Cetus® is a registered trademark of Cetus Corporation.
GeneAmp® and AmpliTaq® are registered trademarks of Cetus Corporation, licensed to Perkin-Elmer Cetus Instruments.
GeneAmplimer™ is a trademark of Cetus Corporation, licensed exclusively to Perkin-Elmer Cetus Instruments.

Copyright 1990 by Perkin-Elmer Cetus Instruments.

BIO-24
55905 9/90

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71156

11/11/91

Four copies of the book sent via messenger to David McBride on 11/10/91. David will have these copies inserted into final Exhibit Package for Court, Berger, Jones, Day.

Ross

# PCR Protocols
## A Guide to Methods and Applications

Edited by

Michael A. Innis
David H. Gelfand
John J. Sninsky
Thomas J. White

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71157

*PERKIN ELMER CETUS*
761 Main Ave., Norwalk, CT 06859

*GeneAmp*® PCR Carry-over Prevention Kit

Part No. N808-0068

NOT FOR MEDICAL OR DIAGNOSTIC USE
FOR RESEARCH USE ONLY
See notice to purchaser

The capability for single molecule amplification provided by the GeneAmp™ Polymerase Chain Reaction (PCR) process[1,2] has required the adoption of special laboratory practices to avoid false positive amplifications.[3] A primary source of exogenous templates leading to false positive amplifications has been identified as products from previous PCR amplifications.[4] The Perkin-Elmer Cetus GeneAmp® Carry-over Prevention Kit has been developed to provide a means for ensuring that products of previous PCR amplifications cannot be reamplified to produce false positive results. The GeneAmp Carry-over Prevention Kit uses enzymatic and chemical reactions analogous to the restriction-modification and excision-repair systems of cells to degrade specifically PCR products from previous PCR amplifications, but not degrade native nucleic acid templates. The method used to make PCR products susceptible to degradation involves substituting dUTP for dTTP in the PCR reaction mix and treating subsequent PCR amplifications with the enzyme Uracil N-glycosylase (UNG, EC 3.2.2.-) prior to amplification.

The UNG provided in this kit is a pure, nuclease free, 26 kDa enzyme encoded by the *Escherichia coli* Uracil N-glycosylase gene[5] which has been inserted into an *E. coli* host to direct the expression of the native form of the enzyme.[6] When dUTP replaces dTTP as a dNTP substrate in PCR and the method described below is used, UNG treatment can prevent the subsequent reamplification of dU-containing PCR products.[7] This insert contains important details about the use of dUTP and UNG and the properties of dU-containing oligonucleotides. *The entire product insert should be read prior to using the reagents provided.*

## INTRODUCTION

Bacterial cells are particularly efficient at (i) degrading incoming phage DNA if the viral genomes are not methylated[8,9] and (ii) removing by enzymatic excision modified bases that result from inappropriate insertion by the replication apparatus or from damage by mutagens.[10] Warner and colleagues, for example, demonstrated that T4[11] and T5[12] phage containing about 30% of the thymine replaced by uracil were restricted by wild type *E. coli* but were capable of nearly equivalent infection as phage lacking uracil in *E. coli* cells deficient in UNG. In addition, Kunkel[13] exploited the *in vivo* degradation of uracil-containing DNA to enhance the recovery of recombinant M13 phage from *in vitro* mutagenesis reactions. The GeneAmp PCR Carry-over Prevention Kit adapts the UNG and dU-containing DNA cellular restriction-excision system to provide a means of degrading PCR products from previous reactions.

Figure 1. Cleavage of dU-containing PCR products by UNG in concert with alkaline pH and heat.

