

STANFORD UNIVERSITY · OFFICE OF TECHNOLOGY LICENSING
900 WELCH ROAD · SUITE 350 · PALO ALTO, CA 94304-1850
(650) 723-0651 · FAX (650) 725-7295

*[handwritten notes in margin:]* 10-8 / cc: S. as Petry Myers / Fineth Sninsky / OCT 8 / FYI! Tom White / I'll let you know what LabCorp does.

Via Certified Mail

October 1, 1998

Mr. Thomas MacMahon
President and CEO
Laboratory Corporation of America
358 South Main St.
Burlington, NC 27215

Re: S92-053
"PCR Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of AIDS"

Dear Mr. MacMahon,

On March 12 and June 18 of this year, we sent LabCorp letters regarding an invention we have available for licensing. This patented technology, titled "PCR Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of AIDS," relates to methods of monitoring via PCR the clinical progression of HIV infection, specifically mutations in the reverse transcriptase, and its response to antiretroviral therapy. Stanford researchers have found that HIV strains containing reverse transcriptase with mutations in codon 74 or codon 215 are likely to become resistant to antiretroviral drugs such as AZT and ddI. Resistance to antiretroviral drugs as a result of these mutations results in a higher HIV viral load and lower CD4 counts for infected patients.

Attached are copies of U.S. Patent Nos. 5,650,268 and 5,631,128 which have issued on this invention. Two other patent applications for this invention have been allowed and will issue shortly. Also attached are a number of articles which discuss LabCorp's work in the field of HIV RT mutation detection.

I would again like to offer LabCorp the chance to take a license to this invention. Stanford is offering a one-time $5,000 credit towards the license issue fee if you sign up by November 31, 1998, but you must indicate your interest by November 1, 1998 in order to qualify for this credit.

I hope to hear from you by November 1.

Sincerely,

*[signature]*
Luis Mejia
Senior Licensing Associate
650-723-0651

cc: Michael Kozal, Thomas Merigan

SNINSKY
EXHIBIT NO. 354
DATE 7/27/06
GINA GLANTZ - NO. 9795

"OUTSIDE COUNSEL'S EYES ONLY"

RMS 00492
CONFIDENTIAL

Dockets.Justia.com