1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306-2155
   Tel:   (650) 843-5000
5  Fax:   (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
   MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case No. C 05 04158 MHP |
|---|---|
| Plaintiff, | **EXHIBIT 681 TO THE DECLARATION OF MICHELLE S. RHYU IN SUPPORT OF COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ROCHE MOLECULAR SYSTEMS, ET AL., | |
| Defendants. | |
| ROCHE MOLECULAR SYSTEMS, ET AL., | |
| Counterclaimants, | |
| v. | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN, | |
| Counterclaim Defendants. | |

*CONFIDENTIAL
DOCUMENT SUBMITTED UNDER SEAL
PURSUANT TO CIV. L.R. 79-5(b) and (d)*

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

740260 v1/PA

**CASE NO. C-05-04158 MHP**

Dockets.Justia.com