# Stanford University
## Office of Technology Licensing

## Stanford wishes to offer a license to its invention entitled:

## "PCR Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of AIDS"



OFFICE OF TECHNOLOGY LICENSING

STANFORD UNIVERSITY

STAN 029325

Confidential –
Attorneys' Eyes Only

# *Outline*

- ⊛ Why is Stanford Interested in Licensing This Technology to Roche?
- ⊛ Background of Technology
- ⊛ What is Stanford Offering?
- ⊛ The Offer
- ⊛ Next Steps

Confidential –
Attorneys' Eyes Only

STAN 029326

2

# Why Roche?

- Stanford and Roche have had a long and fruitful relationship

- Although other companies might have an interest, we believe that Roche would be the best partner for Stanford for the subject Stanford IP

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

Confidential –
Attorneys' Eyes Only

STAN 029327

3

# *Background of Technology*



- During the early 1990's, Dr. Mark Holodniy working under Dr. Merigan with support from Dr. Katzenstein studied DNA in cells for a possible diagnostic of HIV

- Cetus Scientists were working on DNA as a diagnostic test

- Refer to UCSF/Cetus article "Risk of HIV-1 in Screened Blood Donations" The New Eng. J. of Medicine, Vol. 325, No. 1 Pp. 1-5

Confidential –
Attorneys' Eyes Only

STAN 029328

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

# *Background of Technology*



- ⊛ Meanwhile at Stanford, studies were being conducted on RNA in plasma for a possible diagnostic and quantification of HIV following therapy

- ⊛ Refer to Stanford/Cetus article "Detection and Quantification of HIV RNA in Patient Serum by Use of PCR," in The Journal of Infectious Diseases, April 1991 Pp. 862-866

Confidential – Attorneys' Eyes Only

STAN 029329

5

# *Background of Technology*

- ✿ Refer to Stanford article "Reduction in Plasma Human Immunodeficiency Virus Ribonucleic Acid after Dideoxynucleoside Therapy as Determined by PCR", JCI 88:1755-1759, 1991

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

STAN 029330

Confidential –
Attorneys' Eyes Only

6

# *Background of Technology*



OFFICE OF
TECHNOLOGY
LICENSING
STANFORD UNIVERSITY

- The value of quantification of HIV RNA in plasma serum was not evident to Cetus at that time or through June 1992

- Refer to "Detection of Human Retroviruses by PCR," in Annals of Medicine, June 1992 Pp. 211-214

- Cetus subsequently explored detection of proviral DNA in PBMCs and various tissues

Confidential –
Attorneys' Eyes Only

STAN 029331

7



# *Background of Technology*

⊛ However, Dr. Holodniy, Dr. Katzenstein and Dr. Merigan had conceived that measurement of HIV RNA from plasma could be used for assessing efficacy of antiviral therapy

⊛ Refer to Stanford article "Reduction in Plasma Human Immunodeficiency Virus Ribonucleic Acid after Dideoxynucleoside Therapy as Determined by PCR", JCI 88:1755-1759, 1991

Confidential –
Attorneys' Eyes Only

STAN 029332

8

# *Background of Technology*



- Follow on work at Stanford showed that the test could be ultra-sensitive. This presented an opportunity to provide a test that could be used by every patient to monitor therapy

- Refer to Stanford article "Biological Variation and Quality Control of Plasma RNA Quantitation by RT PCR" JCM, vol. 31:2960-2966, 1993



OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

Confidential—
Attorneys' Eyes Only

STAN 029333

9

# Background of Technology

- ❋ Dr. Merigan's, Dr. Katzenstein's and Dr. Holodniy's work resulted in the issuance of U.S. Patent No. 5,968,730, among others

- ❋ Continuations based on the same application "family" remain pending

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

Confidential –
Attorneys' Eyes Only

STAN 029334

10

*What are we offering?  Stanford's IP:*



STAN 029335

- ⊛ A method for evaluating the effectiveness of anti-HIV therapy of a patient:

  - collecting a plasma sample from an HIV-infected patient who is being treated with an antiretriviral agent;

  - amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and

  - testing for the presence of HIV-encoding nucleic acid, in the product of the PCR;

  in which the absence of detectable HIV-encoding nucleic acid correlates positively with the conclusion that the antiretroviral agent is therapeutically effective.  See U.S. Patent No. 5,968,730, Claim 1

11

Confidential –
Attorneys' Eyes Only



# Stanford's IP (cont.)

- Collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent

  - quantification of viral load in human plasma
  - assessment of patient prognosis
  - monitoring of effect of concurrent antiretroviral therapy
  - useful in clinical management of HIV infected patients



OFFICE OF
TECHNOLOGY
LICENSING
STANFORD UNIVERSITY

Confidential –
Attorneys' Eyes Only          STAN 029336

12



# *Stanford's IP (cont.)*



- Amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR
  - PCR assay of plasma HIV RNA
  - Use of HIV primers about 20-30 bases long

13

Confidential –
Attorneys' Eyes Only        STAN 029337



# *Stanford's IP (cont.)*

- Testing for the presence of HIV-encoding nucleic acid, in the product of the PCR
  - quantification of nucleic acid by hybridizing product of PCR with detectably labeled probe that is complementary to the HIV sequence
  - amount of signal generated by probe hybridized to PCR product can be compared to amount of signal generated by probe hybridized to a known copy number of HIV, e.g., by using a microwell plate reader

14



STAN 029338

Confidential –
Attorneys' Eyes Only

# *Stanford's IP (cont.)*





- ❂ **The absence of detectable HIV-encoding nucleic acid correlates positively with the conclusion that the antiretroviral agent is therapeutically effective**
  - decreased nucleic acid copy number correlates with effective therapy
  - increased nucleic acid copy number correlates with disease progression

15

Confidential –
Attorneys' Eyes Only

STAN 029339

# *The Offer*



- Stanford wishes to extend to Roche an offer to obtain an Exclusive License to the subject Stanford IP

  REDACTED

- License would include rights to patents that may issue based on pending applications from same patent "family"

- Stanford inventors Drs. Merigan, Holodniy and Katzenstein would be available to collaborate with Roche Scientists

16

Confidential –
Attorneys' Eyes Only

STAN 029340

# *The Offer (cont.)*



- The license will contain other terms and conditions normally found in Stanford's licenses and reasonably acceptable to Roche

- The offer extended hereunder is valid until May 31, 2000, unless withdrawn prior to that date

- No license or other rights are implied by this document

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

STAN 029341

Confidential –
Attorneys' Eyes Only

17

# *Next Steps*

- Terms and conditions would be negotiated in good faith within 90 days of Stanford's receipt of Roche's written acceptance

- We look forward to continuing our relationship through a mutually acceptable license agreement to this technology



OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

STAN 029342

Confidential –
Attorneys' Eyes Only

18