# *Stanford University*
## *Office of Technology Licensing*

**Stanford wishes to offer a license to its invention entitled:**

**"PCR Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of AIDS"**

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

STAN 029343

Confidential –
Attorneys' Eyes Only

## *Outline*

- Why is Stanford Interested in Licensing This Technology to Roche?
- Background of Technology
- What is Stanford Offering?
- The Offer
- Next Steps

Confidential – Attorneys' Eyes Only

STAN 029344

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

2

## Why Roche?



- Stanford and Roche have had a long and fruitful relationship
- Although other companies might have an interest, we believe that Roche would be the best partner for Stanford for the subject Stanford IP

Confidential – Attorneys' Eyes Only

STAN 029345

3

## Background of Technology

- During the early 1990's, Dr. Mark Holodniy working under Dr. Merigan with support from Dr. Katzenstein studied DNA in cells for a possible diagnostic of HIV
- Cetus Scientists were working on DNA as a diagnostic test
- Refer to UCSF/Cetus article "Risk of HIV-1 in Screened Blood Donations" The New Eng. J. of Medicine, Vol. 325, No. 1 Pp. 1-5



Confidential — Attorneys' Eyes Only

STAN 029346

# Background of Technology


OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

- Meanwhile at Stanford, studies were being conducted on RNA in plasma for a possible diagnostic and quantification of HIV following therapy
- Refer to Stanford/Cetus article "Detection and Quantification of HIV RNA in Patient Serum by Use of PCR," in The Journal of Infectious Diseases, April 1991 Pp. 862-866

5

Confidential – Attorneys' Eyes Only   STAN 029347

## Background of Technology

- Refer to Stanford article "Reduction in Plasma Human Immunodeficiency Virus Ribonucleic Acid after Dideoxynucleoside Therapy as Determined by PCR", JCI 88:1755-1759, 1991

OFFICE OF TECHNOLOGY LICENSING
STANFORD UNIVERSITY

STAN 029348

Confidential –
Attorneys' Eyes Only

# Background of Technology



- The value of quantification of HIV RNA in plasma serum was not evident to Cetus at that time or through June 1992
- Refer to "Detection of Human Retroviruses by PCR," in Annals of Medicine, June 1992 Pp. 211-214
- Cetus subsequently explored detection of proviral DNA in PBMCs and various tissues

STAN 029349

Confidential –
Attorneys' Eyes Only

# Background of Technology



- However, Dr. Holodniy, Dr. Katzenstein and Dr. Merigan had conceived that measurement of HIV RNA from plasma could be used for assessing efficacy of antiviral therapy

- Refer to Stanford article "Reduction in Plasma Human Immunodeficiency Virus Ribonucleic Acid after Dideoxynucleoside Therapy as Determined by PCR", JCI 88:1755-1759, 1991

STAN 029350

Confidential –
Attorneys' Eyes Only

8

## *Background of Technology*



- Follow on work at Stanford showed that the test could be ultra-sensitive. This presented an opportunity to provide a test that could be used by every patient to monitor therapy

- Refer to Stanford article "Biological Variation and Quality Control of Plasma RNA Quantitation by RT PCR" JCM, vol. 31:2960-2966, 1993

Confidential – Attorneys' Eyes Only

STAN 029351

9

# Background of Technology





- Dr. Merigan's, Dr. Katzenstein's and Dr. Holodniy's work resulted in the issuance of U.S. Patent No. 5,968,730, among others
- Continuations based on the same application "family" remain pending

STAN 029352

Confidential –
Attorneys' Eyes Only

10

## What are we offering? Stanford's IP:

- A method for evaluating the effectiveness of anti-HIV therapy of a patient:
  - collecting a plasma sample from an HIV-infected patient who is being treated with an antiretriviral agent;
  - amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and
  - testing for the presence of HIV-encoding nucleic acid, in the product of the PCR;

  in which the absence of detectable HIV-encoding nucleic acid correlates positively with the conclusion that the antiretroviral agent is therapeutically effective. See U.S. Patent No. 5,968,730, Claim 1

OFFICE OF TECHNOLOGY LICENSING STANFORD UNIVERSITY

Confidential – Attorneys' Eyes Only

STAN 029353

## Stanford's IP (cont.)



- Collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent
  - quantification of viral load in human plasma
  - assessment of patient prognosis
  - monitoring of effect of concurrent antiretroviral therapy
  - useful in clinical management of HIV infected patients



Confidential – Attorneys' Eyes Only    STAN 029354

12

## Stanford's IP (cont.)



- Amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR
  - PCR assay of plasma HIV RNA
  - Use of HIV primers about 20-30 bases long

13

Confidential – Attorneys' Eyes Only      STAN 029355

## *Stanford's IP (cont.)*

- **Testing for the presence of HIV-encoding nucleic acid, in the product of the PCR**
  - quantification of nucleic acid by hybridizing product of PCR with detectably labeled probe that is complementary to the HIV sequence
  - amount of signal generated by probe hybridized to PCR product can be compared to amount of signal generated by probe hybridized to a known copy number of HIV, e.g., by using a microwell plate reader



14

Confidential – Attorneys' Eyes Only    STAN 029356



## *Stanford's IP (cont.)*



- **The absence of detectable HIV-encoding nucleic acid correlates positively with the conclusion that the antiretroviral agent is therapeutically effective**
  - decreased nucleic acid copy number correlates with effective therapy
  - increased nucleic acid copy number correlates with disease progression

15

Confidential – Attorneys' Eyes Only    STAN 029357

## *The Offer*



- Stanford wishes to extend to Roche an offer to obtain an Exclusive License to the subject Stanford IP   REDACTED

- License would include rights to patents that may issue based on pending applications from same patent "family"

- Stanford inventors Drs. Merigan, Holodniy and Katzenstein would be available to collaborate with Roche Scientists

16

Confidential — Attorneys' Eyes Only   STAN 029358

## *The Offer (cont.)*



- The license will contain other terms and conditions normally found in Stanford's licenses and reasonably acceptable to Roche
- The offer extended hereunder is valid until May 31, 2000, unless withdrawn prior to that date
- No license or other rights are implied by this document

17

Confidential – Attorneys' Eyes Only

STAN 029359

# Next Steps



- Terms and conditions would be negotiated in good faith within 90 days of Stanford's receipt of Roche's written acceptance

- We look forward to continuing our relationship through a mutually acceptable license agreement to this technology

18

Confidential – Attorneys' Eyes Only

STAN 029360