# 9

# QUANTITATIVE PCR

**Alice M. Wang and David F. Mark**

PCR analysis has been used for RNA blot analysis, mRNA pheno-typing, and nuclease protection analysis for the study of short-lived, low-copy-number mRNA transcripts (Kawasaki *et al.* 1988; Rappolee *et al.* 1988; Harbarth and Vosberg 1988; Lee *et al.* 1988; Price *et al.* 1988; Dobrovic *et al.* 1988; Hermans *et al.* 1988). Quantitation of the PCR analysis would provide more information for these studies. Such an approach has been used to study the relative amount of dys-trophin transcript in different human tissues (Chelly *et al.* 1988). It was also used to quantitate the relative amounts of $apoB_{100}$ and $apoB_{48}$ message after thyroid hormone treatment to demonstrate that the apoB mRNA modification can be hormonally modulated (Davidson *et al.* 1988). A possible application of this approach includes the measurement of specific mRNA levels in drug-resistant and drug-sensitive human carcinoma cells. The early detection of specific mRNA patterns could lead to the development of more effective clinical protocols in cancer therapy (Kashani-Sabet *et al.* 1988).

It has been difficult to quantitate the amount of specific mRNA without an internal standard. We report here a technique that uses a synthetic AW106 cRNA as an internal standard for quantitating

70

*PCR Protocols: A Guide to Methods and Applications*
Copyright © 1990 by Academic Press, Inc. All rights of reproduction in any form reserved.

Dockets.Justia.com



**Figure 1**   Structure of plasmid pAW106. Primers 1–12 are upstream primers of tumor necrosis factor (TNF), macrophage colony stimulating factor (M-CSF), platelet-derived growth factor A (PDGF-A), PDGF-B, apolipoprotein E (apo E), low-density lipoprotein receptor (LDL-R), 3-hydroxy-3-methylglutaryl coenzyme A reductase (HMG CoA-reductase), Interleukin-1α (IL-1α), IL-1β, IL-2, PDGF-R, and lipoprotein lipase (LPL), respectively, followed by the complementary sequences of their downstream primers 1'-12' in the same order. Both upstream and downstream primers are followed by a restriction enzyme linker for easy insertion of primers for other genes.

the amount of specific mRNA by PCR. The AW106 cRNA was synthesized as a sense-strand from plasmid pAW106 by T7 polymerase (Fig. 1). This synthetic gene has twelve target genes' upstream primers connected in sequence followed by the complementary sequences of their downstream primers in the same order (Fig. 1). The PCR product synthesized from the cRNA standard by each primer set is around 300 bp and is designed not to overlap in size with the PCR products amplified by various primer pairs from the mRNA of these target genes. The AW106 cRNA contains polyadenylated sequences at the 3' end, and it can be reverse transcribed and amplified together with the target mRNA in the same tube. The size difference in the PCR products permits easy separation of the cRNA product from the target mRNA product by gel electrophoresis. Since the same primer set is used in the PCR amplification on both templates, differences in primer efficiency are minimized. In the exponential phase of the amplification, the amount of target mRNA can be quantitated by extrapolating against the AW106 cRNA internal standard curve. In addition, the internal standard developed here contains the primer sequences for multiple genes so that the same standard can be used to quantitate a number of different mRNAs of interest.

# Protocols

**Reagents**

| | |
|---|---|
| 1× PCR buffer | 20 m$M$ Tris–HCl (pH 8.3) |
| | 50 m$M$ KCl |
| | 2.5 m$M$ MgCl$_2$ |
| | 100 $\mu$g/ml of bovine serum albumin |

### RNA Preparation

Use standard protocols to prepare total cellular RNA isolated from cell lines or tissues (see Chapter 18). Synthesize AW106 cRNA by the transcription system of Promega. Purify the resulting cRNA product through an oligo(dT) column and quantitate it by absorbance at 260 nm.

### Reverse Transcriptase Reaction

To 10 $\mu$l of a reverse transcriptase reaction, add 1 $\mu$g of total cellular RNA, $1.77 \times 10^2$ to $1.77 \times 10^7$ molecules of AW106 cRNA, 1× PCR buffer, 1 m$M$ DTT, 0.5 m$M$ each dNTP, 10 units of RNasin, 0.1 $\mu$g of oligo(dT) primer, and 100 units of Moloney murine leukemia virus reverse transcriptase (Bethesda Research Laboratories, Inc.). Incubate 60 minutes at 37°C. Heat inactivate the enzyme at 95°C for 5 minutes, and then quick chill on ice.

