Oct-08-96 02:16P

P.02

# VOLUME 2 ABSTRACTS

*FINAL PROGRAM
AND ABSTRACTS*

*FRIDAY
22 JUNE 1990*

*SIXTH
INTERNATIONAL
CONFERENCE
ON AIDS*

*SAN FRANCISCO
CALIFORNIA, USA*



OCT 08 '96 15:30

PAGE. 002

STAN 001440

Oct-08-96 02:17P                                                                P.03

091

# TRACK A: BASIC SCIENCE
## POSTER SESSION

FA336–FA339

FRIDAY 22 JUN

**F.A.336**

**AZT-RESISTANT HIV DETECTION BY RNA-RNA HYBRIDIZATION.** Jabor, Ambroz; Egenvaach, H.; Chalis, P.; Chumpacer, G.; Both Israel Hospital, Harvard Medical School, Boston, MA, USA

**Objective:** To develop a sensitive and specific in-vitro assay which reliably detects HIV strains resistant to AZT.

**Methods:** PHA-stimulated PBMCs and MT-2 cells were acutely infected with viral supernatants from: 1) wild-type laboratory HIV strain, H9/HTLV-IIIb, 2) HIV co-culture with PBMCs from an HIV-infected individual (EP#13049) who had been taking AZT for greater than one year and had clinical deterioration. After a two-hour absorption, cells were washed twice and grown in culture for three days (AZT) or seven days (PBMCs) in the presence of increasing concentrations of AZT or ddI. At harvesting, HIV RNA was isolated and subjected to quantitative RNA-RNA hybridization. Results were quantified and standardized. RNA was placed on a nitrocellulose membrane and subjected to autoradiography at -70°C for twenty-four hours. Autoradiographs were quantified (Gillespie et al., Molecular and Cellular Probes 1989: 3:73-86).

**Results:**

|          | H9/HTLV-IIIb | PBMC | MT-2 |
|----------|--------------|------|------|
|          | (ID50 (uM) AZT) |    |      |
| EP#13049 | 0.01         | 0    | 1.2  | 20.0 |
|          | 0.05         | 0.10 |      |      |

**Conclusions:** 1) Compared to wild type H9/HIV IIIb, patient HIV strain EP#13049 appears to be thirty-fold resistant to AZT and cross resistant by five-fold to ddI. 2) RNA-RNA hybridization correlates with data reported by Larder et al. (Science 1989: 243:1731). 3) MT-2 cell line has the advantages of eliminating the need for PBMCs and requiring a shorter incubation to produce quantifiable HIV RNA.

**F.A.337**

**QUANTITATION OF HIV-1 RNA IN THE SERUM OF ARC AND AIDS PATIENTS USING THE POLYMERASE CHAIN REACTION(PCR)** Groves, E.; Morgan, T.C.; D.A.; Serpaglia, R.; Wang, A.; Casper, C.; Schwetz, DR.; Korwal, M.; Barone, D.; *Gus Corp, *Cetus Corporation, Emeryville, CA 94608

**Objective:** The amount of infectious HIV-1 present to assay may be a potential marker in HIV related disease. To detect HIV-1 RNA, a quantitative polymerase chain reaction method, were researched with HIV-1 primers and amplified by the polymerase chain reaction with ddI. Quantitation of HIV-1 RNA in serum by PCR may be a useful marker for disease progression or monitoring antiviral therapy.

**F.A.338**

**SENSITIVE DETECTION OF HIV DNA IN T4 LYMPHOCYTES OF INFECTED INDIVIDUALS BY POLYMERASE CHAIN REACTION** Hale, Susan; Spector, S.A. University of California, San Diego, California, USA

**Objective:** To determine the percentage of T4 lymphocytes containing HIV DNA in infected individuals.

**Methods:** Peripheral blood lymphocytes (PBL) isolated by Ficoll-Hypaque gradient centrifugation were sorted into T4 cells by fluorescence-activated cell sorting (FACS) with Mab anti-Leu-3A. Cryopreserved cell lysates of $10^1$, $10^2$ and $10^4$ T4 cells and in 10 infected cell lines (ACH2, 8E5) were subjected to standard and booster polymerase chain reaction (PCR) with SK38 and SK39 primers. The specific HIV sequences amplified were analyzed by polyacrylamide gel electrophoresis after hybridization with $^{32}P$-endlabeled SK19 probe. 2) The detection of HIV DNA in 10 T4 cells was amplified in the presence of 0.5uM primers preceding the standard PCR. Sensitivity was increased 10-100 fold by booster PCR (15 cycles with 10nM primers) preceding the standard PCR. With the booster PCR, HIV DNA could be detected in as few as 10 (8E5) cell and in 10 T4 lymphocytes at different stages of disease progression.

**Results:** 1) The amount of proviral DNA contained in certain T4 cell populations may be quantitated by standard PCR with control cell lines containing 1 copy of viral genome per cell (such as 8E5 and ACH2). 2) The detection of HIV DNA in T4 cells was enhanced by booster PCR with 0.5uM primers. 3) Circulating T4 cells were infected with HIV in some infected individuals at all stages of HIV-related disease. 3) These data

**F.A.339**

**COMPARISON OF MARKERS FOR EARLY DETECTION OF HIV-1 REPLICATION IN T-CELL CULTURES.** Epstein, J.; Food and Drug Administration, Bethesda, MD, USA.

**Objective:** To compare the relative sensitivity and range of signal strength of HIV-1 markers used to detect early viral replication in T-cell cultures.

**Methods:** H9 cells were exposed to cell-free HTLV-IIIb (8x10^4 cell) for 1h, washed, and cultured for 14d. At various times after infection, samples were tested for infectivity and TNT expression in a 3 day culture assay. Supernatants and cell lysates were tested for p24 antigen expression by capture lysate were analyzed by PCR for HIV-1 gag and env sequences. Supernatants and cell lysates were analyzed by PCR for HIV-1 gag and env sequences.

**Results:** Data showed that from 3h, HIV-1 infection of TCID/ml could only be detected by PCR. By 5 day, cells and culture fluids were cryopreserved at various times after infection. Samples were tested for infectivity and TNT expression in a 3 day culture assay by PCR. HIV-1 gag expression in supernatant by capture assay. Supernatants and reverse transcriptase (RT) activity by a rapid microassay.

**Conclusions:** Among the markers studied, HIV replication was signaled comparably by DNA PCR, antigen expression, RT.

STAN 001441