STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/26/1984 | G. Davis | M. Ostrach (Cetus In-House), E. Bradley, J. Davis, J.S. Price | AC, WP | Memorandum and hand-written notes reflecting attorney-client communication and attorney work product regarding proposed agreement from Stanford University | RMS 0063945 | RMS 0064033 | 81 |
| 2 | 12/15/1988 | J. Saxe (Roche In-House) | T. MacMahon, L. Gage, G. Gould (Roche In-House), Leland, T. MacMahon, D. McQuilkin, J. Schlager (Roche In-House), S. Sudovar, H. Widmer | AC, WP | Letter reflecting attorney-client communication and attorney work product regarding PCR rights. | | | |
| 3 | 12/20/1988 | J. Schlager (Roche In-House) | T. MacMahon, D. McQuilkin | AC, WP | Attorney-client communication and attorney work product regarding Cetus patents. | | | |
| 4 | 2/2/1989 | K. Kaster (Cetus In-House), P. Staple (Cetus In-House) | L. Aldwin, G. Andritsakis, A. Begovich, D. Birch, W. Bloch, E. Bradley, D. Bugawan, C. Casipit, C. Chang, T. Compton, M. Coyne, S. DeWitt, D. Dodge, J. Eichico, H. Erlich, P. Faloona, A. Ferrie, N. Fildes, C. Gates, D. Gelfand, J. Gilbert, B. Goodson, C. Greer, R. Griffith, M. Hanamoto, R. Helmuth, R. Higuchi, C. Hurt, M. Innis, R. Ivatt, N. Jung, E. Kawasaki, D. Kellogg, B. Khosrovi, S. Kwok, W. Laird, A. Lawrence, F. Lawyer, P. Lee, C. Levenson, P. Louie, M. Madej, R. Madsen, M Hanos, F. McCormick, N. McKinney, L. Mezel, D. Ring, C. Rodgers, J. Rurka, R. Saiki, S. Scharf, P. Sheridan, Y. Shih, S. Stoffel, Y-E. Ting, R. Triglia, C. Uy, P. Walsh, R. Watson, D. Wright, J. Wrin, C. Yee, D. Zehnder, S. Chang, E. Daniell, H. Fischer, W. Gerber, J. Meade, J.S. Price, J. Raymond, H. Renton, T. White | AC, WP | Memo regarding Termination of the Kodak Agreement - Collection of Kodak's Confidential Information | RMS 0004352 | RMS 0004354 | |
| 5 | 2/2/1989 | K. Kaster (Cetus In-House), P. Staple (Cetus In-House) +C66 | L. Aldwin, G. Andritsakis, A. Begovich, D. Birch, W. Bloch, E. Bradley, D. Bugawan, C. Casipit, C. Chang, T. Compton, M. Coyne, S. DeWitt, D. Dodge, J. Eichico, H. Erlich, P. Faloona, A. Ferrie, N. Fildes, C. Gates, D. Gelfand, J. Gilbert, B. Goodson, C. Greer, R. Griffith, M. Hanamoto, R. Helmuth, R. Higuchi, C. Hurt, M. Innis, R. Ivatt, N. Jung, E. Kawasaki, D. Kellogg, B. Khosrovi, S. Kwok, W. Laird, A. Lawrence, F. Lawyer, P. Lee, C. Levenson, P. Louie, M. Madej, R. Madsen, M Hanos, F. McCormick, N. McKinney, L. Mezel, D. Ring, C. Rodgers, J. Rurka, R. Saiki, S. Scharf, P. Sheridan, Y. Shih, S. Stoffel, Y-E. Ting, R. Triglia, C. Uy, P. Walsh, R. Watson, D. Wright, J. Wrin, C. Yee, D. Zehnder, S. Chang, E. Daniell, H. Fischer, W. Gerber, J. Meade, J.S. Price, J. Raymond, H. Renton, T. White | AC, WP | Memo regarding Completion of Lab Notebooks and Invention Disclosures - Kodak Collaboration | RMS 0004350 | RMS 0004351 | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 6 | 2/23/1989 | J. Schlager (Roche In-House) | L. Gage, G. Gould (Roche In-House), M. Longiaru, J. McGuirl, D. McQuilkin, J. Saxe (Roche In-House) | AC, WP | Attorney-client communication and attorney work product regarding Kodak-Cetus contract | | | |
| 7 | 2/27/1989 | J. Schlager (Roche In-House) | J. Saxe (Roche In-House), G. Gould (Roche In-House), M. Longiaru, T. MacMahon, D. McQuilkin | AC, WP | Attorney letter incorporating attorney-client communication and attorney work product regarding Cetus-Roche agreement concerning PCR. | | | |
| 8 | 2/9/1990 | K. Kaster (Cetus In-House), S. Sias (Cetus Patent Agent) | W. Bloch, A. Halluin (Cetus In-House), K. Johnson (Cetus In-House), R. Mauser, S. Neidleman, R. Saiki, S. Williams, M. Zoccoli, E. Daniell, W. Gerber, J. Meade, J. Raymond, J. Sninsky | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding Patent Committee Meeting | | | |
| 9 | 3/6/1990 | K. Kaster (Cetus In-House), S. Sias (Cetus Patent Agent) | W. Bloch, A. Halluin (Cetus In-House), K. Johnson (Cetus In-House), R. Mauser, S. Neidleman, R. Saiki, S. Williams, M. Zoccoli, E. Daniell, W. Gerber, J. Meade, J. Raymond, J. Sninsky | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding Patent Committee Meeting | | | |
