COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:   (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>        Defendants. | Case No.  C 05 04158 MHP<br><br>**[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S MOTION FOR SUMMARY JUDGMENT** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>        Counterclaimants,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>        Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] ORDER GRANTING COUNTERCLAIM
DEFS MOT. FOR SUMMARY JUDGMENT
CASE NO. C 05 04158 MHP**

On December 4, the Court held a hearing on Stanford University, Dr. Merigan and Dr. Holodniy's Motion for Summary Judgment. Upon full consideration of all submitted papers and oral arguments in support of and in opposition to the Motion, and for good cause shown, the Court GRANTS this Motion and holds that:

(1) RMS's ownership, license, and breach of contract claims are barred by the statute of limitations, laches and/or estoppel;

(2) RMS has no ownership or license rights to the inventions at issue under the 1984 and 1991 Merigan Consulting Agreements;

(3) RMS has no ownership or license rights to the inventions at issues under the 1988 MTA; and

(4) RMS has no ownership or license rights to the inventions at issue under the 1989 Visitor's Confidentiality Agreement.

**IT IS SO ORDERED.**

Dated: _____

HON. MARILYN HALL PATEL
United States District Court Judge

740036 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED] ORDER GRANTING COUNTERCLAIM
DEFS MOT. FOR SUMMARY JUDGMENT
CASE NO. C 05 04158 MHP