1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:   (650) 843-5000
5  Fax:   (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
   MERIGAN AND MARK HOLODNIY
8

9                     UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION
12

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Defendants. | Case No.  C 05 04158 MHP <br><br> **DECLARATION OF BENJAMIN G. DAMSTEDT IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL COUNTERCLAIM DEFENDANTS' CONFIDENTIAL INFORMATION** |
| ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Counterclaimants, <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY <br><br> Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

740843 v1/PA

**DAMSTEDT DECL. I/S/O OF ADMINISTRATIVE
REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 05 04158 MHP**

1  I, Benjamin G. Damstedt, declare as follows:

2      1.    I am an attorney with the law firm of Cooley Godward Kronish LLP, counsel of record for The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan, and Mark Holodniy ("Counterclaim Defendants") in the above-captioned matter. I submit this declaration pursuant to Local Civil Rule 79-5(d). I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

    2.    Defendants Roche Molecular Systems et al. submitted an Administrative Request To File Documents Under Seal (Docket No. 86) covering (1) certain information in the confidential version of Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof (Docket No. 90) and (2) certain exhibits attached to the Declaration of T.J. Chiang in Support of Defendants' Motion for Summary Judgment (Docket No. 84). The information and exhibits had previously been designated as "Confidential," "Highly Confidential," and/or "Attorneys' Eyes Only" by the Counterclaim Defendants pursuant to the Stipulated Protective Order entered in this action on May 19, 2006 (Docket No. 31).

    3.    The confidential version of Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof (Docket No. 90) contains three excerpts that are sealable. Two excerpts refer to laboratory notebooks from Stanford University scientists and disclose non-public technical information regarding research, development, conception, and reduction to practice of inventions proprietary to Stanford University. (*Id.* at 8:20-27, 9:14-17.) The third excerpt refers to a document containing non-public communications between Stanford University and its former counsel. (*Id.* at 17:10-20.) Although Stanford produced the document pursuant to the court's order regarding waiver of privilege, the document continues to be sealable because it contains confidential correspondence between an attorney and client.

    4.    Defendants' Administrative Request To File Documents Under Seal (Docket No. 86) covers eighteen of the exhibits attached to the Declaration of T.J. Chiang. Stanford agrees to make public all exhibits except the following:

    (a)    Exhibit 14, which is a copy of a lab notebook of Sohini Sengupta

1  designated "Confidential Attorneys' Eyes Only" and contains highly confidential, non-public
2  technical information regarding research, development, conception, and reduction to practice of
3  inventions proprietary to Stanford University;

4      (b)    Exhibit 26, which is a copy of a letter from Dr. Thomas Merigan to Laura
5  A. Coruzzi, with attachments designated by Stanford University as "Confidential – Attorneys'
6  Eyes Only" and contains confidential information communicated to Stanford University's former
7  counsel that remains confidential even after the Court's ruling that it is no longer privileged;

8      (c)    Exhibit 40, which is a copy of a laboratory notebook of Mark Holodniy
9  designated "Confidential Attorneys' Eyes Only" and contains highly confidential, non-public
10 technical information regarding research, development, and the conception and reduction to
11 practice of inventions proprietary to Stanford University;

12     (d)    Exhibit 41, which is a copy of a laboratory notebook of Mark Holodniy
13 designated "Confidential Attorneys' Eyes Only" and contains (1) highly confidential, non-public
14 technical information regarding research, development, conception, and reduction to practice of
15 inventions proprietary to Stanford University and (2) private medical information of patients
16 involved in clinical tests that must be kept confidential under The Health Insurance and
17 Portability Accountability Act (HIPAA, 42 U.S.C. § 1301 et seq);

18     (e)    Exhibit 42, which is a copy of a laboratory notebook of Mark Holodniy
19 designated "Confidential Attorneys' Eyes Only" and contains (1) highly confidential, non-public
20 technical information regarding research, development, conception, and reduction to practice of
21 inventions proprietary to Stanford University and (2) private medical information of patients
22 involved in clinical tests that must be kept confidential under The Health Insurance and
23 Portability Accountability Act (HIPAA, 42 U.S.C. § 1301 et seq);

24     (f)    Exhibit 43, which is a copy of a laboratory notebook of Mark Holodniy
25 designated "Confidential Attorneys' Eyes Only" and contains highly confidential, non-public
26 technical information regarding research, development, conception, and reduction to practice of
27 inventions proprietary to Stanford University;

28     (g)    Exhibit 58, which contains excerpts from a laboratory notebook of Sohini

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

740843 v1/PA      2.      DAMSTEDT DECL. I/S/O OF ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 05 04158 MHP

Sengupta designated "Confidential Attorneys' Eyes Only" and highly confidential, non-public technical information regarding research, development, conception, and reduction to practice of inventions proprietary to Stanford University; and

(h) Exhibit 59, which contains excerpts from a laboratory notebook of Sohini Sengupta designated "Confidential Attorneys' Eyes Only" and highly confidential, non-public technical information regarding research, development, conception, and reduction to practice of inventions proprietary to Stanford University.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Palo Alto, California on November 3, 2006.

/s/
Benjamin G. Damstedt

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

740843 v1/PA                  3.

**DAMSTEDT DECL. I/S/O OF ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 05 04158 MHP**