COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:    (650) 843-5000
Fax:    (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>　　　　Defendants. | Case No.  C 05 04158 MHP<br><br>**[PROPOSED] SEALING ORDER** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>　　　　Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

740465 v2/PA    **CASE NO. C 05 04158 MHP**

Having reviewed the Defendants' Administrative Request to File Documents Under Seal (Docket No. 86) and the Declaration of Benjamin G. Damstedt in Support of Defendants' Administrative Request to File Under Seal Counterclaim Defendants' Confidential Information, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Administrative Request to File Documents Under Seal (Docket No. 86) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to file under seal the following materials:

1. Defendants' Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof (Docket No. 90) and
2. Exhibits 14, 26, 40, 41, 42, 43, 58, and 59 attached to the Declaration of T.J. Chiang in Support of Defendants' Motion for Summary Judgment (Docket No. 84).

**IT IS SO ORDERED.**

Dated: _____

HON. MARILYN HALL PATEL
United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.
740465 v2/PA

**CASE NO. C 05 04158 MHP**