1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Adrian M. Pruetz (Bar No. 118215) ) (adrianpruetz@quinnemanuel.com)
2  Jeffrey N. Boozell (Bar No. 199507) (jeffboozell@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
3 Los Angeles, California 90017-2543
  Telephone:    (213) 443-3000
4 Facsimile:    (213) 443-3100

5 Attorneys for Defendants and Counterclaimants Roche
  Molecular Systems, Inc.; Roche Diagnostics
6 Corporation; and Roche Diagnostics Operations, Inc.

7 COOLEY GODWARD KRONISH LLP
  STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
8 RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
  MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
9 Five Palo Alto Square, 3000 El Camino Real
  Palo Alto, CA 94306-2155
10 Tel:   (650) 843-5000
   Fax:  (650) 857-0663
11
   Attorneys for Plaintiff and Counterclaim Defendant,
12 THE BOARD OF TRUSTEES OF THE LELAND STANFORD
   JUNIOR UNIVERSITY and Counterclaim Defendants
13 THOMAS MERIGAN AND MARK HOLODNIY

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br>JOINT STATEMENT OF UNDISPUTED FACTS<br><br><br>Date:  December 4, 2006<br>Time:  2:00 p.m.<br>Place: Hon. Marilyn H. Patel |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br>Counterclaim Defendants. | |

Pursuant to Civil L.R. 56-2(b) and Judge Patel's standing order, Roche Molecular Systems, Inc., Roche Diagnostics Corp., and Roche Diagnostics Operations, Inc. (collectively "Roche"), the Board of Trustees of the Leland Stanford Junior University ("Stanford"), Thomas Merigan, and Mark Holodniy, respectfully submit this joint statement of undisputed facts.

### Roche's Undisputed Facts

| Undisputed Fact | Evidence |
| --- | --- |
| 1. From 1988 to 1992, Dr. Thomas Merigan was Director of the Center for AIDS Research at Stanford University. | Roche Request for Admission No. 11 |
| 2. Beginning in July 1988, Mark Holodniy was employed by Stanford University as a fellow in the Division of Infectious Diseases. | Holodniy Dep. at 103:5-7. |
| 3. Beginning in October 1988, Mark Holodniy began working in the laboratory of Thomas Merigan. | Holodniy Dep. at 19:12-24. |
| 4. From the period October 1988 to January 1989, Holodniy started on his project by performing PCR experiments at Stanford and reviewing PCR related publications by authors including John Sninsky and Shirley Kwok. | Holodniy Dep. at 143:2-20, 146:4-23. |
| 5. By letter dated November 7, 1988, Merigan and David Schwartz of Stanford wrote to Eric Groves of Cetus seeking "a written copy of the Cetus protocol for extraction, amplification and quantitation of HIV DNA. As we are now starting to look at control samples of untreated individuals longitudinally, it is essential that we duplicate the conditions of pcr as run at Cetus." | Chiang Decl., Ex. 8. |
| 6. In response to the November 7, 1988 letter, Stanford, Merigan, Schwartz, and Cetus entered into a material transfer agreement dated December 19, 1988 (the "MTA"). | Grove Decl., ¶ 10; Chiang Decl., Ex. 10. |

| | |
|---|---|
| 7. Merigan, Schwartz and Stanford executed the MTA in February 1989. | Chiang Decl., Ex. 10. |
| 8. Thomas Merigan arranged for Mark Holodniy to visit Cetus. | Holodniy Dep. at 146:13-149:1; 152:20-154:13; Schwartz Dep. at 26:11-28:11; Merigan Dep. at 71:18-22 |
| 9. Holodniy was a visitor at Cetus on a regular basis from February 1989 until October or November 1989. | Holodniy Dep. at 20:25-21:4, 22:25-23:2; Holodniy Decl. ¶ 24. |
| 10. Mark Holodniy executed a Visitor Confidentiality Agreement on February 14, 1989. | Chiang Decl., Ex. 11 (Visitor Confidentiality Agreement); Holodniy Dep. at 246:3-5. |
| 11. Paragraph 3 of the Visitor's Confidentiality Agreement states:<br><br>If, as a consequence of my access to CETUS' facilities or information, I conceive of or make, alone or with others, inventions and improvements thereof or know-how related thereto that relate in any manner to the actual or anticipated business of CETUS, I will assign and hereby do assign to CETUS my right, title, and interest in each of the ideas, inventions and improvements theroef described in this paragraph. | Chiang Decl., Ex. 11 (Visitor Confidentiality Agreement). |
| 12. Clayton Casipit gave CC2 RNA to Mark Holodniy. | Casipit Dep. at 76:14-20; Holodniy Dep. at 72:17-19. |
| 13. By early Fall of 1989, a working assay for the quantitation of HIV RNA copy number had been constructed. | Chiang Decl., Ex. 9 (Holodniy Art.); Holodniy Dep. at 23:23-24:7; Holodniy Decl., ¶ 16. |
| 14. While at Cetus, Holodniy received and used horseradish peroxide (HRP) labeled SK-19. | Holodniy Dep. at 174:21-175:1, 215:23-216:6, 260:5-7. |

