QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
        jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
        briancannon@quinnemanuel.com
        tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., <br><br> Defendants. | CASE NO. C-05-04158 MHP <br><br><br> DECLARATION OF JOHN J. SNINSKY, Ph.D. IN SUPPORT OF ROCHE'S OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., <br><br> Counterclaimants, <br><br> vs. <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY; <br><br> Counterclaim Defendants. | |

04972/1994468.3

Case No. C-05-04158 MHP
DECLARATION OF JOHN SNISNKY

**Declaration of John J. Sninsky, Ph.D.**

I, John J. Sninsky, Ph.D., declare:

1. I have personal knowledge of the facts stated herein. If called upon to testify I could, and would, testify competently thereto.

2. I have previously submitted a declaration in support of Roche's Motion for Summary Judgment.

3. I believed, since as early as 1984, that PCR would be a powerful tool in monitoring HIV.

4. For example, my 1985 memo, which I described in paragraph 6 of my October 27, 2006 declaration and attached thereto as Exhibit 1, states that "an assay that would have the ability to detect [HIV] infected cells without having to culture virus would be exceedingly helpful in following patients using various therapeutic regimens to resolve the infection." *See* Sninsky Decl., Ex. 1 (July 18, 1985 Memo) at RMS 234.

5. The patent described in paragraph 8 of my October 27 declaration and attached as Exhibit 2 thereto specifically discloses that by 1986 we recognized that PCR may be "useful in monitoring patients treated with various therapeutic agents." *See* Sninsky Decl., Ex. 2 (U.S. Patent No. 5,008,182) at col. 3, ll. 56-60.

6. In addition, our 1988 patent application, described in paragraph 9 of my October 27 declaration and attached as Exhibit 3 thereto, taught that using PCR to determine the "viral load of an individual . . . can reveal whether a patient is responding to therapy." *See* Sninsky Decl. ¶9; Ex. 3 (U.S. Patent No. 5,389,512), col. 2, ll. 6-9.

7. During the late 1980s and early 1990s, Cetus researchers were engaged in efforts to develop HIV quantitation assays using PCR. Targets for such assays included nucleic acids found in patient serum, plasma, and peripheral blood mononuclear cells. Such assays were intended for use in monitoring the treatment of AIDS patients.

8. By 1991, Cetus had initiated a project to develop a commercial product to quantitate HIV using PCR. At that time, there was an increasing demand for quantitative assays to

-1-

Case No. C-05-04158 MHP
DECLARATION OF JOHN SNINSKY

1  evaluate drug efficacy. Cetus concluded that an assay to quantitate HIV RNA by PCR would fill
2  this need.
3      9.    I did not tell Dr. Merigan that Cetus would not pursue the use of a quantitative PCR
4  assay for monitoring HIV levels in therapy. Such a statement would have been inconsistent with
5  years of research pursued by me and others at Cetus and Roche.
6      I declare under penalty of perjury under the laws of the United States that the foregoing is
7  true and correct.
8      Executed on November 9, 2006, in Alameda, California.

John Sninsky

04972/1994468.3049/19
94468.2

-2-

Case No. C-05-04158 MHP

DECLARATION OF JOHN SNINSKY