# EXHIBIT A

Dockets.Justia.com

```
                                 First Monitor Sales.txt
☐ PAGE     1
                                    CUSTOMER LISTING FOR PRODUCT
                                           PRODUCT 83088
                                            LOT 88016
                                       ARCHIVE DATA BY SHIP DATE

  REPORT NAME: DOFLSHIP
  RUN DATE   : 11/13/06
  RUN TIME   : 07.52.15

  CUST
  NAME
  ----

                          SHIP
  ADDR1                   ADDR2              ADDR3                CITY                    ST
  ZIP    ORD      QTY DATE        AREA XXX XXXX
  -----                   -----              -----                ----                    --
  ---    ---      --- ----        ---- --- ----

  CORNING/NICHOLS INST/INV
  33608 ORTEGA HIGHWAY PO#200155269                               SAN JUAN CAPISTRANO     CA
  92675 660157     250 96/06/25 949  728 4008

  CORNING/NICHOLS INST/INV
  33608 ORTEGA HIGHWAY                                            SAN JUAN CAPISTRANO     CA
  92675 660158       4 96/06/25 949  728 4008

  UCLA-MED RECEIVING/INV
  RUTH DICKOVER           MDCC 22-457            650 CIRCLE DRIVE S LOS ANGELES           CA
  90024 660194       1 96/06/25 310  825 9161

  ILLINOIS MASONIC MED/PCR
  927 WEST NELSON         ATTN: RECEIVING DOC                     CHICAGO                 IL
  60657 660231       4 96/06/25 773  296 7007

  SCICOR/INV
  8211 SCICOR DRIVE                                               INDIANAPOLIS            IN
  46214 660342       3 96/06/25 317  273 7951

  WARDE LABS/INV
  5025 VENTURE DRIVE      ATTN: MARGARET                          ANN ARBOR               MI
  48108 660171       1 96/06/25 734  665 8300

  UNIV OF MN/INV
  516 DELAWARE ST SE      ROOM 15-136           ATTN: ALEJO ERICE MINNEAPOLIS             MN
  55455 660180       6 96/06/25 612  626 3277

  MAYO FOUNDATION/PCR
  ATTN: RANDY RENKEN      BALDWIN BLDG.         221 4TH AVE. SW   ROCHESTER               MN
  55902 660305      12 96/06/25 507  284 5433

  LABCORP
  1912 ALEXANDER DRIVE ATTN BILL DULA                             RESEARCH TRIANGLE PA    NC
  27709 658465      12 96/06/25 908  253 7001

  NORTHWEST MEM HOSP
  VIROLOGY LAB RM 572    250 EAST SUPERIOR S EMILY FRANGIPANE/W   CHICAGO                 IL
  60611 659451       2 96/06/25 908  253 7001

  RMS TRNG & SUPPORT/INV
  1080 US HWY 202         ATTN JESSICA KATZOW                     BRANCHBURG              NJ
  08876 658691       4 96/06/25 908  253 7001
                                         Page 1
```

```
                              First Monitor Sales.txt
WILLIAM BEAUMONT HOSP
MOLEC PROBE LAB       3601 W. THIRTEEN MI MAY AKAGI              ROYAL  OAK        MI
48073 659422        2  96/06/25 908  253 7001

ALL CHILDRENS HOSPITAL
800 6TH STREET SOUTH  ATTN J. DENNIS SEXT                        ST.PETERSBURG     FL
33701 660251        2  96/06/25 908  253 7001

BAPTIST REGIONAL LABS
2 NORTH PAULINE STRE  ATTN MICHAEL V. STE                        MEMPHIS           TN
38105 660173        1  96/06/25 908  253 7001
  PAGE      2
                              CUSTOMER LISTING FOR PRODUCT
                                    PRODUCT 83088
                                     LOT 88016
