# EXHIBIT C

*copy 1 - Melinda.*



STANFORD UNIVERSITY • OFFICE OF TECHNOLOGY LICENSING

1705 EL CAMINO REAL • PALO ALTO, CA 94306
(650) 723-0651 • FAX (650) 725-7295



CERTIFIED MAIL

March 19, 2003

Dr. Heiner Dreismann
President and CEO
Roche Molecular Systems
4300 Hacienda Drive
Pleasanton, California
94588-2722

Re: HIV PCR Direct Drug Use (Stanford Docket S98-058)

Dear Dr. Dreismann:

Stanford has recently been granted US Patent 6,503,705 B2 (enclosed for your reference) which is directed to the subject Stanford invention. This newly issued patent belongs to the patent family which Stanford has previously discussed with Roche, particularly in a meeting with Drs. Claude Montandon and Andreas Maurer in Basel. We believe that Roche will find renewed interest in this invention in light of the newly issue patent and would very much appreciate hearing from Roche by April 11, 2003 to discuss a licensing partnership under the Stanford patents. We value our relationship with Roche and trust that we can embark on a productive dialog.

Sincerely,

Luis R. Mejia
Senior Associate

Enclosure

RMS 0063748