# EXHIBIT 4

George C. Jen, Ph.D., J.D.
Senior Patent Counsel
Dir. Dial: 510 814-2966
Facsimile: 510 814-2973
george.jen@roche.com

⬡ Roche

Diagnostics

April 7, 2004

Via Courier

Mr. Luis R. Mejia
Stanford University
Office of Technology Licensing
1705 El Camino Real
Palo Alto, CA 94306

Re: US Patent No. 6,503,705 (Stanford Docket S98-058)

Dear Mr. Mejia:

Thank you for the letter dated March 12, 2004 in connection with an offer of a license to this patent.

We remain concerned over the inventorship of this patent and related family members. The bases of our concern extend beyond the Materials Cetus provided Dr. Merigan under the 1988 MTA, and into the collaboration identified in the MTA between Dr. Merigan and Cetus scientists. We have information indicating certain Cetus scientists likely contributed inventively to claimed subject matter of this and some of the related patents. Accordingly, Roche Molecular Systems (RMS), as Cetus' successor in interest to its PCR intellectual property rights, may well jointly own these patents with Stanford.

To avoid any dispute over the inventorship and hence ownership of such patents, RMS is agreeable to assigning whatever ownership rights it has to Stanford in exchange for a non-exclusive, fully-paid license. This exchange would advance the interests of both parties. Stanford would be able to clear up the cloud over inventorship of these patents, including the '705 patent, without risking a dilution of its ownership rights.

We look forward to working with you in resolving this matter in a mutually beneficial manner.

Please do not hesitate to contact me with any questions.

Very truly yours,

*[signature]*
George C. Jen

cc: Melinda Griffith, Esq.

Roche Molecular Systems, Inc.     1145 Atlantic Avenue          Tel. 510-814-2800
                                  Alameda, California 94501     Fax 510-522-1285



DEPOSITION
EXHIBIT
609
Jen 8/15/06

RMS 00119