# EXHIBIT 6

| | |
|---|---|
| SU CASE NO. 592-54 | LICENSING ASSOCIATE |
| SPIDERS NO. | KK |

## STANFORD UNIVERSITY
## OFFICE OF TECHNOLOGY LICENSING
## INVENTION AND TECHNOLOGY DISCLOSURE

(INVENTORS: Please read instructions on back and complete items below)

**1. TITLE OF INVENTION** (Attach description as outlined under 1 on back)

HIV-1 PCR Analysis directs drug use.

**2. INVENTORS** (Please indicate the following):

Name: Michael J. Kozal MD   Position: Fellow   Dept.: Infectious Diseases
Wk. Address: S-156   Hm. Address: 912 Fremont Place #2 Menlo Park CA 94025
Phone (w/h): 723-6140 / 329 0215   Fax:   EMail:

Name: Thomas C. Merigan   Position: Professor   Dept.: Infectious Diseases
Wk. Address: S-156   Hm. Address:
Phone (w/h): 725-3929   Fax:   EMail:

Name:   Position:   Dept.:
Wk. Address:   Hm. Address:
Phone (w/h):   Fax:   EMail:

Name:   Position:   Dept.:
Wk. Address:   Hm. Address:
Phone (w/h):   Fax:   EMail:

**3. CONTRACT OR GRANT NO(S).**
AI 27762-04
AI 277666-02

**4. SPONSOR(S)**
NIH

**5. PRINCIPAL INVESTIGATOR (PI)**
Thomas C. Merigan

**6. EVENTS**

| | DATE | REFERENCES AND COMMENTS |
|---|---|---|
| A. Initial idea | | |
| B. First description of complete invention, oral or written (conception)* | | **REDACTED** |
| C. First successful demonstration, if any (first actual reduction to practice)* | | |
| D. First publication containing full description of invention (establishment of publication bar)* | | |
| E. External oral disclosures | | |

EXHIBIT NO. 112
DATE
GINA GLANTZ - NO. 9795

**7. INVENTION SUBMITTED BY:**

Inventor's Signature   Date: 4/9/92
Inventor's Signature   Date: 4/9/92
Inventor's Signature   Date

**8. INVENTION DISCLOSED AND UNDERSTOOD BY:**

Katharine Ku
Witness's Signature**   Date

Reviewed by:
Katharine Ku   4-15-92
OTL Licensing Associate   Date

\* See instructions on back.
\*\* Please have PI sign if PI is not an inventor.

STAN 028660
Confidential - Attorneys'
Eyes Only
1/92