# EXHIBIT 10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF THE TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY,

    Plaintiff,

vs.                          No. C-05-04158-MHP

ROCHE MOLECULAR SYSTEMS, INC.,
ROCHE DIAGNOSTICS CORPORATION,
ROCHE DIAGNOSTICS OPERATIONS,
INC., ROCHE DIAGNOSTIC SYSTEMS,
INC.,

    Defendant.

AND RELATED COUNTERCLAIM

CERTIFIED COPY

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF DAVID A. KATZENSTEIN, M.D.

Palo Alto, California

Monday, August 28, 2006

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 3-62323

www.sarnoffcourtreporters.com

Irvine   Los Angeles   San Francisco

phone 877.955.3855   fax 949.955.3854



CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                 UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF THE TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY,

        Plaintiff,

    vs.                              No. C-05-04158 MHP

ROCHE MOLECULAR SYSTEMS, INC.;
ROCHE DIAGNOSTICS CORPORATION;
ROCHE DIAGNOSTICS OPERATIONS,
INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.,

        Defendant.
_____
AND RELATED COUNTERCLAIM.
_____


        Confidential videotaped deposition of DAVID

A. KATZENSTEIN, M.D., taken on behalf of Defendants

and Counterclaimants Roche Molecular Systems, Inc., et

al., at 5 Palo Alto Square, Palo Alto, California,

beginning at 9:05 a.m. and ending at 2:30 p.m. on

Monday, August 28, 2006, before SUZANNE F. BOSCHETTI,

Certified Shorthand Reporter No. 5111.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1  APPEARANCES:
 2
 3  For Plaintiff and Counterclaim Defendants The Board of
    the Trustees of the Leland Stanford Junior University,
 4  et al.:
 5       COOLEY GODWARD LLP
         BY:   RICARDO RODRIGUEZ
 6       Attorney at Law
         Five Palo Alto Square, 3000 El Camino Real
 7       Palo Alto, California 94306-2155
         (650) 857-0663
 8
    For Defendants and Counterclaimants Roche Molecular
 9  Systems, Inc., et al.:
10       QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
         BY:   BRIAN C. CANNON
11       Attorney at Law
         555 Twin Dolphin Drive, Suite 560
12       Redwood Shores, California 94065
         (650) 801-5001
13
    Videographer:
14
         RAY TYLER
15       SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
         San Francisco, California
16       (415) 274-9977
17
18
19
20
21
22
23
24
25
```

3

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 10:26:12 | 1 |
| 10:26:16 | 2 |
| 10:26:19 | 3 |
| 10:26:23 | 4 |
| 10:26:26 | 5 |
| 10:26:30 | 6 |
| 10:26:34 | 7 |
| 10:26:39 | 8 |
| 10:26:42 | 9 |
| 10:26:46 | 10 |
| 10:26:51 | 11 |
| 10:26:52 | 12 |
| 10:26:56 | 13 |
| 10:26:59 | 14 |
| 10:27:02 | 15 |
| 10:27:05 | 16 |
| 10:27:09 | 17 |
| 10:27:13 | 18 |
| 10:27:17 | 19 |
| 10:27:23 | 20 |
| 10:27:27 | 21 |
| 10:27:34 | 22 |
| 10:27:39 | 23 |
| 10:27:42 | 24 |
| 10:27:47 | 25 |

    Q.  Getting back to the idea and the discussion -- I'll call it a discussion or meeting that you had with Dr. Merigan and Dr. Holodniy. At that initial meeting where you -- you discussed the idea, did -- did you discuss or did you propose using this quantification technique to monitor the effectiveness of therapy?

    A.  Yes.

    Q.  And was it your idea at that time in mid-1989 to quantify viral RNA?

    A.  Yes.

    Q.  And that's from serum and plasma?

    A.  Well, whether it was going to be serum or plasma or a particular kind of plasma were the experiments that we needed to carry out, but the idea that you had an analyte that could be measured over time on a regular repeatable basis. The problem with cellular assays, as I saw it, was that a fluctuation in the number of infected cells could easily occur because of inter-occurring infection, progression of disease, you had loss of CD4 cells. What cells harbored cDNA -- HIV cDNA and provirus was at the time hotly debated, so it would not necessarily provide a very constant indication or -- of virus replication or production, but rather integration, and, in fact,

60

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
10:27:52   1   proviral infection.
10:27:54   2           So the concept that we discussed, which we, I
10:27:58   3   believe, subsequently tried to realize, was could you
10:28:01   4   get a reproducible measure of -- of virus in the
10:28:06   5   plasma or blood that was independent of the cellular
10:28:09   6   infection.
10:28:13   7        Q.  And in your answer previously you used a
10:28:16   8   term analyte.  And when you use the term analyte in
10:28:19   9   this context, you're referring to the viral -- the
10:28:22  10   virus, right?
10:28:23  11        A.  No.
10:28:23  12        Q.  What are you referring to?
10:28:24  13        A.  The substance that you take out of people,
10:28:26  14   which you then subsequently perform a test on is known
10:28:29  15   as the analyte.  So if you're doing stool cultures,
10:28:35  16   the analyte becomes the stool.  If you're doing blood
10:28:38  17   cultures, the analyte becomes blood.  And the specific
10:28:42  18   properties of those for different tests subsequently
10:28:45  19   became something that we did some research on.
10:28:50  20        Q.  And then there were a subsequent series of
10:28:57  21   experiments done, and I think you used the term
10:28:58  22   realize, to realize this idea.  And did the
10:29:00  23   experiments that were done verify the idea that you
10:29:04  24   had back in 1989?
10:29:05  25           MR. RODRIGUEZ:  Objection.  Vague.
```

