# EXHIBIT 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY

    Plaintiff,

vs.                        No. C 05 04158 MHP

ROCHE MOLECULAR SYSTEMS,
et al.,

    Defendants.

AND RELATED CROSS ACTION

CERTIFIED COPY

DEPOSITION OF GEORGE JEN

Redwood City, California

Tuesday, August 15, 2006

REPORTED BY:
LYNNE LEDANOIS
CSR No. 6811

Job No. 3-51814

www.sarnoffcourtreporters.com

Irvine    Los Angeles    San Francisco

phone 877.955.3855    fax 949.955.3854


SARNOFF
Court Reporters and
Legal Technologies

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4   THE BOARD OF TRUSTEES OF THE
     LELAND STANFORD JUNIOR
 5   UNIVERSITY,
 6              Plaintiff,
 7   vs.                              No. C 05 04158 MHP
 8   ROCHE MOLECULAR SYSTEMS,
     et al.,
 9
                Defendants.
10   _____
     AND RELATED CROSS ACTION.
11
12   _____
13
14
15       Deposition of GEORGE JEN, taken on behalf of
16   Plaintiff, at 555 Twin Dolphin Drive, Redwood Shores,
17   California, beginning at 10:06 a.m., and ending at 11:10
18   a.m. on Tuesday, August 15, 2006, before LYNNE LEDANOIS,
19   CSR 6811.
20
21
22
23
24
25
```

2

```
 1   APPEARANCE OF COUNSEL:

 2

 3   For Plaintiff:

 4       COOLEY GODWARD
         BY: RICARDO RODRIGUEZ
 5       Attorney at Law
         Five Palo Alto Square
 6       3000 El Camino Real
         Palo Alto, California 94306-2155
 7       650.843.5000

 8   For Defendant:

 9       QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
         BY: ROBERT W. STONE
10       Attorney at Law
         555 Twin Dolphin Drive, Suite 560
11       Redwood Shores, California 94065
         650.801.5000
12       robertstone@quinn.com

13

14   VIDEOGRAPHER:

15       SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
         BY:  MARTY MAJDOUB
16       415.274.977

17

18

19

20

21

22

23

24

25
```

3

| | |
|---|---|
| 10:47:31  1 | MR. RODRIGUEZ: That's fine. Go ahead. |
| 10:47:33  2 | MR. STONE: Can we go off the record for a |
| 10:47:33  3 | moment? |
| 10:47:33  4 | MR. RODRIGUEZ: Sure. |
| 10:47:34  5 | VIDEOGRAPHER: We are now going off the video |
| 10:47:35  6 | record. The time is 10:49 a.m. |
| 7 | (Recess Taken.) |
| 10:48:02  8 | VIDEOGRAPHER: We are now back on the video |
| 10:49:28  9 | record. The time is 10:51 a.m. |
| 10:49:35 10 | BY MR. RODRIGUEZ: |
| 10:49:35 11 | Q   Mr. Jen, during the course of the |
| 10:49:36 12 | communications that you handled between Stanford and |
| 10:49:40 13 | Roche related to the '730 and '705, did you ever become |
| 10:49:43 14 | aware of any knowledge by Roche of the '730 patent prior |
| 10:49:47 15 | to your involvement? |
| 10:49:48 16 | MR. STONE: Same cautions to the witness. |
| 10:49:57 17 | THE WITNESS: No. No, I was not aware. |
| 10:50:06 18 | MR. RODRIGUEZ: We'll mark this as the next |
| 10:50:07 19 | one. |
| 10:50:21 20 | (Plaintiff's Exhibit 609 was marked for |
| 21 | identification by the Court Reporter.) |
| 10:50:21 22 | BY MR. RODRIGUEZ: |
| 10:50:21 23 | Q   The reporter has handed you what's been marked |
| 10:50:24 24 | as Exhibit 609. This is a one-page document having |
| 10:50:29 25 | Bates number RMS 00119. |

36

