# EXHIBIT 16

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF THE TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY,

    Plaintiff,

    vs.                    No. C-05-04158 MHP

ROCHE MOLECULAR SYSTEMS, INC.;
ROCHE DIAGNOSTICS CORPORATION;
ROCHE DIAGNOSTICS OPERATIONS,
INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.,

    Defendant.

**CERTIFIED COPY**

AND RELATED COUNTERCLAIM.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MARK HOLODNIY, M.D.

Palo Alto, California

Wednesday, July 19, 2006

Volume 1

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 3-49305



www.sarnoffcourtreporters.com
Irvine • Los Angeles • San Francisco
phone 877.955.3855 • fax 949.955.3854

**SARNOFF**
*Court Reporters and Legal Technologies*

**HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY**

| | | |
|---|---|---|
| 04:19:03 | 1 | Q. There's a number of elements of the HIV |
| 04:19:12 | 2 | RNA assay that are described in this abstract, |
| 04:19:15 | 3 | correct? |
| 04:19:18 | 4 | A. That's correct. |
| 04:19:19 | 5 | Q. In the second paragraph, the one that |
| 04:19:24 | 6 | begins "The amount of HIV-1," the second sentence |
| 04:19:28 | 7 | reads, "A method that detects and quantifies HIV-1 |
| 04:19:32 | 8 | viral RNA in serum is presented." |
| 04:19:35 | 9 | Do you see that? |
| 04:19:35 | 10 | A. Yes. |
| 04:19:35 | 11 | Q. And that reflects information that you |
| 04:19:37 | 12 | learned from Cetus, correct? |
| 04:19:38 | 13 | MS. RHYU: Objection. Calls for a legal |
| 04:19:44 | 14 | conclusion as to "information" and vague as to |
| 04:19:51 | 15 | "reflects information." |
| 04:19:56 | 16 | THE WITNESS: That reflects a method from |
| 04:20:05 | 17 | experiments that I conducted in the latter part of |
| 04:20:11 | 18 | 1989 to quantitate HIV RNA in serum. |
| 04:20:11 | 19 | BY MR. STONE: |
| 04:20:18 | 20 | Q. The method for detecting HIV-1 RNA in |
| 04:20:22 | 21 | serum, you learned that method at Cetus, correct? |
| 04:20:25 | 22 | MS. RHYU: Objection. Lacks foundation. |
| 04:20:32 | 23 | THE WITNESS: I developed that assay with |
| 04:20:35 | 24 | assistance from Cetus scientists while I was at Cetus. |
| 04:20:35 | 25 | BY MR. STONE: |

252

# Errata Sheet

Re: Stanford v. Roche et al.
USDC, Northern District of California Case No. C-05-04158 MHP
Deposition of Mark Holodniy
Taken July 19-20, 2006

| Page & Line Number | Correction |
|---|---|
| Page 46, line 3 | Change "I do not" to --Not that I am aware of--. |
| Page 69, line 9 | Change "what every" to --whatever--. |
| Page 81, line 2 | Change "It was in" to --It was not in--. |
| Page 392, line 23 | Change "That's correct" to --That refers to the RNA transcript handed to me by Clayton Casipit--. |
| Page 393, line 7 | Change "reflected" to --referred--. |
| Page 397, line 22 | Change "cites" to --sites--. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Date: 8/15/06     Signature: /s/ M. Holodniy

733482 v2/PA