Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 113 Att. 2



```
    #1         10-NOV-1988 08:54:53                                    NEWMAIL
From:   C::CHANGL
To:     WARWICK, KONRAD, BAIADM, CHANGL
Subj:   mb-pls handle from folder prep to contract for my review; thanks

as a side note, i recollect that the pcr folks didn't want to
colloborate w/ "a D. Schwartz" from stanford. i'll check into
this. in the meantime, michael will prep the agt so there will
be no delays.

tahnks,
lucy

From:   A::WARWICK        9-NOV-1988 14:15
To:     CHANGL,PARADISEC,KREUSCHER,KONRAD,WARWICK
Subj:   Lucy: pls begin contract preparation;I'll get request signed.thks,mw

From:   C::KONRAD         9-NOV-1988 14:09
To:     WARWICK,KONRAD
Subj:   David Schwartz

Press RETURN for more...

MAIL>
    #1         10-NOV-1988 08:54:53                                    NEWMAIL

Dr David Schwartz is a member of the group at Stanford that is
using Cetus IL-2 in combination with AZT to treat AIDS patients
(Trial ATEU 24, T Merigan, P.I.). He wishes to obtain IL-2
pharmacokinetic data during this trial, but Cetus is unable to
assay the samples for him (we have a 6 months back log on clinical
IL-2 assays).

He will visit Cetus Thursday morning, November 17th to obtain
a flask containing the IL-2 dependent cell line HT2, which he
 eeds to set up the assay. I would also like to give him 3 vials
of IL-2 for use in the assay.

I would like the necessary forms for the transfer of these
```

ATTORNEYS' EYES ONLY -- RESTRICTED

RMS 0063961

Dockets.Justia.com