# Test Case (Gen-Probe)

ATTORNEYS' EYES ONLY–
RESTRICTED

| | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Market (Kits)** | | | | | | | | | | | | | |
| Sexually Trans. Dis. | 1 | 2 | 15 | 25 | 40 | 80 | 95 | 105 | 110 | 110 | 110 | 110 | 110 |
| Retroviruses | - | - | - | 10 | 20 | 50 | 85 | 95 | 100 | 100 | 100 | 100 | 100 |
| Hepatitis | - | - | - | 10 | 20 | 40 | 75 | 85 | 90 | 90 | 90 | 90 | 90 |
| Other Inf. Dis | 4 | 5 | 10 | 15 | 20 | 40 | 70 | 90 | 100 | 110 | 120 | 130 | 140 |
| Total | 5 | 7 | 25 | 60 | 100 | 210 | 325 | 375 | 400 | 410 | 420 | 430 | 440 |
| **Ex-US Market (Kits)** | | | | | | | | | | | | | |
| Sexually Trans. Dis. | - | 5 | 10 | 40 | 80 | 95 | 105 | 110 | 110 | 110 | 110 | 110 | 110 |
| Retroviruses | - | 5 | 20 | 50 | 100 | 140 | 160 | 180 | 190 | 195 | 200 | 200 | 200 |
| Hepatitis | - | 5 | 20 | 50 | 100 | 140 | 160 | 180 | 190 | 195 | 200 | 200 | 200 |
| Other Inf. Dis. | - | 5 | 20 | 40 | 80 | 120 | 160 | 200 | 220 | 240 | 260 | 280 | 300 |
| Total | | 20 | 70 | 180 | 360 | 495 | 585 | 670 | 710 | 740 | 770 | 790 | 810 |
| Total | | 27 | 95 | 240 | 460 | 705 | 910 | 1045 | 1110 | 1150 | 1190 | 1220 | 1250 |
| Roche % | 0 | 100 | 90 | 90 | 85 | 85 | 80 | 80 | 75 | 75 | 75 | 75 | 75 |
| Roche $ (ex US) | 0 | 20 | 60 | 160 | 300 | 420 | 460 | 530 | 535 | 555 | 580 | 590 | 600 |
| Roche $ (US) | 0 | 0 | 20 | 55 | 85 | 180 | 260 | 300 | 310 | 320 | 325 | 330 | 340 |
| Roche $ (Total) | 0 | 20 | 80 | 215 | 385 | 600 | 720 | 830 | 845 | 875 | 905 | 920 | 940 |

