Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al — Doc. 113 Att. 5
Case 3:05-cv-04158-MHP  Document 113-6  Filed 11/15/2006  Page 1 of 3

## Primary Applications

**Retroviruses (HIV I, HIV II, HTLV I, et al)**
1. Blood Screening — combo @ $2.00
2. Therapy monitoring — 4x per patient @ $200.00
3. ~~Diagnosis~~

**Hepatitis**
1. Blood Screening (B, Non A/B)
2. Therapy monitoring
3. Diagnosis

**STD** herpes
1. Chlamydia +
2. GC, including PPNG
3. HPV - pop

**Blood**
1. Most common Bacteria (4-6)

**Respiratory**
1. Mycobacteria
2. Hameophilis

**Enteric**
1. Rotavirus
2. Enterotoxigenic E. Coli
3. Campglobacter

Δπ EXHIBIT 633
Deponent Ostrach
Date 8/24/06  Rptr SFB
www.DEPOBOOK.COM

ATTORNEYS' EYES ONLY--
RESTRICTED

RMS 78299

Dockets.Justia.com

## Assumptions for DNA Probe Analysis

**Retroviruses:**
- Blood Screening - single combo test for all viruses @ $3.00/test (# units × $3.00)
- Therapy Monitoring - 4 tests per patient for HIV I @ $2.00 ea (# new patients × $8.00)
- Diagnosis - 1 HIV I test per 3× new HIV I patients @ $5.00 ea (# new patients × $5.00)

**Hepatitis:**
- Blood Screening - single combo test for A, B and NAB @ $3.00/test (# units × $3.00)
- Therapy monitoring - 4 tests per patient for HBV @ $2.00 ea (# new patients × $8.00)
- Diagnosis - 1 HBV test per 3× new HBV patients @ $5.00 ea (# new patients × $15.00)

**STD**
- Chlamydia - single test for each PAP smear @ $3.00 ea (# PAP × $3.00)
- G.C. - single test for each G.C. culture @ $2.00 ea (# G.C. cultures × $2.00)
- PPNG: single test for each positive G.C. culture @ $2.00 ea (# G.C. patients × $2.00)
- HPV - single test for each PAP @ $3.00 ea

ATTORNEYS' EYES ONLY RESTRICTED

RMS 78300

(# PAP smears × $3.00)

HSV - single test for 50% of GC culture (½ × G.C culture × 2.0)

Blood:
- Single test for blood culture to detect presence/absence of bacteria @ $3.00 ea (# blood cultures × $3.00)

Enteric:
- 3 tests for pediatric diarrhea @ $2.00 each (# of diarrhea cases × $6.00)

Respiratory:

Revenue Assumptions:
- Retrovirus & Hepatitis at launch
- STD panel in year 2
- Blood culture in year 3
- Enteric panel in year 4
- Respiratory panel in year 5

Market Share

ATTORNEYS' EYES ONLY — RESTRICTED

RMS 78301

| | yr 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Retro and Hep | 5% | 20 | 30 | 30 | 30 |
| STD | - | 5 | 10 | 20 | 30 |
| Blood | - 1 yr | - | 5 | 10 | 20 |
| Enteric | - | - | - | 5 | 10 |
| Respiratory | - | - | - | - | 5 |