My File

# PENNIE & EDMONDS

NEW YORK OFFICE
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
TELEPHONE: (212) 790-9090
FACSIMILE: (212) 869-9741/8864

2730 SAND HILL ROAD
MENLO PARK, CALIFORNIA 94025
TELEPHONE: (415) 854-3660
FACSIMILE: (415) 854-3694

WASHINGTON OFFICE
1701 PENNSYLVANIA AVENUE N.W.
SUITE 1000
WASHINGTON, D.C. 20006
TELEPHONE: (202) 393-0177
FACSIMILE: (202) 393-0462

June 12, 1995

Our Ref.: 7627-002

Mr. Luis R. Mejia
Licensing Associate
Office of Technology Licensing
Stanford University
857 Serra Street, 2nd Floor
Stanford, CA 94305

Re:   U.S.S.N. 07/883,327
      Filed: May 14, 1992
      By: Kozal et al.
      For:  POLYMERASE CHAIN REACTION ASSAYS FOR MONITORING
            ANTIVIRAL THERAPY AND MAKING THERAPEUTIC DECISIONS IN
            THE TREATMENT OF ACQUIRED IMMUNODEFICIENCY SYNDROME
      Our Ref:  7627-002-999

Dear Mr. Mejia:

    Enclosed herewith for your files is a copy of the Assignment which was filed with the United States Patent and Trademark Office on June 9, 1995 in the above-referenced application.

    Please feel free to call with any questions.

Very truly yours,

Debra J. Glaister
Patent Agent

Enclosures

c:  Laura A. Coruzzi, Esq. (w/enc)
    Deborah J. Barnett, Esq. (w/enc)

PENNIE 000125
CONFIDENTIAL ATTORNEYS'
EYES ONLY

PEMP-39225.1

Dockets.Justia.com

NY
FILE COPY

Express Mail No. TB 666 913 291 US    First Class Mail ( )
Date Mailed June 9, 1995
Ser. No. 07/883,327    Filed May 14, 1992
Inventor Kozal et al.
For POLYMERASE CHAIN REACTION ASSAYS FOR MONITORING ANTIVIRAL THERAPY AND MAKING THERAPEUTIC DECISION IN THE TREATMENT OF ACQUIRED IMMUNODEFICIENCY SYNDROME

( ) Affidavit/Declaration
( ) Amendment
( ) Application _____ pages
    _____ Claims _____ Drawings
( ) Appeal, Notice of
(X) Assignment
( ) Brief (in triplicate)
( ) Declaration & Power of Attorney
( ) Design Application
( ) Disclaimer
( ) Disclosure Statement
( ) w/refs. ( ) w/o refs.
( ) Drawings, Formal
    _____ Sheets _____ Figures

( ) Fee Address Indication Form
( ) Fee Calculation
( ) Issue Fee Transmittal
( ) Letter
( ) Oral Hearing Req./Confirm.
( ) Petition to Extend Time
( ) Pet. under 37 C.F.R. _____
( ) Power of Attorney
    _____ Associate _____ w/Revocation
( ) Sequence Listing w/Computer
    Readable and Paper Copies
( ) Small Entity Statement
( ) Status Letter
( ) Transmittal Letter

Other: Assignment Recordation Form Cover Sheet (original + copy)
       Postcard; Express Mail Certificate
File No. 7627-002    Sender LAC/DJB/DZG/pds

PENNIE 000126

RECORDATION FORM COVER SHEET
# PATENTS ONLY

Attorney Docket Number
7627-002

TO THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
Box Assignments
Washington, DC 20231
Please record the attached original documents or copy thereof.

| | |
|---|---|
| 1. Name of conveying party(ies):<br>**Michael J. Kozal, Thomas C. Merigan, Mark Holodniy, and David A. Katzenstein**<br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | 2. Name and address of receiving party(ies):<br>Name: **Leland Stanford Junior University**<br>Address: **900 Welch Road, Suite 350**<br>**Palo Alto, CA 94304-1850**<br>Country (if other than USA): |
| 3. Nature of conveyance:<br>☒ Assignment   ☐ Merger<br>☐ Security Agreement   ☐ Change of Name<br>☐ Other<br>Execution Date: **Thomas C. Merigan on March 1, 1995; David A. Katzenstein on March 2, 1995; Michael J. Kozal on March 3, 1995; and Mark Holodniy on May 4, 1995.** | |

4. Application number(s) or patent number(s):
If this document is being filed together with a new application, the execution date of the application is: _____

| | |
|---|---|
| A. Patent Application No.(s) **07/883,327** | B. Patent No.(s) |

Additional numbers attached? ☐ Yes ☒ No

| | |
|---|---|
| 5. Name and address of party to whom correspondence concerning document should be mailed:<br>PENNIE & EDMONDS<br>1155 Avenue of the Americas<br>New York, NY 10036 | 6. Number of applications and patents involved: **1**<br>7. Total fee (37 CFR 3.41):............$ **40.00**<br>Please charge the required fee to the deposit account listed in Section 8.<br>8. Deposit account number:<br>16-1150<br>(A copy of this page is attached) |

