Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al          Doc. 113 Att. 9
Case 3:05-cv-04158-MHP     Document 113-10     Filed 11/15/2006     Page 1 of 6



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

OCTOBER 13, 1995

S. LESLIE MISROCK
PENNIE & EDMONDS
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

REC'D OCT 3 1995

7627-002
*100023408A*

PENNIE & EDMONDS

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE
U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE
AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED
BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE
PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR
HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE
NAME APPEARS ON THIS NOTICE AT 703-308-9723. PLEASE SEND REQUEST FOR
CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, ASSIGNMENT DIVISION,
BOX ASSIGNMENTS, NORTH TOWER BUILDING, SUITE 10C35, WASHINGTON, D.C. 20231.

RECORDATION DATE: 06/09/1995          REEL/FRAME: 7503/0936
                                      NUMBER OF PAGES: 3

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    KOZAL, MICHAEL J.                 DOC DATE: 03/03/1995

ASSIGNOR:
    MERIGAN, THOMAS C.                DOC DATE: 03/01/1995

ASSIGNOR:
    HOLODNIY, MARK                    DOC DATE: 05/04/1995

ASSIGNOR:
    KATZENSTEIN, DAVID A.             DOC DATE: 03/02/1995

ASSIGNEE:
    LELAND STANFORD JUNIOR UNIVERSITY
    900 WELCH ROAD, SUITE 350
    PALO ALTO, CALIFORNIA 94304-1850

SERIAL NUMBER: 07883327               FILING DATE: 05/14/1992
PATENT NUMBER:                        ISSUE DATE:

PENNIE 000315
CONFIDENTIAL

Dockets.Justia.com

7503/0936 PAGE 2

REGINA COATES, PARALEGAL
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

PENNIE 000316
CONFIDENTIAL

07--1995     IEET

Attorney Docket Number
**7627-002**

100023408

TO THE HONORABLE COMMISSIONER OF PATENTS AND TRADEMARKS
Box Assignments
Washington, DC 20231
Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies):<br>**Michael J. Kozal, Thomas C. Merigan, Mark Holodniy, and David A. Katzenstein**<br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | 2. Name and address of receiving party(ies):<br>Name: **Leland Stanford Junior University**<br>Address: **900 Welch Road, Suite 350**<br>**Palo Alto, CA 94304-1850**<br>Country (if other than USA): |
|---|---|
| 3. Nature of conveyance:<br>☒ Assignment    ☐ Merger<br>☐ Security Agreement    ☐ Change of Name<br>☐ Other_____<br>Execution Date: **Thomas C. Merigan on March 1, 1995; David A. Katzenstein on March 2, 1995; Michael J. Kozal on March 3, 1995; and Mark Holodniy on May 4, 1995.** | |

4. Application number(s) or patent number(s):
If this document is being filed together with a new application, the execution date of the application is: _____

| A. Patent Application No.(s) **07/883,327** | B. Patent No.(s) |
|---|---|

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br>PENNIE & EDMONDS<br>1155 Avenue of the Americas<br>New York, NY 10036 | 6. Number of applications and patents involved: **1** |
|---|---|
| | 7. Total fee (37 CFR 3.41):……..$ **40.00**<br>Please charge the required fee to the deposit account listed in Section 8. |
| | 8. Deposit account number:<br>16-1150<br>(A copy of this page is attached) |

DO NOT USE THIS SPACE

9. Statement and signature.
   To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

| **S. Leslie Misrock**    **18,872** | *S. Leslie Misrock*   by *Dinu G. Glausty* Reg # 33,888 | June 9, 1995 |
|---|---|---|
| Name of Person Signing    Reg. No. | Signature | Date |

Total number of pages including cover sheet: **3**

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

EXPRESS MAIL CERTIFICATION

"Express Mail" label No. **TB 666 913 291 US**     Date of Deposit: **June 9, 1995**
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Alvin Foster
(Type or print name of person mailing paper or fee)
(Signature of person mailing paper or fee)

PENNIE 000317
CONFIDENTIAL

JOINT

## ASSIGNMENT

WHEREAS, WE, Michael J. Kozal, Thomas C. Merigan, Mark Holodniy, and David A. Katzenstein, ASSIGNORS, citizens of United States of America, residing at 912 Fremont Place, #2, Menlo Park, California 94025; 148 Goya Road, Portola Valley, California 94028; 671 Midrock Corners, Mountain View, California 94043; and 435 San Mateo Drive, Menlo Park, California 94025, respectively, are the inventors of the invention in POLYMERASE CHAIN REACTION ASSAYS FOR MONITORING ANTIVIRAL THERAPY AND MAKING THERAPEUTIC DECISIONS IN THE TREATMENT OF ACQUIRED IMMUNODEFICIENCY SYNDROME for which we have executed an application for a Patent of the United States

☐ which is executed on     ☐ even date herewith or     ☐ _____ (date)

☒ which is identified by Pennie & Edmonds docket no. 7627-002
☒ which was filed on May 14, 1992, Serial No. 07/883,327

and WHEREAS, Leland Stanford Junior University, having offices at 900 Welch Road, Suite 350, Palo Alto, California, 94304-1850, ASSIGNEE is desirous of obtaining the entire right, title and interest in, to and under the said invention and the said application:

