

Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al — Doc. 113 Att. 10
Case 3:05-cv-04158-MHP — Document 113-11 — Filed 11/15/2006 — Page 1 of 3
Dockets.Justia.com



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

A *Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1987 by Merriam-Webster Inc.

Philippines Copyright 1987 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

  Based on Webster's third new international dictionary.
  Includes index.
  1. English language—Dictionaries.   I. Merriam-Webster Inc.
PE1628.W5638    1987    423    86-23801
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

23242526RMcN87

**conscience money** *n* (1848) : money paid usu. anonymously to relieve the conscience by restoring what has been wrongfully acquired
**con·sci·en·tious** \ˌkän-chē-'en-chəs\ *adj* (1611)  **1** : governed by or conforming to the dictates of conscience : SCRUPULOUS ⟨a ~ public servant⟩  **2** : METICULOUS, CAREFUL ⟨a ~ listener⟩   *syn* see UPRIGHT — **con·sci·en·tious·ly** *adv* — **con·sci·en·tious·ness** *n*
**conscientious objection** *n* (1916) : objection on moral or religious grounds (as to service in the armed forces or to bearing arms)
**conscientious objector** *n* (1899) : one who refuses to serve in the armed forces or bear arms on the grounds of moral or religious principles
**con·scio·na·ble** \'känch-(ə-)nə-bəl\ *adj* [irreg. fr. *conscience*] (1549) : CONSCIENTIOUS
¹**con·scious** \'kän-chəs\ *adj* [L *conscius*, fr. *com-* + *scire* to know] (1601)  **1** *archaic* : sharing another's knowledge or awareness of an inward state or outward fact  **2** : perceiving, apprehending, or noticing with a degree of controlled thought or observation  **3** : personally felt ⟨~ guilt⟩  **4** : capable of or marked by thought, will, design, or perception  **5** : SELF-CONSCIOUS  **6** : having mental faculties undulled by sleep, faintness, or stupor : AWAKE ⟨became ~ after the anesthesia wore off⟩  **7** : done or acting with critical awareness ⟨made a ~ effort to avoid the same mistakes⟩  **8 a** : likely to notice, consider, or appraise ⟨a bargain-*conscious* shopper⟩  **b** : being concerned or interested ⟨a budget-*conscious* businessman⟩  **c** : marked by strong feelings or notions ⟨a race-*conscious* society⟩   *syn* see AWARE — **con·scious·ly** *adv*
²**conscious** *n* (1919) : CONSCIOUSNESS 5
**con·scious·ness** \'kän-chə-snəs\ *n* (1632)  **1 a** : the quality or state of being aware esp. of something within oneself  **b** : the state or fact of being conscious of an external object, state, or fact  **c** : AWARENESS; *esp* : concern for some social or political cause  **2** : the state of being characterized by sensation, emotion, volition, and thought : MIND  **3** : the totality of conscious states of an individual  **4** : the normal state of conscious life  **5** : the upper level of mental life of which the person is aware as contrasted with unconscious processes
**consciousness–raising** *n* (1971) : an increasing of concerned awareness esp. of some social or political issue
**con·scribe** \kən-'skrīb\ *vt* **con·scribed; con·scrib·ing** [L *conscribere*] (1613)  **1** : LIMIT, CIRCUMSCRIBE ⟨ill-health ... *conscribed* the force of his intentions —*Times Lit. Supp.*⟩  **2** : to enlist forcibly : CONSCRIPT
¹**con·script** \'kän-ˌskript\ *adj* [MF, fr. L *conscriptus*, pp. of *conscribere* to enroll, fr. *com-* + *scribere* to write — more at SCRIBE] (15c)  **1** : enrolled into service by compulsion : DRAFTED  **2** : made up of conscripted persons
²**conscript** *n* (1800) : a conscripted person (as a military recruit)
³**con·script** \kən-'skript\ *vt* (1813) : to enroll into service by compulsion : DRAFT ⟨was ~*ed* into the army⟩
**con·scrip·tion** \kən-'skrip-shən\ *n* (1528) : compulsory enrollment of persons esp. for military service : DRAFT
¹**con·se·crate** \'kän(t)-sə-ˌkrāt\ *adj* (14c) : dedicated to a sacred purpose
²**consecrate** *vt* **-crat·ed; -crat·ing** [ME *consecraten*, fr. L *consecratus*, pp. of *consecrare*, fr. *com-* + *sacrare* to consecrate — more at SACRED] (14c)  **1** : to induct (a person) into a permanent office with a religious rite; *esp* : to ordain to the office of bishop  **2 a** : to make or declare sacred; *esp* : to devote irrevocably to the worship of God by a solemn ceremony  **b** : to effect the liturgical transubstantiation of (eucharistic bread and wine)  **c** : to devote to a purpose with or as if with deep solemnity or dedication  **3** : to make inviolable or venerable ⟨principles *consecrated* by the weight of history⟩   *syn* see DEVOTE — **con·se·cra·tive** \-ˌkrāt-iv\ *adj* — **con·se·cra·tor** \-ˌkrāt-ər\ *n* — **con·se·cra·to·ry** \'kän(t)-si-krə-ˌtōr-ē, -ˌtor-\ *adj*
**con·se·cra·tion** \ˌkän(t)-sə-'krā-shən\ *n* (14c)  **1** : the act or ceremony of consecrating  **2** : the state of being consecrated  **3** *cap* : the part of a Communion rite in which the bread and wine are consecrated
**con·se·cu·tion** \ˌkän(t)-si-'kyü-shən\ *n* [L *consecution-, consecutio*, fr. *consecutus*, pp. of *consequi* to follow along — more at CONSEQUENT] (1532) : SEQUENCE
**con·sec·u·tive** \kən-'sek-(y)ət-iv\ *adj* (1611) : following one after the other in order : SUCCESSIVE — **con·sec·u·tive·ly** *adv* — **con·sec·u·tive·ness** *n*
**con·sen·su·al** \kən-'sench-(ə-)wəl, -'sen-chəl\ *adj* [L *consensus* + E *-al*] (1754)  **1 a** : existing or made by mutual consent without an act of writing ⟨a ~ contract⟩  **b** : involving or based on mutual consent ⟨~ acts⟩  **2** : relating to or being the constrictive pupillary response of an eye that is covered when the other eye is exposed to light — **con·sen·su·al·ly** \-ē\ *adv*
**con·sen·sus** \kən-'sen(t)-səs\ *n, often attrib* [L, fr. *consensus*, pp. of *consentire*] (1858)  **1 a** : general agreement : UNANIMITY ⟨the ~ of their opinion, based on reports that had drifted back from the border —John Hersey⟩  **b** : the judgment arrived at by most of those concerned ⟨the ~ was to abandon the project⟩  **2** : group solidarity in sentiment and belief

