Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al                                    Doc. 113 Att. 12



Stanford University
Office of Technology Licensing
900 Welch Road, Suite 350
Palo Alto, CA 94304-1850

Phone (650) 723-06
FAX (650) 725-7295

# Sponsor Notification

92-053

| | |
|---|---|
| Dr. George Stone, Director | Date: June 23, 1999 |
| Extramural Invention Reporting | Stanford Docket: S 92-053 |
| National Institutes of Health | Associate: Mejia, Luis |
| 6701 Rockledge Dr. MSC 7750 Rm 3190 | |
| Bethesda, MD 20892-7750 | |

| | |
|---|---|
| Title: | HIV PCR Analysis Directs Drug Use |
| Inventors: | Kozal, Michael J. |
| Inventors: | Merigan, Thomas C. |
| Grant #: | NIH AI27762/AI27766 |
| NIH/EIR: | 8046501-92-0029     Principal Investigator: Merigan, Thomas C. |

In accordance with the regulations 37 CFR Ch. IV, Part 401 (PL 96-517 and PL 98-620), please note the following:

| | |
|---|---|
| 06/24/92 | Copy of subject invention disclosure. |
| 04/05/95 | The University elects to retain title. |
| 00/00/00 | We would like to request a two year extension in which to advise you whether or not we elect to retain title because: |

History of Patent Information Sent:

| Patent Application | | | Issued Patent | | |
|---|---|---|---|---|---|
| Copy Sent | Serial # | Date Filed | Copy Sent | Patent # | Date Issue |
| 00/00/00 | PCT/US93/04560 | 5/13/93 | 00/00/00 | | 00/00/00 |
| 00/00/00 | 08/471,072 | 6/6/95 | 4/29/98 | 5,650,268 | 7/22/97 |
| 00/00/00 | 08/290,311 | 8/15/94 | 4/29/98 | 5,631,128 | 5/20/97 |
| 4/29/98 | 07/883,327 | 5/14/92 | 00/00/00 | | 00/00/00 |
| 4/29/98 | 08/783,786 | 1/15/97 | 6/23/99 | 5,856,086 | 1/5/99 |

| | |
|---|---|
| 11/30/94 | Confirmatory License. |
| 00/00/00 | We do not wish to continue the prosecution of the patent application because: |

Please note the enclosed correspondence from our attorney indicating that a Certificate of Correction has been filed. The Certificate will include language to acknowledge NIH support.

If you need more information regarding this invention, please contact the Licensing Associate at the above address.

STAN 003945
CONFIDENTIAL -
ATTORNEYS' EYES ONLY

92-053



Stanford University
Office of Technology Licensing
900 Welch Road, Suite 350
Palo Alto, CA 94304-1850

# Sponsor Notification

Phone (650) 723-0651
FAX (650) 725-7295

| | |
|---|---|
| Dr. George Stone<br>Director<br>National Institutes of Health<br>6701 Rockledge Drive<br>MSC 7750 Room 3190<br>Bethesda, MD 20892-7750 | Date: November 18, 1998<br>Stanford Docket: S 92-053<br>Associate: Mejia, Luis |

Title: HIV PCR Analysis Directs Drug Use

Inventors: Kozal, Michael J.
Inventors: Merigan, Thomas C.

Grant #: NIH AI27762/AI27766

NIH/EIR: 8046501-92-0029      Principal Investigator: Merigan, Thomas C.

In accordance with the regulations 37 CFR Ch. IV, Part 401 (PL 96-517 and PL 98-620), please note the following:

06/24/92     Copy of subject invention disclosure.

04/05/95     The University elects to retain title.

00/00/00     We would like to request a two year extension in which to advise you whether or not we elect to retain title because:

History of Patent Information Sent:

| Patent Application | | | Issued Patent | | |
|---|---|---|---|---|---|
| Copy Sent | Serial # | Date Filed | Copy Sent | Patent # | Date Issue |
| 00/00/00 | PCT/US93/04560 | 5/13/93 | 00/00/00 | | 00/00/00 |
| 00/00/00 | 08/471,072 | 6/6/95 | 4/29/98 | 5,650,268 | 7/22/97 |
| 00/00/00 | 08/290,311 | 8/15/94 | 4/29/98 | 5,631,128 | 5/20/97 |
| 4/29/98 | 07/883,327 | 5/14/92 | 00/00/00 | | 00/00/00 |
| 4/29/98 | 08/783,786 | 1/15/97 | 00/00/00 | | 00/00/00 |

11/30/94     Confirmatory License.

00/00/00     We do not wish to continue the prosecution of the patent application because:

Enclosed is a copy of the Certificate of Correction acknowledging the corect NIH grant number for U.S. Patent No. 5,631,128 which has issued on this invention.

If you need more information regarding this invention, please contact the Licensing Associate at the above address.

cc: Thomas Merigan, Michael Kozal

STAN 003946
CONFIDENTIAL -
ATTORNEYS' EYES ONLY



Stanford University
Office of Technology Licensing
900 Welch Road, Suite 350
Palo Alto, CA 94304-1850

Phone (650) 723-0651
FAX (650) 725-7295

# Sponsor Notification

| | |
|---|---|
| Dr. George Stone<br>Director<br>National Institutes of Health<br>6701 Rockledge Drive<br>MSC 7750 Room 3190<br>Bethesda, MD 20892-7750 | Date: October 26, 1998<br>Stanford Docket: S 92-053<br>Associate: Mejia, Luis |

Title: HIV PCR Analysis Directs Drug Use

Inventors: Kozal, Michael J.
Inventors: Merigan, Thomas C.

