Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 113 Att. 13
Case 3:05-cv-04158-MHP    Document 113-14    Filed 11/15/2006    Page 1 of 1

# LICENSE TO THE UNITED STATES GOVERNMENT

Invention Title: HIV PCR Analysis Directs Drug Use
Inventor(s): Kozal, M.; Merigan, T.; Katzenstein, D.; Holodniy, M.
Patent or Application Serial No.: 07/883,327
U.S. Filing/Issue Date: Filed 5/14/92
Agency: National Institutes of Health
Grant/Contract Identification Number: AI27762-04 & AI27766-07
Grantee/Contractor File #: S92-053
Foreign Applications filed/intended in (countries): Europe, Canada, Japan

The invention identified above is a Subject Invention under 35 U.S.C. 200, et seq., and the Standard Patent Rights clause at 37 CFR 401.14 or FAR 52.227-11, which are included among the terms of the above-identified grant/contract award from the above agency. This document is confirmatory of:

1. The nonexclusive, nontransferable, irrevocable, paid-up license granted to the Federal Government in the invention described in the patent application and in any and all divisions, continuations, and continuations in part, and in any and all patents and re-issues granted thereon; and

2. All other rights acquired by the Government by reason of the above identified grant/contract award and the laws and regulations which are applicable to the award.

Signed this 29th day of NOVEMBER, 19 94

By _Katharine Ku_
(Grantee/Contractor Official)

Title  Director, Office of Technology Licensing

For    The Board of Trustees of the Leland Stanford Junior University
         (Organization)

At     900 Welch Road, Suite 350, Palo Alto, CA 94304-1850
         (Business Address)

SEAL

STAN 003952
CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Dockets.Justia.com