

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

June 16, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON March 29, 1996.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

STAN 015520



S92-053

FORM PTO-1619A
Expires 06/30/99
OMB 0651-0027

04-03-1996

U.S. Department of Commerce
Patent and Trademark Office

PATENT

RECEIVED MAR 29 1996
MRD 3-29-96
RECEIPT ACCTG. DIV.

100164216

## RECORDATION FORM COVER SHEET
### PATENTS ONLY

TO: The Commissioner of Patents and Trademarks: Please record the attached original document(s) or copy(ies).

**Submission Type**
- [X] New
- [ ] Resubmission (Non-Recordation) Document ID#
- [ ] Correction of PTO Error   Reel #   Frame #
- [ ] Corrective Document   Reel #   Frame #

**Conveyance Type**
- [ ] Assignment
- [ ] Security Agreement
- [ ] License
- [ ] Change of Name
- [ ] Merger
- [X] Other: Confirmatory License
- U.S. Government (For Use ONLY by U.S. Government Agencies)
- [X] Departmental File
- [ ] Secret File

**Conveying Party(ies)**   [ ] Mark if additional names of conveying parties attached

Name (line 1): Stanford University
Execution Date: 11/29/94

Name (line 2):

**Second Party**
Name (line 1):
Name (line 2):
Execution Date:

**Receiving Party**   [ ] Mark if additional names of receiving parties attached

Name (line 1): National Institutes of Health, The
Name (line 2): Extramural Inventions Office, The
Address (line 1): 6701 Rockledge Drive, Room 3188
Address (line 2): MSC 7750
Address (line 3): Bethesda    Maryland / USA    20892-7750

*If document to be recorded is an assignment and the receiving party is not domiciled in the United States, an appointment of a domestic representative is attached. (Designation must be a separate document from Assignment.)*

**Domestic Representative Name and Address**   Enter for the first Receiving Party only.

Name:
Address (line 1):
Address (line 2):
Address (line 3):
Address (line 4):

**FOR OFFICE USE ONLY**

Public burden reporting for this collection of information is estimated to average approximately 30 minutes per Cover Sheet to be recorded, including time for reviewing the document and gathering the data needed to complete the Cover Sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Chief Information Officer, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Paperwork Reduction Project (0651-0027), Washington, D.C. 20503. See OMB Information Collection Budget Package 0651-0027, Patent and Trademark Assignment Practice. DO NOT SEND REQUESTS TO RECORD ASSIGNMENT DOCUMENTS TO THIS ADDRESS.

Mail documents to be recorded with required cover sheet(s) information to:
Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

REEL: 7864 FRAME: 0155

STAN 015521

S92-053

| FORM PTO-1619B<br>Expires 06/30/99<br>OMB 0651-0027 | Page 2 | U.S. Department of Commerce<br>Patent and Trademark Office<br>PATENT |

**Correspondent Name and Address**    Area Code and Telephone Number: 301-435-1986

Name: National Institutes of Health, The
Address (line 1): Extramural Inventions Office, The
Address (line 2): 6701 Rockledge Drive, Room 3188
Address (line 3): MSC 7750
Address (line 4): Bethesda, Maryland / USA  20892-7750

**Pages**    Enter the total number of pages of the attached conveyance document including any attachments. # 1

**Application Number(s) or Patent Number(s)**    ☐ Mark if additional numbers attached

Enter either the Patent Application Number or the Patent Number (DO NOT ENTER BOTH numbers for the same property).

Patent Application Number(s): 07883327

Patent Number(s):

If this document is being filed together with a new Patent Application, enter the date the patent application was signed by the first named executing inventor.    Month Day Year

**Patent Cooperation Treaty (PCT)**

Enter PCT application number only if a U.S. Application Number has not been assigned.    PCT [ ] PCT [ ] PCT [ ]    PCT [ ] PCT [ ] PCT [ ]

**Number of Properties**    Enter the total number of properties involved. # 1

**Fee Amount**    Fee Amount for Properties Listed (37 CFR 3.41): $ 0

Method of Payment:    Enclosed ☐    Deposit Account ☐
Deposit Account
(Enter for payment by deposit account or if additional fees can be charged to the account.)
Deposit Account Number: #

Authorization to charge additional fees:    Yes ☐    No ☒

**Statement and Signature**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document. Charges to deposit account are authorized, as indicated herein.

Amy Marie Snell    /s/ Amy M. Snell    03/22/96
Name of Person Signing    Signature    Date

## LICENSE TO THE UNITED STATES GOVERNMENT

Invention Title: HIV PCR Analysis Directs Drug Use
Inventor(s): Kozal, M.; Merigan, T.; Katzenstein, D.; Holodniy, M.
Patent or Application Serial No.: 07/883,327
U.S. Filing/Issue Date: Filed 5/14/92
Agency: National Institutes of Health
Grant/Contract Identification Number: AI27762-04 & AI27666-07
Grantee/Contractor File #: S92-053
Foreign Applications filed/intended in (countries): Europe, Canada, Japan

The invention identified above is a Subject Invention under 35 U.S.C. 200, et seq., and the Standard Patent Rights clause at 37 CFR 401.14 or FAR 52.227-11, which are included among the terms of the above-identified grant/contract award from the above agency. This document is confirmatory of:

1. The nonexclusive, nontransferable, irrevocable, paid-up license granted to the Federal Government in the invention described in the patent application and in any and all divisions, continuations, and continuations in part, and in any and all patents and re-issues granted thereon; and

2. All other rights acquired by the Government by reason of the above identified grant/contract award and the laws and regulations which are applicable to the award.

Signed this 29th day of NOVEMBER, 19 94

By _Katharine Ku_
(Grantee/Contractor Official)

Title   Director, Office of Technology Licensing

For     The Board of Trustees of the Leland Stanford Junior University
        (Organization)

At      900 Welch Road, Suite 350, Palo Alto, CA 94304-1850
        (Business Address)

SEAL

RECORDED: 03/29/1996

PATENT
REEL: 7864 FRAME: 0157

STAN 015523

