```
File  34:SciSearch(R) Cited Ref Sci 1990-2006/Nov W1
      (c) 2006 The Thomson Corp

       Set  Items  Description
       ---  -----  -----------
? e cr=holodniy   (CR = cited reference)

Ref    Items  Index-term
E1         1  CR=HOLODNIOK T, 1991, METHODS ANAL NONLINE
E2         1  CR=HOLODNITY M, 1991, V88, P1755, J CLIN INVEST
E3         0  *CR=HOLODNIY
E4         1  CR=HOLODNIY M, COMMUNICATION
E5         1  CR=HOLODNIY M, IN PRESS J CLIN INVE
E6         1  CR=HOLODNIY M, IN PRESS J INFECTIOU
E7         4  CR=HOLODNIY M, 1990, V163, P862, J INFECT DIS
E8        21  CR=HOLODNIY M, 1991, V13, P155, REV INFECT DIS
E9         1  CR=HOLODNIY M, 1991, V163, P117, J INFECT DIS
E10        1  CR=HOLODNIY M, 1991, V163, P562, J INFECT DIS
E11      140  CR=HOLODNIY M, 1991, V163, P862, J INFECT DIS
E12        2  CR=HOLODNIY M, 1991, V164, P862, J INFECT DIS


Ref    Items  Index-term
E13        1  CR=HOLODNIY M, 1991, V193, P862, J INFECT DIS
E14      121  CR=HOLODNIY M, 1991, V29, P676, J CLIN MICROBIOL
E15        1  CR=HOLODNIY M, 1991, V4, P676, J CLIN MICROBIOL
E16        1  CR=HOLODNIY M, 1991, V63, P862, J INFECT DIS
E17       74  CR=HOLODNIY M, 1991, V88, P1755, J CLIN INVEST
E18       10  CR=HOLODNIY M, 1992, V12, P36, BIOTECHNIQUES
E19        1  CR=HOLODNIY M, 1992, V12, P37, BIO
E20       11  CR=HOLODNIY M, 1992, V12, P37, BIOTECHNIQUES
E21        2  CR=HOLODNIY M, 1992, V12, P38, BIOTECHNIQUES
E22        1  CR=HOLODNIY M, 1992, V16, P80, J CELL BIOCH E
E23        1  CR=HOLODNIY M, 1992, V2, P17, BIOTECHNIQUES
E24        2  CR=HOLODNIY M, 1992, V36, P38, BIOTECHNIQUES


Ref    Items  Index-term
E25        1  CR=HOLODNIY M, 1993, V17, P3, J CELL BIOCH E S
E26        1  CR=HOLODNIY M, 1993, V6, P355, J ACQ IMMUN DEF SY
E27       33  CR=HOLODNIY M, 1993, V6, P366, J ACQ IMM DEF SYND
E28        5  CR=HOLODNIY M, 1993, V6, P366, J ACQ IMMUN DEF SY
E29        1  CR=HOLODNIY M, 1993, V88, P1755, J CLIN INVEST
E30        1  CR=HOLODNIY M, 1993, 1 NAT C HUM RETR REL
E31        2  CR=HOLODNIY M, 1993, 1ST NAT C HUM RETR R
E32        9  CR=HOLODNIY M, 1994, V14, P335, CLIN LAB MED
E33       24  CR=HOLODNIY M, 1994, V7, P363, J ACQ IMM DEF SYND
E34        5  CR=HOLODNIY M, 1994, V7, P363, J ACQ IMMUN DEF SY
E35        3  CR=HOLODNIY M, 1994, V88, P1755, J CLIN INVEST
E36        1  CR=HOLODNIY M, 1994, 10 INT C AIDS YOK JA
?

Ref    Items  Index-term
E37        1  CR=HOLODNIY M, 1994, 19TH INT C AIDS YOK
```

741501 v1/PA

```
E38        59  CR=HOLODNIY M, 1995, V33, P1562, J CLIN MICROBIOL
E39         1  CR=HOLODNIY M, 1995, V6, P3510, J MED VIROL
E40        33  CR=HOLODNIY M, 1995, V69, P3510, J VIROL
E41         3  CR=HOLODNIY M, 1996, V10, P232, AIDS
E42         1  CR=HOLODNIY M, 1996, V11, P213, INT C AIDS
E43        17  CR=HOLODNIY M, 1996, V174, P854, J INFECT DIS
E44         1  CR=HOLODNIY M, 1996, V6, P1, CLIN INSIGHT
E45         1  CR=HOLODNIY M, 1996, 11 INT C AIDS JUL 8
E46         1  CR=HOLODNIY M, 1998, P134, AIDS READER
E47         2  CR=HOLODNIY M, 1998, V72, P185, J VIROL METHODS
E48         2  CR=HOLODNIY M, 1998, 12 WORLD AIDS C GEN


Ref      Items  Index-term
E49         1  CR=HOLODNIY M, 1999, V1, P3, AIDS THERAPY
E50         3  CR=HOLODNIY M, 1999, V1, P497, CURRENT INFECT DIS
? p

Ref      Items  Index-term
E1          3  CR=HOLODNIY M, 1999, V1, P497, CURRENT INFECT DIS
E2         15  CR=HOLODNIY M, 1999, V94, P3267, AM J GASTROENTER
E3          7  CR=HOLODNIY M, 2000, V38, P323, J CLIN MICROBIOL
E4          2  CR=HOLODNIY M, 2002, P3, AIDS THERAPY
E5          1  CR=HOLODNIY M, 2004, IAC 2004 BANGK JUL
E6          2  CR=HOLODNIY M, 2004, V15, P543, INT J STD AIDS
E7          1  CR=HOLODNIY ML, 1995, V69, P3510, J VIROL
E8          1  CR=HOLODNLY M, 1990, P160, 6 INT C AIDS S FRAN
E9          1  CR=HOLODNOV VA, 1996, V30, P538, SEMICONDUCTORS+
E10         1  CR=HOLODNUOK M, 1991, P365, METHODS ANAL NONLINE
E11         1  CR=HOLODNY AI, IN PRESS J NEUROSURG
E12         1  CR=HOLODNY AI, 1985, V89, P742, J NEUROSURG


?
```