Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al — Doc. 113 Att. 16



Home > Divisions

| Company | Countries | Figures & Reports | Sustainability | Media | Investors |
| Health | Diseases | Products | R&D | Careers |

*Concentrating our Efforts*

- Differentiated Medical Solutions
- Pharmaceuticals
- Collaborations
- Pharmaceuticals
- Diagnostics
- Integrated Programmes
- Contacts

At your Service

Founded in 1896 in Basel, Switzerland, Roche has grown from a small drug laboratory into one of the world's leading research-based healthcare companies active in more than 150 countries. Roche products and services address prevention, diagnosis and treatment of disease, thus enhancing well-being and quality of life.

Today we rank among the top pharmaceutical companies in the world and are known internationally for our many innovative contributions to medicine. Globally, we are number one in diagnostics, covering all fields of medical testing.

Roche has been committed from the start to advancing the quality of healthcare. The development of integrated packages teaming complementary diagnostic and therapeutic products and services is just one current example of our undiminished pioneering spirit.

We firmly believe that we can best meet our responsibilities to society - today and in the future - by making innovative contributions to healthcare and providing excellence in the service of health.

Dockets.Justia.com

© 1996-2006 F.Hoffmann-La Roche Ltd - Legal Statement - Privacy Policy