HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Page 1

```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY,
           Plaintiff,
    vs.                    No. C 05 04158 MHP
ROCHE MOLECULAR SYSTEMS, ET AL.,
           Defendants.
_____
ROCHE MOLECULAR SYSTEMS, ET AL.,
LELAND STANFORD JUNIOR
UNIVERSITY,
           Counterclaimants,
    vs.                    No. C 05 04158 MHP
ROCHE MOLECULAR SYSTEMS, ET AL.,
           Counterclaim Defendants.
_____

      HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY
      VIDEOTAPED DEPOSITION OF CLAYTON CASIPIT
              Redwood Shores, California
                Friday, July 21, 2006

Reported by:
TRACY L. PERRY
CSR No. 9577
JOB No. 3-50389
```

## Page 2

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3  THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR
 4  UNIVERSITY,
 5         Plaintiff,
 6    vs.         No. C 05 04158 MHP
 7  ROCHE MOLECULAR SYSTEMS, ET AL.,
 8         Defendants.
    _____
 9  ROCHE MOLECULAR SYSTEMS, ET AL.,
    LELAND STANFORD JUNIOR
10  UNIVERSITY,
11         Counterclaimants,
12    vs.         No. C 05 04158 MHP
13  ROCHE MOLECULAR SYSTEMS, ET AL.,
14         Counterclaim Defendants.
    _____
15
16       Confidential Videotaped Deposition of
17  CLAYTON CASIPIT, taken on behalf of Plaintiff and
18  Counterclaim Defendants, at 555 Twin Dolphin Drive,
19  Suite 560, Redwood Shores, California, beginning at
20  9:05 a.m. and ending at 2:02 p.m., on Friday, July 21,
21  2006, before TRACY L. PERRY, Certified Shorthand Reporter
22  No. 9577.
```

## Page 3

```
 1  APPEARANCES:
 2
    For Plaintiff and Counterclaim Defendants:
 3
       COOLEY GODWARD LLP
 4     BY: MAGDALENA STROJWAS WILKINSON
           MICHELLE S. RHYU
 5     Attorneys at Law
       5 Palo Alto Square
 6     3000 El Camino Real
       Palo Alto, California 94306-2155
 7     650-843-5155
       mwilkinson@cooley.com
 8     mrhyu@cooley.com
 9  For Defendants and Counterclaimants and the witness:
10     QUINN, EMANUEL, URQUHART, OLIVER & HEDGES LLP
       BY: BRIAN C. CANNON
11     Attorney at Law
       555 Twin Dolphin Drive, Suite 560
12     Redwood Shores, California 94065
       650-801-5000
13     briancannon@quinnemanuel.com
14  There also being present:
15     Rhea Neresian
       Ray Tyler, Videographer
```

## Page 4

```
           INDEX
WITNESS:                    EXAMINATION
CLAYTON CASIPIT

   BY MS. WILKINSON              7

          EXHIBITS
DEPOSITION                       PAGE
508  Plaintiff's Notice of Deposition of    22
     Defendants Pursuant to Fed. R. Civ. P.
     30(b)(6); 11 pages
509  Curruculium Vitae of Clayton L. Casipit;  27
     9 pages
510  U.S. Patent #5,644,035; 27 pages      58
511A Notebook #3702 of Clayton Casipit Bates  85
     Stamped CH0000388-CH0000583; multi-paged
511B Notebook #3702 of Clayton Casipit Bates  85
     Stamped RMS05692-RMS05887; multi-paged
512A Notebook #3951 of Clayton Casipit Bates  113
     Stamped CH0000584-CH000679; multi-paged
512B Notebook #3951 of Clayton Casipit Bates  113
     Stamped RMS05582-RMS05691; multi-paged
513  Document titled "Reference, Transcription  90
     Systems"; 1 page
514  Document titled "Vector Maps"; 1 page    93
515  Document containing the handwritten notation  116
     "Original Data for CC2 Work, Books 3702
     & 3951"; multi-paged
516  Article titled "Competitive Polymerase Chain  134
     Reaction Assay for Quantitation of HIV-1 DNA
```

| | |
|---|---|
| 09:08:14 1  A  Three -- three or four times, I think, yeah, in | 1  was by e-mail, actually, setting the date for -- for the |
| 2  person. | 2  deposition today. |
| 09:08:17 3  Q  And how long were those sessions? | 09:11:09 3  Q  Did you have any other communications with just |
| 09:08:21 4  A  I think a couple of hours apiece, as I recall. | 4  Rhea about this deposition? |
| 5  It's been over the last couple years. | 09:11:13 5  A  No, not that I recall. |
| 09:08:29 6  Q  When was your first meeting with counsel in | 09:11:15 6  Q  So your only communications with Rhea outside of |
| 7  regards to this litigation? | 7  the presence of counsel were related to the scheduling of |
| 09:08:34 8  A  The first meeting I believe -- when he contacted | 8  this deposition; is that correct? |
| 9  me, you mean? | 09:11:25 9  A  Correct. |
| 09:08:38 10  Q  Okay. Yes. | 09:11:30 10  Q  You mentioned that you discussed with Alice Wang |
| 09:08:40 11  A  When he first contacted me I think was about a | 11  constructing a plasmid and the science behind that; is |
| 12  year and a half ago. I don't exactly remember the month. | 12  that correct? |
| 09:08:54 13  Q  Who else was present at the meetings with | 09:11:41 13  A  Yes. |
| 14  counsel? | 09:11:43 14  Q  What specifically did you and Alice Wang discuss |
| 09:08:59 15  A  Robert Stone I believe was one. Rhea Helmuth at | 15  about the plasmid? |
| 16  another. | 09:11:49 16  A  I -- gosh, I don't recall, actually. It -- it |
| 09:09:07 17  Q  And the counsel that we're referring to, is that | 17  was just really general stuff as to, you know, as to what |
| 18  Mr. Cannon? He was present at those meetings? | 18  we were doing and so forth. |
| 09:09:14 19  A  Yeah, through -- yeah, through most of them, | 09:12:00 19  Q  Generally, can you tell me about the |
| 20  yeah. | 20  conversation? |
| 09:09:17 21  Q  Did you meet with anybody else in preparation | 09:12:06 21  A  Gosh. I think it was just that we had -- that |
| 22  for today's deposition? | 22  we had -- how we had put it together, and that was about |
| 09:09:24 23  A  Yes. Alice Wang, I think at one of the | 23  it. |
| 24  meetings. I met with her. Who else? And I believe that | 09:12:21 24  Q  And what -- what plasmid are we -- are you |
| 25  was it, yeah. | 25  referring to? |
| Page 9 | Page 11 |
| 09:09:38 1  Q  What did you and Alice Wang discuss? | 09:12:25 1  A  The plasmid, the CC -- the pCC1 and 2. |
| 09:09:41 2  A  Just a little bit about the work that we had | 09:12:38 2  Q  What did she say about -- about the CC1 and CC2 |
| 3  done back then and just discussed the -- yeah, just the | 3  plasmid? |
| 4  work. | 09:12:42 4  A  What did she say? You mean specifically? |
| 09:09:50 5  Q  What do you recall specifically about your | 09:12:46 5  Q  Do you remember specifically anything that she |
| 6  conversations with Alice Wang in preparation for today's | 6  said about the CC1 or CC2 plasmids? |
| 7  deposition? | 09:12:51 7  A  No. We were just I think -- gosh. I really |
| 09:09:58 8  A  Specifically, I think -- I recall mostly we | 8  can't remember what we said specifically, just pretty |
| 9  talked about our kids. We talked a little bit about -- I | 9  much what we had done to create it and that was about it. |
| 10  think a little bit about the -- constructing the plasmid | 10  It was very, very general. |
| 11  and the science behind it and so forth. | 09:13:12 11  Q  What did you say about the CC1 and CC2 plasmid |
| 09:10:24 12  Q  Did you have any other meetings where counsel | 12  in your conversation with Alice Wang? |
| 13  was not present? | 09:13:19 13  A  Mainly how I -- how I constructed it, and that |
| 09:10:28 14  MR. CANNON: Object as to form. | 14  was it. |
| 09:10:32 15  BY MS. WILKINSON: | 09:13:28 15  Q  When you say you constructed the plasmid, what |
| 09:10:32 16  Q  Did you have any meetings in preparation for | 16  do you mean by that? |
| 17  today's deposition where counsel was not present? | 09:13:35 17  A  How we put it together, how it was ligated into |
| 09:10:39 18  A  Any meetings, no, not where counsel was not | 18  a backbone, and that was -- you know, that's about it. |
| 19  present, no. | 09:13:43 19  Q  And that ligation onto a backbone, that was |
| 09:10:43 20  Q  Did you have any -- | 20  using molecular biology techniques that were known at the |
| 09:10:44 21  A  I don't recall. | 21  time that you were doing the work? |
| 09:10:47 22  Q  -- phone conversations about today's deposition | 09:13:53 22  MR. CANNON: Object as to form. |
| 23  where your counsel was not on the call? | 09:13:59 23  THE WITNESS: That were known? Yes, that was known |
| 09:10:58 24  A  I -- I had one, I think, with Rhea, and that was | 24  at the time, yes. |
| 25  just to organize -- setting the date for -- I think that | 09:14:01 25  BY MS. WILKINSON: |
| Page 10 | Page 12 |

**Page 13**

