| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com) |
| 2 | RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com) |
| | MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA 94306-2155 |
| | Tel:   (650) 843-5000 |
| 5 | Fax:   (650) 857-0663 |

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
MERIGAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED] ORDER DENYING DEFENDANT ROCHE MOLECULAR SYSTEMS' MOTION FOR SUMMARY JUDGMENT AND GRANTING COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S MOTION FOR SUMMARY JUDGMENT** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | Hearing Date: December 4, 2006<br>Time: 2:00 p.m.<br>Dept: 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1

**[PROPOSED] ORDER DENYING DEF. RMS'S MSJ
AND GRANTING STANFORD'S MSJ
CASE NO. C 05 04158 MHP**

Dockets.Justia.com

On December 4, 2006, the Court held a hearing on cross motions for summary judgment brought by Counterclaim Defendants Stanford University, Dr. Merigan, and Dr. Holodniy (collectively, "Stanford") and Defendant and Counterclaimant Roche Molecular Systems ("RMS"). Upon full consideration of all submitted papers and oral arguments in support of and in opposition to the Motions, and for good cause shown, the Court DENIES RMS's Motion in its entirety and GRANTS Counterclaim Defendants' Motion for Summary Judgment as follows:

(1) RMS has no rights to use the patents in suit based on the equitable doctrine of shop rights.

(2) RMS has no ownership or license rights to the inventions at issue under Dr. Holodniy's 1989 Visitor's Confidentiality Agreement.

(3) RMS has no ownership or license rights to the inventions at issues under the 1988 Material Transfer Agreement.

(4) RMS has no ownership or license rights to the inventions at issue under the 1984 and 1991 Merigan Consulting Agreements.

(5) RMS's ownership, license, and breach of contract counterclaims (Fourth and Sixth through Fourteenth Counterclaims) are barred by the statute of limitations, laches and/or estoppel.

(6) RMS's ownership and license affirmative defenses (Fourth and Sixth Affirmative Defenses) are barred by the statute of limitations, laches and/or estoppel.

(7) Stanford has standing to assert infringement of the patents in suit.

(8) RMS's Fourth and Sixth through Fourteenth Counterclaims are dismissed with prejudice.

(9) RMS's Fourth and Sixth Affirmative Defenses are dismissed with prejudice.

Dated: _____

HON. MARILYN HALL PATEL
United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1

[PROPOSED] ORDER DENYING DEF. RMS'S MSJ
AND GRANTING STANFORD'S MSJ
CASE NO. C 05 04158 MHP