COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:    (650) 843-5000
Fax:    (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>            Defendants. | Case No.  C 05 04158 MHP<br><br>**COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL A CONFIDENTIAL EXHIBIT TO THE SUPPLEMENTAL DECLARATION OF MICHELLE S. RHYU IN SUPPORT OF THEIR OPPOSITION TO COUNTERCLAIMANT RMS'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  December 4, 2006<br>Time: 2:00 p.m.<br>Dept: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>                Counterclaimants,<br><br>        v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>                Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

ADMINISTRATIVE REQUEST
TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP

In accordance with Civil Local Rule 79-5(b) and (d) and the Stipulated Protective Order Regarding Disclosure of Protected Information entered by this Court on May 19, 2006, Plaintiff and Counterclaim Defendants request that the following exhibit attached to the Supplemental Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's Opposition to Counterclaimant RMS's Motion for Summary Judgment, submitted herewith, be filed under seal:  Exhibit 8 – Excerpts from Mark Holodniy's Lab Notebook, vol. 4, bearing Bates numbers STAN 16339, 16342, 16385-16401.


Dated: November 15, 2006                    COOLEY GODWARD KRONISH LLP


                                            by: _____/s/_____
                                                       Michelle S. Rhyu

                                            Attorneys for Counter Defendants The Board of
                                            Trustees of the Leland Stanford Junior University,
                                            Thomas Merigan and Mark Holodniy

741493/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

ADMINISTRATIVE REQUEST
TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP