COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:   (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | Case No. C 05 04158 MHP<br><br>**DECLARATION OF ANTHONY J. PATEK IN SUPPORT OF COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL A CONFIDENTIAL EXHIBIT TO THE SUPPLEMENTAL DECLARATION OF MICHELLE S. RHYU IN SUPPORT OF THEIR OPPOSITION TO COUNTERCLAIMANT RMS'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 4, 2006<br>Time: 2:00 p.m.<br>Dept: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**PATEK DECL. I/S/O OF ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP**

Dockets.Justia.com

I, Anthony J. Patek, declare as follows:

1. I am an attorney with the law firm of Cooley Godward Kronish LLP, counsel of record for The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy in the above-captioned matter. I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

2. The Supplemental Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan, and Dr. Holodniy's Opposition to Counterclaimant RMS's Motion for Summary Judgment includes, as Exhibit 8, a document that has been designated as including "Confidential Information" pursuant to the Stipulated Protective Order entered in this action on May 19, 2006 at docket number 31.

3. Exhibit 8 contains excerpts from Mark Holodniy's lab notebook, volume 4 bearing Bates numbers STAN 16339, 16342, 16385-16401 reflecting experiments done on patient samples that discloses highly confidential non-public technical information regarding research, development, conception, and reduction to practice of inventions proprietary to Stanford University and, therefore, have been designated as confidential by Plaintiff and Counterclaim Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Palo Alto, California on November 15, 2006.

/s/
Anthony J. Patek

741496 v1/PA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

PATEK DECL. I/S/O OF ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP