| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| |   Adrian M. Pruetz (Bar No. 118215) |
| 2 |   Jeffrey N. Boozell (Bar No. 199507) |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, California 90017-2543 |
| | Telephone:    (213) 443-3000 |
| 4 | Facsimile:    (213) 443-3100 |
| | E-Mail:      adrianpruetz@quinnemanuel.com |
| 5 |               jeffboozell@quinnemanuel.com |
| 6 |   Robert W. Stone (Bar No. 163513) |
| |   Brian C. Cannon (Bar No. 193071) |
| 7 |   T.J. Chiang (Bar No. 235165) |
| | 555 Twin Dolphin Drive, Suite 560 |
| 8 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 9 | Facsimile: (650) 801-5100 |
| | E-Mail:      robertstone@quinnemanuel.com |
| 10 |               briancannon@quinnemanuel.com |
| |               tjchiang@quinnemanuel.com |
| 11 | |
| | Attorneys for Defendants and Counterclaimants |
| 12 | Roche Molecular Systems, Inc.; Roche |
| | Diagnostics Corporation; and Roche Diagnostics |
| 13 | Operations, Inc. |

14  UNITED STATES DISTRICT COURT

15  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 17 | | |
| 18 |         Plaintiff, | DECLARATION OF BRIAN CANNON IN SUPPORT OF ROCHE'S MOTION TO STRIKE |
| 19 | vs. | |
| 20 | ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 21 | | |
| |         Defendants. | |
| 22 | ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 23 | | |
| 24 |         Counterclaimants, | |
| 25 | vs. | |
| 26 | THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, | |
| 27 | | |
| 28 |         Counterclaim Defendants. | |

Case No. C-05-04158 MHP<br>
DECLARATION OF BRIAN CANNON

1  I, Brian Cannon, declare:

2  1. I am an attorney at the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for defendants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. I make this declaration of personal knowledge and, if called and sworn as a witness, I could and would testify competently as to the following:

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Thomas C. Merigan. [FILED UNDER SEAL]

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Mary Albertson. [FILED UNDER SEAL]

4. Attached hereto as Exhibit 3 is a true and correct copy Stanford's Responses and Supplemental Responses to Roche's Interrogatory Number 2. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2006, at Redwood Shores, California.

/s/ Brian Cannon

Brian Cannon