1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
4  Facsimile:   (213) 443-3100
   E-Mail:      adrianpruetz@quinnemanuel.com
5               jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     T.J. Chiang (Bar No. 235165)
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9  E-Mail:      robertstone@quinnemanuel.com
                tjchiang@quinnemanuel.com
10
   Attorneys for Defendants and Counterclaimants
11 Roche Molecular Systems, Inc.; Roche
   Diagnostics Corporation; and Roche Diagnostics
12 Operations, Inc.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 16      Plaintiff, | |
| 17  vs. | NOTICE OF MANUAL FILING OF EXHIBIT 1 TO THE DECLARATION OF BRIAN CANNON IN SUPPORT OF ROCHE'S MOTION TO STRIKE |
| 18  ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 19 | |
| 20      Defendants. | |
| 21  ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 22 | |
| 23      Counterclaimants, | |
| 24  vs. | |
| 25  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, | |
| 26 | |
| 27      Counterclaim Defendants. | |
| 28 | |

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING

Dockets.Justia.com

| | |
|---|---|
| 1 | **MANUAL FILING NOTIFICATION** |
| 2 | This filing is in paper or physical form only, and is being maintained in the case file in the |
| 3 | Clerk's office. |
| 4 | If you are a participant on this case, this filing will be served in hard-copy shortly. |
| 5 | For information on retrieving this filing directly from the court, please see the court's main |
| 6 | web site at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ). |
| 7 | This filing was not e-filed for the following reasons: |
| 8 | ___ Voluminous Document (PDF file size larger than e-filing system allowances) |
| 9 | ___ Unable to Scan Documents |
| 10 | ___ Physical Object (description): |
| 11 | ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media |
| 12 | _x_ Item Under Seal |
| 13 | ___ Conformance with the Judicial Conference Privacy Policy (General Order 53) |
| 14 | ___ Other (description): |
| 16 | DATED: November 28, 2006 |

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP

By /s/ Tun-Jen Chiang
Tun-Jen Chiang
Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics
Corporation; and Roche Diagnostics
Operations, Inc.

-1-                                       Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING