1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100
   E-Mail:       adrianpruetz@quinnemanuel.com
5                jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     T.J. Chiang (Bar No. 235165)
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9  E-Mail:       robertstone@quinnemanuel.com
                 tjchiang@quinnemanuel.com
10
   Attorneys for Defendants and Counterclaimants
11 Roche Molecular Systems, Inc.; Roche
   Diagnostics Corporation; and Roche Diagnostics
12 Operations, Inc.

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 16 | |
|     Plaintiff, | |
| 17 | NOTICE OF MANUAL FILING OF EXHIBIT 2 TO THE DECLARATION OF BRIAN CANNON IN SUPPORT OF ROCHE'S MOTION TO STRIKE |
|     vs. | |
| 18 | |
| 19  ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 20 | |
|     Defendants. | |
| 21 | |
| 22  ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 23 | |
|     Counterclaimants, | |
| 24 | |
|     vs. | |
| 25 | |
| 26  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, | |
| 27 | |
|     Counterclaim Defendants. | |
| 28 | |

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING

Dockets.Justia.com

**MANUAL FILING NOTIFICATION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

DATED: November 28, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Tun-Jen Chiang
Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

-1-

Case No. C-05-04158 MHP
NOTICE OF MANUAL FILING