1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
4  Facsimile:     (213) 443-3100
   E-Mail:        adrianpruetz@quinnemanuel.com
5                 jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     T.J. Chiang (Bar No. 235165)
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California  94065
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9  E-Mail:        robertstone@quinnemanuel.com
                  tjchiang@quinnemanuel.com
10

   Attorneys for Defendants and Counterclaimants
11 Roche Molecular Systems, Inc.; Roche
   Diagnostics Corporation; and Roche Diagnostics
12 Operations, Inc.

13                 UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 THE BOARD OF TRUSTEES OF THE LELAND          CASE NO. C-05-04158 MHP
   STANFORD JUNIOR UNIVERSITY,
16
                 Plaintiff,
17                                               NOTICE OF MANUAL FILING OF
       vs.                                       EXHIBIT 3 TO THE
18                                               DECLARATION OF BRIAN
   ROCHE MOLECULAR SYSTEMS, INC.; ROCHE          CANNON IN SUPPORT OF
19 DIAGNOSTICS CORPORATION; ROCHE                ROCHE'S MOTION TO STRIKE
   DIAGNOSTICS OPERATIONS, INC.,
20
                 Defendants.
21
   ROCHE MOLECULAR SYSTEMS, INC. ROCHE
22 DIAGNOSTICS CORPORATION; ROCHE
   DIAGNOSTICS OPERATIONS, INC.,
23
                 Counterclaimants,
24
       vs.
25
   THE BOARD OF TRUSTEES OF THE LELAND
26 STANFORD JUNIOR UNIVERSITY; THOMAS
   MERIGAN; AND MARK HOLODNIY,
27
                 Counterclaim Defendants.
28

                                                 Case No. C-05-04158 MHP
                                                 NOTICE OF MANUAL FILING

# MANUAL FILING NOTIFICATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under the Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

\_\_\_    Voluminous Document (PDF file size larger than e-filing system allowances)

\_\_\_    Unable to Scan Documents

\_\_\_    Physical Object (description):

\_\_\_    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_    Item Under Seal

\_\_\_    Conformance with the Judicial Conference Privacy Policy (General Order 53)

\_\_\_    Other (description):

DATED:  November 28, 2006

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
    Tun-Jen Chiang
    Attorneys for Defendants and Counterclaimants
    Roche Molecular Systems, Inc.; Roche Diagnostics
    Corporation; and Roche Diagnostics
    Operations, Inc.

-1-                    Case No. C-05-04158 MHP
                       NOTICE OF MANUAL FILING