1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
4  Facsimile:     (213) 443-3100
   E-Mail:        adrianpruetz@quinnemanuel.com
5                 jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     T.J. Chiang (Bar No. 235165)
7  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California  94065
8  Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
9  E-Mail:        robertstone@quinnemanuel.com
                  tjchiang@quinnemanuel.com
10

11  Attorneys for Defendants and Counterclaimants
   Roche Molecular Systems, Inc.; Roche
12  Diagnostics Corporation; and Roche Diagnostics
   Operations, Inc.

13                     UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15  THE BOARD OF TRUSTEES OF THE LELAND          CASE NO. C-05-04158 MHP
    STANFORD JUNIOR UNIVERSITY,
16
                        Plaintiff,
17
            vs.                                   DEFENDANTS' ADMINISTRATIVE
18                                                REQUEST TO FILE DOCUMENTS
    ROCHE MOLECULAR SYSTEMS, INC.; ROCHE          UNDER SEAL
19  DIAGNOSTICS CORPORATION; ROCHE
    DIAGNOSTICS OPERATIONS, INC.,
20
                        Defendants.
21
    ROCHE MOLECULAR SYSTEMS, INC. ROCHE
22  DIAGNOSTICS CORPORATION; ROCHE
    DIAGNOSTICS OPERATIONS, INC.,
23
                        Counterclaimants,
24
            vs.
25
    THE BOARD OF TRUSTEES OF THE LELAND
26  STANFORD JUNIOR UNIVERSITY; THOMAS
    MERIGAN; AND MARK HOLODNIY,
27
                        Counterclaim Defendants.
28

1    In accordance with Civil Local Rule 79-5(d), Defendants request that the following

2    documents be filed under seal:

3    (1)    Defendants' Motion to Strike;

4    (2)    Exhibits 1-3 of the Declaration of Brian Cannon in Support of Roche's Motion to Strike,

5    documents that were designated by Stanford as Attorneys' Eyes Only under the protective order.

6

7    DATED:  November 28, 2006                    Respectfully submitted,

8                                                 QUINN EMANUEL URQUHART OLIVER &
                                                  HEDGES, LLP
9

10                                               By_____
11                                                 Tun-Jen Chiang
                                                   Attorneys for Defendants and Counterclaimants
12                                                 Roche Molecular Systems, Inc.; Roche Diagnostics
                                                   Corporation; and Roche Diagnostics
13                                                 Operations, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28