QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
        jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  TJ Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
        tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.; ROCHE DIAGNOSTIC SYSTEMS, INC.,<br><br>    Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Counterclaimants,<br><br>    vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN.<br><br>    Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>**PROOF OF SERVICE BY HAND** |

04972/2006067.1

Proof of Service by Hand

CASE NO. C-05-04158 MHP

dockets.Justia.com

1    I am employed in the County of San Mateo, State of California. I am over the age
2 of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin
3 Drive, Suite 560, Redwood Shores, California 94065-2139.
4    On November 28, 2006, I served true copies of the following document(s) described as
5 **DEFENDANTS' MOTION TO STRIKE and EXHIBITS 1 - 3 TO THE DECLARATION**
6 **OF BRIAN CANNON IN SUPPORT OF ROCHE'S MOTION TO STRIKE** on the parties in
7 this action as follows:

8    Ricardo Rodriguez
     Michelle Rhyu
9    COOLEY GODWARD KRONISH, LLP
     Five Palo Alto Square
10   3000 El Camino Real
     Palo Alto, California 94306-2155
11

12   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the
13 office of the person(s) being served.
14   I declare that I am employed in the office of a member of the bar of this Court at whose
15 direction the service was made.
16   I declare under penalty of perjury under the laws of the State of California that the
17 foregoing is true and correct.
18   Executed on November 28, 2006, at Redwood Shores, California.

19
20                                      _____
                                         Marsha Brandsdorfer
21
22
23
24
25
26
27
28

04972/2006067.1
Proof of Service by Hand                -2-                CASE NO. C-05-04158 MHP