| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| |   Adrian M. Pruetz (Bar No. 118215) |
| 2 |   Jeffrey N. Boozell (Bar No. 199507) |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, California 90017-2543 |
| | Telephone:  (213) 443-3000 |
| 4 | Facsimile:   (213) 443-3100 |
| | E-Mail:      adrianpruetz@quinnemanuel.com |
| 5 |              jeffboozell@quinnemanuel.com |
| 6 |   Robert W. Stone (Bar No. 163513) |
| |   Brian C. Cannon (Bar No. 193071) |
| 7 |   T.J. Chiang (Bar No. 235165) |
| | 555 Twin Dolphin Drive, Suite 560 |
| 8 | Redwood Shores, California 94065 |
| | Telephone: (650) 801-5000 |
| 9 | Facsimile: (415) 801-5100 |
| | E-Mail:      robertstone@quinnemanuel.com |
| 10 |              tjchiang@quinnemanuel.com |
| 11 | Attorneys for Defendants and Counterclaimants |
| | Roche Molecular Systems, Inc.; Roche |
| 12 | Diagnostics Corporation; and Roche Diagnostics |
| | Operations, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | | CASE NO. C-05-04158 MHP |
|       Plaintiff, | | |
|   vs. | | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | | |
|       Defendants. | | |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | | |
|       Counterclaimants, | | |
|   vs. | | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN. | | |
|       Counterclaim Defendants. | | |

Pursuant to L.R. 79-5, Defendants are hereby granted leave to file under seal certain documents submitted in connection with its motion to strike. Specifically, Defendants may file under seal the following:

(1)     Defendants' Motion to Strike;

(2)     Exhibits 1-3 of the Declaration of Brian Cannon in Support of Roche's Motion to Strike.

DATED: November __, 2006

_____
Honorable Marilyn H. Patel
United States District Judge