QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Adrian M. Pruetz (Bar No. 118215)
  Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
         jeffboozell@quinnemanuel.com

  Robert W. Stone (Bar No. 163513)
  Brian C. Cannon (Bar No. 193071)
  T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
         briancannon@quinnemanuel.com
         tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN.<br><br>Counterclaim Defendants. | |

WHEREAS, the Court considered Defendant and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc. ("Roche's") Motion to Strike, Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University, Counterclaim Defendants Thomas Merigan and Mark Holodniy's ("Stanford") opposition thereto, argument of counsel and such other matters as the Court deemed appropriate;

IT IS HEREBY ORDERED:

1. Paragraphs 7-9 and 14 of the Declaration of Thomas C. Merigan, M.D., in Support of Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's Opposition to Roche Molecular Systems' Motion for Summary Judgment, Dkt. No. 112, are hereby stricken.

2. Section III.B.1 of Stanford University, Dr. Merigan and Dr. Holodniy's Opposition to Counterclaimant RMS's Motion for Summary Judgment, Dkt. No. 111, is hereby stricken.

3. Exhibits 710, 711, and 712 of the Supplemental Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's Opposition to Counterclaimant RMS's Motion for Summary Judgment, Dkt. No. 113, are hereby stricken.

4. Paragraph 8 of the Declaration of Luis Mejia in Support of Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's Motion for Summary Judgment, Dkt. No. 94, is hereby stricken.

DATED: November __, 2006

_____
Honorable Marilyn H. Patel
United States District Judge