1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Adrian M. Pruetz (Bar No. 118215)
2    Jeffrey N. Boozell (Bar No. 199507)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100
   E-Mail:       adrianpruetz@quinnemanuel.com
5                jeffboozell@quinnemanuel.com

6    Robert W. Stone (Bar No. 163513)
     Brian C. Cannon (Bar No. 193071)
7    T.J. Chiang (Bar No. 235165)
   555 Twin Dolphin Drive, Suite 560
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (415) 801-5100
   E-Mail:       robertstone@quinnemanuel.com
10               tjchiang@quinnemanuel.com

11 Attorneys for Defendants and Counterclaimants
   Roche Molecular Systems, Inc.; Roche
12 Diagnostics Corporation; and Roche Diagnostics
   Operations, Inc.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| 17          Plaintiff, | |
| 18     vs. | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL |
| 19  ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 21          Defendants. | |
| 22  ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| 24          Counterclaimants, | |
| 25      vs. | |
| 26  THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN. | |
| 28          Counterclaim Defendants. | |

Pursuant to L.R. 79-5, Defendants are hereby granted leave to file under seal certain documents submitted in connection with its motion to strike. Specifically, Defendants may file under seal the following:

(1)  Defendants' Motion to Strike;

(2)  Exhibits 1-3 of the Declaration of Brian Cannon in Support of Roche's Motion to Strike.

DATED: November __, 2006

_____
Honorable Marilyn H. Patel
United States District Judge