COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:  (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL A CONFIDENTIAL EXHIBIT TO THE SUPPLEMENTAL DECLARATION OF MICHELLE S. RHYU IN SUPPORT OF THEIR OPPOSITION TO COUNTERCLAIMANT RMS'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: December 4, 2006<br>Time: 2:00 p.m.<br>Dept: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] ORDER GRANTING ADMIN.
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP**

1    Having reviewed the submissions relating to Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's Administrative Request To File Under Seal a Confidential Exhibit to the Supplemental Declaration of Michelle S. Rhyu in Support of Their Opposition to Counterclaimant RMS's Motion for Summary Judgment ("Counterclaim Defendants' Administrative Request") pursuant to Civil Local Rules 7-10 and 79-5, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Counterclaim Defendants' Administrative Request is GRANTED;

IT IS FURTHER ORDERED that the Clerk of the Court is directed to allow Stanford University to file under seal Exhibit 8 of the Supplemental Declaration of Michelle S. Rhyu in Support of Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's Opposition to Counterclaimant RMS's Motion for Summary Judgment, which contains excerpts bearing Bates numbers STAN 16339, 16342, 16385-16401.

**IT IS SO ORDERED.**

Dated: 11/24/06

HON. MARILYN HALL PATEL
United States District Court Judge

741497/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

**[PROPOSED] ORDER GRANTING ADMIN.
REQUEST TO FILE UNDER SEAL
CASE NO. C 05 04158 MHP**