IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF LELAND STANFORD UNIVERSITY, et al., | No. C 05-4158-MHP |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE RESCHEDULING CROSS MOTIONS HEARING** |
| ROCHE MOLECULAR SYSTEMS, et al., | |
| Defendants. | |

    YOU ARE NOTIFIED THAT the motions hearing previously set for Dec. 4, 2006 at 2:00 p.m, has been vacated and reset for Thursday, Dec. 7 at 2:30 p.m, in Courtroom 15, 18th Floor, San Francisco.

Dated:   December 1, 2006                     FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By:_____
                                                        Edward Butler
                                                        Courtroom Deputy