COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:   (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED ORDER] DENYING DEFENDANTS' MOTION TO STRIKE**<br><br>Hearing Date: December 4, 2006<br>Time: 2:00 p.m.<br>Dept: 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**CASE NO. C 05 04158 MHP**

1  Having reviewed the submissions relating to Counterclaimant Roche Molecular Systems et al.'s ("RMS's") Motion To Strike, filed November 28, 2006, and good cause appearing therefore,

IT IS HEREBY ORDERED that RMS's Motion To Strike is DENIED.

Dated: _____

                                              HON. MARILYN HALL PATEL
                                              United States District Court Judge

742523 v1/PA