COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**SUPPLEMENTAL DECLARATION OF LUIS R. MEJIA IN SUPPORT OF STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

742502 v1/PA

MEJIA SUPP. DECL. I/S/O
OPP. TO MOT. TO STRIKE
CASE NO. C 05 04158 MHP

I, LUIS R. MEJIA, declare:

1. I am a Senior Licensing Associate in the Office of Technology Licensing ("OTL") at Stanford University. I previously submitted a declaration dated October 26, 2006, in support of Stanford University, Dr. Merigan, and Dr. Holodniy's Motion for Summary Judgment. (Docket No. 94.) I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

2. My October 26, 2006 declaration generally describes my relevant responsibilities, duties, and experience at my position in the OTL. (Docket No. 94, ¶¶ 3-8.) Stated more specifically, my responsibilities included receiving information about government grants that funded inventions and verifying that those grants were issued to the appropriate laboratories.

3. As I previously stated, in 1992, I was the person responsible for managing the applications leading to the patents at issue in this lawsuit. On April 9, 1992, Dr. Merigan submitted an invention disclosure relating to the work that was ultimately included in these applications. (Docket No. 110, Ex. 6.) Dr. Merigan identified in the invention disclosure that the work was sponsored by "NIH," which I understood to be the National Institutes of Health. (*Id.*) Dr. Merigan further identified in that disclosure that the work was funded by U.S. government grants Nos. AI27762-04 and AI277666-07. (*Id.*) It was then and remains OTL's pattern and practice to verify by reference to a Stanford grants database that the grants cited by inventors correspond to issued, current grants. According to this pattern and practice, at or near the time the disclosure was submitted, I, or someone working under my direction, would have verified that the grant numbers listed in the April 9, 1992 invention disclosure corresponded to existing grants applicable to Dr. Merigan. This practice is important, because the Bayh-Dole Act requires the University to report any inventions made with government funds to the government. According to this Act and Stanford policy, it is OTL's and my responsibility to identify government-funded inventions and to notify the government as to whether Stanford elects to retain title to the invention. (*See* Docket No. 94, ¶¶ 15-18.)

4. As part of my duties and responsibilities, I have personal knowledge of Exhibits 710, 711, and 712, which were attached to the Supplemental Declaration of Michelle S. Rhyu in

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.
742502 v1/PA

MEJIA SUPP. DECL. I/S/O
OPP. TO MOT. TO STRIKE
CASE NO. C 05 04158 MHP

1  Support of Counterclaim Defendants Stanford University, Dr. Merigan and Dr. Holodniy's
2  Opposition to Counterclaimant RMS's Motion for Summary Judgment. (Docket No. 113.)

3      5.    Exhibit 710 contains true and correct copies of correspondence from the OTL to
4  employees of the National Institutes of Health, notifying the NIH that the University elects to
5  retain title to the inventions of the original invention disclosure. I received a copy of each piece
6  of correspondence contained in Exhibit 710. The correspondence in Exhibit 710 was created at
7  or near the listed dates as a regularly conducted business activity of the OTL by either myself or
8  someone working under my direction, such as Eric Danly. I had knowledge of the
9  correspondence and the matters set forth therein at or near their dates. This correspondence was
10 maintained by the OTL in the course of its regularly conducted business activity.

11     6.    Exhibit 711 contains a true and correct copy of a confirmatory nonexclusive
12 license granted by Stanford to the United States Government to U.S. Patent Application Serial
13 No. 07/883,327, in accordance with the University's obligations under the Bayh-Dole Act. The
14 license in Exhibit 711 was created at or near the listed date as a regularly conducted business
15 activity of the OTL by Katherine Ku. I had knowledge of the license and the matters set forth
16 therein at or near its date. This license was maintained by the OTL in the course of its regularly
17 conducted business activity.

18     7.    Exhibit 712 contains a true and correct copy of a PTO Form 1619A recording the
19 confirmatory license from Exhibit 711 with the U.S. Patent and Trademark Office and a copy of
20 the license. Exhibit 712 is a certified PTO record that Stanford obtained from the ReedFax
21 service. The documents in Exhibit 712 were created at or near the listed dates as a regularly
22 conducted business activity of the OTL by its personnel or on their behalf. I had knowledge of
23 these documents and their contents at or near their dates.

24     I declare under penalty of perjury under the laws of the United States of America that the
25 foregoing is true and correct, and that this declaration was executed in Palo Alto, California on
26 December 1, 2006.

*/s/ Luis R. Mejia*
LUIS R. MEJIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

742502 v1/PA      2.      MEJIA SUPP. DECL. I/S/O
OPP. TO MOT. TO STRIKE
CASE NO. C 05 04158 MHP