1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:   (650) 843-5000
5  Fax:   (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendant THOMAS
   MERIGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>    Defendants. | Case No.  C 05 04158 MHP<br><br>**DECLARATION OF BENJAMIN G. DAMSTEDT IN SUPPORT OF STANFORD UNIVERSITY, DR. MERIGAN AND DR. HOLODNIY'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** |
|---|---|
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>    Counterclaimants,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br><br>    Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**DAMSTEDT DECL. I/S/O**
**OPP. TO DEFS.' MOTION TO STRIKE**
**CASE NO. C 05 04158 MHP**

I, Benjamin G. Damstedt, declare as follows:

1. I am an associate with the law firm of Cooley Godward Kronish LLP, counsel of record for The Board of Trustees of the Leland Stanford Junior University and Thomas Merigan in the above-captioned matter. I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the depositions of Thomas C. Merigan, M.D., conducted on September 11 and 13, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Mary Albertson, conducted on August 25, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of the Notice of Deposition of the Board of Trustees of the Leland Stanford Junior University, served on behalf of counterclaimants Roche Molecular Systems et al., dated July 5, 2006

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Mark Holodniy, conducted on July 19, 2006.

6. Attached hereto as Exhibit 357 is a true and correct copy of a Letter Agreement from Jeffrey S. Price to Teresa Y. Basham and Thomas C. Merigan, dated March 12, 1995. This document was discussed at 223:12-225:8 of the Merigan deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at Palo Alto, California on December 1, 2006.

/s/
Benjamin G. Damstedt

742582 v1/PA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DAMSTEDT DECL. I/S/O
OPP. TO DEFS.' MOTION TO STRIKE
CASE NO. C 05 04158 MHP

I, Benjamin G. Damstedt, declare as follows:

1. I am an associate with the law firm of Cooley Godward Kronish LLP, counsel of record for The Board of Trustees of the Leland Stanford Junior University and Thomas Merigan in the above-captioned matter. I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the depositions of Thomas C. Merigan, M.D., conducted on September 11 and 13, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Mary Albertson, conducted on August 25, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of the Notice of Deposition of the Board of Trustees of the Leland Stanford Junior University, served on behalf of counterclaimants Roche Molecular Systems et al., dated July 5, 2006

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Mark Holodniy, conducted on July 19, 2006.

6. Attached hereto as Exhibit 357 is a true and correct copy of a Letter Agreement from Jeffrey S. Price to Teresa Y. Basham and Thomas C. Merigan, dated March 12, 1995. This document was discussed at 223:12-225:8 of the Merigan deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at Palo Alto, California on December 1, 2006.

/s/
Benjamin G. Damstedt

742582 v1/PA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DAMSTEDT DECL. I/S/O
OPP. TO DEFS.' MOTION TO STRIKE
CASE NO. C 05 04158 MHP