# Exhibit D

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF THE TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY,

    Plaintiff,

    vs.                      No. C-05-04158 MHP

ROCHE MOLECULAR SYSTEMS, INC.;
ROCHE DIAGNOSTICS CORPORATION;
ROCHE DIAGNOSTICS OPERATIONS,
INC.; ROCHE DIAGNOSTIC SYSTEMS,
INC.,

    Defendant.

AND RELATED COUNTERCLAIM.

**CERTIFIED COPY**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MARK HOLODNIY, M.D.

Palo Alto, California

Wednesday, July 19, 2006

Volume 1

Reported by:
SUZANNE F. BOSCHETTI
CSR No. 5111

Job No. 3-49305



www.sarnoffcourtreporters.com
Irvine • Los Angeles • San Francisco
phone 877.955.3855 • fax 949.955.3854

SARNOFF
Court Reporters and
Legal Technologies

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:53:28 | 1 | through 10228. |
| 11:53:31 | 2 | Q.  Dr. Holodniy, do you recognize Exhibit 27? |
| 11:53:54 | 3 | A.  I do not. |
| 11:53:55 | 4 | Q.  As of June of 1994, were you part of the |
| 11:53:59 | 5 | faculty of Stanford University? |
| 11:54:04 | 6 | A.  Yes, I was -- that was '94.  I officially |
| 11:54:16 | 7 | joined the faculty in 1996.  The period between 1991 |
| 11:54:21 | 8 | and 1996, I was actually what would be considered |
| 11:54:28 | 9 | voluntary clinical faculty or an instructor, so I |
| 11:54:32 | 10 | didn't have faculty status. |
| 11:54:37 | 11 | Q.  Going back to Exhibit 23, which was the |
| 11:54:40 | 12 | Copyright and Patent Agreement that you executed, |
| 11:54:53 | 13 | Exhibit 23 would have obligated you -- strike that. |
| 11:54:58 | 14 | Exhibit 23 obligated you to assign right, |
| 11:55:04 | 15 | title and interest in inventions as required by |
| 11:55:08 | 16 | contracts between Stanford and third parties; is |
| 11:55:17 | 17 | that correct? |
| 11:55:17 | 18 | MS. RHYU:  Objection.  Calls for a legal |
| 11:55:20 | 19 | conclusion.  Misstates the document.  Mischaracterizes |
| 11:55:23 | 20 | the document. |
| 11:55:41 | 21 | THE WITNESS:  As I understand it, I agree to |
| 11:55:43 | 22 | assign Stanford or sponsors the right.  I don't see |
| 11:55:47 | 23 | anything related to third parties here. |
| 11:55:47 | 24 | BY MR. STONE: |
| 11:55:50 | 25 | Q.  Well, it says at the top that: |

127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 11:55:55 | 1 | "I understand that Stanford University |
| 11:55:57 | 2 | enters into agreements with third parties |
| 11:56:00 | 3 | including the United States Federal |
| 11:56:02 | 4 | Government." |
| 11:56:04 | 5 | Do you see that? |
| 11:56:05 | 6 | A.  Yes. |
| 11:56:05 | 7 | Q.  And so sponsors would include third |
| 11:56:09 | 8 | parties such as the United States Federal |
| 11:56:11 | 9 | Government but others as well, correct? |
| 11:56:12 | 10 | MS. RHYU:  Objection.  Calls for a legal |
| 11:56:15 | 11 | conclusion.  Lacks foundation. |
| 11:56:33 | 12 | THE WITNESS:  Reading this, that would be my |
| 11:56:35 | 13 | understanding. |
| 11:56:35 | 14 | BY MR. STONE: |
| 11:56:39 | 15 | Q.  And so can you reread my previous |
| 11:56:41 | 16 | question?  Thank you. |
| 11:57:22 | 17 | (Record read as follows: |
| 11:57:22 | 18 | "QUESTION:  Exhibit 23 obligated you |
| 11:57:22 | 19 | to assign right, title and interest in |
| 11:57:22 | 20 | inventions as required by contracts between |
| 11:57:22 | 21 | Stanford and third parties; is that |
| 11:57:22 | 22 | correct?") |
| 11:57:22 | 23 | MS. RHYU:  Objection.  Calls for a legal |
| 11:57:24 | 24 | conclusion.  Misstates the document.  Mischaracterizes |
| 11:57:29 | 25 | the document.  Lacks foundation.  Vague as to sponsors |

128

```
 1
 2
 3              I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5              That the foregoing proceedings were taken
 6   before me at the time and place herein set forth; that
 7   any witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim
 9   record of the proceedings was made by me using machine
10   shorthand which was thereafter transcribed under my
11   direction; further, that the foregoing is an accurate
12   transcription thereof.
13              I further certify that I am neither
14   financially interested in the action nor a relative or
15   employee of any attorney of any of the parties.
16              IN WITNESS WHEREOF, I have this date
17   subscribed my name.
18
19   Dated:   AUG 0 2 2006
20                          _____
21
22                          _____
23                          SUZANNE F. BOSCHETTI
                            CSR NO. 5111
24
25
```