# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: December 7, 2006

Case No.   C 05-4158  MHP               Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Ricardo Rodriguez, Michelle Rhyu
            Dft: Robert Stone, Jeff Boozell, Adrian Pruetz, Brian Cannon

Deputy Clerk: Edward Butler   Court Reporter: Connie Kuhl   Time in Court: 2:39 p.m. - 4:19 p.m.

## PROCEEDINGS

1)   Cross-Motions for Summary Judgment and Motion to Strike

## SUMMARY:

1. Re: Documents submitted for in camera review prior to disclosure:

    A. Stanford's Documents: The court rules that Exhibits 1-5, and 7, shall be disclosed. The claim of privilege is denied. Exhibit 6 documents are privileged; they shall not be disclosed.

    B. Roche's Documents: The single Exhibit 1 is not privileged, and therefore must be disclosed.

Defendant's Objections [#132] filed 12/6/06 are stricken as untimely.

Plaintiff's exhibits used for this hearing are returned to counsel.

The matters are deemed submitted.