QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
 Adrian M. Pruetz (Bar No. 118215)
 Jeffrey N. Boozell (Bar No. 199507)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-Mail: adrianpruetz@quinnemanuel.com
 jeffboozell@quinnemanuel.com

 Robert W. Stone (Bar No. 163513)
 Brian C. Cannon (Bar No. 193071)
 T.J. Chiang (Bar No. 235165)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
E-Mail: robertstone@quinnemanuel.com
 tjchiang@quinnemanuel.com

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER AND STIPULATION RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

4972/2054669.1

Case No. C-05-04158 MHP
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  WHEREAS, during the December 7, 2006 hearing on the parties' respective motions for summary judgment the Court set a case management conference for February 12, 2007 at 3:00 p.m.;

WHEREAS, the Court's order setting the date for the case management conference contemplated that the Court would issue rulings on the parties' respective motions for summary judgment prior to the case management conference;

WHEREAS, the Court has not yet issued its rulings on the parties' respective motions for summary judgment; and

WHEREAS, pursuant to Local Rules 7-12 and 16-2(e), the parties respectfully request that this Court continue the case management conference for approximately 28 days;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The case management conference currently set for February 12, 2007 at 3:00 p.m. shall be continued.

2. A new case management conference is set for March 12, 2006.

Dated: February 8, 2007

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

_____
Michelle S. Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendants Thomas Merigan and Mark Holodniy

| | |
|---|---|
| Dated: February 8, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>ADRIAN M. PRUETZ<br>JEFFREY N. BOOZELL<br>ROBERT W. STONE<br><br>_____<br>Jeffrey N. Boozell<br>Attorneys for Defendants and Counterclaim Plaintiff Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc. |

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/9/07

_____
HONORABLE MARILYN HALL PATEL
United States District Judge