1  PRUETZ LAW GROUP LLP
     Adrian M. Pruetz (Bar No. 118215) (ampruetz@pruetzlaw.com)
2  1600 Rosecrans Avenue, 4th Floor
   Manhattan Beach, CA 90266
3  Telephone:    (310) 321-7640
   Facsimile:    (310) 321-7641
4
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
5    Jeffrey N. Boozell (Bar No. 199507) (jeffboozell@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
6  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
7  Facsimile:    (213) 443-3100

8    Robert W. Stone (Bar No. 163513) (robertstone@quinnemanuel.com)
     Brian C. Cannon (Bar No. 193071) (briancannon@quinnemanuel.com)
9    T.J. Chiang (Bar No. 235165) (tjchiang@quinnemanuel.com)
   555 Twin Dolphin Drive, Suite 560
10 Redwood Shores, California 94065
   Telephone:    (650) 801-5000
11 Facsimile:    (650) 801-5100

12 Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.;
   Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.
13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | CASE NO. C-05-04158 MHP |
| Plaintiff, | |
| vs. | NOTICE OF CHANGE OF ADDRESS |
| ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Defendants. | |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC., | |
| Counterclaimants, | |
| vs. | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, | |
| Counterclaim Defendants. | |

04972/2056622.1

Case No. C-05-04158 MHP
NOTICE OF CHANGE OF ADDRESS

1  PLEASE TAKE NOTICE pursuant to Local Rule 3-11 that, effective February 14,
2  2007, Adrian Pruetz's new address and contact numbers will be as follows:

3  PRUETZ LAW GROUP LLP
   1600 Rosecrans Avenue, 4th Floor
4  Manhattan Beach, CA 90266
   Telephone:    (310) 321-7640
5  Facsimile:    (310) 321-7641
   E-Mail:       ampruetz@pruetzlaw.com
6
   Please make the appropriate change in your records.
7

8

9  Dated: February 12, 2007            PRUETZ LAW GROUP
                                       ADRIAN M. PRUETZ
10

11

12                                     _____
                                       Adrian Pruetz
13                                     Attorneys for Defendants and Counterclaim
                                       Plaintiff Roche Molecular Systems, Inc.; Roche
                                       Diagnostics Corporation; and Roche Diagnostics
14                                     Operations, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

04972/2056622.1

-1-                                    Case No. C-05-04158 MHP
                                       NOTICE OF CHANGE OF ADDRESS