COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:    (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants
THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>**UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

748206 v1/PA

**UNOPPOSED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**CASE NO. C 05 04158 MHP**

1    Plaintiff Stanford University hereby files this motion under L.R. 6-1(b), 7-1(a)(2), and 16-2 respectfully requesting that the Court continue the currently scheduled case management conference for one week, from March 12, 2007 at 3pm, to March 19, 2007 at 3pm. The continuance is requested due to a scheduling conflict. Stanford has conferred with the Roche defendants, who do not oppose the continuance.

A proposed order granting this unopposed motion is attached for the Court's convenience.

Dated: March 1, 2007              COOLEY GODWARD KRONISH LLP

by: /s/
                Ricardo Rodriguez

Attorneys for Counter Defendants The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

748207 v1/PA

[PROPOSED] ORDER GRANTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
CASE NO. C 05 04158 MHP