COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants
THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>        Defendants. | Case No. C 05 04158 MHP<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO MARCH 19, 2007** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>        Counterclaimants,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>        Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1029754 v1/SF      1.

**[PROPOSED] ORDER GRANTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
CASE NO. C 05 04158 MHP**

Dockets.Justia.com

1   The Court has considered the Unopposed Motion to Continue Case Management
2   Conference filed by Plaintiff Stanford University, and finds that the Unopposed Motion shall be
3   GRANTED.
4       IT IS HEREBY ORDERED that the Case Management Conference is continued to March
5   19, 2007 at 3 PM.

9   Dated: _____

                    HONORABLE MARILYN HALL PATEL
                    United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1029754 v1/SF

1.

[PROPOSED] ORDER GRANTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
CASE NO. C 05 04158 MHP