| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com) |
| 2 | RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com) |
| | MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA  94306-2155 |
| | Tel:    (650) 843-5000 |
| 5 | Fax:   (650) 857-0663 |

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants
THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case No.  C 05 04158 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE TO MARCH 19, 2007** |
| v. | |
| ROCHE MOLECULAR SYSTEMS, ET AL., | |
| Defendants. | |
| ROCHE MOLECULAR SYSTEMS, ET AL., | |
| Counterclaimants, | |
| v. | |
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, | |
| Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1029754 v1/SF                         1.

**[PROPOSED] ORDER GRANTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
CASE NO. C 05 04158 MHP**

1  The Court has considered the Unopposed Motion to Continue Case Management
2  Conference filed by Plaintiff Stanford University, and finds that the Unopposed Motion shall be
3  GRANTED.
4  IT IS HEREBY ORDERED that the Case Management Conference is continued to March
5  19, 2007 at 3 PM.

9  Dated: 3/5/2007

_____
HONORABLE MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1029754 v1/SF

1.

[PROPOSED] ORDER GRANTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE
CASE NO. C 05 04158 MHP