1   COOLEY GODWARD KRONISH LLP
    STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2   RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
    MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3   Five Palo Alto Square
    3000 El Camino Real
4   Palo Alto, CA  94306-2155
    Tel:    (650) 843-5000
5   Fax:    (650) 857-0663

6   Attorneys for Plaintiff and Counterclaim Defendant,
    THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR
7   UNIVERSITY and Counterclaim Defendants THOMAS MERIGAN and MARK
    HOLODNIY

8
    PRUETZ LAW GROUP LLP
9     Adrian M. Pruetz (Bar No. 118215) (ampruetz@pruetzlaw.com)
    1600 Rosecrans Avenue, 4th Floor
10  Manhattan Beach, CA 90266
    Telephone:     (310) 321-7640
11  Facsimile:     (310) 321-7641

12  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Jeffrey N. Boozell (Bar No. 199507) (jeffboozell@quinnemanuel.com)
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:     (213) 443-3000
    Facsimile:     (213) 443-3100
15
      Robert W. Stone (Bar No. 163513) (robertstone@quinnemanuel.com)
16    Brian C. Cannon (Bar No. 193071) (briancannon@quinnemanuel.com)
      Tun-Jen Chiang (Bar No. 235165) (tjchiang@quinnemanuel.com)
17  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California  94065
18  Telephone:  (650) 801-5000
    Facsimile:  (650) 801-5100
19
    Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.;
20  Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

21                          UNITED STATES DISTRICT COURT

22                         NORTHERN DISTRICT OF CALIFORNIA

23

24  THE BOARD OF TRUSTEES OF THE            Case No.  C 05 04158 MHP
    LELAND STANFORD JUNIOR
25  UNIVERSITY,                             JOINT SUPPLEMENTAL CASE
                                            MANAGEMENT STATEMENT
26                  Plaintiff,
                                            Date:  March 19, 2007
27          v.                              Time:  3:00 PM
                                            Place:  Courtroom 15, 18th Floor
28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1  ROCHE MOLECULAR SYSTEMS, ET AL.,

2          Defendants.                        Hon. Marilyn Hall Patel

3

4  ROCHE MOLECULAR SYSTEMS, ET AL.,

5          Counterclaimants,

6      v.

7

8  THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR
9  UNIVERSITY; THOMAS MERIGAN; AND
   MARK HOLODNIY,

10         Counterclaim Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff and Counterdefendant the Board of Trustees of the Leland Stanford Junior

2  University ("Stanford"), Counterdefendants Thomas Merigan, M.D. ("Dr. Merigan"), and Mark

3  Holodniy, M.D. ("Dr. Holodniy"), and Defendants and Counterclaimants Roche Molecular

4  Systems, Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. (collectively

5  "Roche") jointly submit this Supplemental Case Management Statement.

6                                OVERVIEW AND STATUS

7    For the basic background, the parties incorporate by reference the prior CMC statements.

8  This Court bifurcated the case upon Roche's request to first address ownership issues.  This first

9  phase of the case culminated in summary judgment motions, which the Court has decided.

10    Based on the Court's Order, plaintiffs have requested that Roche dismiss its counterclaims

11  against Drs. Merigan and Holodniy, and dismiss its claims relating to the Kozal patents.  If Roche

12  will not to dismiss these claims voluntarily, Plaintiffs intend to bring a summary judgment motion

13  to effect the dismissal.

14    In light of the Court's order, Roche will be filing, concurrently with this CMC statement,

15  a request pursuant to Civil L.R. 7-11 and Fed. R. App. P. 5(a) seeking an order from this Court

16  amending its February 23, 2007 Memorandum & Order: Cross Motions for Summary Judgment

17  ("SJ Order") to certify the SJ Order for immediate appeal pursuant to 28 U.S.C. § 1292(b) and to

18  stay proceedings pending appeal because the SJ Order (1) "involves a controlling question of law

19  as to which there is a substantial ground for difference of opinion" and (2) "immediate appeal

20  from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. §

21  1292(b).  Should the Court deny Roche's request, Roche is prepared to proceed with the second

22  phase of this matter as set forth below.

23                            ALTERNATIVE DISPUTE RESOLUTION

24    As the Court is aware, prior to the filing of the case, the parties participated in a private,

25  non-court-sponsored, JAMS mediation with Magistrate Judge Edward Infante on April 6, 2005.

26  The parties also met in person to discuss settlement on Thursday, February 1, 2007.

27                                        DISCOVERY

28    The parties agree to 25 interrogatories, 100 requests for admission, and 70 hours of

1   deposition per side (not per party) excluding time expended in deposing expert witnesses.

2   Stanford has proposed that no previously deposed witnesses, without exclusion, can be deposed

3   for more than one additional half day of 3.5 hours.  Roche is amenable to such a proposal

4   provided that any previously deposed named inventors are excepted from such agreement.

