```
 1  PRUETZ LAW GROUP LLP
       Adrian M. Pruetz (Bar No. 118215)
 2     ampruetz@pruetzlaw.com
    1600 Rosecrans Avenue, 4th Floor
 3  Manhattan Beach, CA 90266
    Telephone:  (310) 321-7640
 4  Facsimile:  (310) 321-7641

 5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
       Brian C. Cannon (Bar No. 193071)
 6     briancannon@quinnemanuel.com
       Tun-Jen Chiang (Bar No. 235165)
 7     tjchiang@quinnemanuel.com
    555 Twin Dolphin Drive, Suite 560
 8  Redwood Shores, California  94065-2139
    Telephone:  (650) 801-5000
 9  Facsimile:  (650) 801-5100

10  Attorneys for Defendants and Counterclaimants
    Roche Molecular Systems, Inc.; Roche Diagnostics
11  Corporation; and Roche Diagnostics Operations, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Defendants.| CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER GRANTING ROCHE'S MOTION FOR CERTIFICATION OF MEMORANDUM AND ORDER RE: CROSS MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO 28 U.S.C. § 1292(b) AND REQUEST FOR STAY OF PROCEEDINGS |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>    Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY;<br><br>    Counterclaim Defendants.| |

Case No. C-05-04158 MHP
[PROPOSED] ORDER GRANTING MOTION FOR CERTIFICATION

## [PROPOSED] ORDER

WHEREAS, the Court has considered Defendant and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc. ("Roche's") Motion for Certification of Memorandum and Order Re: Cross Motions for Summary Judgment Pursuant to 28 U.S.C. § 1292(b) and Request for Stay of Proceedings, Plaintiff and Counterclaim Defendant The Board of Trustees of the Leland Stanford Junior University, Counterclaim Defendants Thomas Merigan and Mark Holodniy's ("Stanford") opposition thereto, argument of counsel and such other matters as the Court deemed appropriate;

AND WHEREAS, the Memorandum and Order Re: Cross-Motions for Summary Judgment (Docket No. 139) raises controlling questions of law as to which there are substantial grounds for difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation.

It is hereby ORDERED that:

(1) The Court's Memorandum and Order Re: Cross-Motions for Summary Judgment is hereby amended to contain the statement that the summary judgment order raises controlling questions of law as to which there are substantial grounds for difference of opinion and an immediate appeal from the order may materially advance the ultimate termination of the litigation pursuant to 28 U.S.C. § 1292(b); and

(2) All further proceedings in this action are stayed until further notice.

DATED: _____

_____
Honorable Marilyn H. Patel
United States District Judge