**PRUETZ LAW GROUP LLP**
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone: (310) 321-7640
Facsimile: (310) 321-7641

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
Brian C. Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
Tun-Jen Chiang (Bar No. 235165)
tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATION, INC.,<br><br>Defendant.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATION, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | CASE NO. C-05-04158-MHP<br><br>DECLARATION OF BRIAN C. CANNON IN SUPPORT OF ROCHE'S MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b). |

04972/1982932.2

Case No. C-05-04158 MHP
DECLARATION OF BRIAN CANNON

I, Brian C. Cannon, declare:

1. I am an attorney at law licensed to practice in the State of California and a partner at Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for defendants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. I have personal knowledge of the facts stated herein. If called upon to testify I could, and would, competently testify as to the following.

2. On March 6, 2007, I consulted with counsel for Stanford and asked whether Stanford would agree with, or not oppose, Roche's request for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). On March 9, 2007, counsel for Stanford communicated to me that Stanford would not so stipulate and would oppose such a request.

3. The document production in this action so far, including the documents produced by the parties and third parties, collectively totals over 110,000 pages.

4. Plaintiff and Defendants have collectively deposed thirty witnesses in the first phase of this case.

5. Plaintiff and Defendants have collectively issued over 25 subpoenas to third parties in the first phase of this case, including to Chiron Corporation, Pennie & Edmonds, Howrey LLP, Clayton Casipit, Alice Wang, Michael Konrad, Sohini Sengupta, Shirley Kowk, John Sninsky, Jeffrey Price, Thomas MacMahon, Ernest Kawasaki, Thomas White, Eric Groves, William Gerber, Lily Tan, Michael Ostrach, Dennis Israelski, Lisa Kole, Sharon Degroat, Susanne DeWitt, Barry Elledge, Debra Glaister, Stacey Sias, and David Schwartz.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2007, in Redwood Shores, California.

_____
Brian C. Cannon

04972/1982932.2

Case No. C-05-04158 MHP
DECLARATION OF BRIAN CANNON