COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:  (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR
UNIVERSITY and Counterclaim Defendants THOMAS MERIGAN and MARK
HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No. C 05 04158 MHP<br><br>**STANFORD'S AMENDMENT TO THE MARCH 12, 2007 JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Date: March 19, 2007<br>Time: 3:00 PM<br>Place: Courtroom 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

STANFORD'S AMENDMENT
CASE NO. C-05-04158 MHP

Dockets.Justia.com

1   Plaintiff and Counterdefendant the Board of Trustees of the Leland Stanford Junior
2   University ("Stanford"), and Counterdefendants Thomas Merigan, M.D. ("Dr. Merigan"), and
3   Mark Holodniy, M.D. ("Dr. Holodniy"), submit this Amendment to the March 12, 2007 Joint
4   Supplemental Case Management Statement (Docket No. 143) ("Joint Statement").  This
5   Amendment differs from the Joint Statement by (1) the inclusion of the "Amended Pleadings"
6   section and (2) a revision to Stanford's proposed deadline for the last date to amend pleadings
7   without leave of court.  These changes are shown below with additions underlined and deletions
8   in strikethrough format.  Defendants and Counterclaimants Roche Molecular Systems, Roche
9   Diagnostics Corporation, and Roche Diagnostics Operations, Inc. (collectively "Roche") declined
10  to join in this Amendment.

**OVERVIEW AND STATUS**

12  For the basic background, the parties incorporate by reference the prior CMC statements.
13  This Court bifurcated the case upon Roche's request to first address ownership issues.  This first
14  phase of the case culminated in summary judgment motions, which the Court has decided.

15  Based on the Court's Order, plaintiffs have requested that Roche dismiss its counterclaims
16  against Drs. Merigan and Holodniy, and dismiss its claims relating to the Kozal patents.  If Roche
17  will not to dismiss these claims voluntarily, Plaintiffs intend to bring a summary judgment motion
18  to effect the dismissal.

19  In light of the Court's order, Roche will be filing, concurrently with this CMC statement,
20  a request pursuant to Civil L.R. 7-11 and Fed. R. App. P. 5(a) seeking an order from this Court
21  amending its February 23, 2007 Memorandum & Order: Cross Motions for Summary Judgment
22  ("SJ Order") to certify the SJ Order for immediate appeal pursuant to 28 U.S.C. § 1292(b) and to
23  stay proceedings pending appeal because the SJ Order (1) "involves a controlling question of law
24  as to which there is a substantial ground for difference of opinion" and (2) "immediate appeal
25  from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. §
26  1292(b).  Should the Court deny Roche's request, Roche is prepared to proceed with the second
27  phase of this matter as set forth below.

**ALTERNATIVE DISPUTE RESOLUTION**

As the Court is aware, prior to the filing of the case, the parties participated in a private, non-court-sponsored, JAMS mediation with Magistrate Judge Edward Infante on April 6, 2005. The parties also met in person to discuss settlement on Thursday, February 1, 2007.

**AMENDED PLEADINGS**

By the last day the Court sets for parties to amend pleadings without leave of Court, Stanford intends to file an amended complaint adding a count for infringement of United States Patent 7,129,041 ("the 041 patent"). The '041 patent, titled "Polymerase chain reaction assays for monitoring antiviral therapy and making therapeutic decisions in the treatment of acquired immunodeficiency syndrome," issued on October 31, 2006 to Thomas C. Merigan, M.D., David A. Katzenstein, M.D., and Mark Holodniy, M.D., and is assigned to The Board of Trustees of the Leland Stanford Junior University. The patent application underlying the '041 patent is already at issue in this litigation. The '041 patent is a divisional application of U.S. Ser. No. 09/782,971 which issued as U.S. Patent 6,503,705, one of the two patents Stanford alleged infringement of in its Complaint filed on October 14, 2005 (Docket No. 1). Furthermore, Roche's Eighth and Tenth Counterclaims for relief seek, in part, a declaratory judgment of ownership of the patent application underlying the '041 patent. *See* Defendants' Amended Answer and Counterclaims filed June 29, 2006 (Docket No. 54) at 16, 23 and 24.

**DISCOVERY**

The parties agree to 25 interrogatories, 100 requests for admission, and 70 hours of deposition per side (not per party) excluding time expended in deposing expert witnesses. Stanford has proposed that no previously deposed witnesses, without exclusion, can be deposed for more than one additional half day of 3.5 hours. Roche is amenable to such a proposal provided that any previously deposed named inventors are excepted from such agreement.

