1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:    (650) 843-5000
5  Fax:    (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant,
   THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7  JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
   MERIGAN and MARK HOLODNIY

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14  | THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case No.  C 05 04158 MHP |
    |---|---|

15

16  Plaintiff,     **[PROPOSED] ORDER REGARDING CASE MANAGEMENT**

17      v.

18  ROCHE MOLECULAR SYSTEMS, ET AL.,

19            Defendants.

20  ───────────────────────────────

    ROCHE MOLECULAR SYSTEMS, ET AL.,

21
            Counterclaimants,
22
        v.
23

24  THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR
25  UNIVERSITY; THOMAS MERIGAN; AND
    MARK HOLODNIY,
26
            Counterclaim Defendants.
27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

749253 v1/PA                                      **CASE NO. C 05 04158 MHP**

1      IT IS HEREBY ORDERED:

2      The parties are limited to 25 interrogatories, 100 requests for admission, and 70 hours of

3   deposition per side (not per party) excluding time expended in deposing expert witnesses.  No

4   previously deposed witnesses can be deposed for more than one additional half day of 3.5 hours.

5      The case shall proceed on the following schedule:

6

| Event | Due Date |
|---|---|
| CMC | 3/19/07 |
| Last day to amend pleadings without leave of court | 03/26/07 |
| Last day for patentee to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce initial patent disclosures | 04/02/07 |
| Last day for accused infringer to serve Preliminary Invalidity Contentions and produce initial patent disclosures | 05/17/07 |
| Exchange Proposed Disputed Terms | 06/01/07 |
| Last day for simultaneous exchange Preliminary Claim Construction and identify extrinsic evidence | 06/15/07 |
| Last day to file Joint Claim Construction and Prehearing Statement | 06/29/07 |
| Claim Construction Prehearing Conference | As per the Court's schedule |
| Completion of claim construction discovery | 07/20/07 |
| Opening claim construction brief | 08/3/07 |
| Responsive claim construction brief | 08/22/07 |
| Reply claim construction brief | 08/31/07 |
| Claim construction hearing | 9/17/07 |
| Last day to amend Preliminary Infringement Contention pursuant to Pat LR 3-6 (a) | 30 days after Claim Construction Order |
| Last day to amend Preliminary Invalidity Contentions pursuant to Pat LR 3-6(b) | 50 days after Claim Construction Order |
| Last day for accused infringer to produce opinions of counsel and related privilege log re willfulness | 50 days after Claim Construction Order |
| Proposed End of Fact Discovery | 10/24/07 |
| Opening Expert Reports due for Party with burden of proof | 11/30/07 |
| Rebuttal Expert Reports due | 12/21/07 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

749253 v1/PA

1.

CASE NO. C 05 04158 MHP

1

| Event | Due Date |
|---|---|
| Proposed End of Expert Discovery | 1/31/07 |
| Last Day for filing dispositive motions | 02/29/08 |
| Last Day for Opposition Briefs | 03/21/08 |
| Last Day for Reply Briefs | 04/2/08 |
| Hearing on dispositive motions | 04/21/08 |
| Pretrial conference | 05/12/08 |
| Trial | 05/13/08 |

2

3

4

5

6

7

8

9

10

Dated: _____

11

12
HONORABLE MARILYN HALL PATEL
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

749253 v1/PA                                     2.                        **CASE NO. C-05-04158 MHP**