# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: March 19, 2007

Case No.   C 05-4158  MHP                    Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES of LELAND STANFORD JUNIOR UNIVERSITY -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Luis Mejia, Michelle Ryu, Ricardo Rodriquez
            Dft: Adrian Praetz, Brian Cannon

Deputy Clerk: Anthony Bowser   Court Reporter: Sahar McVicker

## PROCEEDINGS

1)   Status Conference

2)   Defendants' Motion for Certification

3)

## ORDERED AFTER HEARING:

Amended complaint by 3/26/2007;
Answer/Infringement Contentions by April 13, 2007;
Final Infringement by 5/31/2007;
Exchange of disputed terms by 6/8/2007;
Simultaneous exchange of Preliminary Contentions 6/22/2007;
Final to file joint construction statement 7/6/2007;
Claim construction pre hearing conference: 7/30/2007 at 3:00 pm,
Claim construction discovery to be completed by 7/30/2007;

Claim Construction Opening Brief 8/10/07;
Responsive Briefs: 8/29/2007;
Replies by 9/12/2007;
Claim Construction Hearing set for 10/3/2007 at 9:30 am

Jury Trial (3 weeks); 7/18/2008 at 8:30 am;
Close of fact discovery: 1/11/2008;
Expert discovery closure: 3/14/2008;

Responses to Motion to Certify by 3/23/2007;
Reply to be filed by 3/30/2007;
Hearing date 4/9/2007 at 2:00 pm;