COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:    (650) 843-5000
Fax:    (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>                Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>                Defendants. | Case No.  C 05 04158 MHP<br><br>**[PROPOSED] ORDER DENYING ROCHE'S MOTION FOR CERTIFICATION OF MEMORANDUM AND ORDER RE CROSS MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO 28 U.S.C. § 1292(b) AND REQUEST FOR STAY OF PROCEEDINGS**<br><br>Date: April 9, 2007<br>Time: 2:00 pm<br>Dept. 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>                Counterclaimants,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>                Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**CASE NO. C 05 04158 MHP**

1    Having reviewed the submissions relating to Roche's Motion for Certification of
2  Memorandum and Order re Cross Motions for Summary Judgment Pursuant to 28 U.S.C.
3  § 1292(b) and Request for Stay of Proceedings ("Motion"), IT IS HEREBY ORDERED that the
4  Motion is DENIED.

6  Dated: _____

                                          HON. MARILYN HALL PATEL
                                          United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1

CASE NO. C 05 04158 MHP