PRUETZ LAW GROUP LLP
  Adrian M. Pruetz (Bar No. 118215)
  ampruetz@pruetzlaw.com
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone:   (310) 321-7640
Facsimile:   (310) 321-7641

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Brian C. Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
  Tun-Jen Chiang (Bar No. 235165)
  tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATION, INC.,<br><br>    Defendant.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATION, INC.,<br><br>    Counterclaimants,<br><br>    vs.<br><br>THE BOARD OF THE TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY,<br><br>    Counterclaim Defendants. | CASE NO. C-05-04158-MHP<br><br>STATEMENT OF RECENT DECISION<br><br>Date: April 9, 2007<br>Time: 2:00 PM<br>Dept. 15, 18th Floor<br><br>Hon. Marilyn Hall Patel |

Case No. C-05-04158 MHP
STATEMENT OF RECENT DECISION

1  Pursuant to Local Rule 7-3(d), Roche Molecular Systems, Inc. et al. ("Roche"), hereby
2  submits the attached recent judicial decision, *Central Admixture Pharmacy Servs. v. Advanced
3  Cardiac Solutions, P.C.*, No. 2006-1307 (Fed. Cir. April 3, 2007) that is relevant to Roche's
4  "Motion For Certification Of Memorandum And Order Re Cross Motions For Summary
5  Judgment Pursuant To 28 U.S.C. § 1292(b) And Request For Stay Of Proceedings" (Docket No.
6  144). This recent judicial decision was published April 3, 2007, after Roche filed its March 30,
7  2007 reply papers in connection with its request for certification.

8  As set forth in Roche's request for certification, in the February 23, 2007 Summary
9  Judgment Order, the Court cited and relied upon *TM Patents v. IBM*, 121 F.Supp. 2d 349
10 (S.D.N.Y. 2000) and *FilmTec v. Hydranautics*, 982 F.2d 1546 (Fed. Cir. 1992) to find: "under
11 the Bayh-Dole Act, title vests automatically in the government, not the inventor." Docket No.
12 139 at page 21. The attached recent judicial decision addresses whether the government receives
13 automatic title under the Bayh-Dole Act. *Central Admixture Pharmacy Servs. v. Advanced
14 Cardiac Solutions, P.C.*, No. 2006-1307, slip op. at page 8 (Fed. Cir. April 3, 2007) ("title
15 remains with the named inventors or their assignees. Nothing in the statute, regulations or our
16 caselaw indicates that title is automatically forfeited. The government must take an affirmative
17 action to establish its title and invoke forfeiture.").

19 DATED: April 4, 2007                Respectfully submitted,

20                                      PRUETZ LAW GROUP

21                                      QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES, LLP

23                                      By
24                                          /s/
                                        _____
25                                      Brian C. Cannon
                                        Attorneys for Defendants and Counterclaimants
26                                      Roche Molecular Systems, Inc.; Roche Diagnostics
                                        Corporation; and Roche Diagnostics Operations,
27                                      Inc.

28
                                               1                        Case No. C-05-04158 MHP
                                                                  STATEMENT OF RECENT DECISION