# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 9, 2007

Case No.   C 05-4158  MHP                    Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Ricardo Rodriguez, Benjamin Damstedt
            Dft: Brian Cannon, Adrian Pruetz

Deputy Clerk:  Anthony Bowser    Court Reporter: Juanita Gonzales

## PROCEEDINGS

1)   Defendants' Motion to Certify

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Motion denied; Court to issue order.