

Michelle S. Rhyu, Ph.D.
(650) 843-5505
rhyums@cooley.com

VIA E-FILE

May 10, 2007

Honorable Marilyn Hall Patel
United States District Court, Northern District of California
450 Golden Gate Avenue, Courtroom 15
San Francisco, CA 94102

**RE: Stanford University v. Roche Molecular Systems, et. al.,
(Case No. C 05-04158 MHP)**

Your Honor,

Stanford respectfully resubmits the attached [Proposed] Order Re Case Management, which was stipulated to by the parties and previously filed with the court on March 30, 2007. As we have not yet received notification that the stipulated order has been approved by the Court, we hereby refile the Order to bring it to the Court's attention.

Respectfully submitted,

Michelle S. Rhyu, Ph.D.

MSR:mw

Enclosure

cc  Brian Cannon

753022 v1/PA

FIVE PALO ALTO SQUARE, 3000 EL CAMINO REAL, PALO ALTO, CA 94306-2155  T: (650) 843-5000  F: (650) 857-0663  WWW.COOLEY.COM

Dockets.Justia.com