COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant,
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

PRUETZ LAW GROUP LLP
  Adrian M. Pruetz (Bar No. 118215) (ampruetz@pruetzlaw.com)
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone: (310) 321-7640
Facsimile: (310) 321-7641

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Jeffrey N. Boozell (Bar No. 199507)
(jeffboozell@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

  Robert W. Stone (Bar No. 163513)
(robertstone@quinnemanuel.com)
  Brian C. Cannon (Bar No. 193071)
(briancannon@quinnemanuel.com)
  Tun-Jen Chiang (Bar No. 235165)
(tjchiang@quinnemanuel.com)
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants and Counterclaimants Roche
Molecular Systems, Inc.; Roche Diagnostics Corporation; and
Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**[PROPOSED] CASE MANAGEMENT ORDER**
**CASE NO. C-05-04158 MHP**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>[~~PROPOSED~~] ORDER RE CASE MANAGEMENT |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

IT IS HEREBY ORDERED:

The parties are limited to 25 interrogatories, 100 requests for admission, and 70 hours of deposition per side (not per party) excluding time expended in deposing expert witnesses.  No previously deposed witnesses can be deposed for more than one additional half day of 3.5 hours.

The case shall proceed on the following schedule:

| Event | Due Date |
|---|---|
| CMC | 3/19/07 |
| Last day to amend pleadings without leave of court | 03/26/07 |
| Last day for Defendants to respond to amended pleadings and for patentee to serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and produce initial patent disclosures | 04/13/07 |
| Last day for accused infringer to serve Preliminary Invalidity Contentions and produce initial patent disclosures | 5/24/07 |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

750245 v1/PA

2.

[PROPOSED] CASE MANAGEMENT ORDER
CASE NO. C-05-04158 MHP

| Event | Due Date |
|---|---|
| Exchange Proposed Disputed Terms | 06/08/07 |
| Last day for simultaneous exchange Preliminary Claim Construction and identify extrinsic evidence | 06/22/07 |
| Last day to file Joint Claim Construction and Prehearing Statement | 7/6/07 |
| Claim Construction Prehearing Conference | 07/30/07; 3:00 p.m. |
| Completion of claim construction discovery | 07/30/07 |
| Opening claim construction brief | 08/10/07 |
| Responsive claim construction brief | 08/29/07 |
| Reply claim construction brief | 09/12/07 |
| Claim construction hearing | 10/03/07 |
| Damages discovery: damages document production begins on pending and due request; responses to written discovery solely related to damages due; additional damages discovery begins | 10/03/07 |
| Last day to amend Preliminary Infringement Contention pursuant to Pat LR 3-6 (a) | 30 days after Claim Construction Order |
| Last day to amend Preliminary Invalidity Contentions pursuant to Pat LR 3-6(b) | 50 days after Claim Construction Order |
| Last day for accused infringer to produce opinions of counsel and related privilege log re willfulness | 50 days after Claim Construction Order |
| Begin discovery related to opinions of counsel and willfulness pursuant to Pat LR 3-8 | 50 days after Claim Construction Order |
| End of Fact Discovery | 01/11/08 |
| Opening Expert Reports due for Party with burden of proof | 2/06/08 |
| Rebuttal Expert Reports due | 2/22/08 |
| End of Expert Discovery | 03/21/08 |
| Last Day for filing dispositive motions | 04/11/08 |
| Last Day for Opposition Briefs | 4/29/08 |
| Last Day for Reply Briefs | 5/9/08 |
| Hearing on dispositive motions | 5/26/08 |
| Pretrial conference | 06/30/08 or per Court's schedule |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

750245 v1/PA

3.

[PROPOSED] CASE MANAGEMENT ORDER
CASE NO. C-05-04158 MHP

| Event | Due Date | |
|---|---|---|
| Trial | ~~07/18/08~~ | 07/15/2008 at 8:30 a.m. |

Dated: March 30, 2007

/s/
Michelle Rhyu
Attorneys for Plaintiff and Counterclaim
Defendant, The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendants Thomas Merigan and Mark Holodniy

Dated: March 30, 2007

/s/
Brian C. Cannon
Attorneys for Defendants and Counterclaim
Plaintiffs Roche Molecular Systems, Inc.; Roche
Diagnostics Corporation; and Roche Diagnostics
Operations, Inc.

/s/
Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Michelle Rhyu hereby attests that concurrence in the filing of the document has been obtained.

Dated: June 1 _____, 2007

_____
HONORABLE MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel