Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al   Doc. 162

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL: (650) 801-5000 FAX: (650) 801-5100

June 19, 2007

**VIA E-FILE**
The Honorable Judge Marilyn H. Patel
United States District Court for the Northern District of California
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   <u>Stanford v. Roche Molecular Systems (No. C-05-04158 MHP)</u>

Dear Judge Patel:

In accordance with the Court's instructions of June 18, 2007, following up a voicemail we left for the Court on June 8, 2007, Roche submits its description of the discovery dispute with Stanford.

The parties have met and conferred in person on May 16 and by telephone on June 5. Roche served its document requests on April 18 and its interrogatories on April 27. The parties are due to exchange preliminary claim constructions on June 22, 2007 and file their joint claim construction and prehearing statement on July 6. Docket No. 161 (Case Management Order).

To date, Stanford has not produced any documents in this phase of the case other than those required by the Patent Local Rules. Relevant document requests are set forth in Exhibit A. Roche seeks (1) federal funding agreements that relate to the patents in suit; (2) deposition transcripts of the named inventors (one of whom also served as an expert) in related cases, as well as pleadings and discovery responses; (3) training or lecture materials concerning evaluating the effectiveness of anti-HIV therapy (the subject matter of the patents in suit).

To date, Stanford has not answered Roche's interrogatories set forth in Exhibit B. Roche seeks information about (1) Stanford's interactions with federal agencies concerning the patents in suit; (2) Stanford's contentions regarding the field of the invention and level of ordinary skill in that field; (3) Stanford's contentions about whether a prior art reference renders the claims invalid.

Although Stanford has produced no documents and refused to answer other interrogatories, these are the discovery areas of most concern to Roche given the claim construction deadlines. Roche does not know what issues, if any, Stanford intends to raise with the Court.

Respectfully submitted,

Brian C. Cannon

**quinn emanuel urquhart oliver & hedges, llp**

04972/2147792.1   LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL (415) 875-6600 FAX (415) 875-6700

Dockets.Justia.com