# EXHIBIT A

Dockets.Justia.com

# EXHIBIT A

## DOCUMENT REQUESTS AT ISSUE

**REQUEST FOR DOCUMENT PRODUCTION No. 43 (served on February 2, 2006):**

All DOCUMENTS that RELATE TO any legal or administrative proceeding involving any of the PATENTS-IN-SUIT, RELATED PATENTS/APPLICATIONS or OTHER RELATED PATENT(S)/APPLICATION(S), including without limitation, pleadings, court filings, court orders, special master reports, transcripts (whether trial, hearing, or deposition), or exhibits (whether trial hearing, filing, or deposition).

**REQUEST FOR DOCUMENT PRODUCTION No. 70 (served on April 18, 2007):**

All DOCUMENTS related to any judicial action, including litigation or arbitration, involving any of the SUBJECT PATENTS or PATENTS-IN-SUIT.

**REQUEST FOR DOCUMENT PRODUCTION No. 72 (served on April 18, 2007):**

Any funding agreement, and all DOCUMENTS relating to any such funding agreement, between YOU and any agency of the United States government that RELATES TO the PATENTS-IN-SUIT.

**REQUEST FOR DOCUMENT PRODUCTION No. 80 (served on April 18, 2007):**

All DOCUMENTS, including any training materials, slides, lecture outlines, textbooks or articles, related to instructing or training physicians or medical professionals in evaluating the effectiveness of anti-HIV therapy.