# EXHIBIT B

# EXHIBIT B

## INTERROGATORIES AT ISSUE (all served on April 27, 2007)

**INTERROGATORY No. 33:**

Describe in detail all reasons You contend that the JID Article and the UCLA Abstract, each alone or in combination, does not render invalid the asserted claims of the Patents-in-Suit under 35 U.S.C. §§ 102 or 103. To the extent You contend that such references do not contain an element or step of the claims of the Patents-in-Suit, Identify such missing element or step.

**INTERROGATORY No. 40:**

Describe in detail the field of art to which the subject matter of the claims of the Patents in-Suit pertain; and describe the qualifications, experience and knowledge of a person of ordinary skill in the art at the time the inventions of the Patents-in-Suit were made.

**INTERROGATORY No. 44:**

Describe in detail every interaction with any agency of the United States government in connection with the funding, development, conception, reduction to practice and/or application for patent rights for any of the claimed inventions of the Patents-in-Suit, including without limitation the identity of any funding agreement with the United States government that You contend governs the assignment of rights and title in connection with the Patents-in-Suit.