Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 172 Att. 2

# Exhibit B

## Roche's Construction of Disputed Terms and Phrases and Supporting Evidence Under Patent Local Rule 4-3

Pursuant to Patent L.R. 4-3, Defendants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. (collectively, "Roche") submit the following chart setting forth its construction of disputed terms and phrases and supporting evidence under patent local rule 4-3 for those terms in the claims of U.S. Patent Nos. 5,968,730 (the "'730 patent"), 6,503,705 (the "'705 patent") and 7,129,041 (the "'041 patent") that Roche contends require construction by the Court. Roche explicitly reserves the right to assert that claim terms may be indefinite for purposes of invalidity under 35 U.S.C. § 112. References to column and line number refer to the specification of the '730 patent.

04972/2161995.1

-1-   Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

Dockets.Justia.com

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "evaluating the effectiveness of anti-HIV therapy of a patient"<br><br>"evaluating the effectiveness"<br><br>('730, '705, and '041 patents) | "medical decision as to whether anti-HIV therapy is having the intended effect and whether treatment should be modified" | Specification provides: "If a patient being treated with an antiretroviral therapeutic agent exhibits an increase in plasma HIV RNA copy number, a physician should consider altering the patient's treatment regimen." Col. 2, lines 45-49. See also col. 2, lines 41-43, col. 2, line 64 to col. 3, line 6.<br><br>Stanford response to office action dated May 31, 1996 at pages 3-4. STAN 001430-31.<br><br>Stanford response to office action dated March 30, 1997 at p. 2; STAN 1456.<br><br>Stanford submission under 37 CFR 1.129(a) after final office action sent Dec. 17, 1997 at p. 2, 4-5 and 12-16; STAN 0996, 98-99, 1006-1010. | Tabers Cyclopedic Medical Dictionary, 608 (17th ed. 1993).<br><br>Testimony of Dr. Bartlett |
| "an antiretroviral agent"<br><br>('730, '705, and '041 patents) | "antiretroviral agents available to doctors for the treatment of AIDS/HIV infected patients in 1992" | Specification provides: "Antiretroviral agent, as used herein, includes any known antiretroviral agent including, but not limited to, dideoxynucleosides." Col. 8, lines 39-41. | Testimony of Dr. Bartlett |

04972/2161995.1

-2-   Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "about 30 cycles"<br><br>('730, '705, and '041 patents) | "29 to 31 cycles of PCR" | Specification provides: "It is important that the number of cycles not exceed 35, and preferably, only about 30 cycles of amplification are used in PCR. Using a greater number of cycles may detract from the sensitivity of the assay." Col. 4, lines 48-51.<br><br>The Journal of Infectious Disease article referenced in the specification uses 30 cycles. See also quantification examples in the specification, e.g., col. 4, line 42-43. | Holodniy et al., 1991, J. Infect. Dis.:862-866 |
| "correlates positively"<br><br>('730, '705, and '041 patents) | "a particular result renders a particular conclusion more likely than other conclusions" | Specification provides: "The phrase 'correlates positively,' as used herein indicates that a particular result renders a particular conclusion more likely than other conclusions." Col. 7, lines 16-18. | |

04972/2161995.1

-3-    Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "therapeutically effective"<br><br>"therapeutically ineffective"<br><br>('730, '705, and '041 patents) | "elicits the medical effect intended by the treating physician such that the course of treatment is not modified"<br><br>"fails to elicit the medical effect intended by the treating physician as a result of drug resistance such that the course of treatment is modified" | Specification provides: "If a patient being treated with an antiretroviral therapeutic agent exhibits an increase in plasma HIV RNA copy number, a physician should consider altering the patient's treatment regimen." Col. 2, lines 45-49. See also col. 2, lines 41-43, col. 2, line 64 to col. 3, line 6.<br><br>Stanford response to office action dated May 31, 1996 at pages 3-4. STAN 001430-31.<br><br>Stanford response to office action dated March 30, 1997 at p. 2; STAN 1456.<br><br>Stanford submission under 37 CFR 1.129(a) after final office action sent Dec. 17, 1997 at p. 2, 4-5 and 12-16; STAN 0996, 98-99, 1006-1010. | Tabers Cyclopedic Medical Dictionary, 608 (17th ed. 1993).<br><br>Testimony of Dr. Bartlett |
| "SK 38"<br><br>"SK 39"<br><br>('730, '705, and '041 patents) | "HIV primers for PCR developed by Cetus scientist Shirley Kwok having sequences 5'-ATA ATC CAC CTA TCC CAG TAG GAG AAAT and 5'-TTT GGT CCT TGT CTT ATG TCC AGA ATG C, respectively" | Specification provides that "Any suitable primer for amplification of HIV genomic RNA sequences may be used, including, but not limited to, the oligomers SK38, SK39, and SK19 (FIG. 7) described in Kellog et al., 1990, in "PCR Protocols: A Guide to Methods and Applications," Innis et al., eds., Academic Press Berkely, Calif., pp. 337-347." Col. 4, lines 27-32. | Testimony of Dr. Lifson<br><br>Kellog and Kwok., 1990, in "PCR Protocols: A Guide to Methods and Applications," Innis et al., eds., Academic Press Berkely, Calif., pp. 337-347. |

04972/2161995.1

-4-   Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "conclusion"<br><br>('730, '705, and '041 patents) | "medical diagnosis for a particular patient" | Specification provides: "If a patient being treated with an antiretroviral therapeutic agent exhibits an increase in plasma HIV RNA copy number, a physician should consider altering the patient's treatment regimen."  Col. 2, lines 45-49.  See also col. 2, lines 41-43, col. 2, line 64 to col. 3, line 6.<br><br>Stanford response to office action dated May 31, 1996 at pages 3-4.  STAN 001430-31.<br><br>Stanford response to office action dated March 30, 1997 at p. 2; STAN 1456.<br><br>Stanford submission under 37 CFR 1.129(a) after final office action sent Dec. 17, 1997 at p. 2, 4-5 and 12-16; STAN 0996, 98-99, 1006-1010. | Testimony of Dr. Bartlett |
| "presence of detectable HIV-encoding nucleic acid"<br><br>"absence of detectable HIV-encoding nucleic acid"<br><br>('730 and '041 patents) | "qualitative result indicating greater than 40 copies of HIV RNA per ml"<br><br>"qualitative result indicating less than 40 copies of HIV RNA per ml" | Specification provides "the lower level of detection in this assay" as "<40." Col. 12, lines 43-44 and 51.  See also Col. 5, lines 29-31 (describing a "lower level of positivity" being defined as an absorbance of 0.135") | Testimony of Dr. Lifson |

04972/2161995.1

-5-  Case No.  C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "measuring the HIV RNA copy number" ('730, and '705 patents) | "techniques available in May 1992 to quantify HIV RNA copy number using PCR, specifically the assay in the 1991 JID article as set forth in the specification" | Specification provides: "copy number from subject samples may be determined from the absorbances obtained from a dilution series obtained from a dilution series of an RNA gag gene construct of known copy number (Holodniy et al., 1991, J. Infect. Dis.:862-866)." Col. 5, lines 32-36.<br><br>See also quantification examples in the specification, e.g., col. 4, line 1 to col. 5, line 55. | Testimony of Dr. Lifson<br><br>Holodniy et al., 1991, J. Infect. Dis.:862-866 |

04972/2161995.1

-6-   Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "collecting statistically significant data useful for determining whether a decline in HIV RNA copy numbers exists"<br><br>('705 patent) | "collecting statistically significant data upon which a physician should rely in order to make a medical diagnosis about a patient." | Specification provides: "If a patient being treated with an antiretroviral therapeutic agent exhibits an increase in plasma HIV RNA copy number, a physician should consider altering the patient's treatment regimen."  Col. 2, lines 45-49.  See also col. 2, lines 41-43, col. 2, line 64 to col. 3, line 6.<br><br>Stanford response to office action dated May 31, 1996 at pages 3-4. STAN 001430-31.<br><br>Stanford response to office action dated March 30, 1997 at p. 2; STAN 1456.<br><br>Stanford submission under 37 CFR 1.129(a) after final office action sent Dec. 17, 1997 at p. 2, 4-5 and 12-16; STAN 0996, 98-99, 1006-1010. | |

04972/2161995.1

-7-   Case No.  C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "statistically significant data" ('705 patent) | "the probability that the relationship between data is not due to chance. The patent specification does not define any probability value for this data" | There is no intrinsic support for the statistical significance of data with respect to the effectiveness of therapy. For instance, no probability value is defined. | Dorland's Illustrated Medical Dictionary, 31st ed., definition of "significant": "in statistics, probably resulting from something other than chance." Steadman's Medical Dictionary, 28th Ed., definition of "significant": "In statistics, denoting the reliability of a finding, or conversely, the probability of the finding being the result of chance (generally less than 5%)." |

04972/2161995.1

-8-    Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "statistically significant decline"<br><br>('705 patent) | "data upon which a physician should rely in order to make a medical diagnosis about decline of HIV. The patent specification does not define any probability value for this data" | Specification provides: "If a patient being treated with an antiretroviral therapeutic agent exhibits an increase in plasma HIV RNA copy number, a physician should consider altering the patient's treatment regimen." Col. 2, lines 45-49. See also col. 2, lines 41-43, col. 2, line 64 to col. 3, line 6.<br><br>Stanford response to office action dated May 31, 1996 at pages 3-4. STAN 001430-31.<br><br>Stanford response to office action dated March 30, 1997 at p. 2; STAN 1456.<br><br>Stanford submission under 37 CFR 1.129(a) after final office action sent Dec. 17, 1997 at p. 2, 4-5 and 12-16; STAN 0996, 98-99, 1006-1010. | |
| "The method of claim 7"<br><br>('705 patent) | This term does not require construction | | |

04972/2161995.1

-9-   Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3

| Terms | Roche's Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|
| "correlating"<br><br>('041 patent) | "the relationship in a patient between viral load and a particular condition" | Specification provides: "If a patient being treated with an antiretroviral therapeutic agent exhibits an increase in plasma HIV RNA copy number, a physician should consider altering the patient's treatment regimen." Col. 2, lines 45-49. See also col. 2, lines 41-43, col. 2, line 64 to col. 3, line 6.<br><br>Stanford response to office action dated May 31, 1996 at pages 3-4. STAN 001430-31.<br><br>Stanford response to office action dated March 30, 1997 at p. 2; STAN 1456.<br><br>Stanford submission under 37 CFR 1.129(a) after final office action sent Dec. 17, 1997 at p. 2, 4-5 and 12-16; STAN 0996, 98-99, 1006-1010. | Testimony of Dr. Bartlett |

04972/2161995.1

-10-  Case No. C-05-04158 MHP
DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE PURSUANT TO PATENT LOCAL RULE 4-3