January 1, 2006

# Fred Russell Kramer

**Personal**

| | |
|---|---|
| Birth | July 7, 1942 – New York City |
| Family | Married forty years, widowed, two children, one grandchild |

**Education**

| | |
|---|---|
| 1956 - 1959 | The Bronx High School of Science |
| 1959 - 1964 | University of Michigan – B.S. with Honors in Zoology |
| 1964 - 1969 | The Rockefeller University – Ph.D. (with Vincent Allfrey) |
| 1969 - 1972 | Columbia University – Postdoctoral training (with Sol Spiegelman) |

**Appointments**

1962 - 1964    Laboratory Technician, Cytogenetics Laboratory
Carnegie Institution of Washington, Ann Arbor, Michigan

1969 - 1986    Department of Genetics and Development
and Institute of Cancer Research
College of Physicians and Surgeons
Columbia University

| 1969 - 1971 | Fellow of the American Cancer Society |
|---|---|
| 1971 - 1972 | Research Associate |
| 1972 - 1973 | Instructor |
| 1973 - 1980 | Assistant Professor |
| 1980 - 1983 | Senior Research Associate |
| 1983 - 1986 | Research Scientist |

1986 - present    The Public Health Research Institute

| 1986 - present | Member and Chairman, Department of Molecular Genetics |
|---|---|
| 2000 - present | Director, Office of Technology Transfer |

1987 - present    Department of Microbiology, New York University School of Medicine

| 1987 - 2003 | Research Professor |
|---|---|
| 2003 - present | Adjunct Professor |

2003 - present    Professor of Microbiology and Molecular Genetics
New Jersey Medical School
University of Medicine and Dentistry of New Jersey

**Awards**

2005 Jacob Heskel Gabbay Award in Biotechnology and Medicine

**Professional groups**

American Association of University Professors
American Society for Biochemistry and Molecular Biology
American Society for Microbiology
Member of the Corporation, Bermuda Biological Station
New York Academy of Sciences
Society of the Sigma Xi
The RNA Society

Dockets.Justia.com

# Fred Russell Kramer

## Laboratory of Molecular Genetics
## Public Health Research Institute

**RESEARCH SYNOPSIS**

For the past thirty-six years, our laboratory has been exploring nucleic acid structure to understand the role that it plays in macromolecular interactions that control biological processes. The work has led to the design of novel nucleic acid molecules and the development of experimental techniques that enable the construction of extremely sensitive and specific molecular diagnostic assays. More than one hundred people have worked in the laboratory or participated as close collaborators. The following paragraphs sketch the significant research themes that the laboratory has pursued.

**Mechanism of RNA replication**

The laboratory studied the mechanism of RNA-directed RNA synthesis catalyzed by the bacteriophage polymerase, Qβ replicase. No one knew the mechanism by which the viral replicase selectively copies Qβ genomic RNA, while ignoring the vast number of other RNA molecules that are present in the bacterial host. Qβ RNA was too large to be studied with the techniques that were then available. However, we discovered a much smaller RNA (MDV-1 RNA) in Qβ-infected *Escherichia coli* that is replicated in the same manner as Qβ RNA (Kacian *et al*., 1972). Using classical enzymatic and electrophoretic techniques, we determined the complete nucleotide sequence of both complementary strands of MDV-1 RNA (Mills *et al*., 1973). This was the longest nucleic acid that had ever been sequenced. Knowledge of the sequence enabled experiments to be carried out that provided insights into the mechanism of RNA replication. We discovered that each complementary strand of MDV-1 RNA possessed extensive secondary structures (Klotz *et al*., 1980). We demonstrated that the rate of RNA synthesis was determined by pauses in polymerization that occur where secondary structures form in the nascent strand (Mills *et al*., 1978), and we showed that structural reorganizations occur during product strand elongation (Kramer & Mills, 1981). We also developed an electrophoretic technique for separating the complementary strands that enabled the elucidation of the overall mechanism of RNA-directed RNA synthesis (Dobkin *et al*., 1979), and we utilized chemical and enzymatic nucleic acid modification methods to identify the sequences and structures that are required for the selective recognition of the RNA by the replicase, and for the initiation of product strand synthesis (Mills *et al*., 1980; Bausch *et al*., 1983; Nishihara *et al*., 1983).

**Novel nucleic acid sequencing techniques**

Rapid nucleic acid sequence analysis was essential to further studies of replication. We developed a chain-termination method for RNA sequence analysis (Kramer & Mills, 1978) at the same time that Fred Sanger developed a chain-termination method for DNA sequence analysis. Knowledge of the extensive secondary structure of MDV-1 RNA led us to realize that both of these sequencing techniques were compromised by the persistence of strong secondary structures during electrophoretic separation of the partially synthesized strands. We introduced a widely adopted solution to this problem, which was based on the use of modified nucleosides, such as inosine, that form weaker secondary structures (Mills & Kramer, 1979). Years later, we conceived novel techniques that enable entire genomes to be sequenced in a concerted manner by hybridization to oligonucleotide arrays (Chetverin & Kramer, 1993; 1994). These techniques were licensed exclusively to the Affymetrix Corporation (U.S. Patents 6,103,463 and 6,322,971).

### *In vitro* evolution of replicating RNA populations

The *in vitro* replication of RNA by Qβ replicase provided a model system for studying precellular evolution. When MDV-1 RNA is replicated *in vitro*, the number of RNA molecules doubles every 20 seconds, resulting in an exponential increase in the number of RNA strands. Occasionally, errors occur during replication, producing RNA molecules with a mutated nucleotide sequence. When replication is carried out in the presence of an inhibitor of replication, mutant molecules that resist the inhibitor have a selective advantage, and if allowed to replicate for hundreds of generations, these mutants become predominant in the RNA population. Since phenotype and genotype reside in the same molecule, sequence analysis of the selected RNAs provided insights into the mechanism of Darwinian evolution.

Our laboratory carried out extensive studies on the *in vitro* evolution of replicating populations of MDV-1 RNA. Utilizing serial transfer techniques, hundreds of replicative generations could be completed in a day. By imposing different selective pressures, different variants emerged. Sequence analysis of the replicating RNA populations at different times during their evolution elucidated how the nucleotide changes that occurred conferred resistance to the particular inhibitor that was used (Kramer *et al.*, 1974). Parallel molecular evolution experiments carried out in the presence of the chain elongation inhibitor, ethidium bromide, confirmed that many different genotypic pathways lead to the same phenotypic result, just as in the evolution of organisms. These experiments laid the foundation for modern *in vitro* selection techniques that are used to isolate nucleic acid molecules possessing predetermined catalytic activities.

The results of the *in vitro* evolution experiments also provided useful insights into the structural constraints that are required for an RNA to be replicatable. Though mutations occur everywhere in an RNA, the only mutations selected during the evolution of MDV-1 RNA occurred in single-stranded regions of the molecule, indicating that double-stranded structures are essential to the replicative process. When ribonuclease T1 was used as a selective agent, the mutants that arose were significantly resistant to the nuclease. The macromolecular dimensions of both the nuclease and the RNA limited cleavage to only a few sites on the exterior of the RNA molecule. The selected RNAs possessed non-cleavable nucleotide substitutions at just those exposed sites. These experiments elucidated the tertiary structure of MDV-1 RNA, enabling us to design exponentially amplifiable recombinant RNAs.

### Recombinant RNAs

Many investigators wished to use the exponential amplification of RNA by Qβ replicase to synthesize large amounts of any mRNA or any genomic RNA. However, Qβ replicase is highly specific for Qβ phage RNA. We devised a scheme that enabled the replication of any heterologous RNA. Novel RNA templates were constructed by covalently inserting heterologous RNA sequences within the MDV-1 sequence at a single-stranded site that occurs on the exterior of the MDV-1 RNA molecule (Miele *et al.*, 1983). The resulting recombinant RNAs possessed all of the secondary and tertiary structures that are required for replication, and the presence of the inserted sequence on the exterior of the molecule did not interfere with access to the structures required for replication. Consequently, Qβ replicase was able to catalyze the exponential synthesis of the entire recombinant RNA. Moreover, the recombinant RNAs were bifunctional, in that they retained the biological activity of the inserted sequence, as well as the replicatability of the MDV-1 RNA.

We constructed recombinant RNAs that contained the entire mRNA sequence encoding chloramphenicol acetyltransferase. These recombinant molecules were amplified exponentially *in vitro* by incubation with Qβ replicase, and the replicated RNA served as template for the cell-free synthesis of enzymatically active chloramphenicol acetyltransferase (Wu *et al.*, 1992). We demonstrated that these recombinant mRNAs could be continuously synthesized and that large quantities of biologically active protein could be produced in a coupled replication-translation system that contained both Qβ replicase and bacterial ribosomes (Ryabova *et al.*, 1994). We also constructed amplifiable recombinant RNAs that contained entire viroid genomes (U.S. Patent 5,871,976), and the recombinant, by itself, was infectious when placed on the leaves of tomato plants.

**Extremely sensitive gene detection assays**

With the advent of the AIDS crisis, it became imperative that very sensitive assays be developed for the detection of pathogenic retroviruses.  We realized that an attractive strategy for detecting rare targets is to link a nucleic acid probe to a replicatable reporter that can be amplified exponentially after hybridization to reveal the presence of the target (Chu *et al*., 1986).  We therefore covalently linked MDV-1 RNA to an oligonucleotide probe that was complementary to a predetermined genetic target.  The resulting molecules were used in assays in which the probes bind specifically to target sequences, unbound probes are washed away, and the probe-target hybrids are incubated with Qβ replicase to generate a large number of easily detected reporter molecules.  Since as little as a single molecule of MDV-1 RNA can serve as template for the exponential synthesis of millions of RNA copies by Qβ replicase, these assays were extremely sensitive.

We also realized that it was simpler to perform these assays with recombinant MDV-1 RNA molecules in which a probe sequence is embedded within the MDV-1 RNA, rather than being attached to the RNA by a linker.  We constructed recombinant-RNA probes and demonstrated that they were bifunctional, in that they bound specifically to their targets, and after they were bound they served as templates for their own exponential amplification (Lizardi *et al*., 1988).  We demonstrated that recombinant-RNA hybridization probes could be used in sensitive gene detection assays (Lomeli *et al*., 1989; Kramer *et al*., 1992).  The inclusion of intercalating fluorescent dyes, such as ethidium bromide, in the reaction mixtures to detect the reporter RNA enabled the assays to be carried out in real-time under homogeneous conditions in sealed tubes (Kramer & Lizardi, 1989; Lomeli *et al*., 1989).  We also demonstrated that the time required to synthesize a given quantity of reporter RNA is inversely proportional to the logarithm of the number of target molecules originally present in a sample, thus enabling quantitative determinations over an extremely wide range of target concentrations (U.S. Patent 5,503,979).  This quantitative analytical technique has found wide application in real-time clinical assays that utilize polymerase chain reactions.

The sensitivity of Qβ replicase assays employing recombinant RNAs was limited by the inability to wash away every unbound probe.  Persistent nonhybridized probes were amplified along with hybridized probes, generating a background signal that obscured the presence of rare targets.  We investigated a number of different ways to eliminate this background (Kramer & Lizardi, 1989; Blok *et al*., 1997; U.S. Patents 5,118,801 and 5,312,728).  Rather than trying to improve existing washing techniques (which were already quite efficient), we altered the design of the probes so that they could not be replicated unless they were hybridized to their target.  We divided the recombinant-RNA probes into two separate molecules, neither of which could be amplified by itself, because neither contained all of the elements of sequence and structure that are required for replication by Qβ replicase.  The division site was located in the middle of the embedded probe sequence.  When these "binary probes" were hybridized to adjacent positions on their target sequence, they could be joined to each other by incubation with an appropriate ligase, generating a replicatable reporter RNA, which was then exponentially amplified by incubation with Qβ replicase.  Nonhybridized probes, on the other hand, because they were not aligned on a target, could not be ligated, and signal generation was strictly dependent on the presence of target molecules.  Because there were no background signals, the resulting assays were extraordinarily sensitive.  As little as a single HIV-1 infected cell could be detected in samples containing 100,000 uninfected lymphocytes (Tyagi *et al*., 1996).  This technique is licensed to Abbott Laboratories (U.S. Patents 5,759,773 and 5,807,674) and has been used in automated assays that detect the genes of many different infectious agents in human clinical samples.

**Molecular beacons**

We invented novel hybridization probes called "molecular beacons," which enable the direct detection of specific nucleic acids in living cells and in diagnostic assays (Tyagi & Kramer, 1996).  These probes are hairpin-shaped oligonucleotides with a fluorophore at one end and a nonfluorescent quencher at the other end.  When they are not bound to a target nucleic acid, the fluorophore

is in contact with the quencher and the probes are dark.  When these probes bind to their targets, they undergo a conformational reorganization that separates the fluorophore from the quencher, resulting in a bright fluorescent signal that indicates the presence of the target.  Because these probes only fluoresce when they are bound to target sequences, there is no need to isolate the probe-target hybrids to determine the amount of target present in a sample.

We showed that the mechanism of fluorescence quenching involves the transient formation of a nonfluorescent fluorophore-quencher complex, thus any desired fluorophore can be used as a label (Tyagi *et al*., 1998; Marras *et al*., 2002).  When a set of molecular beacons are prepared, each specific for a different target sequence, and each labeled with a differently colored fluorophore, different nucleic acid targets can be detected simultaneously in the same assay tube or in the same cell.  Moreover, by taking their thermodynamic behavior into consideration (Bonnet *et al*., 1999), molecular beacons can be designed so that they are significantly more specific than corresponding conventional linear hybridization probes.  Molecular beacons can be designed in such a manner that the presence of even a single nucleotide substitution in a target sequence prevents the formation of a probe-target hybrid (Tyagi *et al*., 1998; Marras *et al*., 1999).

Our laboratory demonstrated the advantages of using molecular beacons as amplicon detector probes in quantitative, real-time, exponential amplification assays.  We designed extremely sensitive, multiplex, clinical PCR assays that simultaneously detect four different pathogenic retroviruses in blood (Vet *et al*., 1999); and we designed "wavelength-shifting" molecular beacons (Tyagi *et al*., 2000) that enable many different genetic targets to be detected simultaneously in the same sample, utilizing simple instruments that possess a monochromatic light source.  We also pioneered the use of molecular beacons for high-throughput "spectral genotyping" (Kostrikis *et al*., 1998); and we demonstrated the ease with which molecular beacons can distinguish single-nucleotide polymorphisms in PCR assays (Marras *et al*., 1999).  We showed that molecular beacons work well in NASBA assays (Van Beuningen *et al*., 2001), as well as in PCR assays; and we demonstrated how molecular beacons can be used to monitor *in vitro* transcription in real time (Marras *et al*., 2004).

Our laboratory also designed a panel of assays that identify mutations in potential parents that cause Tay-Sachs disease and cystic fibrosis in the children of Ashkenazi Jews; and we developed a single-tube, multiplex assay that utilizes molecular beacons for the detection of bacteria that can be used as agents of bioterror:  *Yersinia pestis*, *Bacillus anthracis*, *Burkholderia mallei*, and *Francisella tularensis*.  We have also developed a single-tube version of a PCR assay that rapidly identifies multidrug-resistant *Mycobacterium tuberculosis* in sputum samples (El-Hajj *et al*., 2001).  This assay has undergone clinical trials (Varma-Basil *et al*., 2004) and is being developed for commercial distribution.  And finally, we have worked on the development of assays that detect hospital-acquired infections caused by pathogenic fungi and by methicillin-resistant and vancomycin-resistant *Staphylococcus aureus*.

**Highly multiplex screening assays**

Our laboratory is currently developing multiplex screening assays that utilize color-coded molecular beacons in single-tube gene amplification reactions that identify which infectious agent, if any, is present in a clinical sample (U.S. Patent Application 10/426,556).  The first assay of this type is able to identify the 15 most prevalent bacterial species that are found in blood samples taken from febrile patients.  Unlike classical blood cultures, which take many days to yield results, these "molecular blood cultures" require only two hours to complete.  Each of the 15 species-specific molecular beacons is labeled with a unique combination of two differently colored fluorophores selected from a palette of six differently colored fluorophores.  The two-color fluorescence signal that arises during the course of a PCR assay that amplifies a segment of the bacterial 16S ribosomal RNA gene uniquely identifies the species that is present.  Future assays will utilize three differently colored fluorophores (selected from a palette of seven colors) to uniquely label each of 35 species-specific molecular beacons.  This will enable simultaneous screening for the presence of both common species and rarely seen species, such as agents of bioterror.

Widespread use of these assays will enable the rapid identification of common infectious agents, while at the same time providing an early warning system that will help contain the spread of major epidemics.

We are also developing highly multiplex screening assays based on a different principle.  In these assays, only four differently colored molecular beacons are present during the amplification of a segment of the bacterial 16S ribosomal RNA gene.  Unlike the assays described above, these molecular beacons contain relatively long probe sequences, enabling them to bind to amplified 16S ribosomal RNA gene segments generated from many different bacterial species.  The stability of each of the four resulting probe-target hybrids depends upon how well each of the molecular beacons matches the amplified target sequence.  After amplification, the mixture of fluorescent probe-target hybrids is melted apart by raising the temperature and simultaneously determining, for each of the four differently colored probes, the temperature at which each hybrid falls apart (seen as a loss of fluorescence).  The resulting set of four melting temperatures serves as a unique spectral signature that identifies which species is present (U.S. Patent Application 10/110,907).  We recently demonstrated that 25 different species of *mycobacteria* can be uniquely identified with the aid of only four of these "sloppy" molecular beacons.

**Detection of rare cancer cells in otherwise wild-type tissue samples**

Our laboratory is also developing PCR assays that use allele-discriminating gene amplification primers to determine the proportion of cells in a biopsy or blood sample that contain rare mutations indicative of cancer.  We have utilized the knowledge gained from molecular beacons to design hairpin-shaped primers that are extraordinarily specific, enabling amplification products to be synthesized only from nucleic acids possessing single-nucleotide substitutions indicative of cancer.  By comparing the number of rounds of amplification needed to synthesize detectable amplicons with a mutant-specific primer to the number of rounds of amplification needed to synthesize detectable amplicons with a wild-type specific primer, the proportion of cells that are cancerous can be measured.  As little as one cancer cell in the presence of 100,000 wild-type cells can be seen (U.S. Patents 6,277,607 and 6,365,729).  This technique will be useful for monitoring the effectiveness of cancer therapies.

**Self-reporting oligonucleotide arrays**

We have demonstrated that molecular beacons are useful for the determination of gene expression profiles (Manganelli *et al*., 1999; Dracheva *et al*., 2001).  We are exploring the use of arrays of molecular beacons for the simultaneous quantitation of hundreds of different mRNAs in a sample.  Each molecular beacon is immobilized at a different location on the surface of a glass chip.  Instead of enzymatically adding a fluorophore to the target mRNAs and hybridizing those targets to an array of linear probes, when an array consists of immobilized molecular beacons, the mRNAs need not be labeled and the molecular beacons become fluorescent when the targets bind to them.  Hairpin-shaped probes are significantly more specific than linear probes, and the intensity of the fluorescence generated by the molecular beacons is directly proportional to the number of mRNAs that are bound.

We are also investigating distributed array formats, in which many different molecular beacon probes are used at the same time.  Each type of molecular beacon probe is immobilized on a different microbead, and tens of thousands of beads are used in an assay.  After hybridization to a mixture of mRNAs, the fluorescence of each bead is rapidly read by a spectral analyzer that determines the number of target mRNAs bound to each bead from the fluorescence of the molecular beacons on its surface.  In order to facilitate this approach, we have developed a rapid method for telling which bead contains which probe (U.S. Patent Application 20040248163).  In this technique, additional hairpin-shaped nucleic acids possessing quenchers and differently colored fluorophores at each end are also immobilized on the surface of each bead.  These additional hairpins do not serve as probes; instead the presence or absence of each hairpin serves as a binary element in a "serial number" that identifies the bead to which they are attached.  For example, three different-length hairpins can be used, each labeled with one of five differently colored fluorophores, for a total of 15 distinctive elements that can be present or absent on the surface of the bead.  The serial number of each bead in a collection of perhaps 100,000 beads

is then simultaneously read by raising the temperature and noting, for each bead, which fluorescent colors appear on the surface of the bead as the temperature is raised, causing the three different-length hairpins to denature.  The availability of practical gene expression profiling arrays should enable the identification of gene ensembles that control development, the discovery of new metabolic pathways, the exploration of cellular responses to viral and bacterial infection, and the development of high-throughput assays that identify new therapeutic agents.

**Detection of mRNAs in living cells**

One of the most exciting programs in the laboratory is the direct detection of mRNAs in living cells. Conventional *in situ* hybridization techniques require the "fixing" of cells to enable the unbound probes to be washed away.  Fixing denatures and crosslinks the proteins, resulting in cell death.  Thus, *in situ* hybridization provides a static view of mRNA distribution and is not effective for the investigation of dynamic processes.  Because molecular beacons only become fluorescent when they bind to their target, there is no need to fix and wash the cells, and the synthesis, movement, localization, and disappearance of mRNAs can be viewed as a function of time.  We have shown that molecular beacons are excellent probes for visualizing mRNAs in living cells, and we have used them in experiments with many different cell types.  We found that molecular beacons can be synthesized from modified nucleotides that do not occur naturally, such as the 2'-*O*-methylribonucleotides, in order to prevent digestion of the molecular beacons by cellular nucleases and to prevent cleavage of the target mRNAs by cellular ribonuclease H.  We also found that the interfering effects of autofluorescence from cellular components can be overcome by using wavelength-shifting molecular beacons, which have large Stokes shifts that enable them to fluoresce at longer wavelengths (Tyagi *et al*., 2000).  Furthermore, molecular beacons are not toxic to cells, and different mRNAs in the same cell can be visualized simultaneously with differently colored molecular beacons.  And finally, we have linked molecular beacons to tRNA sequences in order to ensure that the probes are retained within the cytoplasm (Mhlanga *et al*., 2005).

The injection of molecular beacons into living cells allows the expression of particular genes to be monitored as a function of genetically programmed development, or as a response to external stimulation.  With the aid of deconvolving and confocal fluorescence microscopy, we used molecular beacons to visualize the formation, transport, and localization of *oskar* mRNA in living *Drosophila* embryos (Bratu *et al*., 2003).  We also used molecular beacons to follow the movement of β-actin mRNA into growing lamellipodia as lymphocytes move across surfaces.  Currently, we are using molecular beacons to track the movement and localization of CaMKII, Map-2, β-actin, and Arc mRNA in primary cultures of rat hippocampal neurons, in order to understand how the stimulation of presynaptic dendrites leads to mRNA localization and to the long-term potentiation of postsynaptic dendrites, which is an attractive model system for studying cellular mechanisms of memory formation. In addition, we will follow the transport of specific mRNAs from the neuronal nucleus to postsynaptic dendritic sites, to determine the kinetics of mRNA movement and to elucidate the mechanism by which mRNAs are stored in stimulated dendrites.

**Tracking Individual mRNA molecules**

Although the fluorescence from a single molecular beacon bound to an mRNA is not sufficiently bright to be seen above the background fluorescence in a living cell, we devised a method that enables 96 molecular beacons to bind to a single mRNA molecule, which allows specific mRNAs to be seen and followed as they are synthesized, processed, and move within the nucleus and through the nuclear pores to the cytoplasm (Vargas *et al*., 2005).  The technique that we developed involves the cloning of a synthetic sequence into the region of a target gene that encodes the 3'-untranslated region of the particular mRNA molecules that we wish to see and follow.  The synthetic sequence contains 96 tandemly repeated molecular beacon binding sites.  The presence of 96 probes on the 3' end of each mRNA does not prevent the binding of nuclear proteins.  The motion of these individual mRNA-protein complexes were recorded by time-lapse photography.  Analysis of their tracks demonstrates that they move freely by Brownian diffusion within the extranucleolar, interchromatin space.  Experimental

manipulation of the cellular environment by lowering the temperature and altering the availability of ATP, enabled us to conclude that occasionally these particles become trapped on the surface of the chromatin, and that the expenditure of metabolic energy is required for the particles to resume their motion.  We are now introducing tandemly repeated molecular beacon target sites into different genes in order to study the mechanism of transport and localization of particular mRNAs in different cell types.  This method will also aid in the identification of cellular sites where other processes central to gene expression occur.  Examples of such processes are mRNA splicing, maturation, export, and decay.  The ability to simultaneously track different mRNAs tagged with different multimeric target sequences, using differently colored molecular beacons in the same cell, will be especially useful in this regard.

# Bibliography

**Structure and function of lampbrush chromosomes**

Kramer FR  (1964)  The kinetics of deoxyribonuclease action on the lampbrush chromosomes of *Triturus*.  Undergraduate honors thesis.  University of Michigan.  Thesis advisors:  Berwind P. Kaufmann and Helen Gay.

Davidson EH, Crippa M, Kramer FR, and Mirsky AE  (1966)  Genomic function during the lampbrush chromosome stage of amphibian oogenesis.  Proc Natl Acad Sci USA 56, 856-863.


**Translation of messenger RNA**

Kramer FR  (1969)  Factors affecting translation of messenger RNAs *in vitro*:  use of a GTP analog to investigate rates of polypeptide chain elongation.  Doctoral dissertation, The Rockefeller University.  Thesis advisor:  Vincent Allfrey.


**Sequence and structure of replicating RNAs**

Kacian DL, Mills DR, Kramer FR, and Spiegelman S  (1972)  A replicating RNA molecule suitable for a detailed analysis of extracellular evolution and replication.  Proc Natl Acad Sci USA 69, 3039-3042.

Mills DR, Kramer FR, and Spiegelman S  (1973)  Complete nucleotide sequence of a replicating RNA molecule.  Science 180, 916-927.

Mills DR, Kramer FR, Dobkin C, Nishihara T, and Spiegelman S  (1975)  Nucleotide sequence of microvariant RNA:  another small replicating molecule.  Proc Natl Acad Sci USA 72, 4252-4256.

Klotz G, Kramer FR, and Kleinschmidt AK  (1980)  Conformational details of partially base-paired small RNAs in the nanometer range.  Electron Microscopy 2, 530-531.


***In vitro* evolution of replicating RNAs**

Kramer FR, Mills DR, Cole PE, Nishihara T, and Spiegelman S  (1974)  Evolution *in vitro*: sequence and phenotype of a mutant RNA resistant to ethidium bromide.  J Mol Biol 89, 719-736.


**Sequence analysis by chain termination**

Kramer FR and Mills DR  (1978)  RNA sequencing with radioactive chain-terminating ribonucleotides.  Proc Natl Acad Sci USA 75, 5334-5338.

Mills DR and Kramer FR  (1979)  Structure-independent sequence analysis.  Proc Natl Acad Sci USA 76, 2232-2235.

Axelrod VD and Kramer FR  (1985)  Transcription from bacteriophage T7 and SP6 RNA polymerase promoters in the presence of 3'-deoxyribonucleoside 5'-triphosphate chain terminators.  Biochemistry 24, 5716-5723.

**Mechanism of RNA replication**

Mills DR, Dobkin C, and Kramer FR  (1978)  Template-determined, variable rate of RNA chain elongation.  Cell 15, 541-550.

Dobkin C, Mills DR, Kramer FR, and Spiegelman S  (1979)  RNA replication: required intermediates and the dissociation of template, product, and Qβ replicase. Biochemistry 18, 2038-2044.

Mills DR, Kramer FR, Dobkin C, Nishihara T, and Cole PE  (1980)  Modification of cytidines in a Qβ replicase template:  analysis of conformation and localization of lethal nucleotide substitutions.  Biochemistry 19, 228-236.

Kramer FR and Mills DR  (1981)  Secondary structure formation during RNA synthesis. Nucleic Acids Res 9, 5109-5124.

Bausch JN, Kramer FR, Miele EA, Dobkin C, and Mills DR  (1983)  Terminal adenylation in the synthesis of RNA by Qβ replicase.  J Biol Chem 258, 1978-1984.

Nishihara T, Mills DR, and Kramer FR  (1983)  Localization of the Qβ replicase recognition site in MDV-1 RNA.  J Biochem 93, 669-674.

LaFlamme SE, Kramer FR, and Mills DR  (1986)  Comparison of pausing during transcription and replication.  Nucleic Acids Res 13, 8425-8440.

Priano C, Kramer FR, and Mills DR  (1987)  Evolution of RNA coliphages:  the role of secondary structures during RNA replication.   Cold Spring Harbor Symp Quant Biol 52, 321-330.

**Replicatable recombinant RNAs**

Miele EA, Mills DR, and Kramer FR  (1983)  Autocatalytic replication of a recombinant RNA. J Mol Biol 171, 281-295.

**Gene detection utilizing recombinant RNAs**

Chu BC, Kramer FR, and Orgel LE  (1986)  Synthesis of an amplifiable reporter RNA for bioassays.  Nucleic Acids Res 14, 5591-5603.

Lizardi PM, Guerra CE, Lomeli H, Tussie-Luna I, and Kramer FR  (1988)  Exponential amplification of recombinant RNA hybridization probes.  Biotechnology 6, 1197-1202.

Lomeli H, Tyagi S, Pritchard CG, Lizardi PM, and Kramer FR  (1989)  Quantitative assays based on the use of replicatable hybridization probes.  Clin Chem 35, 1826-1831.

Kramer FR and Lizardi PM  (1989)  Replicatable RNA reporters.  Nature 339, 401-402.

Kramer FR, Lizardi PM, and Tyagi S  (1992)  Qβ amplification assays.  Clin Chem 38, 456-457.

Blok HJ and Kramer FR  (1997)  Amplifiable hybridization probes containing a molecular switch.  Mol Cell Probes 11, 187-194.


**Coupled replication-translation**

Wu Y, Zhang DY, and Kramer FR  (1992)  Amplifiable messenger RNA. Proc Natl Acad Sci USA 89, 11769-11773.

Ryabova L, Volianik E, Kurnasov O, Spirin A, Wu Y, and Kramer FR  (1994) Coupled replication-translation of amplifiable messenger RNA:  a cell-free protein synthesis system that mimics viral infection.  J Biol Chem 269, 1501-1505.


**Oligonucleotide arrays**

Chetverin AB and Kramer FR  (1993)  Sequencing pools of nucleic acids on oligonucleotide arrays.  Biosystems 30, 215-231.


**Binary hybridization probes**

Tyagi S, Landegren U, Tazi M, Lizardi PM, and Kramer FR  (1996)  Extremely sensitive, background-free gene detection using binary probes and Qβ replicase.  Proc Natl Acad Sci USA 93, 5395-5400.

Hsuih TCH, Park YN, Zaretsky C, Wu F, Tyagi S, Kramer FR, Sperling R, and Zhang DY (1996)  Novel, ligation-dependent PCR assay for detection of hepatitis C virus in serum. J Clin Microbiol 34, 501-507.


**Molecular beacons**

Tyagi S and Kramer FR  (1996)  Molecular beacons:  probes that fluoresce upon hybridization.  Nature Biotechnol 14, 303-308.

Tyagi S, Bratu DP, and Kramer FR  (1998)  Multicolor molecular beacons for allele discrimination.  Nature Biotechnol 16, 49-53.

Kostrikis LG, Tyagi S, Mhlanga MM, Ho DD, and Kramer FR  (1998)  Spectral genotyping of human alleles.  Science 279, 1228-1229.

Leone G, Van Schijndel H, Van Gemen B, Kramer FR, and Schoen CD  (1998) Molecular beacon probes combined with amplification by NASBA enable homogeneous, real-time detection of RNA.  Nucleic Acids Res 26, 2150-2155.

Marras SAE, Kramer FR, and Tyagi S  (1999)  Multiplex detection of single-nucleotide variations using molecular beacons.  Genetic Analysis 14, 151-156.

Bonnet G, Tyagi S, Libchaber A, and Kramer FR  (1999)  Thermodynamic basis of the enhanced specificity of structured DNA probes.  Proc Natl Acad Sci USA 96, 6171-6176.

Vet JAM, Majithia AR, Marras SAE, Tyagi S, Dube S, Poiesz BJ, and Kramer FR  (1999)  Multiplex detection of four pathogenic retroviruses using molecular beacons.  Proc Natl Acad Sci USA 96, 6394-6399.

Tyagi S, Marras SAE, and Kramer FR  (2000)  Wavelength-shifting molecular beacons.  Nature Biotechnol 18, 1191-1196.

Marras SAE, Kramer FR, and Tyagi S  (2002)  Efficiencies of fluorescence resonance energy transfer and contact-mediated quenching in oligodeoxyribonucleotide probes.  Nucleic Acids Res 30, e122.

Marras SAE, Gold B, Kramer FR, Smith I, and Tyagi S  (2004)  Real-time measurement of *in vitro* transcription.  Nucleic Acids Res 32, e72.


**Molecular beacon applications**

Gao W, Tyagi S, Kramer FR, and Goldman E  (1997)  Messenger RNA release from ribosomes during 5'-translational blockage by consecutive low-usage arginine but not leucine codons in *Escherichia coli*.  Mol Microbiol 25, 707-716.

Xiao G, Chicas A, Olivier M, Taya Y, Tyagi S, Kramer FR, and Bargonetti J  (2000)  A DNA damage signal is required for p53 to activate gadd45.  Cancer Res 60, 1711-1719.

Van Beuningen R, Marras SAE, Kramer FR, Oosterlaken T, Weusten J, Borst G, and Van de Wiel P  (2001)  Development of a high throughput detection system for HIV-1 using real-time NASBA based on molecular beacons.  In "Genomics and Proteomics Technologies," Raghavachari R and Tan W, eds, Society of Photo-Optical Instrumentation Engineers, Bellingham, Washington, 66-72.

Dracheva S, Marras SAE, Elhakem SL, Kramer FR, Davis KL, and Haroutunian V  (2001)  *N*-methyl-D-aspartic acid receptor expression in the dorsolateral prefrontal cortex of elderly patients with schizophrenia.  Amer J Psychiatry 158, 1400-1410.

Varma-Basil M, El-Hajj H, Marras SAE, Hazbón MH, Mann JM, Connell ND, Kramer FR, and Alland D  (2004)  Molecular beacons for multiplex detection of four bacterial bioterrorism agents.  Clin Chem 50, 1060-1063.


**Visualization of mRNAs in living cells**

Bratu DP, Cha B-J, Mhlanga MM, Kramer FR, and Tyagi S  (2003)  Visualizing the distribution and transport of mRNAs in living cells.  Proc Natl Acad Sci USA 100, 13308-13313.

Mhlanga MM, Vargas DY, Fung CW, Kramer FR, and Tyagi S  (2005)  tRNA-linked molecular beacons for imaging mRNAs in the cytoplasm of living cells.  Nucleic Acids Res 33, 1902-1912.

Vargas DY, Raj A, Marras SAE, Kramer FR, and Tyagi S  (2005)  Mechanism of mRNA transport in the nucleus.  Proc Natl Acad Sci USA 102, 17008-17013.

### *Mycobacterium tuberculosis*

Piatek AS, Tyagi S, Pol AC, Telenti A, Miller LP, Kramer FR, and Alland D  (1998)  Molecular beacon sequence analysis for detecting drug resistance in *Mycobacterium tuberculosis*.  Nature Biotechnol 16, 359-363.

Manganelli R, Dubnau E, Tyagi S, Kramer FR, and Smith I  (1999)  Differential expression of ten sigma factor genes in *Mycobacterium tuberculosis*.  Mol Microbiol 31, 715-724.

Rhee JT, Piatek, AS, Small PM, Harris LM, Chaparro SV, Kramer FR, and Alland D  (1999)  Molecular epidemiologic evaluation of transmissibility and virulence of *Mycobacterium tuberculosis*.  J Clin Microbiol 37, 1764-1770.

Piatek AS, Telenti A, Murray MR, El-Hajj H, Jacobs WR Jr, Kramer FR, and Alland D  (2000)  Genotypic analysis of *Mycobacterium tuberculosis* in two distinct populations using molecular beacons:  implications for rapid susceptibility testing.  Antimicrob Agents Chemother 44, 103-110.

El-Hajj H, Marras SAE, Tyagi S, Kramer FR, and Alland D  (2001)  Detection of rifampin resistance in *Mycobacterium tuberculosis* in a single tube with molecular beacons.  J Clin Microbiol 39, 4131-4137.

Varma-Basil M, El-Hajj H, Colangeli R, Hazbón MH, Kumar S, Bose M, Bobadilla del Valle M, Garcia LG, Hernandez A, Kramer FR, Osornio JS, Ponce de León A, and Alland D  (2004)  Rapid detection of rifampin resistance in *Mycobacterium tuberculosis* isolates from India and Mexico by a molecular beacon assay.  J Clin Microbiol 42, 5512-5516.

### Reviews

Kramer FR and Lizardi PM  (1990)  Amplifiable hybridization probes.  Ann Biol Clin 48, 409-411.

Lizardi PM and Kramer FR  (1991)  Exponential amplification of nucleic acids:  new diagnostics using DNA polymerases and RNA replicases.  Trends Biotechnol 9, 53-58.

Chetverin AB and Kramer FR  (1994)  Oligonucleotide arrays:  new concepts and possibilities.  Biotechnology 12, 1093-1099.

Cayouette M, Sucharczuk A, Moores J, Tyagi S, and Kramer FR  (1999)  Using molecular beacons to monitor PCR product formation.  Strategies 12, 85-92.

Marras SAE, Kramer FR, and Tyagi S  (2003)  Genotyping single nucleotide polymorphisms with molecular beacons.  Meth Mol Biol 212, 111-128.

Marras, SAE, Tyagi S, and Kramer, FR  (2006)  Real-time assays with molecular beacons and other fluorescent nucleic acid hybridization probes.  Clin Chem Acta 363, 48-60.

### Book chapters

Spiegelman S, Mills DR, and Kramer FR  (1976)  The extracellular evolution of structure in replicating RNA molecules.  In "Stability and Origin of Biological Information," Miller IR, ed, John Wiley & Sons, New York, 123-172.

Mills DR, Nishihara T, Dobkin C, Kramer FR, Cole PE, and Spiegelman S  (1977)
The role of template structure in the recognition mechanism of Qβ replicase.  In
"Nucleic Acid-Protein Recognition," Vogel HJ, ed, Academic Press, New York, 533-547.

Kramer FR, Miele EA, and Mills DR  (1984)  Recombinant RNA.  In "The World Biotech
Report 1984," Online Publications, Pinnar, United Kingdom, 347-356.

Mills DR, Priano C, and Kramer FR  (1987)  Requirement for secondary structure
formation during coliphage RNA replication.  In "Positive Strand RNA Viruses,"
Brinton MA and Rueckert RR, eds, Alan R Liss, New York, 35-45.

Tyagi S, Marras SAE, Vet JAM, and Kramer FR  (2000)  Molecular beacons:  hybridization
probes for the detection of nucleic acids in homogeneous solutions.  In "Nonradioactive
Analysis of Biomolecules," Kessler C, ed, Springer-Verlag, Berlin, Germany, 606-616.

Gao W, Tyagi S, Kramer FR, and Goldman, E.  (2002)  Use of molecular beacons
to probe for messenger RNA release from ribosomes during 5'-translational blockage
by consecutive low-usage codons in *Escherichia coli*.  In "Advances in Nucleic Acid
and Protein Analyses, Manipulation, and Sequencing, " Limbach PA, Owicki JC,
Raghavachari R, and Tan W, eds, Society of Photo-Optical Instrumentation Engineers,
Bellingham, Washington, 9-20.

Wu F, Della-Latta P, Tyagi S, and Kramer FR.  (2003)  Detection of pathogenic organisms
with multicolor molecular beacons.  In "Molecular Microbiology:  Diagnostic Principles and
Practice," Persing DH, Tenover FC, Versalovic J, Tang Y-W, Ungar ER, Reiman DA,
and White TJ, eds, American Society of Microbiology, Washington, DC, 285-293.

# Patents and Patent Applications

**Gene detection utilizing recombinant RNAs**

Kramer FR, Miele EA, and Mills DR.  US Patents 4,786,600 (November 22, 1988), 5,620,870 (April 15, 1997), and 5,871,976 (February 16, 1999).  Autocatalytic replication of recombinant RNA.

Chu B, Kramer FR, Lizardi P, and Orgel LE.  US Patents 4,957,858 (September 18, 1990) and 5,364,760 (November 15, 1994), and European Patent 0266399 (May 18, 1994). Replicative RNA reporter systems.

Kramer FR and Lizardi PM.  US Patent 5,112,734 (May 12, 1992) and European Patent 0473693 (April 12, 1995).  Target-dependent synthesis of an artificial gene for the synthesis of a replicative RNA.

Axelrod VD, Kramer FR, Lizardi PM, and Mills, DR.  US Patents 5,356,774 (October 18, 1994) and 5,620,851 (April 15, 1997), and European Patent 0386228 (August 26, 1996).  Replicative RNA-based amplification/detection systems.

Kramer FR and Lizardi PM.  US Patent 5,503,979 (April 2, 1996) and US Patent Application 08/484,992.  Method of using replicatable hybridizable recombinant RNA probes.

Kramer FR, Lizardi PM , Miele EA, and Mills, DR.  US Patent 6,420,539 (July 16, 2002). Replicatable hybridizable recombinant RNA probes and methods of using same.

**Target-dependent molecular switches**

Lizardi PM, Kramer FR, Tyagi S, Guerra CE, and Lomeli-Buyoli HM.  US Patent 5,118,801 (June 2, 1992).  Nucleic acid probes containing an improved molecular switch.

Lizardi PM, Kramer FR, Tyagi S, Guerra CE, Lomeli-Buyoli HM, Chu BC, Joyce GF, and Orgel LE.  US Patent 5,312,728 (May 17, 1994) and European Patent 0436644 (April 17, 1996).  Assays and kits incorporating nucleic acid probes containing an improved molecular switch.

**Coupled replication-translation**

Wu Y, Ryabova LA, Kurnasov OV, Morosov IY, Ugarov VI, Volianik EV, Chetverin AB, Zhang D, Kramer FR, and Spirin AS.  US Patent 5,556,769 (September 17, 1996). Coupled replication-translation methods and kits for protein synthesis.

Kramer FR, Miele EA, and Mills DR.  US Patent 5,602,001 (February 11, 1997). Cell-free method for synthesizing a protein.

**Selection of improved ribozymes *in vivo***

Kramer FR, Dubnau D, Drlica KA, and Pinter A.  US Patent 5,616,459 (April 1, 1997) and European Patent 0600877 (January 26, 2000).  Selection of ribozymes that efficiently cleave target RNA.

**Oligonucleotide arrays**

    Chetverin AB and Kramer FR.  US Patent 6,103,463 (August 15, 2000).
Method of sorting a mixture of nucleic acid strands on a binary array.

    Chetverin AB and Kramer FR.  US Patent 6,322,971 (November 27, 2001).
Oligonucleotide arrays and their use for sorting, isolating, sequencing,
and manipulating nucleic acids.

**Binary hybridization probes**

    Lizardi PM, Tyagi S, Landegren UD, Kramer FR, and Szostak JW.  US Patent 5,652,107
(July 29, 1997).  Diagnostic assays and kits for RNA using RNA binary probes and
a ribozyme ligase.

    Tyagi S, Kramer FR, Lizardi PM, Landegren UD, and Blok HJ.  US Patent 5,759,773
(June 2, 1998) and European Patent 0688366 (May 22, 2002).  Sensitive nucleic acid
sandwich hybridization assay.

**Molecular beacons**

    Tyagi S, Kramer FR, and Lizardi PM.  US Patents 5,925,517 (July 20, 1999) and
6,103,476 (August 15, 2000).  Detectably labeled dual conformation oligonucleotide
probes, assays and kits.

    Tyagi S, Kramer FR, and Lizardi PM.  European Patent Application 95904104.7.
Hybridization probes for nucleic acid detection, universal stems, methods and kits.

    Tyagi S and Kramer FR.  US Patent 6,150,097 (November 21, 2000).
Nucleic acid detection probes having non-FRET fluorescence quenching
and kits and assays including such probes.

    Kramer FR, Tyagi S, Alland D, Vet J, and Piatek A.  US Patent 6,461,817
(October 8, 2002).  Non-competitive co-amplification methods.

    Tyagi S, Kramer FR, and Marras SAE.  US Patent 6,037,130 (March 14, 2000).
Wavelength-shifting probes and primers and their use in assays and kits.

    Tyagi S, Kramer FR, and Alland D.  US Patent Application 10/110,907 and European
Patent Application 00970925.4.  Assays for short sequence variants.

    Kramer FR.  US Patent Application 10/426,556 and International Patent Application
PCT/US2004/01.  Homogeneous multiplex screening assays and kits.

**Allele-discriminating primers**

    Tyagi S, Kramer FR, and Vartikian R.   US Patents 6,277,607 (August 21, 2001)
and 6,365,729 (April 2, 2002).  High specificity primers, amplification methods
and kits.

**Oligonucleotide-facilitated coalescence of cells and liposomes**

Tyagi S, Kramer FR, and Alsmadi OA.  US Patent Application 20040013654 and European Patent Application 01987791.9.  Oligonucleotide-facilitated coalescence.

**Coding distributed arrays**

Kramer FR, Tyagi S, Marras SAE, and Trunfio HE.  US Patent Application 20040248163 and European Patent Application 04716455.3.  Optically Decodable Microcarriers, arrays and methods.