# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 30, 2007

Case No.   C 05-4158  MHP          Judge: MARILYN H. PATEL

Title: BOARD OF TRUSTEES -v- ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf: Michelle Rhu, Ricardo Rodriguez, Benjamin Damstedt
            Dft: Brian Cannon, Adrian Pruetz

Deputy Clerk:  Anthony Bowser   Court Reporter: Connie Kuhl

## PROCEEDINGS

1)   Claim Construction Pre-Hearing

## ORDERED AFTER HEARING:

Counsel submit after further discussion; ½ hour tutorial, 1 ½ hour claim construction per side; No evaluating effectiveness, 30 cycles, conclusion, method of claim 7, correlating;