PRUETZ LAW GROUP LLP
   Adrian M. Pruetz (Bar No. 118215)
   ampruetz@pruetzlaw.com
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone:  (310) 321-7640
Facsimile:  (310) 321-7641

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Brian C. Cannon (Bar No. 193071)
   briancannon@quinnemanuel.com
   Tun-Jen Chiang (Bar No. 235165)
   tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Plaintiff,<br><br>      vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>        Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>        Counterclaimants,<br><br>      vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>        Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER AND STIPULATION RE: DEPOSITION OF EXPERT WITNESSES |

04972/2177006.1

Case No. C-05-04158 MHP
[PROPOSED] ORDER RE: DEPOSITION OF EXPERT WITNESSES

WHEREAS, claim construction discovery is scheduled to be completed by July 30, 2007; and

WHEREAS, the parties' claim construction briefing is scheduled to be completed by September 12, 2007;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The depositions of Stanford's experts Paul Volberding and Fred Kramer will, at a mutually convenient time for the parties, take place after August 12, 2007 but before August 20, 2007.

2. The depositions of Roche's experts John G. Bartlett and Jeffrey D. Lifson will, at a mutually convenient time for the parties, take place after August 31, 2007 but before September 7, 2007.

3. The deposition of any of the aforementioned experts may be canceled if Stanford or Roche does not rely upon the testimony of that expert in its briefing, or if otherwise agreed by the parties.

Dated: July 31, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ADRIAN M. PRUETZ
BRIAN C. CANNON
ROBERT W. STONE
JEFFREY N. BOOZELL

/s/
Brian C. Cannon
Attorneys for Defendants and Counterclaim Plaintiff Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

| | |
|---|---|
| Dated: July 31, 2007 | COOLEY GODWARD KRONISH LLP<br>STEPHEN C. NEAL<br>RICARDO RODRIGUEZ<br>MICHELLE S. RHYU |

                                                                         /s/

Ricardo Rodriguez
Attorneys for Plaintiff and Counterclaim
Defendant The Board of Trustees of the Leland
Stanford Junior University and Counterclaim
Defendants Thomas Merigan and Mark Holodniy

Filer's Attestation: Pursuant to General Orders No. 45, Section X(B) regarding signatures, I attest under the penalty of perjury that concurrence of the filing of the document has been obtained by Ricardo Rodriguez.

| | |
|---|---|
| Dated: July 31, 2007 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |

                    By:      /s/

                Brian C. Cannon

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 1, 2007

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
HON. MARILYN H. PATEL
United States District Court

-2-    Case No. C-05-04158 MHP
[PROPOSED] ORDER RE: DEPOSITION OF EXPERT WITNESSES

04972/2177006.104972/2054669.1