1    PRUETZ LAW GROUP LLP
        Adrian M. Pruetz (Bar No. 118215)
2        ampruetz@pruetzlaw.com
     1600 Rosecrans Avenue, 4th Floor
3    Manhattan Beach, CA 90266
     Telephone:     (310) 321-7640
4    Facsimile:     (310) 321-7641

5    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        Brian C. Cannon (Bar No. 193071)
6        briancannon@quinnemanuel.com
        Tun-Jen Chiang (Bar No. 235165)
7        tjchiang@quinnemanuel.com
     555 Twin Dolphin Drive, Suite 560
8    Redwood Shores, California  94065-2139
     Telephone:     (650) 801-5000
9    Facsimile:     (650) 801-5100

10   Attorneys for Defendants and Counterclaimants Roche
     Molecular Systems, Inc.; Roche Diagnostics
11   Corporation; and Roche Diagnostics Operations, Inc.

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14
     THE BOARD OF TRUSTEES OF THE LELAND          CASE NO. C-05-04158 MHP
15   STANFORD JUNIOR UNIVERSITY,

16                  Plaintiff,
                                                  [PROPOSED] ORDER AND
17        vs.                                     STIPULATION RE: DEPOSITION
                                                  OF EXPERT WITNESSES
18   ROCHE MOLECULAR SYSTEMS, INC.; ROCHE
     DIAGNOSTICS CORPORATION; ROCHE
19   DIAGNOSTICS OPERATIONS, INC.,

20                  Defendants.

21   ROCHE MOLECULAR SYSTEMS, INC. ROCHE
     DIAGNOSTICS CORPORATION; ROCHE
22   DIAGNOSTICS OPERATIONS, INC.,

23                  Counterclaimants,

24        vs.

25   THE BOARD OF TRUSTEES OF THE LELAND
     STANFORD JUNIOR UNIVERSITY; THOMAS
26   MERIGAN; AND MARK HOLODNIY,

27                  Counterclaim Defendants.

28

1      WHEREAS, claim construction discovery is scheduled to be completed by July 30, 2007;

2  and

3      WHEREAS, the parties' claim construction briefing is scheduled to be completed by

4  September 12, 2007;

5      THE PARTIES HEREBY STIPULATE AS FOLLOWS:

6      1.      The depositions of Stanford's experts Paul Volberding and Fred Kramer will, at a

7  mutually convenient time for the parties, take place after August 12, 2007 but before August 20,

8  2007.

9      2.      The depositions of Roche's experts John G. Bartlett and Jeffrey D. Lifson will, at a

10  mutually convenient time for the parties, take place after August 31, 2007 but before September 7,

11  2007.

12     3.      The deposition of any of the aforementioned experts may be canceled if Stanford or

13  Roche does not rely upon the testimony of that expert in its briefing, or if otherwise agreed by the

14  parties.

15

16  Dated: July 31, 2007                          QUINN EMANUEL URQUHART OLIVER &
                                                   HEDGES, LLP
17                                                 ADRIAN M. PRUETZ
                                                   BRIAN C. CANNON
18                                                 ROBERT W. STONE
                                                   JEFFREY N. BOOZELL
19

20                                                 _____
                                                              /s/
21                                                 Brian C. Cannon
                                                   Attorneys for Defendants and Counterclaim
22                                                 Plaintiff Roche Molecular Systems, Inc.; Roche
                                                   Diagnostics Corporation; and Roche Diagnostics
23                                                 Operations, Inc.

24

25

26

27

28

Dated: July 31, 2007                    COOLEY GODWARD KRONISH LLP
                                        STEPHEN C. NEAL
                                        RICARDO RODRIGUEZ
                                        MICHELLE S. RHYU


                                        _____/s/_____
                                        Ricardo Rodriguez
                                        Attorneys for Plaintiff and Counterclaim
                                        Defendant The Board of Trustees of the Leland
                                        Stanford Junior University and Counterclaim
                                        Defendants Thomas Merigan and Mark Holodniy


          Filer's Attestation: Pursuant to General Orders No. 45, Section X(B) regarding signatures, I

attest under the penalty of perjury that concurrence of the filing of the document has been obtained

by Ricardo Rodriguez.

Dated: July 31, 2007                    QUINN EMANUEL URQUHART
                                        OLIVER & HEDGES, LLP


                                        By: _____/s/_____
                                            Brian C. Cannon


                                    **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: __August 1, 2007_____          _____
                                            HON_____LL PATEL
                                            Unit   IT IS SO ORDERED

                                            Judge Marilyn H. Patel