COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant
THE BOARD OF TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
MERIGAN and MARK HOLODNIY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Defendants. | Case No. C 05 04158 MHP <br><br> **[PROPOSED] ORDER RE CLAIM CONSTRUCTION** |
| ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Counterclaimants, <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, <br><br> Counterclaim Defendants. | Date: October 3, 2007 <br> Courtroom: 15, 18th Floor <br><br> Hon. Marilyn Hall Patel |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**[PROPOSED] ORDER RE CLAIM CONSTRUCTION**
**CASE NO. C 05 04158 MHP**

Dockets.Justia.com

On October 3, 2007, the Court held a hearing on claim construction by Plaintiff The Board of Trustees of the Leland Stanford Junior University ("Stanford") and Defendants Roche Molecular Systems et al. ("Roche"). Upon full consideration of all submitted papers and oral arguments in support of and in opposition to the claim construction, and for good cause shown, the Court construes the disputed terms as follows:

| Disputed Terms | Stanford's Construction |
| --- | --- |
| "therapeutically effective" | No construction necessary |
| "therapeutically ineffective" | No construction necessary |
| "an antiretroviral agent" | "at least one substance having or capable of having an effect against a retrovirus, such as HIV" |
| "measuring the HIV RNA copy number" | No construction necessary |
| "presence of detectable HIV-encoding nucleic acid" | No construction necessary |
| "absence of detectable HIV-encoding nucleic acid" | No construction necessary |
| "collecting statistically significant data useful for determining whether a decline in HIV RNA copy numbers exists" | "gathering data from the patient and/or other sources that is useful in assessing whether any decline in HIV RNA copy number was not the result of chance" |
| "statistically significant data" | No separate construction necessary |
| "statistically significant decline" | "a decrease that is large enough, by itself or when compared to other data, that it was not likely the result of chance" |

SO ORDERED.

Dated: _____

Hon. Marilyn Hall Patel
United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.    [PROPOSED] ORDER RE CLAIM CONSTRUCTION
CASE NO. C 05 04158 MHP