# Exhibit B

**Exhibit B to the Declaration of Dr. Paul Volberding Supporting
Stanford's Opening Claim Construction Brief**

**List of Documents Reviewed by Dr. Paul Volberding**

- U.S. Patent No. 6,503,705 and File History (STAN 000001 – STAN 000989)
- U.S. Patent No. 5,968,730 and File History (STAN 000990 – STAN 001472)
- U.S. Patent No. 7,129,041 and File History (STAN 029876 – STAN 030080)
- Joint Claim Construction and Prehearing Statement Under Patent Local Rule 4-3, exhibits, and evidence cited therein.
- Excerpts from Response Under 37 C.F.R. §1.115 from the Abandoned Patent Application No. 07/883,327 File History (STAN 006372 – STAN 006373)
- Excerpts from Webster's Medical Desk Dictionary (STAN 031809 – STAN 031811, STAN 031814 – STAN 031816)
- Yarchoan et al., *Anti-Retroviral Therapy of Human Immunodeficiency Virus Infection: Current Strategies and Challenges for the Future*, Blood 78(4):859-84 (August 15, 1991) (RMS 01412 – RMS 01437)
- Hirsch & Kaplan, *Treatment of Human Immunodeficiency Virus Infections*, Antimicrobial Agents and Chemotherapy, 31(6):839-43 (June 1987) (STAN 034076 – STAN 034082)
- Mitsuya et al., *Molecular Targets for AIDS Therapy*, Science 249:1533-44 (September 28, 1990) (STAN 034083 – STAN 034095)
- Excerpts from Merriam Webster, Medline Plus Medical Dictionary, located at the following website: http://www.nlm.nih.gov/medlineplus/mplusdictionary.html, last visited July 31, 2007 (STAN 034158 – STAN 034164)
- European Patent Publication No. 0 432 695 A2, *Amino acid derivatives*, date of publication June 19, 1991 (STAN 034141 – STAN 034157)
- European Patent Publication No. 0 402 646 A1, *Retroviral protease inhibiting compounds*, date of publication December 19, 1990 (STAN 034165 – STAN 034357)
- Excerpts from Dorland's Illustrated Medical Dictionary (27th Edition) (STAN 031817 – STAN 031819, STAN 031821, STAN 031824, STAN 031827)
- Excerpts from Dictionary of Microbiology and Molecular Biology (2nd Edition) (STAN 031833 – STAN 031836)
- Excerpts from Taber's Cyclopedic Medical Dictionary (STAN 031839 – STAN 031842)
- Excerpts from Webster's Third New International Dictionary (STAN 031866 – STAN 031868, STAN 031871 – STAN 031872)
- Excerpts from Taber's Cyclopedic Medical Dictionary, pp. 608-09