COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant, THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br>Plaintiff,<br>v.<br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br>Defendants. | Case No. C 05 04158 MHP<br><br>**DECLARATION OF MICHELLE S. RHYU SUPPORTING STANFORD'S OPENING CLAIM CONSTRUCTION BRIEF** |
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br>Counterclaimants,<br>v.<br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY<br>Counterclaim Defendants. | |



Dockets.Justia.com

I, Michelle S. Rhyu, declare as follows:

1. I am an attorney with the law firm of Cooley Godward Kronish LLP, counsel of record for The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy in the above-captioned matter. I have knowledge of the following, and if called as a witness, I could and would testify competently to this declaration's contents.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,968,730, entitled "Polymerase Chain Reaction Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of Acquired Immunodeficiency Syndrome," issued on October 19, 1999.

3. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,503,705 B2, entitled "Polymerase Chain Reaction Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of Acquired Immunodeficiency Syndrome," issued on January 7, 2003.

4. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,129,041 B2, entitled "Polymerase Chain Reaction Assays for Monitoring Antiviral Therapy and Making Therapeutic Decisions in the Treatment of Acquired Immunodeficiency Syndrome," issued on October 31, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of Hiroaki Mitsuya et al., *Molecular Targets for AIDS Therapy*, 249 Science 1533 (September 28, 1990), bearing Bates numbers STAN 034083 – STAN 034095.

6. Attached hereto as Exhibit 5 is a true and correct copy of Warner C. Greene, *AIDS and the Immune System*, 269(3) Scientific American 99 (September 1993), bearing Bates numbers STAN 034066 – STAN 034075.

7. Attached hereto as Exhibit 6 is a true and correct copy of John W. Mellors, *Viral-Load Tests Provide* Valuable *Answers*, 279(1) Scientific American 90 (July 1998), bearing Bates numbers STAN 034062 – STAN 034065.

8. Attached hereto as Exhibit 7 is a true and correct copy of Robert Yarchoan et al., *Anti-Retroviral Therapy of Human Immunodeficiency Virus Infection: Current Strategies and*

*Challenges for the Future*, 78(4) Blood 859 (August 15, 1991), bearing Bates numbers RMS 01412 – RMS 01437.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the July 30, 2007 Transcript of Proceedings of the Board of Trustees of the Leland Stanford Junior University and Roche Molecular Systems, Inc., Docket No. 173, transcript at pages 6-9.

10. Attached hereto as Exhibit 9 is a true and correct copy of European Patent Publication No. 0402 646 A1, filed May 17, 1990, published December 19, 1990 (Abbott Laboratories), bearing Bates numbers STAN 034165 – STAN 034357.

11. Attached hereto as Exhibit 10 is a true and correct copy of European Patent Publication No. 0432 695 A2, filed December 10, 1990, published June 19, 1991 (F. Hoffman-La Roche AG), bearing *Bates* numbers STAN 034141 – STAN 034157.

12. Attached hereto as Exhibit 11 is a true and correct copy of J. Mulder et al., *Rapid and Simple PCR Assay for* Quantitation *of Human Immunodeficiency Virus Type 1 RNA in Plasma: Application to Acute Retroviral Infection*, 32(2) Journal of Clinical Microbiology 292, 292 (February 1994), bearing Bates numbers RMS 01629 – RMS 01637.

13. Attached hereto as Exhibit 12 is a true and correct copy of Harold M. Schmeck Jr., *New Test That Finds Hidden AIDS Virus Is a Sleuth With Value in Many Fields*, N.Y. Times, June 21, 1988, at B7, bearing Bates numbers RMS 05269 – RMS 05270.

14. Attached hereto as Exhibit 13 is a true and correct copy of John C. Guatelli et al., *Nucleic Acid Amplification In Vitro: Detection of Sequences with Low Copy Numbers and Application to Diagnosis of Human Immunodeficiency Virus Type 1 Infection*, 2(2) Clinical Microbiology Reviews 217 (April 1989), bearing Bates numbers RMS 01019 – RMS 01028.

15. Attached hereto as Exhibit 14 is a true and correct copy of Mark Holodniy et al., *Detection and Quantification of Human Immunodeficiency Virus RNA in Patient Serum by Use of the Polymerase Chain Reaction*, 163 Journal of Infectious Diseases 862 (1991), bearing Bates numbers STAN 006882 – STAN 006886.

16. Attached hereto as Exhibit 15 is a true and correct copy of Michèle Ottmann et al., *The Polymerase Chain Reaction for the Detection of HIV-1 Genomic RNA in Plasma from*

*Infected Individuals*, 31 Journal of Virological Methods 273 (1991), bearing Bates numbers STAN 006909 – STAN 006920.

17. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from the DHHS Panel on *Antiretroviral* Guidelines for Adults and Adolescents, *Guidelines for the Use of Antiretroviral Agents in HIV-1-Infected Adults and Adolescents*, Department of Health & Human Services 1, 5 (Oct. 10, 2006), http://aidsinfo.nih.gov/contentfiles/AdultandAdolescentGL.pdf, bearing Bates numbers STAN 034358, STAN 034367.

18. Attached hereto as Exhibit 17 are true and correct copies of excerpts from Webster's Medical Desk Dictionary (1986), bearing Bates numbers STAN 031810, STAN 031811, STAN 031814, and STAN 031815.

19. Attached hereto as Exhibit 18 are true and correct copies of excerpts from Dorland's Illustrated Medical Dictionary (27th Ed) (1988), bearing Bates numbers STAN 031818, STAN 031821, STAN 031825 and STAN 031827.

20. Attached hereto as Exhibit 19 are true and correct copies of excerpts from Webster's Third New International Dictionary (1986), bearing Bates numbers STAN 031863, STAN 0381864 and STAN 031872.

21. Attached hereto as Exhibit 20 are true and correct copies of excerpts from Taber's Cyclopedic Medical Dictionary (17th Ed) (1993).

22. Attached hereto as Exhibit 21 is a true and correct copy of *The Board of Trustees of the Leland Stanford Junior University v. Visible Genetics, Inc.*, No. 01-3671, slip. op. (N.D. Cal. August 28, 1992) (Breyer, J.).

23. Attached hereto as Exhibit 22 are true and correct copies of excerpts from the patent file history for U.S. Application Serial No. 07/883,327, bearing Bates numbers STAN 006370 – STAN 006381.

24. Attached hereto as Exhibit 23 are true and correct copies of excerpts from Merriam Webster, Medline Plus Medical Dictionary, bearing Bates numbers STAN 034158 – STAN 034164.

25. Attached hereto as Exhibit 24 are true and correct copies of excerpts from The American Heritage Dictionary (2nd College Ed) (1991), bearing Bates numbers STAN 031855, STAN 031856 and STAN 031859.

26. Attached hereto as Exhibit 25 are true and correct copies of excerpts from the patent file history for U.S. Patent No. 5,968,730, bearing Bates numbers STAN 001019 – STAN 001028, STAN 001428 – STAN 001437 and STAN 001455 – STAN 001462.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at Palo Alto, California on August 10, 2007.

/s/
Michelle S. Rhyu