# Exhibit 7 – Part 2 of 2

Dockets.Justia.com

ble at the cell surface and are released by budding. Interferon α (IFNα) can inhibit HIV replication in vitro,[19,209,210] and it is believed that it may act at least in part at this step. IFNγ and IFNβ have also been shown to have partial anti-HIV activity in vitro.[211,212] These agents have been shown to have activity both in reducing HIV production by chronically infected cells as well as reducing de novo infection. IFNα also has some clinical activity against Kaposi's sarcoma, and there is some evidence that it may have some anti-retroviral activity in a subset of patients with high numbers of CD4 cells.[213] As will be discussed below, the anti-HIV of IFNs is synergistic with that of the dideoxynucleosides,[210] and this combination is now being tested in several clinical trials.

## COMBINATION THERAPY OF HIV INFECTION

So far, this discussion has focused on single agents for the therapy of AIDS and related disorders. However, it may be an unreasonable expectation that any single agent will be the optimal approach for the treatment HIV infection. Instead, combinations of agents will probably be found to be superior to any available single agent. There are a number of potential benefits of carefully selected combination regimens. One benefit is the reduction of toxicity. For example, taking advantage of the different toxicity profiles of AZT and ddC, our group has initiated a trial of alternating AZT and ddC therapy.[10] Preliminary results from this trial, which is still ongoing, suggest that some patients can have a sustained anti-HIV effect and that the toxicity from either drug may be reduced as compared to full-dose single-agent therapy.[214] Other regimens exploring alternating or simultaneous AZT and ddC are now being tested by the ACTG.[215] Also, Pizzo et al have found that a combination regimen can provide a sustained anti-HIV effect in children.[216] By analogy with the multiple-drug treatment of tuberculosis, another potential benefit of combination therapy may be to prevent or delay the development of HIV resistance. This may apply in combinations of dideoxynucleosides because HIV isolates resistant to AZT appear to preserve their sensitivity to other dideoxynucleosides (vide supra). Indeed, we have preliminary evidence that HIV isolates from some patients on an alternating AZT and ddC therapy for up to 18 months preserve their sensitivity to both drugs.[99] Our group is presently exploring a four-drug alternating regimen of AZT with acyclovir, ddC, and ddI.

Certain combinations of anti-HIV agents may have synergistic activity when used together,[173,177,210,217,218] and this may provide yet another rationale for combination therapy. One might expect synergistic interactions to occur particularly with agents that act at different steps of the HIV life cycle. For example, in vitro synergy against HIV has been demonstrated when dideoxynucleosides are used with rCD4 or IFNα.[210,217,218] Indeed, such synergy may serve to increase interest in the development of agents that work at different steps in the HIV life cycle. Extending this approach, Johnson and Hirsch have shown that complete suppression of HIV replication in vitro for 28 days using a three-drug regimen of AZT, rCD4, and IFN[219]; this represented an improvement over the results obtained with two-drug combinations of those agents. However, it is worth noting that not all drug combinations are synergistic, and in fact, antagonistic interactions can sometimes be observed. For example, ribavirin blocks the anti-HIV activity of AZT in vitro[220] by reducing its phosphorylation. This observation serves as a warning against the ad hoc use of drug combinations without in vitro testing.

Although not strictly combination anti-HIV therapy per se, it may be desirable to administer drugs that suppress certain opportunistic infections along with anti-HIV agents. The regulatory proteins produced by certain herpes viruses or adenovirus, for example, can transactivate HIV.[21] In addition, infection of CD8-positive cells with herpes virus 6 has been shown to induce CD4 expression on those cells and to render them susceptible to infection by HIV.[222] Thus, suppression of these other viruses might indirectly help to suppress HIV replication.

Finally, now that it is possible to suppress HIV replication in patients (with antiretroviral therapy), it is worth considering therapies that may serve to boost their immune system. Immunostimulatory drugs or other maneuvers that may stimulate the immune system of such patients may in the future be found to offer an advance over the results that can be obtained with anti-HIV drugs alone. The use of bone marrow-stimulatory cytokines in this setting has already been discussed. Some of the other approaches being studied include bone marrow transplantation,[223] infusion of anti-HIV antibodies from patients whose HIV infection appears to be well controlled,[148] or infusions of expanded populations of CD8 cells. Ideally, one would aim at effecting a complete reconstitution of the patients' immune system. However, there is recent data to indicate that, at least in a research setting, patients with HIV infection rarely die unless their CD4 count decreases below 50 CD4 cells/mm³.[224] This correlation was statistically very unlikely to have occurred by chance alone ($P < 10^{-10}$).[224] Thus, it is possible that maintaining the CD4 count above 50 CD4 cells/mm³ may permit a substantial improvement in survival.

It is possible that combination therapy of HIV infection may prove to be a substantial advance over the results obtainable with any single agent. Such has been the case in certain other settings; the curative therapy of certain childhood leukemias, for example, was made possible only with combinations of agents. This is now an area of active research in HIV disease. However, in a practical sense it will be difficult to prove the efficacy of a given agent solely based on its contribution to a combination regimen. Thus, making drugs available for combination therapy may be one of the main benefits of getting such drugs approved as single agents.

## HIV-ASSOCIATED MALIGNANCIES

It has been appreciated for some time that patients with immunodeficiency have a high risk of developing certain tumors, particularly non-Hodgkin's lymphoma. In addition, various retroviral infections have long been studied as models of tumorogenesis. It is therefore not surprising that

RMS 01425
CONFIDENTIAL

APPROACHES TO THE THERAPY OF HIV INFECTION

873

malignancies are frequently observed in HIV-infected individuals. Indeed, the appearance of Kaposi's sarcoma in individuals in certain risk groups was one of the first signs of the AIDS epidemic. Also, certain high grade B-cell lymphomas are associated with HIV infection[225] and are now considered in the surveillance definition of AIDS. Maiman et al have recently reported an association between HIV seropositivity in women and cervical carcinoma.[226] In addition, cervical carcinoma is often of advanced stage in HIV-infected women. For these reasons, annual Pap smears are now recommended in HIV-infected women. In addition to these, the incidence of certain other cancers, such as squamous cell or cloacogenic carcinoma of the ano-rectal area, appears increased in certain groups of patients at risk for AIDS.[227] Clinicians should be vigilant for other unusual tumors as well (Fig 9). Overall, tumors are a major cause of morbidity and mortality in HIV-infected patients, and, in fact, their clinical significance may be increasing with the development of antiretroviral chemotherapy and prophylaxis for certain opportunistic infections.[228,229]

Milder or localized forms of Kaposi's sarcoma can be treated with radiation therapy, IFNα, or cytotoxic chemotherapy. However, the therapy of aggressive Kaposi's sarcoma is often unsatisfactory; while it may respond to cytotoxic chemotherapy, toxicity in the form of bone marrow suppression and immunosuppression is often limiting. Recent studies have suggested that a cascade of cellular and biochemical events may be involved in the pathogenesis of Kaposi's sarcoma.[181,230,231] As part of this process, Tat protein released from HIV-infected cells may enhance the proliferation of key Kaposi's sarcoma cells.[192-194] Specific inhibitors of Tat may therefore be worth exploring for anti-Kaposi's sarcoma activity. In addition, there is evidence that a variety of other factors, including fibroblast growth factor, interleukin-6 (IL-6), or other cytokines may act as paracrine or autocrine factors for Kaposi's sarcoma cells and may thus be targets for attack.[181,182,193,194,232] It is conceivable that inhibitors of these cytokines may halt disease progression rather than destroying existing lesions. As mentioned above, our group is now testing whether pentosan polysulfate, an inhibitor of basic fibroblast growth factor,[182] has activity in patients with Kaposi's sarcoma.

Non-Hodgkin's lymphoma been recognized for some time as being associated with HIV infection.[225] These lymphomas usually present in extranodal sites, particularly the central nervous system. The majority are high grade, either small noncleaved cell or large cell immunoblastic. At a chromosomal level, many resemble Burkitt's lymphoma in having translocations involving the *c-myc* oncogene and Ig loci; t(8:14) translocations are the most frequent observed.[233] It has been proposed that HIV-associated lymphomas may be like endemic Burkitt's lymphoma in having Ig-variable, Ig-diversity, or Ig-joining segment rearrangement but no rearrangement of the *c-myc* oncogene.[234] Patients with HIV-induced lymphoma often cannot tolerate cancer chemotherapy, and this diagnosis usually carries a poor prognosis. There is some evidence that the incidence of HIV-associated lymphomas may be higher than previously appreciated.[228,229] Of the first 55 patients with AIDS or AIDS-related complex treated with AZT or AZT-containing therapy at the NCI, eight have developed non-Hodgkin's lymphoma.[228] When this group was first analyzed in March 1990, the risk of lymphoma developing after 3 years, as estimated by the method of Kaplan and Meier, was 46% (95% confidence interval, 20% to 76%). No lymphomas developed during the next 6 months, and the revised estimate for the development of lymphomas is 31% (95% confidence interval, 16% to 52%) after 3.5 years of follow-up (Fig 10) (J. Pluda, R. Yarchoan, D. Venson, S. Broder, unpublished observation, October 1990). The pa-




Fig 9. Sinus X-ray (left) and magnetic resonance imagery study (right) of an ARC patient with a history of sinusitis who developed a squamous cell carcinoma of the left maxillary sinus. As the AIDS epidemic matures, physicians should be alert for unusual tumors developing in HIV-infected individuals.

RMS 01426
CONFIDENTIAL



Fig 10. Kaplan Meier plot of the estimated development of non-Hodgkin's lymphoma in a cohort of 55 patients receiving AZT or combination therapy including AZT in the NCI. Time is measured from the entry onto the protocols; all patient had either AIDS or severe ARC (with either oral candidiasis or weight loss) at entry. The dotted lines show the 95% confidence interval. The development of lymphoma in this same cohort, examined at an earlier time, had previously been reported in Pluda et al.[228] Since that report, none of the 12 surviving patients have developed lymphoma (J. Pluda, D. Venzon, S. Broder, R. Yarchoan, unpublished observation, October 1990).

tients who developed lymphoma were extremely immunosuppressed (median, 6 CD4 cells/mm$^3$ at the time of their lymphoma), and it is likely that the prolongation of their survival by AZT increased the cumulative number who developed this complication. Two of the patients in this cohort developed cerebral lymphoma in the site of preexisting toxoplasmosis (Fig 11). Whether or not the toxoplasmosis may have contributed to the malignant transformation in such patients (eg, by causing local B-cell proliferation) is unclear. Physicians should be alert for lymphoma of the brain in patients who do not appear to be responding to appropriate therapy for cerebral toxoplasmosis.

It is possible that by prevention of profound immunosuppression in HIV-infected patients it might be possible to reduce the incidence of lymphoma. It may also be possible to target other factors involved in the pathogenesis of these tumors. B-cell hyperproliferation, which occurs in HIV-infected patients, may increase the chance of a malignant transformation occurring. There appear to be a number of causes for this B-cell activation. AIDS patients have increased numbers of circulating EBV-infected B cells,[235,236] and EBV sequences have been identified in approximately 40% of the cases of HIV-associated non-Hodgkin's lymphoma. In a majority of the cases where it has been examined, there is evidence that EBV infection of the HIV-associated lymphomas has preceded clonal expansion, suggesting that EBV may have contributed to the lymphomagenesis.[237] HIV can directly stimulate B cells[236,238,239] and this may have increased the probability of a malignant transformation occurring. Finally, HIV infection can lead to increased IL-6 production,[240-242] and this in turn can stimulate B cells and lead to tumor-like proliferation.[243,244]

It may be possible to interfere with certain of these steps. Could the likelihood of malignant B-cell transformation be reduced by blocking the effects of IL-6, for example, with an inactive, modified IL-6? It has been reported that IL-4 can reduce the production of IL-6 by monocytes,[245] and this modality may be worth exploring. Finally, there is evidence that IL-10, also known as cytokine synthesis-inhibitory factor, can suppress certain T-cell responses and thus permit the outgrowth of EBV-transformed cells or lymphoma cells. Interestingly, there is recent evidence of sequence homology between this cytokine and the BCRF1 gene of EBV.[246] Either IL-10 or a BCRF1 gene product could thus potentially act to suppress the immune response to transformed B cells, and it is conceivable that suppression of these substances may reduce the incidence of lymphomas. It is likely that lymphomas will be an increasingly important limitation of survival in AIDS, and the prevention and treatment of these tumors will be an important area for future research.

CHALLENGES FOR THE FUTURE

As we have seen, therapy of HIV infection that is directed at the causative agent is now a reality; AZT has already been shown to improve both survival and the quality of life in HIV infection, and other active drugs are now undergoing widespread clinical testing. However, the results attained so far represent only a first step, and much more needs to be accomplished. Patients still progress to frank AIDS and death despite the best available therapy. We need to develop more effective and less toxic agents and combinations of agents. No therapy, either under develop-

RMS 01427
CONFIDENTIAL

 

Fig 11. Patient with toxoplasmosis of the brain on prolonged therapy with an alternating regimen of AZT and ddC who subsequently developed primary central nervous system lymphoma. The patient's toxoplasmosis initially responded to therapy with pyramethamine and sulfa. However, this neurologic symptoms subsequently worsened, and magnetic resonance imaging showed new lesions (left). Biopsy of the brain at this time showed a small non-cleaved cell lymphoma (right).

ment or on the drawing board, is curative, if we define a "cure" in the strict sense of ridding the body of every infectious virion. However, this is not necessarily our first goal. Many persons are chronically infected with a number of viruses (eg, EBV) that rarely pose clinical problems. Thus, it may be an attainable goal to control HIV infection to the extent that the expected survival of individuals infected with HIV coincides with the actuarial survival of age-matched uninfected controls.

We have already discussed the matter of drug resistance. The replication of HIV is an error-prone process,[97] and while resistance has not formally been proven to have clinical significance, it is likely that the emergence of drug-resistant variants is clinically important and will pose a problem for long-term therapy.[7] Combination therapy may be one approach to this problem. If nothing else, the emergence of resistant strains of HIV may provide a rationale for developing a variety of anti-retroviral drugs, some of which may not necessarily be superior to available therapies.

Another issue is the failure of available anti-HIV therapies to effect sustained and complete immunologic reconstitution in patients with advanced AIDS. This failure may in part reflect the inability of drugs such as AZT to completely halt viral replication at the doses used, or alternatively a toxicity of such drugs for the immune system. Also, while the load of HIV generally correlates with disease progression,[247] it has been hypothesized that T-cell depletion in AIDS occurs in part because of indirect mechanisms, such as gp120-specific cytotoxic T cells killing normal T cells with gp120 absorbed on to their surface.[248-250] If such mechanisms prove to be of clinical significance, they may have to be specifically addressed. Thymic damage in AIDS patients may also pose a barrier for immunoreconstitution. HIV can infect thymic cells,[251,252] and patients with advanced AIDS generally have pathologic abnormalities of the thymus.[253,254] It will be important to understand the mechanisms for the incomplete immunologic reconstitution observed and to learn how to improve on the present results.

Yet another issue is how to best define the efficacy of antiretroviral drugs with both speed and accuracy. With AZT, this was accomplished by a randomized, placebo-controlled trial in patients with established AIDS.[3] However, because AZT has been found to prolong survival, doing such a placebo-controlled trial in patients with fulminant AIDS is unethical. One can, of course, do large

RMS 01428
CONFIDENTIAL

studies to show equivalence or superiority to AZT in the same population, but such studies require large numbers of patients and may take 2 or more years to complete. Long-term AZT recipients, particularly those with AIDS, provide an intriguing group for the comparative study of new drugs, because these patients are likely to have developed some resistance to AZT.[56] As noted above, AZT has been shown to be efficacious for at least 2 years in patients with 200 to 500 CD4 cells/mm$^3$ (and one can argue for 1 year even in AIDS patients), so equivalence to AZT may perhaps be viewed as sufficient to define efficacy in such populations. Finally, the use of endpoints other than survival or serious complications to define efficacy may help speed the process. In particular, certain laboratory markers of disease activity (such as CD4 counts, p24 antigen, or other markers of viral load) may have usefulness. For example, having less than 50 CD4 cells/mm$^3$ may be viewed as a "mortality risk indicator"[224] and, as such, may be a useful endpoint for clinical trials.

Finally, as discussed above, it will be important to learn how to prevent and treat the tumors that arise in patients with HIV infection. Thus, while we have accomplished much, many problems need be solved. In addition, the large number of patients expected to progress to AIDS in the next several years adds an extreme sense of urgency. It is quite possible that effective therapy for HIV infection will be multifaceted, comprising both antiretroviral agents as well as specific therapies to address the immunodeficiency and development of tumors. Alternatively, it is possible that with early intervention using effective anti-HIV agents such additional approaches will be unnecessary. Through a concerted effort targeting many steps, it should be possible to substantially improve on existing therapies in the not too distant future.

## REFERENCES

1. Mitsuya H, Weinhold KJ, Furman PA, St Clair MH, Nusinoff-Lehrman S, Gallo RC, Bolognesi D, Barry DW, Broder S: 3'-Azido-3'-deoxythymidine (BW A509U): An antiviral agent that inhibits the infectivity and cytopathic effect of human T-lymphotropic virus type III/lymphadenopathy-associated virus in vitro. Proc Natl Acad Sci USA 82:7096, 1985

2. Yarchoan R, Klecker RW, Weinhold KJ, Markham PD, Lyerly HK, Durack DT, Gelmann E, Lehrman SN, Blum RM, Barry DW, Shearer GM, Fischl MA, Mitsuya H, Gallo RC, Collins JM, Bolognesi DP, Myers CE, Broder S: Administration of 3'-azido-3'-deoxythymidine, an inhibitor of HTLV-III/LAV replication, to patients with AIDS or AIDS-related complex. Lancet 1:575, 1986

3. Fischl MA, Richman DD, Grieco MH, Gottlieb MS, Volberding PA, Laskin OL, Leedon JM, Groopman JE, Mildvan D, Schooley RT, Jackson GG, Durack DT, King D, The AZT Collaborative Working Group: The efficacy of azidothymidine (AZT) in the treatment of patients with AIDS and AIDS-related complex: A double-blind, placebo-controlled trial. N Engl J Med 317:185, 1987

4. Pizzo PA, Eddy J, Falloon J, Balis FM, Murphy RF, Moss H, Wolters P, Brouwers P, Jarosinski P, Rubin M, Broder S, Yarchoan R, Brunetti A, Maha M, Nusinoff-Lehrman S, Poplack DG: Effect of continuous intravenous infusion zidovudine (AZT) in children with symptomatic HIV infection. N Engl J Med 319:889, 1988

5. Yarchoan R, Mitsuya H, Myers CE, Broder S: Clinical pharmacology of 3'-azido-2',3'-dideoxythymidine (zidovudine) and related dideoxynucleosides. N Engl J Med 321:726, 1989

6. Broder S, Mitsuya H, Yarchoan R, Pavlakis GN: Antiretroviral therapy in AIDS. Ann Intern Med 113:604, 1990

7. Mitsuya H, Yarchoan R, Broder S: Molecular targets for AIDS therapy. Science 249:1533, 1990

8. Hirsch MS, Kaplan JC: Treatment of human immunodeficiency virus infections. Antimicrob Agents Chemother 31:839, 1987

9. De Clercq E: Perspectives for the chemotherapy of AIDS. Anticancer Res 7:1023, 1987

10. Yarchoan R, Perno CF, Thomas RV, Klecker RW, Allain J-P, Wills RJ, McAtee N, Fischl MA, Dubinsky R, McNeely MC, Mitsuya H, Pluda JM, Lawley TJ, Leuther M, Safai B, Collins JM, Myers CE, Broder S: Phase I studies of 2',3'-dideoxycytidine in severe human immunodeficiency virus infection as a single agent and alternating with zidovudine (AZT). Lancet 1:76, 1988

11. Merigan TC, Skowron G, Bozzette SA, Richman D, Uttamchandani R, Fischl M, Schooley R, Hirsch M, Soo W, Pettinelli C, Schaumburg H, the ddC Study Group of the AIDS Clinical Trials Group: Circulating p24 antigen levels and responses to dideoxycytidine in human immunodeficiency virus (HIV) infections. Ann Intern Med 110:189, 1989

12. Yarchoan R, Mitsuya H, Thomas RV, Pluda JM, Hartman NR, Perno C-F, Marczyk KS, Allain J-P, Johns DG, Broder S: In vivo activity against HIV and favorable toxicity profile of 2',3'-dideoxyinosine. Science 245:412, 1989

13. Cooley TP, Kunches LM, Saunders CA, Ritter JK, Perkins CJ, Colin M, McCaffrey RP, Liebman HA: Once-daily administration of 2',3'-dideoxyinosine (ddI) in patients with the acquired immunodeficiency syndrome or AIDS-related complex. N Engl J Med 322:1430, 1990

14. Cooley T, Saunders CA, Perkins CJ, McCaffery RP, McLaren C, Liebman HA: Phase I study of 2',3'-dideoxyinosine (ddI) given once daily to patients with AIDS or ARC. V International Conference on AIDS, Montreal, Canada, June 4-9, 1989, p 336 (abstr)

15. Lambert JS, Seidlin M, Reichman RC, Plank CS, Laverty M, Morse GD, Knupp C, McLaren C, Pettinelli C, Valentine FT, Dolin R: 2',3'-Dideoxyinosine (ddI) in patients with the acquired immunodeficiency syndrome or the AIDS-related complex. A phase I trial. N Engl J Med 322:1333, 1990

16. Broder S: Controlled trial methodology and progress in the treatment of acquired immunodeficiency syndrome (AIDS); a quid pro quo. Ann Intern Med 110:417, 1989

17. Yarchoan R, Mitsuya H, Matsushita S, Broder S: Implications of the discovery of HTLV-III for the treatment of AIDS. Cancer Res 45:4685, 1985

18. Barre-Sinoussi F, Chermann JC, Rey F, Nugeyre T, Charmaret S, Gruest J, Dauguet C, Axler-Blin C, Vezinet-Brun F, Rouzioux C, Rozenbaum W, Montagnier L: Isolation of a T-cell lymphotropic virus from a patient at risk for the acquired immunodeficiency syndrome (AIDS). Science 220:868, 1983

19. Gallo RC, Salahuddin SZ, Popovic M, Shearer GM, Kaplan M, Haynes BF, Palker TJ, Redfield R, Oleske J, Safai B, White G, Foster P, Markham PD: Frequent detection and isolation of cytopathic retroviruses (HTLV-III) from patients with AIDS and at risk for AIDS. Science 224:500, 1984

20. Donegan E, Stuart M, Niland JC, Sacks HS, Azen SP, Dietrich SL, Faucett C, Fletcher MA, Kleinman SH, Operskalski EA, Perkins HA, Pindyck J, Schiff ER, Stites DP, Tomasulo PA, Mosley JW, the Transfusion Safety Group: Infection with human

RMS 01429
CONFIDENTIAL

immunodeficiency virus type 1 (HIV-1) among recipients of antibody-positive blood donations. Ann Intern Med 113:733, 1990

21. Gartner S, Markovits P, Markovitz DM, Kaplan MH, Gallo RC: The role of mononuclear phagocytes in HTLV-III/LAV infection. Science 233:215, 1986

22. Mitsuya H, Broder S: Inhibition of the *in vitro* infectivity and cytopathic effect of human T-lymphotropic virus type III/lymphadenopathy virus-associated virus (HTLV-III/LAV) by 2',3'-dideoxynucleosides. Proc Natl Acad Sci USA 83:1911, 1986

23. Wong-Staal F, Gallo RC: Human T-lymphotropic viruses. Nature 317:395, 1985

24. Mitsuya H, Jarrett RF, Matsukura M, di Marzo Veronese F, deVico AL, Sarngadharan MG, Johns DG, Reitz MS, Broder S: Long-term inhibition of human T-lymphotropic virus type III/lymphadenopathy-associated virus (human immunodeficiency virus) DNA synthesis and RNA expression in T cells protected by 2',3'-dideoxynucleosides *in vitro*. Proc Natl Acad Sci USA 84:2033, 1987

25. Furman PA, Fyfe JA, St Clair M, Weinhold K, Rideout JL, Freeman GA, Nusinoff-Lehrman S, Bolognesi DP, Broder S, Mitsuya H, Barry DW: Phosphorylation of 3'-azido-3'-deoxythymidine and selective interaction of the 5'-triphosphate with human immunodeficiency virus reverse transcriptase. Proc Natl Acad Sci USA 83:8333, 1986

26. Cooney DA, Dalal M, Mitsuya H, McMahon JB, Nadkarni M, Balzarini J, Broder S, Johns DG: Initial studies on the cellular pharmacology of 2',3'-dideoxycytidine, an inhibitor of HTLV-III infectivity. Biochem Pharmacol 35:2065, 1986

27. Cooney DA, Ahluwalia G, Mitsuya H, Fridland A, Johnson M, Hao Z, Dalal M, Balzarini J, Broder S, Johns DG: Initial studies on the cellular pharmacology of 2',3'-dideoxyadenosine, an inhibitor of HTLV-III infectivity. Biochem Pharmacol 36:1765, 1987

28. Ahluwalia G, Cooney DA, Mitsuya H, Fridland A, Flora KP, Hao Z, Dalal M, Broder S: Johns DG: Initial studies on the cellular pharmacology of 2',3'-dideoxyinosine, an inhibitor of HIV infectivity. Biochem Pharmacol 36:3797, 1987

29. Hao Z, Cooney DA, Hartmen NR, Perno CF, Fridland A, DeVico A, Sarngadharan MG, Broder S, Johns DG: Factors determining the activity of 2',3'-dideoxynucleosides in suppressing human immunodeficiency virus *in vitro*. Mol Pharmacol 34:431, 1988

30. Starnes MC, Cheng Y-C: Cellular metabolism of 2',3'-dideoxycytidine, a compound active against human immunodeficiency virus *in vitro*. J Biol Chem 262:988, 1987

31. Balzarini J, Kang G-J, Dalal M, Herdewijn P, de Clercq E, Broder S, Johns DG: The anti-HTLVIII (anti-HIV) and cytotoxic activity of 2',3'-didehydro-2',3'-dideoxynucleosides: A comparison with their parental 2',3'-dideoxynucleosides. Mol Pharmacol 32:162, 1987

32. Waqar MA, Evans MJ, Manly KF, Hughes RG, Huberman JA: Effects of 2',3'-dideoxynucleosides on mammalian cells and viruses. J Cell Physiol 121:402, 1984

33. Cheng Y-C, Dutschman GE, Bastow KF, Sarngadharan MG, Ting RY: Human immunodeficiency virus reverse transcriptase. General properties and its interacion with nucleoside triphosphate analogs. J Biol Chem 262:2187, 1987

34. Dalakos MC, Illa I, Pezeshkpour GH, Laukaitis JP, Cohen B, Griffin JL: Mitochondrial myopathy caused by long-term zidovudine therapy. N Engl J Med 322:1098, 1990

35. Ostertag W, Roesler G, Krieg CJ, Kind J, Cole T, Crozier T, Gaedicke G, Stinheider G, Kluge N, Dube S: Induction of endogenous virus and of thymidine kinase by bromodeoxyuridine in cell cultures transformed by Friend virus. Proc Natl Acad Sci USA 71:4948, 1974

36. Dahlberg JE, Mitsuya H, Blam SB, Broder S, Aaronson SA: Broad spectrum antiretroviral activity of 2',3'-dideoxynucleosides. Proc Natl Acad Sci USA 84:2469, 1987

37. Matsushita S, Mitsuya H, Reitz MS, Broder S: Pharmacological inhibition of in vitro infectivity of human T lymphotropic virus type 1. J Clin Invest 1987:394, 1987

38. Kassianides C, Hoofnagle J, Miller RH, Doo E, Ford H, Broder S, Mitsuya H: Inhibition of duck hepatitis B virus replication by 2',3'-dideoxycytidine. Gastroenterology 97:1275, 1989

39. Horwitz JP, Chua J, Noel M: Nucleosides. V. The monomesylates of 1-(2'-deoxy-$\beta$-D-lyxofuranosyl)thymidine. J Organic Chem 29:2076, 1964

40. Krieg CJ, Ostertag W, Clauss U, Pragnell IB, Swetly P, Roesler G, Weimann BJ: Increase in intracisternal A-type particles in Friend cells during inhibition of Friend virus (SFFV) release by interferon or azidothymidine. Exp Cell Res 116:21, 1978

41. Richman DD, Fischl MA, Grieco MH, Gottlieb MS, Volberding PA, Laskin OL, Leedom JM, Groopman JE, Mildvan D, Hirsch MS, Jackson GG, Durack DT, Nusinoff-Lehrman S, Group TACW: The toxicity of azidothymidine (AZT) in the treatment of patients with AIDS and AIDS-related complex: A double-blind, placebo-controlled trial. N Engl J Med 317:192, 1987

42. Fischl MA, Richman DD, Causey DM, Grieco MH, Bryson Y, Mildvan D, Laskin OL, Groopman JE, Volberding PA, Schooley RT, Jackson GG, Durak DT, Andrews JC, Nusinoff-Lehrman S, the AZT Collaborative Working Group: Prolonged zidovudine therapy in patients with AIDS and advanced AIDS-related complex. JAMA 262:2405, 1989

43. Klecker RW Jr, Collins JM, Yarchoan R, Thomas R, Jenkins JF, Broder S, Myers CE: Plasma and cerebrospinal fluid pharmacokinetics of 3'-azido-3'-deoxythymidine: A novel pyrimidine analog with potential application for the treatment of patients with AIDS and related diseases. Clin Pharmacol Ther 41:407, 1987

44. Yarchoan R, Berg G, Brouwers P, Fischl MA, Spitzer AR, Wichman A, Grafman J, Thomas RV, Safai B, Brunetti A, Perno CF, Schmidt PJ, Larson SM, Myers CE, Broder S: Response of human-immunodeficiency-virus-associated neurological disease to 3'-azido-3'-deoxythymidine. Lancet 1:132, 1987

45. Schmitt FA, Bigley JW, McKinnis R, Logue PE, Evans RW, Drucker JL, the AZT Collaborative Working Group: Neuropsychological outcome of zidovudine (AZT) treatment of patients with AIDS and AIDS-related complex. N Engl J Med 319:1573, 1988

46. Koenig S, Gendelman HE, Orenstein JM, Dal Canto MC, Pezeshkpour GH, Yungbluth M, Janotta F, Aksamit A, Martin M, Fauci AS: Detection of AIDS virus in macrophages in brain tissue from AIDS patients with encephalopathy. Science 233:1089, 1986

47. Watkins BA, Dorn HH, Kelly WB, Armstrong RC, Potts BJ, Michaels F, Kufta CV, Dubois-Dalcq M: Specific tropism of HIV-1 for microglial cells in primary human brain cultures. Science 249:549, 1990

48. Pang S, Koyanagi Y, Miles S, Wiley C, Vinters HV, Chen ISY: High levels of unintegrated HIV-1 DNA in brain tissue of AIDS dementia patients. Nature 343:85, 1990

49. Perno CF, Yarchoan R, Cooney DA, Hartman NR, Gartner S, Popovic M, Hao Z, Gerrard TL, Wilson YA, Johns DG, Broder S: Inhibition of human immunodeficiency virus (HIV-1/HTLV-III$_{B+L}$) replication in fresh and cultured human peripheral blood monocytes/macrophages by azidothymidine and related 2',3'-dideoxynucleosides. J Exp Med 168:1111, 1988

50. Skinner MA, Matthews TJ, Greenwall TK, Bolognesi DP, Hebdon M: AZT inhibits HIV-1 replication in monocytes. J AIDS 1:162, 1988

51. Fischl M, Parker C, Pettinelli C, Wulfsohn M, Hirsch MS, Collier AC, Antoniskis D, Ho M, Richman DD, Fuchs Z, Merigan TC, Reichman RC, Gold J, Steigbigel N, Leoung GS, Rasheed S, Tsiatis A, the AIDS Clinical Trials Group: A randomized con-

RMS 01430
CONFIDENTIAL

trolled trial of a reduced daily dose of zidovudine in patients with acquired immunodeficiency syndrome. N Engl J Med 323:1009, 1990

52. Collier AC, Bozzette S, Coombs RW, Causey DM, Schoenfeld DA, Spector SA, Pettinelli CB, Davies G, Richman DD, Leedom JM, Kidd P, Corey L: A pilot study of low-dose zidovudine in human immunodeficiency virus infection. N Engl J Med 323:1015, 1990

53. Volberding PA, Lagakos SW, Koch MA, Pettinelli C, Myers MW, Booth DK, Balfour HH, Reichman RC, Bartlett JA, Hirsch MS, Murphy RL, Hardy WD, Soeiro R, Fischl MA, Bartlett JG, Merigan TC, Hyslop NE, Richman DD, Valentine FT, Corey L, the AIDS Clinical Trials Group of the National Institute of Allergy and Infectious Diseases: Zidovudine in asymptomatic human immunodeficiency virus infection. A controlled trial in persons with fewer than 500 CD4-positive cells per cubic millimeter. N Engl J Med 322:941, 1990

54. Fischl M, Richman DD, Hansen N, Collier AC, Carey JT, Para MF, Hardy D, Dolin R, Powderly WG, Allan JD, Wong B, Mergian TC, McAuliffe VJ, Hyslop NE, Rhame FS, Balfour HH, Spector SA, Volberding P, Petinelli C, Anderson J, the AIDS Clinical Trials Group: The safety and efficacy of zidovudine (AZT) in the treatment of subjects with mildly symptomatic human immunodeficiency virus type I (HIV) infection. A double-blind, placebo-controlled trial. Ann Intern Med 112:727, 1990

55. New York State Department of Health. AIDS in New York State through 1989. Albany, New York: New York State Department of Health, 1990

56. Lemp GF, Payne SF, Neal D, Temelso T, Rutherford GW: Survival trends for patients with AIDS. JAMA 263:402, 1990

57. Harris JE: Improved short-term survival of AIDS patients initially diagnosed with *Pneumocystis carinii* pneumonia, 1984 through 1987. JAMA 263:397, 1990

58. Montgomery AB, Leoung GS, Wardlaw LA, Corkery KJ, Adams M, Abrahms D, Feigal DW: Effect of zidovudine on mortality rates and *Pneumocystis carinii* (PCP) incidence in AIDS and ARC patients on aerosol pentamidine. Am Rev Resp Dis 139:A250, 1989

59. Gail M, Rosenberg P, Goegert J: Therapy may explain recent defects in AIDS incidence. J AIDS 3:296, 1990

60. Dournon E, Matheron S, Rozenbaum W, Gharakhanian S, Michon C, Girard PM, Perronne C, Salmon D, de Truchis P, LePort C, Bouvet E, Dazza MC, Lavacher M, Regnier B, The Claude Bernard Hospital AZT Study Group: Effects of zidovudine in 365 consecutive patients with AIDS or AIDS-related complex. Lancet 2:1297, 1988

61. Gill P, Rarick M, Brynes RK, Causey D, Loureiro C, Levine AM: Azidothymidine associated with bone marrow failure in the acquired immunodeficiency syndrome (AIDS). Ann Intern Med 107:502, 1987

62. Walker RE, Parker RI, Kovacs JA, Masur H, Lane HC, Carleton S, Kirk LE, Gralnick HR, Fauci AS: Anemia and erythropoiesis in patients with the acquired immunodeficiency syndrome (AIDS) and Kaposi sarcoma treated with zidovudine. Ann Intern Med 108:372, 1988

63. Hymes KB, Greene JB, Karpatkin S: The effect of azidothymidine on HIV-related thrombocytopenia. N Engl J Med 318:516, 1988

64. Gottlieb M, Wolfe PR, Chafey S: Case report: Response of AIDS-related thrombocytopenia to intravenous and oral azidothymidine (3'-azido-3'-deoxythymide). AIDS Res Human Retroviruses 3:109, 1987

65. Walsh CM, Nardi MA, Karpatkin S: On the mechanism of thrombocytopenic purpura in sexually active homosexual men. N Engl J Med 311:635, 1984

66. Abrams DI, Kiprov DD, Goedert JJ, Sarngadharan MG, Gallo RC, Volberding PA: Antibodies to human T-lymphotropic virus type III and development of the acquired immunodeficiency syndrome in homosexual men presenting with immune thrombocytopenia. Ann Intern Med 104:47, 1986

67. Zon LI, Arkin C, Groopman JE: Haematologic manifestations of the human immunodeficiency virus (HIV). Br J Haematol 66:251, 1987

68. Folks TM, Kessler SW, Orenstein JM, Justement JS, Jaffe ES, Fauci AS: Infection and replication of HIV-1 in purified progenitor cells of normal human bone marrow. Science 242:919, 1988

69. Zucker-Franklin D, Cao Y: Megakaryocytes of human immunodeficiency virus-infected individuals express viral RNA. Proc Natl Acad Sci USA 86:5595, 1989

70. Frick LW, Nelson DJ, St Clair MH, Furman PA, Krenitsky TA: Effects of 3'-azido-3'-deoxythymidine on the dideoxynucleotide triphosphate pools of cultured human cells. Biochem Biophys Res Commun 154:124, 1988

71. Hao Z, Cooney DA, Hartman NR, Perno CF, Fridland A, DeVico AL, Sarngadharan MG, Broder S, Johns DG: Factors determining the activity of 2',3'-dideoxynucleosides in suppressing human immunodeficiency virus *in vitro*. Mol Pharmacol 34:431, 1988

72. Brunetti I, Falcone A, Calabresi P, Goulette FA, Darnowski JW: 5-Fluorouracil enhances azidothymidine cytotoxicity: *In vitro*, *in vivo*, and biochemical studies. Cancer Res 50:4026, 1990

73. Bessen LJ, Greene JB, Louie E, Seitzman P, Weinberg H: Severe polymyositis-like syndrome associated with zidovudine therapy of AIDS and ARC. N Engl J Med 318:708, 1988

74. Blum MR, Liao SH, Good SS, de Miranda P: Pharmacokinetics and bioavailability of zidovudine in humans. Am J Med 85:189, 1988 (suppl 2A)

75. de Miranda P, Good SS, Yarchoan R, Thomas RV, Blum MR, Myers CE, Broder S: Alteration of zidovudine pharmacokinetics by probenecid in patients with AIDS or AIDS-related complex. Clin Pharmacol Ther 46:494, 1989

76. Kornhauser DM, Petty BG, Hendrix CW, Woods AS, Nerhood LJ, Bartlett JG, Lietman PS: Probenecid and zidovudine metabolism. Lancet 2:473, 1989

77. Steffe EM, King JH, Inciardi JF, Flynn NF, Goldstein E, Tonjes TS, Benet LZ: The effect of acetaminophen on zidovudine metabolism in HIV-infected patients. J AIDS 3:691, 1990

78. Donahue RE, Johnson MM, Zon LI, Clark SC, Groopman JE: Suppression of *in vitro* hematopoiesis following human immunodeficiency virus infection. Nature 326:200, 1987

79. Frickhofen N, Abkowitz JL, Safford M, Berry JM, Antunez-de-Mayolo J, Astrow A, Cohen R, Halperin I, King L, Mintzer D, Cohen B, Young NS: Persistent B19 parvovirus infection in patients infected with human immunodeficiency virus type 1 (HIV-1): A treatable cause of anemia in AIDS. Ann Intern Med 113:926, 1990

80. Yarchoan R, Broder S: Development of antiretroviral therapy for the acquired immunodeficiency syndrome and related disorders. A progress report. N Engl J Med 316:557, 1987

81. Groopman JE, Molina J-M, Scadden DT: Hematopoietic growth factors. N Engl J Med 321:1449, 1989

82. Groopman JE, Mitsuyasu RT, DeLeo MJ, Oette DH, Golde DW: Effect of human granulocyte-macrophage colony-stimulating factor on myelopoiesis in the acquired immunodeficiency syndrome. N Engl J Med 317:593, 1987

83. Pluda JM, Yarchoan R, Smith PD, McAtee N, Shay LE, Oette D, Maha M, Wahl SM, Myers CE, Broder C: Subcutaneous recombinant granulocyte-macrophage colony-stimulating factor used as a single agent and in an alternating regimen with azidothy-

RMS 01431
CONFIDENTIAL

midine in leukopenic patients with severe human immunodeficiency virus infection. Blood 76:463, 1990

84. Fischl M, Galpin JE, Levine JD, Groopman JE, Henry DH, Kennedy P, Miles S, Robbine W, Starrett B, Zalusky R, Abels RI, Tsai HC, Rudnick SA: Recombinant human erythropoietin for patients with AIDS treated with zidovudine. N Engl J Med 322:1488, 1990

85. Miles S, Glaspy J, Chung Y, Lee K, Souza L, Baldwin G: Recombinant granulocyte colony stimulating factor (r-metHuG-CSF) increases neutrophil number and function but does not alter HIV expression in patients with AIDS. Abstracts of the V International Conference on AIDS, Montreal, June 4-9, 1989, p 558 (abstr)

86. Koyanagi Y, O'Brien WA, Zhao JQ, Golde DW, Gasson JC, Chen ISY: Cytokines alter production of HIV-1 from primary mononuclear phagocytes. Science 241:1673, 1988

87. Perno C-F, Yarchoan R, Cooney DA, Hartman NR, Webb DSA, Hao Z, Mitsuya H, Johns DG, Broder S: Replication of human immunodeficiency virus in monocytes. Granulocyte/macrophage colony-stimulating factor (GM-CSF) potentiates viral production yet enhances the antiviral effect mediated by 3'-azido-2'3'-dideoxythymidine (AZT) and other dideoxynucleoside congeners of thymidine. J Exp Med 169:933, 1989

88. Folks TM, Justement J, Kinter A, Dinarello CA, Fauci AS: Cytokine-induced expression of HIV-1 in a chronically infected promonocyte cell line. Science 238:800, 1987

89. Hammer SM, Gillis JM: Synergistic activity of granulocyte-macrophage colony-stimulating factor and 3'-azido-3'-deoxythymidine against human immunodeficiency virus in vitro. Antimicrob Agents Chemother 31:1046, 1987

90. Perno C-F, Cooney DA, Currens MJ, Rocchi G, Johns DG, Broder S, Yarchoan R: Ability of anti-HIV agents to inhibit HIV replication in monocyte/macrophages or U937 monocytoid cells under conditions of enhancement by GM-CSF or anti-HIV antibody. AIDS Res Hum Retroviruses 6:1051, 1990

91. Gendelman HF, Orenstein JM, Martin MA, Ferrua C, Mitra R, Phipps T, Wahl L, Lane HC, Fauci AS, Burke DS, Skillman D Meltzer, Monte S: Efficient isolation and propagation of human immunodeficiency virus on recombinant colony-stimulating factor 1-treated monocytes. J Exp Med 167:1428, 1988

92. Perno CF, Yarchoan R, Cooney DA, Mitsuya H, Johns DG, Broder S: Differential modulation of HIV replication and AZT activity in monocyte/macrophages by GM-CSF, M-CSF, and G-CSF. Abstracts of the V International Conference on AIDS, Montreal, June 4-9, 1989, p 536 (abstr)

93. Reiss P, Lange JMA, Boucher CA, Danner SA, Goudsmit J: Resumption of HIV antigen production during continuous zidovudine treatment. Lancet 1:421, 1988

94. Larder BA, Darby G, Richman DD: HIV with reduced sensitivity to zidovudine (AZT) isolated during prolonged therapy. Science 243:1731, 1989

95. Rooke R, Tremblay M, Soudeyns H, DeStephano L, Yao X-J, Fanning M, Montaner JSG, O'Shaughnessy M, Gelmon K, Tsoukas C, Gill J, Ruedy J, Wainberg MA, the Canadian Zidovudine Multi-Centre Study Group: Isolation of drug-resistant variants of HIV-1 from patients on long-term zidovudine therapy. J AIDS 3:411, 1989

96. Richman DD, Grimes J, Lagakos S: Effect of stage of disease and drug dose on zidovudine susceptibilities of isolates of human immunodeficiency virus. J AIDS 3:743, 1990

97. Temin HM: Is HIV unique or merely different. J AIDS 2:1, 1989

98. Larder BA, Kemp SD: Multiple mutations in HIV-1 reverse transcriptase confer high-level resistance to zidovudine (AZT). Science 246:1155, 1989

99. Shirasaka T, Yarchoan R, Aoki S, Ford H, DeVico A, Sarngadharan MG, Richman DD, Broder S: In vitro study of drug-sensitivity of HIV strains isolated from patients with AIDS or ARC before and after therapy with AZT and/or 2',3'-dideoxycytidine. San Francisco, CA, June 20-24, 1, 1990, p 185 (abstr)

100. Boucher CA, Tersmette M, Lange JMA, Kellam P, de Goede REY, Mulder JW, Darby G, Goudsmit J, Larder BA: Zidovudine sensitivity of human immunodeficiency viruses from high-risk, symptom-free individuals during therapy. Lancet 2:585, 1990

101. Du DL, Volpe DA, Murphy MJ Jr, Grieshaber CK: Myelotoxicity of new anti-HIV drugs (2',3'-dideoxynucleosides) on human hematopoietic progenitor cells in vitro. Exp Hematol 17:519, 1989

102. Klecker RW Jr, Collins JM, Yarchoan R, Thomas R, McAtee N, Broder S, Myers S: Pharmacokinetics of 2',3'-dideoxycytidine in patients with AIDS and related disorders. J Clin Pharmacol 28:837, 1988

103. Broder S: Pharmacodynamics of 2',3'-dideoxycytidine: An inhibitor of human immunodeficiency virus. Am J Med 88:2, 1990 (suppl 5B)

104. Dubinsky RM, Yarchoan R, Dalakas M, Broder S: Reversible axonal neuropathy from the treatment of AIDS and related disorders with 2',3'-dideoxycytidine (ddC). Muscle Nerve 12:856, 1989

105. Gabuzda DH, Hirsch MS: Neurologic manifestations of infection with human immunodeficiency virus. Clinical features and pathogenesis. Ann Intern Med 107:383, 1987

106. McNeely MC, Yarchoan R, Broder S, Lawley TJ: Dermatologic complications associated with administration of 2',3'-dideoxycytidine in patients with human immunodeficiency virus infection. J Am Acad Dermatol 21:1213, 1989

107. Powderly WG, Klebert MK, Clifford DB: Ototoxicity associated with dideoxycytidine. Lancet 335:1990 (letter)

108. Gottlieb M, Galpin J, Thompkins J, Wilson D, Donatacci L, Soo W: 2',3'-Dideoxycytidine in the treatment of patients with AIDS and ARC. Abstracts of the V International Conference on AIDS, Montreal, Canada, June 4-9, 1989, p 212 (abstr)

109. Ahluwalia G, Johnson MA, Fridland A, Cooney DA, Broder S, Johns DG: Cellular pharmacology of the anti-HIV agent 2',3'-dideoxyadenosine. Proceedings of the American Association for Cancer Research, New Orleans, LA, May 25-29, 1988, p 349 (abstr)

110. Johnson MA, Fridland A: Phosphorylation of 2',3'-dideoxyinosine by cytosolic 5'-nucleotidase of human lymphoid cells. Mol Pharmacol 36:291, 1989

111. Molina J-M, Groopman JE: Bone marrow toxicity of dideoxyinosine. N Engl J Med 321:1478, 1989

112. Linblad G, Johnsson G, Falk J: Adenine toxicity; a three week intravenous study in dogs. Acta Pharmacol Toxicol 32:246, 1973

113. Yarchoan R, Thomas RV, Mitsuya H, Perno C-F, Pluda JM, Hartman NR, Johns DG, Broder S: Initial clinical studies of 2',3'-dideoxyadenosine (ddA) and 2',3'-dideoxyinosine (ddI) in patients with AIDS or AIDS-related complex (ARC). J Cell Biochem Suppl 13B:313, 1989

114. Yarchoan R, Mitsuya H, Pluda J, Marczyk KS, Thomas RV, Hartman NR, Brouwers P, Perno C-F, Allain J-P, Johns DG, Broder S: The National Cancer Institute phase I study of ddI administration in adults with AIDS or AIDS-related complex: Analysis of activity and toxicity profiles. Rev Infect Dis 12:S522, 1990 (suppl 5)

115. Hartman NR, Yarchoan R, Pluda JM, Thomas RV, Marczyk KS, Broder S, Johns DG: Pharmacokinetics of 2',3'-dideoxy-

RMS 01432
CONFIDENTIAL

adenosine and 2',3'-dideoxyinosine in patients with severe HIV infection. Clin Pharmacol Ther 47:647, 1990

116. Yarchoan R, Pluda JM, Thomas RV, Mitsuya H, Prouwers P, Wyvill KM, Hartman N, Johns DG, Broder S: Long-term toxicity/activity profile of 2',3'-dideoxyinosine in AIDS or AIDS-related complex. Lancet 2:526, 1990

117. Connolly KJ, Allan JD, Fitch H, Jackson-Pope L, McLaren C, Groopman J: A phase I study of 2',3'-dideoxyinosine (ddI) administered orally twice daily to patients with AIDS or ARC and hematologic intolerance to azidothymidine (AZT). Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 3, 1990, p 204 (abstr)

118. Butler KM, Husson RN, Balis FM, Brouwers P, Eddy J, El-Amin D, Gress J, Hawkins M, Jarosinski P, Moss H, Poplack DG, Santacroce S, Venzon D, Weiner L, Wolters P, Pizzo PA: Dideoxyinosine (ddI) in symptomatic HIV-infected children: A phase I-II study. N Engl J Med 324:137, 1991

119. Present DH, Meltzer SJ, Krumholz MP, Wolke A, Korelitz BI: 6-Mercaptopurine in the management of inflammatory bowel disease: Short and long-term toxicity. Ann Intern Med 111:641, 1989

120. Mallory A, Kern F Jr: Drug-induced pancreatitis: A critical review. Gastroenterology 78:813, 1980

121. Schwartz MS, Brandt LJ: The spectrum of pancreatic disorders in patients with acquired immunodeficiency syndrome. Am J Gastroenterol 84:459, 1989

122. Clas D, Falutz J, Rosenberg L: Acute pancreatitis associated with HIV infection. CMAJ 140:823, 1989

123. Grunfeld C, Kotler DP, Hamadeh R, Tierney A, Pierson RN Jr: Hypertriglyceridemia in the acquired immunodeficiency syndrome. Am J Med 86:27, 1989

124. Herer B, Chinet T, Labrune S, Collignon MA, Chretien J, Huchon G: Pancreatitis associated with pentamidine by aerosol. Br Med J 298:605, 1989

125. Leiby JM, Grever MR, Staubus AE, Neidhart JA, Malspeis L: Phase I clinical investigation of fludarabine phosphate by a loading-dose and continuous-infusion schedule. J Natl Cancer Inst 80:447, 1988

126. Cheson BD: Current approaches to the chemotherapy of B-cell chronic lymphocytic leukemia: A review. Am J Hematol 32:72, 1989

127. Grever M, Leiby J, Metz E, Neidhart J, Balcerzak S, Malspeis L: A comprehensive phase I and II clinical investigation of fludarabine phosphate. Semin Oncol 17:39, 1990

128. Hamamoto Y, Nakashima H, Matsui T, Matsuda A, Euda T, Yamamoto N: Inhibitory effect of 2',3'-didehydro-2',3'-dideoxynucleosides on infectivity, cytopathic effects, and replication of human immunodeficiency virus. Antimicrob Agents Chemother 31:907, 1987

129. Schinazi RF, Chu CK, Ahn MK, Somadossi J-P, McClure H: Selective in vitro inhibition of human immunodeficiency virus (HIV) replication by 3'-azido-2',3'-dideoxyuridine (CS-87). J Cell Biochem 1:74, 1987 (suppl D)

130. Lin T-S, Schinazi RF, Prusoff WH: Potent and selective in vitro activity of 3'-deoxythymidin-2'-ene (3'-deoxy-2',3'-didehydrothymidine) against human immunodeficiency virus. Biochem Pharmacol 36:2713, 1987

131. Balzarini J, Baba M, Pauwels R, Herdewijn P, De Clercq E: Anti-retrovirus activity of 3'-fluoro- and 3'-azido-substituted pyrimidine 2',3'-dideoxynucleoside analogues. Biochem Pharmacol 37:2847, 1988

132. Herdewijn P, Balzarini J, De Clercq E, Pauwels R, Baba M, Broder S, Vanderhaeghe H: 3'-Substituted 2',3'-dideoxynucleoside analogues as potential anti-HIV (HTLV-III/LAV) agents. J Med Chem 30:1270, 1987

133. Hayashi S, Norbeck DW, Rosenbrook W, Fine RL, Matsukura M, Plattner JJ, Broder S, Mitsuya H: Cyclobut-A and cyclobut-G, carbocyclic oxetanocin analogues that inhibit the replication of human immunodeficiency virus in T cells and monocytes and macrophages in vitro. Antimicrob Agents Chemother 34:287, 1990

134. Kim C-H, Marquez VE, Broder S, Mitsuya H, Driscoll JS: Potential anti-AIDS drugs. 2',3'-Dideoxycytidine analogues. J Med Chem 30:862, 1987

135. Browne MJ, the Brown University AIDS Program Clinical Trials Group: Phase I study of 2',3'-didehydro-2',3'-dideoxythymidine (d4T) in patients (Pts.) with AIDS or ARC. Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 3, 1990, p 200 (abstr)

136. Squires KE, Weiss W, Sacks H, Hassett J, Gugliotti R, Murray H: Effect of 2',3'-didehydro-3'-deoxythymidine (d4T) on p24 antigenemia in patients with AIDS or ARC. Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 1, 1990, p 180 (abstr)

137. Mitsuyasu RT, Miles SA, Wallenberg J, Williams G, Marcus S: Phase I trial of 3'-azido-2',3'-dideoxyuridine (AzdU) in patients with symptomatic HIV infection. Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 3, 1990, p 206 (abstr)

138. Polis M, Davey R, Lee D, Falloon J, Kovacs J, Metcalf J, Amantea M, Zurlo J, Zunich K, Rosenthal Y, Wallenberg J, Desai A, Lane H, Masur H: A dose escalation study to evaluate the safety, anti-viral and immunologic effects of 3'-azido-2',3'-dideoxyuridine (AzdU) in patients with HIV-1 infection. Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 3, 1990, p 206 (abstr)

139. Marquez VE, Tseng CK-H, Driscoll JS, Mitsuya H, Broder S, Roth JS, Kelly JA: 2',3'-Dideoxy-2'-β-fluoroadenosine. An acid-stable purine nucleoside active against human immunodeficiency virus (HIV). Biochem Pharmacol 36:2719, 1987

140. Hayashi S, Phadtare S, Zemlicka J, Matsukura M, Mitsuya H, Broder S: Adenallene and cytallene: Acyclic nucleoside analogues that inhibit replication and cytopathic effect of human immunodeficiency virus in vitro. Proc Natl Acad Sci USA 85:6127, 1988

141. Pauwels R, Balzarini J, Schols D, de Clercq E: Phosphonylmethoxyethyl purine derivatives, a new class of anti-human immunodeficiency virus (HIV) in vitro. Antimicrob Agents Chemother 32:1025, 1988

142. Shirasaka T, Murakami K, Ford H Jr, Kelley J, Yoshioka H, Kojima E, Aoki S, Broder S, Mitsuya H: Halogenated congeners of 2',3'-dideoxypurine nucleosides active against HIV in vitro: A new class of lipophilic prodrugs. Proc Natl Acad Sci USA 87:9426, 1990

143. Sandstrom EG, Kaplan JC, Byington RE, Hirsch MS: Inhibition of human T-cell lymphotropic virus type III in vitro by phosphonoformate. Lancet 1:1480, 1985

144. Sarin PS, Taguchi Y, Sun D, Thornton A, Gallo RC, Oberg B: Inhibition of HTLV-III/LAV replication by foscarnet. Biochem Pharmacol 34:4075, 1985

145. Pauwels R, Andries K, Desmyter J, Schols D, Kukla MJ, Breslin HJ, Raeymaeckers A, Van Gelder J, Woestenborghs R, Heykants J, Schellekens K, Janssen MAC, De Clercq E, Janssen PAJ: Potent and selective inhibition of HIV-1 replication in vitro by a novel series of TIBO derivatives. Nature 343:470, 1990

146. Maddon PJ, Molineaux SM, Maddon DE, Zimmerman KA, Godfrey M, Alt FW, Chess L, Axel R: Structure and expression of human and mouse T4 genes. Proc Natl Acad Sci USA 84:9155, 1987

147. Clapham PR, Weber JN, Whitby D, McIntosh K, Dalgleish AG, Maddon PJ, Deen KC, Sweet RW, Weiss RA: Soluble CD4

RMS 01433
CONFIDENTIAL

blocks the infectivity of diverse strains of HIV and SIV for T-cells and monocytes, but not for brain and muscle cells. Nature 337:368, 1989

148. Karpas A, Hill F, Youle M, Cullen V, Grey J, Byron N, Hayhoe F, Tenant-Flowers M, Howard L, Gilge D, Oates JK, Hawkins D, Gazzard B: Effects of passive immunization in patients with the acquired immunodeficiency syndrome-related complex and acquired immunodeficiency syndrome. Proc Natl Acad Sci USA 85:9234, 1988

149. Robinson WE Jr, Montefiori DC, Mitchell WM: Antibody-dependent enhancement of human immunodeficiency virus type 1 infection. Lancet 1:790, 1988

150. Takeda A, Tuazon C, Ennis FA: Antibody-enhanced infection of HIV-1 via Fc receptor-mediated entry. Science 242:580, 1988

151. Tremblay M, Meloche S, Sekaly R, Wainberg MA: Complement receptor 2 mediates enhancement of human immunodeficiency virus 1 infection in Epstein-Barr virus-carrying B cells. J Exp Med 171:1791, 1990

152. Zeira M, Byrn RA, Groopman JE: Inhibition of serum-enhanced HIV-1 infection of U937 monocytoid cells by recombinant soluble CD4 and anti-CD4 monoclonal antibody. AIDS Res Human Retroviruses 6:629, 1990

153. Perno C-F, Baseler MW, Broder S, Yarchoan R: Infection of monocytes by human immunodeficiency virus 1 blocked by inhibitors of CD4-gp120 binding, even in the presence of enhancing antibodies. J Exp Med 171:1043, 1990

154. Homsy J, Meyer M, Tateno M, Clarkson S, Levy JA: The Fc and not CD4 receptor mediates antibody enhancement of HIV infection in human cells. Science 244:1357, 1989

154a. McKeating JA, Griffiths PD, Weiss RA: HIV susceptibility conferred to human fibroblasts by cytomegalovirus-induced Fc receptor. Nature 343:659, 1990

155. Smith DH, Byrn RA, Marsters SA, Gregory T, Groopman JE, Capon DJ: Blocking of HIV-1 infectivity by a soluble, secreted form of the CD4 antigen. Science 238:1704, 1987

156. Deen KC, McDougal JS, Inacker R, Folena-Wasserman G, Arthos J, Rosenberg J, Maddon PJ, Axel R, Sweet RW: A soluble form of CD4 (T4) protein inhibits AIDS virus infection. Nature 331:82, 1988

157. Fisher RA, Bertonis JM, Meier W, Johnson VA, Constopoulos DS, Liu T, Tizard R, Walker BD, Hirsch MS, Schooley RT, Flavell RA: HIV infection is blocked in vitro by recombinant soluble CD4. Nature 331:76, 1988

158. Hussey RE, Richardson NE, Kowalski M, Brown NR, Chang H-S, Siliciano RF, Dorfman T, Walker B, Sodroski J, Reinherz EL: A soluble CD4 protein selectively inhibits HIV replication. Nature 331:78, 1988

159. Traunecker A, Luke W, Karjalainen K: Soluble CD4 molecules neutralize human immunodeficiency virus type I. Nature 331:84, 1988

160. Jouault T, Chapuis F, Olivier R, Parravicini C, Bahroui E, Gluckman J-C: HIV infection of monocytic cells: Role of antibody-mediated virus binding to Fc-gamma receptors. J AIDS 3:125, 1989

161. Capon DJ, Chamow SM, Mordenti J, Marsters SA, Gregory T, Mitsuya H, Byrn RA, Lucas C, Wurm FM, Groopman JE, Broder S, Smith DH: Designing CD4 immunoadhesins for AIDS therapy. Nature 337:525, 1989

162. Kahn JO, Allan JD, Hodges TL, Kaplan LD, Arri CJ, Fitch HF, Izu AE, Mordenti J, Sherwin SA, Groopman JE, Volberding PA: The safety and pharmacokinetics of recombinant soluble CD4 (rCD4) in subjects with the acquired immunodeficiency syndrome (AIDS) and AIDS-related complex. A phase I study. Ann Intern Med 112:254, 1990

163. Schooley RT, Merigan TC, Gaut P, Hirsch MS, Holodniy M, Flynn T, Liu S, Byington RE, Henochowicz S, Gubish E, Spriggs D, Kufe D, Schindler J, Dawson A, Thomas D, Hanson DG, Letwin B, Liu T, Gulinello J, Kennedy S, Fisher R, Ho D: Recombinant soluble CD4 therapy in patients with the acquired immunodeficiency syndrome (AIDS) and AIDS-related complex. A phase I-II escalating dosage trial. Ann Intern Med 112:247, 1990

164. Yarchoan R, Thomas RV, Pluda JM, Perno CF, Mitsuya H, Marczyk KS, Sherwin SA, Broder S: Phase I study of the administration of recombinant soluble CD4 (rCD4) by continuous infusion to patients with AIDS or ARC. Abstracts of the V International Conference on AIDS, Montreal, Canada, June 4-9, 1989, p 564 (abstr)

165. Traunecker A, Schneider J, Kiefer H, Karjalainen K: Highly efficient neutralization of HIV with recombinant CD4-immunoglobulin molecules. Nature 339:68, 1989

166. Byrn RA, Mordenti J, Lucas C, Smith D, Marsters SA, Johnson JS, Cossum P, Chamow SM, Wurm FM, Gregory T, Groopman JE, Capon DJ: Biological properties of a CD4 immunoadhesin. Nature 344:667, 1990

167. Gomatos PJ, Stamatos NM, Gendelman HE, Fowler A, Hoover DL, Kalter C, Burke DS, Tramont E, Meltzer MS: Relative inefficiency of soluble recombinant CD4 for inhibition of infection of monocyte-tropic HIV in monocytes and T cells. J Immunol 144:4183, 1990

168. Daar ES, Li XL, Moudgil T, Ho DD: Primary HIV-1 isolates are relatively resistant to neutralization by recombinant soluble CD4 (SCD4). Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 3, 1990, p 117 (abstr)

169. Callahan LN, Bagnato M, Phelan M, Norcross M: The effect of HIV+ sera on soluble CD4 based therapies. Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 3, 1990 (abstr)

170. Chaudhary VK, Mizukami T, Fuerst TR, FitzGerald DJ, Moss B, Pastan I, Berger EA: Selective killing of HIV-infected cells by recombinant human CD4-Pseudomonas exotoxin hybrid protein. Nature 335:369, 1988

171. Till MA, Ghetie V, Gregory T, Patzer EJ, Porter JP, Uhr JW, Capon DJ, Vitetta ES: HIV-infected cells are killed by rCD4-ricin A chain. Science 242:1166, 1988

172. Zarling JM, Moran PA, Haffar O, Sias J, Richman DD, Spina CA, Myers DE, Kuebelbeck V, Ledbetter JA, Uckun FM: Inhibition of HIV replication by pokeweed antiviral protein targeted to CD4+ cells by monoclonal antibodies. Nature 347:92, 1990

173. Ueno R, Kuno S: Dextran sulfate, a potent anit-HIV agent in vitro having synergism with zidovudine. Lancet 1:1379, 1987

174. Ito M, Baba M, Sato A, Pauwels R, De Clercq E, Shigeta S: Inhibitory effect of dextran sulfate and heparin on the replication of human immunodeficiency virus (HIV) in vitro. Antiviral Res 7:361, 1987

175. Mitsuya H, Looney DJ, Kuno S, Ueno R, Wong-Staal F, Broder S: Dextran sulfate suppression of viruses in the HIV family: Inhibition of virion binding to CD4+ cells. Science 240:646, 1988

176. Baba M, Snoeck R, Pauwels R, De Clercq E: Sulfated polysaccharides are potent and selective inhibitors of various enveloped viruses, including herpes simplex virus, cytomegalovirus, vesicular stomatitis virus, and human immunodeficiency virus. Antimicrob Agents Chemother 32:1742, 1988

177. Anand R, Nayyar S, Galvin TA, Merrill CR, Bigelow LB: Sodium pentosan polysulfate (PPS), an anti-HIV agent also exerts synergism with AZT, lymphoproliferative activity, and virus enhancement. AIDS Res Human Retroviruses 6:679, 1990

178. Abrams DI, Kuno S, Wong R, Jeffords K, Nash M, Molaghan JB, Gorter R, Ueno R: Oral dextran sulfate (UA001) in

RMS 01434
CONFIDENTIAL

the treatment of the acquired immunodeficiency syndrome (AIDS) and AIDS-related complex. Annals Intern Med 110:183, 1989

179. Lorenstein KJ, Hedrix CW, Collins JM, Kornhauser DM, Petty BG, Klecker RW, Flexner C, Eckel RH, Lietman PS: Dextran sulfate is poorly absorbed after oral administration. Ann Intern Med 111:561, 1989

180. Hartman NR, Johns DG, Mitsuya H: Pharmacokinetic analysis of dextran sulfate in rats as pertains to its clinical usefulness for therapy of HIV infection. AIDS Res Human Retroviruses 6:805, 1990

181. Ensoli B, Nakamura S, Salahuddin SZ, Biberfeld P, Larsson L, Beaver B, Wong-Staal F, Gallo RC: AIDS-Kaposi's sarcoma-derived cells express cytokines with autocrine and paracrine growth effects. Science 243:223, 1989

182. Wellstein A, Zugmaier G, Califano J, Broder S, Lippman ME: Xylanpolyhydrogensulfate inhibits fibroblast growth factor dependent growth of human tumor cells. Proceedings of the Eightieth Meeting of the American Association for Cancer Research, San Francisco, CA, May 24-27, 1989, p 583 (abstr)

183. Bosch ML, Earl PL, Fargnoli K, Picciafuoco S, Giombini F, Wong SF, Franchini G: Identification of the fusion peptide of primate immunodeficiency viruses. Science 244:694, 1989

184. Freed EO, Myers DJ, Risser R: Characterization of the fusion domain of the human immunodeficiency virus type 1 envelope glycoprotein gp41. Proc Natl Acad Sci USA 87:4650, 1990

185. Helseth E, Olshevsky U, Gabuzda D, Ardman B, Haseltine W, Sodroski J: Changes in the transmembrane region of the human immunodeficiency virus type 1 gp41 envelope glycoprotein affect membrane fusion. J Virol 64:6314, 1990

186. Yang W, Hendrickson WA, Crouch RJ, Satow Y: Structure of ribonuclease H phased at 2 Å resolution by MAD analysis of the selenomethionyl protein, E coli. Science 249:1398, 1990

187. Davies JFI, Hostomska Z, Hostomsky Z, Jordan SR, Matthews DA: Crystal structure of ribonuclease H domain of HIV-1 reverse transcriptase. Science 252:88, 1991

188. Fujiwara T, Mizuuchi K: Retroviral DNA integration: Structure of an integration intermediate. Cell 54:497, 1988

189. Brown PO, Bowerman B, Varmus HE, Bishop JM: Retroviral integration: Structure of the initial covalent product and its precursor, and a role for the viral IN protein. Proc Natl Acad Sci USA 86:2525, 1989

190. Bushman FD, Fujiwara T, Craigie R: Retroviral DNA integration directed by HIV integration protein in vitro. Science 249:1555, 1990

191. Farnet CM, Haseltine WA: Integration of HIV-1 DNA in vitro. Proc Natl Acad Sci USA (in press, 1990)

192. Frankel AD, Pabo CO: Cellular uptake of the tat protein from human immunodeficiency virus. Cell 55:1189, 1988

193. Vogel J, Hinrichs SH, Reynolds RK, Luciew PA, Jay G: The HIV tat gene induces dermal lesions resembling Kaposi's sarcoma in transgenic mice. Nature 335:606, 1988

194. Ensoli B, Barillari G, Salahuddin SZ, Gallo RC, Wong-Staal F: Tat protein of HIV-1 stimulates growth of cells derived from Kaposi's sarcoma lesions of AIDS patients. Nature 345:84, 1990

195. Brake DA, Debouck C, Biesecker G: Identification of an Arg-Gly-Asp (RDG) cell adhesion site in human immunodeficiency virus type 1 transactivation protein, tat. J Cell Biol 111:1275, 1990

196. Sullenger BA, Gallardo HF, Ungers GE, Gilboa E: Overexpression of TAR sequences renders cells resistant to human immunodeficiency virus replication. Cell (in press, 1990)

197. Rosenberg SA, Aebersold P, Cornetta K, Kasid A, Morgan RA, Moen R, Karson EM, Lotze MT, Yang JC, Topalian SL, Merino MJ, Culver K, Miller AD, Blaese RM, Anderson WF: Gene transfer into humans—Immunotherapy of patients with advanced melanoma, using tumor-infiltrating lymphocytes modified by retroviral gene transduction. N Engl J Med 323:570, 1990

198. Matsukura M, Zon G, Shinozuka K, Robert-Guroff M, Shimada T, Stein CA, Mitsuya H, Wong-Staal F, Cohen JS, Broder S: Regulation of viral expression of human immunodeficiency virus in vitro by an antisense phosphorothioate oligodeoxynucleotide against rev (art,trs) in chronically infected cells. Proc Natl Acad Sci USA 86:4244, 1989

199. Agrawal S, Ikeuchi T, Sun D, Sarin PS, Konopka A, Maizel J, Zamecnik PC: Inhibition of human immunodeficiency virus in early infected and chronically infected cells by antisense oligodeoxynucleotides and their phosphorothioate analogues. Proc Natl Acad Sci USA 86:7790, 1989

200. Matsukura M, Shinozuka K, Zon G, Mitsuya H, Reitz M, Cohen JS, Broder S: Phosphorothioate analogs of oligodeoxynucleotides: Inhibitors of replication and cytopathic effects of human immunodeficiency virus. Proc Natl Acad Sci USA 84:7706, 1987

201. Kramer RA, Schaber MD, Skalka AM, Ganguly K, Wong SF, Reddy EP: HTLV-III gag protein is processed in yeast cells by the virus pol-protease. Science 231:1580, 1986

202. Miller M, Schneider J, Sathyanarayana BK, Toth MV, Marshall GR, Clawson L, Selk L, Kent SBH, Wlodawer A: Structure of a complex of synthetic HIV-1 protease with a substrate-based inhibitor at 2.3 Å resolution. Science 246:1149, 1989

203. Erickson J, Neidhart DJ, VanDrie J, Kempf DJ, Wang XC, Norbeck DW, Plattner JJ, Rittenhouse JW, Turon M, Wideburg N, Kohlbrenner WE, Simmer R, Helfrich R, Paul DA, Knigge M: Design, activity, and 2.8 Å crystal structure of a $C_2$ symmetric inhibitor complexed to HIV-1 protease. Science 249:527, 1990

204. McQuade TJ, Tomasselli AG, Liu L, Karacostas V, Moss B, Sawyer TK, Heinrikson RL, Tarpley WG: A synthetic HIV-1 protease inhibitor with antiviral activity arrests HIV-like particle maturation. Science 247:454, 1990

205. Meek TD, Lambert DM, Dreyer GB, Carr TJ, Tomaszek TA Jr, Moore ML, Strickler JE, Debouck C, Hyland LJ, Matthews TJ, Metcalf B, Petteway SR: Inhibition of HIV-1 protease in infected T-lymphocytes by synthetic peptide analogues. Nature 343:90, 1990

206. Roberts NA, Martin JA, Kinchington D, Broadhurst AV, Craig JC, Duncan IB, Galpin SA, Handa BK, Kay J, Krohn A, Lambert RW, Merrett JH, Mills JS, Parkes KEB, Redshaw S, Ritchie AJ, Taylor DL, Thomas GJ, Machin PJ: Rational design of peptide-based HIV proteinase inhibitors. Science 248:358, 1990

207. Greuters RA, Neefjes JJ, Tersmette M, de Goede REY, Tulp A, Huisman HG, Miedema F, Ploegh HL: Interference with HIV-induced syncytium formation and viral infectivity by inhibitors of trimming glucosidase. Nature 330:74, 1987

208. Walker BD, Kowalski M, Goh WC, Kozarsky K, Krieger M, Rosen C, Rohrschneider L, Haseltine W, Sodroski J: Inhibition of human immunodeficiency virus syncytium formation and virus replication by castanospermine. Proc Natl Acad Sci USA 84:8120, 1987

209. Ho DD, Hartshorn KL, Rota TR, Andrews CA, Kaplan JC, Schooley RT, Hirsch MS: Recombinant human interferon alpha-A suppresses HTLV-III replication in vitro. Lancet 1:602, 1985

210. Hartshorn KL, Vogt MW, Chou T-C, Blumberg RS, Byington R, Schooley RT, Hirsch MS: Synergistic inhibition of human immunodeficiency virus in vitro by azidothymidine and recombinant alpha A interferon. Antimicrob Agents Chemother 31:168, 1987

211. Hammer SM, Gillis JM, Groopman JE, Rose RM: In vitro modification of human immunodeficiency virus infection by granu-

RMS 01435
CONFIDENTIAL

locyte-macrophage colony-stimulating factor and gamma interferon. Proc Natl Acad Sci USA 83:8734, 1986

212. Yamada O, Hattori N, Kurimura T, Kita M, Kishida T: Inhibition of growth of HIV by human natural interferon in vitro. AIDS Res Human Retroviruses 4:287, 1988

213. Lane HC, Kovacs JA, Feinberg J, Herpin B, Davey V, Walker R, Deyton L, Metcalf JA, Baseler M, Salzman N, Manischewitz J, Quinnan G, Masur H, Fauci AS: Anti-retroviral effects of interferon-alpha in AIDS-associated Kaposi's sarcoma. Lancet 2:1218, 1988

214. Yarchoan R, Pluda JM, Thomas RV, Perno CF, McAtee N, Broder S: Long-term (18 month) treatment of severe HIV infection with an alternating regimen of AZT and 2',3'-dideoxycytidine (ddC). Abstracts of the V International Conference on AIDS, Montreal, Canada, June 4-9, 1989, p 406 (abstr)

215. Skowron G, Merigan TC, the 047 Study Group of the AIDS Clinical Trials Group: Phase II trial of alternating and intermittent regimens of zidovudine (ZVD) and 2',3'-dideoxycytidine (ddC) in ARC and AIDS. Abstracts of the VI International Conference on AIDS, San Francisco, CA, June 20-24, 1, 1990, p 139 (abstr)

216. Pizzo PA, Butler K, Balis F, Brouwers P, Hawkins M, Eddy J, Einloth M, Falloon J, Husson R, Jarosinski P, Meer J, Moss H, Poplack D, Santacroce S, Weiner L, Wolters P: Dideoxycytidine alone and in an alternating schedule with zidovudine (AZT) in children with symptomatic human immunodeficiency virus infection. J Pediatr (in press, 1990)

217. Johnson VA, Barlow MA, Chou T-C, Fisher RA, Walker BD, Hirsch MS, Schooly RT: Synergistic inhibition of human immunodeficiency virus type 1 (HIV 1) replication in vitro by recombinant soluble CD4 and 3'-azido-3'-deoxythymidine. J Infect Dis 159:837, 1989

218. Hayashi S, Fine RL, Chou T-C, Currens MJ, Broder S, Mitsuya H: In vitro inhibition of the infectivity and replication of human immunodeficiency virus type 1 by combination of antiretroviral 2',3'-dideoxynucleosides and virus-binding inhibitors. Antimicrob Agents Chemother 34:82, 1990

219. Johnson VA, Hirsch MS: New developments in combination chemotherapy of anti-human immunodeficiency virus drugs. Ann NY Acad Sci 616:318, 1990

220. Vogt MW, Hartshorn KL, Furman PA, Chou T-C, Fyfe JA, Coleman LA, Crumpacker C, Schooley RT, Hirsch MS: Ribavirin antagonizes the effect of azidothymidine on HIV replication. Science 235:1376, 1987

221. Nabel GJ, Rice SA, Knipe DM, Baltimore D: Alternative mechanisms for activation of human immunodeficiency virus enhancer in T cells. Science 239:1299, 1988

222. Lusso P, De MA, Malnati M, Lori F, DeRocco SE, Baseler M, Gallo RC: Induction of CD4 and susceptibility to HIV-1 infection in human CD8+ lymphocytes by human herpesvirus 6. Nature 349:533, 1991

223. Lane HC, Masur H, Longo DL, Klein HG, Rook AH, Quinnan GV, Steis RG, Macher A, Whalen G, Edgar LC, Fauci AS: Partial immune reconstitution in a patient with the acquired immunodeficiency syndrome. N Engl J Med 311:1099, 1984

224. Yarchoan R, Venzon D, Pluda JM, Lietzav J, Wyvill KM, Tsiatis AA, Steinberg SM, Broder S: CD4 count and the risk for death in patients infected with HIV receiving antiretroviral therapy. Ann Intern Med (in press, 1991)

225. Ziegler JL, Beckstead JA, Volberding PA, Abrams DI, Levine AM, Lukes RJ, Gill PS, Burkes RL, Meyer PR, Metroka CE, Mouradian J, Moore A, Riggs SA, Butler JJ, Cabanillas FC, Hersh E, Newell GR, Laubenstein LJ, Knowles D, Odajnyk C, Raphael B, Koziner B, Urmacher C, Clarkson BD: Non-Hodgkin's lymphoma in 90 homosexual men. Relation to generalized lymphadenopathy and the acquired immunodeficiency syndrome. N Engl J Med 311:565, 1984

226. Maiman M, Fruchter RG, Serur E, Remy JC, Feuer G, Boyce J: Human immunodeficiency virus infection and cervical neoplasia. Gynecol Oncol 38:377, 1990

227. Biggar RJ, Burnett W, Mikl J, Nasca P: Cancer among New York men at risk of acquired immunodeficiency syndrome. Int J Cancer 43:979, 1989

228. Pluda JM, Yarchoan R, Jaffe ES, Feuerstein IM, Solomon D, Steinberg SM, Wyvill KM, Raubitschek A, Katz D, Broder S: Development of non-Hodgkin lymphoma in a cohort of patients with severe HIV infection on long-term antiretroviral therapy. Ann Intern Med 113:276, 1990

229. Rabkin CS, Goedert JJ: Risk of non-Hodgkin lymphoma and Kaposi's sarcoma in homosexual men. Lancet 336:248, 1990 (letter)

230. Nakamura S, Salahuddin SZ, Biberfeld P, Ensoli B, Markham PD, Wong-Staal F, Gallo RC: Kaposi's sarcoma cells: Long-term culture with growth factor from retrovirus-infected CD4+ T cells. Science 242:426, 1988

231. Salahuddin SZ, Nakamura S, Biberfeld P, Kaplan MH, Markham PD, Larsson L, Gallo RC: Angiogenic properties of Kaposi's sarcoma-derived cells after long-term culture in vitro. Science 242:430, 1988

232. Miles SA, Rezai AR, Salazar-Gonzalez JF, Meyden MV, Stevens RH, Logan DM, Mitsuyasu RT, Taga T, Hirano T, Koshimoto T, Martinez-Maza O: Aids Kaposi sarcoma-derived cells produce and respond to interleukin 6. Proc Natl Acad Sci USA 87:4068, 1990

233. Whang-Peng J, Lee EC, Sieverts H, Magrath IT: Burkitt's lymphoma in AIDS: Cytogenetic study. Blood 63:818, 1984

234. Halusak FG, Russo G, Kant J, Andreef M, Croce CM: Molecular resemblance of an AIDS-associated lymphoma and endemic Burkitt lymphomas: Implications for their pathogenesis. Proc Natl Acad Sci USA 86:8907, 1989

235. Birx DL, Redfield RR, Tosato G: Defective regulation of Epstein-Barr virus infection in patients with acquired immunodeficiency syndrome (AIDS) or AIDS-related disorders. N Engl J Med 314:874, 1986

236. Yarchoan R, Redfield RR, Broder S: Mechanisms of B cell activation in patients with acquired immunodeficiency syndrome and related disorders. Contribution of antibody-producing B cells, of Epstein-Barr virus-infected B cells, and of immunoglobulin production induced by human T cell lymphotropic virus, type III/lymphadenopathy-associated virus. J Clin Invest 78:439, 1986

237. Neri A, Barriga F, Inghirami G, Knowles DM, Neequaye J, Magrath I, Dalla-Favera R: Epstein-Barr virus infection precedes clonal expansion in Burkitt's and acquired immunodeficiency syndrome-associated lymphoma. Blood 77:1092, 1991

238. Pahwa S, Pahwa R, Saxinger C, Gallo RC, Good RA: Influence of the human T-lymphotropic virus/lymphadenopathy-associated virus on functions of human lymphocytes: Evidence of immunosuppressive effects and polyclonal B-cell activation by banded viral preparations. Proc Natl Acad Sci USA 82:8198, 1985

239. Schnittman S, Lane HC, Higgins SE, Folks T, Fauci AS: Direct polyclonal activation of human B lymphocytes by the acquired immunodeficiency syndrome virus. Science 233:1084, 1986

240. Nakajima K, Martinez-Maza O, Hirano T, Breen EC, Nishanian PG, Salazar-Gonzalez JF, Fahey JL, Kishimoto T: Induction of IL-6 (B cell stimulatory factor-2/IFN beta 2) production by HIV. J Immunol 142:531, 1989

241. Breen EC, Rezai AR, Nakajima K, Beall GN, Mitsuyasu RT, Hirano T, Kishimoto T, Martinez-Maza O: Infection with HIV

RMS 01436
CONFIDENTIAL

is associated with elevated IL-6 levels and production. J Immunol 144:480, 1990

242. Birx DL, Redfield RR, Tencer K, Fowler A, Burke DS, Tosato G: Induction of IL-6 during HIV infection. Blood 76:2303, 1990

243. Brandt SJ, Bodine DM, Dunbar CE, Nienhuis AW: Dysregulated interleukin-6 expression produces a syndrome resembling Castleman's syndrome. J Clin Invest 86:592, 1990

244. Scala G, Quinto I, Ruocco MR, Arcucci A, Mallardo M, Caretto P, Forni G, Venuta S: Expression of an exogenous interleukin 6 gene in human Epstein Barr virus B cells confers growth advantage and *in vivo* tumorigenicty. J Exp Med 172:61, 1990

245. te Velde AA, Hiijbens RJF, Heije K, de Vries JE, Figdor CG: Interleukin-4 (IL-4) inhibits secretion of IL-1$\beta$, tumor necrosis factor $\alpha$, and IL-6 by human monocytes. Blood 76:1392, 1990

246. Moore KW, Vieira P, Fiorentino DF, Trounstine ML, Khan TA, Mosmann TR: Homology of cytokine synthesis inhibitory factor (IL-10) to the Epstein-Barr virus gene BCRFI. Science 248:1230, 1990

247. Schnittman S, Greenhouse JJ, Psallidopoulos MC, Baseler M, Saizman NP, Fauci AS, Lane HC: Increasing viral-burden in CD4+ T cells from patients with human immunodeficiency virus (HIV) infection reflects progressive immunosuppression and clinical disease. Ann Intern Med 113:438, 1990

248. Siliciano RF, Lawton T, Knall C, Karr RW, Berman P, Gregory T, Reinhertz EL: Analysis of host-virus interactions in AIDS with anti-gp120 T cell clones: Effect of HIV sequence variation and a mechanism for CD4+ cell depletion. Cell 54:561, 1988

249. Germain RN: Antigen processing and CD4+ T cell depletion in AIDS. Cell 54:441, 1988

250. Tyler DS, Nastala CL, Stanley SD, Matthews TJ, Lyerly HK, Bolognesi DP, Weinhold KJ: GP120 specific cellular cytotoxicity in HIV-1 seropositive individuals. J Immunol 142:1177, 1989

251. Namikawa R, Kaneshima H, Lieberman M, Weissman IL, McCune JM: Infection of the SCID-hu mouse by HIV-1. Science 242:1684, 1988

252. Numazaki K, Bai XQ, Goldman H, Wong I, Spira B, Wainberg MA: Infection of cultured human thymic epithelium cells by human immunodeficiency virus. Clin Immunol Immunopathol 51:185, 1989

253. Davis AE Jr: The histopathological changes in the thymus gland in the acquired immunodeficiency syndrome. Ann NY Acad Sci 437:493, 1984

254. Schuurman HJ, Krone WJ, Broekhuizen R, van Baarlen J, van Veen P, Goldstein AL, Huber J, Goudsmit J: The thymus in acquired immunodeficiency syndrome. Comparison with other types of immunodeficiency diseases, and presence of components of human immunodeficiency virus type 1. Am J Pathol 134:1329, 1989

RMS 01437
CONFIDENTIAL