# Exhibit 9 – Part 1 of 7

Dockets.Justia.com

⑲ )))  Europäisches Patentamt

European Patent Office        ⑪ Publication number:        **0 402 646**
**A1**
Office européen des brevets

⑫            **EUROPEAN PATENT APPLICATION**

㉑ Application number: 90109319.5        ㉛ Int. Cl.⁵: **C07D 213/40, C07D 213/56,**
**C07D 211/44, C07D 215/14,**
㉒ Date of filing: 17.05.90                **C07D 211/34, C07D 215/18,**
**C07D 295/26, C07D 295/145,**
**C07D 303/04, C07D 303/23,**
**C07D 303/36, //C07D317/12,**
**C07K5/06,C07C31/125,**
**C07C31/20,C07C49/11,**
**C07C49/175,C07C43/23,**
**C07C233/11,C07C247/12,**
**C07C251/38,C07C239/10,**
**C07C275/18**

---

The application is published incomplete as filed (Article 93 (2) EPC). The point in the description or the claim(s) at which the omission obviously occurs has been left blank.

㉚ Priority: 23.05.89 US 355945
08.09.89 US 405604
22.12.89 US 456124
09.05.90 US 518730

㊸ Date of publication of application:
**19.12.90 Bulletin 90/51**

㊵ Designated Contracting States:
**AT BE CH DE DK ES FR GB GR IT LI LU NL SE**

�milyn Applicant: ABBOTT LABORATORIES
CHAD-0377, AP6D/2, One Abbott Park Road
Abbott Park, Illinois 60064-3500(US)

㉒ Inventor: Kempf, Dale J.
205 Chelsea Circle

Lake Villa, Illinois 60046(US)
Inventor: Norbeck, Daniel W.
307 Hazelwood
Lindenhurst, Illinois 60046(US)
Inventor: Erickson, John W.
725 Seventh Street Summit
Barrington, Illinois 60010(US)
Inventor: Codacovi, Lynn M.
40024 North Circle
Antioch, Illinois 60002(US)
Inventor: Sham, Hing Leung
5109 Pembrook Court
Gurnee, Illinois 60031(US)
Inventor: Plattner, Jacob J.
1301 St. William Drive
Libertyville, Illinois 60048(US)

㊲ Representative: Modiano, Guido et al
MODIANO, JOSIF, PISANTY & STAUB
Modiano & Associati Via Meravigli, 16
I-20123 Milano(IT)

�554 Retroviral protease inhibiting compounds.

�57 A retroviral protease inhibiting compound of the formula
A - X - B
or a pharmaceutically acceptable salt, prodrug or ester thereof, wherein X is a linking group;
A is

(1) substituted amino,
(2) substituted carbonyl,
(3) functionalized imino,

---
Xerox Copy Centre

EP 0 402 646 A1

STAN 034165

EP 0 402 646 A1

(4) functionalized alkyl,
(5) functionalized acyl,
(6) functionalized heterocyclic or
(7) functionalized (heterocyclic)alkyl; and B is
(1) substituted carbonyl independently defined as herein,
(2) substituted amino independently defined as herein,
(3) functionalized imino independently defined as herein,
(4) functionalized alkyl independently defined as herein,
(5) functionalized acyl independently defined as herein,
(6) functionalized heterocyclic independently defined as herein or
(7) functionalized (heterocyclic)alkyl independently defined as herein.

STAN 034166

EP 0 402 646 A1

## RETROVIRAL PROTEASE INHIBITING COMPOUNDS

This is a continuation-in-part of U.S. Patent application Serial No. 456,124, filed December 22, 1989, which is a continuation-in-part of U.S. Patent application Serial No. 405,604, filed September 8, 1989, which is a continuation-in-part of U.S. Patent application Serial No. 355,945, filed May 23, 1989.

Technical Field

This invention was made with Government support under contract number AI27220-01 awarded by the National Institute of Allergy and Infectious Diseases. The Government has certain rights in this invention.

The present invention relates to novel compounds and a composition and method for inhibiting retroviral proteases and in particular for inhibiting human immunodeficiency virus (HIV) protease, a composition and method for treating a retroviral infection and in particular an HIV infection, processes for making such compounds and synthetic intermediates employed in these processes.

Background Art

Retroviruses are those viruses which utilize a ribonucleic acid (RNA) intermediate and a RNA-dependent deoxyribonucleic acid (DNA) polymerase, reverse transcriptase, during their life cycle. Retroviruses include, but are not limited to, the RNA viruses of the Retroviridae family, and also the DNA viruses of the Hepadnavirus and Caulimovirus families. Retroviruses cause a variety of disease states in man, animals and plants. Some of the more important retroviruses from a pathological standpoint include human immunodeficiency viruses (HIV-1 and HIV-2), which cause acquired immune deficiency syndrome (AIDS) in man, hepatitis B virus, which causes hepatitis and hepatic carcinomas in man, human T-cell lymphotrophic viruses I, II, IV and V, which cause human acute cell leukemia, and bovine and feline leukemia viruses which cause leukemia in domestic animals.

Proteases are enzymes which cleave proteins at specific peptide bonds. Many biological functions are controlled or mediated by proteases and their complementary protease inhibitors. For example, the protease renin cleaves the peptide angiotensinogen to produce the peptide angiotensin I. Angiotensin I is further cleaved by the protease angiotensin converting enzyme (ACE) to form the hypotensive peptide angiotensin II. Inhibitors of renin and ACE are known to reduce high blood pressure in vivo. An inhibitor of a retroviral protease should provide a therapeutic agent for diseases caused by the retrovirus.

The genomes of retroviruses encode a protease that is responsible for the proteolytic processing of one or more polyprotein precursors such as the pol and gag gene products. See Wellink, Arch. Virol. 98 1 (1988). Retroviral proteases most commonly process the gag precursor into core proteins, and also process the pol precursor into reverse transcriptase and retroviral protease. In addition, retroviral proteases are sequence specific. See Pearl, Nature 328 482 (1987).

The correct processing of the precursor polyproteins by the retroviral protease is necessary for the assembly of infectious virions. It has been shown that in vitro mutagenesis that produces protease-defective virus leads to the production of immature core forms which lack infectivity. See Crawford, J. Virol. 53 899 (1985); Katoh, et al., Virology 145 280 (1985). Therefore, retroviral protease inhibition provides an attractive target for antiviral therapy. See Mitsuya, Nature 325 775 (1987).

Current treatments for viral diseases usually involve administration of compounds that inhibit viral DNA synthesis. Current treatments for AIDS (Dagani, Chem. Eng. News, November 23, 1987 pp. 41-49) involve administration of compounds such as 2′,3′-dideoxycytidine, trisodium phosphonoformate, ammonium 21-tungsto-9-antimoniate, 1-beta-D-ribofuranosyl-1,2,4-triazole-3-carboxamide, 3′-azido-3′-deoxythymidine, and adriamycin that inhibit viral DNA synthesis; compounds such as AL-721 and polymannoacetate which may prevent HIV from penetrating the host cell; and compounds which treat the opportunistic infections caused by the immunosuppression resulting from HIV infection. None of the current AIDS treatments have proven to be totally effective in treating and/or reversing the disease. In addition, many of the compounds currently used to treat AIDS cause adverse side effects including low platelet count, renal toxicity and bone marrow cytopenia.

Inhibitors of HIV protease are disclosed by Moore, Biochem. Biophys. Res. Commun., 159 420 (1989); Billich, J. Biol. Chem., 263 1790S (1988); Richards, FEBS Lett., 247 113 (1989); Miller, Science 246 1149 (1989); Meek, Nature 343 90 (1990); McQuade, Science 247 454 (1990); Sigal, et al., European Patent

3

STAN 034167

EP 0 402 646 A1

Application No. EP0337714, published October 18, 1989; Kempf, et al., PCT Patent Application No. WO89/10752, published November 16, 1989; Molling, et al., European Patent Application No. EP354522, published February 14, 1990; Sigal, et al., European Patent Application No. EP357332, published March 7, 1990; Handa, et al., European Patent Application No. EP346847, published December 20, 1989; Desolms, et al, European Patent Application No. EP356223, published February 28, 1990; Schirlin, et al., European Patent Application No. EP362002, published April 4, 1990; Dreyer, et al., PCT Patent Application No. WO90/00399, published January 25, 1990; and Hanko, et al., European Patent Application No. EP361341, published April 4, 1990.

U.S. Patent No. 4,652,552 discloses methyl ketone derivatives of tetrapeptides as inhibitors of viral proteases. U.S. Patent No. 4,644,055 discloses halomethylketone derivatives of peptides as inhibitors of viral proteases.

None of the references mentioned above disclose or suggest the invention claimed herein.

The compounds (A-X-B) shown in Table 1 are disclosed in the following list of references. None of these references disclose or suggest the use of these compounds as inhibitors of retroviral protease or as antiviral agents.

1. S. Apparao, et al., Synthesis, 896 (1987).
2. A. Padwa, et al., J. Chem. Soc. Perkin Trans. I, 2639 (1988).
3. M. McKervey, et al., Tet. Let., 23 2509 (1982).
4. M. Fujiwara, et al., Chem. Abstr. 91:149446.
5. C. Piantadosi, et al., J. Med. Chem., 19 222 (1976).
6. M. Midland, et al., J. Org. Chem., 39 732 (1974).
7. R. Dybas, et al., U.S. Patent No. 4172094, published October 23, 1979.
8. A. Hosomi, et al., Chem. Pharm. Bull., 36 3736 (1988).
9. K. Taniguchi, et al., Chem. Abstr. 108:29541.
10. R. Freidlina, et al., Chem. Abstr. 57:16464.
11. T. Morikawa, Chem. Abstr. 54:19588.
12. M. Sorokin, et al., Chem. Abstr. 108:111518.
13. G. Ostroumova, Chem. Abstr. 72:56187.
14. T. Kamijo, et al., Chem. Pharm. Bull., 31 4189 (1983).
15. T. Takeda, et al., Bull. Chem. Soc. Jpn., 57 1863 (1984).
16. S. Kukalenko, et al., Chem. Abstr. 78:71621.
17. K. Ito, et al., Chem. Pharm. Bull., 27 1691 (1979).
18. H. Kleiner, Chem. Abstr. 73:45598.
19. G. Rawson, et al., Tetrahedron 26 5653 (1970).
20. M. Il'ina, et al., Chem. Abstr. 70:37885.
21. E. Regel, et al., U.S. Patent No. 4,618,619, issued October 21, 1986.
22. V. Plakhov, et al., Chem. Abstr. 73:30312.
23. K. Dathe, et al., Chem. Abstr. 84:73203.
24. W. Wegener, et al., Chem. Abstr. 77:101763.
25. E. Mukhametzyanova, et al., Chem. Abstr. 71:39096.
26. K. Petrov, et al., Chem. Abstr. 74:141977.
27. H. Gilman, et al., Chem. Abstr. 89:172760.
28. T. Hosokawa, et al., Bull. Chem. Soc. Jpn., 58 194 (1985).
29. G. Olah, et al., Synthesis, 221 (1980). (In the table "Ph" represents phenyl).

4

STAN 034168

EP 0 402 646 A1

## TABLE 1

| | A | X | B |
|---|---|---|---|
| 5 | PhOCH$_2$– | –C(O)– | PhSCH$_2$– |
| | PhS(O)$_2$CH$_2$– | –C(O)– | PhCH$_2$CH$_2$– |
| | PhCH$_2$CH$_2$– | –C(O)– | PhSCH$_2$– |
| 10 | PhS(O)$_2$CH$_2$– | –C(O)– | PhS(O)$_2$CH$_2$– |
| | PhOCH$_2$– | –C(O)– | PhOCH$_2$– |
| | PhS(O)CH$_2$– | –C(O)– | PhCH$_2$CH$_2$– |
| | PhSCH$_2$– | –C(O)– | PhSCH$_2$– |
| 15 | PhCH$_2$CH$_2$– | –C(O)– | PhCH$_2$CH$_2$– |
| | PhCH$_2$CH$_2$– | –CH(OH)– | PhSCH$_2$– |
| | PhOCH$_2$– | –CH(OH)– | PhOCH$_2$– |
| 20 | PhS(O)$_2$CH$_2$– | –CH(OH)– | PhS(O)$_2$CH$_2$– |
| | PhCH$_2$CH$_2$– | –CH(NH$_2$)– | PhCH$_2$CH$_2$– |
| | PhNHCH$_2$– | –CH(OH)– | PhOCH$_2$– |
| 25 | PhNHCH$_2$– | –CH(OH)– | PhNHCH$_2$– |
| | PhCH$_2$CH$_2$– | –CH(OH)– | PhCH$_2$CH$_2$– |
| | PhCH$_2$CH$_2$– | –CH(OH)– | PhSCH$_2$– |
| 30 | | | |
| | PhOCH$_2$– | –CH(OH)– | PhSCH$_2$– |
| | PhNHCH$_2$– | –CH(OH)– | PhSCH$_2$– |
| | PhSCH$_2$– | –CH(OH)– | PhSCH$_2$– |
| 35 | PhCH$_2$CH$_2$– | –N(OH)– | PhCH$_2$CH$_2$– |
| | PhSCH$_2$– | –N(OH)– | PhSCH$_2$– |
| | PhCH$_2$CH$_2$– | –P(OH)(H)– | PhCH$_2$CH$_2$– |
| 40 | PhS(O)$_2$CH$_2$– | –N(OH)– | PhS(O)$_2$CH$_2$– |
| | PhNHCH$_2$– | –P(O)(OH)– | PhNHCH$_2$– |
| | | $\overset{O}{\triangleleft}$ (epoxide) | |
| 45 | PhOCH$_2$– | | PhOCH$_2$– |
| | PhCH$_2$CH$_2$– | –S(O)$_2$– | PhCH$_2$CH$_2$– |
| | PhS(O)$_2$CH$_2$– | –S(O)$_2$– | PhS(O)$_2$CH$_2$– |
| | PhSCH$_2$– | –P(O)(OH)– | PhSCH$_2$– |
| 50 | PhOCH$_2$– | –P(O)(OH)– | PhOCH$_2$– |
| | PhCH$_2$CH$_2$– | –P(O)(OH)– | PhCH$_2$CH$_2$– |
| | PhNHCH$_2$– | –P(O)(OH)– | PhNHCH$_2$– |
| 55 | PhCH$_2$CH$_2$– | –S(O)– | PhCH$_2$CH$_2$– |
| | PhCH$_2$CH$_2$– | –C(=N–OH)– | PhCH$_2$CH$_2$– |

STAN 034169

EP 0 402 646 A1

Disclosure of the Invention

In accordance with the present invention, there are retroviral protease inhibiting compounds of the formula:

A - X - B        (I)

or a pharmaceutically acceptable salt, prodrug or ester thereof.

X is

STAN 034170

EP 0 402 646 A1

wherein $R_1$ and $R_2$ are independently selected from

    (1) hydrogen,

    (2) loweralkyl,

    (3) hydroxyalkyl and

    (4) alkoxyalkyl; and

$R_{201}$ and $R_{202}$ are independently selected from

    (1) hydrogen,

    (2) alkoxyalkyl,

    (3) thioalkoxyalkyl and

    (4) alkoxyalkoxyalkyl; $R_{203}$ is loweralkyl;

$R_{204}$ is loweralkyl;

$R_{205}$ and $R_{206}$ are independently selected from

    (1) hydrogen

    (2) loweralkyl

    (3) alkoxyalkyl; R is hydrogen or halogen;

$R'$ is hydrogen, halogen, loweralkyl, $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is defined as above;

$R''$ is $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is independently defined as above;

$R'''$ is halogen; and

q is 2 or 3.

    A is

    (1) substituted amino,

    (2) substituted carbonyl,

    (3) functionalized imino,

    (4) functionalized alkyl,

    (5) functionalized acyl,

7

STAN 034171

EP 0 402 646 A1

    (6) functionalized heterocyclic or

    (7) functionalized (heterocyclic)alkyl.

B is:

    (1) substituted carbonyl independently defined as herein,

    (2) substituted amino independently defined as herein,

    (3) functionalized imino independently defined as herein,

    (4) functionalized alkyl independently defined as herein,

    (5) functionalized acyl independently defined as herein,

    (6) functionalized heterocyclic independently defined as herein or

    (7) functionalized (heterocyclic)alkyl independently defined as herein.

    The term "substituted amino" as used herein includes $-NR_{300}CH(R_3)C(O)-L-R_4$ wherein $R_{300}$ is hydrogen or loweralkyl, L is absent or represents a peptide chain containing 1-4 amino acids wherein $R_4$ is bonded to the carboxy terminus of the peptide chain and $R_4$ is hydroxy, alkoxy or functionalized amino and "substituted amino" also includes $-N(R_{207})(R_3)$ wherein $R_3$ and $R_{207}$ are independently selected from

    (i) loweralkyl,

    (ii) aryl,

    (iii) thioalkoxyalkyl,

    (iv) (aryl)alkyl,

    (v) cycloalkyl,

    (vi) cycloalkylalkyl,

    (vii) hydroxyalkyl,

    (viii) alkoxyalkyl,

    (ix) aryloxyalkyl,

    (x) haloalkyl,

    (xi) carboxyalkyl,

    (xii) alkoxycarbonylalkyl,

    (xiii) aminoalkyl,

    (xiv) (N-protected)aminoalkyl,

    (xv) alkylaminoalkyl,

    (xvi) ((N-protected)(alkyl)amino)alkyl,

    (xvii) dialkylaminoalkyl,

    (xviii) guanidinoalkyl,

    (xix) loweralkenyl,

    (xx) heterocyclic,

    (xxi) (heterocyclic)alkyl,

    (xxii) hydrogen,

    (xxiii) arylthioalkyl,

    (xxiv) arylsulfonylalkyl,

    (xxv) (heterocyclic)thioalkyl,

    (xxvi) (heterocyclic)sulfonylalkyl,

    (xxvii) (heterocyclic)oxyalkyl,

    (xxviii) arylalkoxyalkyl,

    (xxix) arylthioalkoxyalkyl,

    (xxx) arylalkylsulfonylalkyl,

    (xxxi) (heterocyclic)alkoxyalkyl,

    (xxxii) (heterocyclic)thioalkoxyalkyl,

    (xxxiii) (heterocyclic)alkylsulfonylalkyl,

    (xxxiv) cycloalkyloxyalkyl,

    (xxxv) cycloalkylthioalkyl,

    (xxxvi) cycloalkylsulfonylalkyl,

    (xxxvii) cycloalkylalkoxyalkyl,

    (xxxviii) cycloalkylthioalkoxyalkyl,

    (xxxix) cycloalkylalkylsulfonylalkyl,

    (xl) aminocarbonyl,

    (xli) alkylaminocarbonyl,

    (xlii) dialkylaminocarbonyl,

    (xliii) aroylalkyl,

    (xliv) (heterocyclic)carbonylalkyl,

8

STAN 034172

EP 0 402 646 A1

(xlv) polyhydroxyalkyl,
(xlvi) aminocarbonylalkyl,
(xlvii) alkylaminocarbonylalkyl and
(xlviii) dialkylaminocarbonylalkyl; with the proviso that $R_3$ and $R_{207}$ are not both hydrogen.

The term "substituted carbonyl" as used herein includes $-C(O)(R_3)$ wherein $R_3$ is independently defined as above.

The term "functionalized imino" as used herein includes $-C(=NOR_1)(R_3)$ wherein $R_1$ is independently defined as above and $R_3$ is independently defined as above, or $-C(=NNR_1R_2)(R_3)$ wherein $R_1$ and $R_2$ are independently defined as above and $R_3$ is independently defined as above.

The term "functionalized alkyl" as used herein includes:
(1) $-CH(Z)((CH_2R_{500})_d-R_3)$ wherein $R_3$ is independently defined as above; d is 0 or 1;
$R_{500}$ is
(i) $-S-$,
(ii) $-O-$,
(iii) $-NH-$,
(iv) $-N(loweralkyl)-$,
(v) $-S(O)-$,
(vi) $-S(O)_2-$ or
(vii) $-CH_2-$; and
Z is
(i) hydrogen,
(ii) fluoro,
(iii) azido,
(iv) $-CH(G)(R_9)$ wherein $R_9$ is hydrogen, loweralkyl, aryl, arylalkyl, heterocyclic or (heterocyclic)alkyl; and G is (a) functionalized carbonyl, (b) functionalized sulfonyl, (c) functionalized phosphonyl, (d) loweralkyl substituted with functionalized carbonyl, functionalized sulfonyl or functionalized phosphonyl, (e) -J-H or (f) -J-$R_3$ wherein $R_3$ is independently defined as above and J is absent or represents a peptide chain containing 1-4 amino acids wherein H or $R_3$ is bonded to the amino terminus of the peptide chain,
(v) $-N(G)(R_9)$ wherein $R_9$ and G are defined as above,
(vi) $-OG$ wherein G is defined as above;
(vii) $-SG$ wherein G is defined as above; or
(viii) heterocyclic;
(2) $-CF(Z)(R_9)$ wherein $R_3$ and Z are defined as above,
(3) $-CH(Z)(OR_3)$ wherein $R_3$ and Z are defined as above,
(4) $-CH(Z)(NR_3R_9)$ wherein $R_3$, $R_9$ and Z are defined as above,
(5) $-CH(Z)(SR_3)$ wherein $R_3$ and Z are defined as above,
(6) $-CH(Z)(S(O)R_3)$ wherein $R_3$ and Z are defined as above or
(7) $-CH(Z)(S(O)_2R_3)$ wherein $R_3$ and Z are defined as above.
The term "functionalized acyl" as used herein includes:



wherein L is absent or represents a peptide chain containing 1-4 amino acids wherein $R_4$ is bonded to the carboxy terminus of the peptide chain,
T is O or S;

9

STAN 034173

EP 0 402 646 A1

$R_4$ is

    (1) hydroxy,

    (2) alkoxy or

    (3) functionalized amino, $R_5$ and $R_6$ are independently selected from

    (1) hydrogen,

    (2) loweralkyl,

    (3) aryl,

    (4) heterocyclic,

    (5) arylalkyl and

    (6) (heterocyclic)alkyl, $R_7$ is

    (1) hydrogen,

    (2) fluoro,

    (3) loweralkyl,

    (4) hydroxyalkyl,

    (5) alkoxyalkyl,

    (6) aryl,

    (7) heterocyclic,

    (8) arylalkyl or

    (9) (heterocyclic)alkyl, $R_8$ is

    (1) hydrogen or

    (2) fluoro; ff is 1 or 2;

n is 0-3; and

m is 1-4.

    The term "functionalized carbonyl" as used herein includes:

    (1) $R_{501}$-$(CH(R_3))_f$-$(C(T))_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-$C$-(T)-W- wherein W is absent or represents a peptide chain containing 1-3 amino acids wherein $R_{501}$-$(C(T))_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-$C(T)$- is bonded to the amino terminus of the peptide chain; T is independently O or S; $R_3$ at each occurrence is independently defined as above; E is O, S or $N(R_3)$ wherein $R_3$ is independently defined as above; a is 0-1; b is 0-3; c is 0-1; g is 0-3; i is 0-3; and

$R_{501}$ is

    (a) $R_{17}$-$(R_{800})_h$- wherein $R_{800}$ is $N(R_{17})$, O or S and h is 0 or 1,

    (b) $(R_{17})_2N$-O- or

    (c) $R_{17}S(O)_2N(R_3)$-

wherein $R_3$ is independently defined as above and at each occurrence $R_{17}$ is independently selected from:

    (i) hydrogen,

    (ii) loweralkyl,

    (iii) cycloalkyl,

    (iv) aryl,

    (v) arylalkyl,

    (vi) (aryl)alkoxyalkyl

    (vii) (aryl)alkoxyalkyl,

    (viii) aminoalkyl,

    (ix) N-protected-aminoalkyl,

    (x) alkylaminoalkyl,

    (xi) (N-protected)(alkyl)aminoalkyl,

    (xii) dialkylaminoalkyl,

    (xiii) carboxyalkoxyalkyl,

    (xiv) (alkoxycarbonyl)alkoxyalkyl,

    (xv) carboxyalkyl,

    (xvi) alkoxycarbonylalkyl,

    (xvii) (amino)carboxyalkyl,

    (xviii) ((N-protected)amino)carboxyalkyl,

    (xix) (alkylamino)carboxyalkyl,

    (xx) ((N-protected)alkylamino)carboxyalkyl,

    (xxi) (dialkylamino)carboxyalkyl,

    (xxii) (amino)alkoxycarbonylalkyl,

    (xxiii) ((N-protected)amino)alkoxycarbonylalkyl,

    (xxiv) (alkylamino)alkoxycarbonylalkyl,

STAN 034174

EP 0 402 646 A1

(xxv) ((N-protected)alkylamino)alkoxycarbonylalkyl,
(xxvi) (dialkylamino)alkoxycarbonylalkyl,
(xxviix) aminocycloalkyl,
(xxviii) alkoxyalkyl,
(xxix) (polyalkoxy)alkyl,
(xxx) heterocyclic,
(xxxi) (heterocyclic)alkyl,
(xxxii) N-protecting group,
(xxxiii) (hydroxyamino)alkyl,
(xxxiv) (alkoxyamino)alkyl,
(xxxv) cycloalkylalkyl,
(xxxvi) loweralkenyl,
(xxxvii) hydroxyalkyl,
(xxxviii) dihydroxyalkyl,
(xxxix) (alkoxy)(alkyl)aminoalkyl,
(xl) alkylaminocycloalkyl,
(xli) dialkylaminocycloalkyl and
(xlii) polyhydroxyalkyl;

and

(2) $R_{501}$-$(CH(R_3))_f$-$(S(O)_i)_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-C(T)-W- wherein W is absent or represents a peptide chain containing 1-3 amino acids wherein $R_{501}$-$(S(O)_i)_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-C(T)- is bonded to the amino terminus of the peptide chain; T is independently O or S; $R_3$ at each occurrence is independently defined as above; E is O, S or $N(R_3)$ wherein $R_3$ is independently defined as above; a is 0-1; b is 0-3; c is 0-1; f is 1 or 2; g is 0-3; i is 0-3; and $R_{501}$ is defined as above.

The term "functionalized sulfonyl" as used herein includes:

(1) $R_{501}$-$(CH(R_3))_f$-$(C(T))_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-S(O)$_f$-W- wherein W is absent or represents a peptide chain containing 1-3 amino acids wherein $R_{501}$-$(C(T))_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-S(O)$_f$- is bonded to the amino terminus of the peptide chain; T is independently O or S; $R_3$ at each occurrence is independently defined as above; E is O, S or $N(R_3)$ wherein $R_3$ is independently defined as above; a is 0-1; b is 0-3; c is 0-1; f is 1 or 2; g is 0-3; i is 0-3; and $R_{501}$ is defined as above; and

(2) $R_{501}$-$(CH(R_3))_f$-$(S(O)_i)_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-S(O)$_f$-W- wherein W is absent or represents a peptide chain containing 1-3 amino acids wherein $R_{501}$-$(S(O)_i)_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-S(O)$_f$- is bonded to the amino terminus of the peptide chain; E is O, S or $N(R_3)$ wherein $R_3$ is independently defined as above; a is 0-1; b is 0-3; c is 0-1; f at each occurrence is 1 or 2; g is 0-3; i is 0-3; and $R_{501}$ is defined as above.

The term "functionalized phosphonyl" as used herein includes:

(1) $R_{501}$ $(CH(R_3))_f$-$(C(T))_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-P(=E)-W- wherein W is absent or represents a peptide chain containing 1-3 amino acids wherein $R_{501}$-$(C(T))_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-S(O)$_f$- is bonded to the amino terminus of the peptide chain; T is independently O or S; $R_3$ at each occurrence is independently defined as above; E at each occurrence is O, S or $N(R_3)$ wherein $R_3$ is independently defined as above; a is 0-1; b is 0-3; c is 0-1; g is 0-3; i is 0-3; and $R_{501}$ is defined as above; and

(2) $R_{501}$-$(CH(R_3))_f$-$(S(O)_i)_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-P(=E)-W- wherein W is absent or represents a peptide chain containing 1-3 amino acids wherein $R_{501}$-$(S(O)_i)_a$-$(CH(R_3))_b$-$(E)_c$-$(CH(R_3))_g$-S(O)$_f$- is bonded to the amino terminus of the peptide chain; $R_3$ at each occurrence is independently defined as above; E at each occurrence is independently O, S or $N(R_3)$ wherein $R_3$ is independently defined as above; a is 0-1; b is 0-3; c is 0-1; f at each occurrence is 1 or 2; g is 0-3; i is 0-3; and $R_{501}$ is defined as above.

The term "a peptide chain of 1-3 amino acids" as used herein includes -$(N(R_{208})$-$CH(R_3)$-$C(O))_u$- wherein at each occurrence $R_3$ is independently defined as above, u is 1-3, and at each occurrence $R_{208}$ is hydrogen or loweralkyl, or $R_3$ and $R_{208}$ taken together is -$(CH_2)_v$- wherein v is 3-5.

The term "functionalized amino" as used herein includes:

-$NR_{15}R_{16}$ wherein $R_{15}$ and $R_{16}$ are independently selected from hydrogen, loweralkyl, hydroxyalkyl, alkoxyalkyl, dihydroxyalkyl, haloalkyl, aminoalkyl, alkylaminoalkyl, aryl, arylalkyl, (heterocyclic)alkyl, heterocyclic, dialkylaminoalkyl, (N-protected)aminoalkyl, (N-protected)alkylaminoalkyl, cyanoalkyl, hydroxyalkyl, carboxyalkyl, alkoxycarbonylalkyl, (amino)carboxyalkyl, ((N-protected)amino)carboxyalkyl, (alkylamino)carboxyalkyl, ((N-protected)alkylamino)carboxyalkyl, (dialkylamino)carboxyalkyl, (amino)-alkoxycarbonylalkyl, ((N-protected)amino)alkoxycarbonylalkyl, (alkylamino)alkoxycarbonylalkyl, ((N-protected)alkylamino)alkoxycarbonylalkyl and (dialkylamino)alkoxycarbonylalkyl.

The term "functionalized heterocyclic" as used herein refers to a heterocyclic group independently

11

STAN 034175

EP 0 402 646 A1

defined as herein which is substituted with a functional group G wherein G is independently defined as herein.

The term "functionalized (heterocyclic)alkyl" as used herein refers to a (heterocyclic)alkyl group independently defined as herein in which the heterocyclic group is substituted with a functional group G wherein G is independently defined as herein.

The chiral centers of the compounds of the invention may be racemic or asymmetric. Racemic mixtures, mixtures of diastereomers, as well as single diastereomers of the compounds of the invention are included in the present invention. The terms "S" and "R" configuration are as defined by the IUPAC 1974 Recommendations for Section E, Fundamental Stereochemistry, Pure Appl. Chem. (1976) 45, 13 - 30.

The terms "Ala", "Asn", "Gly", "Ile", "Leu", "Lys", "Phe", "Pro", "Ser", and "Val" as used herein refer to alanine, asparagine, glycine, isoleucine, leucine, lysine, phenylalanine, proline, serine and valine, respectively. In general, the amino acid abbreviations used herein follow the IUPAC-IUB Joint Commission on Biochemical Nomenclature for amino acids and peptides (Eur. J. Biochem. 1984, 158, 9-31).

The term "N-protecting group" or "N-protected" as used herein refers to those groups intended to protect nitrogen atoms against undesirable reactions during synthetic procedures or to prevent the attack of exopeptidases on the final compounds or to increase the solubility of the final compounds and includes but is not limited to acyl, acetyl, pivaloyl, t-butylacetyl, t-butyloxycarbonyl (Boc), benzyloxycarbonyl (Cbz) or benzoyl groups or an L- or D- aminoacyl residue, which may itself be N-protected similarly.

The term "loweralkyl" as used herein refers to straight or branched chain alkyl radicals containing from 1 to 6 carbon atoms including, but not limited to, methyl, ethyl, n-propyl, iso-propyl, n-butyl, iso-butyl, sec-butyl, n-pentyl, 1-methylbutyl, 2,2-dimethylbutyl, 2-methylpentyl, 2,2-dimethylpropyl, n-hexyl and the like.

The term "alkylene" as used herein refers to a straight or branched chain carbon diradical containing from 1 to 6 carbon atoms including, but not limited to, $-CH_2-$, $-CH_2CH_2-$, $-CH(CH_3)CH_2-$, $-CH_2CH_2CH_2-$ and the like.

The term "loweralkenyl" as used herein refers to a loweralkyl radical which contains at least one carbon-carbon double bond including, but not limited to, propenyl, butenyl and the like. Alkenyl groups can be unsubstituted or substituted with one or more substituents independently selected from loweralkyl, haloalkyl, cycloalkyl, aryl, heterocyclic, alkoxy, thioalkoxy, amino, alkylamino, dialkylamino, hydroxy, halo, mercapto, nitro, carboxaldehyde, carboxy, carboalkoxy and carboxamide.

The term "aryl" as used herein refers to a monocyclic or bicyclic carbocyclic ring system having one or more aromatic rings including, but not limited to, phenyl, naphthyl, tetrahydronaphthyl, indanyl and the like. Aryl groups can be unsubstituted or substituted with one, two or three substituents independently selected from loweralkyl, haloalkyl, alkoxy, thioalkoxy, amino, alkylamino, dialkylamino, hydroxy, halo, mercapto, nitro, carboxaldehyde, carboxy, carboalkoxy and carboxamide. In addition, substituted aryl groups include tetrafluorophenyl and pentafluorophenyl.

The term "arylalkyl" as used herein refers to an aryl group appended to a loweralkyl radical including, but not limited to, benzyl, 4-hydroxybenzyl, 1-naphthylmethyl and the like.

The term "aminoalkyl" as used herein refers to $-NH_2$ appended to a loweralkyl radical.

The term "cyanoalkyl" as used herein refers to -CN appended to a loweralkyl radical.

The term "hydroxyalkyl" as used herein refers to -OH appended to a loweralkyl radical.

The term "dihydroxyalkyl" as used herein refers to a loweralkyl radical disubstituted with -OH groups.

The term "polyhydroxyalkyl" as used herein refers to a loweralkyl radical substituted with more than two -OH groups.

The term "hydroxyaminoalkyl" as used herein refers to a hydroxyamino group (-NHOH) appended to a loweralkyl radical.

The term "alkoxyaminoalkyl" as used herein refers to $-NHR_{250}$ (wherein $R_{250}$ is an alkoxy group) appended to a loweralkyl radical.

The term "(alkoxy)(alkyl)aminoalkyl" as used herein refers to $(R_{270})(R_{271})N-$ wherein $R_{270}$ is alkoxy and $R_{271}$ is loweralkyl appended to a loweralkyl radical.

The term "alkylamino" as used herein refers to a loweralkyl radical appended to an NH radical.

The term "hydroxyalkylamino" as used herein refers to a hydroxyalkyl group appended to an NH radical.

The term "dihydroxyalkylamino" as used herein refers to a dihydroxyalkyl group appended to an NH radical.

The term "(hydroxyamino)alkylamino" as used herein refers to $-NHR_{251}$ wherein $R_{251}$ is a hydroxyaminoalkyl group.

The term "(alkoxyamino)alkylamino" as used herein refers to $-NHR_{252}$ wherein $R_{252}$ is an alkoxyaminoalkyl group.

STAN 034176

EP 0 402 646 A1

The term "((hydroxyamino)alkyl)(alkyl)amino" as used herein refers to -NR$_{253}$R$_{254}$ wherein R$_{253}$ is a hydroxyaminoalkyl group and R$_{254}$ is a loweralkyl group.

The term "((alkoxyamino)alkyl)(alkyl)amino" as used herein refers to -NR$_{255}$R$_{256}$ wherein R$_{255}$ is an alkoxyaminoalkyl group and R$_{256}$ is a loweralkyl group.

5　The term "(N-protected)aminoalkylamino" as used herein refers to an N-protected amino group which is appended to a loweralkyl group which in turn is appended to an -NH radical.

The term "cycloalkyl" as used herein refers to an aliphatic ring having 3 to 7 carbon atoms including, but not limited to, cyclopropyl, cyclopentyl, cyclohexyl and the like. Cycloalkyl groups can be unsubstituted or substituted with one, two or three substituents independently selected from loweralkyl, haloalkyl, alkoxy, 10　thioalkoxy, amino, alkylamino, dialkylamino, hydroxy, halo, mercapto, nitro, carboxaldehyde, carboxy, carboalkoxy and carboxamide.

The term "cycloalkylalkyl" as used herein refers to a cycloalkyl group appended to a loweralkyl radical, including but not limited to cyclohexylmethyl.

The term "alkylaminocycloalkyl" as used herein refers to an alkylamino group appended to a cycloalkyl 15　radical.

The term "dialkylaminocycloalkyl" as used herein refers to a dialkylamino group appended to a cycloalkyl radical.

The terms "alkoxy" and "thioalkoxy" as used herein refer to R$_{18}$O- and R$_{18}$S-, respectively, wherein R$_{18}$ is a loweralkyl group or benzyl.

20　The term "(hydroxyamino)alkoxy" as used herein refers to R$_{257}$O- wherein R$_{257}$ is a hydroxyaminoalkyl group.

The term "(alkoxyamino)alkoxy" as used herein refers to R$_{258}$O- wherein R$_{258}$ is an alkoxyaminoalkyl group.

The term "alkoxyalkyl" as used herein refers to an alkoxy group appended to a loweralkyl radical.

25　The term "thioalkoxyalkyl" as used herein refers to a thioalkoxy group appended to a loweralkyl radical.

The term "alkoxyalkoxyalkyl" as used herein refers to an alkoxy group appended to an alkoxy group which is in turn appended to a loweralkyl radical including, but not limited to, methoxyethoxymethyl and the like.

The term "guanidinoalkyl" as used herein refers to a guanidino group (-NHC(=NH)NH$_2$) appended to a 30　loweralkyl radical.

The term "alkenyloxy" as used herein refers to R$_{19}$O-wherein R$_{19}$ is a loweralkenyl group.

The term "hydroxyalkoxy" as used herein refers to -OH appended to an alkoxy radical.

The term "dihydroxyalkoxy" as used herein refers to an alkoxy radical which is disubstituted with -OH groups.

35　The term "arylalkoxy" as used herein refers R$_{90}$O-wherein R$_{90}$ is a arylalkyl group as defined above.

The term "(heterocyclic)alkoxy" as used herein refers to R$_{301}$O- wherein R$_{301}$ is a (heterocyclic)alkyl group.

The term "arylalkoxyalkyl" as used herein refers to a arylalkoxy group as defined above appended to a loweralkyl radical.

40　The term "aryloxyalkyl" as used herein refers to a R$_{220}$O- group appended to a loweralkyl radical, wherein R$_{220}$ is an aryl group.

The term "dialkylamino" as used herein refers to -NR$_{20}$R$_{21}$ wherein R$_{20}$ and R$_{21}$ are independently selected from loweralkyl groups.

The term "(hydroxyalkyl)(alkyl)amino" as used herein refers to -NR$_{22}$R$_{23}$ wherein R$_{22}$ is hydroxyalkyl 45　and R$_{23}$ is loweralkyl.

The term "N-protected aminoalkyl" as used herein refers to -NHR$_{24}$ appended to a loweralkyl group, wherein R$_{24}$ is an N-protecting group.

The term "alkylaminoalkyl" as used herein refers to NHR$_{25}$ appended to a loweralkyl radical, wherein R$_{25}$ is a loweralkyl group.

50　The term "(N-protected)(alkyl)aminoalkyl" as used herein refers to -NR$_{24}$R$_{25}$, which is appended to a loweralkyl radical, wherein R$_{24}$ and R$_{25}$ are as defined above.

The term "dialkylaminoalkyl" as used herein refers to -NR$_{26}$R$_{27}$ which is appended to a loweralkyl radical wherein R$_{26}$ and R$_{27}$ are independently selected from loweralkyl.

The term "azidoalkyl" as used herein refers to a -N$_3$ group appended to a loweralkyl radical.

55　The term "carboxyalkyl" as used herein refers to a carboxylic acid group (-COOH) appended to a loweralkyl radical.

The term "alkoxycarbonylalkyl" as used herein refers to a R$_{28}$C(O)- group appended to a loweralkyl radical, wherein R$_{28}$ is an alkoxy group .

STAN 034177

EP 0 402 646 A1

The term "carboxyalkoxyalkyl" as used herein refers to a carboxylic acid group (-COOH) appended to an alkoxy group which is appended to a loweralkyl radical.

The term "alkoxycarbonylalkoxyalkyl" as used herein refers to an alkoxycarbonyl group ($R_{30}C(O)$- wherein $R_{30}$ is an alkoxy group) appended to an alkoxy group which is appended to a loweralkyl radical.

The term "(amino)carboxyalkyl" as used herein refers to a loweralkyl radical to which is appended a carboxylic acid group (-COOH) and an amino group (-$NH_2$).

The term "((N-protected)amino)carboxyalkyl" as used herein refers to a loweralkyl radical to which is appended a carboxylic acid group (-COOH) and -$NHR_{31}$ wherein $R_{31}$ is an N-protecting group.

The term "(alkylamino)carboxyalkyl" as used herein refers to a loweralkyl radical to which is appended a carboxylic acid group (-COOH) and an alkylamino group.

The term "((N-protected)alkylamino)carboxyalkyl" as used herein refers to a loweralkyl radical to which is appended a carboxylic acid group (-COOH) and an -$NR_{31}R_{32}$ wherein $R_{31}$ is as defined above and $R_{32}$ is a loweralkyl radical.

The term "(dialkylamino)carboxyalkyl" as used herein refers to a loweralkyl radical to which is appended a carboxylic acid group (-COOH) and -$NR_{32}R_{32}$ wherein $R_{32}$ is as defined above.

The term "(amino)alkoxycarbonylalkyl" as used herein refers to a loweralkyl radical to which is appended an alkoxycarbonyl group as defined above and an amino group (-$NH_2$).

The term "((N-protected)amino)alkoxycarbonylalkyl" as used herein refers to a loweralkyl radical to which is appended an alkoxycarbonyl group as defined above and -$NHR_{31}$ wherein $R_{31}$ is as defined above.

The term "(alkylamino)alkoxycarbonylalkyl" as used herein refers to a loweralkyl radical to which is appended an alkoxycarbonyl group as defined above and an alkylamino group as defined above.

The term "((N-protected)alkylamino)alkoxycarbonylalkyl" as used herein refers to a loweralkyl radical to which is appended an alkoxycarbonyl group as defined above and -$NR_{31}R_{32}$ wherein $R_{31}$ and $R_{32}$ are as defined above.

The term "(dialkylamino)alkoxycarbonylalkyl" as used herein refers to a loweralkyl radical to which is appended an alkoxycarbonyl group as defined above and -$NR_{32}R_{32}$ wherein $R_{32}$ is as defined above.

The term "carboxyalkylamino" as used herein refers to -$NHR_{33}$ wherein $R_{33}$ is a carboxyalkyl group.

The term "alkoxycarbonylalkylamino" as used herein refers to -$NHR_{34}$ wherein $R_{34}$ is an alkoxycarbonylalkyl group.

The term "(amino)carboxyalkylamino" as used herein refers to -$NHR_{35}$ wherein $R_{35}$ is an (amino)carboxyalkyl group.

The term "((N-protected)amino)carboxyalkylamino" as used herein refers to -$NHR_{36}$ wherein $R_{36}$ is an [(N-protected)amino]carboxyalkyl group.

The term "(alkylamino)carboxyalkylamino" as used herein refers to -$NHR_{37}$ wherein $R_{37}$ is an (alkylamino)carboxyalkyl group.

The term "((N-protected)alkylamino)carboxyalkylamino" as used herein refers to -$NHR_{38}$ wherein $R_{38}$ is an ((N-protected)alkylamino)carboxyalkyl group.

The term "(dialkylamino)carboxyalkylamino" as used herein refers to -$NHR_{39}$ wherein $R_{39}$ is a (dialkylamino)carboxyalkyl group.

The term "(amino)alkoxycarbonylalkylamino" as used herein refers to -$NHR_{40}$ wherein $R_{40}$ is an (amino)alkoxycarbonylalkyl group.

The term "((N-protected)amino)alkoxycarbonylalkylamino" as used herein refers to -$NHR_{41}$ wherein $R_{41}$ is an ((N-protected)amino)alkoxycarbonylalkyl group.

The term "(alkylamino)alkoxycarbonylalkylamino" as used herein refers to -$NHR_{42}$ wherein $R_{42}$ is an (alkylamino)alkoxycarbonylalkyl group.

The term "((N-protected)alkylamino)alkoxycarbonylalkylamino" as used herein refers to -$NHR_{43}$ wherein $R_{43}$ is an ((N-protected)alkylamino)alkoxycarbonylalkyl group.

The term "(dialkylamino)alkoxycarbonylalkylamino" as used herein refers to -$NHR_{44}$ wherein $R_{44}$ is a (dialkylamino)alkoxycarbonylalkyl group.

The term "aminocycloalkyl" as used herein refers to an $NH_2$ appended to a cycloalkyl radical.

The term "((alkoxy)alkoxy)alkyl" as used herein refers to an alkoxy group appended to an alkoxy group which is appended to a loweralkyl radical.

The term "polyalkoxyalkyl" as used herein refers to a polyalkoxy residue appended to a loweralkyl radical.

The term "polyalkoxy" as used herein refers to -$OR_{45}$ wherein $R_{45}$ is a straight or branched chain containing 1-5, $C_{n'}$-O-$C_{n''}$ linkages wherein n' and n" are independently selected from 1 to 3, including but not limited to methoxyethoxymethoxy, methoxymethoxy and the like.

The term "(arylalkyl)amino" as used herein refers to $R_{100}NH$- wherein $R_{100}$ is an arylalkyl group as

STAN 034178

EP 0 402 646 A1

defined above.

The term "(arylalkyl)(alkyl)amino" as used herein refers to $R_{104}R_{105}N-$ wherein $R_{104}$ is an arylalkyl group as defined above and $R_{105}$ is a loweralkyl group.

The term "(heterocyclic)alkylamino" as used herein refers to $R_{900}NH-$ wherein $R_{900}$ is a (heterocyclic)-alkyl group.

The term "((heterocyclic)alkyl)(alkyl)amino" as used herein refers to $R_{900}R_{901}N-$ wherein $R_{900}$ is a (heterocyclic)alkyl group and $R_{901}$ is a loweralkyl group.

The term "dialkylaminoalkyl(alkyl)amino" as used herein refers to $-NR_{49}R_{50}$ wherein $R_{49}$ is a dialkylamino residue appended to a loweralkyl residue and $R_{50}$ is a loweralkyl residue.

The term "alkylaminoalkylamino" as used herein refers to $-NHR_{50a}$ wherein $R_{50a}$ is an alkylaminoalkyl group as previously defined.

The term "dialkylaminoalkylamino" as used herein refers to $-NHR_{50b}$ wherein $R_{50b}$ is a dialkylaminoalkyl group as previously defined.

The term "aminoalkylamino" as used herein refers to $-NHR_{51}$ wherein $R_{51}$ is an aminoalkyl residue.

The term "(dihydroxyalkyl)(alkyl)amino" as used herein refers to a loweralkyl group which is disubstituted with -OH radicals, appended to an amino group, which amino group also has appended another loweralkyl group, including but not limited to N-(2,3-dihydroxypropyl)-N-(methyl)amine.

The term "di-(hydroxyalkyl)amino" as used herein refers to $-NR_{52}R_{53}$ wherein $R_{52}$ and $R_{53}$ are hydroxyalkyl residues.

The term "alkoxyalkyl(alkyl)amino" as used herein refers to $-NR_{54}R_{55}$ wherein $R_{54}$ is an alkoxyalkyl group and $R_{55}$ is a loweralkyl group.

The term "di-(alkoxyalkyl)amino" as used herein refers to $-NR_{56}R_{57}$ wherein $R_{56}$ and $R_{57}$ are alkoxyalkyl groups.

The term "di-(polyalkoxyalkyl)amino" as used herein refers to $-NR_{58}R_{59}$ wherein $R_{58}$ and $R_{59}$ are polyalkoxy residues appended to loweralkyl residues.

The term "((polyalkoxy)(alkyl)amino" as used herein refers to $-NR_{60}R_{61}$ wherein $R_{60}$ is a polyalkoxy residue appended to a loweralkyl residue and $R_{61}$ is a loweralkyl residue.

The term "halo" or "halogen" as used herein refers to -Cl, -Br, -I or -F.

The term "haloalkyl" as used herein refers to a loweralkyl radical in which one or more of the hydrogen atoms are replaced by halogen including, but not limited to, chloromethyl, trifluoromethyl, 1-chloro-2-fluoroethyl and the like.

The term "thioalkoxyalkyl" as used herein refers to a thioalkoxy group appended to a loweralkyl radical.

The term "alkylsulfonyl" as used herein refers to $R_{62}SO_2$ wherein $R_{62}$ is loweralkyl group.

The term "arylthioalkyl" as used herein refers to $R_{505}-S-R_{506}-$ wherein $R_{505}$ is an aryl group and $R_{506}$ is an alkylene group.

The term "arylsulfonylalkyl" as used herein refers to $R_{507}-S(O)_2-R_{508}-$ wherein $R_{507}$ is any aryl group and $R_{508}$ is an alkylene group.

The term "(heterocyclic)oxyalkyl" as used herein refers to $R_{509}-O-R_{510}-$ wherein $R_{509}$ is an aryl group and $R_{510}$ is an alkylene group.

The term "(heterocyclic)thioalkyl" as used herein refers to $R_{511}-S-R_{512}-$ wherein $R_{511}$ is an aryl group and $R_{512}$ is an alkylene group.

The term "(heterocyclic)sulfonylalkyl" as used herein refers to $R_{513}-S(O)_2-R_{514}-$ wherein $R_{513}$ is an aryl group and $R_{514}$ is an alkylene group.

The "arylalkoxyalkyl" as used herein refers to $R_{515}-O-R_{516}-$ wherein $R_{515}$ is an arylalkyl group and $R_{516}$ is an alkylene group.

The "arylthioalkoxyalkyl" as used herein refers to $R_{517}-S-R_{518}-$ wherein $R_{517}$ is an arylalkyl group and $R_{518}$ is an alkylene group.

The "arylalkylsulfonylalkyl" as used herein refers to $R_{519}-S(O)_2-R_{520}-$ wherein $R_{519}$ is an arylalkyl group and $R_{520}$ is an alkylene group.

The term "(heterocyclic)alkoxyalkyl" as used herein refers to $R_{521}-O-R_{522}-$ wherein $R_{521}$ is a (heterocyclic)alkyl group and $R_{522}$ is an alkylene group.

The term "(heterocyclic)thioalkoxyalkyl" as used herein refers to $R_{523}-S-R_{524}-$ wherein $R_{523}$ is a (heterocyclic)alkyl group and $R_{524}$ is an alkylene group.

The term "(heterocyclic)alkylsulfonylalkyl" as used herein refers to $R_{525}-S(O)_2-R_{526}-$ wherein $R_{525}$ is a (heterocyclic)alkyl group and $R_{526}$ is an alkylene group.

The term "cycloalkyloxyalkyl" as used herein refers to $R_{527}-O-R_{528}-$ wherein $R_{527}$ is a cycloalkyl group and $R_{528}$ is an alkylene group.

The term "cycloalkylthioalkyl" as used herein refers to $R_{529}-S-R_{530}-$ wherein $R_{529}$ is a cycloalkyl group

STAN 034179

EP 0 402 646 A1

and $R_{530}$ is an alkylene group.

The term "cycloalkylsulfonylalkyl" as used herein refers to $R_{531}$-S(O)$_2$-$R_{532}$- wherein $R_{531}$ is a cycloalkyl group and $R_{532}$ is an alkylene group.

The term "cycloalkylalkoxyalkyl" as used herein refers to $R_{533}$-O-$R_{534}$- wherein $R_{533}$ is a cycloalkylal-
kyl group and $R_{534}$ is an alkylene group.

The term "cycloalkylthioalkoxyalkyl" as used herein refers to $R_{535}$-S-$R_{536}$- wherein $R_{535}$ is a cycloal-
kylalkyl group and $R_{536}$ is an alkylene group.

The term "cycloalkylalkylsulfonylalkyl" as used herein refers to $R_{537}$-S(O)$_2$-$R_{538}$- wherein $R_{537}$ is a cycloalkylalkyl group and $R_{538}$ is an alkylene group.

The term "aminocarbonyl" as used herein refers to -C(O)NH$_2$.

The term "aminocarbonylalkyl" as used herein refers to an aminocarbonyl group appended to a
loweralkyl radical.

The term "alkylaminocarbonyl" as used herein refers to -C(O)NHR$_{539}$ wherein $R_{539}$ is loweralkyl.

The term "alkylaminocarbonylalkyl" as used herein refers to an alkylaminocarbonyl group appended to
a loweralkyl radical.

The term "dialkylaminocarbonyl" as used herein refers to -C(O)NR$_{540}$R$_{541}$ wherein $R_{540}$ and $R_{541}$ are
independently selected from loweralkyl.

The term "dialkylaminocarbonylalkyl" as used herein refers to a dialkylaminocarbonyl group appended
to a loweralkyl group.

The term "aroylalkyl" as used herein refers to $R_{542}$-C(O)-$R_{543}$- wherein $R_{542}$ is an aryl group and $R_{543}$
is an alkylene group.

The term "(heterocyclic)carbonylalkyl" as used herein refers to $R_{544}$-C(O)-$R_{545}$- wherein $R_{544}$ is a
heterocyclic group and $R_{545}$ is an alkylene group.

The term "arylamino" as used herein refers to $R_{546}$NH-wherein $R_{546}$ is an aryl group.

The term "(heterocyclic)amino" as used herein refers to $R_{547}$NH- wherein $R_{547}$ is a heterocyclic group.

The term "heterocyclic ring" or "heterocyclic" as used herein refers to any 3- or 4-membered ring
containing a heteroatom selected from oxygen, nitrogen and sulfur; or a 5- or 6-membered ring containing
one, two or three nitrogen atoms; one nitrogen and one sulfur atom; or one nitrogen and one oxygen atom.
The 5-membered ring has 0-2 double bonds and the 6-membered ring has 0-3 double bonds. The nitrogen
and sulfur heteroatoms can be optionally oxidized. The nitrogen heteroatoms can be optionally quaternized.
The term "heterocyclic" also includes bicyclic groups in which any of the above heterocyclic rings is fused
to a benzene ring or a cyclohexane ring or another heterocyclic ring. Heterocyclics include: pyrrolyl,
pyrrolinyl, pyrrolidinyl, pyrazolyl, pyrazolinyl, pyrazolidinyl, imidazolyl, imidazolinyl, imidazolidinyl, pyridyl,
piperidinyl, pyrazinyl, piperazinyl, pyrimidinyl, pyridazinyl, oxazolyl, oxazolidinyl, isoxazolyl, isoxazolidinyl,
morpholinyl, thiazolyl, thiazolidinyl, isothiazolyl, isothiazolidinyl, indolyl, quinolinyl, isoquinolinyl, ben-
zimidazolyl, benzothiazolyl, benzoxazolyl, furyl, thienyl and benzothienyl.

Heterocyclics also include:



and

Heterocyclics can be unsubstituted or monosubstituted or disubstituted with substituents independently
selected from hydroxy, halo, oxo (=O), alkylimino (R'N= wherein R' is a loweralkyl group), amino,
alkylamino, dialkylamino, alkoxy, polyalkoxy, haloalkyl, cycloalkyl, -COOH, -SO$_3$H and loweralkyl. In addi-
tion, nitrogen containing heterocycles can be N-protected.

The term "(heterocyclic)alkyl" as used herein refers to a heterocyclic group appended to a loweralkyl
radical, including but not limited to imidazolylmethyl, thiazolylmethyl, pyridylmethyl and morpholinylmethyl.

STAN 034180

EP 0 402 646 A1

The term "heterocyclic carbonyloxy" as used herein refers to $R_{304}C(O)O-$ wherein $R_{304}$ is a heterocyclic group.

The term "heterocyclic carbonylamino" as used herein refers to $R_{305}C(O)NH-$ wherein $R_{305}$ is a heterocyclic group.

5 In the compounds of the present invention, the A, X and B components may have asymmetric centers and occur as racemates, racemic mixtures, mixtures of diastereomers and as individual diastereomers, with all isomeric forms being included in the invention.

When any variable (i.e., $R_1$, $R_2$, $R_3$, etc.) occurs more than one time in any constituent or in a compound of Formula I, its definition on each occurrence is independent of its definition at every other 10 occurrence. Also, combinations of substituents and/or variables are permissible only if such combinations result in stable compounds.

Representative compounds of the invention include those represented in Table 2. (In the table "Ph" represents phenyl and p-C7H7 represents 4-methylphenyl).

15 TABLE 2

| Compound of Example | A | X | B |
|---|---|---|---|
| 1B | $PhCH_2CH_2-$ | $-S(O)_2-$ | $PhCH_2CH_2-$ |
| 2 | $PhCH_2CH_2-$ | $-S(O)-$ | $PhCH_2CH_2-$ |
| 3B | $PhCH_2CH_2-$ | $-CH(OH)-$ | $PhCH_2CH_2-$ |
| 3A | $PhCH_2CH_2-$ | $-C(O)-$ | $PhCH_2CH_2-$ |
| 4 | $PhOCH_2-$ | $-CH(OH)-$ | $PhOCH_2-$ |
| 5 | $PhOCH_2-$ | $-C(O)-$ | $PhOCH_2-$ |
| 6G | $PhCH_2CH_2-$ | $-CH(OH)-$ | $-CH=CHC(O)NH-(CH_2)_2CH(CH_3)_2$ |
| 7B | $PhCH_2CH_2-$ | $-CH(OH)-$ | $\triangleright C(O)NH(CH_2)_2CH(CH_3)_2$ |
| 8B | $PhCH_2CH_2-$ | $-CH(OH)-$ | (epoxide) $C(O)NH(CH_2)_2CH(CH_3)_2$ |
| 9 | $PhCH_2CH_2-$ | $-P(O)H-$ | $PhCH_2CH_2-$ |
| 10C | $PhCH_2CH(NHBoc)-$ | $-CH(OH)-$ | $PhCH_2CH(N_3)-$ |
| 11 | $PhCH_2CH(NHBoc)-$ | $-CH(OH)-$ | $PhCH_2CH(NH_2)-$ |
| 12 | $PhCH_2CH(NH_2)-$ | $-CH(OH)-$ | $PhCH_2CH(NH_2)-$ |
| 13 | $PhCH_2CH(NHSO_2Me)-$ | $-CH(OH)-$ | $PhCH_2CH(NHSO_2Me)-$ |
| 14 | $PhNHCH_2-$ | $-CH(OH)-$ | $PhNHCH_2-$ |
| 15 | $PhSCH_2-$ | $-CH(OH)-$ | $PhSCH_2-$ |
| 16B | $PhCH_2CH_2-$ | (epoxide) | $PhCH_2CH_2-$ |

17

STAN 034181

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 17B | $PhCH_2CH(NHBoc)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2CH-$ |
| | | | $(N(CH_2Ph)Cbz)-$ |
| 18 | $PhCH_2CH(NHBoc)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2CH(NHCH_2Ph)-$ |
| 19 | $PhCH_2CH(NH_2)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2CH(NHCH_2Ph)-$ |
| 20 | $PhCH_2CH_2-$ | $-C(OH)(CH_2OH)-$ | $PhCH_2CH_2-$ |
| 21B | $PhOCH_2-$ | | $PhOCH_2-$ |
| 22 | $PhCH_2CH(NHBoc)-$ | $-CH(OH)-$ | $PhCH_2CH(CH_2C(O)$ |
| | | | $NHCH_2CH_2CH(CH_3)_2)-$ |
| 23B | $PhCH_2C(O)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2C(O)-$ |
| 24 | $PhCH_2CH(OH)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2CH(OH)-$ |
| 25B | $PhCH_2C(=NOH)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2C(=NOH)-$ |
| 26 | $PhCH_2C(=NOMe)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2C(=NOMe)-$ |
| 27 | $PhCH_2C(=NNH_2)-$ | $-CH(OH)CH(OH)-$ | $PhCH_2C(=NNH_2)-$ |
| 28 | $PhCH_2CH(CH_2CH_3)-$ | $-S(O)-$ | $PhCH_2CH(CH_2CH_3)-$ |
| 29B | $PhCH_2CH(F)-$ | $-S(O)-$ | $PhCH_2CH_2-$ |
| 30B | $PhCH_2CH_2-$ | $-N(OH)-$ | $PhCH_2CH_2-$ |
| 31 | $PhCH_2CH_2-$ | $-C(=NOH)-$ | $PhCH_2CH_2-$ |
| 32 | $PhCH_2CH_2-$ | $-CH(NH_2)-$ | $PhCH_2CH_2-$ |
| 33 | $PhCH_2CH_2-$ | $-CH(NH(OH))-$ | $PhCH_2CH_2-$ |
| 34C | $PhCH_2CH(F)-$ | $-C(O)-$ | $PhCH_2CH_2-$ |
| 35 | $PhCH_2CH(NHC(O)Me)-$ | $-CH(OH)-$ | $PhCH_2CH(NHC(O)Me)-$ |
| 36G | $PhCH_2CH(NH_2)-$ | $-CH(OH)-$ | $-CH=CHC(O)NH-$ |
| | | | $CH_2CH_2CH(CH_3)_2$ |
| 37 | $PhCH_2CH(NHC(O)Me)-$ | $-CH(OH)-$ | $-CH=CHC(O)NH-$ |
| | | | $CH_2CH_2CH(CH_3)_2$ |
| 38 | $PhCH_2CH(NHSO_2NMe_2)-$ | $-CH(OH)-$ | $PhCH_2CH(NHSO_2NMe_2)-$ |
| 39 | $PhCH_2CH(NHC(O)NH_2)-$ | $-CH(OH)-$ | $PhCH_2CH(NHC(O)NH_2)-$ |

STAN 034182

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 40 | PhCH$_2$CH$_2$– | –P(O)(OH)– | PhCH$_2$CH$_2$– |
| 41B | PhCH$_2$CH$_2$– | –C(OH)(CH$_2$NH$_2$)– | PhCH$_2$CH$_2$– |
| 42 | (CH$_3$)$_2$CHCH$_2$CH$_2$– | –CH(OH)– | (CH$_3$)$_2$CHCH$_2$CH$_2$– |
| 43C | PhCH$_2$CF$_2$– | –C(O)– | PhCH$_2$CH$_2$– |
| 44 | PhCH$_2$CH$_2$– | –CH(OH)– | CH$_3$CH$_2$OC(O)CF$_2$– |
| 45 | PhCH$_2$CH$_2$– | –CH(OH)– | HOC(O)CF$_2$– |
| 46 | PhCH$_2$CH$_2$– | –CH(OH)– | (CH$_3$)$_2$CHCH$_2$CH$_2$NHC(O)CF$_2$– |
| 47 | PhCH$_2$CH$_2$– | –C(O)– | (CH$_3$)$_2$CHCH$_2$CH$_2$NHC(O)CF$_2$– |
| 48 | PhCH$_2$CH(NHC(O)– C(CH$_3$)$_2$CH$_2$C(O)OCH$_2$Ph)– | –CH(OH)– | PhCH$_2$CH(NHC(O)– C(CH$_3$)$_2$CH$_2$C(O)OCH$_2$Ph)– |
| 49 | PhCH$_2$CH(NHC(O)– C(CH$_3$)$_2$CH$_2$COOH)– | –CH(OH)– | PhCH$_2$CH(NHC(O)– C(CH$_3$)$_2$CH$_2$COOH)– |
| 50 | 4-NO$_2$–C$_6$H$_4$OCH$_2$– | –CH(OH)– | 4-NO$_2$C$_7$H$_4$OCH$_2$– |
| 51 | PhCH$_2$CH$_2$– | –CH(OCH$_2$OCH$_3$)– | PhCH$_2$CH$_2$– |
| 52B | PhCH$_2$CH$_2$CH$_2$– | –C(O)– | PhCH$_2$CH$_2$CH$_2$– |
| 53 | PhCH$_2$CH$_2$CH$_2$– | –CH(OH)– | PhCH$_2$CH$_2$CH$_2$– |
| 54B | PhCH$_2$CH$_2$– | –CH(OH)– | –CH=CHC(O)–Val–Val–NH$_2$ |

EP 0 402 646 A1

| | | | | |
|---|---|---|---|---|
| 59 | Ac-Val-Val-NH / Ph | -CH(OH)- | Ac-Val-Val-NH / Ph | |
| 60 | Ac-Val-Val-NH / Ph | -C(O)- | Ac-Val-Val-NH / Ph | |
| 61E | N$_3$ / Ph | (epoxide) | Cbz-Val-NH / Ph | |
| 62 | PhCH$_2$NH / Ph | -CH(OH)CH(OH)- | Ac-Val-Val-NH / Ph | |
| 63 | N$_3$ / Ph | -C(OH)(CH$_2$OH)- | Cbz-Val-NH / Ph | |
| 64C | Cbz-Val-O / Ph | -CH(OH)CH(OH)- | Cbz-Val-O / Ph | |
| 65 | BocNH / Ph | -CH(OH)- | Cbz-Leu-Asn-NH / Ph | |
| 66 | BocNH / Ph | -CH(OH)- | Cbz-Asn-NH / Ph | |
| 67 | H$_2$N / Ph | -CH(OH)- | Cbz-Asn-NH / Ph | |
| 68 | Cbz-Asn-NH / Ph | -CH(OH)- | Cbz-Asn-NH / Ph | |

20

STAN 034184

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 69 | $H_2N$ ... Ph | $-CH(OH)-$ | Cbz-Val-NH ... Ph |
| 70 | Cbz-Val-NH ... Ph | $-CH(OH)-$ | Cbz-Val-NH ... Ph |
| 71D | $N_3$ ... Ph | $-CH(OH)-$ | $R_{400}$-Val-Val-NH ... Ph<br>$(R_{400} = CH_3OC(O)-(CH_2)_4-C(O)-)$ |
| 72 | $H_2N$ ... Ph | $-CH(OH)-$ | $R_{300}$-Val-Val-NH ... Ph<br>$(R_{300} = CH_3OC(O)-(CH_2)_4-C(O)-)$ |
| 73C | $R_{301}$-Val-Val-NH ... Ph<br>$(R_{301} = CbzNH(CH_2)_5C(O)-)$ | $-CH(OH)-$ | $R_{302}$-Val-Val-NH ... Ph<br>$(R_{302} = CH_3OC(O)-(CH_2)_4-C(O)-)$ |
| 74 | $R_{303}$-Val-Val-NH ... Ph<br>$(R_{303} = CbzNH(CH_2)_4C(O)-)$ | $-CH(OH)-$ | $R_{304}$-Val-Val-NH ... Ph<br>$(R_{304} = HOC(O)-(CH_2)_4-C(O)-)$ |

21

STAN 034185

EP 0 402 646 A1

| | | | | |
|---|---|---|---|---|
| 75 | | PhOCH$_2$– | –CH(OH)– | Cbz-Val-NH |

| | | | | |
|---|---|---|---|---|
| 76 | | PhSCH$_2$– | –CH(OH)– | Cbz-Val-NH |

| | | | | |
|---|---|---|---|---|
| 77 | | PhSO$_2$CH$_2$– | –CH(OH)– | Cbz-Val-NH |

| | | | | |
|---|---|---|---|---|
| 78D | R$_{305}$–Leu-NH | | –CH(OH)– | BocNH |

(R$_{305}$ = CbzNHC(CH$_3$)$_2$CH$_2$C(O)–)

| | | | | |
|---|---|---|---|---|
| 79C | R$_{306}$–Leu-NH | | –CH(OH)– | BocNH |

(R$_{306}$ = 3,4-dihydroxypyrrolidinyl-carbonyl)

| | | | | |
|---|---|---|---|---|
| 80 | R$_{307}$–Val-Val-NH | | –CH(OH)– | R$_{308}$–Val-Val-NH |

(R$_{307}$ = H$_2$N(CH$_2$)$_4$C(O)–)          (R$_{308}$ = HO$_2$C(CH$_2$)$_4$C(O)–)

| | | | | |
|---|---|---|---|---|
| 81 | | PhSCH$_2$– | –CH(OCH$_2$OCH$_3$)– | PhSCH$_2$– |
| 82 | | PhOCH$_2$– | –CH(OCH$_2$OCH$_3$)– | PhOCH$_2$– |
| 83C | R$_{309}$–Leu-NH | | –CH(OH)– | BocNH |

(R$_{309}$ = thiomorpholinyl-carbonyl)

22

STAN 034186

EP 0 402 646 A1

84C    $R_{310}$-Leu-NH ... -CH(OH)-    BocNH ...
Ph     Ph

($R_{310}$ = sulfonylmorpholinyl-carbonyl)

85C    $R_{311}$-Leu-NH ... -CH(OH)-    BocNH ...
Ph     Ph

($R_{311}$ = $(CH_3)_2N(CH_2)_2N(CH_3)C(O)-$)

86E    $R_{312}$-Leu-NH ... -CH(OH)-    BocNH ...
Ph     Ph

($R_{312}$ = $HOCH_2CH(OH)CH_2N(CH_3)C(O)-$)

87C    $R_{313}$-Leu-NH ... -CH(OH)-    BocNH ...
Ph     Ph

($R_{313}$ = Cbz-piperidin-4-yl-carbonyl)

88D    $R_{314}$-Leu-NH ... -CH(OH)-    BocNH ...
Ph     Ph

($R_{314}$ = $HOCH_2-(CH_2)_2-OC(O)-$)

| | | | |
|---|---|---|---|
| 89B | $(4-(CH_3)_2CH)C_6H_4CH_2CH_2-$ | -CH(OH)- | $(4-(CH_3)_2CH)C_6H_4CH_2CH_2-$ |
| 90B | $4-HOC_6H_4CH_2CH_2-$ | -CH(OH)- | $4-HOC_6H_4CH_2CH_2-$ |
| 91B | $(1-naphthyl)CH_2CH_2-$ | -CH(OH)- | $(1-naphthyl)CH_2CH_2-$ |
| 92B | $4-CH_3OC_6H_4CH_2CH_2-$ | -CH(OH)- | $4-CH_3OC_6H_4CH_2CH_2-$ |
| 93B | $4-BrC_6H_4CH_2CH_2-$ | -CH(OH)- | $4-BrC_6H_4CH_2CH_2-$ |
| 94B | $PhCH_2CH_2-$ | $-(H·Ala-O)CH-$ | $PhCH_2CH_2-$ |
| 95B | $PhCH_2CH_2-$ | $-(H·Gly-O)CH-$ | $PhCH_2CH_2-$ |
| 96B | $PhCH_2CH_2-$ | $-(H·Lys-O)CH-$ | $PhCH_2CH_2-$ |

23

STAN 034187

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 97 | $CbzNH(CH_2)_4C(O)NH$ — Ph | $-CH(OH)-$ | $BocNH$ — Ph |
| 98 | $CbzNH(CH_2)_4C(O)NH$ — Ph | $-CH(OH)-$ | $PhCH_2O_2CCH_2C(CH_3)_2C(O)NH$ — Ph |
| 99 | $H_2N(CH_2)_4C(O)NH$ — Ph | $-CH(OH)-$ | $HO_2CCH_2C(CH_3)_2C(O)NH$ — Ph |
| 100G | $R_{315}$ $C(O)NH$ — Ph | $-CH(OH)-$ | $BocNH$ — Ph |

$(R_{315} = $ 4-morpholinyl$C(O)CH_2-)$

| | | | |
|---|---|---|---|
| 101C | $R_{316}$ $C(O)NH$ — Ph | $-CH(OH)-$ | $BocNH$ — Ph |

$(R_{316} = $ 4-morpholinyl$C(O)O-)$

| | | | |
|---|---|---|---|
| 102C | $R_{317}$ $C(O)NH$ — Ph | $-CH(OH)-$ | $BocNH$ — Ph |

$(R_{317} = PhCH_2NHC(O)CH_2-)$

| | | | |
|---|---|---|---|
| 103 | $R_{318}$ $C(O)NH$ — Ph | $-CH(OH)-$ | $H_2N$ — Ph |

$(R_{318} = PhCH_2NHC(O)CH_2-)$

STAN 034188

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 104 | $R_{319}$—C(O)NH— (Ph) | —CH(OH)— | $R_{320}$—C(O)NH— (Ph) |
| | ($R_{319}$ = PhCH$_2$NHC(O)CH$_2$—) | | ($R_{320}$ = PhCH$_2$NHC(O)CH$_2$—) |
| 105C | $R_{321}$—C(O)NH— (Ph) | —CH(OH)— | BocNH— (Ph) |
| | ($R_{321}$ = PhCH$_2$NHC(O)NHCH$_2$—) | | |
| 106C | $R_{322}$—C(O)NH— (Ph) | —CH(OH)— | BocNH— (Ph) |
| | ($R_{322}$ = CH$_3$CH$_2$OC(O)NHCH$_2$—) | | |
| 107F | $R_{323}$—C(O)NH— (Ph) | —CH(OH)— | BocNH— (Ph) |
| | ($R_{323}$ = CH$_3$OCH$_2$CH$_2$OCH$_2$CH$_2$OCH$_2$CH$_2$N(CH$_3$)C(O)CH$_2$—) | | |
| 108 | p-C$_7$H$_7$S(O)$_2$-NH— (Ph) | —CH(OH)— | BocNH— (Ph) |
| 109 | p-C$_7$H$_7$S(O)$_2$-NH— (Ph) | —CH(OH)— | H$_2$N— (Ph) |
| 110 | p-C$_7$H$_7$S(O)$_2$-NH— (Ph) | —CH(OH)— | p-C$_7$H$_7$S(O)$_2$-NH— (Ph) |
| 111 | p-C$_7$H$_7$S(O)$_2$-Val-NH— (Ph) | —CH(OH)— | BocNH— (Ph) |

25

STAN 034189

EP 0 402 646 A1

112    p-$C_7H_7S(O)_2$-Val-NH—⟨Ph⟩    —CH(OH)—    $H_2N$—⟨Ph⟩

113    p-$C_7H_7S(O)_2$-Val-NH—⟨Ph⟩    —CH(OH)—    p-$C_7H_7S(O)_2$-Val-NH—⟨Ph⟩

114D    $R_{324}$—C(O)NH—⟨Ph⟩    —CH(OH)—    BocNH—⟨Ph⟩

($R_{324}$ = CbzNH(CH$_2$)$_3$NH—)

115    $R_{325}$—C(O)NH—⟨Ph⟩    —CH(OH)—    BocNH—⟨Ph⟩

($R_{325}$ = $H_2N$(CH$_2$)$_3$NH—)

116D    $R_{326}$—C(O)NH—⟨Ph⟩    —CH(OH)—    BocNH—⟨Ph⟩

($R_{326}$ = CH$_3$ON(CH$_3$)CH$_2$—)

117C    $R_{327}$—C(O)NH—⟨Ph⟩    —CH(OH)—    BocNH—⟨Ph⟩

($R_{327}$ = 1-pyrazolyl-CH$_2$—)

118D    $R_{328}$—C(O)NH—⟨Ph⟩    —CH(OH)—    BocNH—⟨Ph⟩

($R_{328}$ = (CH$_3$)$_3$CS(O)$_2$CH$_2$—)

STAN 034190

EP 0 402 646 A1

119        $-CH(OH)-$    

120    $(4-(CH_3)_2CH)C_6H_4CH_2CH_2-$    $-CH(OCH_2OCH_3)-$

$(4-(CH_3)_2CH)C_6H_4CH_2CH_2-$

121    $(1-naphthyl)CH_2CH_2-$    $-CH(OCH_2OCH_3)-$    $(1-naphthyl)CH_2CH_2-$

122    $4-CH_3OC_6H_4CH_2CH_2-$    $-CH(OCH_2OCH_3)-$    $4-CH_3OC_6H_4CH_2CH_2-$

123    $4-BrC_6H_4CH_2CH_2-$    $-CH(OCH_2OCH_3)-$    $4-BrC_6H_4CH_2CH_2-$

124    $PhCH_2CH_2-$    $-CH(OCH_2SCH_3)-$    $PhCH_2CH_2-$

125    $PhCH_2CH_2-$    $-CH(OCH_2OCH_2CH_2OCH_3)-$    $PhCH_2CH_2-$

126C    $PhCH_2CHF-$    $-CH(OH)-$    $PhCH_2CH(N_3)-$

127    $PhCH_2CHF-$    $-CH(OH)-$    $PhCH_2CH(NH_2)-$

128    $PhCH_2CHF$    $-CH(OH)-$    

129    $PhCH_2CHF$    $-C(O)-$    

130F        $-CH(OH)-$    

$(R_{329} = 4-methylpiperizinyl-S(O)_2CH_2-)$

131C        $-CH(OH)-$    

$(R_{330} = 4-morpholinyl-S(O)_2CH_2-)$

27

STAN 034191

EP 0 402 646 A1

132C    $R_{331}$—C(O)NH——    —CH(OH)—    BocNH——
                    Ph                                Ph

(R$_{331}$ = PhCH$_2$NHS(O)$_2$CH$_2$—)

133    $R_{332}$—C(O)NH——    —CH(OH)—    H$_2$N——
                    Ph                                Ph

(R$_{332}$ = 4-methylpiperizinyl-S(O)$_2$CH$_2$—)

134    $R_{333}$—C(O)NH——    —CH(OH)—    $R_{334}$—C(O)NH——
                    Ph                                Ph

(R$_{333}$ = 4-methylpiperizinyl-S(O)$_2$CH$_2$—)

                    (R$_{334}$ = 4-methylpiperizinyl-
                                S(O)$_2$CH$_2$—)

135    $R_{335}$—C(O)NH——    —CH(OH)—    H$_2$N——
                    Ph                                Ph

(R$_{335}$ = PhCH$_2$NHS(O)$_2$CH$_2$—)

136    $R_{336}$—C(O)NH——    —CH(OH)—    $R_{337}$—C(O)NH——
                    Ph                                Ph

(R$_{336}$ = PhCH$_2$NHS(O)$_2$CH$_2$—)    (R$_{337}$ = PhCH$_2$NHS(O)$_2$CH$_2$—)

137C    $R_{338}$—Val—NH——    —CH(OH)—    BocNH——
                    Ph                                Ph

(R$_{338}$ = 4-methylpiperizinyl-S(O)$_2$—)

138    $R_{339}$—Val—NH——    —CH(OH)—    H$_2$N——
                    Ph                                Ph

(R$_{339}$ = 4-methylpiperizinyl-S(O)$_2$—)

28

STAN 034192

EP 0 402 646 A1

139    $R_{340}$-Val-NH
       Ph                    -CH(OH)-              $R_{341}$-Val-NH
                                                  Ph

($R_{340}$ = 4-methylpiperizinyl-S(O)$_2$-)

                                  ($R_{341}$ = 4-methylpiperizinyl-S(O)$_2$-)

140    H-Val-NH
       Ph                    -CH(OH)-              H-Val-NH
                                                  Ph

141    BocNH
       Ph                    -CH(OH)CH(OH)-        $H_2N$
                                                  Ph

142C   $R_{342}$-Val-NH
       Ph                    -CH(OH)-              BocNH
                                                  Ph

($R_{342}$ = PhCH$_2$CH$_2$C(O)-)

143    PhCH$_2$CH$_2$-        -N(OCH$_2$OCH$_3$)-    PhCH$_2$CH$_2$-

144C   $R_{343}$-Val-NH
       Ph                    -CH(OH)-              BocNH
                                                  Ph

($R_{343}$ = PhCH$_2$NHC(O)-)

145C   $R_{344}$-Val-NH
       Ph                    -CH(OH)-              BocNH
                                                  Ph

($R_{344}$ = PhCH$_2$CH$_2$CH$_2$-)

146    Cbz-Val-NH
       Ph                    -CH(OCH$_2$OCH$_3$)-   Cbz-Val-NH
                                                  Ph

29

STAN 034193