# Exhibit 9 – Part 2 of 7

Dockets.Justia.com

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 147 | PhCH$_2$CH$_2$– | (dioxolane structure, CH$_3$) | PhCH$_2$CH$_2$– |
| 148 | BocNH–CH(CH$_3$)–CH$_2$Ph | –CH(OH)– | CH$_3$C(O)NH–CH(CH$_3$)–CH$_2$Ph |
| 149B | PhCH$_2$CH$_2$– | –CH(OH)CH(OH)– | PhCH$_2$CH$_2$– |
| 150 | PhCH$_2$CH$_2$– | (dioxolane, H–C–C–H) | PhCH$_2$CH$_2$– |
| 151 | PhCH$_2$CH$_2$– | (dioxolane, –C–CH–) | PhCH$_2$CH$_2$– |
| 152 | PhCH$_2$CH$_2$– | –C(OCH$_3$)$_2$– | PhCH$_2$CH$_2$– |
| 153 | R$_{345}$–Leu–NH–CH(CH$_3$)–CH$_2$Ph | –CH(OH)– | BocNH–CH(CH$_3$)–CH$_2$Ph |
| | (R$_{345}$ = H$_2$NC(CH$_3$)$_2$CH$_2$C(O)–) | | |
| 154 | Cbz–Leu–Asn–NH–CH(CH$_3$)–CH$_2$Ph | –CH(OH)– | Cbz–Leu–Asn–NH–CH(CH$_3$)–CH$_2$Ph |
| 155B | BocNH–CH(CH$_3$)–CH$_2$Ph | –CH$_2$S(O)$_2$CH$_2$– | BocNH–CH(CH$_3$)–CH$_2$Ph |
| 156B | PhOC(O)–CH(CH$_3$)–CH$_2$Ph | –CH$_2$S(O)$_2$CH$_2$– | PhOC(O)–CH(CH$_3$)–CH$_2$Ph |

30

STAN 034194

EP 0 402 646 A1

| 157 | BocNH—\/—Ph | $-CH_2S(O)CH_2-$ | BocNH—\/—Ph |

157    BocNH / Ph    $-CH_2S(O)CH_2-$    BocNH / Ph

158    PhOC(O) / Ph    $-CH_2S(O)CH_2-$    PhOC(O) / Ph

159B    $CH_3OC(O)$ / Ph    $-CH_2N(OH)CH_2-$    $CH_3OC(O)$ / Ph

160D    $R_{346}$-Val-NH / Ph    $-CH(OH)-$    Cbz-Val-NH / Ph

($R_{346}$ = (4-Pyridyl$CH_2OC(O)-$)

161C    $R_{347}$-Val-NH / Ph    $-CH(OH)-$    Cbz-Val-NH / Ph

($R_{347}$ = (3-Pyridyl$CH_2OC(O)-$)

162C    $R_{348}$-Val-NH / Ph    $-CH(OH)-$    Cbz-Val-NH / Ph

($R_{348}$ = (2-Pyridyl$CH_2OC(O)-$)

163C    $R_{349}$-Val-NH / Ph    $-CH(OH)-$    Cbz-Val-NH / Ph

($R_{349}$ = (3-Pyridyl-$C(O)-$)

164C    $R_{350}$-Val-NH / Ph    $-CH(OH)-$    Cbz-Val-NH / Ph

($R_{350}$ = (4-Pyridyl-$C(O)-$)

STAN 034195

EP 0 402 646 A1

165C    $R_{351}$-Val-NH⟨Ph⟩    -CH(OH)-    Cbz-Val-NH⟨Ph⟩

($R_{351}$ = (4-Morpholinyl$CH_2CH_2OC(O)$-)

166C    $R_{352}$-Val-NH⟨Ph⟩    -CH(OH)-    Cbz-Val-NH⟨Ph⟩

($R_{352}$ = (1-Pyrrolidinyl$CH_2CH_2OC(O)$-)

167C    $R_{353}$-Val-NH⟨Ph⟩    -CH(OH)-    Cbz-Val-NH⟨Ph⟩

($R_{353}$ = (2-Furanyl$CH_2OC(O)$-)

168C    $R_{354}$-Val-NH⟨Ph⟩    -CH(OH)-    Cbz-Val-NH⟨Ph⟩

($R_{354}$ = ((1-Methyl)pyrrolidin-2-yl$CH_2OC(O)$-)

169C    $R_{355}$-Val-NH⟨Ph⟩    -CH(OH)-    Cbz-Val-NH⟨Ph⟩

($R_{355}$ = ((1-Methyl)piperazin-4-yl$C(O)$-)

170B    BocNH⟨Ph⟩    -CH(OH)CH(OH)-    BocNH⟨Ph⟩

171    $H_2N$⟨Ph⟩    -CH(OH)CH(OH)-    $H_2N$⟨Ph⟩

STAN 034196

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 172B | Cbz-Val-NH⟍ Ph | $-CH(OH)CH(OH)-$ | Cbz-Val-NH⟍ Ph |
| 173 | H-Val-NH⟍ Ph | $-CH(OH)CH(OH)-$ | H-Val-NH⟍ Ph |
| 174B | $R_{356}$-Val-NH⟍ Ph | $-CH(OH)-$ | $R_{356}$-Val-NH⟍ Ph |

$(R_{356} = 4\text{-Pyridyl-}CH_2OC(O)-)$

| | | | |
|---|---|---|---|
| 175B | $R_{357}$-Val-NH⟍ Ph | $-CH(OH)-$ | $R_{357}$-Val-NH⟍ Ph |

$(R_{357} = 3\text{-Pyridyl-}CH_2OC(O)-)$

| | | | |
|---|---|---|---|
| 176B | $R_{358}$-Val-NH⟍ Ph | $-CH(OH)-$ | $R_{358}$-Val-NH⟍ Ph |

$(R_{358} = 2\text{-Pyridyl-}CH_2OC(O)-)$

| | | | |
|---|---|---|---|
| 177 | $R_{359}$-Val-NH⟍ Ph | $-CH(OH)-$ | $R_{359}$-Val-NH⟍ Ph |

$(R_{359} = 3\text{-Pyridyl-}C(O)-)$

| | | | |
|---|---|---|---|
| 178 | $R_{360}$-Val-NH⟍ Ph | $-CH(OH)CH(OH)-$ | $R_{360}$-Val-NH⟍ Ph |

$(R_{360} = 3\text{-Pyridyl-}C(O)-)$

| | | | |
|---|---|---|---|
| 179 | $R_{361}$-NH⟍ Ph | $-CH(OH)CH(OH)-$ | $R_{361}$-NH⟍ Ph |

$(R_{361} = 3\text{-Pyridyl-}C(O)-)$

33

STAN 034197

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 180 | $R_{362}$-NH, Ph | -CH(OH)CH(OH)- | $R_{362}$-NH, Ph |

(R$_{362}$ = 4-Pyridyl-C(O)-)

| | | | |
|---|---|---|---|
| 181F | $H_2N$, cyclohexyl | -CH(OH)CF$_2$- | $H_2N$ |
| 182 | Cbz-Val-NH, cyclohexyl | -CH(OH)CF$_2$- | Cbz-Val-NH |
| 183 | Cbz-Val-NH, cyclohexyl | -C(O)CF$_2$- | Cbz-Val-NH |
| 184 | Cbz-(O-Me)Ser-NH, cyclohexyl | -CH(OH)CF$_2$- | Cbz-(O-Me)Ser-NH |
| 185 | Cbz-(O-Me)Ser-NH, cyclohexyl | -C(O)CF$_2$- | Cbz-(O-Me)Ser-NH |
| 186 | Ac-(O-Me)Ser-NH, cyclohexyl | -CH(OH)CF$_2$- | Ac-(O-Me)Ser-NH |

34

STAN 034198

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 187 | Cbz-Val-NH, Ph | -(H·Gly-O)CH- | Cbz-Val-NH, Ph |
| 188 | Boc-NH (thiazole) | -CH(OH)CH(OH)- | Boc-NH (thiazole) |
| 189C | $R_{363}$-Val-NH, Ph | -CH(OH)CH(OH)- | $R_{363}$-Val-NH, Ph |

($R_{363}$ = 4-Morpholinyl-$CH_2C(O)$-)

| | | | |
|---|---|---|---|
| 190 | $R_{364}$-Val-NH, Ph | -CH(OH)CH(OH)- | $R_{364}$-Val-NH, Ph |

($R_{364}$ = 1-Imidazolyl-$CH_2C(O)$-)

| | | | |
|---|---|---|---|
| 191B | $R_{365}C(O)$, n-Pr, NH, Ph | -CH(OH)CH(OH)- | $R_{365}C(O)$, n-Pr, NH, Ph |

($R_{365}$ = (4-Methyl)piperazin-1-yl)

| | | | |
|---|---|---|---|
| 192 | $CH_3OC(O)$, Ph, $CH_2NH$, Ph | -CH(OH)CH(OH)- | $CH_3OC(O)$, Ph, $CH_2NH$, Ph |

| | | | |
|---|---|---|---|
| 193C | $R_{366}$C(O)NH, Ph | -CH(OH)CH(OH)- | $R_{366}$C(O)NH, Ph |

($R_{366}$ = 1,1-Dioxothiazin-4-yl)

| | | | |
|---|---|---|---|
| 194C | $R_{367}$C(O)NH, Ph | -CH(OH)CH(OH)- | $R_{367}$C(O)NH, Ph |

($R_{367}$ = Morpholin-4-yl)

35

STAN 034199

EP 0 402 646 A1

195    R$_{368}$ —\/    $-CH(OH)CH(OH)-$    R$_{368}$ —\/
       Ph                                        Ph

(R$_{368}$ = 1,1-Dioxothiazin-4-yl)

196    Cbz-Val-NH —\/    $-CH(OH)CH(OH)-$    Cbz-Val-NH —\/
             PhS                                    PhS

197    Cbz-Ile-NH —\/    $-CH(OH)CH(OH)-$    Cbz-Ile-NH —\/
             Ph                                    Ph

198    Cbz-Ala-NH —\/    $-CH(OH)CH(OH)-$    Cbz-Ala-NH —\/
             Ph                                    Ph

199    Cbz-Phe-NH —\/    $-CH(OH)CH(OH)-$    Cbz-Phe-NH —\/
             Ph                                    Ph

200    Cbz-Leu-NH —\/    $-CH(OH)CH(OH)-$    Cbz-Leu-NH —\/
             Ph                                    Ph

36

STAN 034200

EP 0 402 646 A1

201E    R$_{369}$-Val-NH⟍/Ph    -CH(OH)-    Cbz-Val-NH⟍/Ph

(R$_{369}$ = (4-methylpiperazinyl)-C(O)-CH$_2$-)

202C    R$_{370}$-Val-NH⟍/Ph    -CH(OH)-    Cbz-Val-NH⟍/Ph

(R$_{370}$ = (4-morpholinyl)-CH$_2$CH$_2$OC(O)-)

203    R$_{371}$-Val-NH⟍/Ph    -CH(OH)-    R$_{371}$-Val-NH⟍/Ph

(R$_{371}$ = (3-pyridinyl)-CH$_2$C(O)-)

204    H$_2$N⟍/Ph    -CH(OH)CH(OH)-    H$_2$N⟍/Ph

205    BocNH⟍/Ph    -CH(OH)CH(OH)-    BocNH⟍/Ph

206    BocNH⟍/Ph    -CH(OH)CH(OH)-    BocNH⟍/Ph

207    R$_{372}$⟍/Ph    -CH(OH)CH(OH)-    R$_{372}$⟍/Ph

(R$_{372}$ = (4-morpholinyl)-CH$_2$C(O)-)

208    R$_{373}$⟍/Ph    -CH(OH)CH(OH)-    R$_{373}$⟍/Ph

(R$_{373}$ = (4-morpholinyl)-CH$_2$CH$_2$OC(O)-)

209    Cbz-Val-NH⟍/Ph    -CH(OH)CH(OH)-    Cbz-Val-NH⟍/Ph

5

10

15

20

25

30

35

40

45

50

55

STAN 034201

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 210 | Cbz-Val-NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | Cbz-Val-NH⟍⟋Ph |
| 211 | BocNH⟍⟋Ph | $-CH(OH)CH(OH)-$ | BocNH⟍⟋Ph |
| 212 | BocNH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $H_2N$⟍⟋Ph |
| 213 | BocNH⟍⟋Ph | $-CH(OH)CH(OH)-$ | Cbz-Val-NH⟍⟋Ph |
| 214 | $R_{374}$⟍C(O)NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $R_{374}$⟍C(O)NH⟍⟋Ph |

$(R_{374} = (CH_3)_2N-)$

| | | | |
|---|---|---|---|
| 215B | $R_{375}$-Val-NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $R_{375}$-Val-NH⟍⟋Ph |

$(R_{375} = (2\text{-pyridinyl})\text{-}CH_2OC(O)-)$

| | | | |
|---|---|---|---|
| 216 | $R_{376}$-Val-NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $R_{376}$-Val-NH⟍⟋Ph |

$(R_{376} = (2\text{-pyridinyl})\text{-}CH_2OC(O)-)$

| | | | |
|---|---|---|---|
| 217 | $R_{377}$-Val-NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $R_{377}$-Val-NH⟍⟋Ph |

$(R_{377} = (2\text{-pyridinyl})\text{-}CH_2OC(O)-)$

| | | | |
|---|---|---|---|
| 218F | $R_{378}$-Val-NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $R_{378}$-Val-NH⟍⟋Ph |

$(R_{378} = (2\text{-pyridinyl})\text{-}CH_2N(CH_3)C(O)-)$

| | | | |
|---|---|---|---|
| 219 | $R_{379}$-Val-NH⟍⟋Ph | $-CH(OH)CH(OH)-$ | $R_{379}$-Val-NH⟍⟋Ph |

$(R_{379} = (2\text{-pyridinyl})\text{-}CH_2N(CH_3)C(O)-)$

38

STAN 034202

EP 0 402 646 A1

220    $R_{380}$-Val-NH    -CH(OH)CH(OH)-    $R_{380}$-Val-NH

   Ph                                          Ph

($R_{380}$ = (2-pyridinyl)-$CH_2N(CH_3)C(O)$-)

221    $R_{381}$-Val-NH    -CH(OH)-    $R_{381}$-Val-NH

   Ph                                          Ph

($R_{381}$ = (2-pyridinyl)-$CH_2N(CH_3)C(O)$-)

222    $R_{382}$-Val-NH    -CH(OH)CH(OH)-    $R_{382}$-Val-NH

   Ph                                          Ph

($R_{382}$ = (2-pyridinyl)-$C(O)$-)

223    $R_{383}$-Val-NH    -CH(OH)CH(OH)-    $R_{383}$-Val-NH

   Ph                                          Ph

($R_{383}$ = (3-pyridinyl)-$CH_2CH_2C(O)$-)

224    $R_{384}$-Val-NH    -CH(OH)CH(OH)-    $R_{384}$-Val-NH

   Ph                                          Ph

($R_{384}$ = (2-pyridinyl)-$CH_2C(O)$-)

225    $R_{385}$-Val-NH    -CH(OH)CH(OH)-    $R_{385}$-Val-NH

   Ph                                          Ph

($R_{385}$ = (4-pyridinyl)-$CH_2OC(O)$-)

226    $R_{386}$    -CH(OH)CH(OH)-    $R_{386}$

   Ph                                          Ph

($R_{386}$ = t-butyl-$NHC(O)NH$-)

227    $R_{387}$    -CH(OH)CH(OH)-    $R_{387}$

   Ph                                          Ph

($R_{387}$ = t-butyl-$NHC(O)NH$-)

228    $R_{388}$-Val-NH    -CH(OH)CH(OH)-    $R_{388}$-Val-NH

   Ph                                          Ph

($R_{388}$ = (4-pyridinyl)-$CH_2OC(O)$-)

STAN 034203

EP 0 402 646 A1

229    $R_{389}$-Val-NH    $-CH(OH)CH(OH)-$    $R_{389}$-Val-NH

Ph    Ph

($R_{389}$ = (3-pyridinyl)$-CH_2OC(O)-$)

230    $R_{389}$-Val-NH    $-CH(OH)CH(OH)-$    $R_{389}$-Val-NH

Ph    Ph

($R_{390}$ = (3-pyridinyl)$-CH_2OC(O)-$)

231    $R_{391}$-Val-NH    $-CH(OH)CH(OH)-$    BocNH

Ph    Ph

($R_{391}$ = (2-pyridinyl)$-CH_2OC(O)-$)

232    $R_{392}$-Val-NH    $-CH(OH)CH(OH)-$    $H_2N$

Ph    Ph

($R_{392}$ = (2-pyridinyl)$-CH_2OC(O)-$)

233    $R_{393}$-Val-NH    $-CH(OH)CH(OH)-$

Ph

$HOC(O)CH_2CH_2C(O)NH$

Ph

($R_{393}$ = (2-pyridinyl)$-CH_2OC(O)-$)

234D    $R_{394}$-Val-NH    $-CH(OH)CH(OH)-$    $R_{394}$-Val-NH

Ph    Ph

($R_{394}$ = (2-pyridinyl)$-CH_2N(CH_3)S(O)_2-$)

235G    $R_{395}$  C(O)NH    $-CH(OH)CH(OH)-$    $R_{395}$  C(O)NH

Ph    Ph

($R_{395}$ = (2-pyridinyl)$-CH_2N(CH_3)C(O)CH_2-$)

236    $R_{396}$-Val-NH    $-CH(OH)CH(OH)-$    $R_{396}$-Val-NH

Ph    Ph

($R_{396}$ = (2-pyridinyl)$-CH=CH-C(O)-$)

40

STAN 034204

EP 0 402 646 A1

237   $R_{397}$-Val-NH—CH(Ph)— -CH(OH)CH(OH)-   $R_{397}$-Val-NH—CH(Ph)—

($R_{397}$ = (2-pyridinyl)-$CH_2CH_2C(O)$-)

238   $R_{398}$-Val-NH—CH(Ph)— -CH(OH)-   $R_{398}$-Val-NH—CH(Ph)—

($R_{398}$ = (4-morpholinyl)-$CH_2CH_2OC(O)$-)

239   Cbz-Val-NH—CH(Ph)— -CH(OH)-   Boc-Val-NH—CH(Ph)—

240   Cbz-Val-NH—CH(Ph)— -CH(OH)-   H-Val-NH—CH(Ph)—

241B   $R_{399}$-Val-NH—CH(Ph)— -CH(OH)-   $R_{399}$-Val-NH—CH(Ph)—

($R_{399}$ = (2-thiazolyl)-$CH_2OC(O)$-)

242   $R_{400}$-Val-NH—CH(Ph)— -CH(OH)-   Cbz-Val-NH—CH(Ph)—

($R_{40C}$ = (1-imidazolyl)-$CH_2C(O)$-)

243   $R_{401}$-Val-NH—CH(Ph)— -CH(OH)-   Cbz-Val-NH—CH(Ph)—

($R_{401}$ = (4-morpholinyl)-$CH_2C(O)$-)

244   $R_{402}$-Val-NH—CH(Ph)— -CH(OH)-   $R_{402}$-Val-NH—CH(Ph)—

($R_{402}$ = (2-pyridinyl)-$CH_2NHC(O)$-)

245   $R_{403}$-Val-NH—CH(Ph)— -CH(OH)-   $R_{403}$-Val-NH—CH(Ph)—

($R_{403}$ = (4-pyridinyl)-$C(O)$-)

STAN 034205

EP 0 402 646 A1

246    $R_{404}$-Val-NH—Ph    -CH(OH)-    $R_{404}$-Val-NH—Ph

($R_{404}$ = (3-pyridinyl)-$CH_2CH_2C(O)-$)

247    $R_{405}$-Val-NH—Ph    -CH(OH)CH(OH)-    $R_{405}$-Val-NH—Ph

($R_{405}$ = (3-pyridinyl)-$CH_2OC(O)-$)

248    $R_{406}$-Val-NH—Ph    -CH(OH)CH(OH)-    $R_{398}$-Val-NH—Ph

($R_{406}$ = (4-morpholinyl)-$CH_2CH_2OC(O)-$)

249    $R_{407}$-Val-NH—Ph    -CH(OH)CH(OH)-    BocNH—Ph

($R_{407}$ = (3-pyridinyl)-$CH_2OC(O)-$)

250    Cbz-Val-NH—Ph    -$CH_2SO_2CH_2$-    Cbz-Val-NH—Ph

251    $R_{408}$-Val-NH—Ph    -CH(OH)CH(OH)-    $R_{408}$-Val-NH—Ph

($R_{408}$ = (2-pyridinyl)-$CH_2N(CH_3)S(O)_2-$)

252    $R_{409}$-Val-NH—Ph    -CH(OH)CH(OH)-    $R_{409}$-Val-NH—Ph

($R_{409}$ = (2-pyridinyl)-$CH_2N(CH_3)S(O)_2-$)

253    HO—C(O)NH—Ph    -CH(OH)CH(OH)-    HO—C(O)NH—Ph

254    $R_{410}$-Val-NH—Ph    -CH(OH)-    Cbz-Val-NH—Ph

($R_{410}$ = (1-methyl-3-piperidinyl)-$CH_2OC(O)-$)

42

STAN 034206

EP 0 402 646 A1

255    $R_{411}$-Val-NH—CH(Ph)— —CH(OH)—    Cbz-Val-NH—CH(Ph)—

($R_{411}$ = (1-methyl-2-piperidinyl)-$CH_2OC(O)$-)

256    $R_{412}$-Val-NH—CH(Ph)— —CH(OH)—    $R_{412}$-Val-NH—CH(Ph)—

($R_{412}$ = (1-imidazolyl)-$CH_2C(O)$-)

257    $R_{413}$-Val-NH—CH(Ph)— —CH(OH)CH(OH)— HOC(O)—C(O)NH—CH(Ph)—

($R_{413}$ = (2-pyridinyl)-$CH_2OC(O)$-)

258    $R_{414}$-Val-NH—CH(Ph)— —CH(OH)—    $R_{414}$-Val-NH—CH(Ph)—
                                            $R_{435}$-Val-NH—CH(Ph)—

($R_{414}$ = (2-pyridinyl)-$CH_2CH_2C(O)$-)

259    $R_{415}$-Val-NH—CH(Ph)— —CH(OH)—    $R_{415}$-Val-NH—CH(Ph)—

($R_{415}$ = $PhCH_2NHC(O)$-)

260    $R_{416}$-Val-NH—CH(Ph)— —CH(OH)—    $R_{416}$-Val-NH—CH(Ph)—

($R_{416}$ = (2-pyridinyl)-$CH_2NHC(O)$-)

261    $R_{417}$-Val-NH—CH(Ph)— —CH(OH)—    $R_{417}$-Val-NH—CH(Ph)—

($R_{417}$ = (3-pyridinyl)-$CH_2NHC(O)$-)

262    $CH_3OCH_2O$—C(O)NH—CH(Ph)— —CH(OH)CH(OH)— $CH_3OCH_2O$—C(O)NH—CH(Ph)—

STAN 034207

EP 0 402 646 A1

| | | | |
|---|---|---|---|
| 263 | NH (structure) | $-CH(OH)CF_2-$ | NH (structure) |
| 264 | Cbz-Val-NH (structure) | $-CH(OH)CF_2-$ | Cbz-Val-NH (structure) |
| 265 | Cbz-Val-NH (structure) | $-C(O)CF_2-$ | Cbz-Val-NH (structure) |
| 266C | NH / Ph (structure) | $-CH(OH)CF_2-$ | NH / Ph (structure) |
| 267 | Cbz-Val-NH / Ph (structure) | $-CH(OH)CF_2-$ | Cbz-Val-NH / Ph (structure) |
| 268 | $R_{418}$-Val-NH / Ph (structure) | $-CH(OH)CF_2-$ | $R_{418}$-Val-NH / Ph (structure) |
| | $(R_{418} = (2\text{-pyridinyl})-CH_2OC(O)-)$ | | |
| 269 | $R_{419}$-Val-NH / Ph (structure) | $-CH(OH)CF_2-$ | $H_2N$ / Ph (structure) |
| | $(R_{419} = (2\text{-pyridinyl})-CH_2OC(O)-)$ | | |
| 270 | $R_{420}$-Val-NH / Ph (structure) | $-CH(OH)CF_2-$ | Boc-NH / Ph (structure) |
| | $(R_{420} = (2\text{-pyridinyl})-CH_2OC(O)-)$ | | |
| 271 | $R_{421}$-Val-NH / Ph (structure) | $-CH(OH)CF_2-$ | $n-Pr-S(O)_2NH$ / Ph (structure) |
| | $(R_{421} = (2\text{-pyridinyl})-CH_2OC(O)-)$ | | |

44

STAN 034208

EP 0 402 646 A1

| | | | | |
|---|---|---|---|---|
| 272B | Cba-NH⟍Ph | -CH(OH)CF₂- | | HO⟍Ph |
| 273 | Cbz-Val-NH⟍Ph | -CH(OH)CF₂- | | HO⟍Ph |
| 274 | Cbz-Val-NH⟍Ph | -CH(OH)CF₂- | | O=⟍Ph |
| 275D | Cbz-Val-NH⟍Ph | -CH(OH)CF₂- | | PhCh₂Ch₂- |
| 276 | Cbz-Val-NH⟍Ph | -C(O)CF₂- | | PhCh₂Ch₂- |
| 277 | Cbz-Val-NH⟍Ph | -CH(OH)CF₂- | | C(O)O⟍Ph |
| 278 | Cbz-Val-NH⟍Ph | -CH(OH)CF₂- | | HN—C(O)O⟍Ph |
| 279 | Cbz-Val-NH⟍Ph | -CH(OH)CF₂- | | CH₃O⟍Ph |
| 280 | Cbz-Val-NH⟍Ph | -C(O)CF₂- | | CH₃O⟍Ph |
| 281B | Cbz-Val-NH⟍R₄₂₂S | -CH(OH)CH(OH)- | | Cbz-Val-NH⟍R₄₂₂S |

(R₄₂₂ = 2-pyridinyl)

45

STAN 034209

EP 0 402 646 A1

282B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        R₄₂₃S                                R₄₂₃S

(R₄₂₃ = 1-methylimidazol-2-yl)

283B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        R₄₂₄S                                R₄₂₄S

(R₄₂₄ = 2-pyrimidinyl)

284B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        R₄₂₅S                                R₄₂₅S

(R₄₂₅ = cyclohexyl)

285B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        R₄₂₆S                                R₄₂₆S

(R₄₂₆ = 4-pyridinyl)

286B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        R₄₂₇S                                R₄₂₇S

(R₄₂₇ = tert-butyl)

287B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        R₄₂₈S                                R₄₂₈S

(R₄₂₈ = ethyl)

288C    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH

289B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        Ph                                  Ph

290B    Cbz-Val-NH    -CH(OH)CH(OH)-    Cbz-Val-NH
        (p-HO)-C₆H₄                         (p-HO)-C₆H₄

46

STAN 034210

EP 0 402 646 A1

291    Cbz-Ile-NH      Ph    -CH(OH)-    Cbz-Ile-NH    Ph

292    Cbz-Ile-NH      Ph    -CH(OH)-    Boc-NH    Ph

293B    Cbz-Val-NH      Ph    $-CH(OR_{429})-$    Cbz-Val-NH    Ph

$(R_{429} = (4\text{-methylpiperazin-1-yl})CH_2C(O)-)$

294    Cbz-Val-NH      Ph    $-CH(OR_{430})-$    Cbz-Val-NH    Ph

$(R_{430} = (\text{morpholin-4-yl})CH_2C(O)-)$

295B    Cbz-Val-NH      Ph    $-CH(OR_{431})-$    Cbz-Val-NH    Ph

$(R_{431} = m\text{-}((4\text{-methylpiperazin-1-yl})CH_2)C_6H_4C(O)-)$

296    Cbz-Val-NH      Ph    $-CH(OR_{432})-$    Cbz-Val-NH    Ph

$(R_{432} = m\text{-}((\text{morpholin-4-yl})CH_2)C_6H_4C(O)-)$

297C    Cbz-Val-NH      Ph    $-CH(OR_{433})-$    Cbz-Val-NH    Ph

$(R_{433} = p\text{-}((4\text{-methylpiperazin-1-yl})CH_2)C_6H_4C(O)-)$

298    Cbz-Val-NH      Ph    $-CH(OR_{434})-$    Cbz-Val-NH    Ph

$(R_{434} = p\text{-}((\text{morpholin-4-yl})CH_2)C_6H_4C(O)-)$

299C    Boc-NH      Ph    -C(=NOH)-    Boc-NH    Ph

STAN 034211

EP 0 402 646 A1

| | | | | |
|---|---|---|---|---|
| 300 | Boc-NH / Ph | $-CH(NH_2)-$ | Boc-NH / Ph | |
| 301 | Boc-NH / Ph | (epoxide) | Boc-NH / Ph | |
| 302B | Cbz-Val-NH / Ph | (epoxide) | Cbz-Val-NH / Ph | |
| 303B | C(O)OCH$_2$ / Ph | $-CH(OH)-$ | C(O)OCH$_2$ / Ph | |
| 304B | C(O)-Val-OCH$_2$Ph / Ph | $-CH(OH)-$ | C(O)-Val-OCH$_2$Ph / Ph | |
| 305 | C(O)-Val-OCH$_2$Ph / OH | $-CH(OH)CH(OH)-$ | C(O)-Val-OCH$_2$Ph / OH | |
| 306 | C(O)-Val-OCH$_2$Ph / Ph | $-CH(OH)CH(OH)-$ | C(O)-Val-OCH$_2$Ph / Ph | |
| 307D | C(O)-Val-OCH$_2$Ph / Ph-S | $-CH(OH)CH(OH)-$ | C(O)-Val-OCH$_2$Ph / Ph-S | |
| 308 | Cbz-Val-NH / Ph | $-CH(OC(O)CH_2NH_2)-$ | Cbz-Val-NH / Ph | |

48

STAN 034212

EP 0 402 646 A1

| | No. | Left | Middle | Right |
|---|---|---|---|---|
| | 309 | Cbz-Val-NH — Ph | (epoxide with $F$, $F$) | Cbz-Val-NH — Ph |
| 5 | 310 | Cbz-Val-NH — Ph | $-CH(OH)CH(OH)-$ | Cbz-Val-NH — Ph |
| 10 | 311 | Boc-NH — Ph | (epoxide) | $(Cbz)(PhCH_2)N$ — Ph |
| 15 | 312 | Boc-NH — Ph | (epoxide) | $H_2N$ — Ph |
| 20 | 313 | Boc-NH — Ph | (epoxide) | Boc-NH — Ph |
| | 314 | Boc-NH — Ph | $-CH(OH)CH_2-$ | Boc-NH — Ph |
| 25 | 315B | Boc-NH — Ph | $-CH(OH)CH(NH_2)-$ | Boc-NH — Ph |

49

STAN 034213

EP 0 402 646 A1

316    $R_{435}$-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    $R_{435}$-Val-NH⟍∕⟍

Ph    Ph

(R$_{435}$ = quinolin-2-carbonyl)

317    H-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    H-Val-NH⟍∕⟍

Ph    Ph

318    $R_{436}$-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    $R_{436}$-Val-NH⟍∕⟍

Ph    Ph

(R$_{436}$ = quinolin-2-carbonyl)

319    H-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    H-Val-NH⟍∕⟍

Ph    Ph

320    $R_{437}$-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    $R_{437}$-Val-NH⟍∕⟍

Ph    Ph

(R$_{437}$ = quinolin-2-carbonyl)

321    $R_{438}$-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    $R_{438}$-Val-NH⟍∕⟍

Ph    Ph

(R$_{438}$ = indole-2-carbonyl)

322    $R_{439}$-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    $R_{439}$-Val-NH⟍∕⟍

Ph    Ph

(R$_{439}$ = indole-2-carbonyl)

323    $R_{440}$-Val-NH⟍∕⟍    -CH(OH)CH(OH)-    $R_{440}$-Val-NH⟍∕⟍

Ph    Ph

(R$_{440}$ = indole-2-carbonyl)

STAN 034214

EP 0 402 646 A1

324  $R_{441}$—C(O)NH— ... Ph    —CH(OH)CH(OH)—    $R_{441}$—C(O)NH— ... Ph

$R_{441}$ =

325  $R_{442}$—C(O)NH— ... Ph    —CH(OH)CH(OH)—    $R_{442}$—C(O)NH— ... Ph

$R_{442}$ =

326  t-BuOC(O)CH$_2$NH— ... Ph    —CH(OH)CH(OH)—    t-BuOC(O)CH$_2$NH— ... Ph

327C  H$_2$N— ... $R_{443}$    —CH(OH)CH(OH)—    H$_2$N— ... $R_{443}$

($R_{443}$ = 2-formylphenyl)

328  ... NH    —CH(OH)CH(OH)—    ... NH

329  ... N—$R_{444}$    —CH(OH)CH(OH)—    ... N—$R_{444}$

($R_{444}$ = -C(O)NH-t-butyl)

330E  ... $R_{445}$ NCH$_2$—    —CH(OH)—    ... $R_{445}$ NCH$_2$—

($R_{445}$ = -C(O)NH-t-butyl)

331  ... $R_{446}$ NCH$_2$—    —CH(OH)—    ... $R_{446}$ NCH$_2$—

($R_{446}$ = -C(O)NH-t-butyl)

332B  ... $R_{447}$ NCH$_2$—    —CH(OH)CH(OH)—    ... $R_{447}$ NCH$_2$—

($R_{447}$ = -C(O)NH-t-butyl)

333  ... $R_{448}$ NCH$_2$—    —CH(OH)CH(OH)—    ... $R_{448}$ NCH$_2$—

($R_{448}$ = -C(O)NH-t-butyl)

51

STAN 034215

EP 0 402 646 A1

The compounds of the invention can be prepared as shown in Schemes 1-13. The syntheses of segments (II), (III), (IV), and (V) are described in the Examples. The process shown in Scheme 1 discloses the condensation of carboxylic or sulfonic acid G - OH to segments (II) and (III) in the presence of a coupling reagent to give (VI) and (VII), respectively. The process shown in Scheme 1 also discloses the condensation of segments (IV) and (V) to $NR_{15}R_{16}$ in the presence of a coupling reagent to give (VIII) and (IX), respectively. Coupling reagents known in the art which can be used include, but are not limited to, dicyclohexylcarbodiimide (DCC), 3-ethyl-3'-(dimethylamino)propylcarbodiimide (EDC), bis(2-oxo-3-ox-azolidinyl)-phosphinic chloride (BOP-Cl), dipenylphosphoryl azide (DPPA) and the like.

In addition to the use of the carboxylic acids or sulfonic acids shown in the scheme, acid halide and other activated ester derivatives of the carboxylic acid or sulfonic acid are useful for the coupling reactions with (II), (III), and $HNR_{15}R_{16}$. Acid halide derivatives include the acid chloride. Activated ester derivatives include activated esters commonly used by those skilled in the art for activating carboxylic acid groups for coupling with an amine to form an amide bond or for coupling with an alcohol to form an ester bond including, but not limited to, formic and acetic acid derived anhydrides, anhydrides derived from alkoxycarbonyl halides such as isobutyloxycarbonylchloride and the like, N-hydroxysuccinimide derived esters, N-hydroxyphthalimide derived esters, N-hydroxybenzotriazole derived esters, N-hydroxy-5-norbornene-2,3-dicarboxamide derived esters, 2,4,5-trichlorophenol derived esters and the like.

The compounds of the invention having a fluorinated X group can be prepared as shown in the synthetic Scheme 2. The process shown in the synthetic scheme shows the preparation of the key intermediate XV. The synthesis starts with a protected amino alcohol X, which was oxidized by Swern oxidation to the corresponding aldehyde XI. Reformatsky reaction with ethyl bromodifluoroacetate provided XII. Deprotection of XII, followed by treatment with phosgene gave XIII which upon hydrolysis of the ester and treatment with an organometallic such as an alkyllithium or alkyl Grignard provided compound XIV. Oxime formation from XIV and hydrogenation, followed by basic hydrolysis of the oxazolidinone ring gave the key intermediate XV. Coupling of protected amino acid, or amino acid derivatives or peptidyl fragments J to the intermediate XV provides the compounds of the invention XVI. Oxidation of XVI provided the compounds of the invention XVII.

Compounds of the invention wherein X is -CH($OR_{201}$)-can be prepared as shown in Scheme 3. The process shown in Scheme 3 discloses the reduction and subsequent addition of vinylmagnesium bromide to protected aminoester XVIII. The resulting allylic alcohol XIX is mesylated to provide XX, which is treated with a Grignard reagent and catalytic CuCN to provide olefin XXI. Epoxidation of XXI leads to XXII which is regioselectively opened with azide anion to provide XXIII. Reduction of the azide gives XXIV and deprotection provides XXV, both of which can be coupled according to Scheme 1 to provide compounds of the invention.

Compounds of the invention wherein X is -CH($OR_{201}$)-CH($OR_{202}$)- can be prepared as shown in Scheme 4. The process shown in Scheme 4 discloses the oxidation of XXVI to protected aminoaldehyde XXVII. Reductive dimerization of XXVII provides the doubly protected diaminodiol XXVIII, which is deprotected to give diaminodiol XXIX. Coupling of XXIX according to Scheme 1 provides compounds of the invention.

Compounds of the invention of the the type XXXII, in which d = 0 or 1 and $R_3$ and $R_{500}$ are as defined above, may be prepared as outlined in Scheme 5. Thus the known aziridine XXX (Y. L. Merrer, et al *Heterocycles*, 1987, 25, 541-548) is acylated (e.g. with G = Cbz-valine), sulfonated (e.g. with G = p-toluene sulfonic acid), or phosphorylated (e.g. with G = diphenylphosphinic acid), to provide compounds of the formula XXXI. These compounds are in turn treated with various nucleophiles, such as thiols, alcohols, amines, or organometallic reagents, which serve to open the aziridine ring. The acetonide can be removed by acid hydrolysis. When G is a sulfonic acid residue, e.g. p-toluenesulfonyl, this group may be removed reductively, for example, with sodium in liquid ammonia or with sodium napthalenide, to provide compounds of the formula XXXII wherein G is hydrogen. These compounds, in turn, can be N-acylated with protected amino acids, e.g. Cbz-valine, to provide additional compounds of the formula XXXII.

As outlined in Scheme 6, compounds of the invention of the formula XXXVI and XXXVII may be prepared by acylation of XXXIII with bromoacetyl bromide, followed by displacement of the bromide with various amine nucleophiles. $R_{600}$ and $R_{601}$ may be selected independently from hyrodgen and alkyl, or may constititue a heterocyclic ring incorporating the nitrogen to which the are appended, e.g., rings such as morpholine, piperidine, and piperazine. Compounds of the invention of formula XL and XLI may be prepared by acylation of XXXIII with (chloromethyl)benzoyl chloride, followed by displacement of the benzylic chloride group with various amine nucleophiles.

As outlined in Scheme 7, compounds of the invention of formula XLV and XLVI, and L and LI, are prepared in analogous fashion from compounds XLII and XLVII.

52

STAN 034216

EP 0 402 646 A1

As outlined in Scheme 8, compounds of the invention of the formula LIII are prepared from compounds of the formula LII by treatment with diazomethane. Compounds of the formula LIV may be oxidized to ketones of the formula LV by treatment with the oxalyl chloride/DMSO reagent followed by treatment with triethylamine. Ketones of the formula LV may be converted to epoxides of the formula LVI by treatment with
5   diazomethane.

As outlined in Scheme 9, the compound of the formula LVII (C. H. Chen, et al, *J. Org. Chem.*, 1981, 46, 2752-2757.)is converted to the compound of the formula LVIII by hydrogenation, reduction with sodium borohydride, followed by saponification of the ester to provide the diacid. This compound is in turn, coupled with various amino acid esters or amides to provide compounds of the formula LIX, wherein $R_{803}$ may be
10  NH or O, and $R_3$ is as defined above.

As outlined in Scheme 10, compounds of the formula LX (W.N. Haworth, et al, *J. Chem. Soc.*, 1944, 217.) are treated with amino acid esters or amides, followed by acetone with an acid catalyst, followed by triflic anhydride to provide compounds of the formula LXI, wherein $R_{803}$ may be NH or O, and $R_3$ is as defined above. These compounds are in turn treated with various alcohol, thiol, or amine nucleophiles,
15  followed by acid catalyzed hydrolysis of the acetonide, to provide compounds of the formula LXII, wherein $R_{803}$ may be NH or O, and $R_3$ and $R_{500}$ are as defined above.

As outlined in Scheme 11, the diepoxide LXIII (R.S. Tipson, et al, *Carbohydrate Research*, 1968, 7, 232-243.) is converted to the diester of the formula LXIV by oxidation, first with the DMSO/oxalyl chloride/triethylamine reagent (Swern reagent) to the dialdehyde, and then with bromine in methanol/aqueous
20  sodium bicarbonate. This compound is in turn treated with various alcohol, thiol, or amine nucleophiles, or with organometallic nucleophiles, followed by protection of the alcohols with a protecting group P', to provide compounds of the formula LXV, wherein d = 0 or 1, and $R_{500}$ and $R_3$ are as defined above. Saponification of LXV followed by coupling with various amino acid esters or amides and deprotection of the alcohol protecting groups provides compounds of the formula LXVI, wherein $R_{803}$ may be NH or O, d =
25  0 or 1,and $R_{500}$ and $R_3$ are as defined above.

As outlined in Scheme 12, the compound of the formula LXIII may be oxidized with the Swern reagent in a solvent like THF, and without isolation, treated with an organometallic reagent, such as a Grignard reagent, to provide compounds of the formula LXVII. These compounds, may in turn, be converted to the carbamates LXVIII with an isocyante, wherein $R_{804}$ is hydrogen or benzyl or subsituted benzyl. These
30  carbamates may then be treated with a strong base such as potassium t-butoxide or sodium hydride in a suitable solvent such as THF, and the resulting cyclic carbamates treated with hydrogen over a palladium catalyst to provide compounds of the formula LXIX.

As outlined in Scheme 13, compounds of the formula LV may be converted to the oxime LXX with hydroxylamine hydrochloride in the presence of pyridine. These compounds may then be reduced with
35  hydrogen over a catalyst to provide compounds of the formula LXXI.

40

45

50

55

STAN 034217

EP 0 402 646 A1

Scheme 1



5

$$H_2N \underset{R_3}{\overset{\phantom{x}}{\diagup}} X - B \quad \xrightarrow[\text{Coupling Reagent}]{G - OH} \quad G - NH \underset{R_3}{\overset{\phantom{x}}{\diagup}} X - B$$

(II)                                              (VI)

10

$$HO \underset{R_3}{\overset{\phantom{x}}{\diagup}} X - B \quad \xrightarrow[\text{Coupling Reagent}]{G - OH} \quad G - O \underset{R_3}{\overset{\phantom{x}}{\diagup}} X - B$$

15

(III)                                             (VII)

20

$$B - X \underset{R_6}{\overset{O}{\diagup}} \overset{OH}{\underset{R_5}{\diagup}} \quad \xrightarrow[\text{Coupling Reagent}]{HNR_{15}R_{16}} \quad B - X \underset{R_6}{\overset{O}{\diagup}} \overset{NR_{15}R_{16}}{\underset{R_5}{\diagup}}$$

(IV)                                              (VIII)

25

$$B - X \underset{R_7 \; R_8}{\overset{O}{\diagup}} OH \quad \xrightarrow[\text{Coupling Reagent}]{HNR_{15}R_{16}} \quad B - X \underset{R_7 \; R_8}{\overset{O}{\diagup}} NR_{15}R_{16}$$

30

(V)                                               (IX)

35

40

45

50

55

54

**STAN 034218**

EP 0 402 646 A1

Scheme 2

STAN 034219

EP 0 402 646 A1

Scheme 3

STAN 034220

EP 0 402 646 A1

Scheme 4



XXVI

XXVII

XXVIII

XXIX

SCHEME 5



XXX

XXXI

XXXII

57

STAN 034221

EP 0 402 646 A1

SCHEME 6

STAN 034222

EP 0 402 646 A1

SCHEME 7

STAN 034223

EP 0 402 646 A1

SCHEME 8



LII        LIII

LIV        LV        LVI

SCHEME 9



LVII        LVIII

LIX

STAN 034224