# Exhibit 9 – Part 7 of 7

Dockets.Justia.com

EP 0 402 646 A1

A. (2S,3S)-2,3-O-Isopropylidene-1,4-bis-(3-((t-butyl)amino)carbonyl-1,2,3,4-tetrahydroisoquinolin-2-yl)-butan-2,3-diol.

5      Using the procedure of Examaple 201A but replacing L-valine methyl ester hydrochloride with the resultant compound of Example 330C and replacing benzyl bromoacetate with 2,3-isopropylidenethreitol 1,4-ditosylate provided the desired compound.

10                                Example 333

A. (2S,3S)-2,3-O-Isopropylidene-1,4-bis-(3-((t-butyl)amino)carbonyl-decahydroisoquinolin-2-yl)-butan-2,3-diol.
15

         Using the procedure of Example 211 with the resultant compound of Example 332 provided the desired compound.

20
    Fluorogenic Assay for Screening Inhibitors of HIV Protease

         The inhibitory potency of the compounds of the invention can be determined by the following method.
         A compound of the invention is dissolved in DMSO and a small aliquot further diluted with DMSO to
25  100 times the final concentration desired for testing. The reaction is carried out in a 6 X 50 mm tube in a total volume of 300 microliters. The final concentrations of the components in the reaction buffer are: 125 mM sodium acetate, 1 M sodium chloride, 5 mM dithiothreitol, 0.5 mg/ml bovine serum albumin, 1.3 uM fluorogenic substrate, 2% (v/v) dimethylsulfoxide, pH 4.5. After addition of inhibitor, the reaction mixture is placed in the fluorometer cell holder and incubated at 30°C for several minutes. The reaction is initiated by
30  the addition of a small aliquot of cold HIV protease. The fluorescence intensity (excitation 340 nM, emmision 490 nM) is recorded as a function of time. The reaction rate is determined for the first six to eight minutes. The observed rate is directly proportional to the moles of substrate cleaved per unit time. The percent inhibition is 100 X (1 - (rate in presence of inhibitor)/(rate in absence of inhibitor)).
         Fluorogenic substrate: Dabcyl-Ser-Gln-Asp-Tyr-Pro-Ile-Val-Gln-EDANS wherein DABCYL = 4-(4-
35  dimethylaminophenyl)azobenzoic acid and EDANS = 5-((2-aminoethyl)amino)naphthalene-1-sulfonic acid.
         Compounds of the invention inhibit HIV-1 protease at concentrations between 0.01 nM and 500,000 nM. Table 3 shows the inhibitory potencies of specific compounds of the invention against HIV-1 protease.

40


45


50


55


                                181

STAN 034345

EP 0 402 646 A1

TABLE 3

| Compound of Example | Percent Inhibition | Inhibitor Concentration (micromolar) |
|---|---|---|
| 12 | 75 | 50 |
| 34C | 95 | 270 |
| 35 | 68 | 50 |
| 43C | 94 | 270 |
| 55 | 37 | 0.01 |
| 59 | 50 | 0.01 |
| 62 | 100 | 270 |
| 65 | 79 | 0.1 |
| 66 | 95 | 0.1 |
| 68 | 51 | 0.91 |
| 70 | 75 | 0.01 |
| 160D | 47 | 0.005 |
| 161C | 59 | 0.005 |
| 162C | 63 | 0.005 |

STAN 034346

EP 0 402 646 A1

| | | |
|---|---|---|
| 163C | 59 | 0.0025 |
| 165C | 40 | 0.005 |
| 166C | 31 | 0.005 |
| 170B | 40 | 0.01 |
| 172B | 74 | 0.001 |
| 178 | 58 | 0.005 |
| 182 | 59 | 0.0025 |
| 183 | 70 | 0.001 |
| 202 | 82 | 0.1 |
| 203 | 62 | 0.01 |
| 206 | 44 | 0.01 |
| 209 | 56 | 0.001 |
| 210 | 65 | 0.001 |
| 211 | 67 | 0.1 |
| 213 | 86 | 0.005 |
| 214 | 73 | 0.005 |
| 215 | 81 | 0.001 |
| 216 | 84 | 0.001 |
| 217 | 78 | 0.001 |
| 218 | 45 | 0.001 |
| 219 | 68 | 0.001 |
| 220 | 62 | 0.001 |
| 221 | 53 | 0.05 |
| 222 | 78 | 0.1 |
| 223 | 38 | 0.001 |
| 224 | 62 | 0.005 |
| 225 | 74 | 0.005 |
| 228 | 44 | 0.002 |
| 229 | 78 | 0.001 |
| 230 | 69 | 0.001 |
| 231 | 67 | 0.005 |

5
10
15
20
25
30
35
40
45
50
55

STAN 034347

EP 0 402 646 A1

|     |     |       |
| --- | --- | ----- |
| 233 | 68  | 0.01  |
| 235 | 45  | 0.01  |
| 237 | 69  | 0.001 |
| 238 | 35  | 0.1   |
| 239 | 53  | 0.1   |
| 240 | 52  | 0.01  |
| 241 | 63  | 0.01  |
| 242 | 31  | 0.01  |
| 243 | 53  | 0.005 |
| 244 | 33  | 0.001 |
| 245 | 82  | 0.1   |
| 246 | 81  | 0.1   |
| 247 | 74  | 0.001 |
| 248 | 33  | 0.01  |
| 249 | 40  | 0.001 |
| 251 | 60  | 0.1   |
| 252 | 56  | 0.05  |
| 254 | 79  | 0.05  |
| 255 | 49  | 0.05  |
| 258 | 46  | 0.01  |
| 259 | 78  | 0.005 |
| 264 | 45  | 0.005 |
| 265 | 62  | 0.001 |
| 267 | 92  | 0.005 |
| 267 | 53  | 0.001 |
| 268 | 71  | 0.001 |
| 269 | 47  | 0.1   |
| 270 | 48  | 0.01  |
| 276 | 51  | 0.005 |
| 280 | 41  | 0.01  |
| 281 | 30  | 0.01  |
| 283 | 70  | 0.1   |
| 284 | 87  | 0.1   |
| 291 | 52  | 0.005 |
| 292 | 36  | 0.01  |

184

STAN 034348

EP 0 402 646 A1

Antiviral Activity

   The anti-HIV activity of the compounds of the invention can be determined by the following method.
   A mixture of 0.1 ml ($2 \times 10^5$ cells/ml) of H9 cells and 0.1 ml (100 infectious units) of HIV-1$_{3B}$ was
5  incubated on a shaker for 2 h at 37°C. The resulting culture was washed three times and resuspended into
   2 ml of medium containing 10 ul of a compound of the invention in dimethylsulfoxide. The control culture
   was treated in an identical manner except no compound was added to the medium. Aliquots of culture
   supernatants were removed at 3 time points, usually 4, 7 and 10 days, and monitored for HIV-1 antigen EIA
   (HIVAG-1) (Paul, et al., J. Med. Virol., 22 357 (1987)). Cell viability was determined by trypan blue dye
10 exclusion, and cells were refed with media containing compound (except for control wells which were refed
   with media only) at these time points. Per cent inhibition of HIV by the compound was determined by
   comparing HIV antigen levels in the supernatants of infected cells incubated with compound to supernatants
   from the control culture without compound. The IC$_{50}$ is the concentration of compound that gives 50%
   inhibition of HIV activity. The LD$_{50}$ is the concentration of compound at which 50% of the cells remain
15 viable.
   Table 4 shows the inhibitory potencies of compounds of the invention against HIV-1 in H9 cells:

TABLE 4

| Compound of Example | IC$_{50}$ (micromolar) | LD$_{50}$ (micromolar) |
|---|---|---|
| 55 | 0.17-0.24 | 20 |
| 70 | 0.3-0.8 | 120 |
| 160 | 0.3-0.8 | 15 |
| 161 | 0.6-1.1 | 20 |
| 162 | 0.6-1.0 | 25 |
| 163 | 0.6-1.1 | >100 |
| 165 | 0.5-1.0 | >100 |
| 166 | 6.1-9.4 | 21 |
| 169 | 6.2-11.2 | 54 |
| 172 | 0.12 | 11 |
| 174 | 1.1-2.7 | >100 |
| 175 | 0.75-1.1 | >100 |
| 206 | 2.3-4.5 | 25 |
| 209 | 0.015-0.027 | 60 |
| 210 | 0.05-0.07 | >100 |
| 213 | 0.54 | 30 |
| 215 | 0.10 | >100 |
| 216 | 0.04-0.1 | >100 |
| 218 | 0.42 | >100 |
| 219 | 0.05-0.1 | >100 |
| 220 | 0.09-0.18 | >100 |
| 225 | 0.27 | >100 |
| 237 | 0.4-1.6 | >100 |

185

STAN 034349

EP 0 402 646 A1

| | | |
|---|---|---|
| 241 | 2.4-5.0 | 75 |
| 242 | 4.50 | >100 |
| 244 | 0.5-1.0 | >100 |
| 247 | 0.25 | 180 |
| 248 | 1.2-7.5 | >100 |
| 249 | 0.3-0.9 | 45 |
| 268 | 0.11-0.22 | 25 |
| 269 | 3-6 | 130 |
| 270 | 4-15 | 35 |
| 286 | 2-6 | 20 |

Additionally a decrease in infectivity of HIV as a measure of anti-HIV activity of the compounds of the invention can be assessed as follows:

After incubation of the culture containing a compound of the invention as descrived above for approximately 6 days (range: 4-10 days), an aliquot (0.1 ml) of the supernatant was withdrawn, 5-fold dilutions were made in media, and these dilutions were then incubated with fresh H9 cells ($4 \times 10^5$ cells/ml) on a shaker for 2 hr at $37^\circ$ C. The resulting cultures were washed three times, resuspended in 2 ml of medium with and without compound, and incubated and maintained as above. Production of virus in the culture supernatant was monitered at various time points using the Abbott HIV-1 antigen EIA. Loss of infectivity was determined by comparing HIV antigen end point dilutions of cultures with and without compound. In this manner, the compound of Example 70 reduced the HIV infectivity 25-fold.

The compounds of the present invention can be used in the form of salts derived from inorganic or organic acids. These salts include but are not limited to the following: acetate, adipate, alginate, citrate, aspartate, benzoate, benzenesulfonate, bisulfate, butyrate, camphorate, camphorsulfonate, digluconate, cyclopentanepropionate, dodecylsulfate, ethanesulfonate, glucoheptanoate, glycerophosphate, hemisulfate, heptanoate, hexanoate, fumarate, hydrochloride, hydrobromide, hydroiodide, 2-hydroxy-ethanesulfonate, lactate, maleate, methanesulfonate, nicotinate, 2-naphthalenesulfonate, oxalate, pamoate, pectinate, persulfate, 3-phenylpropionate, picrate, pivalate, propionate, succinate, tartrate, thiocyanate, tosylate, mesylate and undecanoate. Also, the basic nitrogen-containing groups can be quaternized with such agents as loweralkyl halides, such as methyl, ethyl, propyl, and butyl chloride, bromides, and iodides; dialkyl sulfates like dimethyl, diethyl, dibutyl, and diamyl sulfates, long chain halides such as decyl, lauryl, myristyl and stearyl chlorides, bromides and iodides, aralkyl halides like benzyl and phenethyl bromides, and others. Water or oil-soluble or dispersible products are thereby obtained.

Examples of acids which may be employed to form pharmaceutically acceptable acid addition salts include such inorganic acids as hydrochloric acid, sulphuric acid and phosphoric acid and such organic acids as oxalic acid, maleic acid, succinic acid and citric acid. Other salts include salts with alkali metals or alkaline earth metals, such as sodium, potassium, calcium or magnesium or with organic bases.

The compounds of the present invention can also be used in the form of esters. Examples of such esters include a hydroxyl-substituted compound of formula I which has been acylated with a blocked or unblocked amino acid residue, a phosphate function, a hemisuccinate residue or a benzoyl group which is substituted on the phenyl ring with $-NR_{800}R_{801}$ wherein $R_{800}$ and $R_{801}$ are independently selected from hydrogen and loweralkyl or the group $-NR_{800}R_{801}$ forms a nitrogen containing heterocyclic ring. The amino acid esters of particular interest are glycine and lysine; however, other amino acid residues can also be used, including those wherein the amino acyl group is $-C(O)CH_2NR_{800}R_{801}$ wherein $R_{800}$ and $R_{801}$ are independently selected from hydrogen and loweralkyl or the group $-NR_{800}R_{801}$ forms a nitrogen containing heterocyclic ring. These esters serve as pro-drugs of the compounds of the present invention and serve to increase the solubility of these substances in the gastrointestinal tract. These esters also serve to increase solubility for intravenous administration of the compounds. These pro-drugs are metabolized in vivo to provide the hydroxyl-substituted compound of formula I. The preparation of the pro-drug esters is carried out by reacting a hydroxyl-substituted compound of formula I with an activated amino acyl, phosphoryl, hemisuccinyl or substituted benzoyl derivative as defined above. The resulting product is then deprotected to provide the desired pro-drug ester.

The compounds of the present invention are useful for the treatment or prophylaxis of diseases caused

186

STAN 034350

EP 0 402 646 A1

by retroviruses in mammals (especially humans) and are particularly useful for the treatment or prophylaxis of acquired immune deficiency syndrome or an HIV infection.

Total daily dose administered to a host in single or divided doses may be in amounts, for example, from 0.001 to 10 mg/kg body weight daily and more usually 0.01 to 1 mg. Dosage unit compositions may
5 contain such amounts of submultiples thereof to make up the daily dose.

The amount of active ingredient that may be combined with the carrier materials to produce a single dosage form will vary depending upon the host treated and the particular mode of administration.

It will be understood, however, that the specific dose level for any particular patient will depend upon a variety of factors including the activity of the specific compound employed, the age, body weight, general
10 health, sex, diet, time of administration, route of administration, rate of excretion, drug combination, and the severity of the particular disease undergoing therapy.

The compounds of the present invention may be administered orally, parenterally, by inhalation spray, by aerosols, rectally, or topically in dosage unit formulations containing conventional nontoxic pharmaceutically acceptable carriers, adjuvants, and vehicles as desired. Topical administration may also involve the
15 use of sublingual dosage forms, transdermal administration such as transdermal patches or iontophoresis devices. The term parenteral as used herein includes subcutaneous injections, intravenous, intramuscular, intrasternal injection, or infusion techniques.

Injectable preparations, for example, sterile injectable aqueous or oleageous suspensions may be formulated according to the known art using suitable dispersing or wetting agents and suspending agents.
20 The sterile injectable preparation may also be a sterile injectable solution or suspension in a nontoxic parenterally acceptable diluent or solvent, for example, as a solution in 1,3-butanediol. Among the acceptable vehicles and solvents that may be employed are water, Ringer's solution, and isotonic sodium chloride solution. In addition, sterile, fixed oils are conventionally employed as a solvent or suspending medium. For this purpose any bland fixed oil may be employed including synthetic mono- or diglycerides.
25 In addition, fatty acids such as oleic acid find use in the preparation of injectables.

Suppositories for rectal administration of the drug can be prepared by mixing the drug with a suitable nonirritating excipient such as cocoa butter and polyethylene glycols which are solid at ordinary temperatures but liquid at the rectal temperature and will therefore melt in the rectum and release the drug.

Solid dosage forms for oral administration may include capsules, tablets, pills, powders, and granules.
30 In such solid dosage forms, the active compound may be admixed with at least one inert diluent such as sucrose lactose or starch. Such dosage forms may also comprise, as is normal practice, additional substances other than inert diluents, e.g., lubricating agents such as magnesium stearate. In the case of capsules, tablets, and pills, the dosage forms may also comprise buffering agents. Tablets and pills can additionally be prepared with enteric coatings.
35 Liquid dosage forms for oral administration may include pharmaceutically acceptable emulsions, solutions, suspensions, syrups, and elixirs containing inert diluents commonly used in the art, such as water. Such compositions may also comprise adjuvants, such as wetting agents, emulsifying and suspending agents, and sweetening, flavoring, and perfuming agents.

The present agents can also be administered in the form of liposomes. As is known in the art,
40 liposomes are generally derived from phospholipids or other lipid substances. Liposomes are formed by mono- or multi-lamellar hydrated liquid crystals that are dispersed in an aqueous medium. Any non-toxic, physiologically acceptable and metabolizable lipid capable of forming liposomes can be used. The present compositions in liposome form can contain, in addition to a compound of the present invention, stabilizers, preservatives, excipients, and the like. The preferred lipids are the phospholipids and the phosphatidyl
45 cholines (lecithins), both natural and synthetic.

Methods to form liposomes are known in the art. See, for example, Prescott, Ed., Methods in Cell Biology, Volume XIV, Academic Press, New York, N. Y. (1976), p. 33 et seq.

While the compounds of the invention can be administered as the sole active pharmaceutical agent, they can also be used in combination with one or more immunomodulators, antiviral agents, other
50 antiinfective agents or vaccines. Other antiviral agents to be administered in combination with a compound of the present invention include AL-721, beta interferon, polymannoacetate, ganciclovir, dideoxycytidine, trisodium phosphonoformate, HPA-23, eflornithine, Peptide T, Reticulose (nucleophosphoprotein), zidovudine (AZT), ansamycin LM 427, trimetrexate, UA001, ribavirin, alpha interferon and acyclovir. Immunomodulators that can be administered in combination with a compound of the present invention
55 include bropirimine, Ampligen, anti-human alpha interferon antibody, colony stimulating factor, CL246,738, Imreg-1, Imreg-2, diethyldithiocarbamate, interleukin-2, alpha-interferon, inosine pranobex, methionine enkephalin, muramyl-tripeptide, TP-5, erythropoietin, naltrexone and tumor necrosis factor. Other antiinfective agents that can be administered in combination with a compound of the present invention include

STAN 034351

EP 0 402 646 A1

pentamidine isethionate. Any of a variety of HIV or AIDS vaccines can be used in combination with a compound of the present invention.

It will be understood that agents which can be combined with the compounds of the present invention for the treatment or prophylaxis of AIDS or an HIV infection are not limited to those listed above, but include in principle any agents useful for the treatment or prophylaxis of AIDS or an HIV infection.

When administered as a combination, the therapeutic agents can be formulated as separate compositions which are given at the same time or different times, or the therapeutic agents can be given as a single composition.

The foregoing is merely illustrative of the invention and is not intended to limit the invention to the disclosed compounds. Variations and changes which are obvious to one skilled in the art are intended to be within the scope and nature of the invention which are defined in the appended claims.

**Claims**

1. A compound of the formula:

A - X - B

wherein X is

STAN 034352

EP 0 402 646 A1

wherein $R_1$ and $R_2$ are independently selected from

(1) hydrogen,

(2) loweralkyl,

(3) hydroxyalkyl and

(4) alkoxyalkyl; and

$R_{201}$ and $R_{202}$ are independently selected from

(1) hydrogen,

(2) alkoxyalkyl,

(3) thioalkoxyalkyl and

(4) alkoxyalkoxyalkyl;

$R_{203}$ is loweralkyl;

$R_{204}$ is loweralkyl;

$R_{205}$ and $R_{206}$ are independently selected from

(1) hydrogen

(2) loweralkyl

(3) alkoxyalkyl;

R is hydrogen or halogen;

$R'$ is hydrogen, halogen, loweralkyl, -NH$_2$, -NH(loweralkyl) or -OR$_{206}$ wherein $R_{206}$ is defined as above;

$R''$ is -NH$_2$, -NH(loweralkyl) or -OR$_{206}$ wherein $R_{206}$ is independently defined as above;

$R'''$ is halogen; and

q is 2 or 3;

A is

(1) substituted amino,

(2) substituted carbonyl,

(3) functionalized imino,

189

STAN 034353

EP 0 402 646 A1

(4) functionalized alkyl,

(5) functionalized acyl,

(6) functionalized heterocyclic or

(7) functionalized (heterocyclic)alkyl; and

B is

(1) substituted carbonyl independently defined as herein,

(2) substituted amino independently defined as herein,

(3) functionalized imino independently defined as herein,

(4) functionalized alkyl independently defined as herein,

(5) functionalized acyl independently defined as herein,

(6) functionalized heterocyclic independently defined as herein or

(7) functionalized (heterocyclic)alkyl independently defined as herein;

or a pharmaceutically acceptable salt, ester or prodrug thereof.

2. The compound of Claim 1 wherein A is functionalized alkyl or functionalized acyl; B is functionalized alkyl or functionalized acyl; and X is $-CH(OR_{201})-$, $-CH(OR_{201})CH(OR_{202})-$, $-C(O)-C(R)(R')-$ or $-CH(R'')-C(R)-(R')-$ wherein $R_{201}$ and $R_{202}$ are independently selected from hydrogen, alkoxyalkyl, thioalkoxyalkyl and alkoxyalkoxyalkyl; R is hydrogen or halogen; R' is hydrogen, halogen, loweralkyl, $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is hydrogen, loweralkyl or alkoxyalkyl; and R'' is $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is independently defined as above.

3. A compound of the formula:

A - X - B

wherein X is $-CH(OR_{201})-$, $-CH(OR_{201})CH(OR_{202})-$, $-C(O)-C(R)(R')-$ or $-CH(R'')-C(R)(R')-$ wherein $R_{201}$ and $R_{202}$ are independently selected from hydrogen, alkoxyalkyl, thioalkoxyalkyl and alkoxyalkoxyalkyl; R is hydrogen or halogen; R' is hydrogen, halogen, loweralkyl, $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is hydrogen, loweralkyl or alkoxyalkyl; and R'' is $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is independently defined as above;

A is

(1) substituted amino,

(2) substituted carbonyl,

(3) functionalized imino,

(4) functionalized alkyl,

(5) functionalized acyl,

(6) functionalized heterocyclic or

(7) functionalized (heterocyclic)alkyl; and

B is

(1) substituted carbonyl independently defined as herein,

(2) substituted amino independently defined as herein,

(3) functionalized imino independently defined as herein,

(4) functionalized alkyl independently defined as herein,

(5) functionalized acyl independently defined as herein,

(6) functionalized heterocyclic independently defined as herein or

(7) functionalized (heterocyclic)alkyl independently defined as herein;

or a pharmaceutically acceptable salt, prodrug or ester thereof.

4. A compound of the formula:

A - X - B

wherein X is $-CH(OR_{201})CH(OR_{202})-$ wherein $R_{201}$ and $R_{202}$ are independently selected from hydrogen, alkoxyalkyl, thioalkoxyalkyl and alkoxyalkoxyalkyl; and A and B are $-CH(Z)(R_3)$ wherein $R_3$ is (aryl)alkyl or (heterocyclic)alkyl and Z is $-N(R_9)(G)$ wherein $R_9$ is hydrogen or loweralkyl and G is $R_{17}-R_{800}-C(T)-E-CH-(R_3')-C(T)-$ wherein $R_{17}$ is (aryl)alkyl or (heterocyclic)alkyl, $R_{800}$ is O, S or $-N(R_{17})-$ wherein $R_{17}$ is hydrogen or loweralkyl, T is independently selected at each occurrence from O or S, E is O, S or $-NH-$ or $-N-(loweralkyl)-$ and $R_3'$ is loweralkyl;

or a pharmaceutically acceptable salt, prodrug or ester thereof,

5. A compound of the formula:

A - X - B

wherein X is $OCH(OR_{201})-$, $-C(O)-C(R)(R')-$ or $-CH(R'')-C(R)(R')-$ wherein $R_{201}$ and $R_{202}$ are independently selected from hydrogen, alkoxyalkyl, thioalkoxyalkyl and alkoxyalkoxyalkyl; R is halogen; R' halogen; and R'' is $-NH_2$, $-NH(loweralkyl)$ or $-OR_{206}$ wherein $R_{206}$ is hydrogen, loweralkyl or alkoxyalkyl; and

A and B are $-CH(Z)(R_3)$ wherein $R_3$ is (aryl)alkyl or (heterocyclic)alkyl and Z is $-N(R_9)(G)$ wherein $R_9$ is

190

STAN 034354

EP 0 402 646 A1

hydrogen or loweralkyl and G is $R_{17}$-$R_{800}$-C(T)-E-CH($R_9'$)-C(T)-wherein $R_{17}$ is (aryl)alkyl or (heterocyclic)-alkyl, $R_{800}$ is O, S or -N($R_{17}$)- wherein $R_{17}$ is hydrogen or loweralkyl, T is independently selected at each occurrence from O or S, E is O, S or -NH- or -N(loweralkyl)- and $R_3'$ is loweralkyl;
or a pharmaceutically acceptable salt, prodrug or ester thereof.

6. A compound selected from the group consisting of:
(2S,3R,4R,5S)-2,5-Di-(N-((N-Methyl-N-((2-pyridinyl)methyl)amino)carbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane;
(2S,3S,4S,5S)-2,5-Di-(N-((N-Methyl-N-((2-pyridinyl)methyl)amino)carbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane; and
(2S,3R,4S,5S)-2,5-Di-(N-((N-Methyl-N-((2-pyridinyl)methyl)amino)carbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane;
or a pharmaceutically acceptable salt, prodrug or ester thereof.

7. A compound selected from the group consisting of:
(2S,3R,4R,5S)-2,5-Di-(N-((2-pyridinyl)methoxycarbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane;
(2S,3S,4S,5S)-2,5-Di-(N-((2-pyridinyl)methoxycarbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane; and
(2S,3R,4S,5S)-2,5-Di-(N-((2-pyridinyl)methoxycarbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane;
or a pharmaceutically acceptable salt, prodrug or ester thereof.

8. A compound selected from the group consisting of:
(2S,3R,4S,5S)-2,5-Di-(N-((3-pyridinyl)methoxycarbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane; and
(2S,3S,4S,5S)-2,5-Di-(N-((3-pyridinyl)methoxycarbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane;
(2S,3R,4R,5S)-2,5-Di-(N-((3-pyridinyl)methoxycarbonyl)-valinyl-amino)-3,4-dihydroxy-1,6-diphenylhexane;
or a pharmaceutically acceptable salt, prodrug or ester thereof.

9. 2,4-Di-N-((2-pyridinyl)methoxycarbonyl)-valinyl-amino)-1,5-diphenyl-3-hydroxypentane;
or a pharmaceutically acceptable salt, prodrug or ester thereof.

10. 2,5-Bis-(2-pyridyl-methoxycarbonyl-valinyl-amino)-1,6-diphenyl-3,3-difluoro-4-hydroxyhexane; or a pharmaceutically acceptable salt, prodrug or ester thereof.

11. A compound of claim 1 for use in inhibiting a retroviral protease by administration to a mammal in need of such treatment.

12. The compound of claim 11 wherein the retroviral protease is HIV-1 protease of HIV-2 protease.

13. A compound of claim 1 for use in treating a retroviral infection by administration to a mammal in need of such treatment.

14. A pharmaceutical composition for treating a retroviral infection comprising a pharmaceutical carrier and a therapeutically effective amount of the compound of Claim 1.

STAN 034355

 European Patent Office

**PARTIAL EUROPEAN SEARCH REPORT**
which under Rule 45 of the European Patent Convention
shall be considered, for the purposes of subsequent
proceedings, as the European search report

Application number

EP 90109319.5
- page 1 -

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.⁵) |
|---|---|---|---|
| A,D | US-A-4562552 (CH.A. KETTNER et al.)<br>* column 1, line 5 - column 2, line 62 * | 6,11 | C07D213/40<br>C07D213/56<br>C07D211/44<br>C07D215/14<br>C07D211/34<br>C07D215/18<br>C07D295/26<br>C07D295/145<br>C07D303/04<br>C07D303/23<br>C07D303/36<br>// C07D317/12<br>C07K5/06<br>C07C31/125<br>C07C31/20<br>C07C49/11<br>C07C49/175<br>C07C43/23<br>C07C233/11<br>C07C247/12 |
| | ----------- | | |
| A,D | BIOCHEMICAL AND BIOPHYSICAL RESEARCH COMMUNICATIONS<br>vol. 159, no. 2, 15 March 1989, pages 420-425, London, GB; M.L. MOORE et al.: "Peptide Sub-strates and Inhibitors of the HIV-1 Protease"<br>* pages 423,424 * | 6,11 | |
| | ----------- | | TECHNICAL FIELDS SEARCHED (Int. Cl.⁵) |
| A,D | FEBS LETTERS<br>vol. 247, no. 1, April 1989, pages 113-117, Amsterdam, NL; A.D. RICHARDS et al.: "Effec-<br>.../2 | 6,11 | C07D213/00<br>C07K<br>C07C<br>A61K |

### INCOMPLETE SEARCH

The Search Division considers that the present European patent application does not comply with the provisions of the European Patent Convention to such an extent that it is not possible to carry out a meaningful search into the state of the art on the basis of some of the claims.

Claims searched completely:   6-14
Claims searched incompletely:   1-5
Claims not searched:
Reason for the limitation of the search:

Lack of clarity

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Berlin | 28.08.1990 | G. KYRIAKAKOU |

EPO Form 1505.1 03.82

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

STAN 034356

 European Patent Office

**PARTIAL EUROPEAN SEARCH REPORT**

Application number

EP 90109319.5
– page 2 –

| DOCUMENTS CONSIDERED TO BE RELEVANT | | | CLASSIFICATION OF THE APPLICATION (Int. Cl.7) |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | |
| | tive blocking of HIV-1 protein-ase activity by characteristic inhibitors of aspartic prote-inases" <br> * page 114, paragraph 3 - page 116 * <br><br> ------------ | | C07C251/38 <br> C07C239/10 <br> C07C275/18 <br> C07C311/10 <br> C07C317/06 <br> C07C323/19 <br> A61K31/00 <br> A61K31/33 <br> C07D303/22 |
| A,D | NATURE <br> vol. 328, 6 August 1987, page 482, London, GB; L.H. PEAR et al.: "Sequence specificity of retroviral proteases" <br> * page 482, column 1 - column 3 * <br><br> ---------- | 6,11 | |
| A | NATURE <br> vol. 329, 15 October 1987, pages 654-656, London, GB; I. KATOH et al.: "Inhibition of retroviral protease acti-vity by an aspartyl proteinase inhibitor" <br> * page 655, column 1 - page 656, column 2 * <br><br> ---------- | 6,11 | TECHNICAL FIELDS SEARCHED (Int. Cl.7) |
| P,A <br> D | SCIENCE <br> vol. 247, 26 January 1990, pages 454-456, Washington, DC, US; T.J. McQUADE et al.: "A Synthetic HIV-1 Protease In-hibitor with Antiviral Acti-vity Arrests HIV-Like Particle Maturation" <br> * page 454, column 1 - page 455, column 1, line 5; fi-gure 1 * | 6,11 | |

EPO Form 1505.3   06.78