# Exhibit 15

Dockets.Justia.com

*Journal of Virological Methods*, 31 (1991) 273–284
© 1991 Elsevier Science Publishers B.V. (Biomedical Division)
*ADONIS* 016885109100953

VIRMET 1122

273

Notice: This material may be
protected by copyright law
(Title 17 U.S. Code)

# The polymerase chain reaction for the detection of HIV-1 genomic RNA in plasma from infected individuals

Michèle Ottmann[1], Patricia Innocenti[1], Muriel Thenadey[2], Max Micoud[3], François Pelloquin[2] and Jean-Marie Seigneurin[1]

[1]*Laboratoire de virologie, Faculté de médecine-Centre Hospitalier Universitaire, Grenoble, France,*
[2]*Pasteur Mérieux, Lyon, France and* [3]*Service des maladies infectieuses, Centre Hospitalier Universitaire, Grenoble, France*

(Accepted 3 October 1990)

## Summary

   HIV (human immunodeficiency virus) viraemia in serum or plasma of HIV-infected individuals was investigated by the polymerase chain reaction assay (PCR) in combination with reverse transcription to detect HIV-1 genomic RNA. Before PCR, plasma or serum was ultracentrifuged, precipitated virions were then treated with a RNase-free DNase, and a cDNA from the HIV-1 genomic RNA was synthesized. Thirty-three fresh plasma and seven sera from either HIV-1 antibody-positive individuals or patients treated with AZT were tested. Plasma from three patients were assayed 3 or 6 months apart. Twelve sera from HIV-1 antibody-negative individuals were used as negative control. PCR was performed with primers in *LTR*, *gag* and *env* regions: 11 of 40 samples were positive with three primer pairs, 16 with two primer pairs and 11 with only one primer pair. PCR on HIV-1 genomic cDNA was positive in 38 out of the 40 plasma or serum samples (95%), regardless of the clinical stage of the infection: HIV-1 was detected in 14 of the 15 untreated subjects and in 24 of the 25 AZT-treated patients. HIV p24 antigen was detected in the serum of 38% of subjects (15 of 40). The results suggest that this method is suitable for the detection of viral particles in plasma or serum from HIV-1-infected individuals irrespective of antiviral treatment.

HIV; PCR; Plasma; Viremia

*Correspondence to:* M. Ottmann, Laboratoire de virologie, Faculté de Médecine-Centre Hospitalier Universitaire, BP 217 X, 38043 Grenoble cedex, France.

0168-8510/91/$03.50

STAN 006909

274

## Introduction

Procedures usually used for the investigation of HIV are based on the detection of antibodies to HIV (ELISA, Western blot) or of viral p24 antigen and on virus isolation in cell culture. However, since a long period can elapse before seroconversion, the detection of HIV p24 antigen in serum by ELISA is not sensitive enough to be a definite marker of infection (Stoeckl et al., 1989). HIV can be isolated from peripheral blood mononuclear cells (PBMC) or plasma by cell culture, a very sensitive although time-consuming method; its efficiency depends on the stage of the disease (Ehrnst et al., 1988; Schneweis et al. 1989; Coombs et al., 1989). On the other hand, detection of HIV DNA by Southern blot hybridization is not very sensitive because of the small number of HIV-infected cells in blood samples. Enzymatic amplification of conserved sequences of HIV-1 genome by the polymerase chain reaction (PCR) was developed recently (Ou et al., 1988; Saiki et al., 1988). It allows the detection of proviral DNA in PBMC of HIV-1 infected individuals who are still seronegative and virus-culture negative (Imagawa et al., 1989). The use of reverse transcription for cDNA synthesis from HIV RNA before PCR makes it possible to detect HIV expression in PBMC samples from seropositive subjects (Byrne et al., 1988; Hart et al., 1988; Murakawa et al., 1988). Detection by PCR of genomic HIV-1 RNA after extraction from plasma has already been reported (Hewlett et al., 1988; Yamada et al., 1990). However, the efficiency of this method may be low due to the loss of material during extraction from small samples.

In this report, an alternative method is described for detecting genomic HIV-1 RNA by reverse transcription and PCR based on the concentration of virions contained in plasma without nucleic acid extraction. This method was applied to the detection of HIV-1 RNA in 40 plasma or sera from infected individuals.

## Materials and Methods

### Positive control: cellular DNA and cell-free supernatant

An acute lymphoblastic leukemia cell line (CEM) was infected by HIV-1 (LAV-Bru isolate, kindly provided by L. Montagnier, Institut Pasteur, Paris) and cultured in RPMI-1640 medium with 10% fetal calf serum. After centrifugation, cell-free supernatant was harvested and frozen. Cell pellet DNA was purified by phenol-chloroform extraction and ethanol precipitation (Sambrook et al., 1989).

### Sera and plasma

Blood samples were collected with or without heparin from 37 HIV-1 seropositive adults classified according to their stage of disease in CDC (Centers for Disease Control) class II, III or IV. Twelve specimens of plasma and three sera from untreated HIV-1 seropositive subjects, and twenty-two samples of plasma and four sera from AZT-treated patients from the Infectious Diseases Department, Grenoble, were used

in this study. Sa
tained from 12 l

### Sample prepara

Samples were
ultracentrifuged
Pellets were diss
lenediamine tet
(RNasin, Prome
Tris-HCl 10 mM
ing this step.

### RNase-free DN

An aliquot of
30 units of RNas
10 mM, pH 5, an
min at 94°C.

### Primers and pro

PCR was perf
with SK31 as pr
SK69 with SK7(
PC03/PC04 with

### Reverse transcri

cDNA synthes
(Tris-HCl 50 mM
dNTP 1 mM of ea
(avian myeloblas
was incubated at

### Amplification by

PCR was perfo
buffer 10× (Tris-I
tin 10 mg/ml), 4 µ
SK68) and 0.5 µl
For direct PCR
2 µl of a mixture
units) of Taq Poly
min at 94°C and a

STAN 006910

in this study. Samples were stored at −80°C before use. Control negative sera were obtained from 12 HIV-1 antibody-negative persons at low risk.

## Sample preparation

Samples were prepared from 1.5 ml of serum or plasma, put in quick-seal tubes, and ultracentrifuged at $541\,000 \times g$ for 10 min with a TL-100 ultracentrifuge (Beckman). Pellets were dissolved in 10 µl Tris-HCl 10 mM, pH 7.5, NaCl 100 mM, EDTA (ethylenediamine tetra-acetate) 1 mM, Triton X-100 0.1% and 20 units of RNase inhibitor (RNasin, Promega Biotec) and incubated for 10 min on ice before adding 90 µl of Tris-HCl 10 mM pH 7.5, EDTA 1 mM. The virion RNA genomes were released during this step.

## RNase-free DNase treatment

An aliquot of diluted pellet (10 µl) was incubated 15 min at room temperature with 30 units of RNase-free DNase I from bovine pancreas (Boehringer) in sodium acetate 10 mM, pH 5, and magnesium sulfate 0.5 mM. The reaction was stopped by heating 1 min at 94°C.

## Primers and probes

PCR was performed with four different primer pairs: three for HIV-1: SK29/SK30 with SK31 as probe (*LTR*), SK38/SK39 with SK19 as probe (*gag*: p24), and SK68/SK69 with SK70 as probe (*env*: gp41) (Ou et al., 1988); and one for β-globin gene: PC03/PC04 with RS06 as probe (Saiki et al., 1985).

## Reverse transcription

cDNA synthesis was performed on the previous mixture by addition of RT buffer (Tris-HCl 50 mM, pH 8.3, MgCl$_2$ 6 mM, KCl 40 mM, DTT (dithiothreitol)) 1 mM, dNTP 1 mM of each, 10 pmol of 3′ primer (SK30, SK39 or SK69) and 2 units of AMV (avian myeloblastosis virus) reverse transcriptase (Gibco BRL). The mixture (20 µl) was incubated at 37°C for at least 30 min.

## Amplification by PCR

PCR was performed in 100 µl with 20 µl of cDNA product mixed with 8 µl of PCR buffer 10× (Tris-HCl 100 mM, pH 8.3, at 25°C, MgCl$_2$ 15 mM, KCl 500 mM and gelatin 10 mg/ml), 4 µl (40 pmol) of 3′ primer, 5 µl (50 pmol) of 5′ primer (SK29, SK38 or SK68) and 0.5 µl (2.5 units) of Taq Polymerase (Cetus).

For direct PCR, 10 µl of dissolved pellet were mixed with 10 µl of PCR buffer 10×, 2 µl of a mixture of 10 mM each dNTP, 5 µl (50 pmol) of each primer and 0.5 µl (2.5 units) of Taq Polymerase. Samples were overlaid with mineral oil, denatured for 10 min at 94°C and amplified by 40 cycles: 1 min at 94°C for denaturation, 2 min at 55°C

STAN 006911

276

for hybridization, and 3 min at 72°C for polymerisation in a thermal cycler apparatus (Perkin Elmer-Cetus). Polymerisation at 72°C was then extended for 5 min to ensure completion of the amplified products.

*Gel electrophoresis and Southern blot analysis*

After amplification, 10 μl of amplified DNA were analysed by electrophoresis on composite agarose gels (3% agarose Sigma type XI, 1% agarose ultrapure BRL) in Tris borate buffer (Tris-base 89 mM, borate 89 mM and EDTA 8 mM). The gel was stained with ethidium bromide and visualized with ultraviolet light. Samples were transferred to Gene Screen Plus (NEN Du Pont) nylon membrane with 20 × SSPE (NaCl 0.28 M, NaH$_2$PO$_4$ 0.2 M, EDTA 20 mM).

*Hybridization with a radioactive probe*

Filters were prehybridized for 30 min at least in 3 × SSPE, 5 × Denhardt (0.1% Ficoll, 0.1% polyvinylpyrrolidone, 0.1% bovine serum albumin), 0.5% SDS, 30% deionized formamide at 42°C. Hybridization was carried out at 42°C overnight by the addition of an oligonucleotide specific probe (SK31, SK19, SK70, or RS06) 5' phosphorus 32 end-labelled with polynucleotide kinase (Boehringer). The filters were then washed in 2 × SSPE 1% SDS and 0.2 × SSPE 1% SDS, for 10 min at room temperature. Autoradiography with Hyperfilms MP (Amersham) was carried out twice, after 4 and 72 h exposure with an intensifying screen at room temperature.

*Culture for virus isolation*

Plasma from subjects numbers 33 (asymptomatic) and 35 (AZT treated), and cell-free supernatant from HIV-1 infected CEM cells (positive control) were passed through a 0.45 μm filter. An aliquot of 0.5 ml of each plasma and of HIV-1 cell-free supernatant was serially diluted in RPMI from $10^{-1}$ to $10^{-4}$ and to $10^{-8}$ for HIV-1 cell-free supernatant. 1.5 ml of each dilution was added to 1.5 ml of medium with 3 × 10$^6$ CEM cells. Half the medium was changed twice weekly up to 30 days. Culture supernatants were investigated at 7, 14, 21 and 30 days for HIV-1 using a p24 antigen-capture assay (Du Pont). Plasma HIV titre was expressed as TCID (tissue culture infective doses) per milliliter of plasma.

**Results**

*Detection of HIV RNA in samples*

Reverse transcription of ultracentrifuged DNase-treated plasma with oligonucleotides complementary to genomic RNA allowed synthesis of cDNA used as template for PCR. HIV-1 genomic RNA from virions were identified by this method. The results obtained from sera or plasma tested by DNase/RT/PCR are summarised in Table

TABLE 1

Analysis of 40 plasm

Infectious status

Seropositive
Seronegative (contr

1. HIV-1 was d
tients. These 38
pairs; two samp
pairs (Table 2).
Various patte
DNase/RT/PCR
were detected i
(Fig. 1). As sho
sults with all th
with two primer
only one primer
A PCR signal
even without DI

*Detection of cel*

The presence
after plasma ult
on β-globin gen
25 were positiv
31 and 36a) whi
tive after DNase
with the two pri
all were positive

*Efficiency of DN*

DNase digest
preparation. To
to 10 μg) of cel
DNase digestion
cation was not c
analysed by elec

STAN 006912

TABLE 1

Analysis of 40 plasmas or sera from HIV seropositive subjects by DNase/RT/PCR

| Infectious status | Treatment | HIV-1 RNA detection in plasma or serum | | |
|---|---|---|---|---|
| | | Positive | Negative | Total |
| Seropositive | AZT | 24 | 1 | 25 |
| | Untreated | 14 | 1 | 15 |
| Seronegative (control) | | 0 | 12 | 12 |

1. HIV-1 was detected in 14 of 15 untreated subjects and in 24 of 25 AZT-treated patients. These 38 samples were positive with either one, two or three HIV-1 primer pairs; two samples were negative for genomic RNA detection with the three primer pairs (Table 2).

Various patterns were obtained with the *LTR*, *gag* or *env* primer pairs: out of 38 DNase/RT/PCR positive samples, 34 were *gag* positive (90%) whereas *env* and *LTR* were detected in fewer cases, 24 samples (63%) and 18 samples (47%) respectively (Fig. 1). As shown in Table 2, 11 of 40 (27.5%) samples yielded positive RT/PCR results with all three primer pairs as compared to 16 of 40 (40%) which were positive with two primer pairs, and the remaining 11 of 40 (27.5%) samples were positive with only one primer pair (*gag* or *env* but never *LTR*).

A PCR signal was not generated after RT/PCR in any of the 12 HIV-1 negative sera, even without DNase treatment (data not shown).

*Detection of cellular or proviral DNA in samples*

The presence of cellular or proviral DNA resulting from PBMC lysis in the pellet after plasma ultracentrifugation was tested by direct PCR on *gag* region of HIV-1 and on β-globin gene. 10 of the 40 samples studied were positive by HIV direct PCR and 25 were positive by PCR with β-globin primers. Two plasma samples (from subjects 31 and 36a) which were positive with both HIV and β-globin direct PCR, were negative after DNase/RT/PCR. The lack of amplification in 15 samples after direct PCR with the two primer pairs was not due to an inhibition of the Taq polymerase because all were positive by PCR after conversion of HIV RNA to cDNA (Table 2).

*Efficiency of DNase treatment*

DNase digestion of the samples was carried out to remove proviral DNA from the preparation. To ensure that the DNase treatment was efficient, various amounts (1 ng to 10 μg) of cellular DNA of HIV-1 infected CEM cell line were submitted to the DNase digestion prior to direct amplification with SK38/SK39 primer pair. Amplification was not detected in any samples (Fig. 2). Sizes of DNase digested fragments analysed by electrophoresis were 140 bp or less (Fig. 2).

STAN 006913

278

TABLE 2

Detection of HIV-1 genomic RNA by DNase/RT/PCR and proviral and cellular DNA by PCR/DNA in ultracentrifuged plasma or serum from AZT treated and untreated individuals

| Patient | Treatment | | PCR/RNA DNase/RT/PCR | | | PCR/DNA[b] | | p24 antigen | CD4 count per µl |
|---|---|---|---|---|---|---|---|---|---|
| | | | LTR | gag | env | gag | βglobin | | |
| 1 | p | AZT | + | + | + | − | − | − | |
| 2 | p | AZT | + | + | + | − | − | + | 10 |
| 3 | p | AZT | + | + | + | − | − | − | 20 |
| 4 | s | AZT | − | + | + | − | + | + | 60 |
| 5 | p | AZT | + | − | + | − | + | − | 70 |
| 6 | p | AZT | + | − | + | − | + | − | 80 |
| 7 | p | AZT | − | + | − | + | + | − | 90 |
| 8 | p | AZT | − | + | + | − | + | + | 100 |
| 9 | p | AZT | − | + | + | + | + | − | 140 |
| 10 | p | AZT | − | + | + | + | + | − | 164 |
| 11 | p | AZT | − | + | − | − | − | − | 200 |
| 12 | p | AZT | − | + | + | − | − | − | 200 |
| 13 | p | AZT | + | + | + | − | + | + | 218 |
| 14 | p | AZT | − | + | − | − | − | − | 250 |
| 15 | p | AZT | − | + | + | + | + | − | 279 |
| 16 | s | AZT | − | + | + | + | + | − | 300 |
| 17 | p | AZT | − | + | + | + | + | − | 339 |
| 18 | p | AZT | + | + | − | − | − | + | 400 |
| 19 | p | AZT | + | + | + | − | − | + | 550 |
| 20 | s | AZT | − | + | + | − | − | + | 720 |
| 21 | s | AZT | − | − | + | − | + | + | 699 |
| | | | | | | | | | 821 |
| 22 | p | (−) | − | + | + | + | + | − | 49 |
| 23 | p | (−) | − | + | + | − | + | − | 100 |
| 24 | p | (−) | + | + | + | − | + | − | 100 |
| 25 | p | (−) | − | + | + | − | + | − | 100 |
| 26 | s | (−) | + | + | + | + | + | − | 100 |
| 27 | p | (−) | + | + | − | − | + | + | 318 |
| 28 | p | (−) | + | + | + | − | + | − | 400 |
| 29 | p | (−) | + | + | + | + | + | − | 500 |
| 30 | s | (−) | − | + | + | + | + | − | 500 |
| 31 | p | (−) | − | + | − | − | + | + | 515 |
| 32 | s | (−) | + | + | + | + | + | − | 560 |
| 33 | p | (−) | + | + | + | − | + | − | 594 |
| 34 | p | (−) | − | + | + | − | + | − | 681 |
| | | | | | | | | | 810 |
| 35a | p | AZT | + | + | + | − | − | + | 734 |
| 35b | p | AZT | + | + | + | − | − | + | 300 |
| 36a | p | AZT | − | − | − | + | + | + | 20 |
| 36b | p | (−) | − | + | + | + | + | + | ND |
| 37a | p | AZT | − | + | + | − | − | + | 2 |
| 37b | p | (−) | + | + | + | − | − | + | 0 |

[a]p: plasma, s: serum.
[b]Direct PCR on ultracentrifuged samples (detection of residual DNA in plasma)
ND: not done
Plasma from patients 35 and 36 were collected 6 months apart
Plasma from patient 37 were collected 3 months apart

Fig. 1. PCR produc[...] pair. Each number c[...] and 13: positive con[...]

*Sensitivity of RN[...]*

To determine [...] lutions of two sa[...] (subject 33), and [...] formed. These tw[...] three HIV primer[...] treated with DNa[...] PCR with SK38/[...]

Virus isolation [...] of plasma or vir[...] noassay techniqu[...]

RNA in plasma [...] ed patient, and up [...] titre of $10^{1.8}$ and 1 [...] infected CEM cel[...] ing to an HIV titr[...]

Discussion

The viraemic st[...] DNase/RT/PCR n[...] of virion HIV RN[...]



279

Fig. 1. PCR products from DNase/RT/PCR treated plasma analysed by Southern blot using *gag* primer pair. Each number corresponds to one sample. (A) lanes 1 to 10: samples, lane 11: negative control, lanes 12 and 13: positive controls. (B) M: φX174/*Hae*III digest ATP-γ-$^{32}$P-labelled, lanes 1–10, samples; lane 11, negative control; lane 12, positive control.

*Sensitivity of RNA detection by PCR and comparison with virus culture*

To determine the sensitivity of the DNase/RT/PCR in plasma, ten-fold serial dilutions of two samples, from an AZT treated case (subject 35) and an untreated person (subject 33), and of the cell-free supernatant of HIV-1 infected CEM cells were performed. These two plasma samples were chosen for their positive response with the three HIV primer pairs in HIV RNA detection. Each dilution was ultracentrifuged and treated with DNase as described in Materials and Methods. Reverse transcription and PCR with SK38/SK39 primers pair were then carried out.

Virus isolation by culture on CEM cell line was carried out using the same dilutions of plasma or virus. Infection was detected by a p24 antigen capture enzyme immunoassay technique.

RNA in plasma and virus culture were both positive: up to $10^{-2}$ dilution for the treated patient, and up to $10^{-1}$ for the untreated individual, corresponding to a plasma HIV titre of $10^{1.8}$ and $10^{0.8}$ TCID/ml respectively. HIV in cell-free supernatant from HIV-1 infected CEM cells was positive by PCR and culture up to a $10^{-5}$ dilution, corresponding to an HIV titre of $10^{4.8}$ TCID/ml.

**Discussion**

The viraemic status of asymptomatic or AZT treated subjects was investigated by a DNase/RT/PCR method on ultracentrifuged plasma or serum. The detection by PCR of virion HIV RNA in plasma or sera of 38 of 40 HIV-1 positive subjects is consistent

STAN 006915

280

A





B

C



with results o
and DNA in p
treatment in 5
sults with RN
and glass pow

Positive si
RNA from cir
cell lysis. In b
duction. Beca
in *LTR, gag* an

When inclu
positivity was
trolled conditi
due to the limi
ples) or the ger

In this study
The primer pa
SK68/SK69 (H
et al., 1989) or
wa et al., 1989)
tecting the viru

In order to av
in this study. A
samples were h
at 56°C) and se
RNA detection

Most of HIV
product from ge
the sensitivity c
tween viral RN
antigenaemia (F

HIV RNA w
one of which w
though HIV/DN
cleocapsids with
viral genome, w

Our HIV RN
cell-free plasma
the untreated su

Fig. 2. Efficiency o
DNase digestion and
10 μg (lane 5) of DN
controls (lanes 6 and
responding to la

STAN 006916

with results of other studies: Hewlett et al. (1988) reported the detection of HIV RNA and DNA in plasma after nucleic acid extraction followed by RT/PCR without DNase treatment in 5 cases of seroconversion. Yamada et al. (1990) reported 2 positive results with RNA from 2 HIV positive plasma extracted by guanidine isothiocyanate and glass powder.

Positive signal by DNase/RT/PCR after conversion of RNA to cDNA is due to RNA from circulating HIV particles and/or HIV genomic or subgenomic RNA from cell lysis. In both cases, the presence of genomic RNA in plasma reflects virus production. Because of the known genomic variability of HIV, three primer pairs located in *LTR*, *gag* and *env* regions of the HIV genome were used.

When including positive results with two or three primer pairs, the rate of plasma positivity was 67.5% instead of the 95% overall positivity. Due to the strictly controlled conditions of PCR, these discrepancies between primer pairs were probably due to the limits of PCR sensitivity (efficiency according to primer pairs, small samples) or the genetic variability of the HIV strains rather than a false-positive reaction.

In this study, the *gag* primer pair seemed to be more reactive than *env* or *LTR* ones. The primer pairs commonly used for the HIV detection are both SK38/SK39 and SK68/SK69 (Hufert et al., 1989; Chadwick et al., 1989; Wolinsky et al., 1989; Rogers et al., 1989) or SK38/SK39 only (Hewlett et al., 1988; Farzadegan et al., 1988; Imagawa et al., 1989). However, the use of three primer pairs increases the probability of detecting the virus (Ou et al., 1988; Stoeckl et al., 1989; Psallidopoulos et al., 1989).

In order to avoid lysis of the virion, only freshly prepared plasma or sera were used in this study. A reversal to negative of the PCR/RNA signal was observed when samples were heated one hour at 60°C (data not shown). Decomplementation (30 min at 56°C) and several freezing/thawing cycles reduce the efficiency of genomic HIV-1 RNA detection in freezer-banked sera samples (data not shown).

Most of HIV-1 antibody-positive individuals (95%) had detectable amplified HIV product from genomic RNA while only 38% were p24 antigen positive; this indicated the sensitivity of the method. As reported elsewhere, a correlation was not found between viral RNA and antigenaemia (Hewlett et al., 1988) or plasma HIV viraemia and antigenaemia (Ho et al., 1989; Coombs et al., 1989).

HIV RNA was not found by DNase/RT/PCR in two plasma samples (31 and 36a), one of which was obtained from a p24 antigen positive AZT treated patient, even though HIV/DNA was detected. This may be explained by the production of HIV nucleocapsids without HIV RNA, by degradation of viral RNA or by variations in the viral genome, which did not allow amplification by any of the three primer pairs used.

Our HIV RNA PCR results correlate with the recovery of HIV-1 by culture from cell-free plasma of two HIV infected subjects. HIV plasma titre was $10^{0.8}$ TCID/ml for the untreated subject and $10^{1.8}$ TCID/ml for the treated. Mean titres of HIV in plasma

Fig. 2. Efficiency of DNase treatment before PCR. Gel electrophoresis (A) and Southern blot (B) after DNase digestion and PCR with *gag* primer pair on 1 ng (lane 1), 10 ng (lane 2), 100 ng (lane 3), 1 μg (lane 4), 10 μg (lane 5) of DNA from HIV-1 infected CEM cells, 100 ng of DNA with DNase buffer (lane 7), negative controls (lanes 6 and 8), positive control (lane 9). Analysis of 10 μg amplified DNase digested DNA (C) corresponding to lane 5 in (A) and (B). M1 was φX174/*Taq*I digest and M2 was φX174/*Hae*III digest.

STAN 006917

282

($10^{1.4}$ TCID/ml for asymptomatic and $10^{2.5}$ TCID/ml for AIDS patients) seemed higher when stimulated donor PBMC were used instead of a T cell line (Coombs et al., 1989). However, the same titre was found by DNase/RT/PCR and culture methods. This result indicates that the proportion of non-infectious HIV particles (only detectable by PCR and not by culture) is very low in the two samples studied.

The sensitivity of the two methods seemed to be equivalent according to the titration experiments but results with the PCR were obtained within 4 to 5 days instead of 21 to 30 days with culture.

In further experiments, it will be possible to study the expression of HIV in PBMC from infected individuals at the same time as the presence of HIV RNA in plasma. In conclusion, our findings suggest that the idea that latent infection without HIV replication should be revised, and that the plasma or serum from HIV infected individuals should be considered to be infectious.

## Acknowledgements

This research was supported by a grant from the Agence Nationale de Recherche sur le SIDA (ANRS). We thank R. Sodoyer (Pasteur Merieux, Lyon, France) for oligonucleotide synthesis.

## References

Byrne, B.C., Li, J.J., Sninsky, J. and Poiesz, J. (1988) Detection of HIV-1 RNA sequences by in vitro DNA amplification. Nucl. Acids Res. 16, 4165.

Chadwick, E.G., Yogev, R., Kwok, S., Sninsky, J.J., Kellog, D.E. and Wolinsky, S.M. (1989) Enzymatic amplification of human immunodeficiency virus in peripheral blood mononuclear cells from pediatric patients. J. Infect. Dis. 160, 954–959.

Coombs, R.W., Collier, A.C., Allain, J.P., Nikora, B., Leuther, M., Gjerset, G.F. and Corey, L. (1989) Plasma viremia in human immunodeficiency virus infection. N. Engl. J. Med. 321, 1626–1631.

Ehrnst, A., Sönnerborg, A., Bergdahl, S. and Strannegard, O. (1988) Efficient isolation of HIV from plasma during different stages of HIV infection. J. Med. Virol. 26, 23–32.

Farzadegan, H., Polis, M.A., Wolinsky, S.M., Rinaldo, C.R., Sninsky, J.J., Kwok, S., Griffith, R.L., Kaslow, R.A., Phair, J.P., Polk, B.F. and Saah, A.J. (1988) Loss of human immunodeficiency virus type 1 (HIV-1) antibodies with evidence of viral infection in asymptomatic homosexual men. Ann. Intern. Med. 108, 785–790.

Hart, C., Spira, T., Moore, J., Sninsky, J., Schochetman, G., Lifson, A., Galphin, J. and Ou, C-Y. (1988) Direct detection of HIV RNA expression in seropositive subjects. Lancet ii, 596–599.

Hewlett, I.K., Gregg, R.A., Ou, C-Y, Hawthorne, C.A., Mayner, R.E., Schumacher, R.T., Schochetman, G. and Epstein, J.S. (1988) Detection in plasma of HIV-1 specific DNA and RNA by polymerase chain reaction before and after seroconversion. J. Clin. Immunol. 11, 161–164.

Ho, D.D., Moudgil, T. and Alam, M. (1989) Quantification of human immunodeficiency virus type 1 in the blood of infected persons. N. Engl. J. Med. 321, 1621–1625.

Hufert, F.T., Laer, D.V., Schramm, C., Tarnok, A. and Schmitz, A. (1989) Detection of HIV-1 DNA in different subsets of human peripheral blood mononuclear cells using the polymerase chain reaction. Arch. Virol. 106, 341–345.

Imagawa, D.T., Lee, M.H., Wolinski, S.M., Sano, K., Morales, F., Kwok, S., Sninsky, J.J., Nishanian, P.G., Giorgi, J., Fahey, J.L., Dudley, J., Visscher, B.R. and Detels, R. (1989) Human immunodeficiency virus

type 1 infecti
320, 1458–14

Murakawa, G.J.,
(1988) Direct

Ou, C-Y, Kwok,
Schochetman.
mononuclear

Psallidopoulos, M
man, N.P. (19
blood lympho

Rogers, M.F., Ou,
P.A., Moore, J
tive study of i
study group. (
of human imm
1654.

Saiki, R.K., Scha
matic amplifi
cell anemia. S

Saiki, R.K., Gelfa
(1988) Primer
487–491.

Sambrook, J., Frit
Harbor Labora

Schneweis, K.E.,
B. (1989) Com
munodeficien

Stoeckl, E., Barret
(1989) Efficie
type (HIV-1) I
nosorbent assa

Wolinsky, S.M., F
son, L.P., Gro
Human immun
ern blot. Annal

Yamada, O., Mats
and Kurimura,
Virol. Method

STAN 006918

283

type I infection in homosexual men who remain seronegative for prolonged periods. N. Engl. J. Med. 320, 1458–1462.

Murakawa, G.J., Zaia, J.A., Spallone, P.A., Stephens, D.A., Kaplan, B.E., Wallace, R.B. and Rossi, J.J. (1988) Direct detection of HIV-1 RNA from AIDS and ARC patients samples. DNA 7, 287–295.

Ou, C-Y, Kwok, S., Mitchell, S.W., Mack, D.H., Sninsky, J.J., Krebs, J.W., Feorino, P., Warfield, D. and Schochetman, G. (1988) DNA amplification for direct detection of HIV-1 in DNA of peripheral blood mononuclear cells. Science 239, 295–297.

Psallidopoulos, M.C., Schnittman, S.M., Thompson, L.M., Baseler, M., Fauci, A.S., Lane, H.C. and Salzman, N.P. (1989) Integrated proviral human immunodeficiency virus type 1 present in CD4+ peripheral blood lymphocytes in healthy seropositive individuals. J. Virol. 63, 4626–4631.

Rogers, M.F., Ou, C-Y, Rayfield, M., Thomas, P.A., Schoenbaum, E.E., Abrams, E., Krasinski, K., Selwyn, P.A., Moore, J., Kaul, A., Grimm, K.T., Bamji, M., Schochetman, G., and the New York city collaborative study of maternal HIV transmission and Montefiore medical center HIV perinatal transmission study group. (1989) Use of the polymerase chain reaction for early detection of the proviral sequences of human immunodeficiency virus in infants born to seropositives mothers. N. Engl. J. Med. 320, 1649–1654.

Saiki, R.K., Scharf, S., Faloona, F., Mullis, K.B., Horn, G.T., Erlich, H.A. and Arnheim N. (1985) Enzymatic amplification of β-globin genomic sequences and restriction site analysis for diagnosis of sickle cell anemia. Science 230, 1350–1354.

Saiki, R.K., Gelfand, D.H., Stoffel, S., Scharf, S.J., Higuchi, R., Horn, G.T., Mullis, K.B. and Erlich, H.A. (1988) Primer-directed enzymatic amplification of DNA with a thermostable polymerase. Science 239, 487–491.

Sambrook, J., Fritsch, E.F. and Maniatis, T. (1989) Molecular Cloning. A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor.

Schneweis, K.E., Ackermann, A., Friedrich, A., Kleim, J.P., Kornau, K., Ruff, R. and Siefer-Wippermann, B. (1989) Comparison of different methods for detecting human immune deficiency virus in human immunodeficiency virus-seropositive hemophiliacs. J. Med. Virol. 29, 94–101.

Stoeckl, E., Barrett, N., Heinz, F.X., Banekovich, M., Stingl, G., Guggenberger K., Dorner, F. and Kunz, C. (1989) Efficiency of the polymerase chain reaction for the detection of human immunodeficiency virus type (HIV-1) DNA in lymphocytes of infected persons: Comparison to antigen-enzyme-linked immunosorbent assay and virus isolation. J. Med. Virol. 29, 249–255.

Wolinsky, S.M., Rinaldo, C.R., Kwok, S., Sninsky, J.J., Gupta, P., Imagawa, D.T., Farzadegan, H., Jacobson, L.P., Grovit, K.S., Lee, M.H., Chmiel, J.S., Ginzburg, H., Kaslow, R.A. and Phair, J.P. (1989) Human immunodeficiency virus type (HIV-1) infection a median of 18 months before a diagnosis western blot. Annals Int. Med. 111, 961–972.

Yamada, O., Matsumoto, T., Nakashima, M., Hagari S., Kamahora, T., Ueyama, H., Kishi, Y., Uemura, H. and Kurimura, T. (1990) A new method for extracting DNA or RNA for polymerase chain reaction. J. Virol. Methods 27, 203–210.

STAN 006919