# Exhibit 17

Dockets.Justia.com

A
B

# Webster's Medical Desk Dictionary

*A Merriam-Webster*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

STAN 031809





A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data

Webster's medical desk dictionary.

1. Medicine—Dictionaries. I. Merriam-Webster, Inc.
R121.W357 1986 610'.3'21 86-16280
ISBN 0-87779-025-6

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

78910RRD929190

STAN 031810

; *esp* : to
‹paralysis
›r emotion
conscious-
f being af-
DY ‹a pu-
i, or influ-
›rders› —
*n, pl* -ties
ducting in-
nter (as the
nt·ly *adv*
‹the effect
e force be-
ter into and
ten biologi-
and indicat-
nd to or to-
-gen·ae·mia
f the blood
ice of fibrin-
onged bleed-
carcinogenic
ural crops (as
com-
rts of central
iatous swell-
some biting
s 1
ypanosomiases
CKNESS 1
id fetal mem-
so *secundines*
in of the hind-
ment, help, or
nstitution (as a
of the lens cap-
it
remaining after
principally of
ge of neural im-
of the initiating
that follows its
: a secondary
r the subsidence
sation occurring
d — called also
which a ventricle
esistance esp. of
as mass and vis-
n exciting cause
extraction› 2 *pl*
id are associated
gnant size
ence of electrical
y and that

**aftersensation • aggressive** 17

usu. takes the form of a negative followed by a positive potential with both being of much smaller amplitude than the action potential

**af·ter·sen·sa·tion** \-sen-,sā-shən, šən-\ *n* : a sensation occurring after stimulation by its external cause has ceased; *esp* : AFTERIMAGE

**af·ter·taste** \-,tāst\ *n* : persistence of a sensation (as of flavor or an emotion) after the stimulating agent or experience has gone

**af·ter·vi·sion** \-,vizh-ən\ *n* : AFTERIMAGE

**af·to·sa** \af-'tō-sə, -zə\ *n* : FOOT-AND-MOUTH DISEASE

**Ag** *symbol* [Latin *argentum*] silver

**aga·lac·tia** \,ā-gə-'lak-sh(ē-)ə, -tē-ə\ *n* : the failure of the secretion of milk from any cause other than the normal ending of the lactation period — **aga·lac·tic** \-tik\ *adj*

**aga·mete** \,ā-gə-'mēt, (')ā-'gam-,ət\ *n* : an asexual reproductive cell (as a spore or a merozoite)

**agam·ic** \(')ā-'gam-ik\ *adj* : ASEXUAL, PARTHENOGENETIC — **agam·i·cal·ly** \-i-k(ə-)lē\ *adv*

**agam·ma·glob·u·lin·emia** *or chiefly Brit* **agam·ma·glob·u·lin·ae·mia** \(,)ā-,gam-ə-,gläb-yə-lə-'nē-mē-ə\ *n* : a pathological condition in which the body forms few or no gamma globulins or antibodies — compare DYSGAMMAGLOBULINEMIA

**aga·mog·o·ny** \,ā-gə-'mäg-ə-nē, ,ag-ə-\ *n, pl* **-nies** : asexual reproduction; *specif* : SCHIZOGONY

**Aga·mo·mer·mis** \(,)ā-,gam-ə-'mər-məs, ,ag-ə-mō-\ *n* : a genus of nematode worms (family Mermithidae) that are normally free-living as adults and parasites of insects as larvae but may accidentally parasitize man

**agam·ont** \(')ā-'gam-,änt\ *n* : SCHIZONT

**agan·gli·on·ic** \(,)ā-,gaŋ-glē-'än-ik\ *adj* : lacking ganglia

**agar** \'äg-ər\ *n* **1** : a gelatinous colloidal extractive of a red alga (as of the genera *Gelidium*, *Gracilaria*, and *Eucheuma*) used esp. in culture media or as a gelling and stabilizing agent in foods **2** : a culture medium containing agar

**agar–agar** \,äg-ə-'räg-ər\ *n* : AGAR

**aga·ric** \'ag-ə-rik, ə-'gar-ik\ *n* **1** : the dried fruit body of a mushroom (*Fomes officinalis* syn. *Polyporus officinalis*) formerly used in the treatment of excessive perspiration (as in the night sweats of tuberculosis) — called also *larch agaric* **2** : a fungus of the family Agaricaceae and esp. of the genus *Agaricus*

**Agar·i·ca·ce·ae** \ə-,gar-ə-'kā-sē-,ē\ *n pl* : a large family of fungi (order Agaricales) that contains the genera *Agaricus* and *Amanita* and includes many familiar mushrooms with the sporophore usu. consisting of a central stalk and a cap like an umbrella on the lower surface of which are numerous lamellae bearing the hymenium

**agar·i·cin** \ə-'gar-ə-sən\ *n* : an impure form of the active principle of medicinal agaric

**Agar·i·cus** \-ə-kəs\ *n* : a genus that is the type of the family Agaricaceae, comprises fungi with gills and brown spores, and includes several (as the meadow mushroom, *A. campestris*) that are edible — compare AMANITA

**aga·rose** \'ag-ə-,rōs, 'äg-, -,rōz\ *n* : a polysaccharide obtained from agar that is used esp. as a supporting medium in electrophoresis and chromatography

**agas·tric** \(')ā-'gas-trik\ *adj* : lacking a stomach or distinct digestive canal ‹the tapeworm is ~›

**aga·ve** \ə-'gav-ē\ *n* **1** *cap* : a genus of plants (family Amaryllidaceae) native to tropical America and to the southwestern U.S., having heavy stiff often spiny leaves mostly in basal rosettes and tall spikes of flowers, and including some that are cultivated for their fiber (as sisal), for other economic products (as mescal), or for ornament **2** : a plant (as the century plant) of the genus *Agave*

[1]**age** \'āj\ *n* **1 a** : the part of an existence extending from the beginning to any given time ‹a boy 10 years of ~› **b** : the time of life at which some particular event, qualification, or capacity arises, occurs, or is lost ‹of reproductive ~› ‹~ of first pregnancy› **c** : an advanced stage of life **2** : an individual's development measured in terms of the years requisite for like development of an average individual ‹a child of 7 with a mental ~ of 10›

[2]**age** *vb* **aged; ag·ing** *or* **age·ing** *vi* : to become old : show the effects or the characteristics of increasing age ~ *vt* : to cause to become old

**agen·e·sis** \(')ā-'jen-ə-səs\ *n, pl* **-e·ses** \-,sēz\ : lack or failure of development (as of a body part)

**agen·i·tal·ism** \(')ā-'jen-ət-ᵊl-,iz-əm\ *n* : an abnormal condition associated with lack of or incompletely developed sex organs and caused by deficient secretion of sex hormones

**age·nize** \'ā-jə-,nīz\ *vt* **-nized; -niz·ing** : to treat (flour) with nitrogen trichloride

**agent** \'ā-jənt\ *n* **1** : something that produces or is capable of producing an effect **2** : a chemically, physically, or biologically active principle — see OXIDIZING AGENT, REDUCING AGENT

**Agent Orange** \-'är-inj, -'ar(-ə)nj, -'or-inj, 'ȯr(-ə)nj\ *n* : an herbicide widely used as a defoliant in the Vietnam War that is composed of 2,4-D and 2,4,5-T and contains dioxin as a contaminant

**age of con·sent** \-kən-'sent\ *n* : the age at which one is legally competent to give consent esp. to marriage or to sexual intercourse

**ageu·sia** \ə-'gyü-zē-ə, (')ā-, -'jü-, -sē-\ *n* : the absence or impairment of the sense of taste — **ageu·sic** \-zik, -sik\ *adj*

**ag·ger** \'aj-ər\ *n* : an anatomical prominence

[1]**ag·glom·er·ate** \ə-'gläm-ə-,rāt\ *vt* **-at·ed; -at·ing** : to gather into a ball, mass, or cluster — **ag·glom·er·a·tion** \ə-,gläm-ə-'rā-shən\ *n*

[2]**ag·glom·er·ate** \-rət\ *n* : a jumbled mass or collection ‹probably a virus or ~*s* of a virus —E. A. Steinhaus›

**agglut** *abbr* agglutination

**ag·glu·ti·na·bil·i·ty** \ə-,glüt-ᵊn-ə-'bil-ət-ē\ *n, pl* **-ties** : capacity (as of red blood cells) to be agglutinated — **ag·glu·ti·na·ble** \-'glüt-ᵊn-ə-bəl\ *adj*

[1]**ag·glu·ti·nant** \ə-'glüt-ᵊn-ənt\ *adj* : causing or tending to cause adhesion

[2]**agglutinant** *n* : an agglutinating substance

[1]**ag·glu·ti·nate** \-ᵊn-,āt\ *vb* **-nat·ed; -nat·ing** *vt* : to cause to undergo agglutination ~ *vi* : to undergo agglutination

[2]**ag·glu·ti·nate** \-ᵊn-ət, -ᵊn-,āt\ *n* : a clump of agglutinated material (as blood cells or bacteria)

**ag·glu·ti·na·tion** \ə-,glüt-ᵊn-'ā-shən\ *n* : a reaction in which particles (as red blood cells or bacteria) suspended in a liquid collect into clumps and which occurs esp. as a serological response to a specific antibody

**agglutination test** *n* : any of several tests based on the ability of a specific serum to cause agglutination of a suitable system and used in the diagnosis of infections, the identification of microorganisms, and in blood grouping — compare WIDAL TEST

**ag·glu·ti·na·tive** \ə-'glüt-ᵊn-,āt-iv, -ət-\ *adj* : causing or produced by agglutination ‹~ proteins›

**ag·glu·ti·nin** \ə-'glüt-ᵊn-ən\ *n* : a substance (as an antibody) producing agglutination

**ag·glu·ti·no·gen** \ə-'glüt-ᵊn-ə-jən\ *n* : an antigen whose presence results in the formation of an agglutinin — **ag·glu·ti·no·gen·ic** \-,glüt-ᵊn-ə-'jen-ik\ *adj*

**ag·glu·ti·noid** \ə-'glüt-ᵊn-,ȯid\ *n* : an agglutinin that has lost or never had the power to agglutinate but can still unite with its agglutinogen — compare ANTIBODY, BLOCKING ANTIBODY

**ag·glu·ti·no·scope** \ə-'glüt-ᵊn-ə-,skōp\ *n* : an instrument used to facilitate visual observation of agglutination (as in a test tube)

[1]**ag·gre·gate** \'ag-ri-gət\ *adj* : formed by the collection of units or particles into a body, mass, or amount

[2]**ag·gre·gate** \-,gāt\ *vt* **-gat·ed; -gat·ing** : to collect or gather into a mass or whole ‹*aggregated* human albumin›

[3]**ag·gre·gate** \-gət\ *n* : a mass or body of units or parts somewhat loosely associated with one another

**ag·gres·sin** \ə-'gres-ᵊn\ *n* : a hypothetical substance held to contribute to the virulence of pathogenic bacteria by paralyzing the host defensive mechanisms (as the leukocytes) and held to be produced by the bacteria in the body of the host

**ag·gres·sion** \ə-'gresh-ən\ *n* : hostile, injurious, or destructive behavior or outlook esp. when caused by frustration

**ag·gres·sive** \ə-'gres-iv\ *adj* **1** : tending toward or exhibiting

\ə\abut \ᵊ\kitten \ər\further \a\ash \ā\ace \ä\cot, cart \au̇\out \ch\chin \e\bet \ē\easy \g\go \i\hit \ī\ice \j\job \ŋ\sing \ō\go \ȯ\law \ȯi\boy \th\thin \t͟h\the \ü\loot \u̇\foot \y\yet \zh\vision *see also* Pronunciation Symbols page

STAN 031811

**-chi·sis·es** : degenerative splitting of the retina into separate layers

**ret·i·no·scope** \ˈret-ᵊn-ə-ˌskōp\ *n* : an apparatus used in retinoscopy

**ret·i·nos·co·py** \ˌret-ᵊn-ˈäs-kə-pē\ *n, pl* **-pies** : a method of determining the state of refraction of the eye by illuminating the retina with a mirror and observing the direction of movement of the retinal illumination and adjacent shadow when the mirror is turned — **ret·i·no·scop·ic** \ˌret-ᵊn-ə-ˈskäp-ik\ *adj*

**ret·i·no·tec·tal** \ˌret-ᵊn-ō-ˈtek-təl\ *adj* : of, relating to, or being the nerve fibers connecting the retina and the tectum of the midbrain ⟨~ pathways⟩

**re·tort** \ri-ˈtȯ(ə)rt, ˈrē-ˌ\ *n* : a vessel or chamber in which substances are distilled or decomposed by heat

**re·tract** \ri-ˈtrakt\ *vt* : to draw back or in ⟨~ the lower jaw⟩ — compare PROTRACT ~ *vi* : to draw something (as tissue) back or in; *also* : to use a retractor

**re·trac·tile** \ri-ˈtrak-tᵊl, -ˌtīl\ *adj* : capable of being drawn back or in

**re·trac·tion** \ri-ˈtrak-shən\ *n* : an act or instance of retracting; *specif* : backward or inward movement of an organ or part ⟨~ of the nipple or skin overlying the tumor —*Jour. Amer. Med. Assoc.*⟩

**re·trac·tor** \ri-ˈtrak-tər\ *n* : one that retracts: as **a** : any of various surgical instruments for holding tissues away from the field of operation **b** : a muscle that draws in an organ or part — compare *protractor*

**ret·ro·ac·tive** \ˌre-trō-ˈak-tiv\ *adj* : having relation or reference to or efficacy in a prior time; *specif* : relating to, caused by, or being obliteration of the results of learning by immediately subsequent activity ⟨~ inhibition⟩

**ret·ro·bul·bar** \-ˈbəl-bər, -ˌbär\ *adj* : situated, occurring, or administered behind the eyeball ⟨a ~ injection⟩

**retrobulbar neuritis** *n* : inflammation of the part of the optic nerve lying immediately behind the eyeball

**ret·ro·ca·val** \-ˈkā-vəl\ *adj* : situated or occurring behind the vena cava

**ret·ro·ces·sion** \-ˈsesh-ən\ *n* : abnormal backward displacement ⟨~ of the uterus⟩

**ret·ro·cli·na·tion** \-klə-ˈnā-shən\ *n* : the condition of being inclined backward ⟨~ of the lower incisors⟩

**ret·ro·co·lic** \-ˈkō-lik, -ˈkäl-ik\ *adj* : situated or occurring behind the colon

**ret·ro·fec·tion** \ˌre-trə-ˈfek-shən\ *n* : infection with pinworms in which the eggs hatch on the anal skin and mucosa and the larvae migrate up the bowel to the cecum where they mature

**ret·ro·flex·ion** \ˌre-trə-ˈflek-shən\ *n* : the state of being bent back; *specif* : the bending back of the body of the uterus upon the cervix — compare RETROVERSION

**ret·ro·gnath·ia** \-ˈnath-ē-ə\ *n* : RETROGNATHISM

**ret·ro·gnath·ic** \-ˈnath-ik\ *adj* : relating to or characterized by retrognathism

**ret·ro·gnath·ism** \ˌre-trō-ˈnath-ˌiz-əm\ *n* : a condition characterized by recession of one or both of the jaws ⟨mandibular ~⟩

**ret·ro·grade** \ˈre-trə-ˌgrād\ *adj* **1** : characterized by retrogression **2** : affecting a period immediately prior to a precipitating cause ⟨~ amnesia⟩ **3** : occurring or performed in a direction opposite to the usual direction of conduction or flow ⟨~ catheterization⟩; *esp* : occurring along cell processes toward the cell body ⟨~ axonal transport⟩ ⟨~ degeneration of nerve fibers⟩ — compare ANTEROGRADE 2 — **ret·ro·grade·ly** *adv*

**retrograde pyelogram** *n* : a roentgenogram of the kidney made by retrograde pyelography

**retrograde pyelography** *n* : pyelography performed by injection of radiopaque material through the ureter

**ret·ro·gres·sion** \ˌre-trə-ˈgresh-ən\ *n* : a reversal in development or condition: as **a** : return to a former and less complex level of development or organization **b** : subsidence or decline of symptoms or manifestations of a disease

**ret·ro·gres·sive** \-ˈgres-iv\ *adj* : characterized by retrogression: as **a** : declining from a better to a worse state ⟨a ~ disease⟩ **b** : passing from a higher to a lower level of organization ⟨~ evolution⟩

**ret·ro·len·tal** \ˌre-trō-ˈlent-ᵊl\ *adj* : situated or occurring behind the lens of the eye

**retrolental fibroplasia** *n* : a disease of the retina that occurs esp. in premature infants of low birth weight and that is characterized by the presence of an opaque fibrous membrane behind the lens of the eye

**ret·ro·len·tic·u·lar** \ˌre-trō-len-ˈtik-yə-lər\ *adj* : RETROLENTAL

**ret·ro·lin·gual** \-ˈliŋ-g(yə-)wəl\ *adj* : situated or occurring behind or near the base of the tongue ⟨~ salivary glands⟩

**ret·ro·mam·ma·ry** \-ˈmam-ə-rē\ *adj* : situated or occurring behind the mammae

**ret·ro·man·dib·u·lar** \-man-ˈdib-yə-lər\ *adj* : situated or occurring behind the lower jaw

**ret·ro·mo·lar** \-ˈmō-lər\ *adj* : situated or occurring behind the last molar ⟨~ tissue⟩

**ret·ro–oc·u·lar** \ˌre-trō-ˈäk-yə-lər\ *adj* : situated or occurring behind the eye: RETROBULBAR ⟨~ pain⟩

**ret·ro–or·bit·al** \-ˈȯr-bət-ᵊl\ *adj* : situated or occurring behind the orbit of the eye

**ret·ro·per·i·to·ne·al** \-ˌper-ət-ᵊn-ˈē-əl\ *adj* : situated or occurring behind the peritoneum ⟨~ bleeding⟩ ⟨a ~ tumor⟩ — **ret·ro·per·i·to·ne·al·ly** \-ə-lē\ *adv*

**retroperitoneal fibrosis** *n* : proliferation of fibrous tissue behind the peritoneum often leading to blockage of the ureters — called also *Ormond's disease*

**retroperitoneal space** *n* : RETROPERITONEUM

**ret·ro·per·i·to·ne·um** \-ˌper-ət-ᵊn-ˈē-əm\ *n, pl* **-neums** *or* **-nea** \-ˈē-ə\ : the space between the peritoneum and the posterior abdominal wall that contains esp. the kidneys and associated structures, the pancreas, and part of the aorta and inferior vena cava

**ret·ro·pha·ryn·geal** \-ˌfar-ən-ˈjē-əl, -fə-ˈrin-j(ē-)əl\ *adj* : situated or occurring behind the pharynx ⟨a ~ abscess⟩

**ret·ro·pla·cen·tal** \-plə-ˈsent-ᵊl\ *adj* : situated, occurring, or obtained from behind the placenta ⟨~ blood⟩

**ret·ro·pu·bic** \ˌre-trō-ˈpyü-bik\ *adj* **1** : situated or occurring behind the pubis **2** : relating to or being a procedure for removal of the prostate by way of the retropubic space ⟨~ prostatectomy⟩

**retropubic space** *n* : the potential space occurring between the pubic symphysis and the urinary bladder — called also *space of Retzius*

**ret·ro·pul·sion** \-ˈpəl-shən\ *n* : a disorder of locomotion associated esp. with Parkinson's disease that is marked by a tendency to walk backwards

**ret·ro·rec·tal** \-ˈrek-tᵊl\ *adj* : situated or occurring behind the rectum ⟨a ~ abscess⟩

**ret·ro·spec·tive** \-ˈspek-tiv\ *adj* **1 a** : of, relating to, or given to introspection **b** : relating to past events ⟨a ~ study in which epidemiological evidence was collected after the onset of the disease⟩ **2** : based on memory — **ret·ro·spec·tive·ly** *adv*

**ret·ro·stal·sis** \ˌre-trō-ˈstȯl-səs, -ˈstal-, -ˈstäl-\ *n, pl* **-stal·ses** \-ˌsēz\ : backward motion of the intestines : reversed peristalsis — **ret·ro·stal·tic** \-tik\ *adj*

**ret·ro·ster·nal** \-ˈstər-nəl\ *adj* : situated or occurring behind the sternum ⟨~ pain⟩

**ret·ro·tar·sal** \-ˈtär-səl\ *adj* : situated or occurring behind the tarsal plate of the eyelid

**ret·ro·vac·ci·na·tion** \-ˌvak-sə-ˈnā-shən\ *n* : vaccination in which smallpox virus from human vesicles is used as seed virus in producing smallpox vaccine in cattle

**ret·ro·ver·sion** \-ˈvər-zhən *also* -shən\ *n* : the bending backward of the uterus and cervix out of the normal axis so that the fundus points toward the sacrum and the cervix toward the pubic symphysis — compare RETROFLEXION

**ret·ro·vi·rus** \ˈre-trō-ˌvī-rəs\ *n* : any of a group of RNA-containing viruses (as the Rous sarcoma virus and the HTLV causing AIDS) that produce reverse transcriptase by means of which DNA is formed using their RNA as a template and incorporated into the genome of infected cells and that include numerous viruses causing tumors in animals including man — called also *RNA tumor virus* — **ret·ro·vi·ral** \-rəl\ *adj*

**re·trude** \ri-ˈtrüd\ *vt* **re·trud·ed; re·trud·ing** : to move backward : displace posteriorly ⟨~ the mandible⟩

STAN 031814

cytoplasmic iron granules

**sid·ero·blas·tic** \ˌsid-ə-rə-ˈblas-tik\ *adj* : of, relating to, or characterized by the presence of sideroblasts ⟨~ anemia⟩

**sid·ero·cyte** \ˈsid-ə-rə-ˌsīt\ *n* : an atypical red blood cell containing iron not bound in hemoglobin

**sid·ero·fi·bro·sis** \ˌsid-ə-rō-fī-ˈbrō-səs\ *n, pl* **-bro·ses** \-ˈbrō-ˌsēz\ : fibrosis esp. of the spleen associated with deposits containing iron

**sid·ero·pe·nia** \ˌsid-ə-rə-ˈpē-nē-ə\ *n* : iron deficiency in the blood serum — **sid·ero·pe·nic** \-ˈpē-nik\ *adj*

**sid·er·oph·i·lin** \ˌsid-ə-ˈräf-ə-lən\ *n* : TRANSFERRIN

**sid·er·o·sis** \ˌsid-ə-ˈrō-səs\ *n, pl* **-o·sis·es** 1 : pneumoconiosis occurring in iron workers from inhalation of particles of iron 2 : deposit of iron pigment in a bodily tissue

**sid·er·ot·ic** \ˌsid-ə-ˈrät-ik\ *adj* : of or relating to siderosis

**side·wind·er** \ˈsīd-ˌwīnd-ər\ *n* : a small pale-colored rattlesnake of the genus *Crotalus* (*C. cerastes*) of the southwestern U.S. that does not crawl but moves by throwing the body forward in a series of loops — called also *horned rattlesnake*

**SIDS** *abbr* sudden infant death syndrome

**sie·mens** \ˈsē-mənz, ˈzē-\ *n, pl* **siemens** : a unit of conductance in the mks system equivalent to one ampere per volt

**Sig** *abbr* signa — used to introduce the signature in writing a prescription

**sight** \ˈsīt\ *n* 1 : something that is seen 2 : the process, power, or function of seeing; *specif* : the one of the five basic physical senses by which light stimuli received by the eye are interpreted by the brain in the construction of a representation of the position, shape, brightness, and usu. color of objects in the real world 3 a : a perception of an object by the eye b : the range of vision

**sight·ed** \ˈsīt-əd\ *adj* : having sight : not blind

**sight·less** \ˈsīt-ləs\ *adj* : lacking sight : BLIND — **sight·less·ness** *n*

**sigma factor** *n* : a detachable polypeptide subunit of RNA polymerase that is held to determine the genetic material which undergoes transcription

**sig·ma·tism** \ˈsig-mə-ˌtiz-əm\ *n* : faulty articulation of the sounds \s\ and \zh\

[1]**sig·moid** \ˈsig-ˌmȯid\ *adj* 1 a : curved like the letter C b : curved in two directions like the letter S 2 : of, relating to, or being the sigmoid flexure of the intestine ⟨~ lesions⟩

[2]**sigmoid** *n* : SIGMOID FLEXURE

**sigmoid artery** *n* : any of several branches of the inferior mesenteric artery that supply the sigmoid flexure

**sigmoid colon** *n* : SIGMOID FLEXURE

**sig·moid·ec·to·my** \ˌsig-mȯi-ˈdek-tə-mē\ *n, pl* **-mies** : surgical excision of part of the sigmoid flexure

**sigmoid flexure** *n* : the contracted and crooked part of the colon immediately above the rectum — called also *pelvic colon, sigmoid colon*

**sig·moid·itis** \ˌsig-mȯi-ˈdīt-əs\ *n* : inflammation of the sigmoid flexure

**sigmoid notch** \-ˈnäch\ *n* : a curved depression on the upper border of the lower jaw between the coronoid process and the articulatory condyle absent in lower primates and some extinct men

**sig·moid·o·pexy** \sig-ˈmȯid-ə-ˌpek-sē\ *n, pl* **-pexies** : surgical attachment of the sigmoid flexure to the wall of the abdomen for relief of rectal prolapse

**sig·moid·o·scope** \sig-ˈmȯid-ə-ˌskōp\ *n* : a long hollow tubular instrument designed to be passed through the anus in order to permit inspection, diagnosis, treatment, and photography of the last 10 to 12 inches of the large intestine — called also *proctosigmoidoscope*

**sig·moid·os·co·py** \ˌsig-ˌmȯi-ˈdäs-kə-pē\ *n, pl* **-pies** : the process of using a sigmoidoscope for the inspection, diagnosis, treatment, and photography of the last 10 to 12 inches of the large intestine — called also *proctosigmoidoscopy* — **sig·moid·o·scop·ic** \-ˌdə-ˈskäp-ik\ *adj*

**sig·moid·os·to·my** \ˌsig-ˌmȯi-ˈdäs-tə-mē\ *n, pl* **-mies** : surgical creation of an artificial anus in the sigmoid flexure

**sigmoid sinus** *n* : a sinus on each side of the brain that is a continuation of the transverse sinus on the same side, follows an S-shaped course to the jugular foramen, and empties into the internal jugular vein

**sigmoid vein** *n* : any of several veins that drain the sigmoid flexure and empty into the superior rectal vein

**sign** \ˈsīn\ *n* 1 : one of a set of gestures used to represent language 2 : an objective evidence of disease esp. as observed and interpreted by the physician rather than by the patient or lay observer ⟨narrow retinal vessels are a ~ of arteriosclerosis⟩ — compare SYMPTOM; see PHYSICAL SIGN

**sig·na** \ˈsig-nə\ *vb imper* : write on label — used to introduce the signature in writing a prescription; abbr. *S, Sig*

**sig·nal node** \ˈsig-nəl-\ *n* : a supraclavicular lymph node which when tumorous is often a secondary sign of gastrointestinal cancer — called also *Virchow's node*

**sig·na·ture** \ˈsig-nə-ˌchu̇ər, -chər, -ˌt(y)u̇ər\ *n* 1 : a feature in the appearance or qualities of a natural object formerly held to indicate its utility in medicine either because of a fancied resemblance to a body part (as a heart-shaped leaf indicating utility in heart disease) or because of a presumed relation to some phase of a disease (as the prickly nature of thistle indicating utility in case of a stitch in the side) 2 : the part of a medical prescription which contains the directions to the patient

**sig·net ring** \ˈsig-nət-\ *n* : a malaria parasite in an intracellular developmental stage in which the nucleus is peripheral and the cytoplasm somewhat attenuated and annular

**sig·nif·i·cant** \sig-ˈnif-i-kənt\ *adj* : probably caused by something other than mere chance ⟨statistically ~ correlation between vitamin deficiency and disease⟩ — **sig·nif·i·cant·ly** *adv*

**sign language** *n* : a system of communicating by means of conventional chiefly manual gestures that is used by the deaf or by people speaking different languages; *esp* : DACTYLOLOGY

**Si·las·tic** \si-ˈlas-tik\ *trademark* — used for a soft pliable plastic

**si·lent** \ˈsī-lənt\ *adj* 1 : not exhibiting the usual signs or symptoms of presence ⟨a ~ infection⟩ ⟨a ~ bone fracture⟩ ⟨~ Io in cattle⟩ ⟨~ gallstones⟩ ⟨~ tuberculosis⟩ 2 : yielding no detectable response to stimulation — used esp. of an association area of the brain ⟨~ cortex⟩ 3 : having no detectable function ⟨~ DNA⟩ ⟨~ genes⟩ — **si·lent·ly** *adv*

**si·lex** \ˈsī-ˌleks\ *n* : silica or a siliceous material esp. for use as a filler in paints or wood or as a dental material

**sil·i·ca** \ˈsil-i-kə\ *n* : the dioxide of silicon $SiO_2$ occurring in crystalline, amorphous, and impure forms (as in quartz, opal, and sand respectively) — called also *silicon dioxide*

**silica gel** *n* : colloidal silica resembling coarse white sand in appearance but possessing many fine pores and therefore extremely adsorbent

**sil·i·cate** \ˈsil-ə-ˌkāt, ˈsil-i-kət\ *n* : a salt or ester derived from a silicic acid; *esp* : any of numerous insoluble often complex metal salts that contain silicon and oxygen in the anion and constitute the largest class of minerals

**silicate cement** *n* : a dental cement used in restorations

**si·li·ceous** *also* **si·li·cious** \sə-ˈlish-əs\ *adj* : of, relating to, or containing silica or a silicate ⟨a ~ cement used in dentistry⟩

**si·lic·ic** \sə-ˈlis-ik\ *adj* : of, relating to, or derived from silica or silicon

**silicic acid** *n* : any of various weakly acid substances obtained as gelatinous masses by treating silicates with acids

**sil·i·co·flu·o·ride** \ˌsil-i-kō-ˈflu̇-ə-ˌrīd\ *n* : FLUOSILICATE — see SODIUM FLUOSILICATE

**sil·i·con** \ˈsil-i-kən, ˈsil-ə-ˌkän\ *n* : a tetravalent nonmetallic element that occurs combined as the most abundant element next to oxygen in the earth's crust and is used esp. in alloys — symbol *Si*; see ELEMENT table

**silicon carbide** *n* : a very hard dark crystalline compound of silicon and carbon that is used as an abrasive in dentistry

**silicon dioxide** *n* : SILICA

**sil·i·cone** \ˈsil-ə-ˌkōn\ *n* : any of various polymeric organic silicon compounds which are obtained as oils, greases, or [illegible] and some of which have been used as surgical implants

**sil·i·con·ize** \-ˌīz\ *vt* **-ized; -iz·ing** : to provide with a silicone surface ⟨~ hypodermic needles to reduce friction⟩ ⟨[illegible] glassware⟩

**sil·i·co·sis** \ˌsil-ə-ˈkō-səs\ *n, pl* **-co·ses** \-ˌsēz\ [illegible]