1

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71158

*PERKIN ELMER CETUS*

The distinguishing characteristic of PCR product relative to native DNA template is that PCR product is newly synthesized and thus modified nucleotides other than the typical four nucleotides (dA, dG, dT and dC) can be incorporated. Incorporation of a novel or modified nucleotide in the PCR product thus serves as the basis for distinguishing the newly synthesized PCR product from the starting native DNA template. Further, since enzymes of the excision-repair system can either remove the altered base and/or cleave the polynucleotide backbone, specific degradation of the PCR product instead of the starting native DNA template can be achieved. Abasic polynucleotides are susceptible to hydrolysis in alkaline solutions especially at elevated temperatures.[1],[2] The alkaline pH of the PCR buffer and the elevated temperature of the initial denaturation step (> 94°C) are more than sufficient to result in abasic polynucleotide strand scission. The reagents in this kit can be used to modify PCR amplifications such that the PCR products from previous amplifications are susceptible to enzymatic excision and chemical cleavage without degrading native DNA templates.

To render selectively PCR products susceptible to cleavage, the modification of PCR amplifications begins with the substitution of dUTP for dTTP in the PCR reaction mix. UNG is added to the PCR reaction mix. A short room temperature incubation step is performed prior to the start of the PCR. This allows time for UNG to excise the uracil in carried-over dU-containing PCR products should they be present in the reaction. The excised dU-containing PCR products are refractory to further PCR amplification because of the frequent stalling of DNA polymerases at the abasic sites[1],[2] and/or cleavage of the abasic polynucleotide strands due to the inherent alkaline and thermal lability of the resulting abasic linkage. Since UNG is active on single- and double-stranded DNA[?], the procedure should work on dU-containing PCR products from standard or asymmetric PCR amplifications. Ribouracil residues in RNA and dUTP are not substrates for UNG.[?] Figure 1 shows the reactions involved in the UNG catalyzed degradation of dU-containing DNA.

## LIST OF COMPONENTS

Store UNG and dUTP solutions at −20°C in a constant temperature freezer. If stored under the proper conditions, the product will maintain performance until the control date printed on the label.

| Reagent | Volume | Concentration | Comments |
|---|---|---|---|
| Uracil N-glycosylase | 100 µL | 1 Unit/µL | See Uracil N-glycosylase Characteristics |
| dUTP | 320 µL | 20 mM | Deoxynucleotide dissolved in glass distilled water; titrated with NaOH to pH 7.0 |

## NOTICE TO PURCHASER: DISCLAIMER OF LICENSE

This product is optimized for use in the GeneAmp™ Polymerase Chain Reaction (PCR) process covered by patents issued to Cetus Corporation, but no license under these patents to use the GeneAmp PCR process is conveyed by the purchase of this product. A license to use the GeneAmp PCR process for certain research and development activities accompanies the purchase and use of Perkin-Elmer Cetus' GeneAmp PCR Core Reagents, GeneAmp PCR Reagent Kits, and certain other products, or is available from Cetus Corporation. For information contact Cetus Director of Business Development, PCR Division, at 1400 Fifty-Third Street, Emeryville, CA 94608. Tel. (415) 420-3300.

## URACIL N-GLYCOSYLASE CHARACTERISTICS

| | |
|---|---|
| Concentration: | 1 Unit/µL |
| Unit Definition: | One unit of enzyme is defined as the amount that releases 1 nmole of uracil from a dU-containing DNA template into acid soluble material per 60 minutes at 37°C under the analysis conditions below. |
| UNG Activity Analysis Conditions: | 10 mM Tris-HCl, pH 8.3 (at room temperature); 50 mM KCl; and 100 pmoles dUMP substrate (dU-containing Lambda PCR product, a mix of unlabeled and [³H-Uracil]-labeled), in a final volume of 50 µL and incubated at 37°C for 10 min. The dU-containing 500 bp Lambda PCR product is prepared by following the procedure for amplifying the Control Template provided with the GeneAmp® PCR Reagent Kit (Part No. N801-0055) except that a mixture of dUTP and [³H-Uracil]-dUTP are substituted for dTTP. |
| Storage Buffer: | 5% Glycerol (w/v)<br>150 mM NaCl<br>30 mM Tris-HCl, pH 7.5 (at room temperature)<br>1.0 mM EDTA (Ethylenediamine-tetraacetic acid)<br>1 mM DTT (Dithiothreitol)<br>0.05% Tween 20® |
| Storage Temperature: | Store UNG at −20°C, in a constant temperature freezer. If stored under proper conditions, the enzyme will remain active until the control date printed on the label. |
| Associated Activities: | No single-stranded or double-stranded endonuclease activities were detected when 5 Units of UNG were incubated at 37°C for 1 hour with 1.2 µg of circular M13 DNA or 600 ng supercoiled pBR322 (dcm⁻, dam⁻), respectively, in a final volume of 50 µL. |
| | No double-stranded exonuclease activity was detected when 5 Units of UNG were incubated at 37°C for 30 minutes with 1 pmole of [³H]-dT-labeled 500 bp Lambda PCR product in a final volume of 50 µL. |
| | No 5'-single-stranded exonuclease activity was detected when 5 Units of UNG were incubated at 37°C for 30 minutes with 0.3 pmoles of a 5'-[³²P]-labeled oligonucleotide (41-mer) in a final volume of 50 µL. |
| | No 3'-single-stranded exonuclease activity was detected when 5 Units of UNG were incubated at 37°C for 30 minutes with an oligonucleotide (40-mer) labeled at the 3' end with α-[³²P]-Cordycepin in a final volume of 50 µL. |

2

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71159

*PERKIN ELMER CETUS*

## PROTOCOL FOR DNA AMPLIFICATION

I. **Materials Necessary but Not Provided**

The following materials are needed in order to amplify target DNA segments with dUTP

- *GeneAmp* PCR Core Reagents (Part No. N808-0009)
   -or-
- *GeneAmp* PCR Reagent Kit with *AmpliTaq* DNA Polymerase (Part No. N801-0055)
   -or-
- *GeneAmp* PCR Reagent Kit with Native *Taq* DNA Polymerase (Part No. N801-0043)
   -and-
- Primers and Experimental template.

II. **General Advice**

Because of the enormous amplification possible with the *GeneAmp* PCR process, small levels of DNA carry over from samples with high DNA levels, positive control templates, or from previous PCR amplifications can result in product even in the absence of purposefully added template DNA. Although the protocol and reagents described here are capable of degrading or eliminating large numbers of carried over PCR products, we encourage users to continue using the specific devices and suggestions described in the package inserts provided with the products listed in Section I and in References 4 and 5 to minimize cross-contamination from non-dU-containing PCR products or other samples. Briefly, the use of dedicated or disposable vessels, solutions, and pipettes (preferably positive displacement pipettes) for DNA preparation, reaction mixing, and sample analysis is still recommended. In addition, all reactions should be set up in an area separate from PCR product analysis.

A master mix of reagents (water, buffer, dNTPs [dATP, dCTP, dGTP, and dUTP], primers, *AmpliTaq* DNA Polymerase, and UNG) for all samples can be prepared first, then aliquoted to individual tubes. Magnesium chloride and template DNA are then added. Using such mixes will minimize pipetting losses, increase accuracy, and reduce the number of reagent transfers.

Amplifications are performed in 100 μL of reaction mix in capped 0.5 mL polypropylene microcentrifuge tubes. Perkin-Elmer Cetus 0.5 mL *GeneAmp* Reaction Tubes (Part No. N801-0180) provide the best heat transfer when using the Perkin-Elmer Cetus DNA Thermal Cycler, because of their uniform fit in the wells. Since DNA may stick to plastic and since nucleases are often found on surfaces, it may be preferable to use sterile, siliconized tubes and pipette tips.

III. **General Protocol using the GeneAmp PCR Carry-over Prevention Kit and GeneAmp PCR Core Reagents**

*Reaction Mix*

| Component | Addition Order | Volume | Final Concentration |
|---|---|---|---|
| Sterile Distilled Water | 1 | * | |
| 10X PCR Buffer II | 2 | 10 μL | 1X |
| dATP, 10 mM | | 2 μL | 200 μM |
| dCTP, 10 mM | 3 | 2 μL | 200 μM |
| dGTP, 10 mM | | 2 μL | 200 μM |
| dUTP, 20 mM | | 1-5 μL | 200-1000 μM ** |
| Primer 1 | 4 | 1-5 μL | 0.2-1.0 μM |
| Primer 2 | 5 | 1-5 μL | 0.2-1.0 μM |
| *AmpliTaq* DNA Polymerase | 6 | 0.5 μL | 2.5 Units/100 μL |
| UNG | 7 | 1 μL | 1 Unit/100 μL *** |
| 25 mM MgCl₂ | 8 | 4-16 μL | 1.0-4.0 mM **** |
| Experimental template | 9 | * | <1 μg/100 μL |
| Total Mix | | 100 μL | |

(Master Mix = water, buffer, dNTPs, primers, AmpliTaq, UNG bracket)

*   Any combination of sterile distilled water and experimental template volumes can be used as long as the total volume of the reaction (including buffer, dNTPs, primers, enzymes and MgCl₂ solutions) equals 100 μL.

**  Although many PCR systems are amplified efficiently when an equimolar concentration of dUTP (200 μM) is substituted for dTTP (200 μM) in the standard reaction mix, some PCR systems require increasing the dUTP concentration 2 to 5 fold (e.g., 400-1000 μM) for optimal amplification efficiencies. Increase MgCl₂ on an equimolar basis, when an increased dUTP concentration is required. In some systems, the level of amplification obtained even with 1000 μM dUTP may be less than the level obtained with 200 μM dTTP. Sufficient 20 mM dUTP solution is provided for 100 PCR amplifications (final volume of 100 μL) at 600 μM dUTP.

*** Depending on the level of potential dU-containing PCR product cross-contamination, the required amount of UNG may vary. With a short incubation step (0-10 minutes at room temperature) 1 Unit/100 μL reaction is generally more than sufficient to preclude subsequent reamplification of high levels (1 x 10⁵ copies) of dU-containing PCR product. If further optimization of the concentration of UNG is desired, concentrations in the range of 1.0 to 2.0 Units/100 μL have been shown to be effective (see Section IV.3).

**** The optimal magnesium chloride concentration may vary, depending on the total dNTP concentration and on the primer and templates used and must be determined empirically. In most cases a final concentration of MgCl₂ in the range of 1.0 to 5.0 mM in the reaction mix will work well. The addition of UNG will not affect the magnesium chloride optimum of your specific PCR amplification. Magnesium ion is not required for UNG activity.

*UNG Reaction Conditions*

After the addition of MgCl₂ and Experimental template DNA begin with a 1 to 10 minute incubation at room temperature (18° to 22°C) to allow UNG to excise uracil from any contaminating dU-containing PCR product from previous amplifications. The time of this incubation depends on the level of UNG used and the potential for primer-dimer formation in your the PCR system (see Section IV.3). Follow the room temperature incubation with at least a 10 minute incubation at 95°C using a soak file in the DNA Thermal Cycler process. Incubation at 95°C for at least 10 minutes is necessary to cleave the abasic dU-containing PCR product generated in the room temperature incubation, to inactivate UNG and to denature the native DNA in the experimental sample. If a

3

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71160

PERKIN ELMER CETUS

shorter incubation at 95°C is used, UNG may not be completely inactivated, leading to degradation of newly synthesized dU-containing PCR product during the PCR process. The 10 minute incubation at 95°C does not affect significantly the activity of AmpliTaq® DNA Polymerase, which has a half-life of >45 minutes at 95°C.

Since UNG has activity below 55°C, the annealing temperature used for the PCR amplification should be at or above this temperature, in order to avoid degradation of newly synthesized dU-containing PCR products by residual UNG activity.

### VERY IMPORTANT

*After the final PCR cycle, use a soak file to hold PCR reaction mixes in which dUTP and UNG are present at 72°C until they are removed from the Perkin-Elmer Cetus DNA Thermal Cycler. Store reaction mixes immediately at −20°C or add an equal volume of chloroform to prevent any degradation of dU-containing PCR products by residual or reactivated UNG.*

IV. **Notes on Preventing PCR Product Carry-over**

1. One should determine if the sequence being amplified contains dA and dT nucleotides. Only DNA sequences that have dA and dT will lead to dU-containing PCR products that can be degraded.

2. The primers that are used should contain dA nucleotides near the 3′ termini so that any primer-dimer generated is efficiently degraded by UNG at least as well as any dU-containing PCR products. The further a dA nucleotide is from the 3′ terminus the more likely that partially degraded primer-dimer molecules may serve as templates for a subsequent PCR amplification. Production of primer-dimer could compromise the amplification of the desired target region. If primers can not be selected with dA nucleotides near the termini, the use of primers with 3′ terminal dU nucleotides should be considered. Terminal dU nucleotides are not substrates for UNG[11] and thus the primers will not be degraded. Biotin-dUMP derivatives are not substrates for UNG.

3. The incubation time of the UNG reaction may affect the subsequent PCR amplification efficiency. When 1 Unit/100 μL of UNG is used, a 10 minute incubation at room temperature will be sufficient to degrade $10^4$ copies of cross-contaminating dU-containing PCR products. *The concentration of UNG and the time of the incubation step necessary to prevent amplification of contaminating dU-containing PCR products depends on the PCR conditions necessary to amplify your particular DNA sequence and the level of contamination to be expected.* In most cases, the general recommendation of using UNG at 1 Unit/100 μL reaction and incubation at room temperature for 10 minutes will suffice. If the PCR system is prone to primer-dimer formation, a 10 minute incubation at room temperature may result in the preferential amplification of primer-dimer sequences instead of the desired target sequence. If primer-dimer amplification dominates the PCR, reduce the incubation time at room temperature with or without increasing the UNG concentration to 2 Units/100 μL reaction.

V. **Temperature Cycling and Cycle Optimization**

The performance of the GeneAmp® PCR Carry-over Prevention Kit is optimized and quality control tested for performance on the Perkin-Elmer Cetus DNA Thermal Cycler. Optimal performance of the GeneAmp® PCR process is influenced by choice of temperature, time at temperature, and length of time between temperatures for each step in the cycle.

A typical cycling profile for utilizing UNG to degrade contaminating dU-containing PCR products from previous amplifications prior to PCR amplification of freshly added native DNA Experimental Templates is shown below:



Temperature
95°C (melt)
72°C (extend)
55°–65°C (anneal)
Room Temperature

0-10 minutes UNG incubation | 10 min UNG inactivation | 1 min melt | 1 min anneal | 1 min extend | 1 min melt | etc →

ONE CYCLE (repeat for n cycles)

### VERY IMPORTANT

*After the final PCR cycle, use a soak file to hold PCR reaction mixes in which dUTP and UNG are present at 72°C until they are removed from the Perkin-Elmer Cetus DNA Thermal Cycler. Store reaction mixes immediately at −20°C or add an equal volume of chloroform to prevent any degradation of dU-containing PCR product by residual or reactivated UNG.*

VI. **Properties of dU-containing DNA**

The substitution of dUTP for dTTP in PCR amplifications leads to the generation of PCR products containing dU instead of dT. Although this renders the dU-containing PCR products susceptible to degradation by UNG, most other properties of dU-containing PCR products are largely not affected.

- dU-containing PCR products will serve in an equivalent manner as dT-containing PCR products as hybridization targets.[1,11]

- dU-containing PCR products should also serve as templates for dideoxy-terminated sequencing reactions.

- dU-containing DNA can be cloned directly, if transformed into an *ung*⁻ bacterial host.[14,15]

- The recognition of dU-containing DNA by restriction endonucleases has been studied.[14,16] Depending on the specific endonuclease there may be no effect of the substitution of dU for dT on enzyme activity (e.g., *Eco*RI and *Bam*HI) or the dU-containing DNA is cleaved more slowly than dT-containing DNA (e.g., *Hpa*I, *Hin*dII, and *Hin*dIII). For other endonucleases the effect of substituting dU for dT on enzyme activity will need to be examined empirically on an individual enzyme basis.

The use of PCR products containing exclusively uracil is not recommended for protein binding or site-specific recognition studies (e.g., operators[17] and promoters[18], restriction endonucleases[19,20], or methylases). The absence of the C5 methyl group of thymine in the major groove, the face of the helix most frequently involved in protein-nucleic acid interactions[19,20], and/or distortion of the glycosidic bonds of the dA:dU (and adjacent base pairs)[21] may impair recognition by proteins.

4

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71161

...

PERKIN ELMER CETUS

## REFERENCES

1. Mullis, K.B., and Faloona, F.A. 1987. Specific synthesis of DNA *in vitro* via a polymerase-catalyzed chain reaction. In: Wu, R, ed. Methods in Enzymology. Vol 155, Academic Press, San Diego, CA, pp. 335-350.
2. Saiki, R.K., Scharf, S.J., Faloona, F. Mullis, K.B., Horn, G.T., Erlich, H.A., and Arnheim, N. 1985. Enzymatic amplification of β-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230: 1350-1354.
3. Saiki, R.K., Gelfand, D.H., Stoffel, S., Scharf, S.J., Higuchi, R., Horn, G.T., Mullis, K.B., and Erlich, H.A. 1988. Primer-directed enzymatic amplification of DNA with a thermostable DNA polymerase. Science 239: 487-491.
4. Higuchi, R. and Kwok, S. 1989. Avoiding false positives with PCR. Nature 339: 237-238.
5. Kwok, S. 1990. Chapter 17. Procedures to minimize PCR-product carry-over and Orrego, C. 1990. Chapter 54. Organizing a laboratory for PCR work. In: Innis, M.A., Gelfand, D.H., Sninsky, J.J., and White, T.J., eds. PCR Protocols. A Guide to Methods and Applications. Academic Press, Inc., San Diego, CA, pp. 142-145 and 447-454, respectively.
6. Varshney, U., Hutcheon, T., and van de Sande, J.H. 1988. Sequence analysis, expression, and conservation of *Escherichia coli* uracil DNA glycosylase and its gene (ung). J. Biol. Chem. 263: 7776-7784.
7. Sninsky, J.J., Gates, C., McKinney, N., Birch, D., Akers, J., Lawyer, F.C., and Gelfand, D.H. 1990. Manuscript submitted.
8. Bertani, G., and Weigle, J.J. 1953. Host controlled variation in bacterial viruses. J. Bacteriol. 65: 113-121.
9. Arber, W., and Dussoix, D. 1962. Host specificity of DNA produced by *Escherichia coli*. I. Host controlled modification of bacteriophage λ. J. Mol. Biol. 5: 18-36.
10. Dussoix, D., and Arber, W. 1962. Host specificity of DNA produced by *Escherichia coli*. II. Control over acceptance of DNA from infecting phage λ. J. Mol. Biol. 5: 37-49.
11. Lindahl, T. 1976. New class of enzymes acting on damaged DNA. Nature 259: 64-66.
12. Warner, H.R. and Duncan, B.K. 1978. *In vivo* synthesis and properties of uracil-containing DNA. Nature 272: 32-34
13. Warner, H.R., Thompson, R.B., Mozer, T.J., and Duncan, B.K. 1979. The properties of a bacteriophage T5 mutant unable to induce deoxyuridine 5'-triphosphate nucleotidohydrolase: synthesis of uracil-containing T5 deoxyribonucleic acid. J. Biol. Chem. 254: 7534-7539.
14. Kunkel, T. 1985. Rapid and efficient site-specific mutagenesis without phenotypic selection. Proc. Natl. Acad. Sci. USA 82: 488-492.
15. Tamm C., Shapiro, H.S., Lipshitz, R., and Chargaff, E. 1953. Distribution density of nucleotides within a desoxyribonucleic acid chain. J. Biol. Chem. 203: 673-688.
16. Lindahl, T., and Andersson, A. 1972. Rate of chain breakage at apurinic sites in double-stranded deoxyribonucleic acid. Biochemistry 11: 3618-3623.
17. Sagher, D. and Strauss, B. 1983. Insertion of nucleotides opposite apurinic/apyrimidinic sites in deoxyribonucleic acid during *in vitro* synthesis: uniqueness of adenine nucleotides. Biochemistry 22: 4518-4526.
18. Takeshita, M., Chang, C-N., Johnson, F., Will, S., and Grollman, A.P. 1987. Oligodeoxynucleotides containing synthetic abasic sites. Model substrates for DNA polymerases and apurinic/apyrimidinic endonucleases. J. Biol. Chem. 262: 10171-10179.
19. Schaaper, R.M., Kunkel, T.A., and Loeb, L.A. 1983. Infidelity of DNA synthesis associated with bypass of apurinic sites. Proc. Natl. Acad. Sci. USA 80: 487-491.
20. Randall, S.K., Eritja, R., Kaplan, B.E., Petruska, J., and Goodman, M.F. 1987. Nucleotide insertion kinetics opposite abasic lesions in DNA. J. Biol. Chem. 262: 6864-6870.
21. Lindahl, T., Ljungquist, S., Siegert, W., Nyberg, B., and Sperens, B. 1977. DNA glycosidases. Properties of uracil-DNA glycosidase from *Escherichia coli*. J. Biol. Chem. 252: 3286-3294.
22. Delort, A-M., Duplaa, A-M., Molko, D., and Teoule, R. 1985. Excision of uracil residues in DNA: mechanism of action of *Escherichia coli* and *Micrococcus luteus* uracil-DNA glycosylases. Nuc. Acids Res. 13: 319-335.
23. Brennan, C.A., and Gumport, R.I. 1985. T4 RNA ligase catalyzed synthesis of base analogue-containing oligodeoxyribonucleotides and a characterization of their thermal stabilities. Nuc. Acids Res. 24: 8665-8684.
24. Berkner, K.L., and Folk, W.R. 1979. The effects of substituted pyrimidines in DNAs on cleavage by sequence-specific endonucleases. J. Biol. Chem. 254: 2551-2560.
25. Bodnar, J.W., Zempsky, W., Warder, D., Bergson, C., and Ward, D.C. 1983. Effect of nucleotide analogs on the cleavage of DNA by the restriction enzymes AluI, DdeI, HinfI, RsaI, and TaqI. J. Biol. Chem. 258: 15206-15213.
26. Marchionni, M.A., and Roufa, D.J. 1978. Digestion of 5-Bromodeoxyuridine-substituted λ-DNA by restriction endonucleases. J. Biol. Chem. 253: 9075-9081.
27. Goeddel, D.V., Yansura, D.G., and Caruthers, M.H. 1977. Studies on gene control regions. VI. The 5-methyl of thymine, a lac repressor recognition site. Nuc. Acids Res. 9: 3039-3054.
28. Dubendorff, J.W., deHaseth, P.L., Rosendahl, M.S., and Caruthers, M.H. 1987. DNA functional groups required for formation of open complexes between *Escherichia coli* RNA polymerase and the λ $P_R$ promoter. Identification via base analog substitutions. J. Biol. Chem. 262: 892-898.
29. Ivarie, R. 1987. Thymine methyls and DNA - protein interactions. Nuc. Acids Res. 15: 9975-9983.
30. Seeman, N.C., Rosenberg, J.M., and Rich, A. 1976. Sequence-specific recognition of double helical nucleic acids by proteins. Proc. Natl. Acad. Sci. USA 73: 804-808.
31. Delort, A-M., Neumann, J.M., Molko, D., Herve, M., Teoule, R., and Dinh, S.T. 1985. Influence of uracil defect on DNA structure: $^1$H NMR investigation at 500 MHz. Nuc. Acids Res. 9: 3343-3355.
32. Duncan, B.K. 1985. Isolation of insertion, deletion, and nonsense mutations of the uracil-DNA glycosylase (ung) gene of *Escherichia coli* K-12. J. Bacteriol. 164: 689-695.

5

PERKIN ELMER CETUS

ORDERING INFORMATION

PRODUCTS ARE NOT FOR MEDICAL OR DIAGNOSTIC USE
FOR RESEARCH USE ONLY

| In the United States: | Outside of the United States: | |
|---|---|---|
| For PCR Technical support call toll-free 1-800-762-4001. FAX: 203-834-4391 | For ordering information or the number of your local Perkin-Elmer sales representative call: | |
| For easy ordering from PE XPRESS call toll-free 1-800-762-4002. | Austria | (222) 623 101 |
| | Belgium | 02/21 20 611 |
| | Canada | 514-737-7575 |
| To inquire about status of orders or to request a catalog from PE XPRESS call toll-free 1-800-762-4003. | Denmark | 042/811555 |
| | Far East-Australia | 3-560-4566 |
| | Finland | 90/880 144 |
| | France | (1) 30 85 63 63 |
| For product literature on the full line of Perkin-Elmer Cetus Instruments and Reagents call toll-free 1-800-762-4000. | Italy | 39-83841 |
| | Latin America-Mexico | 5-651-7077 |
| | Netherlands | 0 1820-28122 |
| | Norway | 02/686565 |
| | Portugal | 1762172 |
| In Europe: | Spain | 447-1021 |
| | Sweden | 08/7330010 |
| For PCR Technical support call Perkin-Elmer's European Sales Support Center in Vaterstetten, Germany at 49/8106/381-112. FAX: 49/8106/6697 | Switzerland | 061/6925737 |
| | United Kingdom | 02407/4411 |
| | Germany | 06103-708-118 |

**RELATED PRODUCTS FROM Perkin-Elmer Cetus:**

| Part Number | Description |
|---|---|
| N801-0150 | DNA Thermal Cycler, 120 V, 60 Hz A microprocessor controlled thermal cycling instrument which automates the rapid and precise temperature changes needed in the GeneAmp PCR process. |
| N801-0177 | DNA Thermal Cycler, 240 V, 50 Hz |
| N801-0189 | DNA Thermal Cycler, 100 V, 50/60 Hz |

**NEW INSTRUMENTS FROM Perkin-Elmer Cetus:**

| | |
|---|---|
| N801-0100 | DNA Thermal Cycler 480, 120 V, 60Hz |
| N801-0101 | DNA Thermal Cycler 480, 240 V, 50 Hz |
| N801-0102 | DNA Thermal Cycler 480, 100 V, 50/60 HZ |

Perkin-Elmer® is a registered trademark of The Perkin-Elmer Corporation.
Cetus® is a registered trademark of the Cetus Corporation.
GeneAmp®, AmpliTaq® and GeneAmp™ are registered trademarks/trademark of Cetus Corporation, licensed to Perkin-Elmer Cetus Instruments.
Tween 20® is a registered trademark of ICI.
Copyright 1990 by Perkin-Elmer Cetus Instruments. All rights reserved.

BIO-42
55605-11/90

6

ATTORNEY'S EYES ONLY
RESTRICTED

RMS 71163