### Polymerase Chain Reaction

A threefold dilution series of the reverse transcriptase product is mixed with 1× PCR buffer, 50 $\mu M$ of each dNTP, 5 pmol each of the upstream and downstream primers, $1 \times 10^6$ cpm of one $^{32}$P-end-labeled primer, and 1 unit of $Taq$ polymerase, in a 50-$\mu$l reaction volume. The mixture is overlaid with 100 $\mu$l of mineral oil to prevent evaporation and then amplified by PCR for 25 cycles. The amplification cycle profile is denaturation for 30 seconds at 95°C, cooling for 2 minutes to 55°C, annealing of primers for 30 seconds at 55°C, heat-

ing for 30 seconds to 72°C, and extension of primers for 1 minute at 72°C.

### Gel Electrophoresis

A 5- to 10-$\mu$l portion of the PCR mixture is electrophoresed in 10% polyacrylamide gel in TBE buffer. Stain the gel with ethidium bromide and photograph. Appropriate bands are excised from the gel, and the radioactivity is determined by scintillation fluorography.

### Quantitation

The amount of radioactivity recovered from the excised gel bands is plotted against the template concentrations. The fact that the amplification rates of internal standards and specific mRNA are identical within the exponential phase of the PCR allows one to construct a standard curve that can be used to quantitate the actual amount of a specific mRNA species. As shown in Fig. 2, 20 ng of PMA-induced



**Figure 2**   Quantitation of IL-2 mRNA in Jurkat cells by co-amplification with internal standard AW106 cRNA. The variable template concentrations of the internal standard AW106 cRNA and Jurkat RNA were plotted against the radioactivity of their PCR product. The PCR analysis was performed with IL-2 primers. (■) PCR product of AW106 cRNA. (▲) PCR product of Jurkat RNA.

Jurkat RNA yielded 30,000 cpm of interleukin-2 (IL-2)-specific PCR product, point A, which translated to point B on the standard curve as $1.5 \times 10^5$ molecules of AW106 cRNA. In other words, 20 ng of induced Jurkat total RNA contained $1.5 \times 10^5$ molecules of IL-2 mRNA.

---

# Discussion

Larzul *et al.* (1988) demonstrated that the amount of amplified DNA fragment in a given sample has an influence on amplification efficiency. When a high template concentration is used, the primer concentration, *Taq* polymerase availability, amplified product snapback, etc., can be limiting factors for efficient amplification. To reliably quantitate the specific mRNA using an internal standard, the range of concentrations of both templates and the number of amplification cycles are chosen such that they stay within the exponential phase of the PCR. Therefore, it is necessary to first titrate the specific mRNA to find the range of concentrations that gives exponential amplification over a defined range of cycle numbers.

When a quantitative evaluation is required, the conditions have to be very strictly controlled in this extremely sensitive PCR technique. A negative control tube is necessary to monitor false positives and to give the amount of background counts.

Because of its high sensitivity, speed, and accuracy, the RNA/PCR quantitation method can be used to detect gene expression in a more extensive way. It can accurately quantitate the amount of specific mRNA. In many cases the detection of the differences in levels of expression of specific RNA molecules can provide useful information for the diagnosis of infectious disease or cancer.

## Literature Cited

Chelly, J., J.-C. Kaplan, P. Maire, S. Gautron, and A. Kahn. 1988. Transcription of the dystrophin gene in human muscle and non-muscle tissues. *Nature (London)* **333**:858–860.

Davidson, N. O., L. M. Powell, S. C. Wallis, and J. Scott. 1988. Thyroid hormone modulates the introduction of a stop codon in rat liver apolipoprotein-B messenger RNA. *J. Biol. Chem.* **263**:13482–13485.

Dobrovic, A., K. J. Trainor, and A. A. Morley. 1988. Detection of the molecular abnormality in chronic myeloid leukemia by use of the polymerase chain reaction. *Blood* **72**:2063–2065.

Harbarth, P., and H.-P. Vosberg. 1988. Enzymatic amplification of myosin heavy-chain mRNA sequences *in vitro*. *DNA* **7**:297–306.

Hermans, A., L. Selleri, J. Gow, and G. C. Grosveld. 1988. Absence of alternative splicing in *bcr-abl* mRNA in chronic myeloid leukemia cell lines. *Blood* **72**:2066–2069.

Kashani-Sabet, M., J. J. Rossi, Y. Lu, J. x. Ma, J. Chen, H. Miyachi, and K. J. Scanlon. 1988. Detection of drug resistance in human tumors by *in vitro* enzymatic amplification. *Cancer Res.* **48**:5775–5778.

Kawasaki, E. S., S. S. Clark, M. Y. Coyne, S. D. Smith, R. Champlin, O. N. Witte, and F. P. McCormick. 1988. Diagnosis of chronic myeloid and acute lymphocytic leukemias by detection of leukemia-specific mRNA sequences amplified *in vitro*. *Proc. Natl. Acad. Sci. USA* **85**:5698–5702.

Larzul, D., F. Guigue, J. J. Sninsky, D. H. Mack, C. Brechot, and J.-L. Guesdon. 1988. Detection of hepatitis B virus sequences in serum by using *in vitro* enzymatic amplification. *J. Virol. Meth.* **20**:227–237.

Lee, M.-S., K.-S. Chang, E. J. Freireich, H. M. Kantarjian, M. Talpaz, J. M. Trujillo, and S. A. Stass. 1988. Detection of minimal residual *bcr/abl* transcripts by a modified polymerase chain reaction. *Blood* **72**:893–897.

Price, C. M., F. Rassool, M. K. K. Shivji, J. Gow, C. J. Tew, C. Haworth, J. M. Goldman, and L. M. Wiedemann. 1988. Rearrangement of the breakpoint cluster region and expression of P210 *BCR-ABL* in a "masked" Philadelphia chromosome-positive acute myeloid leukemia. *Blood* **72**:1829–1832.

Rappolee, D. A., D. Mark, M. J. Banda, and Z. Werb. 1988. Wound macrophages express TGF-$\alpha$ and other growth factors *in vivo*: analysis by mRNA phenotyping. *Science* **241**:708–712.

# PCR

## PROTOCOLS

### A GUIDE TO METHODS AND APPLICATIONS

Edited by

**Michael A. Innis,**
**David H. Gelfand, John J. Sninsky**
*Cetus Corporation, Emeryville, California*

**Thomas J. White**
*Hoffmann-La Roche, Inc., Emeryville, California*



**ACADEMIC PRESS, INC.**
*Harcourt Brace Jovanovich, Publishers*

San Diego   New York   Berkeley   Boston   London   Sydney   Tokyo   Toronto

3703393

BIO8

This book is printed on acid-free paper. ∞

Copyright © 1990 by Academic Press, Inc.
All Rights Reserved.
No part of this publication may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopy, recording, or
any information storage and retrieval system, without permission in writing
from the publisher.

Academic Press, Inc., San Diego, California 92101

United Kingdom Edition published by
Academic Press Limited, 24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

PCR protocols.
    Includes index.
    1. Polymerase chain reaction.  2. Gene amplification.
I. Innis, Michael A.   [DNLM: 1. DNA Polymerases.
2. Gene Amplification--methods.  3. Genetic Engineering
--methods.  4. RNA Polymerases.   QH 442 P3479]
QP606.D46P36   1989   574.87'328   89-6938
ISBN   0-12-372180-6   (alk. paper)
ISBN   0-12-372181-4   (pbk. : alk. paper)

Printed in the United States of America
89   90   91   92     9   8   7   6   5   4   3   2   1

# CONTENTS

Contributors    xi
Preface    xvii

**Part One** —————————————————————————
## BASIC METHODOLOGY

1. Optimization of PCRs    3
   *Michael A. Innis and David H. Gelfand*

2. Amplification of Genomic DNA    13
   *Randall K. Saiki*

3. Amplification of RNA    21
   *Ernest S. Kawasaki*

4. RACE: Rapid Amplification of cDNA Ends    28
   *Michael A. Frohman*

5. Degenerate Primers for DNA Amplification    39
   *Teresa Compton*

6. cDNA Cloning Using Degenerate Primers    46
   *Cheng Chi Lee and C. Thomas Caskey*

7. PCR with 7-Deaza-2'-Deoxyguanosine
   Triphosphate    54
   *Michael A. Innis*

8. Competitive PCR for Quantitation of mRNA    60
   *Gary Gilliland, Steven Perrin, and H. Franklin Bunn*

9.  Quantitative PCR    70
    *Alice M. Wang and David F. Mark*

10. Production of Single-Stranded DNA by Asymmetric
    PCR    76
    *Peter C. McCabe*

11. Cloning with PCR    84
    *Stephen J. Scharf*

12. Oligonucleotide Ligation Assay    92
    *Ulf Landegren, Robert Kaiser, and Leroy Hood*

13. Nonisotopically Labeled Probes and Primers    99
    *Corey Levenson and Chu-an Chang*

14. Incorporation of Biotinylated dUTP    113
    *Y.-M. Dennis Lo, Wajahat Z. Mehal, and Kenneth A. Fleming*

15. Nonisotopic Detection of PCR Products    119
    *Rhea Helmuth*

16. Thermostable DNA Polymerases    129
    *David H. Gelfand and Thomas J. White*

17. Procedures to Minimize PCR-Product Carry-Over    142
    *Shirley Kwok*

18. Sample Preparation from Blood, Cells, and Other
    Fluids    146
    *Ernest S. Kawasaki*

19. Sample Preparation from Paraffin-Embedded
    Tissues    153
    *Deann K. Wright and M. Michele Manos*

20. Amplifying Ancient DNA    159
    *Svante Pääbo*

Part Two ——————————————————————————
RESEARCH APPLICATIONS

21. *In Vitro* Transcription of PCR Templates    169
    *Michael J. Holland and Michael A. Innis*

22. Recombinant PCR    177
    *Russell Higuchi*

23. DNase l Footprinting    184
    *Barbara Krummel*

24. Sequencing with *Taq* DNA Polymerase    189
    *Mary Ann D. Brow*

25. Direct Sequencing with the Aid of Phage
    Promoters    197
    *Steve S. Sommer, Gobinda Sarkar, Dwight D. Koeberl,
    Cynthia D. K. Bottema, Jean-Marie Buerstedde,
    David B. Schowalter, and Joslyn D. Cassady*

26. Identifying DNA Polymorphisms by Denaturing
    Gradient Gel Electrophoresis    206
    *Val C. Sheffield, David R. Cox, and Richard M. Myers*

27. Amplification of Flanking Sequences by Inverse
    PCR    219
    *Howard Ochman, Meetha M. Medhora, Dan Garza, and
    Daniel L. Hartl*

28. Detection of Homologous Recombinants    228
    *Michael A. Frohman and Gail R. Martin*

29. RNA Processing: Apo-B    237
    *Lyn M. Powell*

30. A Transcription-Based Amplification System    245
    *T. R. Gingeras, G. R. Davis, K. M. Whitfield, H. L. Chappelle,
    L. J. DiMichele, and D. Y. Kwoh*

viii     Contents

31. Screening of λgt11 Libraries     253
*Kenneth D. Friedman, Nancy L. Rosen, Peter J. Newman, and*
*Robert R. Montgomery*

**Part Three** _____

## GENETICS AND EVOLUTION

32. HLA DNA Typing     261
*Henry A. Erlich and Teodorica L. Bugawan*

33. Multiplex PCR for the Diagnosis of Duchenne Muscular
Dystrophy     272
*Jeffrey S. Chamberlain, Richard A. Gibbs, Joel E. Ranier, and*
*C. Thomas Caskey*

34. Isolation of DNA from Fungal Mycelia and Single
Spores     282
*Steven B. Lee and John W. Taylor*

35. Genetic Prediction of Hemophilia A     288
*Scott C. Kogan and Jane Gitschier*

36. Haplotype Analysis from Single Sperm or Diploid
Cells     300
*Ulf Gyllensten*

37. Amplification of Ribosomal RNA Genes for Molecular
Evolution Studies     307
*Mitchell L. Sogin*

38. Amplification and Direct Sequencing of Fungal
Ribosomal RNA Genes for Phylogenetics     315
*T. J. White, T. Bruns, S. Lee, and J. Taylor*

**Part Four** _____

## DIAGNOSTICS AND FORENSICS

39. Detection of Human T-Cell Lymphoma/Leukemia
Viruses     325
*Garth D. Ehrlich, Steven Greenberg, and Mark A. Abbott*

# Contents

40. Detection of Human Immunodeficiency Virus    337
    *David E. Kellogg and Shirley Kwok*

41. Detection of Hepatitis B Virus    348
    *I. Baginski, A. Ferrie, R. Watson, and D. Mack*

42. Detection and Typing of Genital Human
    Papillomaviruses    356
    *Yi Ting and M. Michele Manos*

43. Detection of Human Cytomegalovirus    368
    *Darryl Shibata*

44. PCR Amplification of Enteroviruses    372
    *Harley A. Rotbart*

45. Novel Viruses    378
    *David Mack, Oh-Sik Kwon, and Fred Faloona*

46. Analysis of *ras* Gene Point Mutations by PCR and
    Oligonucleotide Hybridization    386
    *John Lyons*

47. B-Cell Lymphoma: t(14;18) Chromosome
    Rearrangement    392
    *Marco Crescenzi*

48. Detecting Bacterial Pathogens in Environmental Water
    Samples by Using PCR and Gene Probes    399
    *Ronald M. Atlas and Asim K. Bej*

49. PCR in the Diagnosis of Retinoblastoma    407
    *Sang-Ho Park*

50. Determination of Familial Relationships    416
    *Cristián Orrego and Mary Claire King*

x    Contents

## Part Five
## INSTRUMENTATION AND SUPPLIES

51. PCR in a Teacup: A Simple and Inexpensive Method for Thermocycling PCRs    429
*Robert Watson*

52. A Low-Cost Air-Driven Cycling Oven    435
*Peter Denton and H. Reisner*

53. Modification of a Histokinette for Use as an Automated PCR Machine    442
*N. C. P. Cross, N. S. Foulkes, D. Chappel, J. McDonnell, and L. Luzzatto*

54. Organizing a Laboratory for PCR Work    447
*Cristián Orrego*

55. Basic Equipment and Supplies    455
*Roberta Madej and Stephen Scharf*

Index    461