| 10 | 3/29/1990 | K. Kaster (Cetus In-House), S. Sias | W. Bloch, A. Halluin (Cetus In-House), K. Johnson (Cetus In-House), R. Mauser, S. Neidleman, R. Saiki, S. Williams, M. Zoccoli, E. Daniell, W. Gerber, J. Meade, J. Raymond, J. Sninsky | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding Patent Committee Meeting | | | |
| 11 | 4/13/1990 | K. Kaster (Cetus In-House), S. Sias (Cetus Patent Agent) | W. Bloch, A. Halluin (Cetus In-House), K. Johnson (Cetus In-House), R. Mauser, S. Neidleman, R. Saiki, S. Williams, M. Zoccoli, E. Daniell, W. Gerber, J. Meade, J. Raymond, J. Sninsky | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding Patent Committee Meeting | | | |
| 12 | 4/25/1990 | T. MacMahon | I. Lerner | AC, WP | Internal memorandum regarding Roche analysis of Cetus legal position re: deal preparation | RMS 0063501 | RMS 0063505 | 2 |
| 13 | 4/25/1990 | T. MacMahon | I. Lerner | AC, WP | Internal memorandum regarding Roche analysis of Cetus legal position re: deal preparation. | RMS 0063529 | RMS 0063533 | 2 |
| 14 | 7/24/1990 | D. Southern | S. Cowell, E. Umbrasas | AC, WP | Internal communication incorporating Arnold & Porter memorandum reflecting attorney-client communications and attorney work product regarding Kodak litigation. | | | |
| 15 | 8/7/1990 | T. MacMahon | J. Belingard | AC, WP | Internal memorandum reflecting attorney advice and attorney work product of Roche lawyers | RMS 0061774 | RMS 0061782 | 8 |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 16 | 8/21/1990 | J. McGuirl | T. MacMahon, H. Boardman (Roche In-House), E. Czerepak, G. Gould (Roche In-House), F. Kentz (Roche In-House), D. McQuilkin | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding buyout of Cetus PCR. | | | |
| 17 | 8/22/1990 | J. McGuirl | T. MacMahon, H. Boardman (In-House), E. Czerepak, G. Gould (Roche In-House), D. McQuilkin | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding buyout of Cetus PCR. | | | |
| 18 | 8/27/1990 | F. Kentz (Roche In-House) | File | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding Cetus reagent patent. | | | |
| 19 | 8/29/1990 | D. Tramaloni (Roche In-House) | D. McQuilkin, GWJ, T. MacMahon, PSR, JSS | AC, WP | Internal communication reflecting attorney-client communication and attorney work product regarding licensing negotiations. | | | |
| 20 | 11/6/1990 | T. MacMahon | J. Belngard | AC, WP | Internal communication incorporating legal advice and attorney work product regarding acquisition offer. | | | |
| 21 | 11/9/1990 | F. Kentz (Roche In-House) | File | AC, WP | Attorney memorandum regarding legal advice given by Skadden Arps regarding Roche's acquisition of PCR rights. | | | |
| 22 | 11/15/1990 | W. Gerber | R. Quisenberry, R. Kentz (Roche In-House), P. McQuilkin, G. Gould (Roche In-House) | AC, WP | Attorney notes reflecting attorney-client communications and attorney work product regarding DuPont settlement. | | | |
| 23 | 11/27/1990 | D. Berghorst | T. MacMahon | AC, WP | Telefax incorporating attorney memorandum reflecting attorney-client communication and attorney work product regarding Cetus acquisition. | | | |
| 24 | 12/6/1990 | D. Berghorst, A. Ziegler (Skadden Arps) | T. MacMahon, D. Berghorst | AC, WP | Attorney memorandum reflecting attorney-client communication and attorney work product regarding Cetus acquisition. | | | |
| 25 | 12/7/1990 | F. Kentz (Roche In-House), K. Cronin (Skadden Arps), A. Ziegler (Skadden Arps) | T. MacMahon | AC, WP | Attorney-client communication and attorney work product regarding Cetus acquisition. | RMS 0062939 | RMS 0062942 | 4 |
| 26 | 12/7/1990 | A. Ziegler (Skadden Arps), G. Cullen (Skadden Arps) | F. Kentz (Roche In-House) | AC, WP | Attorney memorandum regarding Delaware General Corporation Law. | | | |
| 27 | 12/7/1990 | | F. Kentz (Roche In-House), T. Berghorst | AC, WP | Attorney-client communication and attorney work product regarding Cetus acquisition. | | | |
| 28 | 12/14/1990 | F. Kentz (Roche In-House) | File | AC, WP | Attorney memorandum reflecting attorney-client communication and attorney work product regarding Cetus acquisition. | | | |
| 29 | 12/4/1990 | Roche Employee | File | AC, WP | Handwritten notes reflecting attorney-client communication and attorney work product regarding corporate tax structure of proposed deal with Cetus. | RMS 0062946 | RMS 0062955 | 4 |
| 30 | 1/8/1991 | F. Kentz (Roche In-House) | T. MacMahon | AC, WP | Attorney-client communication and attorney work product regarding PECI purchase. | | | |
| 31 | 1/28/1991 | T. MacMahon | J. Belngard, T. Berghorst, I. Lerner, R. Kentz (Roche In-House) | AC, WP | Attorney-client communication and attorney work product regarding Cetus acquisition. | | | |
| 32 | 3/5/1991 | P. Rocha (Roche In-House) | H. Boardman (Roche In-House), G. Gould (Roche In-House), F. Kentz (Roche In-House), T. MacMahon, D. McQuilkin, J. Schlager (Roche In-House), T. White | AC, WP | Attorney-client communication and attorney work product regarding Cetus PCR patent portfolio. | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 33 | 3/6/1991 | P. Rocha (Roche In-House) | H. Boardman (Roche In-House), G. Gould (Roche In-House), F. Kentz (Roche In-House), T. MacMahon, D. McQuikin, T. White | AC, WP | Attorney-client communication and attorney work product regarding Cetus PCR patent portfolio. | | | |
| 34 | 3/18/1991 | F. Kentz (Roche In-House) | File | AC, WP | Attorney memorandum reflecting attorney-client communications and attorney work product regarding the acquisition of PCR Assets from Cetus. | | | |
| 35 | 3/18/1991 | T. MacMahon | J. Belingard | AC, WP | Internal communication regarding attorney advice and attorney work product regarding the acquisition of PCR Assets from Cetus. | | | |
| 36 | 3/20/1991 | R. Kentz (Roche In-House) | H. Boardman (Roche In-House) | AC, WP | Attorney-client communication and attorney work product regarding potential Kodak legal dispute. | | | |
| 37 | 3/26/1991 | F. Kentz (Roche In-House) | T. Berghorst, T. Costello, F. D'Angelo (Roche In-House), T. MacMahon, D. McQuikin, L. Seyffarth, T. White | AC, WP | Attorney-client communication and attorney work product regarding Cetus/Perkin-Elmer documents. | | | |
| 38 | 4/8/1991 | F. Kentz (Roche In-House) | H. Boardman (Roche In-House), T. MacMahon, L. Seyffarth, F. D'Angelo (Roche In-House), G. Gould (Roche In-House), D. McQuikin, P. Rocha (Roche In-House), T. White | AC, WP | Attorney-client communication and attorney work product regarding Asset Purchase Agreement between Roche and Cetus. | RMS 0062603 | RMS 0062652 | 1 |
| 39 | 5/23/1991 | Law Department | File | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding agreement with Cetus. | | | |
| 40 | 5/28/1991 | F. Kentz (Roche In-House) | T. MacMahon, D. McQuikin, F. D'Angelo (Roche In-House), F. Rocha, G. Gould (Roche In-House), L. Seyffarth | AC, WP | Attorney memorandum reflecting attorney-client communications and attorney work product regarding Cetus agreements. | | | |
| 41 | 5/30/1991 | F. Kentz (Roche In-House) | H. Boardman (Roche In-House), T. MacMahon, T. White, D. McQuikin, S. Seyffarth | AC, WP | Attorney memorandum reflecting attorney-client communication and attorney work product regarding Asset Purchase Agreement. | RMS 0062304 | RMS 0062599 | 1 |
| 42 | 6/5/1991 | R. Kentz (Roche In-House) | T. MacMahon | AC, WP | Attorney-client communication and attorney work product regarding technology transfer and license agreement. | | | |
| 43 | 6/21/1991 | J. Belingard, T. MacMahon | F. Gerber, A. Kessler, A. Leuenberger, H. Meier, I. Lerner | AC, WP | Memorandum incorporating advice of F. Kentz and handwritten notes regarding acquisition of PCR. | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 44 | 7/1/1991 | H. Boardman (Roche In-House) | I. Lerner, H. Conrad, J. Drews, R. Kuntzman, T. MacMahon, R. Murphy, M. Stadler, P. Zenner | AC, WP | Attorney memorandum incorporating memorandum reflecting attorney-client communication and attorney work product regarding acquisition of PCR from Cetus and Perkin-Elmer | | | |
| 45 | 7/10/1991 | T. MacMahon | I. Lerner | | Redacted pages from non-relevant document misattached to relevant memorandum. Internal memorandum reflecting attorney-client communication and attorney work product regarding acquisition. | RMS 0062663 | RMS 0062789 | 1-66, 78-82, 85 |
| 46 | 7/21/1991 | Jean-Luc Belingard, Thomas McMahon | Fritz Gerber, I. Lerner, Armin Kessler, Andres Leuenberger, Henri B. Meier, C. Glynn, S. Dewhirst (Licensing), R. Kentz (Roche In-House), L. Seyffarth, M. Stadler | AC, WP | Internal document reflecting attorney-client communications and attorney work product regarding Kodak arbitration. | | | |
| 47 | 7/24/1991 | T. MacMahon | H. Boardman (Roche In-House), H. Conrad, J. Drews, R. Kuntzman, R. Murphy, M. Stadler, P. Zenner | AC, WP | Document reflecting attorney client communication and attorney work product regarding the acquisition of PCR technology from Cetus. | RMS 0071048 | RMS 0071060 | 6-7 |
| 48 | 10/14/1991 | S. Sands (Heller Ehrman) | F. Kentz (Roche In-House) | AC, WP | Attorney-client communication and attorney work product regarding Kodak-Cetus litigation. | | | |
| 49 | 3/9/1994 | F. Kentz (Roche In-House), R. Linsay | A. Walde (Roche In-House) | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding settlement between Kodak and Roche. | | | |
| 50 | 3/16/1994 | F. Kentz (Roche In-House), R. Linsay | A. Walde (Roche In-House) | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding settlement between Kodak and Roche | | | |
| 51 | 12/15/1999 | D. Petry (Roche Patent Agent) | T. White, J. Snisky, S. Sias, K. Ordonez, V. Lee (Roche In-House), M. Griffith (Roche In-House) | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding U.S. Patent No's 5,968,730, 5,856,086, 5,631,128 and 5,650,268. | | | |
| 52 | 12/15/1999 | D. Petry (Roche Patent Agent) | T. White, J. Snisky, S. Sias, K. Ordonez, V. Lee (Roche In-House), M. Griffith (Roche In-House) | AC, WP | Memorandum reflecting attorney-client communication and attorney work product regarding U.S. Patent No's 5,968,730, 5,856,086, 5,631,128 and 5,650,268. | | | |
| 53 | 1/12/2000 | D. Petry (Roche Patent Agent) | File | AC, WP | Memorandum reflecting legal advice and attorney work product concerning U.S. Patent No 5,968,730. | | | |
| 54 | 4/6/2000 | C. Montendon | S. Sias (Roche Patent Agent) | AC, WP | Internal communication reflecting attorney-client communication and attorney work product regarding Stanford licensing offer | | | |
| 55 | Unknown | Licensing Department | File | WP | Handwritten notes reflecting attorney work product regarding U.S. Patent No 5,968,730. | | | |
| 56 | Pre-July 1991 | Roche Employee | File | AC, WP | Notes reflecting attorney-client communication and attorney work product regarding Roche's acquisition of PCR technology from Cetus and Perkin-Elmer | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 57 | Pre-July 1991 | Unknown | File | AC, WP | Internal memorandum reflecting attorney-client communication and attorney work product regarding Cetus acquisition and deal preparation | RMS 0061745 | RMS 0061763 | 6 |
| 58 | Pre-July 1991 | Unknown | File | AC, WP | Handwritten notes reflecting attorney-client communication and attorney work product regarding possible Kodak litigation regarding deal preparation | RMS 0061764 | RMS 0061765 | 1 |
| 59 | Pre-Dec. 1991 | Unknown | File | AC, WP | Internal memorandum reflecting attorney-client communication and attorney work product regarding Cetus PCR patents and deal preparation | RMS 0061766 | RMS 0061773 | 1, 7 |
| 60 | 1995-2001 | Roche Licensing | File | AC, WP | Internal log reflecting attorney mental impressions of communications regarding licensing of Roche PCR patents, and attorney-client communication regarding PCR research. | RMS 0063684 | RMS 0063746 | 2-4, 52-54 |
| 61 | 8/10/1991 | P. Alexander (Heller, Ehrman) | R. Kentz (Roche In-House), P. Staple (Cetus In-House), M. Moradzadeh, R. Winter, E. Rosenthal | AC, WP | Letter reflecting common interest attorney-client communication and attorney work product regarding Kodak's Demand for Arbitration | | | |
| 62 | 11/5/1991 | P. Alexander (Heller, Ehrman) | F. Kentz (Roche In-House) | AC, WP | Facsimile reflecting attorney-client communication and attorney work product regarding draft affidavit | | | |
| 63 | 11/8/1991 | Arnold & Porter | F. Kentz (Roche In-House) | AC, WP | Attorney-client communication regarding Kodak litigation. | | | |
| 64 | 10/17/1991 | Young Conaway | File | AC, WP | Attorney-client communication regarding Kodak litigation. | | | |
| 65 | 9/19/1991 | S. Sands (Heller Ehrman) | R. Kentz (Roche In-House) | AC, WP | Letter reflecting attorney-client communication and attorney work product regarding Complaint | | | |
| 66 | 10/29/1991 | B. Stargatt (Young Conaway) | F. Kentz (Roche In-House); P. Alexander (Heller, Ehrman) | AC, WP | Letter reflecting attorney-client communication and attorney work product regarding Kodak motion | | | |
| 67 | Undated | F. Kentz (Roche In-House) | H. Boardman (Roche In-House), T. MacMahon, G. Gould (Roche In-House), P. Rocha (Roche In-House) | AC, WP | Internal attorney-client communication and attorney work product regarding Court submissions. | | | |
| 68 | 4/19/1991 | P. Rocha (Roche In-House) | H. Boardman (Roche In-House), G. Gould (Roche In-House), F. Kentz (Roche In-House) | AC, WP | Internal memorandum reflecting attorney advice and attorney work product regarding Kodak arbitration. | | | |
| 69 | Undated | Law Department | File, G. Gould (Roche In-House) | AC, WP | Attorney-client communication and attorney work product regarding mediation | | | |
| 70 | Undated | Law Department | File | WP | Internal memorandum reflecting attorney work product regarding Kodak litigation | | | |
| 71 | 12/27/1991 | P. Alexander (Heller, Ehrman) | M. Ostrach (Cetus In-House) P. Staple (Cetus In-House) | AC, WP | Letter reflecting attorney-client communication and attorney work product regarding Kodak arbitration. | | | |
| 72 | 11/12/1991 | J. Christopher (Richards Layton) | W. Green (Chiron In-House), J. Stratton (Chiron In-house) | AC, WP | Letter reflecting common-interest attorney-client communication and attorney work product regarding Kodak litigation | | | |
| 73 | 10/2/1992 | A. Junosza-Jankowski | E. Herzog, B. Maier (F. HLR Corporate Law), C. Montadon, E. Notegen, H. Dreismann | AC, WP | Internal communication reflecting attorney advice and attorney work product regarding PCR patent infringers. | | | |
| 74 | 10/1/1992 | A. Junosza-Jankowski | E. Herzog, B. Maier (F. HLR Corporate Law), C. Montadon, E. Notegen, H. Dreismann | AC, WP | Internal communication reflecting attorney advice and attorney work product regarding PCR patent infringers. | | | |
| 75 | 4/13/1993 | Jochim Sedemund, Esq. (Deringer Tessin) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 76 | 1/7/1993 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Internal fax reflecting attorney-client communication and attorney work product regarding Promega litigation and Kodak agreement | | | |
| 77 | 1/5/1993 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 78 | 12/22/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 79 | 12/21/1992 | B. Maier (F. HLR Basel in-house) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 80 | 12/16/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Basel in-house) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 81 | 12/21/1992 | B. Maier (F. HLR Corporate Law) | Jochim Sedemund, Esq. (Deringer Tessin) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 82 | 12/21/1992 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 83 | 12/10/1992 | B. Maier (F. HLR Corporate Law) | Jochim Sedemund, Esq. (Deringer Tessin) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 84 | 12/10/1992 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 85 | 12/8/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 86 | 12/5/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. Hl R Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 87 | 12/3/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 88 | 12/2/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 89 | 10/23/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 90 | 8/7/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 91 | 7/15/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 92 | 7/2/1992 | F. Kentz (Roche in-house) | Jochim Sedemund, Esq. (Deringer Tessin) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 93 | 5/4/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 94 | 5/19/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 95 | 5/4/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 96 | 4/8/1992 | Jochim Sedemund, Esq. (Deringer Tessin) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 97 | 4/9/1992 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 98 | Undated | F. HLR Corporate law | File | AC, WP | Handwritten notes reflecting attorney advice and attorney work product regarding Perkin-Elmer and Cetus. | | | |
| 99 | 3/18/1992 | B. Maier (F. HLR Corporate Law) | C. Conti, H. Dreismann, E. Herzog, A. Junosza-Jankowski, C. Montandon, E. Notegen, A. Walde, H.R. Widmer (F. HLR Corporate Law), J. L. Belingard | | Internal memorandum regarding antitrust issues. | | | |
| 100 | 3/16/1992 | F. Kentz (Roche in-house) | B. Maier (F. HLR Corporate Law), Jochim Sedemund, Esq. (Deringer Tessin) | AC, WP | Attorney-client communication regarding Perkin-Elmer | | | |
| 101 | 2/28/1992 | F. Kentz (Roche in-house) | Jochim Sedemund, Esq. (Deringer Tessin) | AC, WP | Attorney-client communication regarding label license | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 102 | 2/26/1992 | F. Kentz (Roche in-house) | B. Maier (F. HLR Corporate Law), Jochim Sedemund, Esq. (Deringer Tessin) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 103 | 7/30/1991 | F. Kentz (Roche in-house) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus and Perkin-Elmer | | | |
| 104 | 7/19/1991 | F. Kentz (Roche in-house) | File | WP | Draft letter reflecting attorney work product regarding Kodak Arbitration. | | | |
| 105 | 1/8/1992 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding Cetus acquisition | | | |
| 106 | 8/5/1991 | H. R. Widmer (F. HLR Corporate Law) | J.L. Belingard, W. Henrich, A. Schmid, H. Wyss, M. Brauchli, B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 107 | 7/11/1991 | Susan Dewhirst | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 108 | 7/1/1991 | E. Herzog | H. R. Widmer (F. HLR Corporate Law), W. Henrich, E. Notegen | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 109 | 6/27/1991 | U. Jaisli (F. HLR Corporate Law) | J.L. Belingard, A. Schmid, M. Brauchli, H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding acquisition of PCR technology. | | | |
| 110 | 7/30/1991 | H. R. Widmer (F. HLR Corporate Law) | F. Kentz (Roche in-house), H.F. Boardman (Roche in-house), W. Henrich, Dr. Notegen | AC, WP | Attorney-client communication regarding due diligence. | | | |
| 111 | 7/30/1991 | H. R. Widmer (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney client communication regarding asset purchase agreement | | | |
| 112 | 7/29/1991 | Heidy Landenberger (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney client communication regarding asset purchase agreement | | | |
| 113 | 7/29/1991 | H. R. Widmer (F. HLR Corporate Law) | A. Golden (Davis Polk & Wardwell) | AC, WP | Attorney-client communication regarding Cetus-Chiron transaction | | | |
| 114 | 7/25/1991 | A. Golden (Davis Polk & Wardwell) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus-Chiron transaction. | | | |
| 115 | 7/22/1991 | H. R. Widmer (F. HLR Corporate Law) | H.F. Boardman (Roche in-house) | AC, WP | Attorney-client communication regarding Cetus deal. | | | |
| 116 | 7/19/1991 | H. R. Widmer (F. HLR Corporate Law) | File | AC, WP | Attorney notes incorporating attorney advice and work product regarding letter to Hollings Renton. | | | |
| 117 | 7/19/1991 | Rich Graf (Arnold & Porter) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 118 | 7/12/1991 | F. Kentz (Roche in-house) | Robert Winter (Arnold & Porter) | AC, WP | Attorney-client communication regarding press release. | | | |
| 119 | 7/12/1991 | P. Evangelista-Frakes | F. Kentz (Roche in-house), T. MacMahon, R. Winter (Arnold & Porter), H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding press release. | | | |
| 120 | 7/12/1991 | H. R. Widmer (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding asset purchase agreement | | | |
| 121 | 7/12/1991 | F. Amerin (F. HLR Corporate Law), U. Jaisli (F. HLR Corporate Law) | H.F. Boardman (Roche in-house) | AC, WP | Attorney-client communication regarding acquisition of PCR technology. | | | |
| 122 | 6/27/1991 | H.R. Widmer (F. HLR Corporate Law), U. Jaisli (F. HLR Corporate Law) | H.F. Boardman (Roche in-house) | AC, WP | Attorney-client communication regarding acquisition of PCR technology. | | | |
| 123 | 6/27/1991 | P. Evangelista-Frakes | T. MacMahon, C.R. Glynn, F. Kentz (Roche in-house), L Seyffarth | AC, WP | Attorney-client communication regarding press release. | | | |
| 124 | 6/27/1991 | H.R. Widmer (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney client communication regarding asset purchase agreement | | | |
| 125 | 5/4/1991 | H.F. Boardman (Roche in-house) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 126 | 8/16/1991 | F. Kentz (Roche in-house) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication incorporating attorney memorandum regarding Cetus transaction. | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| # | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|------|------|------------|--------------------|-------------|-------------|--------------|--------------------|
| 127 | 8/16/1991 | F. Kentz (Roche in-house) | J. L. Belingard, H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement | | | |
| 128 | 7/9/1991 | H.R. Widmer (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communications regarding acquisition agreement | | | |
| 129 | 7/10/1991 | H.R. Widmer (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communications regarding acquisition agreement. | | | |
| 130 | 6/21/1991 | J. Belingard, T. MacMahon | F. Gerber, A. Kessler, A. Leuenberger, H. Meier, I. Lerner, C. Glynn, S. Dewhirst, F. Kentz (Roche in-house), L. Seyffarth, M. Stadler | AC, WP | Memorandum incorporating advice of F. Kentz and handwritten notes regarding acquisition of PCR | | | |
| 131 | 8/21/1991 | R. Lindsay | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Kodak litigation | | | |
| 132 | 8/19/1991 | B. Stargatt (Young Conaway) | Paul Alexander (Heller Ehrman), P. Staple (Cetus in-house), F. Kentz (Roche in-house) | | Letter reflecting common interest attorney-client communication and attorney work product regarding Kodak litigation. | | | |
| 133 | 8/14/1991 | H. F. Boardman (Roche in-house) | H. R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Kodak litigation | | | |
| 134 | 4/19/1991 | H. F. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Kodak litigation. | | | |
| 135 | 11/20/1991 | F. Kentz (Roche in-house) | E. Herzog, B. Maier (F. HLR Corporate Law), H. Herrick, C. Montandon | AC, WP | Attorney-client communication regarding Cetus license. | | | |
| 136 | 8/30/1993 | B. Maier (F. HLR Corporate Law) | C. Montandon, A. Jankowski, A. Walde (F. HLR Corporate Law) | AC, WP | Attorney client communication regarding royalty | | | |
| 137 | 4/8/1992 | B. Maier (F. HLR Corporate Law) | G. Grenner, A. Walde (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus-Perkin-Elmer agreement. | | | |
| 138 | 1/13/1992 | P. Rocha (Roche in-house) | A. Ventocilla, G. Gould (Roche in-house) | AC, WP | Attorney-client communication regarding acquisition agreement. | | | |
| 139 | 1/2/1992 | A. Ventocilla | P. Rocha (Roche in-house) | AC, WP | Attorney-client communication regarding Cetus patents. | | | |
| 140 | 11/19/1991 | P. Rocha (Roche in-house) | G. Buntz, W. Epstein, G. Gould (Roche in-house), F. Kentz (Roche in-house), D. McQuitkin, E. Notegen | AC, WP | Attorney-client communication regarding Cetus patents | | | |
| 141 | 1/10/1992 | H. Czekay | A. Walde (F. HLR Corporate Law) | AC, WP | Attorney client communication regarding Cetus trademarks. | | | |
| 142 | 8/10/1991 | M. Brauchli | H. Maier, J. Belingard, H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus agreement | | | |
| 143 | 9/25/1991 | H.R. Widmer (F. HLR Corporate Law) | A. Kessler, J. Belingard | AC, WP | Attorney-client communication regarding Cetus deal | | | |
| 144 | 9/16/1991 | H.R. Widmer (F. HLR Corporate Law) | J. Belingard, B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding antitrust. | | | |
| 145 | 8/23/1993 | H. F. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding royalty income. | | | |
| 146 | 8/16/1993 | H.R. Widmer (F. HLR Corporate Law) | H. Boardman (Roche in-house) | AC, WP | Attorney-client communication regarding royalty income. | | | |
| 147 | 3/23/1993 | H.R. Widmer (F. HLR Corporate Law) | H. Boardman (Roche in-house), B. Maier (F. HLR Corporate Law), C. Montandon, A. Jawkowrki | AC, WP | Attorney-client communication regarding royalty income. | | | |
| 148 | 12/18/1992 | D. Chelel (Roche Paralegal) | B. Maier (F. HLR Corporate Law), F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding closing. | | | |
| 149 | 8/27/1992 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law), B. Krahenmann | AC, WP | Attorney-client communication regarding Offering circular. | | | |
| 150 | 8/13/1992 | D. Chelel (Roche Paralegal) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding acquisition. | | | |
| 151 | 8/6/1992 | F. Kentz (Roche in-house) | A. Walde (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding acquisition. | | | |
| 152 | 2/21/1992 | C. Montandon, A. Junosza-Jankowski | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding acquisition agreement | | | |
| 153 | 1/8/1992 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |

STANFORD v. RMS (C 05 04158 MHP)
Roche Privilege Log

| # | Date | From | Recipients | Privilege Asserted | Description | Bates Start | Bates Finish | Redacted Page Nos. |
|---|---|---|---|---|---|---|---|---|
| 154 | 12/16/1991 | F. Kentz (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 155 | 12/11/1991 | B. Maier (F. HLR Corporate Law) | F. Kentz (Roche in-house) | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 156 | 11/15/1991 | W. Epstein, G. Johnston, P. Rocha (Roche in-house) | G. Gould (Roche in-house), H. Boardman (Roche in-house), W. Henrich, T. MacMahon, E. Notegen, T. White | AC, WP | Attorney-client communication regarding Cetus visit. | | | |
| 157 | 2/20/1992 | A. Ventocilla | P. Rocha (Roche in-house) | AC, WP | Attorney-client communication regarding Cetus patents. | | | |
| 158 | 12/11/1991 | H.R. Widmer (F. HLR Corporate Law), B. Maier (F. HLR Corporate Law) | H. Boardman (Roche in-house) | AC, WP | Attorney-client communication regarding distribution agreement. | | | |
| 159 | 12/10/1991 | A. Misback | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding PCR acquisition. | | | |
| 160 | 12/9/1991 | H.R. Widmer (F. HLR Corporate Law) | Arthur Golden (Davis Polk) | AC, WP | Attorney-client communication regarding closing. | | | |
| 161 | 10/10/1991 | F. Kentz (Roche in-house) | Joachim Sedemund (Deringer Tessin), H.R. Widmer (F. HLR Corporate Law), H. Boardman (Roche in-house), B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement. | | | |
| 162 | 10/9/1991 | Joachim Sedemund (Deringer Tessin) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding distribution agreement. | | | |
| 163 | 12/9/1991 | F. Kentz (Roche in-house) | B. Maier (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding undertaking. | | | |
| 164 | 11/8/1991 | F. Kentz (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Kodak settlement. | | | |
| 165 | Undated | F. HLR Corporate law | File | AC, WP | Handwritten notes reflecting attorney advice and mental impressions regarding Cetus acquisition. | | | |
| 166 | 4/16/1991 | A. Schmid | H.B. Meier, J.L. Belingard, H.R. Widmer (F. HLR Corporate Law), H. Wyss | AC, WP | Attorney-client communication regarding Cetus acquisition. | | | |
| 167 | Undated | Unknown | File | AC, WP | Memorandum reflecting attorney advice regarding patent rights. | | | |
| 168 | 4/19/1991 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Kodak Demand for Arbitration | | | |
| 169 | 4/17/1991 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication incorporating attorney memorandum regarding PCR acquisition. | | | |
| 170 | 4/8/1991 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding asset purchase agreement. | | | |
| 171 | 4/23/1991 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication incorporating attorney memorandum regarding PCR acquisition. | | | |
| 172 | 4/23/1991 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding Kodak litigation. | | | |
| 173 | 3/20/1991 | F. Kentz (Roche in-house) | H. Boardman (Roche in-house) | AC, WP | Attorney-client communication regarding Kodak litigation. | | | |
| 174 | 5/30/1991 | H. Boardman (Roche in-house) | H.R. Widmer (F. HLR Corporate Law) | AC, WP | Attorney-client communication regarding asset purchase agreement. | | | |
| 175 | 12/15/1999 | A. Rauscher (Roche Europe) | D. Petry (Roche Patent Agent, Legal Department) | AC, WP | Forwarding information re '730 patent for the purpose of requesting and rendering legal advice and legal services. | | | |
| 176 | 12/16/1999 | D. Petry (Roche Patent Agent, Legal Department) | T. Dasco (Administrative Assistant, Roche Legal Department) | AC, WP | Requesting information re '730 patent file wrapper for the purpose of rendering legal advice and legal services. | | | |

AC = Attorney-Client Privilege
WP = Work Product

Page 10 of 10