| | |
|---|---|
| 15. While at Cetus, Holodniy received and used gel and reagents for gel electrophoresis. | Holodniy Dep. at 187:21-188:5.190:19-21 |
| 16. While at Cetus, Holodniy received and used avidin-coated beads and biotin labeled PCR primers. | Holodniy Dep. at 215:23-216:6. |
| 17. While at Cetus, Holodniy received and used SK-38 and SK-39 primers. | Holodniy Dep. at 256:11-258:5. |
| 18. Prior to visiting Cetus, Holodniy had never performed HIV RNA extraction. | Holodniy Dep. at 254:2-4 |
| 19. While at Cetus, Holodniy received information relating to HIV RNA extraction. | Holodniy Dep. at 254:5-20 |
| 20. Cetus provided Holodniy with materials to perform HIV RNA extraction. | Holodniy Dep. at 255:9-12 |
| 21. Cetus provided Holodniy with access to equipment to perform HIV RNA extraction while at Cetus. | Holodniy Dep. at 255:13-15 |
| 22. Prior to visiting Cetus, Holodniy had never performed reverse transcription of HIV RNA. | Holodniy Dep. at 255:20-22 |
| 23. While at Cetus, Holodniy received a reverse transcription PCR protocol. | Holodniy Dep. at 255:23-25; Holodniy Decl. ¶ 17(a). |
| 24. Cetus provided Holodniy with materials to perform reverse transcription of HIV RNA. | Holodniy Dep. at 256:4-7 |
| 25. Cetus provided Holodniy with access to equipment to perform reverse transcription of HIV RNA while at Cetus. | Holodniy Dep. at 256:8-10 |
| 26. Prior to visiting Cetus, Holodniy had not amplified HIV RNA using polymerase chain reaction. | Holodniy Dep. at 256:15-18 |
| 27. While at Cetus, Holodniy received advice on how to set up a reverse transcription polymerase chain reaction assay for HIV. | Holodniy Dep. at 256:20-257:6 |

| | |
|---|---|
| 28. Cetus provided Holodniy with access to equipment to conduct amplification of HIV using the polymerase chain reaction while at Cetus. | Holodniy Dep. at 258:7-9 |
| 29. Prior to visiting Cetus, Holodniy had never used a horseradish peroxide (HRP) labeled probe for in detection of PCR product. | Holodniy Dep. at 259:17-20 |
| 30. While at Cetus, Holodniy received advice and suggestions on a procedure to use HRP-labeled probes in the detection of PCR product. | Holodniy Dep. at 259:21-260:3 |
| 31. In March or April of 1990, an abstract was presented at a UCLA Keystone meeting (the "UCLA Abstract"). The title of the abstract was "Quantitation of HIV-1 RNA in Serum and Correlation with Disease Status Using Polymerase Chain Reaction." | Chiang Decl., Ex. 21 at RMS 544 (UCLA Abstract); Holodniy Decl., ¶ 19. |
| 32. The UCLA Abstract names as authors Mark Holodniy, David Katzenstein, Sohini Sengupta, Alice Wang, Clayton Casipit, David Schwartz, Michael Konrad, Eric Groves, and Thomas Merigan. | Chiang Decl., Ex. 21 at RMS 544 (UCLA Abstract). |
| 33. On or about December 20, 1989, Mark Holodniy sent a fax to Eric Groves with a draft of the UCLA abstract. | Chiang Decl., Ex. 18 (UCLA draft abstract with fax header); Holodniy Decl. ¶ 19. |
| 34. The request included a draft abstract that is the same as the UCLA Abstract later actually presented at the Keystone meeting except that the names Alice Wang, Clayton Casipit and Michael Konrad were added as authors of the final UCLA Abstract. | Chiang Decl., Ex. 18 (UCLA draft abstract with fax header). |

| | |
|---|---|
| 35. On or about December 27, 1989, Eric Groves sent a letter to Holodniy and Merigan. | Chiang Decl., Ex. 18. |
| 36. Eric Grove's letter of December 27, 1989 to Holodniy and Merigan states "Please ask the UCLA Symposia people to keep the information in this abstract confidential until the abstracts are published as the information is subject of a patent application; and, as we discussed, the following people should be included as authors: Alice Wang, M. Konrad." | Chiang Decl., Ex. 18. |
| 37. On or about December 22, 1989, Holodniy wrote a letter to Susanne Hennick at UCLA submitting the UCLA abstract. | Chiang Decl., Ex. 19. |
| 38. Holodniy's December 22, 1989 letter to Hennick requested that the UCLA abstract be kept confidential prior to the publication of the abstract book. | Chiang Decl., Ex. 19. |
| 39. In April 1991, an article was published in the Journal of Infectious Diseases entitled "Detection and Quantification of Human Immunodeficiency Virus RNA in Patient Serum by Use of the Polymerase Chain Reaction" (the "JID Article"). | Chiang Decl, Ex. 22 (JID Article). |
| 40. The JID Article lists authors as Mark Holodniy, David Katzenstein, Sohini Sengupta, Alice Wang, Clayton Casipit, David Schwartz, Michael Konrad, Eric Groves, and Thomas Merigan. | Chiang Decl, Ex. 22 (JID Article). |
| 41. The UCLA Abstract states that: "Quantitation of HIV-1 viral RNA in serum by PCR may be a useful marker for disease progression or monitoring antiviral therapy." | Chiang Decl., Ex. 21 at RMS 544 (UCLA Abstract). |
| 42. The JID Article states that: "Quantitation of infectious HIV RNA in cell-free serum by PCR may be useful as a marker for disease progression or in monitoring anti-viral therapy." | Chiang Decl., Ex. 22 (JID Article). |

| | |
|---|---|
| 43.  The JID Article states that: "Serum PCR may provide an additional marker of disease progression and drug efficacy that could improve our ability to monitor the course of HIV infection. Further studies will be necessary to validate this approach." | Chiang Decl., Ex. 22 (JID Article). |
| 44.  On or about January 9, 1990, Mark Holodniy submitted an invention disclosure to Cetus. | Chiang Decl., Ex. 21 (Invention Disclosure). |
| 45.  The invention disclosure is entitled "Quantitation of HIV-1 viral RNA in human serum utilizing an in vitro generated internal standard for coamplification and an enzyme linked affinity assay for detection." | Chiang Decl., Ex. 21 (Invention Disclosure). |
| 46.  The invention disclosure attached a copy of the UCLA Abstract. | Chiang Decl., Ex. 21 (Invention Disclosure). |
| 47.  The article entitled "Reduction in Plasma Human Immunodeficiency Virus Ribonucleic Acid after Dideoxynucleoside Therapy as Determined by the Polymerase Chain Reaction" (the "JCI Article") states that the manuscript for the article was received by the Journal of Clinical Investigation on May 14, 1991. | Chiang Decl., Ex. 25 (JCI Article). |
| 48.  The JCI Article discloses one or more claims of United States Patent No. 5,968,730 (the "'730 patent"). | Stanford Request for Admission No. 26. |
| 49.  The JCI Article discloses one or more claims of United States Patent No. 6,503,705 (the "'705 patent"). | Stanford Request for Admission No. 27. |
| 50.  On May 14, 1992, Thomas Merigan and Michael Kozal filed United States Patent Application No. 07/883,327 (the "'327 application"). | Chiang Decl., Ex. 27 ('730 Patent). |

| | |
|---|---|
| 51. The '327 application is the parent application of the '730 and '705 patents. | Chiang Decl., Ex. 27 ('730 Patent); Ex. 28 ('705 Patent); Mejia Decl. ¶ 5. |
| 52. The specification of the '730 and '705 patents states, in Section 5.1, that "Serum may be used interchangeably with plasma according to the invention." | Chiang Decl., Ex. 27 ('730 Patent); Ex. 28 ('705 Patent). |
| 53. The '730 patent issued on October 19, 1999 and lists Mark Holodniy, David Katzenstein and Thomas Merigan as named inventors. | Chiang Decl., Ex. 27 ('730 patent). |
| 54. The '705 patent issued on January 7, 2003 and lists Mark Holodniy, David Katzenstein and Thomas Merigan as named inventors. | Chiang Decl., Ex. 28 ('705 patent). |
| 55. Paragraph 2 of the MTA states:<br><br>The Material that is covered by this Agreement includes: (a) appropriate oligonucleotide primers and probes for the detection of human immunodeficiency virus (HIV), HLA loci and both coded and noncoded control dilutions of HIV in uninfected DNA's to be used as controls for use with CETUS's proprietary polymerase chain reaction (PCR), and associated PCR technology; (b) any related biological material or associated know-how and data that will be received by SCIENTIST from Cetus; and (c) any substance and associated know-how and data that are replicated ~~or derived therefrom~~ by SCIENTIST or his/her co-workers. | Chiang Decl., Ex. 10. |
| 56. Paragraph 7 of the MTA states:<br><br>SCIENTIST will inform CETUS, in confidence, of research results related to the Material by personal written communication or by providing CETUS with a draft manuscript describing the results of such research. CETUS shall be free to use such data and information for any purpose. | Chiang Decl., Ex. 10. |
| 57. Paragraph 8 of the MTA states:<br><br>In consideration of CETUS' providing of the Material, INSTITUTION, to the extent it is legally able to do so, hereby grants CETUS the first option to an exclusive license, at a reasonable royalty to be negotiated in good faith based on the respective parties' contributions and relevant industry standards, or at CETUS' option, a nonexclusive license. | Chiang Decl., Ex. 10. |

| # | | |
|---|---|---|
| 58. | On July 19, 1991, Cetus and Hoffmann-La Roche, Inc. entered into an Asset Purchase Agreement (the "APA"). | Chiang Decl., Ex. 44. |
| 59. | The Invention Disclosure submitted to Cetus by Michael Konrad on behalf of Mark Holodniy, bearing the identification number 90-003, and entitled "Quantitation of HIV-1 viral RNA in human serum utilizing an in vitro generated internal standard for coamplification and an enzyme linked affinity assay for detection" appears on schedule 2.1(c) of the APA. | Chiang Decl., Ex. 44. Rhyu Decl. Ex. 518 at RMS 6456, 6460 (Disclosure 90-003); White Depo. at 247:19-248:16 |
| 60. | Holodniy's Visitor's Confidentiality Agreement is listed on Schedule 1.2 (d) of the APA, which appears to have been mislabeled and corresponds to Schedule 2.1(d). | Chiang Decl., Ex. 44. |
| 61. | The MTA is listed on Schedule 1.2(d) of the APA, which appears to have been mislabeled and corresponds to Schedule 2.1(d). | Chiang Decl., Ex. 44. |
| 62. | Paragraph 12 of the MTA states:<br>This agreement is not assignable, whether by operation of law or otherwise, without the prior written consent of the Senior Vice President of Research and Development at CETUS. | Chiang Decl., Ex. 10. |
| 63. | The APA states under "Cetus Corporation" that it is signed by "W. G. Gerber, Senior Vice President" | Chiang Decl., Ex. 44, at RMS 6402. |

| | | |
|---|---|---|
| 64. | Paragraph 3 of the Material Transfer Agreement states:<br><br>As used in this Agreement, "Confidential Information" shall mean all data, protocols, technical and economic information, commercialization, clinical and research strategies, trade secrets and know-how provided by CETUS to SCIENTIST *. SCIENTIST agrees to take reasonable steps to ensure that all such Material and Confidential Information provided by CETUS (i) will be maintained and held in confidence by SCIENTIST and all SCIENTIST'S personnel involved in research under this Agreement for a period of three (3) years from the termination of the research, (ii) will be used only in connection with research under this Agreement, (iii) will not be made available or transferred by SCIENTIST to any third party without the prior written consent of CETUS, and (iv) will be returned at CETUS' request on termination or expiration of this Agreement. Tile to all such Material and information shall remain in CETUS. SCIENTIST shall take reasonable steps to prevent damage to or loss of any Material. The confidentiality obligations of SCIENTIST hereunder shall not apply to any information which (i) can be shown by SCIENTIST to have been in its possession prior to disclosure to it by CETUS (ii) at the time of disclosure hereunder is, or thereafter becomes, through no fault of SCIENTIST, part of the public domain by publication or otherwise; or (3) is furnished to SCIENTIST by a third party after the time of disclosure hereunder as a matter of right and without restriction on its disclosure.<br><br>* and designated in writing as confidential at the time of disclosure. | Chiang Decl., Ex. 10<br><br>(Material Transfer<br><br>Agreement) |
| 65. | Paragraph 1 of the Visitor's Confidentiality Agreement states:<br><br>Acting as consultant and an independent contractor, I will be learning from Dr. Eric Groves and Dr. Michael Konrad of CETUS techniques in molecular biology and Polymerase Chain Reaction assays.<br><br>I will be at CETUS from January 15, 1989, through July 1, 1989. During the term of this Agreement, I agree not to perform consulting services in any area involving microbial genetics for any company, corporation, institution, or commercial enterprise (other than affiliates of CETUS). | Chiang Decl., Ex. 11 (Visitor<br><br>Confidentiality Agreement) |

### Stanford's Undisputed Facts

| # | Fact | Source |
|---|------|--------|
| 66. | The Board of Trustees of the Leland Stanford Junior University ("Stanford") filed suit against Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. (collectively, "RMS") on October 14, 2005, for infringement of two U.S. patents: Nos. 5,968,730 (the "'730 patent") and 6,503,705 (the "'705 patent"). | Complaint |
| 67. | Roche Molecular Systems filed counterclaims seeking declaratory judgment of its ownership and license to the '730 and '705 patents, as well as to four additional patents and patent applications that are in the same patent family (collectively, "the Merigan Patents"). The additional patents are U.S. Patent Nos. 5,631,128 ("'128 patent", Rhyu Decl., Ex. 555); 5,856,086 ("'086 patent", Rhyu Decl., Ex. 684); 5,650,268 ("'268 patent", Rhyu Decl., Ex. 556), and Reissue Patent No. RE38,352 E ("'352 patent", Rhyu Decl., Ex. 701). The application corresponds to publication US2003/0118986 A1. | Amended Answer and Counterclaims. |
| 68. | In the 1980s, Cetus Corporation ("Cetus") was a biotechnology company located in Emeryville, California. | |
| 69. | In 1983, Kary Mullis, a Cetus employee, invented the polymerase chain reaction, a method for amplifying small amounts of deoxyribose nucleic acid (DNA) into large amounts of DNA. Cetus received numerous patents on this technology. | |
| 70. | In 1984, Dr. Merigan and Cetus entered into a consulting agreement. | Ex. 601 |

| | |
|---|---|
| 71. In 1988, Drs. Merigan and Schwartz were conducting clinical trials of IL-2 combined with AZT as a therapy for HIV at Stanford. In conjunction with these clinical trials, Drs. Merigan and Schwartz sent blood samples to Cetus. Cetus scientists performed PCR assays of HIV DNA on these samples. These assays looked at levels of proviral DNA in peripheral blood mononuclear cells (PBMCs). | Schwartz Depo. 44:24-47:10, 99:12-20; Merigan Depo. 62:17-64:13; DeGroat Depo. 28:22-29:4, 93:10-94:19; Groves Depo. 45:24-49:6; DeWitt Depo. 124:5-125:8 |
| 72. Prior to his engagement at Stanford, Dr. Katzenstein was employed at the Food & Drug Administration's Center for Biologics Evaluation Research. As part of his responsibilities at the FDA, Katzenstein had performed PCR experiments. | Katzenstein 13:25-14:10; 16:23-19:8 |
| 73. The work that Dr. Holodniy performed between February and November 1989 was published in an abstract at the UCLA Keystone Symposium in March or April 1990. Cetus approved publication of this abstract. | Abstracts; letters (Ex. 35 (submission)); Holodniy Dep. at 252:20-24. |
| 74. The work that Dr. Holodniy performed between February and November 1989 was also published in an abstract and presented at the Sixth International AIDS conference in San Francisco in spring of 1990. Cetus approved publication of this abstract. | Holodniy Dep. at 252:20-24. |
| 75. Cetus consented to publication of both of these abstracts. | Chiang Decl. Ex. 18; Rhyu Decl., Ex. 550 at 13-14 (Sninsky Declaration) |
| 76. The JID Article was published with Cetus approval. | Rhyu Decl., Ex. 550 at 13-14 (Sninsky Declaration); Ex. 39. |

| | | |
|---|---|---|
| 77. | Additional work that Dr. Holodniy performed with Cetus scientists was published in the Journal of Clinical Microbiology, 29(4):676-79, in April 1991, under the title "Inhibition of Human Immunodeficiency Virus Gene Amplification by Heparin." Cetus approved publication of this manuscript. | Rhyu Decl., Ex. 13 |
| 78. | A reverse transcription PCR protocol used by Cetus scientists was published in 1989 in Kawasaki E., Amplification of RNA, in: Innis et al., PCR Protocols: a Guide to Methods and Applications, Berkeley, CA: Academic Press, 337-47 (1990). The actual date of publication of this book was December 28, 1989. The JID article cites this as a prior publication at footnote 8. The Kawasaki article indicates that the first reported use of reverse transcription PCR to amplify RNA had been published in 1987 by Veres et al. in The Molecular Basis of the Sparse Fur Mouse Mutation, Science 237:415-17 (1987). | Ex. 640; Sninsky Depo. 237:4-238:12; Ex. 553; Kawasaki Dep. 72:10-74:4 |
| 79. | The sequences of all four DNA primers used to perform PCR in the JID Article, SK 19, SK 38, SK 39, and SK 145, were published in Kellogg D.B., Kwok S., Detection of Human Immunodeficiency Virus, in: Innis et al., PCR Protocols: a Guide to Methods and Applications, Berkeley, CA: Academic Press, 337-47 (1990). The JID article cites this as a prior publication at footnote 9. Although the citation lists the date of publication as 1990, the actual date of publication was December 28, 1989. | Holodniy Decl., ¶ 17(b)-(e); Sninsky Depo. 237:4-238:12; Ex. 553 |

| | |
|---|---|
| 80.  The sequence of SK 19 primer was also published in 1987 in Identification of Human Immunodeficiency Virus Sequences by Using In Vitro Enzymatic Amplification and Oligomer Cleavage Detection, J. Virology, 61(5): 1690-94 (1987). | Ex. 536 |
| 81.  The sequences of both the SK 38 and SK 39 primers were also published by Shirley Kwok and other Cetus scientists in 1988 in Ou et al., DNA Amplifcation for Direct Detection of HIV-1 in DNA of Peripheral Blood Mononuclear Cells, Science, 239:295-297 (1988). | Ex. 537; Wang Dep. 100:23-103:4; Kwok Depo. 96:21-98:3 |
| 82.  The sequence of the SK 145 primer was also published by Cetus in February 1990 in Kwok et al., Effects of Primer-Template Mismatches on the Polymerase Chain Reaction: Human Immunodeficiency Virus Type 1 Model Studies, Nucleic Acids Res., 18(4): 999-1005 (1990). | Ex. 695; Wang Dep. 100:23-103:4 |
| 83.  Cetus' protocols for biotinylation of SK 38 and horseradish peroxidase (HRP) labeling of SK 19 were published by Cetus in Levenson C., Chang, C., Nonisotopically Labeled Probes and Primers, in: Innis et al., PCR Protocols: a Guide to Methods and Applications, Berkeley, CA: Academic Press, 1990:337-47 (1990).  The JID article cites this as a prior publication at footnote 10.  Although the citation lists the date of publication as 1990, the actual date of publication was December 28, 1989. | Ex. 696; Sninsky Depo. 237:4-238:12; Ex. 553; DeWitt depo. 137:25-138:10. |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | 84. A method of quantitative RT-PCR developed by Alice Wang was published by Cetus in December 1989 in Wang et al., Quantitation of mRNA by the Polymerase Chain Reaction, Proc. Natl. Acad. Sci., 86:9717-21 (1989). | Ex. 12; Wang Dep. at 50:17-25 |
| 5<br>6<br>7<br>8<br>9<br>10<br>11 | 85. A method of quantitative RT-PCR developed by Alice Wang was also disclosed by Cetus in Wang A., Mark D, Quantitative PCR, in: Innis et al., PCR Protocols: a Guide to Methods and Applications, Berkeley, CA: Academic Press, 1990:70-75 (1990). Although the citation lists the date of publication as 1990, the actual date of publication was December 28, 1989. | Ex. 697; Sninsky Depo. 237:4-238:12; Ex. 553 |
| 12<br>13<br>14<br>15 | 86. Drs. Merigan, Holodniy, Katzenstein and Dr. Dennis Israelski conducted experiments involving samples from patients who had been treated with dideoxyinosine ("ddI"), both by itself and in combination with the drug AZT. | Mejia Decl. ¶, 8; Holodniy Decl. ¶¶ 29-30. |
| 16<br>17<br>18<br>19<br>20<br>21<br>22 | 87. Work of Drs. Merigan, Holodniy, Katzenstein and Israelski using patient samples from ddI trials was published in the article, Holodniy et al., Reduction in Plasma Human Immunodeficiency Virus Ribonucleic Acid after Dideoxynucleoside Therapy as Determined by the Polymerase Chain Reaction, Journal of Clinical Investigation, 88:1755-59 (November 1991) ("JCI Article"). | Ex. 46; Holodniy Decl. ¶¶ 29-30. |
| 23<br>24<br>25 | 88. The JCI Article states that "plasma HIV RNA copy number can be quantitated and does decrease during dideoxynucleoside therapy." | Ex. 46 |

| | |
|---|---|
| 89. Table 1 and Figures 1, 2, and 3 of the JCI Article correspond to Table 1 and Figures 1, 2, and 3 of each of the patents-in-suit. | Ex. 15, Ex. 17, Ex. 46 |
| 90. In May 1991, Dr. Merigan and Cetus Corp. entered into a consulting agreement which had an effective date of April 19, 1991 (the "1991 Merigan Consulting Agreement," Ex. 602). | Ex. 369 |
| 91. Sometime after May of 1991, Shirley Kwok, an employee at Cetus, wrote a document entitled "Current Status of the HIV-2 Assay and a Proposal for Development of an HIV RNA PCR Quantitative Assay." (Kwok Depo. at 85-87)  She placed this document in her laboratory notebook between entries dated July 3, 1991 and August 19, 1991.  (Ex. 593 at RMS069922-069931.)  The second page of the document states: "I propose that rather than devote the entire lab to HIV-2, that we begin to develop a procedure for quantitation of HIV-1 viral load in infected patients.  Our effort on HIV-2 would be decreased but not terminated.  There is a huge demand for quantitative assays to evaluate drug efficacy.  A quantitative assay for HIV RNA by PCR would fill this need." (Ex. 593 at RMS 069924.) | Kwok Depo. at 85-87; Ex. 593 at RMS069922-069931. |
| 92. In 1995, Drs. Holodniy, Merigan, and Katzenstein executed an assignment document purporting to convey their interests in the patents-in-suit to Stanford.  Stanford recorded these purported assignments with the PTO on June 9, 1995. | Pennie 000145; Pennie 000490-491 |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | 93. The issued patents state that "[t]his invention was made with Government support under contracts AI27762-04 and AI27766-07 awarded by the National Institutes of Health." The patents both state that the Government has certain rights in the patents. | Ex. 15, Ex. 17, Mejia Decl., ¶ 8 |
| 6<br>7<br>8 | 94. Dr. Sninsky read the JCI article around the time it was published. Dr. Sninsky never claimed co-authorship of the JCI article. | Sninsky Depo. 226:16-227:9; 228:6-14. |
| 9<br>10 | 95. The FDA declined Cetus' first application for regulatory approval of IL-2 as a therapeutic agent. | Ostrach Depo. 18:25-19:1 |
| 11<br>12<br>13<br>14<br>15 | 96. Section 2.1 of the APA contains an "Agreement to Sell and to Purchase." Schedules 2.1(a)-(e) and (g) to the APA list specific assets. The 1984 and the 1991 Merigan Consulting Agreements are not listed anywhere in any of these Schedules, or in any other part of the APA. | Ex. 518 at RMS 6403-53, RMS 6466-547, Ex. 525 |
| 16<br>17<br>18 | 97. The APA also contains a schedule of transferred contracts. This schedule lists Holodniy's 1989 Visitor's Confidentiality Agreement and the 1988 MTA. | Ex. 518 at RMS 06333 |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | 98. The APA contains a schedule of intellectual property transferred from Cetus to Hoffmann-La Roche. This schedule lists the invention disclosure submitted by Michael Konrad on behalf of Mark Holodniy, which has the identification number, 90-003. The APA indicates that this invention disclosure was rated a "5" on a scale of 1 to 5. Id. The APA indicates that "Seller generally seeks patent protection for invention disclosures rated 1, 2, or 3." Id. and id. at RMS06456. | Ex. 518 at RMS 06460, RMS 06456 |

04972/1998931.2                                              -17-                              Case No. C-05-04158 MHP
                                                                                         STATEMENT OF UNDISPUTED FACTS

| | | |
|---|---|---|
| 99. | Certain individuals at RMS knew of the existence of the '730, '086, '128, and '268 patents at least as of December 15, 1999. On or around this date, an RMS patent agent named Doug Petry distributed a memorandum relating to these patents. | Ex. 702 at 5 |
| 100. | The Petry memorandum relating to the '730, '086, '128, and '268 patents was distributed to Tom White (Sr. V.P., Research and Development), John Sninsky (V.P., Roche Genetics (U.S.) and V.P., Discovery Research), Stacey Sias (Director of Licensing), Kathy Ordonez (President), Victor Lee (patent counsel), and Melinda Griffith (in-house counsel). | Ex. 702 at 5, White Depo. at 214:16-215:25 |
| 101. | At least four of these RMS employees (White, Sninsky, Sias and Griffith) had been Cetus employees. | White, Sninsky, and Sias depos; Exs. 687, 533, 682. |
| 102. | Dr. White was Senior Vice President of Research and Development at Cetus. He was aware that Dr. Merigan had access to Cetus confidential information about PCR and HIV. Dr. White understood that Dr. Merigan's use of PCR to monitor HIV therapy would have been covered by a Cetus consulting agreement. | White Depo. at 110:6-111:4; 111:21-112:12; 113:7-15 |
| 103. | Dr. Tom White, Senior Vice President of Research and Development at RMS, learned of Stanford's efforts to license the '268 and '128 patents to LabCorp in October 1998. | White Depo. at 209:13-210:20, 214:16-215:10; Ex. 554 |
| 104. | The PCR assays that Cetus performed on the patient samples from the IL2/AZT study did not report HIV copy number. The results of the PCR assays that Cetus performed on the patient samples from the IL2/AZT study were expressed as numbers from 1-4, reflecting relatively more or less signal detected in the assay. | Schwartz Depo. 97:24-98:5; Groves Depo. 23:20-14 Rhyu Decl., Exh. 28. |

| | | |
|---|---|---|
| 105. | Paragraph 1 of the Material Transfer Agreement states:<br><br>The parties to this Agreement are : Cetus Corporation, hereinafter "CETUS," the Board of Trustees of the Leland Stanford Junior University, hereinafter "INSTITUTION," and Thomas C. Merigan, M.D., and David Schwartz, M.D., Ph.D., hereinafter "SCIENTIST. | Chiang Decl., Ex. 10 (Material Transfer Agreement) |
| 106. | Paragraph 3 of the Material Transfer Agreement states:<br><br>As used in this Agreement, "Confidential Information" shall mean all data, protocols, technical and economic information, commercialization, clinical and research strategies, trade secrets and know-how provided by CETUS to SCIENTIST *.<br><br>* and designated in writing as confidential at the time of disclosure. | Chiang Decl., Ex. 10 (Material Transfer Agreement) |
| 107. | Paragraph 3 of the Material Transfer Agreement states:<br><br>The confidentiality obligations of SCIENTIST hereunder shall not apply to any information which (i) can be shown by SCIENTIST to have been in its possession prior to disclosure to it by CETUS (ii) at the time of disclosure hereunder is, or thereafter becomes, through no fault of SCIENTIST, part of the public domain by publication or otherwise; or (3) is furnished to SCIENTIST by a third party after the time of disclosure hereunder as a matter of right and without restriction on its disclosure. | Chiang Decl., Ex. 10 (Material Transfer Agreement) |
| 108. | Paragraph 1 of the Visitor's Confidentiality Agreement states:<br><br>I will be at CETUS from January 15, 1989, through July 1, 1989. During the term of this Agreement, I agree not to perform consulting services in any area involving microbial genetics for any company, corporation, institution, or commercial enterprise (other than affiliates of CETUS). | Chiang Decl., Ex. 11 (Visitor Confidentiality Agreement) |

| | |
|---|---|
| 109. Paragraph 2 of the Visitor's Confidentiality Agreement states:<br><br>Excluded from the obligations of confidentiality and nonuse agreed to herein is information (i) that I can establish I knew prior to my acquiring it from CETUS; (ii) that I receive from a third party who, when providing it to me; is not under an obligation to CETUS to keep the information confidential; or (iii) that enter the public domain through no fault of mine. | Chiang Decl., Ex. 11 (Visitor Confidentiality Agreement) |

Dated: November 15, 2006

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_/s/ Michelle R_____
Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendants Thomas Merigan and Mark Holodniy

Dated: November 15, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ADRIAN M. PRUETZ
JEFFREY N. BOOZELL
ROBERT W. STONE
BRIAN C. CANNON

_/s/_____
Robert W. Stone
Attorneys for Defendants and Counterclaim
Plaintiff Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.