                              ARCHIVE DATA BY SHIP DATE

   REPORT NAME: DOFLSHIP
   RUN DATE   : 11/13/06
   RUN TIME   : 07.52.15

   CUST
   NAME
   ----


                       SHIP
   ADDR1               ADDR2            ADDR3              CITY              ST
   ZIP   ORD      QTY  DATE      AREA  XXX XXXX
   -----               -----            -----              ----              --
   ---   ---      ---  ----      ---- --- ----

   CLEVELAND CLINIC FOUNDATI
   CLINICAL PATH DEP L4  ATTN: BELINDA YEN-     LEIBERMAN   CLEVELAND         OH
   44195 660177        3  96/06/25 908  253 7001

   DETROIT MED CTR
   UNIV LAB/             4201 ST. ANTOINE    ATTN RAYMOND PODZO DETROIT       MI
   48202 660191        4  96/06/25 908  253 7001

   DYNACARE LAB OF PATHOL
   1229 MADISON ST       SUITE 500.          ATTTN: RUTH RICE   SEATTLE       WA
   98104 660172        8  96/06/25 908  253 7001

   ILLINOIS MASONIC MED CTR
   836 WEST WELLINGTON   ATTN: JAN D. NOWAK                     CHICAGO       IL
   60657 660248        5  96/06/25 908  253 7001

   INDIANA UNIV SCH OF MED
   WISHARD HOSPITAL      1001 WEST 19TH STR  CAROL T. SCHNIZLEI INDIANAPOLIS  IN
   46202 660213        2  96/06/25 908  253 7001

   MAYO CLINIC
   CLINICAL MICRO        HILTON 4TH FLOOR    ATTN: SHAWN MITCHE ROCHESTER     MN
   55905 660189       10  96/06/25 908  253 7001

   PATHOLOGY EMORY REF LAB
   160 CLAIREMONT AVES   SUITE 400           ATTN F.S. NOLTE    DECATUR       GA
   30030 660150        3  96/06/25 908  253 7001

   PHYSICIANS REF LAB
   7800 WEST 110TH STRE  ATTN SPENCER KERLEY                    OVERLAND PARK KS
   66210 660210        3  96/06/25 908  253 7001
                                      Page 2
```

```
                            First Monitor Sales.txt
 REF LAB ALLIANCE
 3636 BOULEVARD OF AL ATTN HANAZIN FARUKI               PITTSBURGH         PA
 15213 660174      2  96/06/25 908  253 7001

 ST.LUKE REG LAB
 WORNALL RD AT 44TH S ATTN JANE RACHAEL                 KANSAS CITY        MO
 64111 660154      3  96/06/25 908  253 7001

 STANFORD UNIV HOSP
 300 PASTEUR DR       RM.H1537A           ATTN DR. ANN WARFO STANFORD      CA
 94305 660151      5  96/06/25 908  253 7001

 U OF NEW MEXICO CLIN VIR
 LAB/SCH OF MEDICINE  915 CAMINO DE SALUD MIC/IMM/S.YOUNG MD ALBUQERQUE    NM
 87131 660149      5  96/06/25 908  253 7001

 UNIV HOSP-TEST REF CENT
 LMB 714, 234 GOODMAN ATTN: JOSEPH STANEC               CINCINNATI         OH
 45267 660164      2  96/06/25 908  253 7001

 UNIV OF MIAMI
 EM PAPPER CLIN IMM L 1500 NW 12TH AVE    ATTN MARYANN FLETC MIAMI         FL
 33101 660250      2  96/06/25 908  253 7001
  PAGE      3
                                    CUSTOMER LISTING FOR PRODUCT
                                         PRODUCT 83088
                                          LOT 88016
                                       ARCHIVE DATA BY SHIP DATE
 REPORT NAME: DOFLSHIP
 RUN DATE   : 11/13/06
 RUN TIME   : 07.52.15

 CUST
 NAME
 ----

                      SHIP
 ADDR1                ADDR2               ADDR3         CITY               ST
 ZIP   ORD      QTY   DATE     AREA XXX XXXX
 -----                -----                -----         ----              --
 ---   ---      ---   ----     ---- --- ----

 UNIV OF MIAMI HOSP&CLINIC
 1475 NW 12TH AVE     ATTN: NANCI MILLER                MIAMI              FL
 33136 660253     10  96/06/25 908  253 7001

 UNIV OF MINN VMHC BOX 437
 HARVARD ST @ E.RIVER VIRO LAB/HENRY BALF               MINNEAPOLIS        MN
 55455 660162      2  96/06/25 908  253 7001

 UNIV OF MISSISSIPPI MED C
 2500 NORTH STATE STR ATTN JOE HUMPHRIES                JACKSON            MS
 39216 660181      2  96/06/25 908  253 7001

 UNIVERSITY OF ROCHESTER
 675 ELMWOOD AVE      ROOM 35052          ATTN: LISA DEMETER ROCHESTER     NY
 14642 660179      3  96/06/25 908  253 7001

 USC REF LAB
 2250 ALCAZAR STREET  ROOM 109/BOB MACFEE               LOS ANGELES        CA
 90033 660252      4  96/06/25 908  253 7001
                                          Page 3
```

First Monitor Sales.txt

```
VAMC/EMORY UNIVERSITY
 1670 CLAIRMONT ROAD    ATTN: RAYMOND SCHIN            DECATUR           GA
30033 660169       2  96/06/25 908   253 7001

VIROLOGY REF LAB
VA MED CENTER        950 CAMPBELL AVE BL ATTN: BRIGITTE GRI WEST HAVEN   CT
06516 660159       2  96/06/25 908   253 7001

VIRUS REFERENCE LABS/PCR
 8036 EL RIO            ATTN: JAMES JACOBSO            HOUSTON           TX
77054 660303       6  96/06/25 713   741 8378

USC MEDICAL SCHOOL/INV.
 2250 ALCAZAR/RM 109  CLINICAL SCIENCE BL ATTN: BOB MCFEE   LOS ANGELES  CA
90033 660706      17  96/06/26 213   342 2950

UNIV OF MIAMI/SCH MED/PCR
 1800 NW 10TH AVE     ELLIOTT BLDG-PSYCH/ DR. JUN YANG/243-3 MIAMI       FL
33136 660783       1  96/06/26 305   243 3918

DETROIT MEDICAL CTR/PCR
UNIVERSITY LABS WHSE 3140 GRAND RIVER AV               DETROIT           MI
48208 660696       4  96/06/26 313   578 2665

NORTHWESTERN UNIV HOSP
 710 NORTH FAIRBANKS  OLSON PAV RM 8427   ATTN: STEVE WOLINS CHICAGO     IL
60611 660687      15  96/06/26 908   253 7001

ALBERT EINSTEIN COLL/PCR
OF MED   CHANNIN 601  DR. HARRIS GOLDSTEI 1300 MORRIS PARK A BRONX       NY
10461 660445       1  96/06/26 718   430 2156

CLEVELAND CLIN. FOUN(INV)
 2045 EAST 90TH STREE MICROBIOLOGY, L-40  ATT:P/O 484428    CLEVELAND    OH
44106 660831       3  96/06/26 216   444 8844
 PAGE      4
                        CUSTOMER LISTING FOR PRODUCT
                              PRODUCT 83088
                               LOT 88016
                          ARCHIVE DATA BY SHIP DATE
REPORT NAME: DOFLSHIP
RUN DATE   : 11/13/06
RUN TIME   : 07.52.15

CUST
NAME
----

                     SHIP
ADDR1                ADDR2              ADDR3           CITY             ST
ZIP   ORD       QTY  DATE    AREA XXX XXXX
-----                -----              -----           ----             --
---   ---       ---  ----    ---- --- ----

UNIV OF TEXAS SOUTHWESTER
AT DALLAS MED CTR                       NB6430/ATTN: BRIAN DALLAS        TX
75235 660566       5  96/06/26 214   648 4014

CORNING/NICHOLS INST/INV
33608 ORTEGA HIGHWAY PO#200155269                    SAN JUAN CAPISTRANO CA
92675 661003      25  96/06/27 949   728 4008
```

```
                             First Monitor Sales.txt
 STATE OF CALIFORNIA/INV
  DEP OF HLT SVCS/VIRU 2151 BERKELEY WAY-R ATTN: DALE DONDERO  BERKELEY         CA
 94704 660955         4  96/06/27 310  699 7320

 UNIV OF CO HTH SCI CT/PCR
  DIAGNOSTIC VIROLOGY  4725 LEYDEN ST-UNIT PO#HS0004703        DENVER           CO
 80216 661007         2  96/06/27 303  315 4629

 VIROMED/INV
  6101 BLUE CIRCLE DRI ATTN: SUSAN BELZER                      MINNEAPOLIS      MN
 55343 661195         4  96/06/27 612  939 4221

 CARLOS ESTADA
  UNIVERSITY OF P.R.   MEDICAL CTR.         6FL. STE. 617A     SAN JUAN         PR
 00936 661277         1  96/06/27 908  253 7001

 GEORGE WASHINGTON UNIV
  MED CTR/GENOTYPING L ROSS 602/24TH & H S ATTN ESTELLE DAY    WASHINGTON       DC
 20037 661015         2  96/06/27 908  253 7001

 PONCE SCHOOL OF MEDICINE
  URB INDUS REPARADOES AVE DRA ANA PEREZ M ATTN: YASUSHIRE YA  PONCE            PR
 00731 661076         2  96/06/27 908  253 7001

 LABCORP/INV
  1912 ALEXANDER DRIVE SOUTHERN PARKWAY    P.O. #960618-655    RESEARCH TRIANGLE PA NC
 27709 660670       500  96/06/27 919  361 7784

 LABCORP/INV
  1912 ALEXANDER DRIVE SOUTHERN PARKWAY    ATT:DEPT.3061 BD    RESEARCH TRIANGLE PA NC
 27709 660879       300  96/06/27 919  361 7784

 UNIV OF IL AT CHIC/INV
  ROOM 215/HEMOTOLOGY  TT: PAM SPRINGER    840 SOUTH WOOD      CHICAGO          IL
 60612 661660         1  96/06/28 312  996 1737

 CONSOLIDATED LAB SVS/INV
  7855  HASKELL AVENUE ***MUST SHIP MONDAY ATTN: MARSHALL GRI  VAN NUYS         CA
 91406 661625        35  96/07/01 818  994 9714

 GEO WASH UNIV MED CTR/PCR
  PATHOLOGY-GENOTYPING ROSS 602, 24TH & H                      WASHINGTON       DC
 20037 661551         2  96/07/01 202  994 8997

 CHILDRENS HOSPITAL/PCR
  617-355-7621         ENDERS BLDG 6TH FLR C/O DR. MCINTOSH    BOSTON           MA
 02215 661562        14  96/07/01 617  355 7753
  PAGE      5
                                    CUSTOMER LISTING FOR PRODUCT
                                           PRODUCT 83088
                                            LOT 88016
                                     ARCHIVE DATA BY SHIP DATE
 REPORT NAME: DOFLSHIP
 RUN DATE   : 11/13/06
 RUN TIME   : 07.52.15

 CUST
 NAME
 ----

                                   SHIP
                                  Page 5
```

```
                              First Monitor Sales.txt
 ADDR1                    ADDR2              ADDR3               CITY                 ST
 ZIP    ORD       QTY DATE      AREA XXX XXXX
 -----                    -----              -----               ----                 --
 ---    ---       --- ----      ---- --- ----

 HENRY FORD HOSP/INV
 7069 E&R BLDG/DR DON 2799 WEST GRAND BLV ATTN:ODETTE MANZOR DETROIT                   MI
 48202 661570       5  96/07/01 313   876 9381

 MEDICAL COLLEGE OF PA
 3300 HENRY AVE         ATTN: FRANK BURNS                       PHILADELPHIA          PA
 19129 661586       1  96/07/01 908   253 7001

 CUSHING-GLAXO PROJECT
 CONSOLIDATED LAB SER 7855 HASKELL AVE #3 ATTN: SUSAN CUSHIN VAN NUYS                  CA
 91406 661394      20  96/07/01 908   253 7001

 VIROMED
 6101 BLUE CIRCLE DRI ATTN: BONITA L. BAS                       MINNEAPOLIS           MN
 55343 661588       5  96/07/01 908   253 7001

 CENETRON/PCR
 2170 WOODWARD, STE 2 ATTN: DWIGHT DUBLOI                       AUSTIN                TX
 78744 661419       6  96/07/01 512   445 5398

 IMMUNO DIAGNOSTICS
 10930 BIGGE STREET    ATTN: DR.EDWARD WIN                      SAN LEANDRO           CA
 94577 671723       1  96/08/05 908   253 7001

 TOTAL


         1368
```