61

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10:29:13 | 1 | THE WITNESS: I think so. |
| 10:29:13 | 2 | BY MR. CANNON: |
| 10:29:15 | 3 | Q. They were successful, right? |
| 10:29:16 | 4 | A. They were. |
| 10:29:16 | 5 | Q. And you published -- |
| 10:29:18 | 6 | MR. RODRIGUEZ: Objection. Vague. |
| 10:29:19 | 7 | BY MR. CANNON: |
| 10:29:19 | 8 | Q. And you published the results of those |
| 10:29:21 | 9 | experiments, right? |
| 10:29:23 | 10 | MR. RODRIGUEZ: The same objection. |
| 10:29:24 | 11 | THE WITNESS: That's -- well, the -- I |
| 10:29:27 | 12 | believe the JID article is the fulfillment of that |
| 10:29:32 | 13 | idea through a whole series of technical assay |
| 10:29:36 | 14 | development issues that went on over perhaps two |
| 10:29:42 | 15 | years. |
| 10:29:42 | 16 | BY MR. CANNON: |
| 10:29:42 | 17 | Q. Let's jump to that. |
| 10:30:05 | 18 | Previously marked Exhibit 72. |
| 10:30:05 | 19 | (Previously marked Exhibit 72 was |
| 10:30:14 | 20 | presented to the witness.) |
| 10:30:14 | 21 | BY MR. CANNON: |
| 10:30:14 | 22 | Q. If you could look at that for a moment, |
| 10:30:16 | 23 | please, Dr. Katzenstein, and confirm for me that |
| 10:30:20 | 24 | this is the JID article you just referred to. |
| 10:30:33 | 25 | A. Yes, it is. |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 02:06:15 1 | MR. RODRIGUEZ: Objection. Calls for a legal |
| 02:06:17 2 | conclusion. |
| 02:06:21 3 | THE WITNESS: I think again, the safest thing |
| 02:06:22 4 | to say and the closest to the truth is I don't know. |
| 02:06:27 5 | I will offer that in the times between the patent |
| 02:06:33 6 | being -- some patent being filed, communications going |
| 02:06:36 7 | on, which are well-established, I guess -- |
| 02:06:39 8 | MR. RODRIGUEZ: Let me just caution you not |
| 02:06:40 9 | to reveal any attorney-client communications in what |
| 02:06:43 10 | you're about to say. |
| 02:06:45 11 | THE WITNESS: Oh, okay. No, this is simply |
| 02:06:46 12 | in my communications with Dr. Merigan, he explained |
| 02:06:49 13 | that these patents, should they go forward, would |
| 02:06:53 14 | belong primarily to Stanford University because our |
| 02:06:56 15 | work was done at Stanford, and that I -- neither I |
| 02:06:59 16 | nor -- I think that these were conversations that |
| 02:07:01 17 | involved Mark Holodniy as well -- should expect to use |
| 02:07:05 18 | the lay term we would get very much out of it |
| 02:07:07 19 | personally, that this was -- this was primarily a |
| 02:07:11 20 | Stanford effort. |
| 02:07:12 21 | BY MR. CANNON: |
| 02:07:12 22 |   Q. Did you get paid anything for assigning |
| 02:07:16 23 | your rights to the patent to Stanford? |
| 02:07:20 24 | MR. RODRIGUEZ: Objection. Calls for a legal |
| 02:07:22 25 | conclusion. |

172

CONFIDENTIAL - ATTORNEYS' EYES ONLY

02:07:24  1         THE WITNESS: No, but I know I haven't been
02:07:26  2    paid anything around the assignment of patent rights
02:07:29  3    that I know of.
02:07:30  4    BY MR. CANNON:
02:07:30  5         Q. I'm not trying to trick you here, but
02:07:32  6    there is a line in this assignment that says on the
02:07:34  7    very first page that says:
02:07:36  8              "Now, therefore, in consideration of the
02:07:38  9         sum of One Dollar ($1.00) to us in hand paid,
02:07:41 10         and other good and valuable consideration..."
02:07:44 11         And then it goes on. Do you see that
02:07:46 12    section?
02:07:46 13         A. On the first page.
02:07:47 14         Q. The first page of the assignment, so it's
02:07:49 15    the second to last page of the -- of the document.
02:07:58 16    Do you see that?
02:08:00 17         A. Mm-hmm.
02:08:02 18         Q. Were you in fact paid anything, $1 or
02:08:06 19    anything in consideration for signing this?
02:08:08 20         A. I do not recall being paid anything for --
02:08:15 21    and this would have been about 20 cents apiece.
02:08:34 22         MR. CANNON: Let's mark the next.
02:08:34 23         (Deposition Exhibit 211 marked by the
02:09:01 24         court reporter.)
02:09:01 25    BY MR. CANNON:

173

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:13:59 | 1 | conclusion. |
| 02:13:59 | 2 |     THE WITNESS: I haven't thought about it one |
| 02:14:01 | 3 | way or the other. |
| 02:14:09 | 4 |     MR. CANNON: Let's mark the next exhibit. |
| 02:14:09 | 5 |     (Deposition Exhibit 212 marked by the |
| 02:14:29 | 6 |     court reporter.) |
| 02:14:29 | 7 | BY MR. CANNON: |
| 02:14:30 | 8 |     Q. If you could look at Exhibit 212, please. |
| 02:14:32 | 9 | It's a two-page document marked STAN 003837 to |
| 02:14:41 | 10 | 003838. Appears to be a letter dated August the |
| 02:14:44 | 11 | 6th, 2003, to Mark Holodniy, David Katzenstein and |
| 02:14:48 | 12 | Thomas Merigan. |
| 02:14:51 | 13 |     Do you recall receiving this letter? |
| 02:14:52 | 14 |     A. I actually don't. |
| 02:14:54 | 15 |     Q. You don't recognize the document? |
| 02:14:56 | 16 |     A. No. |
| 02:14:57 | 17 |     Q. Okay. Dr. Katzenstein, you understand |
| 02:15:08 | 18 | that Cetus doesn't exist anymore, right? |
| 02:15:10 | 19 |     A. I do. |
| 02:15:11 | 20 |     Q. That some of its assets were sold to Roche |
| 02:15:14 | 21 | and some of its assets were sold to Chiron, right? |
| 02:15:18 | 22 |     A. Right. |
| 02:15:18 | 23 |     Q. Do you remember Shirley Kwok? |
| 02:15:20 | 24 |     A. Yes, very well. |
| 02:15:21 | 25 |     Q. And she -- she was at Cetus back in the |

178

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
02:15:24   1   '89-'90 time frame, right?
02:15:26   2        A.  Yes.
02:15:26   3        MR. RODRIGUEZ:  Objection.  Calls for
02:15:27   4   speculation.
02:15:28   5   BY MR. CANNON:
02:15:29   6        Q.  And then she went to Roche, right?
02:15:31   7        MR. RODRIGUEZ:  Objection.  Calls for
02:15:32   8   speculation.  Lacks foundation.
02:15:34   9        THE WITNESS:  I recall that she went to Roche
02:15:37  10   and she was in the Alameda research office up there
02:15:41  11   and --
02:15:41  12   BY MR. CANNON:
02:15:41  13        Q.  Did you have interactions with Shirley
02:15:45  14   Kwok after she went to Roche?
02:15:46  15        A.  Well, I do have -- I do recall one visit that
02:15:48  16   I made to the Alameda facility where I remember both
02:15:52  17   Shirley and John Sninsky being welcoming, and we had a
02:15:55  18   number of discussions.
02:15:56  19        Q.  What did -- when did this meeting take
02:15:59  20   place?
02:15:59  21        A.  I can't recall.
02:16:00  22        Q.  Was it in the mid-'90s?
02:16:03  23        A.  Probably.
02:16:04  24        Q.  Was it in connection with clinical trials
02:16:07  25   relating to Roche's Amplicor product?
```

179

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:16:13 | 1 | A. Yes. |
| 02:16:13 | 2 | Q. What was the nature of the discussions you |
| 02:16:15 | 3 | had with Shirley Kwok and John Sninsky at that |
| 02:16:18 | 4 | time? |
| 02:16:18 | 5 | A. I can't remember really. |
| 02:16:19 | 6 | Q. Why would you have visited them at the |
| 02:16:21 | 7 | Roche facility in Alameda at that time? |
| 02:16:24 | 8 | MR. RODRIGUEZ: Objection. Calls for |
| 02:16:25 | 9 | speculation. |
| 02:16:29 | 10 | THE WITNESS: I don't know. I mean, I |
| 02:16:33 | 11 | interacted with both of them professionally at both |
| 02:16:35 | 12 | meetings, over the telephone, we exchanged some |
| 02:16:39 | 13 | reagents, I supplied a number of plasma and virus |
| 02:16:48 | 14 | isolates to Shirley. I was concerned about Africa, |
| 02:16:53 | 15 | and she was interested in working on samples from some |
| 02:16:57 | 16 | type C patients, and we had those. |
| 02:16:58 | 17 | And I used to meet John Sninsky at a number |
| 02:17:01 | 18 | of scientific meetings, and he was a good friend of a |
| 02:17:05 | 19 | number of people at Stanford. Used to come down |
| 02:17:07 | 20 | there. So we had normal social and scientific |
| 02:17:10 | 21 | exchanges. |
| 02:17:14 | 22 | BY MR. CANNON: |
| 02:17:14 | 23 | Q. Did you ever coordinate a clinical trial |
| 02:17:17 | 24 | that involved Roche's Amplicor HIV product? |
| 02:17:21 | 25 | MR. RODRIGUEZ: Objection. Vague. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 02:17:24 1 | THE WITNESS: Yeah, the "involved" is a |
| 02:17:26 2 | little hard to answer. I can give you the history of |
| 02:17:30 3 | what I recall of the involvement of Roche with ACTG |
| 02:17:35 4 | 175. |
| 02:17:35 5 | BY MR. CANNON: |
| 02:17:35 6 |     Q.  That's the protocol I had in mind. |
| 02:17:39 7 |     A.  I could perhaps give you that as a narrative |
| 02:17:41 8 | as I remember it, and we can discuss it if that's |
| 02:17:44 9 | easier rather than the one question at a time thing. |
| 02:17:47 10 |     Q.  Ah, right.  Let me put a document in front |
| 02:17:48 11 | of you and that might frame -- might frame some of |
| 02:17:51 12 | the discussions. |
| 02:17:56 13 |         Could we mark the next exhibit, please? |
| 02:17:56 14 |         (Deposition Exhibit 213 marked by the |
| 02:18:22 15 |         court reporter.) |
| 02:18:22 16 | BY MR. CANNON: |
| 02:18:23 17 |     Q.  Marked as Exhibit 213, a document appears |
| 02:18:25 18 | to be a letter or a draft letter from you to |
| 02:18:29 19 | Shirley Kwok, and it has production labels STAN |
| 02:18:34 20 | 9462 through 9463. |
| 02:19:04 21 |     A.  Okay. |
| 02:19:05 22 |     Q.  What was your involvement with ACTG 175 |
| 02:19:08 23 | protocol? |
| 02:19:09 24 |     A.  Okay.  Well, it was a -- a clinical protocol |
| 02:19:15 25 | developed by initially Tom Merigan and Marty Hirsch, |

181

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   who were at the time the leadership of the what was
2   called the primary infection committee of the ACTG.
3   And with a number of other leaders of that at various
4   academic medical institutions, the question was what
5   was the next large clinical trial and what were the
6   principles to be evolved.
7            They essentially arranged for Scott Hammer
8   and I to be the co-chairs of that protocol, and that
9   went -- that took about a year's worth of development
10  from, I would say from mid-'91 to '92 or mid-'90 to
11  '91. The protocol -- actually I began enrolling
12  people, I believe, in '92. It was a three-year
13  follow-up of the longest time and we finished in '95,
14  so --
15       Q. What was the -- sorry. What was the
16  purpose of --
17       A. The primary objective was to compare two
18  drugs to one drug. That hadn't been done before in a
19  large efficacy trial in which the primary end point of
20  the study was maintaining CD4 cells at, you know, or
21  preventing a fall in CD4 cells to 50 percent of
22  baseline. And we spent a lot of time working with
23  statisticians, enrolled 2,000 patients at 50 sites
24  across the U.S., so it was a very large investment in
25  public funds in what was the first large -- it's still

182

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 02:20:45 | 1 the largest ever AIDS therapy trial done in the United |
| 02:20:49 | 2 States. |
| 02:20:49 | 3          There was a very specific subset that was |
| 02:20:53 | 4 called the virology subset.  I was the protocol |
| 02:20:56 | 5 virologist, and I was in charge of organizing real |
| 02:21:00 | 6 time virology as well as the storage and maintenance |
| 02:21:02 | 7 of samples.  So we did a large number of things with |
| 02:21:09 | 8 those 400 patients who are part of the virology |
| 02:21:13 | 9 subset.  And there are like 20 journal articles that |
| 02:21:17 | 10 detail each one of those. |
| 02:21:19 | 11          From your point of view, probably the most |
| 02:21:21 | 12 important question was the use of RNA PCR to monitor |
| 02:21:25 | 13 therapy in patients on this large trial.  We, in fact, |
| 02:21:30 | 14 at Stanford and the ACTG planned to do that using the |
| 02:21:33 | 15 Stanford assay as the protocol that was initially |
| 02:21:37 | 16 conceived in -- in the early '90s.  And the first |
| 02:21:41 | 17 patients enrolled in fact had samples stored in |
| 02:21:45 | 18 solution D.  As a result of discussions with people |
| 02:21:49 | 19 from Roche that occurred as the protocol was -- was |
| 02:21:53 | 20 well underway, we decided that, in fact, they were |
| 02:21:58 | 21 willing to provide their prototype assay. |
| 02:22:01 | 22          This particular letter represents, you know, |
| 02:22:04 | 23 my first discussions, I guess, with Shirley Kwok about |
| 02:22:08 | 24 this, and I keep blocking out the name of the guy from |
| 02:22:12 | 25 Roche Diagnostics, who, in fact, ended up joining me |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:22:16 | 1 | in the 175 team calls. We had a series of discussions |
| 02:22:21 | 2 | and decided that the three laboratories named, ours, |
| 02:22:23 | 3 | Scott Hammer's and Brooks Jackson's, would run all of |
| 02:22:25 | 4 | these prototype RNA assays. The statistical analysis |
| 02:22:31 | 5 | was going to be done by the AIDS clinical trials |
| 02:22:33 | 6 | group, ESTEC, Harvard, Michael Hughes. And in fact, |
| 02:22:36 | 7 | that's the data that's contained in the New England |
| 02:22:40 | 8 | Journal paper eventually published in '96 that |
| 02:22:43 | 9 | established HIV RNA quantitation as in fact a |
| 02:22:47 | 10 | surrogate marker for the activity of any |
| 02:22:51 | 11 | antiretroviral drug, which I think was important for |
| 02:22:53 | 12 | the patients, important for regulatory purposes, and |
| 02:22:56 | 13 | subsequently proved to be a part of the package insert |
| 02:22:59 | 14 | for the Amplicor test. |
| 02:23:01 | 15 | Q.  Amplicor being the Roche test? |
| 02:23:04 | 16 | A.  Right. |
| 02:23:04 | 17 | Q.  When did Roche propose to use their |
| 02:23:08 | 18 | prototype assay as part of this trial? |
| 02:23:13 | 19 | A.  I think sometime in late '94 or '95. |
| 02:23:16 | 20 | Q.  You mentioned something called the |
| 02:23:17 | 21 | Stanford assay. |
| 02:23:18 | 22 | A.  Yes. |
| 02:23:18 | 23 | Q.  What's that? |
| 02:23:19 | 24 | A.  That's the one that's described in the JID |
| 02:23:24 | 25 | article essentially. |

184

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

| | |
|---|---|
| 02:24:53  1 | Q. So you had a series of conversations with |
| 02:24:55  2 | Roche. They said they had the prototype assay and |
| 02:24:58  3 | then there was an agreement that the Roche assay |
| 02:25:01  4 | would be used as part of this trial? |
| 02:25:03  5 | A. Well, yes. But the trial had already |
| 02:25:07  6 | started, so there was an agreement that they would |
| 02:25:10  7 | provide the assay kits and training for the three |
| 02:25:14  8 | laboratories that were running. We, in turn, would |
| 02:25:17  9 | provide to them data which I believe would be useful |
| 02:25:21 10 | to them for the purpose of licensing their assay. In |
| 02:25:28 11 | other words, by -- by being a participant in the 175 |
| 02:25:33 12 | virology study in which -- because we also had an |
| 02:25:36 13 | analysis using culture, using P24, using many real |
| 02:25:42 14 | time things that one has to do. And much of the |
| 02:25:45 15 | validation of the Roche assay was the correlation of, |
| 02:25:49 16 | in fact, the stored plasma with, in fact, the results |
| 02:25:52 17 | of P24 assays, virus culture assays, SI assays, a |
| 02:25:57 18 | number of other assays that could have only been |
| 02:26:00 19 | produced in real time at these 11 laboratories. |
| 02:26:03 20 | Q. So Roche got access to that data? |
| 02:26:06 21 | A. Roche was able to access the clinical data, |
| 02:26:10 22 | which is what they were primarily interested in in |
| 02:26:13 23 | terms of the analysis produced in the New England |
| 02:26:16 24 | Journal paper. And you will find the 175 trial |
| 02:26:20 25 | results in the package insert for Roche Amplicor to |

186

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 02:26:24 | 1 | this very day. |
| 02:26:26 | 2 | MR. CANNON: Let's take a short break. |
| 02:26:31 | 3 | THE WITNESS: Okay. |
| 02:26:32 | 4 | VIDEO OPERATOR: The time is 2:26. We are |
| 02:26:34 | 5 | going off the record. |
| 02:29:06 | 6 | (Recess.) |
| 02:29:11 | 7 | VIDEO OPERATOR: The time is 2:29. We are |
| 02:29:22 | 8 | back on the record. |
| 02:29:24 | 9 | MR. CANNON: I have no further questions at |
| 02:29:26 | 10 | this time. Thanks very much for your cooperation. |
| 02:29:28 | 11 | MR. RODRIGUEZ: The witness would like the |
| 02:29:31 | 12 | opportunity to review and correct the transcript. |
| 02:29:35 | 13 | I have no questions. Sure, we'll mark it |
| 02:29:43 | 14 | attorneys' eyes only. |
| 02:29:45 | 15 | MR. CANNON: Thank you. |
| 02:29:49 | 16 | VIDEO OPERATOR: This concludes today's |
| 02:29:51 | 17 | deposition of Dr. David Katzenstein. The number of |
| 02:29:54 | 18 | media used was three. We're off the record at 2:30 |
| 02:29:57 | 19 | p.m. |
| | 20 | // |
| | 21 | // |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

187