```
10:50:32   1            Would you please take a look at Exhibit 609 and
10:50:35   2    tell me if you recognize it?
10:50:36   3        A   Yes, I do.
10:50:38   4        Q   What is Exhibit 609?
10:50:42   5        A   It was my letter in response to Mr. Mejia's
10:50:48   6    letter dated March 12th in response to his letter and
10:50:53   7    his licensing offer.
10:50:58   8        Q   Do you see that it refers to in the first
10:51:00   9    paragraph -- first longer paragraph to certain Cetus
10:51:05  10    scientists?
10:51:14  11        A   You mean the second paragraph?
10:51:15  12        Q   Let me just say -- be more specific.
10:51:17  13            Do you see the sentence that begins, "We have
10:51:20  14    information indicating that certain Cetus scientists
10:51:23  15    likely contributed...," and then goes on from there?
10:51:26  16        A   Yes, I do.
10:51:27  17        Q   Who were the Cetus scientists that were being
10:51:30  18    referred to there?
10:51:30  19            MR. STONE:  I object to this line of
10:51:32  20    questioning, renew my continued objection that this
10:51:35  21    seeks evidence that's inadmissible under 408.
10:51:39  22            In addition, I caution the witness not to
10:51:41  23    disclose any attorney-client communications or work
10:51:44  24    product.  If information was communicated to Stanford
10:51:47  25    concerning that issue, go ahead and answer; otherwise,
```

37

|  |  |  |
|---|---|---|
|  | 1 | identification by the Court Reporter.) |
| 11:00:43 | 2 | BY MR. RODRIGUEZ: |
| 11:00:43 | 3 | Q   The reporter has handed you what's been marked |
| 11:00:46 | 4 | as Exhibit 612.  This is a document having Bates numbers |
| 11:00:49 | 5 | STAN 010298 through 010302. |
| 11:00:58 | 6 |    Would you please take a look at Exhibit 612 and |
| 11:01:01 | 7 | tell me if you recognize any portion of it? |
| 11:01:08 | 8 |    MR. STONE:  I'll object to questions concerning |
| 11:01:10 | 9 | this exhibit to the extent it seeks evidence that is |
| 11:01:12 | 10 | inadmissible under 408. |
| 11:01:19 | 11 |    THE WITNESS:  I recognize the accompanying |
| 11:01:21 | 12 | letter that was -- this is one of my letters to |
| 11:01:27 | 13 | Mr. Mejia. |
| 11:01:28 | 14 | BY MR. RODRIGUEZ: |
| 11:01:34 | 15 |    Q   Do you see in -- let me start again. |
| 11:01:36 | 16 |    Do you see on page STAN 010299 where it refers |
| 11:01:40 | 17 | to the interviewing of Cetus scientists who interacted |
| 11:01:46 | 18 | with Dr. Merrigan? |
| 11:01:50 | 19 |    A   Which paragraph is it?  Sorry. |
| 11:01:53 | 20 |    Q   This is the first longer paragraph, right after |
| 11:01:55 | 21 | the "thank you." |
| 11:01:59 | 22 |    A   Yes, I do see it. |
| 11:02:00 | 23 |    Q   Who were those Cetus scientists that were |
| 11:02:03 | 24 | interviewed? |
| 11:02:03 | 25 |    MR. STONE:  I'll caution the witness that |

42

1
2
3
4
5
6
7
8
9      I, GEORGE JEN, do hereby declare under penalty
10  of perjury that I have read the foregoing transcript;
11  that I have made any corrections as appear noted, in
12  ink, initialed by me; that my testimony as contained
13  herein, as corrected, is true and correct.
14      EXECUTED this __5th__ day of __September__,
15  20_06_, at __Piedmont__, __CA__.
                       (City)           (State)
16
17
18
19              _____
                     GEORGE JEN
20
21
22
23
24
25

45