**RBL (Services)**

Inf. Dis

Genetic

Oncogene

Forensic

RMS 78280

Δ π EXHIBIT 632
Deponent Ostrach
Date 8/21/06 Rptr. SFG
WWW.DEPOBOOK.COM

# Base Case ($ Mil)

| | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Market (Kits)** | | | | | | | | | | | | | |
| Sexually Trans. Dis. | 1 | 2 | 3 | 6 | 10 | 40 | 80 | 95 | 105 | 110 | 110 | 110 | 110 |
| Retro viruses | - | - | - | - | - | 20 | 50 | 85 | 95 | 100 | 100 | 100 | 100 |
| Hepatitis | - | - | - | - | - | 15 | 40 | 75 | 85 | 90 | 90 | 90 | 90 |
| Other Inf. Dis. | 4 | 5 | 6 | 7 | 10 | 20 | 40 | 70 | 90 | 100 | 110 | 120 | 130 |
| Total | 5 | 7 | 9 | 13 | 20 | 95 | 210 | 325 | 375 | 400 | 410 | 420 | 430 |
| **Ex-US Market (kits)** | | | | | | | | | | | | | |
| Sexually Trans. Dis. | - | - | - | 5 | 10 | 40 | 180 | 95 | 105 | 110 | 110 | 110 | 110 |
| Retroviruses | - | - | - | 10 | 20 | 50 | 100 | 140 | 160 | 180 | 190 | 195 | 200 |
| Hepatitis | - | - | - | 10 | 20 | 50 | 100 | 140 | 160 | 180 | 190 | 195 | 200 |
| Other Inf. Dis. | - | - | - | 10 | 20 | 40 | 80 | 120 | 160 | 200 | 220 | 240 | 260 |
| Total | - | - | - | 35 | 70 | 180 | 360 | 495 | 585 | 670 | 710 | 740 | 770 |
| **Total** | - | - | - | 48 | 90 | 275 | 570 | 820 | 960 | 1070 | 1120 | 1160 | 1200 |
| Roche % | 0 | 0 | 0 | 50 | 90 | 90 | 85 | 80 | 75 | 70 | 70 | 70 | 70 |
| Roche $ (ex-US) | 0 | 0 | 0 | 20 | 70 | 165 | 305 | 390 | 440 | 465 | 490 | 515 | 540 |
| Roche $ (US) | 0 | 0 | 0 | 5 | 10 | 85 | 175 | 260 | 280 | 285 | 290 | 295 | 300 |
| Roche $ (Total) | 0 | 0 | 0 | 25 | 80 | 250 | 480 | 650 | 720 | 750 | 780 | 810 | 840 |
| **RBL (Services)** | | | | | | | | | | | | | |
| Inf Dis | | | | | | | | | | | | | |
| Genetic | | | | | | | | | | | | | |
| Oncogene | | | | | | | | | | | | | |
| Forensic | | | | | | | | | | | | | |

ATTORNEYS' EYES ONLY–RESTRICTED

RMS 78281

ATTORNEYS' EYES ONLY— RESTRICTED

optimistic

# Gen-Probe Scenarios ($ Million)

4/6/89

| | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Case (1) | | | | | | | | | | | | | |
| US | 0 | 0 | 0 | 5 | 10 | 85 | 175 | 260 | 280 | 285 | 290 | 295 | 300 |
| X-US | 0 | 0 | 0 | 20 | 70 | 165 | 305 | 390 | 440 | 465 | 490 | 515 | 540 |
| Total | 0 | 0 | 0 | 25 | 80 | 250 | 480 | 650 | 720 | 750 | 780 | 810 | 840 |
| Realistic | 0 | 0 | 0 | 15 | 50 | 165 | 320 | 430 | 475 | 500 | 515 | 535 | 555 |
| Pessimistic | 0 | 0 | 0 | 10 | 25 | 80 | 160 | 215 | 240 | 250 | 260 | 270 | 280 |
| Test Case (2) | | | | | | | | | | | | | |
| US | 0 | 0 | 20 | 55 | 85 | 180 | 260 | 300 | 310 | 320 | 325 | 330 | 340 |
| X-US | 0 | 20 | 60 | 160 | 300 | 420 | 460 | 530 | 535 | 555 | 580 | 590 | 600 |
| Total | 0 | 20 | 80 | 215 | 385 | 600 | 720 | 830 | 845 | 875 | 905 | 920 | 940 |
| Realistic | 0 | 15 | 50 | 140 | 255 | 400 | 475 | 550 | 560 | 580 | 600 | 610 | 620 |
| Pessimistic | 0 | 5 | 25 | 70 | 130 | 200 | 240 | 275 | 280 | 290 | 300 | 305 | 310 |
| Competitive Case (3) | | | | | | | | | | | | | |
| US | 0 | 0 | 0 | 3 | 5 | 30 | 70 | 110 | 190 | 150 | 160 | 165 | 170 |
| X-US | 0 | 0 | 0 | 7 | 35 | 90 | 150 | 200 | 220 | 230 | 240 | 250 | 260 |
| Total | 0 | 0 | 0 | 10 | 40 | 120 | 220 | 310 | 360 | 380 | 400 | 415 | 430 |
| Realistic | 0 | 0 | 0 | 5 | 25 | 80 | 145 | 205 | 240 | 250 | 265 | 275 | 285 |
| Pessimistic | 0 | 0 | 0 | 4 | 15 | 40 | 75 | 100 | 120 | 125 | 130 | 135 | 140 |

(1) neither Roche nor Kodak acquires Gen-Probe technology
(2) Roche acquires Gen-Probe technology
(3) Kodak acquires Gen-Probe technology

# Gen-Probe Scenarios
($ Million)

| | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Base Case (1)** | | | | | | | | | | | | | |
| US | 0 | 0 | 0 | 5 | 10 | 85 | 175 | 260 | 280 | 285 | 290 | 295 | 300 |
| X-US | 0 | 0 | 0 | 20 | 70 | 165 | 305 | 390 | 440 | 465 | 490 | 515 | 540 |
| Total | 0 | 0 | 0 | 25 | 80 | 250 | 480 | 650 | 720 | 750 | 780 | 810 | 840 |
| **Test Case (2)** | | | | | | | | | | | | | |
| US | 0 | 0 | 20 | 55 | 85 | 180 | 260 | 300 | 310 | 320 | 325 | 330 | 340 |
| X-US | 0 | 20 | 60 | 160 | 300 | 420 | 460 | 530 | 535 | 555 | 580 | 590 | 600 |
| Total | 0 | 20 | 80 | 215 | 385 | 600 | 720 | 830 | 845 | 875 | 905 | 920 | 940 |
| **Competitive Case (3)** | | | | | | | | | | | | | |
| US | 0 | 0 | 0 | 3 | 5 | 30 | 70 | 110 | 140 | 150 | 160 | 165 | 170 |
| X-US | 0 | 0 | 0 | 7 | 35 | 90 | 150 | 200 | 220 | 230 | 240 | 250 | 260 |
| Total | 0 | 0 | 0 | 10 | 40 | 120 | 220 | 310 | 360 | 380 | 400 | 415 | 430 |

(1) neither Roche nor Kodak acquires Gen-Probe technology
(2) Roche acquires Gen-Probe technology
(3) Kodak acquires Gen-Probe technology

ATTORNEYS' EYES ONLY–
RESTRICTED

# Gen-Probe Scenarios
($ million)

4/6/89

ATTORNEYS' EYES ONLY–
RESTRICTED

| | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Base Case[1]** | | | | | | | | | | | | | |
| US | 0 | 0 | 0 | 5 | 10 | 85 | 175 | 260 | 280 | 285 | 290 | 295 | 300 |
| X-US | 0 | 0 | 0 | 20 | 70 | 165 | 305 | 390 | 440 | 465 | 490 | 515 | 540 |
| Total | 0 | 0 | 0 | 25 | 80 | 250 | 480 | 650 | 720 | 750 | 780 | 810 | 840 |
| **Test Case[2]** | | | | | | | | | | | | | |
| US | 0 | 0 | 20 | 55 | 85 | 180 | 260 | 300 | 310 | 320 | 325 | 330 | 340 |
| X-US | 0 | 20 | 60 | 160 | 300 | 420 | 460 | 530 | 535 | 555 | 580 | 590 | 600 |
| Total | 0 | 20 | 80 | 215 | 385 | 600 | 720 | 830 | 845 | 875 | 905 | 920 | 940 |
| **Competitive Case[3]** | | | | | | | | | | | | | |
| US | 0 | 0 | 0 | 3 | 5 | 30 | 70 | 110 | 140 | 150 | 160 | 165 | 170 |
| X-US | 0 | 0 | 0 | 7 | 35 | 90 | 150 | 200 | 220 | 230 | 240 | 250 | 260 |
| Total | 0 | 0 | 0 | 10 | 40 | 120 | 220 | 310 | 360 | 380 | 400 | 415 | 430 |

(1) neither Roche nor Kodak acquires Gen-Probe technology
(2) Roche acquires Gen-Probe technology
(3) Kodak acquires Gen-Probe technology

# Est. U.S. Market
$ (million)

| | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sexually Trans. Dis. | 13 | 42 | 80 | ~~106~~ 105 | ~~106~~ 105 | ~~106~~ 105 | ~~85~~ 105 → | ~~66~~ → | ~~52~~ → | ~~39~~ → |
| Retroviruses | – | 20 | 50 | 85 | 95 | 95 | ~~90~~ 95 → | ~~60~~ → | ~~30~~ → | ~~20~~ → |
| Hepatitis | – | 13 | 33 | 65 | 75 | 75 | 75 → | ~~50~~ → | ~~25~~ → | ~~13~~ → |
| Other Inf. Dis. | 10 | 20 | 40 | 70 | 80 | 90 | 100 | ~~80~~ 105 | ~~50~~ 110 | ~~40~~ 115 |
| Genetic Disorders | – | – | 5 | 10 | 20 | 45 | 80 | 100 | 100 | 100 |
| Cancer | – | – | – | 2 | 4 | 10 | 20 | 30 | 40 | 50 |
| Tissue Typing | – | 2 | 4 | 6 | 10 | 20 | 25 | 30 | 30 | 30 |
| Total | 23 | 97 | 212 | 344 | 390 | 441 | 475 | 416 | 327 | 29[illegible] |

ATTORNEYS' EYES ONLY–
RESTRICTED

# Est RDS Sales
## $ (Million)
## Case #1

| | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| S.T.D. | 3 | 11 | 20 | 27 | 27 | 27 | 21 | 17 | 13 | 1 |
| Retroviruses | - | 5 | 13 | 21 | 24 | 24 | 23 | 15 | 8 | [illegible] |
| Hepatitis | - | 3 | 8 | 16 | 19 | 19 | 19 | 13 | 6 | [illegible] |
| Other Inf. Dis. | - | - | 3 | 5 | 10 | 18 | 20 | 23 | 25 | 2 |
| Genetic Disorders | - | - | 1 | 3 | 5 | 11 | 20 | 25 | 25 | 2 |
| Cancer | - | - | - | 1 | 2 | 3 | 5 | 8 | 10 | 1 |
| Tissue Typing | - | - | 1 | 2 | 3 | 5 | 6 | 7 | 7 | |
| Total | 3 | 19 | 46 | 75 | 90 | 107 | 114 | 108 | 94 | 8 |

Assumptions:

PCR licensed to Roche, Kodak and duPont

LCR Licensed to Abbott

ATTORNEYS' EYES ONLY–RESTRICTED

RMS 78286

## Case #2

| | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| S.T.D. | 4 (510K →) | 14 | 26 | 35 | 35 | 35 | 28 | 22 | 17 | 1 |
| Retroviruses | - | 7 | 17 | 28 | 31 | 31 | 30 | 20 | 10 | 7 |
| Hepatitis | - | 4 | 11 | 21 | 25 | 25 | 25 | 17 | 8 | 4 |
| Other Inf. Dis. | - | - | 4 | 7 | 13 | 23 | 26 | 30 | 33 | 2 |
| Genetic Disorders | - | - | 2 | 4 | 7 | 15 | 26 | 33 | 33 | 3 |
| Cancer | - | - | - | 1 | 2 | 3 | 7 | 10 | 13 | 17 |
| Tissue Typing | - | - | 1 | 2 | 3 | 7 | 9 | 10 | 10 | 1 |
| Total | 4 | 25 | 61 | 98 | 116 | 139 | 151 | 142 | 124 | 11 |

Assumptions:

PCR licensed to Roche and Kodak only
LCR licensed to Abbott

ATTORNEYS' EYES ONLY–RESTRICTED

## Case # 3

| | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | [illegible] |
|---|---|---|---|---|---|---|---|---|---|---|
| S.T.D. | 3 | 8 | 16 | 21 | 21 | 21 | 17 | 13 | 10 | 8 |
| Retroviruses | - | 3 | 8 | 13 | 14 | 14 | 14 | 9 | 5 | 3 |
| Hepatitis | - | 2 | 5 | 10 | 11 | 11 | 11 | 8 | 4 | 2 |
| Other Inf. Dis. | - | - | 3 | 5 | 10 | 18 | 20 | 23 | 25 | [illegible] |
| Genetic Disorders | - | - | 1 | 3 | 5 | 11 | 20 | 25 | 25 | [illegible] |
| Cancer | - | - | - | 1 | 2 | 3 | 5 | 8 | 10 | [illegible] |
| Tissue Typing | - | - | 1 | 2 | 3 | 5 | 6 | 7 | 7 | |
| Total | 3 | 13 | 34 | 55 | 66 | 83 | 93 | 93 | 86 | [illegible] |

Assumptions:

PCR licensed to Roche, Kodak and Abbott

LCR licensed to du Pont

ATTORNEYS' EYES ONLY–
RESTRICTED

RMS 78288

RDS Product Menu

HIV I
HTLV I
HBV
HPV (groups?)
Blood cultures (n25MM, US incl spirals)
- + - bacteria ?
- bacteria vs virus ?
- gm + - ?

Borrelia
Mycobacterium tub.
Chlamydia
GC
HSV ?
Diarrhea ?
- Rotavirus
- ETCE
- Sal
- Shig

Respiratory ?
- RSV
- Flu
- Adeno

EBV ?
CMV ?
Pneumocystis ?

ATTORNEYS' EYES ONLY–
RESTRICTED

Gen-Probe Plan
1. HPA-Based
2. AE label
3. Simple sample pre-treatment

Presumed system

1st gen (91-92)
1. Diluter for sample prep. 5
2. Rack cycler 30+30
3. Luminometer 30 " 1½ hr

2nd gen (93 →)
1. Integrated automation (batch)

Probable assays

| | Est launch US | Est launch ex US |
|---|---|---|
| HBV (existing) | 93 | 91 |
| HIV-1 (existing) | 93 | 91 |
| HTLV-1 | 93 | 91 |
| Chlamydia (existing + GP) | 91 | 91 |
| GC (GP) | 91 | 91 |
| HPV (existing) | 91 | 91 |
| Blood culture | 91 | 91 |
| TB (GP) | 91 | 91 |
| Legionella (GP) | 91 | 91 |
| Mycoplasma (GP) | 91 | 91 |

ATTORNEYS' EYES ONLY--
RESTRICTED

Base Plan
1. MTP - based
2. ? label (Fluor. or Enz.)
3. ? Sample pre-treatment

Presumed System
1. Off-line sample prep — 30 min
2. MTP cycler (4 plates) — 60 min + 60 min
3. MTP Washer — Total = 2½ hr
4. MTP Reader (Fluor. or Enz.)

Probable assays

| | Est launch | |
|---|---|---|
| | US | ex US |
| HIV 1 (existing) | 95 | 93 |
| HTLV 1 | 95 | 93 |
| HBV | 95 | 93 |
| Chlamydia (existing) | 93 | 93 |
| GC | 93 | 93 |
| HPV (existing) | 93 | 93 |
| Blood culture | 93 | 93 |
| TB | 93 | 93 |

ATTORNEYS' EYES ONLY--
RESTRICTED

Kits

| | yr 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Retroviruses | 4.5 | 17.5 | 26.0 | 26.0 | 26.0 |
| Hepatitis | 3.5 | 14.0 | 21.0 | 21.0 | 21.0 |
| STD | 6.5 | 13.0 | 26.0 | 40.0 | 40.0 |
| Bacteremia | - | 2.5 | 4.5 | 9.0 | 13.5 |
| Misc. | - | - | 1.0 | 2.0 | 4.0 |
| Total | 14.5 | 47.0 | 78.5 | 98.0 | 104.5 |

ATTORNEYS' EYES ONLY-- RESTRICTED

Total Mkt estimate

Retrovirus -

Blood screening:

29 mil tests @ $2.00 = $58 mil

Therapy Monitoring:

1.2 mil HIV+ AIDS/ARC @ 4x $2.00 = 9.6

~~new # 50K new pts/yr (avg) @ 4x 2.00 = 0.4~~

Diagnosis:

10 mil tests @ $2.00 = 20 mil

Total Retrovirus ~ $88 mil

Hepatitis -

Blood screening:

29 mil tests @ 2.00 = $58 mil

Therapy monitoring:

~~1 mil carriers @ 4 x $2.00 = 8~~

0.2 new case @ 4 x $2.00 = 1.6

Diagnosis:

5 mil tests @ $2.00 = 10

Total Hepatitis = ~ $170 mil

ATTORNEYS' EYES ONLY– RESTRICTED

STD:

Chlamydia:

15 mil tests @ $3.00 = $45 mil

Gonorrhea:

5 mil tests @ $2.00 = 10

HSV:

5 mil HSV @ $3.00 = 15

HPV:

20 mil PAPs @ $3.00 = 60

PPNG:

1 mil G.C. pos @ $2.00 = 2

Total STD $132

Blood Cultures:

15 mil cultures @ $3.00 / qual screen $45 mil

Misc (TB, Hemophyllis, Diarrhea):

10 mil @ $2.00 $20 mil

Total SKIM ~ $355 mil

ATTORNEYS' EYES ONLY–
RESTRICTED

1987 : No. OF TESTS

| | | (MM) |
|---|---|---|
| RETROVIRUSES : | TOTAL : | 39.4 |
| BLOOD SCREENING : | | 29.1 |
| DIAGNOSTIC | | 10.3 |

THERAPY MONITORING :

| | |
|---|---|
| CUMULATIVE TOTAL NO. OF AIDS CASES IN THE U.S. | 58,557 |
| NO. OF NEW CASES IN 1987 | 20,000. |
| ~~NO. OF PATIENTS CURRENTLY ALIVE~~ | ~~25,800~~ |
| NO. OF PATIENTS WITH ARC | 400,000 |
| PROJECTED # OF HIV PTS. BY 1991 | 270,000. |
| NO. OF PEOPLE CURRENTLY INFECTED WITH HIV | 1,500,000 |

ATTORNEYS' EYES ONLY–
RESTRICTED

RMS 78295

1987 TEST VOL.

| | | (MM). |
|---|---|---|
| Hepatitis | TOTAL | 102.4 |
| Blood Screening: | | 70.6 |
| Diagnostic | | 31.8 |

THERAPY

| | |
|---|---|
| No. OF NEW 'HEP A' CASES/YR | 22,000. |
| No. OF NEW 'HEP B' CASES/YR | 200,000 |
| No. OF CHRONIC HBV CARRIERS | 1,000,000 |

ATTORNEYS' EYES ONLY— RESTRICTED

1987: No. Of Tests

| STDs | (MM) | % AAG |
|---|---|---|
| PAP SMEARS | 26.0 | 6.0%. |
| CHLAMYDIA | 10.0 | 22.1%. |
| GONORRHEA | 32.0 | 10.1% |
| No. OF GC CASES/YR 3,000,000. | | |
| Herpes. | 4.1 | 15.0%. |

ATTORNEYS' EYES ONLY--
RESTRICTED

1987 No. OF TESTS.

| | (MM) | [illegible] |
|---|---|---|
| No. of Blood cultures/yr. i.e. # of TESTS FOR SEPTICEMIA | 15.3. | |
| Mycobacteria. culture | 5.5 | |
| Haemophilus culture | 0.4 | |
| Rotavirus | | |
| - E.I.A | 0.1 | |
| - Clumping/aggregation | 0-03. | |

ATTORNEYS' EYES ONLY— RESTRICTED