DO NOT USE THIS SPACE

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

| | | |
|---|---|---|
| **S. Leslie Misrock    18,872**<br>Name of Person Signing   Reg. No. | *S. Leslie Misrock*<br>by *Debra G. Glaisty Reg #33,888*<br>Signature | **June 9, 1995**<br>Date |

Total number of pages including cover sheet: 3

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

## EXPRESS MAIL CERTIFICATION

"Express Mail" label No. **TB 666 913 291 US**
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.
Date of Deposit **June 9, 1995**

Alvin Foster
(Type or print name of person mailing paper or fee)
_(Signature of person mailing paper or fee)_

PEMP-38627.1

**PENNIE 000127**

JOINT

## ASSIGNMENT

WHEREAS, WE, Michael J. Kozal, Thomas C. Merigan, Mark Holodniy, and David A. Katzenstein, ASSIGNORS, citizens of United States of America, residing at 912 Fremont Place, #2, Menlo Park, California 94025; 148 Goya Road, Portola Valley, California 94028; 671 Midrock Corners, Mountain View, California 94043; and 435 San Mateo Drive, Menlo Park, California 94025, respectively, are the inventors of the invention in POLYMERASE CHAIN REACTION ASSAYS FOR MONITORING ANTIVIRAL THERAPY AND MAKING THERAPEUTIC DECISIONS IN THE TREATMENT OF ACQUIRED IMMUNODEFICIENCY SYNDROME for which we have executed an application for a Patent of the United States

☐ which is executed on   ☐ even date herewith or   ☐ _____ (date)

☒ which is identified by Pennie & Edmonds docket no. 7627-002
☒ which was filed on May 14, 1992, Serial No. 07/883,327

and WHEREAS, Leland Stanford Junior University, having offices at 900 Welch Road, Suite 350, Palo Alto, California, 94304-1850, ASSIGNEE is desirous of obtaining the entire right, title and interest in, to and under the said invention and the said application:

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to us in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, we, the said ASSIGNORS, have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, unto the said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said invention, and the said United States application and all divisions, renewals and continuations thereof, and all Patents of the United States which may be granted thereon and all reissues and extensions thereof; and all applications for industrial property protection, including, without limitation, all applications for patents, utility models, and designs which may hereafter be filed for said invention in any country or countries foreign to the United States, together with the right to file such applications and the right to claim for the same the priority rights derived from said United States application under the Patent Laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates and designs which may be granted for said invention in any country or countries foreign to the United States and all extensions, renewals and reissues thereof;

AND WE HEREBY authorize and request the Commissioner of Patents and Trademarks of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of industrial property protection on applications as aforesaid, to issue the same to the said ASSIGNEE, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant and agree that we have full right to convey the entire interest herein assigned, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said ASSIGNEE, its successors, legal representatives and assigns, any facts known to us respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing, reissue and foreign applications, make all rightful oaths, and generally do everything possible to aid the said ASSIGNEE, its successors, legal representatives and assigns, to obtain and enforce proper protection for said invention in all countries.

IN TESTIMONY WHEREOF, We hereunto set our hands and seals the day and year set opposite our respective signatures.

Date  3/3 , 1995  _____ L.S.
                   Michael J. Kozal

State of California   )
                      ) SS.:
County of SANTA CLARA )

On March 3, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared Michael J. Kozal, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Julie Bond, Notary Public

JULIE BOND
COMM. # 1038529
Notary Public — California
SANTA CLARA COUNTY
My Comm. Expires JAN 9, 1999

PENNIE 000128

PEMP-34263.1

Date __3/1__, 1995  _____ L.S.,
Thomas C. Merigan

State of California )
                    ) SS.:
County of SANTA CLARA )

On __March 1,__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __Thomas C. Merigan__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Stamp: JULIE BOND, COMM. # 1038529, Notary Public — California, SANTA CLARA COUNTY, My Comm. Expires JAN 9, 1999]

__Julie Bond__, Notary Public.

Date __May 4__, 1995  _____ L.S.,
Mark Holodniy

State of California )
                    ) SS.:
County of SANTA CLARA )

On __May 4__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __Mark Holodniy__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Stamp: JULIE BOND, COMM. # 1038529, Notary Public — California, SANTA CLARA COUNTY, My Comm. Expires JAN 9, 1999]

__Julie Bond__, Notary Public.

Date __March 2__, 1995  _____ L.S.,
David A. Katzenstein

State of California )
                    ) SS.:
County of SANTA CLARA )

On __March 2,__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __David A. Katzenstein__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Stamp: JULIE BOND, COMM. # 1038529, Notary Public — California, SANTA CLARA COUNTY, My Comm. Expires JAN 9, 1999]

__Julie Bond__, Notary Public.