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to us in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, we, the said ASSIGNORS, have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, unto the said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said invention, and the said United States application and all divisions, renewals and continuations thereof, and all Patents of the United States which may be granted thereon and all reissues and extensions thereof; and all applications for industrial property protection, including, without limitation, all applications for patents, utility models, and designs which may hereafter be filed for said invention in any country or countries foreign to the United States, together with the right to file such applications and the right to claim for the same the priority rights derived from said United States application under the Patent Laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such application is filed, as may be applicable; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates and designs which may be granted for said invention in any country or countries foreign to the United States and all extensions, renewals and reissues thereof;

AND WE HEREBY authorize and request the Commissioner of Patents and Trademarks of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of industrial property protection on applications as aforesaid, to issue the same to the said ASSIGNEE, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant and agree that we have full right to convey the entire interest herein assigned, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said ASSIGNEE, its successors, legal representatives and assigns, any facts known to us respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing, reissue and foreign applications, make all rightful oaths, and generally do everything possible to aid the said ASSIGNEE, its successors, legal representatives and assigns, to obtain and enforce proper protection for said invention in all countries.

IN TESTIMONY WHEREOF, We hereunto set our hands and seals the day and year set opposite our respective signatures.

Date___3/3___, 1995    _____ L.S.
                         Michael J. Kozal

State of California    )
                       ) SS.:
County of SANTA CLARA  )

On __March 3,__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __Michael J. Kozal__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.



_____ Notary Public.

PEMP-34263.1

PENNIE 000318
CONFIDENTIAL

Date __3/1/1995__, 1993    _____ L.S.,
                            Thomas C. Merigan

State of California    )
                       ) SS.:
County of SANTA CLARA  )

On __March 1,__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __Thomas C. Merigan__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Seal: JULIE BOND, COMM. # 1038529, Notary Public — California, SANTA CLARA COUNTY, My Comm. Expires JAN 9, 1999]

_____ Julie Bond, Notary Public.

Date __May 4__, 1995    _____ L.S.,
                         Mark Holodniy

State of California    )
                       ) SS.:
County of SANTA CLARA  )

On __May 4__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __Mark Holodniy__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Seal: JULIE BOND, COMM. # 1038529, Notary Public — California, SANTA CLARA COUNTY, My Comm. Expires JAN 9, 1999]

_____ Julie Bond, Notary Public.

Date __March 2__, 1995    _____ L.S.,
                           David A. Katzenstein

State of California    )
                       ) SS.:
County of SANTA CLARA  )

On __March 2__, 1995, before me the undersigned, a Notary Public for the State of California, personally appeared __David A. Katzenstein__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Seal: JULIE BOND, COMM. # 1038529, Notary Public — California, SANTA CLARA COUNTY, My Comm. Expires JAN 9, 1999]

_____ Julie Bond, Notary Public.

PEMP-34263.1

PENNIE 000319
CONFIDENTIAL

TODAY'S DATE: 6-9-95

THE EXPRESS MAIL NUMBER OF THE DAY IS: TB 666913291 US

THE PERSON TAKING EXPRESS MAIL TO THE P.O. IS: Alvin Foster

### EXPRESS MAIL CERTIFICATION

"Express Mail" label number: TB 666913291 US    Date of Deposit: 6-9-95 . I hereby certify that the below-listed papers or fees were inserted into a package that was addressed to the Commissioner of Patents and Trademarks, Washington D.C., 20231 and was deposited by me with the United States Postal Service "Express Mail Post Office Addressee" service under 37 C.F.R. 1.10 on the date indicated above.

Signature: [signature]    Date: 6-9-95

| SENDER | FILE # | DESCRIPTION |
|---|---|---|
| DZG/pds | 7627-002 | Assignment Recordation Form Cover Sheet (original copy); Assignment; Postcard |
| APH/LZS/JMO/lap | 8200-005-999 | Petition to Extend Time (3 mos.); Return Postcard |
| APH/pds | 8140-012-999 | Response to Notice to File Missing Parts (Filing Date Granted)(original copy); Copy of Notice to File Missing Parts of Application Filing Date Granted; Recordation Form Cover Sheet (orig+copy) and Assignment; Declaration and Power of Attorney; Verified Statement of Small Entity Status; Postcard |
| APH/SRB/pds | 8140-009-999 | Response to Notice to File Missing Parts/Filing Date Granted (orig+copy); Copy of Notice to File Missing Parts of Application Filing Date Granted; Recordation Form Cover Sheet (orig+copy) and Assignment; Declaration and Power of Attorney; Verified Statement of Small Entity Status; Information Disclosure Statement and List of References cited by Applicant with References AA-AN; Postcard |

[Express Mail label: EB666913291 US — POST OFFICE TO ADDRESSEE]

FROM: PENNIE & EDMONDS, SUITE 300, 2730 SAND HILL ROAD, MENLO PARK CA 94025-9998

TO: HONORABLE COMMISSIONER OF PATENTS & TRADEMARKS, WASHINGTON DC 20231-9998

PENNIE 000320
CONFIDENTIAL