*usage* The phrase *consensus of opinion*, which is not actually redundant (see sense 1a; the sense that takes the phrase is slightly older), has been so often claimed as a redundancy that it has become relatively rare in edited prose. Sense 1a has not become extinct but sense 1b has far outstripped it in frequency of use. Sense 1b is also growing in attributive use esp. in the phrase *consensus politics*.

¹**con·sent** \kən-'sent\ *vi* [ME *consenten*, fr. L *consentire*, fr. *com-* + *sentire* to feel — more at SENSE] (13c)  **1** : to give assent or approval : AGREE  **2** *archaic* : to be in concord in opinion or sentiment   *syn* see ASSENT — **con·sent·ing·ly** \-iŋ-lē\ *adv*
²**consent** *n* (14c)  **1** : compliance in or approval of what is done or proposed by another : ACQUIESCENCE ⟨he shall have power, by and with the advice and ~ of the Senate, to make treaties —*U.S. Constitution*⟩  **2** : agreement as to action or opinion; *specif* : voluntary agreement by a people to organize a civil society and give authority to the government — **con·sent·er** *n*
**con·sen·ta·ne·ous** \ˌkän(t)-sən-'tā-nē-əs, ˌkän-ˌsen-\ *adj* [L *consentaneus*, fr. *consentire* to agree] (1625)  **1** : expressing agreement : SUITED  **2** : done or made by the consent of all — **con·sen·ta·ne·ous·ly** *adv*
**consent decree** *n* (1925) : a judicial decree that sanctions a voluntary agreement between parties in dispute
**con·se·quence** \'kän(t)-sə-ˌkwen(t)s, -si-kwən(t)s\ *n* (14c)  **1** : a conclusion derived through logic : INFERENCE  **2** : something produced by a cause or necessarily following from a set of conditions  **3** : importance with respect to power to produce an effect : MOMENT  **b** : social importance  **4** : the appearance of importance; *esp* : SELF-IMPORTANCE   *syn* see EFFECT, IMPORTANCE — **in consequence** : as a result : CONSEQUENTLY

¹**con·se·quent** \-kwənt, -ˌkwent\ *n* (14c)  **1 a** : DEDUCTION 2b  **b** : the conclusion of a conditional sentence  **2** : the second term of a ratio
²**consequent** *adj* [MF, fr. L *consequent-, consequens*, prp. of *consequi* to follow along, fr. *com-* + *sequi* to follow — more at SUE] (15c)  **1** : following as a result or effect ⟨removal of the trees and ~ exposure to sun, rain and wind ... may cause serious degradation of the soil —C. J. Taylor⟩  **2** : observing logical sequence : RATIONAL
**con·se·quen·tial** \ˌkän(t)-sə-'kwen-chəl\ *adj* (1626)  **1** : of the nature of a secondary result : INDIRECT  **2** : CONSEQUENT  **3** : having significant consequences : IMPORTANT ⟨a grave and ~ event⟩  **4** : SELF-IMPORTANT — **con·se·quen·ti·al·i·ty** \-ˌkwen-chē-'al-ət-ē\ *n* — **con·se·quen·tial·ly** \-'kwench-(ə-)lē\ *adv* — **con·se·quen·tial·ness** \-'kwen-chəl-nəs\ *n*
**con·se·quent·ly** \'kän(t)-sə-ˌkwent-lē, -si-kwənt-\ *adv* (15c) : as a result : in view of the foregoing : ACCORDINGLY
**con·ser·van·cy** \kən-'sər-vən-sē\ *n, pl* **-cies** [alter. of obs. *conservacy* conservation, fr. AF *conservacie*, fr. ML *conservatia*, fr. L *conservatus*, pp.] (1755)  **1** *Brit* : a board regulating fisheries and navigation in a river or port  **2 a** : CONSERVATION  **b** : an organization or area designated to conserve and protect natural resources
**con·ser·va·tion** \ˌkän(t)-sər-'vā-shən\ *n* [ME, fr. MF, fr. L *conservation-, conservatio*, fr. *conservatus*, pp. of *conservare*] (14c)  **1** : a careful preservation and protection of something; *esp* : planned management of a natural resource to prevent exploitation, destruction, or neglect  **2** : the preservation of a physical quantity during transformations or reactions — **con·ser·va·tion·al** \-shnəl, -shən-ᵊl\ *adj*
**con·ser·va·tion·ist** \-sh(ə-)nəst\ *n* (1870) : one who advocates conservation esp. of natural resources
**conservation of charge** (ca. 1949) : a principle in physics: the total electric charge of an isolated system remains constant irrespective of whatever internal changes may take place
**conservation of energy** (1853) : a principle in physics: the total energy of an isolated system remains constant irrespective of whatever internal changes may take place with energy disappearing in one form reappearing in another
**conservation of mass** (1884) : a principle in classical physics: the total mass of any material system is neither increased nor diminished by reactions between the parts — called also *conservation of matter*
**con·ser·va·tism** \kən-'sər-və-ˌtiz-əm\ *n* (1835)  **1** *cap* **a** : the principles and policies of a Conservative party  **b** : the Conservative party  **2 a** : disposition in politics to preserve what is established  **b** : a political philosophy based on tradition and social stability, stressing established institutions, and preferring gradual development to abrupt change  **3** : the tendency to prefer an existing or traditional situation to change
¹**con·ser·va·tive** \kən-'sər-vət-iv\ *adj* (14c)  **1** : PRESERVATIVE  **2** : of or relating to a philosophy of conservatism  **b** *cap* : of or constituting a political party professing the principles of conservatism: as  (1) : of or constituting a party of the United Kingdom advocating support of established institutions  (2) : PROGRESSIVE CONSERVATIVE  **3 a** : tending or disposed to maintain existing views, conditions, or institutions : TRADITIONAL  **b** : marked by moderation or caution ⟨a ~ estimate⟩  **c** : marked by or relating to traditional norms of taste, elegance, style, or manners ⟨a ~ suit⟩  **4** : of or relating to Conservative Judaism — **con·ser·va·tive·ly** *adv* — **con·ser·va·tive·ness** *n*
²**conservative** *n* (1831)  **1 a** : an adherent or advocate of political conservatism  **b** *cap* : a member or supporter of a conservative political party  **2 a** : one who adheres to traditional methods or views  **b** : a cautious or discreet person
**Conservative Judaism** *n* (1946) : Judaism as practiced esp. among some U.S. Jews with adherence to the Torah and Talmud but with allowance for some departures in keeping with differing times and circumstances — compare ORTHODOX JUDAISM
**con·ser·va·tize** \-ˌtīz\ *vb* **-tized; -tiz·ing** *vi* (1849) : to grow conservative ~ *vt* : to make conservative ⟨unions are being *conservatized* —Theodore Levitt⟩
**con·ser·va·toire** \kən-ˌsər-və-'twär\ *n* [F, fr. It *conservatorio*] (1845) : CONSERVATORY 2
**con·ser·va·tor** \kən-'sər-vət-ər, -və-ˌtō(ə)r; 'kän(t)-sər-ˌvāt-ər\ *n* (15c)  **1 a** : one that preserves from injury or violation : PROTECTOR  **b** : one that is responsible for the care, restoration, and repair of museum articles  **2** : a person, official, or institution designated to take over and protect the interests of an incompetent  **3** : an official charged with the protection of something affecting public welfare and interests — **con·ser·va·to·ri·al** \kən-ˌsər-və-'tōr-ē-əl, (ˌ)kän-, -'tor-\ *adj*
**con·ser·va·to·ry** \kən-'sər-və-ˌtōr-ē, -ˌtor-\ *n, pl* **-ries** (1664)  **1** : a greenhouse for growing or displaying plants  **2** [It *conservatorio* home for foundlings, music school, fr. L *conservatus*, pp.] : a school specializing in one of the fine arts ⟨a music ~⟩
¹**con·serve** \kən-'sərv\ *vt* **con·served; con·serv·ing** [ME *conserven*, fr. MF *conserver*, fr. L *conservare*, fr. *com-* + *servare* to keep, guard, observe] (14c)  **1** : to keep in a safe or sound state ⟨he *conserved* and enlarged the estate he inherited⟩; *esp* : to avoid wasteful or destructive use of ⟨~ natural resources⟩  **2** : to preserve with sugar  **3** : to maintain (a quantity) constant during a process of chemical, physical, or evolutionary change — **con·serv·er** *n*
²**con·serve** \'kän-ˌsərv\ *n* (15c)  **1** : SWEETMEAT; *esp* : a candied fruit  **2** : PRESERVE; *specif* : one prepared from a mixture of fruits
**con·sid·er** \kən-'sid-ər\ *vb* **con·sid·ered; con·sid·er·ing** \-(ə-)riŋ\ [ME *consideren*, fr. MF *considerer*, fr. L *considerare*, lit., to observe the stars, fr. *com-* + *sider-, sidus* star — more at SIDEREAL] *vt* (14c)  **1** : to think about carefully: as  **a** : to think of esp. with regard to taking some action ⟨is ~*ing* you for the job⟩ ⟨~*ed* moving to the city⟩ ⟨a ~ sugges-

\ə\ abut  \ˀ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \o\ law  \oi\ boy  \th\ thin  \t͟h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ᵫ, ᵛ\ see Guide to Pronunciation