Grant #: NIH AI27762/AI27766

NIH/EIR: 8046501-92-0029    Principal Investigator: Merigan, Thomas C.

In accordance with the regulations 37 CFR Ch. IV, Part 401 (PL 96-517 and PL 98-620), please note the following:

06/24/92    Copy of subject invention disclosure.

04/05/95    The University elects to retain title.

00/00/00    We would like to request a two year extension in which to advise you whether or not we elect to retain title because:

History of Patent Information Sent:

| Patent Application | | | Issued Patent | | |
|---|---|---|---|---|---|
| Copy Sent | Serial # | Date Filed | Copy Sent | Patent # | Date Issue |
| 00/00/00 | PCT/US93/04560 | 5/13/93 | 00/00/00 | | 00/00/00 |
| 00/00/00 | 08/471,072 | 6/6/95 | 4/29/98 | 5,650,268 | 7/22/97 |
| 00/00/00 | 08/290,311 | 8/15/94 | 4/29/98 | 5,631,128 | 5/20/97 |
| 4/29/98 | 07/883,327 | 5/14/92 | 00/00/00 | | 00/00/00 |
| 4/29/98 | 08/783,786 | 1/15/97 | 00/00/00 | | 00/00/00 |

11/30/94    Confirmatory License.

00/00/00    We do not wish to continue the prosecution of the patent application because:

Enclosed is a copy of the Certificate of Correction acknowledging the corect NIH grant number for U.S. Patent No. 5,650,268 which has issued on this invention.

If you need more information regarding this invention, please contact the Licensing Associate at the above address.

STAN 003947
CONFIDENTIAL -
ATTORNEYS' EYES ONLY



Stanford University
Office of Technology Licensing
900 Welch Road, Suite 350
Palo Alto, CA 94304-1850

# Sponsor Notification

Phone (650) 723-0651
FAX (650) 725-7295

---

Dr. George Stone
Director
National Institutes of Health
6701 Rockledge Drive
MSC 7750 Room 3190
Bethesda, MD 20892-7750

Date: April 29, 1998
Stanford Docket: S 92-053
Associate: Mejia, Luis

Title:      HIV PCR Analysis Directs Drug Use

Inventors:  Kozal, Michael J. / Merigan, Thomas C.

Grant #:    NIH AI27762/AI27766

NIH/EIR:    8046501- 92-0029        Principal Investigator: Merigan, Thomas C.

In accordance with the regulations 37 CFR Ch. IV, Part 401 (PL 96-517 and PL 98-620), please note the following:

06/24/92     Copy of subject invention disclosure.

04/05/95     The University elects to retain title.

00/00/00     We would like to request a two year extension in which to advise you whether or not we elect to retain title because:

History of Patent Information Sent:

| Patent Application | | | Issued Patent | | |
|---|---|---|---|---|---|
| Copy Sent | Serial # | Date Filed | Copy Sent | Patent # | Date Issue |
| 00/00/00 | 471072 | 6/6/95 | 4/29/98 | 5,650,268 | 7/22/97 |
| 00/00/00 | 290311 | 8/15/94 | 4/29/98 | 5,631,128 | 5/20/97 |
| 4/29/98 | 883327 | 5/14/92 | 00/00/00 | | 00/00/00 |
| 4/29/98 | 783786 | 1/15/97 | 00/00/00 | | 00/00/00 |
| 4/29/98 | 470885 | 6/6/95 | | | |

11/30/94     Confirmatory License.

00/00/00     We do not wish to continue the prosecution of the patent application because:

5,650,268 has issued
5,631,128 has issued
883,327 is abandoned
783,786 is pending
470,885 has been allowed

We have notified Pennie & Edmonds that Certificates of Correction need to be filed for 5,650,268, 5,631,128 and 470,885 (see attached letter).

If you need more information regarding this invention, please contact the Licensing Associate at the above address.

STAN 003948
CONFIDENTIAL -
ATTORNEYS' EYES ONLY



## Stanford University - Office of Technology Licensing
900 Welch Road, Suite 350
Palo Alto, CA 94304-1850
Phone (415) 723-0651 • Fax (415) 725-7295

April 6, 1995

Ms. Ann Folger, Special Assistant
Extramural Inventions Office
National Institutes of Health
9000 Rockville Pike
Building 31, Room 5B41
Bethesda, MD  20892

Re:     Agreements No.: AI27762-04, AI27666-07
        PI: T. Merigan

Subject: Invention Disclosure no.: S92-053
         Entitled: "HIV PCR Analysis Directs Drug Use"
         Inventors: M. Kozal, T. Merigan, D. Katzenstein, M. Holodniy

Dear Ms. Folger:

In reviewing our files, we note that in disclosing the above invention to your office on June 24, 1992, and in submitting copies of the patent application and a confirmatory license November 30, 1994, we have not explicitly stated Stanford's intention to retain title. Therefore, for the sake of clarity, and in accordance with the regulations at 37 CFR Ch. IV, Part 401 implementing PL 96-517 and PL 98-620, please note that the University has elected to retain title.

If you need more information regarding this invention, please contact Luis Mejia at the above address.

Sincerely,

Eric Danly
Licensing Assistant

c:      Luis Mejia
        Laura Coruzzi

STAN 003949
CONFIDENTIAL -
ATTORNEYS' EYES ONLY