```
09:14:01  1     Q  You weren't the first -- you weren't the first
          2   person to put a DNA sequence into -- into a plasmid; is
          3   that correct?
09:14:12  4     MR. CANNON: Object as to form.
09:14:13  5     THE WITNESS: No, we were not the first to do that.
          6   That was done several dozens of years earlier.
09:14:21  7   BY MS. WILKINSON:
09:14:21  8     Q  And that was also -- was that also being done
          9   outside of Cetus at the time that you worked on the
         10   plasmid?
09:14:29 11     MR. CANNON: Object as to form.
09:14:30 12   BY MS. WILKINSON:
09:14:30 13     Q  Do you know whether that was being done outside
         14   of Cetus -- outside of Cetus at the time that you were
         15   working on the plasmid?
09:14:37 16     THE WITNESS: Outside of Cetus? I would assume so,
         17   yes. It -- it's a fairly common practice.
09:14:50 18   BY MS. WILKINSON:
09:14:50 19     Q  Have you discussed Dr. Holodniy's testimony with
         20   anyone?
09:14:53 21     A  No, I have not.
09:14:57 22     Q  Is there anybody else who you discussed today's
         23   deposition with?
09:15:05 24     A  As far as where I would be today, yes, my -- my
         25   supervisor at work and my wife.
```

**Page 14**

```
09:15:12  1     Q  Other than your whereabouts today, did you
          2   discuss anything about today's deposition with anybody
          3   else?
09:15:20  4     A  No.
09:15:22  5     Q  Did you look at any documents in preparation for
          6   this deposition that -- that refreshed your recollection
          7   about the work you were doing at Cetus?
09:15:32  8     A  Yes; my notebooks and I think a few other
          9   documents, but mostly my notebooks.
09:15:41 10     Q  How many notebooks did you review?
09:15:44 11     A  Two.
09:15:51 12     Q  Do you recall the numbers of those notebooks?
09:15:54 13     A  I know one of them because -- 270 -- 2703, I
         14   think, or no, 2799 and 3903.
09:16:08 15     Q  Do you recall the date range that is covered by
         16   those notebooks?
09:16:13 17     A  Yes, I believe so. It was June of '89 to I
         18   believe August of '90, if I'm not mistaken.
09:16:33 19     Q  In your meeting with Alice Wang, did you review
         20   any documents?
09:16:38 21     A  No.
09:16:41 22     Q  You mentioned that in preparation for today's
         23   deposition you looked at notebooks and several other
         24   documents that refreshed your recollection. Other than
         25   the notebooks you've already discussed, what other
```

**Page 15**

```
          1   documents did you look at?
09:16:58  2     MR. CANNON: Objection.
09:16:58  3     Could you read the question back?
09:17:01  4     Are you asking him documents that refreshed his
          5   recollection or just what he looked at?
09:17:07  6     MS. WILKINSON: Yes, Counsel.
09:17:08  7     Q  Other documents that refreshed your
          8   recollection, please.
09:17:11  9     MR. CANNON: Go ahead and answer that question.
09:17:12 10     THE WITNESS: Okay. The -- the one I guess was
         11   the -- it was the deposition form -- not the
         12   deposition -- the deposit form for the plasmid going into
         13   the Cetus master collection. That just gave me a date
         14   approximately when it happened, and that's about it. A
         15   few other documents, but I don't really remember if
         16   they -- I don't really recall that they jogged anything
         17   in my memory.
09:17:45 18   BY MS. WILKINSON:
09:17:45 19     Q  Did you look at any other notebooks that may
         20   have refreshed your recollection?
09:17:52 21     A  No.
09:17:53 22     Q  You didn't look at Dr. Holodniy's notebooks?
09:17:56 23     A  No, I have never seen them.
09:18:05 24     Q  Do you remember anything else about the
         25   documents that you reviewed that refreshed your
```

**Page 16**

```
          1   recollection?
09:18:09  2     A  No, nothing else.
09:18:12  3     Q  Have you had any conversations with anyone that
          4   refreshed your recollection about any interactions that
          5   you may have had with Dr. Mark Holodniy?
09:18:22  6     A  No, I didn't.
09:18:23  7     Q  What is your understanding of what this lawsuit
          8   is about?
09:18:31  9     A  My understanding is -- is that I believe
         10   Stanford is contesting that Roche is -- is infringing on
         11   their patent.
09:18:49 12     Q  What is your understanding of how this
         13   litigation relates to you?
09:18:54 14     MR. CANNON: I'll caution the witness that to the
         15   extent conversations with counsel have -- have -- that
         16   your understanding is based on conversations with
         17   counsel, I would -- I would caution the witness not to
         18   reveal any communications with counsel or knowledge that
         19   you derived from counsel only.
09:19:12 20     THE WITNESS: Okay.
09:19:13 21     MR. CANNON: With that understanding, please answer
         22   the question.
09:19:16 23     THE WITNESS: Could you please ask the question
         24   again?
09:19:18 25   BY MS. WILKINSON:
```

4 (Pages 13 to 16)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

### Page 29

```
09:39:56  1      Q   What kind of assays?
09:39:57  2      A   Immunodiagnostics. It was -- it was just
          3   looking for antibodies and so forth to various diseases
          4   that they were -- that they were suffering from.
09:40:08  5      Q   Have you done any ELISA assays?
09:40:12  6      A   Yes.
09:40:17  7      Q   Around -- can you give me a general date as to
          8   when you would have done the ELISA assay?
09:40:24  9      A   The first ELISA assay? I -- I did them every
         10   day during my employment at the -- at that particular
         11   company because it was a reference laboratory.
09:40:33 12      Q   And what -- what general year? That would have
         13   been --
09:40:39 14      A   It was about '85, I think. '85, '86.
09:40:42 15      Q   In the field of molecular biology around the
         16   time frame of 1985 and 1986, were ELISA assays done as a
         17   matter of course?
09:40:53 18          MR. CANNON: Objection as to form.
09:40:57 19          THE WITNESS: Yes. It -- well, yes, but the way
         20   that I was doing it was in a -- was as an
         21   immunodiagnostic. It wasn't done to detect DNA. It was
         22   a -- it was an antibody -- it means enzyme-linked
         23   immunosorbant assay, and it's just a -- and it is just a
         24   means of detecting things by using an antibody linked to
         25   a particular chromogenic or a -- an enzyme that will
```

### Page 30

```
          1   cause a color reaction.
09:41:40  2   BY MS. WILKINSON:
09:41:40  3      Q   Is that a colorimetric assay?
09:41:42  4      A   Yeah, essentially.
09:41:43  5      Q   And that colorimetric ELISA assay was well-known
          6   in the field in 1985 through 1986; is that correct?
09:41:51  7          MR. CANNON: Objection as to form.
09:41:57  8          THE WITNESS: To people who were doing it, yes, it
          9   was -- it was fairly well-known. But you could apply it
         10   to many other things.
09:42:06 11   BY MS. WILKINSON:
09:42:06 12      Q   Do you know what HRP is, Mr. Casipit?
09:42:09 13      A   Yes; horseradish peroxidase.
09:42:13 14      Q   Was the use of HRP with an ELISA assay known in
         15   1985?
09:42:21 16      A   Yes, it was.
09:42:30 17      Q   After your work at the reference laboratory,
         18   what was your next employment?
09:42:36 19      A   My next employment was at Cetus.
09:42:39 20      Q   And when did you begin working at Cetus
         21   Corporation?
09:42:44 22      A   I believe it was early spring of '86. '86 or
         23   '87. I'm sorry. '87, I think, yeah.
09:42:58 24      Q   Did you sign an employment agreement with Cetus?
09:43:01 25      A   Yes, I did.
```

### Page 31

```
09:43:02  1      Q   Do you have a copy of that agreement?
09:43:04  2      A   No, I do not.
09:43:06  3      Q   Did you look for a copy of the agreement?
09:43:08  4      A   Yes, I did.
09:43:11  5      Q   What position did you hold when you first joined
          6   Cetus Corporation?
09:43:14  7      A   It was research -- research assistant 2, I
          8   believe was the title.
09:43:23  9      Q   Your C.V. lists research associate 1. Is --
         10   does that refresh your recollection?
09:43:30 11      A   Oh. Yeah. It was probably 1 then.
09:43:33 12      Q   In what division of Cetus did you work as a
         13   research assistant 1?
09:43:41 14      A   Immuno -- it was the immunodiagnostics division
         15   there.
09:43:47 16      Q   And was that group within a larger department at
         17   Cetus?
09:43:52 18      A   Yes.
09:43:52 19      Q   What department was that in?
09:43:54 20      A   It was -- it was under the -- well, it was -- it
         21   was immunodiagnostics and the molecular diagnostics
         22   group. So that was including PCR and -- and -- and
         23   immuno -- and immunoassays. So it was basically all
         24   diagnostics.
09:44:19 25      Q   What kind of projects did you work on as a
```

### Page 32

```
          1   research assistant level 1?
09:44:26  2      A   The first project I worked on was developing
          3   a -- a rapid assay for -- initially it was HCG, which was
          4   a pregnancy test, and then also HIV.
09:44:51  5      Q   What kind of assay were you working on?
09:44:53  6      A   It was an assay to detect human antibody -- I'm
          7   sorry -- viral antibodies in human serum, or I should say
          8   antibodies against virus in human serum.
09:45:07  9      Q   Did the assay have a name?
09:45:10 10      A   No. We were just mainly developing it. It was
         11   called the HIV rapid assay in-house, but we did not -- I
         12   don't think it went to market after that.
09:45:22 13      Q   Did that assay involve PCR?
09:45:28 14      A   No, it did not.
09:45:34 15      Q   Did you work with Alice Wang when you first came
         16   to Cetus?
09:45:39 17      A   No.
09:45:41 18      Q   Did you work with Alice Wang while you were a
         19   research assistant level 1?
09:45:47 20      A   No.
09:45:51 21      Q   While you were a research assistant 1, did you
         22   do any PCR work at Cetus Corporation?
09:46:00 23      A   I may have ran a reaction or two, yeah, when I
         24   was a level 1, yeah.
09:46:07 25      Q   Under whose supervision?
```

```
         1    it was PIP or something like that. I can't -- I can't
         2    remember. I'll have to look in my notebooks. I don't
         3    remember the exact designation.
10:41:26 4       Q   What about the name of the plasmid that you were
         5    creating?
10:41:33 6       A   I believe the name that I initially gave the --
         7    the first transformant was pCC11-1.
10:41:50 8       Q   Was that pCC 11-1 or could it have been pCC1-11?
10:42:01 9       A   Oh, I'm sorry. Yes. Wait. Wait. Wait. 1-11.
        10    Sorry. Yeah.
10:42:06 11      Q   1-11. And what did CC1 stand for?
10:42:10 12      A   It was my name, plas- -- the "p" stood for
        13    plasmid, designated -- I usually designated my plasmids.
        14    "CC" was my initials, and "1" was this was the first --
        15    this was the first plasmid that I created with Alice.
10:42:44 16      Q   Were you learning how to create these plasmids
        17    for the first time?
10:42:49 18      MR. CANNON: Objection as to form.
10:42:53 19      THE WITNESS: You mean have I -- I -- I don't quite
        20    understand what you're asking. Do you mean did I know
        21    how to do it or was it the first time I did it with
        22    Alice, created the plasmid with Alice?
10:43:09 23   BY MS. WILKINSON:
10:43:09 24      Q   Had you created a plasmid with a DNA insert
        25    prior to your work on the pCC1?
                                                         Page 45
```

```
10:43:16 1       A   No.
10:43:20 2       Q   Did you make mistakes in this process?
10:43:26 3       MR. CANNON: Object as to form.
10:43:27 4       THE WITNESS: Mistakes. Not that I can recall. I
         5    mean it -- it -- it cloned like it should have.
10:43:43 6    BY MS. WILKINSON:
10:43:43 7       Q   So the pCC1 work, was that the first cloning
         8    project that you ever did?
10:43:54 9       A   Yes, it was.
10:43:58 10      Q   And did you learn the cloning techniques at
        11    Cetus?
10:44:04 12      A   Yes, I did.
10:44:05 13      Q   Who did you learn those techniques from?
10:44:08 14      A   I was learning them from Alice at the time.
10:44:21 15      Q   What were the component sequences that you used
        16    to make the CC1 plasmid?
10:44:25 17      MR. CANNON: Object as to form.
10:44:31 18      THE WITNESS: Cloning sequence. I -- I don't know.
        19    Do you want -- I'm not quite -- I don't quite understand
        20    the question. You mean what was the components -- I
        21    don't quite understand.
10:44:42 22   BY MS. WILKINSON:
10:44:42 23      Q   What were the components of the pCC1 plasmid?
10:44:45 24      A   Okay. The -- you mean the parts that were put
        25    together or --
                                                         Page 46
```

```
10:44:51 1       Q   Yes.
10:44:52 2       A   Okay. It was this plasmid, this cloning plasmid
         3    that was made at Cetus. It was -- and it was the DNA
         4    template.
10:45:07 5       Q   Could you have -- let me start again.
10:45:12 6          Were there other plasmids that were commercially
         7    available into which you could have dropped the DNA
         8    insert?
10:45:22 9       MR. CANNON: Object as to form. I caution the
        10    witness not to guess. If you have knowledge, please
        11    testify.
10:45:30 12      THE WITNESS: I -- I -- all I know is that this
        13    plasmid was -- was used before and -- at Cetus and we had
        14    knowledge of it and we knew how it would behave. So
        15    therefore, that's why we used it.
10:45:47 16   BY MS. WILKINSON:
10:45:47 17      Q   Were you -- were you aware of catalogs from
        18    manufacturers such as Promega or BRL where you could buy
        19    plasmids?
10:46:04 20      A   At the time, no, I was not.
10:46:12 21      Q   What is the CC2 plasmid?
10:46:14 22      A   The CC2 plasmid was a second generation that I
        23    made I guess several -- or months later in the project,
        24    and that is a -- has the same DNA -- the pro-viral RNA
        25    made into DNA, inserted into a different plasmid
                                                         Page 47
```

```
         1    backbone.
10:46:47 2       Q   What was the plasmid backbone that the DNA was
         3    inserted into?
10:46:51 4       A   The plasmid backbone was -- I believe was PSP72.
10:47:03 5       Q   And where did you obtain the PS72 (sic) plasmid?
10:47:07 6       A   That was initially -- it was commercially
         7    available from Promega. I don't know where I got it at
         8    the time, though.
10:47:23 9       Q   How much time did it take you to insert the
        10    pro-viral DNA sequence into the PSP72 plasmid?
10:47:39 11      MR. CANNON: Object as to form.
10:47:41 12      THE WITNESS: How much time? I can't tell you the
        13    exact amount of time that it took to insert. I can give
        14    you a -- well, I don't know. I am not sure.
10:47:54 15   BY MS. WILKINSON:
10:47:54 16      Q   Did that commercially available plasmid have a
        17    promotor sequence?
10:48:00 18      A   Yes, it did.
10:48:02 19      Q   Were there other commercially available plasmids
        20    that had different promotor sequences?
10:48:11 21      A   I don't know at the time. I don't -- I
        22    didn't -- I don't know if I knew that or not.
10:48:17 23      Q   Have you ever heard of an SP6 promotor?
10:48:21 24      A   Yes, I have.
10:48:22 25      Q   Do you know if plasmids with an SP6 promotor
                                                         Page 48
```

### Page 49

```
         1  were available at the time?
10:48:28 2      A  At the time, I don't know. I do know that now,
         3  but I don't think I knew at the time.
10:48:33 4      Q  Do you know sitting here today whether such
         5  plasmids were available back in 1989?
10:48:47 6      A  Yeah, probably.
10:48:48 7      MR. CANNON: Well, she's asking you do you know now
         8  or do you know then?
10:48:50 9      THE WITNESS: I know now. Yeah, I know now that
        10  there was possibly some that were available.
10:48:55 11 BY MS. WILKINSON:
10:48:55 12     Q  So you know now that in June of 1989 it was
        13  possible to obtain a plasmid from a commercial source
        14  that had an SP6 promotor; is that your testimony?
10:49:09 15     A  Correct.
10:49:18 16     Q  Generally, how much time did it take you to make
        17  the CC1 plasmid?
10:49:22 18     MR. CANNON: Object as to form.
10:49:33 19     THE WITNESS: Generally, it's -- I can't tell you
        20  unless I see my notebooks and I can tell you the exact
        21  dates. I'm mean -- I'm -- I'm not sure.
10:49:40 22 BY MS. WILKINSON:
10:49:40 23     Q  Would it be weeks?
10:49:44 24     A  It wouldn't be months. It would be weeks, yeah.
10:49:48 25     Q  How about the CC2 plasmid?
```

### Page 50

```
10:49:52 1      MR. CANNON: Object as to form.
10:49:54 2      THE WITNESS: How fast it would take?
10:49:56 3  BY MS. WILKINSON:
10:49:56 4      Q  How long did it take?
10:49:57 5      A  Or how long did it take? Again, it would -- it
         6  would be a week and not months because this would be --
         7  as I recall from my notebooks, I -- I digested and I
         8  removed the -- the insert from the pCC1 and I put it into
         9  a pCC2 and made the pCC2.
10:50:23 10     Q  So is it your testimony that the first cloning
        11  experiment that you did took only a few weeks to produce
        12  clones with the DNA insert you were interested in?
10:50:41 13     MR. CANNON: Object as to form.
10:50:42 14     THE WITNESS: I mean I know it didn't take months.
        15  I -- I -- until I see the exact dates, I can't -- I mean
        16  I know it didn't take months.
10:50:55 17 BY MS. WILKINSON:
10:50:55 18     Q  And all of the techniques that you were learning
        19  and using to do these cloning experiments, were those
        20  well-known techniques in molecular biology at the time?
10:51:07 21     MR. CANNON: Object as to form.
10:51:12 22     THE WITNESS: I -- I do not know if they were
        23  well-known. I know that we did them at -- where I was
        24  working, yeah.
10:51:19 25 BY MS. WILKINSON:
```

### Page 51

```
10:51:19 1      Q  Do you know whether those techniques were known
         2  outside of Cetus?
10:51:30 3      MR. CANNON: Object as to form.
10:51:34 4      THE WITNESS: From papers that I had read at the
         5  time -- well, actually, I -- now, if I look at it back --
         6  from now, from my standpoint now, yes, there were
         7  probably places outside. But at the time, I'm not sure.
10:51:55 8  BY MS. WILKINSON:
10:51:55 9      Q  So it's your testimony sitting here today that
        10  in 1989, inserting a DNA template into a plasmid involved
        11  techniques that were described in publications?
10:52:19 12     MR. CANNON: Object as to form, mischaracterizes
        13  prior testimony.
10:52:25 14     THE WITNESS: Yeah, could you rephrase -- could you
        15  repeat that question? I didn't...
10:52:31 16 BY MS. WILKINSON:
10:52:31 17     Q  What don't you understand about my question?
10:52:34 18     A  Because, I mean, if -- if I answer it from what
        19  I know now, it would be a different answer from what I
        20  know -- what I knew back then.
10:52:43 21     Q  I'm interested in what you know now --
10:52:46 22     A  Okay.
10:52:47 23     Q  -- about what was known in 1989.
10:52:48 24     A  Okay. What I know now, what was known back in
        25  1989, was that yes, there were -- it was a -- a -- it was
```

### Page 52

```
         1  a procedure that was -- that was known. As to how
         2  popular it was or how common it was or as to how easy it
         3  was back then, it's hard to say. I would -- I would
         4  venture to say that it was easier now -- or it's easier
         5  now than it was back then.
10:53:21 6      Q  But you didn't know in 1989 because you were new
         7  to the cloning technique; is that correct?
10:53:32 8      MR. CANNON: Object as to form.
10:53:35 9      THE WITNESS: New as far as practical or
        10  theoretical? I mean practical, yes, I was new. I had
        11  not -- I had not had the hands-on experience, if you
        12  will. Theoretically I probably had a little bit more
        13  knowledge of it.
10:53:55 14 BY MS. WILKINSON:
10:53:55 15     Q  So you knew even back in 1989 that theoretically
        16  that DNA could be inserted into a plasmid; is that
        17  correct?
10:54:12 18     A  Correct. Back in '89, at the time, I knew that
        19  theoretically it could. I did not know the commonality
        20  of it.
10:54:22 21     Q  And what -- what is -- where did your
        22  theoretical understanding come from?
10:54:28 23     MR. CANNON: Object as to form.
10:54:29 24     THE WITNESS: It was -- my theoretical understanding
        25  was through reading papers, you know.
```

## Page 69

```
11:22:29   1      Q  Do you have any reason to believe that it
           2   wouldn't work?
11:22:31   3      MR. CANNON: Objection --
11:22:31   4      THE WITNESS: I -- oh, I'm sorry.
11:22:33   5      MR. CANNON: Object as to form.
11:22:34   6      THE WITNESS: I have plenty reason as to why it
           7   wouldn't work. Because I've seen in the past that what
           8   you would think -- some stretch of DNA that you would
           9   think would amplify well would not, and you -- you won't
          10   know until you actually try it.
11:22:56  11   BY MS. WILKINSON:
11:22:56  12      Q  If you use the same stretch of DNA from the gag
          13   gene without the restriction site mutation, would that
          14   work equally well as a standard?
11:23:15  15      MR. CANNON: Object as to form.
11:23:19  16      THE WITNESS: In -- it would depend how you used it.
          17   If you put it in the same tube, it wouldn't work.
11:23:32  18   BY MS. WILKINSON:
11:23:32  19      Q  Could you do it without putting it into a
          20   separate tube?
11:23:36  21      A  Yes, you could, but you would not get an
          22   accurate number because it would behave -- in the two
          23   different tubes, it would behave differently.
11:23:47  24      Q  So is it your testimony that you can only do PCR
          25   quantitative analysis accurately with an internal
```

## Page 70

```
           1   standard?
11:24:00   2      MR. CANNON: Objection as to form, mischaracterizes
           3   prior testimony.
11:24:02   4      THE WITNESS: Accurately. I don't know. I don't
           5   know how to answer -- how to answer that.
11:24:13   6   BY MS. WILKINSON:
11:24:13   7      Q  Why not?
11:24:19   8      A  Because it depends on the situation that you're
           9   looking at on -- at the -- at the quantitation that
          10   you're trying to do. It's different in different
          11   situations. And back then it was even more so.
11:24:48  12      Q  Did you discuss the RNA standard in your meeting
          13   with Alice Wang regarding this deposition?
11:25:09  14      A  Yes, we did discuss -- we did discuss the origin
          15   of the -- of the -- of the plasmid -- or the construct,
          16   yes.
11:25:19  17      Q  And what specifically did you discuss?
11:25:21  18      MR. CANNON: Objection; asked and answered.
11:25:24  19      THE WITNESS: We discussed the origin, yeah.
11:25:37  20   BY MS. WILKINSON:
11:25:37  21      Q  Is that -- describe the origin that you -- that
          22   you discussed with Alice Wang.
11:25:45  23      MR. CANNON: Objection; asked and answered.
11:25:47  24      THE WITNESS: Discuss the origin. We discussed
          25   where the -- where the PCR product came from in -- yeah,
```

## Page 71

```
           1   the origin, basically the origin.
11:26:15   2   BY MS. WILKINSON:
11:26:15   3      Q  If you used separate tubes for your standard and
           4   your sample, any plasmid that expressed the HIV gag gene
           5   could be used to obtain an RNA standard; is that correct?
11:26:29   6      MR. CANNON: Objection to the form, incomplete
           7   hypothetical.
11:26:34   8      THE WITNESS: Could you repeat that again? I didn't
           9   quite get it.
11:26:37  10      MS. WILKINSON: Could you please repeat the
          11   question.
11:26:15  12      (The record was read as follows:
11:26:15  13      "QUESTION: If you used separate tubes for
          14      your standard and your sample, any plasmid
          15      that expressed the HIV gag gene could be
          16      used to obtain an RNA standard; is that
          17      correct?")
11:26:51  18      MR. CANNON: Same objections.
11:26:55  19      THE WITNESS: I -- not any. I don't think not any
          20   standard, no.
11:27:09  21   BY MS. WILKINSON:
11:27:09  22      Q  In the JID article, was -- were samples
          23   amplified in the same tube as your standard?
11:27:27  24      MR. CANNON: Objection as the form. If you want to
          25   show him the article, you can do that.
```

## Page 72

```
11:27:33   1      THE WITNESS: From what I recall from reading the
           2   article, no, it was not. I don't -- no.
11:27:43   3   BY MS. WILKINSON:
11:27:43   4      Q  So is your testimony that the JID article did
           5   not use the same tube for amplification of sample and
           6   standard?
11:28:05   7      MR. CANNON: Object as the form.
11:28:07   8      THE WITNESS: Yeah, from my recollection of reading
           9   the paper, yes, that -- and my understanding, yes.
11:28:14  10   BY MS. WILKINSON:
11:28:14  11      Q  Was the quantitation in the JID article accurate
          12   as used -- as you've used the word earlier?
11:28:28  13      MR. CANNON: Objection as the form.
11:28:33  14      No need to guess. If you know, you know. If
          15   you have information, please give an answer.
11:28:39  16      THE WITNESS: I don't know. I don't know how they
          17   did the -- I don't know how they did the experiments at
          18   the Stanford site, so...
11:28:48  19   BY MS. WILKINSON:
11:28:48  20      Q  As -- as an author on the paper, did you have
          21   any reason to question the accuracy of the results that
          22   Stanford obtained?
11:29:06  23      A  At that time or looking back on it now or both?
11:29:10  24      Q  At that time.
11:29:10  25      A  At that time? Yes, I believe I had some
```

```
13:48:47  1      Q  You -- have you ever -- I'm sorry.  Your
          2   testimony is that you have never seened -- you have never
          3   seen this document; is that correct?
13:48:54  4      A  That is correct.
13:48:59  5      Q  Have you -- are you aware of this, of the
          6   existence of this publication?
13:49:10  7      MR. CANNON:  Objection as to form.
13:49:11  8   BY MS. WILKINSON:
13:49:11  9      Q  Before I handed you this publication, were you
         10   aware that Drs. Holodniy, Katzenstein, Dennis Israelski,
         11   and Thomas Merigan published this paper in the Journal of
         12   Clinical Investigation?
13:49:29 13      A  No, I was not aware.
13:49:30 14      Q  Have you ever discussed this paper with any
         15   Cetus scientist?
13:49:35 16      A  No, because I did not know about it.
13:49:44 17      Q  Have you ever designed any specific protocol for
         18   mod- -- monitoring the efficacy of HIV treatment?
13:49:52 19      MR. CANNON:  Objection as to form.
13:50:03 20      THE WITNESS:  I don't believe so.
13:50:03 21   BY MS. WILKINSON:
13:50:03 22      Q  You've never designed any clinical protocols
         23   involving patient treatment; is that correct?
13:50:10 24      MR. CANNON:  Objection as to form.
13:50:12 25      THE WITNESS:  Clinical.  No, I don't believe so.
                                                         Page 121

13:50:17  1   BY MS. WILKINSON:
13:50:17  2      Q  You didn't have any clinical experience with
          3   patients; is that correct?
13:50:21  4      MR. CANNON:  Objection as to form.
13:50:24  5      THE WITNESS:  Clinical in what way?  In diagnostics
          6   or...
13:50:30  7   BY MS. WILKINSON:
13:50:30  8      Q  You didn't have any clinical experience with
          9   patients; is that right?
13:50:35 10      MR. CANNON:  Objection as to form.
13:50:40 11      THE WITNESS:  As far as treatment of patients, no.
13:50:42 12   BY MS. WILKINSON:
13:50:42 13      Q  Okay.  So if you -- if you hadn't...
13:51:02 14         Do you have any knowledge about whether anybody
         15   at Cetus knew about this article at any point in time?
13:51:11 16      A  I -- I have no knowledge.
13:51:18 17      Q  Mr. Casipit, you testified earlier about certain
         18   information and material you are aware that was
         19   transferred to Dr. Holodniy; is that correct?
13:51:29 20      A  Yes.
13:51:30 21      Q  Are you aware of any material that was
         22   transferred to a Dr. Merigan?
13:51:35 23      A  I am not aware of any material that was
         24   transferred to Dr. Merigan, no.
13:51:40 25      Q  Are you aware of any information that was
                                                         Page 122

          1   transferred to Dr. Merigan?
13:51:43  2      A  No.
13:51:44  3      Q  Are you aware of any material that was
          4   transferred to David Schwartz?
13:51:49  5      A  No.
13:51:54  6      Q  Are you aware of any information that was
          7   transferred to Dr. Schwartz?
13:51:58  8      A  No.
13:52:02  9      Q  Are you aware of any material that was
         10   transferred by Cetus to anybody else at Stanford?
13:52:10 11      MR. CANNON:  Objection as to form.
13:52:12 12      THE WITNESS:  I am -- I do not know that at all
         13   because Cetus is a big corporation, so...
13:52:20 14   BY MS. WILKINSON:
13:52:20 15      Q  Other than the testimony you've previously
         16   provided about information and material that was
         17   transferred to Dr. Holodniy, are you aware of any
         18   material or information that was transferred to anybody
         19   else at Stanford?
13:52:37 20      A  I do not know.
13:52:42 21      Q  Mr. Casipit, did Cetus have a written policy
         22   regarding confidential information?
13:52:49 23      MR. CANNON:  Objection; asked and answered.
13:52:50 24      THE WITNESS:  Yes, they did.
13:52:52 25   BY MS. WILKINSON:
                                                         Page 123

13:52:52  1      Q  Do you have a copy of that policy today?
13:52:55  2      A  Like I said before, I -- I don't have a copy of
          3   it, no.
13:53:01  4      Q  Can you tell me what Cetus's policy was with
          5   respect to confidential information?
13:53:06  6      MR. CANNON:  Objection; asked and answered.
13:53:12  7      THE WITNESS:  It -- it was that you could not share
          8   anything with anybody who has -- who is outside of Cetus
          9   or who has not signed a confidentiality agreement.  You
         10   cannot show them your notebook.  You cannot give them any
         11   materials.
13:53:30 12   BY MS. WILKINSON:
13:53:30 13      Q  You said that you couldn't share anything.  Did
         14   the policy allow you to share information that was
         15   publicly known?
13:53:42 16      A  It did not mention that, but as a rule -- as a
         17   rule in -- when we were sort of given this -- when we
         18   were given -- given this policy and I believe on our
         19   first days of orientation, they said when in doubt, do
         20   not share.  So it was pretty much whatever was at work
         21   you did not share with anyone who was outside.  You
         22   didn't talk about anything.
13:54:19 23      Q  Mr. Casipit, on your resume you note that you
         24   worked at Cetus/Chiron.  Is that correct?
13:54:30 25      A  Right.
                                                         Page 124
```

**Page 125**

13:54:31  Q  Can you explain that designation?
13:54:35  A  What happened around 1990 was that Cetus was -- Cetus was merged with Chiron, and for about six or seven months I worked for Chiron under basically the same group within Cetus, which is now Chiron.
13:54:59  Q  And that group was doing PCR work; is that correct?
13:55:02  A  Yes, among other things, yes.
13:55:06  Q  And who else was in that group?
13:55:13  A  There was -- let's see. Lelia Wu, Hing Wong, Vaughan Wittman, Rony Tal, and Anne-Lisa Fear.
13:55:28  Q  Was Alice Wang in that group?
13:55:34  A  At the end when I -- no, she was not. She had switched over to David Gelfand's group, which was the PCR group.
13:55:48  Q  And where was that?
13:55:52  A  Within Cetus. We actually didn't have a physical place. They had -- they had become a -- they had been sold to Roche, and so they were still occupying Cetus or Chiron buildings, yet they were still part of Roche -- they were still Roche -- they were Roche. So I did not go along. I stayed with microbial genetics, but we still shared the same lab.
13:56:33  Q  So you were among a group of Cetus people who were doing PCR research at Cetus that moved to Chiron; is

**Page 126**

that correct?
13:56:44  A  Correct. But PCR -- not developing PCR. It was just -- that was one of our techniques that we were using, as well.
13:56:50  Q  Did you learn -- did you -- you learned PCR techniques at Cetus; is that correct?
13:56:55  A  Yes, I did.
13:56:57  Q  Did you use those PCR techniques in your subsequent employment with Chiron?
13:57:01  A  Yes.
13:57:13  Q  Did you use that PCR experience in subsequent jobs that you had after Chiron?
13:57:20  A  Yes.
13:57:24  Q  At Baxter Diagnostics, did you use PCR techniques you had learned at Cetus?
13:57:29  A  Yes.
13:57:30  Q  And at Sunol Molecular Corporation, did you use PCR techniques that you had learned at Cetus?
13:57:37  A  Correct.
13:57:38  Q  And at Iconix Pharmaceuticals, did you use PCR techniques you learned at Cetus?
13:57:44  A  Yes.
13:57:44  Q  How about at Corixa? Did you use PCR techniques you learned at Cetus?
13:57:49  A  Yes.

**Page 127**

13:57:50  Q  And what about Aventis Gencell? Did you use PCR techniques there?
13:57:53  A  Yes.
13:57:54  Q  And what about the -- with respect to the work that you did as a consultant to Stanford University Medical School? Did that use PCR techniques you had learned at Cetus?
13:58:05  A  Yes. I did PCR, yes.
13:58:08  Q  And with respect to your current employer, Kai Pharmaceutical, did you use PCR techniques that you learned at Cetus?
13:58:14  A  Yes.
13:58:17  Q  You testified earlier that you signed an employment agreement at the time that you began work at Cetus; is that correct?
13:58:23  A  Yes.
13:58:24  Q  As part of that employment agreement, did you have any obligations to assign inventions to Cetus?
13:58:39  A  Yes, I did, mm-hmm. I believe that was in the -- in the clause, yes.
13:58:42  Q  What is your understanding of that obligation?
13:58:45  MR. CANNON: Objection as to form, calls for interpretation and legal conclusions.
13:58:50  Go ahead and answer if you have the information.
13:58:52  THE WITNESS: Well, my interpretation was -- is that

**Page 128**

Cetus owned it; is that they would pay me a salary for my inventions or whatever I would develop for them.
13:59:08  BY MS. WILKINSON:
13:59:08  Q  Do you have any understanding of -- let me start again.
13:59:14  Did you have any obligation to Cetus to assign rights to inventions that you would create after you left Cetus?
13:59:25  MR. CANNON: Objection as to form.
13:59:27  THE WITNESS: It was my understanding that after I left Cetus it would be the property of my employer; that after -- after Cetus. And depending on what their policy would be.
13:59:45  BY MS. WILKINSON:
13:59:45  Q  If -- and is your understanding that even if you learn -- if -- let me start again.
13:59:51  Is it your understanding that the techniques that you learned at Cetus could be used without restriction at your subsequent employment?
14:00:09  MR. CANNON: Is there a pend- -- is that a question?
14:00:12  MS. WILKINSON: Yes.
14:00:12  Would you please read back the question.
(The record was read as follows:
13:59:51  "QUESTION: Is it your understanding that the techniques that you learned at Cetus

### Page 141

```
14:18:30  1       MR. CANNON: I'll recognize that you made that
          2   objection.
14:18:32  3       MS. WILKINSON: Thank you. I appreciate that.
14:18:34  4       MR. CANNON: And I understand what you're doing,
          5   so...
14:18:36  6   BY MS. WILKINSON:
14:18:36  7     Q   With respect to topic number 9, as Roche's
          8   30(b)(6) designee, do you have anything further to add at
          9   this time?
14:18:42 10     A   Nothing further at this time.
14:18:43 11     Q   With respect to topic number 10, as Roche's
         12   30(b)(6) designee, do you have any additional testimony
         13   to provide today?
14:18:53 14     A   No, not at this time.
14:18:55 15     Q   And with respect to topic 21, as Roche's
         16   corporate 30(b)(6) designee, do you have any additional
         17   information or testimony to provide?
14:19:06 18       MR. CANNON: I would caution the witness to take
         19   your time and read the topic before answering.
14:19:10 20       THE WITNESS: Okay.
14:19:22 21       Yeah, not that I can recall at this time.
14:19:23 22   BY MS. WILKINSON:
14:19:23 23     Q   And with respect to topic number 23, as Roche's
         24   30(b)(6) designee, do you have any additional information
         25   or testimony that you can provide at this time?
```

### Page 142

```
14:19:45  1     A   Yeah, nothing -- nothing at this time.
14:19:46  2     Q   With respect to topic 24, as Roche's 30(b)(6)
          3   designee, are there any additional information or
          4   testimony that you can provide at this time?
14:20:08  5     A   No, not that I can recall at this time.
14:20:10  6     Q   Are there any -- for topic 25, as Roche's
          7   corporate 30(b)(6) designee, do you have any further
          8   information or testimony to provide at this time?
14:20:25  9     A   Yeah, nothing at this time.
14:20:26 10     Q   And with respect to topic number 30, as Roche's
         11   corporate 30(b)(6) designee, do you have any additional
         12   information or testimony to add at this time?
14:20:49 13     A   Yeah, nothing that I can recall at this time.
14:20:55 14     Q   Oh, I'm sorry. With respect to -- to topic 30,
         15   you were designated with respect to when Roche had notice
         16   of the JID article that we discussed. Is that correct?
14:21:17 17     A   I'm sorry. Say that again. I didn't quite get
         18   that.
14:21:20 19     Q   For topic number 30.
14:21:21 20     A   Yeah.
14:21:21 21     Q   The topic is Roche's knowledge, including,
         22   without limitation, the date of its first knowledge of
         23   the research disclosed in the papers and enumerated
         24   therein. And article number 2 that's listed there, I
         25   believe that's the -- that's the JID article --
```

### Page 143

```
14:21:40  1     A   Right.
14:21:40  2     Q   -- that we discussed earlier.
14:21:45  3       Do you have any testimony to provide today about
          4   Roche's knowledge, including without limitation, the date
          5   of its first knowledge of the research disclosed in the
          6   paper -- in that paper?
14:21:57  7     A   Yeah, not that I can recall at this time.
14:22:06  8     Q   Do you know when Cetus had knowledge of the
          9   subject matter and research disclosed in the JID paper?
14:22:24 10     A   I -- I don't -- I really don't know. I can't
         11   answer that question. I -- I know when I was first aware
         12   of the paper, but --
14:22:32 13     Q   When were you first aware of the paper?
14:22:37 14     A   Gosh, I was first aware of the paper probably a
         15   few months after we -- we had started -- we had closed
         16   the project, through -- through interaction with Alice
         17   and keeping me abreast of all what was -- what was
         18   happening and writing the manuscript and so forth.
14:23:04 19     Q   You mentioned that you were aware of one
         20   conversation between Alice and Mark in regards to the JID
         21   publication. Is that correct?
14:23:19 22     A   Yeah. You'll have to fill in a little more.
         23   What -- what -- what exactly...
14:23:24 24     Q   You testified earlier today about a conversation
         25   that Mark and Alice had about this article. Is that
```

### Page 144

```
          1   correct?
14:23:31  2       MR. CANNON: Objection to form.
14:23:31  3       THE WITNESS: Yeah, I mean could you be more
          4   precise? There was a lot...
14:23:40  5   BY MS. WILKINSON:
14:23:40  6     Q   You mentioned that you learned about this
          7   article with respect to the closing date of the project.
14:23:49  8       MR. CANNON: Objection to form.
14:23:53  9   BY MS. WILKINSON:
14:23:53 10     Q   Let me start again. When did you first learn
         11   about this article?
14:23:59 12     A   Okay. I learned about this article probably --
         13   I'm thinking it was about a few months after we had
         14   closed the project.
14:24:08 15     Q   And what project did you close?
14:24:10 16     A   Oh, I'm sorry. The -- the HIV -- the HIV -- the
         17   PCR on HIV standard, that project, yes.
14:24:22 18     Q   And that's the project that we've discussed as
         19   running through the duration of your two notebooks --
14:24:31 20     A   Correct.
14:24:31 21     Q   -- that ended at the same time as the last
         22   notebook entry that we discussed today; is that correct?
14:24:37 23     A   Correct.
14:24:45 24     Q   And what did closing of that project involve?
14:25:01 25     A   It involved Hing Wong, who was my new supervisor
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 145**

```
           1    or department head of my new department, telling me that
           2    we wouldn't work on it any longer, that we wouldn't
           3    support it any longer.
14:25:12   4       Q   Are you aware of anybody else at Cetus after
           5    that time reopening or continuing work on that project?
14:25:21   6       A   Yes, I do.
14:25:22   7       Q   And can you tell me about that?
14:25:27   8       A   I believe it was a few months before I left the
           9    company, I was approached by a Cindy Christopherson from
          10    Shirley Kwok's lab asking for the -- the RNA standard and
          11    actually some of the plasmid, as well.
14:25:48  12           And then after I had left the company, when I
          13    was at Baxter she had called me up and asked me some
          14    information also about the whereabouts of the plasmid so
          15    she could make some more and continue.
14:26:04  16       Q   When did Ms. Christopherson contact you
          17    initially?
14:26:12  18       A   Initially it was, yeah, a couple of months
          19    before I left. I can't remember the -- I can't remember
          20    the exact date.
14:26:21  21       Q   Before you left Chiron or Cetus?
14:26:24  22       A   Well, before I left Chiron. It had already
          23    changed to Chiron.
14:26:28  24       Q   Your resume indicates that you left Chiron in
          25    April of 1992. Is that correct?
```

**Page 146**

```
14:26:35   1       A   Correct, yeah. So it -- she probably told me
           2    sometime around April -- yeah, probably early -- early
           3    January of that year, yeah.
14:26:47   4       Q   Who worked with Ms. Christopherson on -- on the
           5    continuation of this project?
14:26:55   6       MR. CANNON: Objection as to form.
14:26:59   7       THE WITNESS: It -- I don't -- I don't know who
           8    worked with her. I know who she worked -- whose lab she
           9    worked for, and that was Shirley Kwok's lab.
14:27:10  10    BY MS. WILKINSON:
14:27:10  11       Q   Do you know anybody else who was involved in
          12    that project?
14:27:12  13       A   No. It was -- it was out of my hands at that
          14    point.
14:27:16  15       Q   Do you know if anybody was corresponding or
          16    communicating with Mark Holodniy or anybody else at
          17    Stanford in regards to that project?
14:27:31  18       A   I -- I have no knowledge if they did or did not.
14:27:34  19       Q   Did you give her anything else besides the
          20    standard?
14:27:38  21       A   Yeah, and the plasmid, as well. The construct
          22    itself.
14:27:42  23       Q   Did you give her anything else other than the
          24    standard and the plasmid?
14:27:52  25       A   I may have given her a map of it, along with the
```

**Page 147**

```
           1    plasmid. I don't really recall anything else.
14:28:05   2       Q   Do you know how long that project continued?
14:28:08   3       A   I -- I know it probably continued after I last
           4    heard from her when I was in Baxter, but I don't know how
           5    much longer.
14:28:16   6       Q   Are you familiar with the circumstances leading
           7    up to the project being reopened?
14:28:20   8       A   No. I was out of -- I was not in the PCR group
           9    at that time.
14:28:31  10       MS. WILKINSON: Okay. I think that -- that's
          11    everything that I have. If we could take a short break
          12    so that I could review my notes.
14:28:38  13       MR. CANNON: Sure.
14:28:38  14       MS. WILKINSON: Thank you.
14:28:42  15       THE VIDEOGRAPHER: Should I change tapes?
14:28:43  16       MS. RHYU: We're probably going to be very brief.
14:28:45  17       THE VIDEOGRAPHER: The time is 2:28. We're going
          18    off the record.
14:29:04  19           (Recess taken: 2:28 until 2:40 p.m.)
14:40:45  20       THE VIDEOGRAPHER: The time is 2:40. We are back on
          21    the record.
14:40:48  22    BY MS. WILKINSON:
14:40:48  23       Q   Mr. Casipit, you mentioned a Ms. Christopherson
          24    before we took a break. Is that correct?
14:40:54  25       A   Yes.
```

**Page 148**

```
14:40:54   1       Q   Can you please spell her name?
14:40:56   2       A   C-H-R-I-S-T-O-P-H-E-R-S-O-N.
14:41:01   3       Q   And do you know her first name?
14:41:03   4       A   Yes. Cynthia.
14:41:04   5       Q   And do you know of her most recent address?
14:41:11   6       A   No. No, I don't.
14:41:14   7       Q   Do you know, what is the last address that you
           8    had for her?
14:41:17   9       A   The last address, she was working at Roche.
14:41:21  10       Q   And was there a particular division of Roche
          11    where she was at?
14:41:27  12       A   Yes. Roche Molecular Systems over in Alameda.
14:41:30  13       Q   And when was the last time you had any contact
          14    with her?
14:41:37  15       A   The last time I had contact with her was
          16    probably around December of '90 -- of '92 or '93. I came
          17    back for Christmastime and I was visiting.
14:41:51  18       Q   Did you discuss the project --
14:41:53  19       A   No.
14:41:54  20       Q   -- at that time?
14:41:54  21           Have you ever discussed the project with her
          22    beyond what you've testified to today?
14:41:58  23       A   No.
14:42:01  24       MS. WILKINSON: That's all I have, Counsel.
14:42:04  25       MR. CANNON: Okay. I don't -- I don't have any --
```

```
 1  any further questions, but I want to designate the
 2  transcript as highly confidential, attorney's eyes only.
 3  And per agreement with the other side, the witness will
 4  have the opportunity to review the transcript before it
 5  is finalized.
14:42:23  6      MS. WILKINSON: Thank you. Thank you very much for
 7  your time.
14:42:27  8      THE VIDEOGRAPHER: This concludes today's deposition
 9  of Clayton Casipit. The number of media used was two.
10  We are off the record at 2:42 p.m.
14:42:47 11      THE REPORTER: For the written record,
12  Ms. Wilkinson, would you like a copy of the transcript?
14:42:53 13      MS. WILKINSON: Yes.
14:42:54 14      MS. RHYU: Yes.
14:42:55 15      THE REPORTER: Counsel, for you?
14:42:55 16      MR. CANNON: Yes. I'd like a rough ASCII e-mailed
17  to me, and I'd like the regular -- the transcript as soon
18  as you get it done, and then we've agreed that the party
19  taking the depo is going to keep the originals and my
20  copies.
14:43:17 21      MS. WILKINSON: We would also request a copy of the
22  rough ASCII transcript, please.
14:43:21 23      THE REPORTER: Thank you.
14:43:22 24      MR. CANNON: And if you could send the actual
25  manuscript to me, I will get it to the witness for
                                                    Page 149
```

```
 1  viewing and signing.
14:43:45  2      THE REPORTER: Are there any time constraints on
 3  this transcript?
14:43:53  4      MR. CANNON: I'd like it in one week, please.
14:43:53  5      MS. RHYU: We'll take the same.
14:43:53  6  //
14:45:47  7  //
                                                    Page 150
```

```
 9   I, CLAYTON CASIPIT, do hereby declare under
10   penalty of perjury that I have read the foregoing
11   transcript of my deposition; that I have made such
12   corrections as noted herein, in ink, initialed by me, or
13   attached hereto; that my testimony as contained herein,
14   as corrected, is true and correct.
15       EXECUTED this _____ day of _____,
16   20___, at _____,
                       _____.
17        (City)           (State)


20               _____
                      CLAYTON CASIPIT
                                                    Page 151
```

```
 1   STATE OF CALIFORNIA  )
                          : ss
 2   COUNTY OF CONTRA COSTA)
 3
 4       I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby
 6   certify:
 7       That the foregoing proceedings were taken
 8   before me at the time and place herein set forth; that
 9   any witnesses in the foregoing proceedings, prior to
10   testifying, were placed under oath; that a verbatim
11   record of the proceedings was made by me using machine
12   shorthand which was thereafter transcribed under my
13   direction; further, that the foregoing is an accurate
14   transcription thereof.
15       I further certify that I am neither
16   financially interested in the action nor a relative or
17   employee of any attorney of any of the parties.
18       IN WITNESS WHEREOF, I have this date
19   subscribed my name.
21   Dated: _____
24                _____
                      TRACY L. PERRY
                      CSR No. 9577
                                                    Page 152
```