5                                          CASE SCHEDULE

6          Stanford's Proposed Case Schedule

7          Stanford believes that the case should proceed on its patent infringement claims and all

8   other remaining issues as well.  Stanford proposes the case schedule below.  With regard to the

9   deadline for amending pleadings, Stanford is unaware of what new claims or defenses Roche

10  intends to assert and thus reserves the right to request a different schedule or course of action

11  depending on the nature of any amended pleading filed by Roche.

| Event | Due Date |
|---|---|
| CMC | 3/19/07 |
| Last day for patentee to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce initial patent disclosures | 04/02/07 |
| Last day to amend pleadings without leave of court | 04/06/07 |
| Last day for accused infringer to serve Preliminary Invalidity Contentions and produce initial patent disclosures | 05/17/07 |
| Exchange Proposed Disputed Terms | 06/01/07 |
| Last day for simultaneous exchange Preliminary Claim Construction and identify extrinsic evidence | 06/15/07 |
| Last day to file Joint Claim Construction and Prehearing Statement | 06/29/07 |
| Claim Construction Prehearing Conference | As per the Court's schedule |
| Completion of claim construction discovery | 07/20/07 |
| Opening claim construction brief | 08/3/07 |
| Responsive claim construction brief | 08/22/07 |
| Reply claim construction brief | 08/31/07 |
| Claim construction hearing | 9/17/07 |
| Last day to amend Preliminary Infringement Contention pursuant to Pat LR 3-6 (a) | 30 days after Claim Construction Order |

| Event | Due Date |
|---|---|
| Last day to amend Preliminary Invalidity Contentions pursuant to Pat LR 3-6(b) | 50 days after Claim Construction Order |
| Last day for accused infringer to produce opinions of counsel and related privilege log re willfulness | 50 days after Claim Construction Order |
| Proposed End of Fact Discovery | 10/24/07 |
| Opening Expert Reports due for Party with burden of proof | 11/30/07 |
| Rebuttal Expert Reports due | 12/21/07 |
| Proposed End of Expert Discovery | 1/31/07 |
| Last Day for filing dispositive motions | 02/29/08 |
| Last Day for Opposition Briefs | 03/21/08 |
| Last Day for Reply Briefs | 04/2/08 |
| Hearing on dispositive motions | 04/21/08 |
| Pretrial conference | 05/12/08 |
| Trial | 05/13/08 |

Roche's Proposed Case Schedule

Roche proposes initiating the patent local rule schedule immediately following the close of pleadings.  Roche proposes tracking the patent local rules for all dates and closing fact discovery approximately eleven weeks after the claim construction hearing.

| Event | Due Date |
|---|---|
| CMC | 3/19/07 |
| Last day to amend pleadings without leave of court | 04/06/07 |
| Last day for patentee to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce initial patent disclosures | 4/20/2007 |
| Last day for accused infringer to serve Preliminary Invalidity Contentions and produce initial patent disclosures | 06/04/2007 |
| Exchange Proposed Disputed Terms | 06/18/2007 |
| Last day for simultaneous exchange Preliminary Claim Construction and identify extrinsic evidence | 07/09/2007 |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT CASE MANAGEMENT STATEMENT
CASE NO. C-05-04158 MHP

| Event | Due Date |
|---|---|
| Last day to file Joint Claim Construction and Prehearing Statement | 08/03/2007 |
| Claim Construction Prehearing Conference | As per the Court's schedule |
| Completion of claim construction discovery | 09/04/2007 |
| Opening claim construction brief | 09/17/2007 |
| Responsive claim construction brief | 10/1/2007 |
| Reply claim construction brief | 10/11/2007 |
| Claim construction hearing | 10/25/2007 |
| Commence Damages Discovery | 10/26/2007 |
| Last day to amend Preliminary Infringement Contention pursuant to Pat LR 3-6 (a) | 30 days after Claim Construction Order |
| Last day to amend Preliminary Invalidity Contentions pursuant to Pat LR 3-6(b) | 50 days after Claim Construction Order |
| Last day for accused infringer to produce opinions of counsel and related privilege log re willfulness | 50 days after Claim Construction Order |
| Proposed End of Fact Discovery | 1/11/08 |
| Opening Expert Reports due for Party with burden of proof | 2/8/08 |
| Rebuttal Expert Reports due | 2/29/08 |
| Proposed End of Expert Discovery | 3/28/08 |
| Last Day for filing dispositive motions | 4/18/08 |
| Last Day for Opposition Briefs | 5/2/08 |
| Last Day for Reply Briefs | 5/16/08 |
| Hearing on dispositive motions | 6/13/08 |
| Pretrial conference | 10/27/08 |
| Trial | 10/28/08 |

**Anticipated length of trial:**

Stanford, Merigan, and Holodniy oppose any further bifurcation. Stanford, Merigan, and Holodniy request 7 trial days for their entire case (affirmative and rebuttal), including issues of

1   infringement and validity, where each trial day is from 8:30 a.m. to 4:30 p.m.  Roche requests 7

2   trial days for the presentation of its case.

3   Dated: March 12, 2007                    COOLEY GODWARD  KRONISH LLP
                                             STEPHEN C. NEAL
4                                            RICARDO RODRIGUEZ
                                             MICHELLE S. RHYU
5

6
                                                          /s/
7                                            _____
                                             Ricardo Rodriguez
8                                            Attorneys for Counter Defendants The Board of
                                             Trustees of the Leland Stanford Junior University,
9                                            Thomas Merigan and Mark Holodniy

10  Dated:  March 12, 2007                   QUINN EMANUEL URQUHART OLIVER &
                                             HEDGES, LLP
11
                                             JEFFREY N. BOOZELL
12                                           ROBERT W. STONE
                                             BRIAN C. CANNON
13                                           TUN-JEN CHIANG

14                                           PRUETZ LAW GROUP LLP
                                             ADRIAN M. PRUETZ
15

16
                                                          /s/
17                                           _____
                                             Brian C. Cannon
18                                           Attorneys for Defendants and Counterclaim
                                             Plaintiff Roche Molecular Systems, Inc.; Roche
19                                           Diagnostics Corporation; and Roche Diagnostics
                                             Operations, Inc.
20

21                                                        /s/
                                             _____
22                                           Filer's Attestation:  Pursuant to General Order No.
                                             45, Section X(B) regarding signatures, Ricardo
23                                           Rodriguez hereby attests that concurrence in the
                                             filing of  the document has been obtained.
24

25

26

27

28