**CASE SCHEDULE**

Stanford's Proposed Case Schedule

Stanford believes that the case should proceed on its patent infringement claims and all other remaining issues as well. Stanford proposes the case schedule below. With regard to the

deadline for amending pleadings, Stanford is unaware of what new claims or defenses Roche intends to assert and thus reserves the right to request a different schedule or course of action depending on the nature of any amended pleading filed by Roche.

| Event | Due Date |
|---|---|
| CMC | 3/19/07 |
| <u>Last day to amend pleadings without leave of court</u> | <u>03/26/07</u> |
| Last day for patentee to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce initial patent disclosures | 04/02/07 |
| ~~Last day to amend pleadings without leave of court~~ | ~~04/06/07~~ |
| Last day for accused infringer to serve Preliminary Invalidity Contentions and produce initial patent disclosures | 05/17/07 |
| Exchange Proposed Disputed Terms | 06/01/07 |
| Last day for simultaneous exchange Preliminary Claim Construction and identify extrinsic evidence | 06/15/07 |
| Last day to file Joint Claim Construction and Prehearing Statement | 06/29/07 |
| Claim Construction Prehearing Conference | As per the Court's schedule |
| Completion of claim construction discovery | 07/20/07 |
| Opening claim construction brief | 08/3/07 |
| Responsive claim construction brief | 08/22/07 |
| Reply claim construction brief | 08/31/07 |
| Claim construction hearing | 9/17/07 |
| Last day to amend Preliminary Infringement Contention pursuant to Pat LR 3-6 (a) | 30 days after Claim Construction Order |
| Last day to amend Preliminary Invalidity Contentions pursuant to Pat LR 3-6(b) | 50 days after Claim Construction Order |
| Last day for accused infringer to produce opinions of counsel and related privilege log re willfulness | 50 days after Claim Construction Order |
| Proposed End of Fact Discovery | 10/24/07 |
| Opening Expert Reports due for Party with burden of proof | 11/30/07 |
| Rebuttal Expert Reports due | 12/21/07 |
| Proposed End of Expert Discovery | 1/31/07 |

| Event | Due Date |
|---|---|
| Last Day for filing dispositive motions | 02/29/08 |
| Last Day for Opposition Briefs | 03/21/08 |
| Last Day for Reply Briefs | 04/2/08 |
| Hearing on dispositive motions | 04/21/08 |
| Pretrial conference | 05/12/08 |
| Trial | 05/13/08 |

Roche's Proposed Case Schedule

Roche proposes initiating the patent local rule schedule immediately following the close of pleadings. Roche proposes tracking the patent local rules for all dates and closing fact discovery approximately eleven weeks after the claim construction hearing.

| Event | Due Date |
|---|---|
| CMC | 3/19/07 |
| Last day to amend pleadings without leave of court | 04/06/07 |
| Last day for patentee to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce initial patent disclosures | 4/20/2007 |
| Last day for accused infringer to serve Preliminary Invalidity Contentions and produce initial patent disclosures | 06/04/2007 |
| Exchange Proposed Disputed Terms | 06/18/2007 |
| Last day for simultaneous exchange Preliminary Claim Construction and identify extrinsic evidence | 07/09/2007 |
| Last day to file Joint Claim Construction and Prehearing Statement | 08/03/2007 |
| Claim Construction Prehearing Conference | As per the Court's schedule |
| Completion of claim construction discovery | 09/04/2007 |
| Opening claim construction brief | 09/17/2007 |
| Responsive claim construction brief | 10/1/2007 |
| Reply claim construction brief | 10/11/2007 |
| Claim construction hearing | 10/25/2007 |

| Event | Due Date |
|---|---|
| Commence Damages Discovery | 10/26/2007 |
| Last day to amend Preliminary Infringement Contention pursuant to Pat LR 3-6 (a) | 30 days after Claim Construction Order |
| Last day to amend Preliminary Invalidity Contentions pursuant to Pat LR 3-6(b) | 50 days after Claim Construction Order |
| Last day for accused infringer to produce opinions of counsel and related privilege log re willfulness | 50 days after Claim Construction Order |
| Proposed End of Fact Discovery | 1/11/08 |
| Opening Expert Reports due for Party with burden of proof | 2/8/08 |
| Rebuttal Expert Reports due | 2/29/08 |
| Proposed End of Expert Discovery | 3/28/08 |
| Last Day for filing dispositive motions | 4/18/08 |
| Last Day for Opposition Briefs | 5/2/08 |
| Last Day for Reply Briefs | 5/16/08 |
| Hearing on dispositive motions | 6/13/08 |
| Pretrial conference | 10/27/08 |
| Trial | 10/28/08 |

**Anticipated length of trial:**

Stanford, Merigan, and Holodniy oppose any further bifurcation. Stanford, Merigan, and Holodniy request 7 trial days for their entire case (affirmative and rebuttal), including issues of infringement and validity, where each trial day is from 8:30 a.m. to 4:30 p.m. Roche requests 7 trial days for the presentation of its case.

/ / /

/ / /

/ / /

Dated: March 14, 2007

COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL
RICARDO RODRIGUEZ
MICHELLE S. RHYU

/s/
_____
Michelle S. Rhyu
Attorneys for Counter Defendants The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy

749123/PA

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO