Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al								Doc. 179 Att. 26
Case 3:05-cv-04158-MHP				Document 179-27				Filed 08/10/2007				Page 1 of 4

# Exhibit 19

Dockets.Justia.com

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

STAN 031863



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

A *Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster Inc.
PE1625.W36    1986    423    85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA
4344AG/KP9190

STAN 031864

Preface
Editorial Staff
Outside Consulta
Explanatory Cha
Explanatory Not
Divisions in Bol
Spelling
Plurals
Capitalization
Italicization

cgs electromagn
*Afro-Asiatic* lan
*alphabet* table
*anthracite* coal
*architecture*
common *area* f
*Beaufort* scale
ship's *bells*
*book* sizes
*Braille* alphabe
*constellations*
chief *crusades*
principal ocean
executive U.S.
*dye* tables I an
*Easter* dates
chemical *eleme*
four syllogistic
principal railr
common shotg
*geologic* time a
*gestation* perio
*glacial* epochs
*incubation* peri
*Indo-European*
*measures* and

Color
  Two plate
Constellation
Constellation

Case 3:05-cv-04158-MHP Document 179-27 Filed 08/10/2007 Page 4 of 4

be to elicit some curious conclusions —T.S.Eliot⟩ ⟨the inductive method of eliciting general laws —A.N.Whitehead⟩ ⟨elicit information by cross-examination⟩ EXTRACT, in this context, implies an action, force, or effort resembling the physical use of pressure or suction ⟨we journeyed on, fed by food extracted from the peasants —Bertrand Russell⟩ ⟨eke out her personal adornment by gifts which she managed to extract from her admirers —Mary Austin⟩ ⟨in spite of incessant questioning, all he had been able to extract from this young girl was the story that the admiral had offered to lend her his house —Edith Sitwell⟩ EXTORT implies a wringing or wresting, esp. from someone reluctant or resisting ⟨extort money by blackmail⟩ ⟨his perfect command of all his faculties extorted praise from those who neither loved nor esteemed him —T.B. Macaulay⟩ ⟨whose income is ample enough to extort obsequiousness from the vulgar of all ranks —Arnold Bennett⟩

**educ·ible** \-səbəl\ *adj* : capable of being educed

**educt** \ˈē,dəkt\ *n* -s [L *eductus*, past part. of *educere* to lead forth, draw out — more at EDUCE] : something that is educed: **a** *chem* : a substance separated from material in which it already existed — distinguished from *product* **b** : INFERENCE

**educ·tion** \ēˈdəkshən, iˈ-\ *n* -s [LL *eduction-, eductio* act of leading forth, drawing out, fr. L *eductus* + *-ion-, -io* -ion] **1** : the action or process of educing, eliciting, or directly inferring **2** : the result of the process of educing : INFERENCE **3** : the action or process of conducting a fluid away from a container (as oil from a tank car)

**educ·tive** \-ktiv\ *adj* [L *eductus* + E *-ive*] : relating to eduction

**educ·tor** \-ktə(r)\ *n* -s [LL, one that leads forth, fr. L *eductus* + *-or*] : one that educes: as **a** : EJECTOR 2 **b** : a device similar to an ejector for mixing two fluids (as air and water)

**edul·co·rate** \əˈdəlkə,rāt, ēˈ-\ *vt* -ED/-ING/-S [NL *edulcoratus*, past part. of *edulcorare*, blend of LL *edulcare* to sweeten (fr. L *e-* + LL *dulcare* to sweeten, fr. L *dulcis* sweet) and *dulcorare* to sweeten, fr. *dulcor* sweetness, fr. L *dulcis* — more at DULCET] **1** *obs* : to make (food) sweet **2** *archaic* : to free from acids, salts, or other soluble substances by washing **3** : to free from harshness (as of attitude) : make pleasant ⟨cozened and flattered and *edulcorated* the Turks —Vincent Sheean⟩ — **edul·co·ra·tion** \⸗,⸗⸗ˈrāshən\ *n* -s

**¹ed·war·de·an** *or* **ed·war·di·an** \(ˈ)e¦dwȯrdēən, -wäd-, -wȯ(r)d-\ *adj, usu cap* [Jonathan *Edwards* †1758 Am. Congregational clergyman and theologian + E *-ean* or *-ian*] : of or relating to the Calvinistic theological doctrines of Jonathan Edwards : derived from such doctrines : accepting such doctrines

**²edwardean** *or* **edwardian** \"\ *n* -s *usu cap* : an adherent of the theology of Jonathan Edwards

**¹edwardian** \"\ *adj, usu cap* [*Edward* VII †1910 king of England + E *-ian*] : of, relating to, or having the characteristics of the era of Edward VII of England (1901–10): as **a** : characterized by opulence and a complacent sense of material security **b** : marked by a socially analytical and critical frame of mind **c** *of clothing* : marked by the hourglass silhouette for women and the long narrow fitted suits for men that were popular during this period

**²edwardian** \"\ *n* -s *usu cap* : one belonging to or as if to the Edwardian era

**ed·ward·ine** \ˈedwə(r),dīn, -dēn\ *adj, usu cap* [*Edward* VII + E *-ine*] : EDWARDIAN

**ed·ward·sia** \eˈdwȯrdzēə, -wäd-, -wȯ(r)d-\ *n, cap* [NL, fr. Henri Milne-*Edwards* †1885 Fr. zoologist + NL *-ia*] : a genus (the type of the family Edwardsiidae) of sea anemones having eight mesenteries and living in tubes in the sand

**ed·ward·si·an** \(ˈ)⸗¦⸗zēən\ *adj, usu cap* [Jonathan *Edwards* + E *-ian*] : EDWARDEAN

**ee** \ˈē\ *n, pl* **een** \ˈēn\ [ME (northern dial.), fr. OE *ēage* — more at EYE] *Scot* : EYE

**¹-ee** \(ˈ)ē\ *n suffix* -s [ME *-e*, fr. MF *-é*, fr. OF, fr. *-é*, past part. ending of some verbs, fr. L *-atus*, past part. ending of 1st conj. verbs — more at -ATE (adj. suffix)] **1** : animate and usu. human undergoer, recipient, or beneficiary of (a specified action) ⟨appoint*ee*⟩ ⟨draft*ee*⟩ ⟨grant*ee*⟩ ⟨train*ee*⟩ ⟨trust*ee*⟩ **2** : person furnished with (a specified thing) ⟨patent*ee*⟩ **3** : person that performs (a specified action) ⟨escap*ee*⟩ ⟨stand*ee*⟩

**²-ee** \"\ *n suffix* -s [prob. alter. of *-ie*] **1** : one associated with ⟨barg*ee*⟩ ⟨goal*ee*⟩ ⟨town*ee*⟩ **2** : a particular esp. small kind of ⟨boot*ee*⟩ ⟨coat*ee*⟩ **3** : one resembling or suggestive of ⟨goat*ee*⟩

**EE** \(ˈ)ē¦ē\ *abbr or n* -s electrical engineer

**EE** *abbr* **1** envoy extraordinary **2** errors excepted

**ee·bree** \ˈē,brē\ *n* -s [*ee* + *bree*] **1** *chiefly Scot* : EYEBROW **2** *chiefly Scot* : EYELASH — usu. used in pl.

**EEG** *abbr* electroencephalogram

**¹eel** \ˈēl, *esp before pause or consonant* ˈēəl\ *n, pl* **eels** *also* **eel** [ME *ele*, fr. OE *ǣl*; akin to OS & OHG *āl* eel, ON *āll*] **1 a** : any of numerous voracious elongate snakelike teleost fishes that constitute the order Apodes and that have a smooth slimy skin often without scales, are destitute of pelvic and sometimes of pectoral fins, and have the median fins confluent around the tail — see ANGUILLA, CONGER EEL, LEPTOCEPHALUS, MORAY **b** : any of numerous elongate fishes more or less resembling the true eels (as those of the order Symbranchii) — see ELECTRIC EEL, SAND EEL, SNAKE EEL **2** : any of various nematodes or eelworms ⟨the vinegar ~⟩ **3** : a person or thing that is slippery or elusive

**²eel** \"\ *vi* -ED/-ING/-S **1** : to fish for eels **2** : WORM 2

**eel-back flounder** *n* : a small flounder (*Liopsetta putnami*) of the coasts of northern New England and the Maritime Provinces

**eelboat** \ˈ⸗,⸗\ *n* : SCHUYT

**eel cat** *n* : a broad-headed catfish (*Ictalurus anguilla*) of the lower Mississippi and Ohio valleys — compare CHANNEL CAT

**eel·ery** \ˈēlərē\ *n* -ES [¹*eel* + *-ery*] : a place for catching eels

**eelfare** \ˈ⸗,⸗\ *n* [¹*eel* + *fare* (journey)] : the migration of young eels up a stream

**eelgrass** \ˈ⸗,⸗\ *n* **1** : a submerged marine plant (*Zostera marina*) with very long narrow leaves that is found in abundance along the No. Atlantic coast — called also *grass wrack* **2** : TAPE GRASS

**eelgrass family** *n* : ZOSTERACEAE

**eel·like** \ˈē(ə)l,līk\ *adj* : like an eel in sinuosity, swimming ability, or evasiveness

**eelpot** \ˈ⸗,⸗\ *n* : a trap like a box with funnel-shaped openings for catching eels

**eelpout** \ˈ⸗,⸗\ *n* [¹*eel* + *pout* (fish)] **1** : any of various marine fishes resembling blennies and constituting the family Zoarcidae: as **a** : a viviparous blenny (*Zoarces viviparus*) of Northern Europe **b** : MUTTONFISH 2 **2** : BURBOT

**eelspear** \ˈ⸗,⸗\ *n* : a barbed spear for spearing eels

**eelworm** \ˈ⸗,⸗\ *n* : a nematode worm; *esp* : any small free-living or plant-parasitic roundworm, some of which are serious pathogens of cultivated plants — see BULB EELWORM

**eely** \ˈēlē, -li\ *adj* -ER/-EST : resembling an eel (as in being wriggly or slippery)

**¹een** \(ˈ)ēn\ *Scot var of* ONE

**²een** \ˈēn\ *pl of* EE

**¹e'en** \(ˈ)ēn\ *adv* [by contr.] : EVEN

**²e'en** *or* **een** \ˈēn\ *n* -S [contr. of ¹*even*] *chiefly Scot* : EVENING

**¹-een** \ˈēn\ *n suffix* -s [prob. partly fr. the *-een* of *ratteen* and partly alter. of the *-ine* of *armozine, bombazine*] : inferior fabric resembling (a specified fabric) : imitation ⟨sat*een*⟩ ⟨velvet*een*⟩

**²-een** \"\ *n suffix* -s [IrGael *-ín*] *chiefly Irish* : small one : dear one : petty or contemptible one — in diminutive nouns ⟨bird*een*⟩ ⟨buck*een*⟩ ⟨squir*een*⟩

**een·a·most** \ˈēnə,mōst\ *adv* [ˈ*e'en* + *amost*, alter. of *almost*] : even almost : NEARLY

**eence** \ˈēn(t)s\ *Scot var of* ONCE

**eend** \ˈēnd\ *dial var of* END

**-eer** \ˈi(ə)r, ˈiə\ *n suffix* -s [MF *-ier*, fr. L *-arius* — more at -ARY (n. suffix)] **1** : one that deals in, is concerned with professionally, manages, conducts, or produces ⟨auction*eer*⟩ ⟨pamphlet*eer*⟩ — often in words with derogatory meaning or connotation ⟨profit*eer*⟩ **2** : contemptible one ⟨patriot*eer*⟩

**e'er** \(ˈ)e(ə)r, (ˈ)a(ə)r, ˈeə\ *adv* [by contr.] : EVER

**ee·rie** *also* **ee·ry** \ˈirē, ˈēr-, -ri\ *adj* -ER/-EST [ME (northern dial.) *eri*, fr. OE *earg* cowardly, lazy, slow, wretched — more at ARGH] **1** *dial Brit* : affected with fear esp. of the supernatural : FRIGHTENED ⟨when I sleep I dream, when I wake I'm ~ —Robert Burns⟩ **2** : unusual, unexpected, or unnatural to such a degree as to inspire fear : WEIRD, FRIGHTENING ⟨it is an ~ experience to drive for miles through ghostly ranks of . . . cypress woods —*Amer. Guide Series: Fla.*⟩ ⟨an uncomfortable and ~ stillness had settled over the piazza —Alan Moorehead⟩; *also* : STRANGE, MYSTERIOUS, UNCANNY ⟨blue and yellow flames that at night cast an ~ glow over the landscape —*Amer. Guide Series: Pa.*⟩ ⟨the *eeriest* mystery in modern court records—a persistent riddle —*Life*⟩ ⟨the clarinet sings, in its ~, plaintive tone —Sara R. Watson⟩ **3** *Scot* : GLOOMY, DISMAL **syn** see WEIRD

**ee·ri·ly** \-rəlē, -li\ *adv* : in an eerie manner : MYSTERIOUSLY, WEIRDLY ⟨the sea moaned ~ as if in anticipation of what was to come —G.G.Carter⟩

**ee·ri·ness** \-rēnəs, -rin-\ *n* -ES **1** : inexplicable fear ⟨private distresses, a streak of ~, dark moods —*Times Lit. Supp.*⟩ **2** : the quality or state of being eerie

**ees** *pl of* E *or of* EE

**-ees** *pl of* -EE

**¹ef** *also* **eff** \ˈef\ *n* -s : the letter *f*

**²ef** \(ˈ)ef, əf\ *dial var of* IF

**ef-** — see EX-

**EF** *abbr* **1** English finish **2** expeditionary force **3** extra fine; extremely fine

**ef·a·tese** \ˌefəˈtēz, eˈfä,t-, -ēs\ *n, pl* **efatese** *usu cap* [*Efate*, one of the New Hebrides islands in the So. Pacific + E *-ese*] **1 a** : a Melanesian people of Efate in the New Hebrides islands **b** : a member of such people **2** : the language of the Efatese people

**efe** \ˈā,fā, ˈe,-\ *n* -s *cap* : the central Sudanic language of the Mbuti pygmies of the Belgian Congo

**eff** *abbr* **1** effect; effective **2** efficiency; efficient

**ef·fa·ble** \ˈefəbəl\ *adj* [L *effabilis*, fr. *effari* to speak out, fr. *ex-* + *fari* to speak, say — more at BAN] : capable of being uttered or expressed

**¹ef·face** \əˈfās, eˈ-, ēˈ-\ *vt* -ED/-ING/-S [MF *effacer*, fr. *ef-* (fr. L, fr. *ex-*) + *face* — more at FACE] **1 a** : to eliminate clear evidence of (something written, painted, or otherwise marked upon a surface) by abrasive or leveling action ⟨the "murals" have long since been *effaced* by rock slides and the weathering of the cliff's wall —*Amer. Guide Series: Pa.*⟩ **b** : to cause to disappear : eliminate completely : wipe out : DESTROY, ERADICATE ⟨his year . . . of peace had *effaced* all the ill effects of his previous suffering —Samuel Butler †1902⟩ ⟨fire suppression . . . and a comprehensive program of reforestation have *effaced* the worst of the scars —*Amer. Guide Series: Mich.*⟩ **2** : to remove from cognizance, consideration, or memory ⟨he had left a mark on the affairs of the church which would not easily be *effaced* —R.W.Southern⟩; *also* : to make insignificant : OVERSHADOW ⟨the bloodthirsty aspect of the tyrant is becoming *effaced* —Norman Douglas⟩ **3** : to withdraw (oneself) entirely from attention : make (oneself) inconspicuous and modestly or shyly unnoticeable ⟨the wife of a man who had done anything disgraceful in business had only one idea: to ~ herself, to disappear with him —Edith Wharton⟩ **syn** see ERASE

**²ef·fa·cé** \ˌefəˈsā\ *adj* [F, fr. past part. of *effacer* to stand apart, stand sideways, fr. *ef-* (fr. L, fr. *ex-*) + *face*] *ballet* : facing the audience obliquely, sometimes with opposite arm and leg raised

**ef·face·able** \əˈfāsəbəl, eˈ-, ēˈ-\ *adj* : capable of being effaced

**ef·face·ment** \-smənt\ *n* -s : the act or process of effacing : the state of being effaced; *esp* : reduction to insignificance

**ef·fac·er** \-sə(r)\ *n* -s : one that effaces

**¹ef·fect** \əˈfekt, eˈ-, ēˈ-\ *n* -s [ME, fr. MF & L; MF, fr. L *effectus*, fr. *effectus*, past part. of *efficere* to bring about, accomplish, effect, fr. *ex-* + *-ficere* (fr. *facere* to make, do) — more at DO] **1** : something that is produced by an agent or cause : something that follows immediately from an antecedent : a resultant condition : RESULT, OUTCOME ⟨low mortality, the ~ of excellent social services available in every village —William Petersen⟩ ⟨as tolerance develops, the addict needs more and more of the drug to give him the same ~ he originally obtained from a small dose —D.W.Maurer & V.H.Vogel⟩ ⟨his feet in the most appalling state from the ~*s* of porcupine quills —James Stevenson-Hamilton⟩ **2 a** : PURPOSE, INTENTION, END ⟨as a boy he had gone to work early to the ~ that he might help out his parents⟩ **b** : the result of purpose or intention : ADVANTAGE ⟨employed his knowledge to little ~ in the development of his organization⟩ **3** : an outward sign : MANIFESTATION, APPEARANCE ⟨the sky ~*s* by day and night are grander —Wilfrid Eggleston⟩ **4** *obs* : ACCOMPLISHMENT, FULFILLMENT **5** *obs* : something acquired as the expected result of an action **6** : REALITY, FACT — now used only in the phrase *in effect* ⟨the guilder became in ~ convertible with other currencies in free Continental Europe —Alan Valentine⟩ **7** : power to bring about a result : operative force : INFLUENCE ⟨the ~ of wind in changing tide levels —*Geog. Rev.*⟩ ⟨the ~ of great demand upon supply⟩ ⟨all of the children in the schoolroom felt the ~ of her happiness —Sherwood Anderson⟩ **8 effects** *pl* : movable property : GOODS ⟨her household ~*s* were sold at auction but her clothing, jewelry, and other personal ~*s* were given away⟩ **9 a** : a distinctive impression upon the human senses ⟨a concentration on detail at a cost to total ~ —Irving Kolodin⟩ ⟨achieves amazing ~*s* with his woodcuts —José Gómez-Sicre⟩ ⟨decorated in yellow, which increased the ~ of lightness —Sheila Kaye-Smith⟩; *also* : the creation of a desired impression ⟨her sobs were purely for ~⟩ **b** : something designed to produce such an impression ⟨never have we been so bombarded with trick ~*s*—3-D, cinemascope, panoramic screens —John Baker⟩ ⟨the technique of sound ~*s* was extremely limited and used only . . . for such things as doorbells —Richard Hubbell⟩ **10** : the quality or state of being operative ⟨the subcommittee's recommendations were quickly given ~ —W.R.Langdon⟩ ⟨the court will not give ~ to a judgment based on unfair proceedings⟩; *specif* : OPERATION ⟨a commission was set up to carry the new proposals into ~⟩ ⟨the agreement will have to be approved by a majority before it can go into ~⟩ ⟨the same excises and corporate tax rates that are now in ~ —William Fellner⟩ — compare *take effect* at TAKE **11** : basic meaning : TENOR, ESSENCE **12** : a specific scientific phenomenon named usu. for its discoverer ⟨Faraday ~⟩ **13** : one in a series of evaporators

**syn** RESULT, CONSEQUENCE, UPSHOT, AFTEREFFECT, AFTERMATH, SEQUEL, ISSUE, OUTCOME, EVENT: these ten nouns are similar in signifying something, usu. a condition, situation, or occurrence, ascribable to a cause or combination of causes. EFFECT is the correlative of the word *cause* and in general use implies something necessarily and directly following upon or occurring by reason of the cause, generally applying to intangibles such as bodily or social conditions or states of mind or feeling ⟨the *effect* of the medicine was an intermittent dizziness⟩ ⟨the *effect* of the speech was immediate governmental reform⟩ ⟨tanning is the *effect* of exposure to sunlight⟩ ⟨the *effects* of the hurricane were visible in roofless houses and uprooted trees⟩ RESULT, close to EFFECT in meaning, implies a direct relationship with an antecedent action or condition though possibly less direct than EFFECT, usu. suggesting an effect in the character of a termination of the operation of a cause, and applying more commonly than EFFECT to tangible objects ⟨the *result* of the investigation was a scandalous exposure of corruption⟩ ⟨his limp was the *result* of an automobile accident⟩ ⟨the *result* of the marriage was a family of seven children⟩ ⟨the subsiding flood or surface waters cause mineral deposits and the *result* is a mound —Alice Duncan-Kemp⟩ CONSEQUENCE may suggest a direct but looser or more remote connection with a cause than either EFFECT or RESULT, usu. implying an adverse or calamitous effect and often suggesting a chain of intermediate causes or a complexity of effect ⟨one of the *consequences* of his ill-advised conduct was a loss of prestige⟩ ⟨his poor health is a *consequence* of early privation⟩ ⟨both good and bad *consequences* can follow upon the acquisition of much leisure⟩ UPSHOT often implies a climax or conclusion in a series of consequent occurrences, or the most conclusive point of a single complex gradual consequence ⟨we spent the time swimming at Glenelg and dancing at the Palais Royal in the city. The *upshot* was that, before we left . . . we were engaged —Rex Ingamells⟩ ⟨they won the battle, and the *upshot* was a short-lived bourgeois republic —Roy Lewis & Angus Maude⟩ ⟨the *upshot* of the whole matter was that there was no wedding —Padraic Colum⟩ AFTEREFFECT and AFTERMATH both usu. designate secondary rather than direct or immediate effects. AFTEREFFECT besides designating a secondary effect sometimes suggests a side effect but more generally implies an effect ascribable to a previous effect that has become a cause ⟨the *aftereffects* of an atomic-bomb explosion —*Current Biog.*⟩ ⟨although the pioneer effort had reached a dead end, its *aftereffects* were all too apparent —Dayton Kohler⟩ ⟨on the left of the highway the blackened appearance is the *aftereffect* of a fire that has recently swept across the flat —G.R. Stewart⟩ ⟨the *aftereffects* of the war were a general disorder and confusion⟩ AFTERMATH, often suggesting a more complex effect or generalized condition than AFTEREFFECT, usu. carries the notion of belated consequences that appear after the effects, esp. disastrous effects, seem to have passed ⟨the serious dislocations in the world as an *aftermath* of war —*U.S.Code*⟩ ⟨the *aftermath* of the epidemic in Memphis was worse than the dismal days of Reconstruction —*Amer. Guide Series: Tenn.*⟩ ⟨asbestos dust has the same effect as silica, the resulting disease being known as "asbestosis", with pulmonary tuberculosis as the *aftermath* —V.M.Ehlers & E.W.Steel⟩ SEQUEL is usu. used to signify a result that follows after an interval ⟨spinal curvature . . . may be a symptom or a *sequel* to many different diseases —Morris Fishbein⟩ ⟨she lay rigid experiencing the *sequel* to the pain, an ideal terror —Jean Stafford⟩ ISSUE, the way something, for example an argument, comes out, carries strongly the notion of result as a solution or resolution ⟨a contest of wits between the criminal and the police—usually aided in fiction by a quicker-witted private detective—a contest in which the *issue* is still the greatest and gravest of all, life or death —A.C.Ward⟩ ⟨the war was by then obviously proceeding toward a successful *issue* —F.M.Ford⟩ OUTCOME, interchangeable with RESULT or with ISSUE, possibly carries the notion of less finality than does ISSUE ⟨the *outcome* of the presidential election⟩ ⟨the enduring organisms are now the *outcome* of evolution —A.N.Whitehead⟩ ⟨one *outcome* of this report was the formation of the Southern Conference for Human Welfare —*Current Biog.*⟩ ⟨his book is the *outcome* of two years' travels in India, China, and Siam —*Geog. Jour.*⟩ EVENT, rare and somewhat archaic in the sense pertinent here, of *outcome* or *result*, usu. carries the notion of an unpredictable or unforeseeable outcome ⟨the happiness of Rome appeared to hang on the *event* of a race —Edward Gibbon⟩ ⟨he employed himself at Edinburgh till the *event* of the conflict between the court and the Whigs was no longer doubtful —T.B.Macaulay⟩ ⟨the calm assumption that I should live long enough to carry out my extensive plan at leisure . . . has in the *event* been justified —Havelock Ellis⟩ — **in effect** *adv* : in substance : VIRTUALLY ⟨these tribal bodies included the entire soldiery of the tribe; *in effect*, the nation in arms —W.J.Shepard⟩ ⟨though stated in polite terms his reply was, *in effect*, a flat refusal⟩ — **to the effect** : with the meaning ⟨speculations *to the effect* that Shakespeare did the grand tour —D.W.Brogan⟩ ⟨his comments about the incident were less coherent but *to the same effect*⟩

**²effect** \"\ *vt* -ED/-ING/-S **1** : to cause to come into being : PRODUCE ⟨specific genes ~ specific bodily characters⟩ **2 a** : to bring about esp. through successful use of factors contributory to the result : ACCOMPLISH, EXECUTE ⟨passage could be ~*ed* only by way of certain transverse valleys and high passes —W.G.East⟩ ⟨the Romans who, with superb political skill, ~*ed* the unification of Italy —Benjamin Farrington⟩ ⟨minor repairs to the road were ~*ed* during the summer⟩ — compare ¹AFFECT 1 **b** : to put into effect ⟨consistently taken the position that the function of the president is to ~ the public will —R.H.Rovere⟩ **syn** see PERFORM

**effecter** *var of* EFFECTOR

**ef·fect·ful** \-tfəl\ *adj* : creating effects : EFFECTUAL

**ef·fect·ible** \-təbəl\ *adj, archaic* : capable of being effected

**¹ef·fec·tive** \əˈfektiv, eˈ-, ēˈ-, -tēv *also* -təv\ *adj* [ME, fr. MF or LL; MF *effectif*, fr. LL *effectivus*, fr. L *effectus* (past part. of *efficere* to bring about, accomplish, effect) + *-ivus* -ive — more at EFFECT] **1 a** : capable of bringing about an effect : productive of results ⟨an air-cooled motor was more ~ than a witch's broomstick for rapid long-distance transportation —Lewis Mumford⟩ ⟨a new organization which would be strong where the league had been weak, . . . ~ where the league had been fumbling —G.L.Kirk⟩ ⟨his arm was too badly injured to deliver an ~ blow —L.C.Douglas⟩ **b** : capable of having its normal effect : able to function normally ⟨at 26,000 feet none are able to retain ~ consciousness . . . without oxygen —C.H.Best & N.B.Taylor⟩ **2** : marked by the quality of being influential or exerting positive influence: **a** : exerting authority : carrying weight ⟨the countries represented had virtually all the ~ power in the world —M.W.Straight⟩ ⟨his ~ career began inauspiciously⟩ **b** : able to accomplish a purpose : EFFICIENT ⟨persons who will do nothing unless they get something out of it for themselves are often highly ~ persons of action —G.B.Shaw⟩ **c** : IMPRESSIVE, COGENT, TELLING ⟨an ~ if not eloquent preacher —E.W.Knight⟩ ⟨equally ~ in portraiture, landscape, and still life —*Current Biog.*⟩ **d** : PLEASING, SATISFYING ⟨a most ~ substitute for the conventional Christmas tree —*Amer. Guide Series: La.*⟩ **3 a** : capable of being used to a purpose ⟨his handwriting was still so bad he couldn't take ~ notes —Sloan Wilson⟩ ⟨the ~ value of our annual income for scholarship endowment has been diminished —J.B.Conant⟩ **b** : equipped and ready for service — used esp. of military forces ⟨the fort was held by about 100 ~ soldiers⟩ **4** : ACTUAL ⟨committed the blunder of confusing the increased load of equipment and the increased expenditure with the quantity of ~ work done —Lewis Mumford⟩ ⟨the number of ~ wage earners, excluding workers absent for the whole of one week, fluctuated —*Collier's Yr. Bk.*⟩ ⟨a gain in housing units in response to ~ demand⟩ **5** *of a verb form or aspect* : expressing the final point of an action or state or a result attained **6** : taking effect : VALID, OPERATIVE ⟨the following resignations were accepted ~ during the academic year under review —J.B.Conant⟩ ⟨the order was ~ as of June 7⟩ **7** *of the publication of a taxon* : accompanied by sale, exchange, or other distribution of printed matter containing a new taxon or new combination — see VALID 5b **8** *of a natural population* : INTERBREEDING

**syn** EFFECTUAL, EFFICIENT, EFFICACIOUS: EFFECTIVE may indicate the power to produce an effect or the actual production of an effect ⟨we are calling on men and women and property and money to join in making our defense *effective* —F.D. Roosevelt⟩ ⟨Bob had rebuked him after all, and his rebuke, though less hurtful than Sir James's, had been even more *effective* —Archibald Marshall⟩ EFFECTUAL may apply to what has accomplished an intended result and may approach the connotations of *decisive* ⟨the powers of sovereignty and the eminent domain were ceded with the land. This was essential, in order to make it *effectual*, and to accomplish its objects —R.B.Taney⟩ ⟨an appeal to the emotions is little likely to be *effectual* before luncheon —W.S.Maugham⟩ EFFICIENT may designate that which is actually operative; it may apply to smooth operation with a maximum of work or output accomplished with a minimum of effort ⟨it should be obvious that it is the conditions producing the end effects which must be regarded as the *efficient* causes of them —M.F.A.Montagu⟩ ⟨a strong tendency to break up cumbersome estates into small, *efficient* farms —Allan Nevins and H.S.Commager⟩ ⟨since the steam engine requires constant care on the part of the stoker and engineer, steam power was more *efficient* in large units than in small ones: instead of a score of small units, working when required, one large engine was kept in constant motion —Lewis Mumford⟩ EFFICACIOUS may suggest possession of potent, powerful, or proper qualities productive of effective power ⟨in their opinion, the flesh and blood of an enemy killed in battle is the most *efficacious* of all charms and makes a first-rate drug —J.G.Frazer⟩ ⟨the pained expression that he had long since found to be much more *efficacious* than anger —Edith Wharton⟩

**²effective** \"\ *n* -s : one that is effective: as **a** : a soldier equipped, fit, and ready for active service ⟨the troop figure includes quartermasters, MPs, and signal, transportation, and medical corpsmen to a total of perhaps half its ~*s* —T.H. White b. 1915⟩ **b** : an effective aspect of a verb or an effective verb form

**effective aperture** *n* : the diameter of the entrance pu[illegible] an optical system; *specif* : the apparent diameter of th[illegible] [illegible] opening in a camera lens as seen through the fr[illegible] lens

**effective current** *n* : the value of an alternating or oth[illegible] [illegible] current that would result in the same heat prod[illegible] [illegible] as that of a direct current in the same length [illegible] square root of the means of the squares of the [illegible] values of an alternating current

**effective horsepower** *n* : the net horsepower required to [illegible] or boat that is the part of the total propelling [illegible] power that remains after deducting losses due to [illegible] and propeller and other inefficiencies

**ef·fec·tive·ly** \-tivlē, -li\ *adv* [ME, fr. *effective* + *-ly*] [illegible] effective manner : with great effect ⟨he knows how to [illegible] his ideas ~⟩; *also* : COMPLETELY ⟨rain . . . [illegible] the landscape as ~ as a fog would do —C.S.Fores[illegible]⟩

**ef·fec·tive·ness** \-tivnəs, -tēv- *also* -təv-\ *n* -ES **1** : the [illegible] state of being effective ⟨declining public interest [illegible] to lose ~ —J.W.McConnell⟩ **2** : power to be ef[illegible] : EFFICACY

**effective pitch** *n* : the distance an airplane advances al[illegible] path for one revolution of the propeller : PITCH

**effective range** *n* : the range of an airplane under the [illegible] requirements of a specific mission

**effective rate** *n, of interest* : the excess over unity of [illegible] accumulation factor for a year, furnishing the rate at [illegible] interest which would yield in one year the same amount [illegible] or nominal rate at compound interest

**effective resistance** *n* : ALTERNATING-CURRENT RESISTA[illegible]

**effective value** *n* : the value of an alternating current [illegible] equal to the square root of the arithmetic mean [illegible] of the instantaneous values taken throughou[illegible] cycle

**ef·fec·tiv·i·ty** \ˌe,fekˈtivəd-ē, ə,-, ē,-\ *n* -ES : EFFECT[illegible]

[illegible] *adj, archaic* : lacking [illegible]

**ef·fec·tor** \əˈfektə(r), eˈ-, ēˈ-\ *n* -s **1** *also* **ef·fect·er** [illegible] that effects ⟨sheer force of personality as an ~ [illegible] —Nathaniel Burt⟩ **2** : a bodily organ that [illegible] in response to stimulation — distinguished from [illegible]

[illegible] *pl of* EFFECT, *pres 3d sing of* EFFECT

**ef·fec·tu·al** \-fekch(ə)wəl, -ksh-\ *adj* [ME *effectuel, ef*[illegible] MF & ML; MF *effectuel*, fr. ML *effectualis*, fr. L [illegible] + *-alis* -al — more at EFFECT] **1** : character[illegible] power to produce an intended effect : produ[illegible] or effect : EFFECTIVE ⟨a man to whom painti[illegible] another and less ~ way of writing dramas, no[illegible] —Aldous Huxley⟩ ⟨no Oriental veil could be [illegible] beautiful Catholic quiet —H.G.Wells⟩ **2** [illegible] earnest or pertinent ⟨the ~ fervent pray[illegible] man availeth much —Jas 5:16 (AV)⟩ **3** : [illegible] truth of the matter⟩ ⟨sufficient to supply th[illegible] and no more —Adam Smith⟩ **syn** see EFFECTIV[illegible]

[illegible] **calling** *n* : the action of the Holy Spirit in pr[illegible] of sin and bestowing the gift of faith [illegible] to Calvinist theology

**ef·fec·tu·al·i·ty** \-,fekch(ə)wəˈaləd-ē, -ksh-, -ətē, -i\ *n* [illegible] EFFECTUALNESS

**ef·fec·tu·al·ly** \-fekch(ə)wəlē, -ksh-, -li\ *adv* [ME *eff*[illegible] fr. *effectuel, effectual* + *-ly*] : in an effectu[illegible] with great or decisive effect; *also* : COMPLETELY [illegible]

**ef·fec·tu·al·ness** \-lnəs\ *n* -ES : the quality or state [illegible]

**ef·fec·tu·ate** \⸗ˈ⸗chə,wāt, *usu* -ād·+V\ *vt* -ED/-ING/-S [M[illegible] past part. of *effectuare*, fr. L *effectus* effect] : [illegible] successfully to ~ a settlement not by force [illegible] —F.D.Roosevelt⟩ ⟨the question was still op[illegible] extent to which the courts would ~ the change[illegible]

**ef·fec·tu·a·tion** \ə,fekchəˈwāshən, (,)e,f-, ē,f-, -ksh\ [illegible] action of putting into effect : ACCOMPLISHM[illegible] not enjoin the ~ of the plan absolutely —[illegible]

[illegible] *Scot var of* AFFAIR

**ef·fem·i·na·cy** \əˈfemənəsē, eˈ-, ēˈ-, -si\ *n* -ES [*effem*[illegible] : the quality or state of being effeminate : a w[illegible] weakness, or softness in a man, in a thing [illegible] (as a painting), or in something generally [illegible]

**¹ef·fem·i·nate** \-nət, *usu* -əd-+V\ *adj* [ME *effemin*[illegible] past part. of *effeminare* to make effem[illegible] *femina* woman — more at FEMININE] **1** : ma[illegible] more characteristic of and suited to women [illegible] lacking manly strength and purpose : exhi[illegible] from delicacy, weakness, emotionalism : [illegible] voluptuousness ⟨such men prac[illegible] and affectations, and are generally des[illegible] G.Sumner⟩ ⟨had found in his nature strang[illegible] for the little mite . . . and thought the exhib[illegible] Ruth Park⟩ ⟨blessed with all good things, th[illegible] soon became ~ and suffered all manner [illegible] —*Amer. Guide Series: La.*⟩ **2** *obs* : TEND[illegible] **3** *of wool* : overdelicate or oversoft **syn** s[illegible]

**²ef·fem·i·nate** \-nāt, *usu* -ād-+V\ *vt* -ED/-ING/-S [illegible] : to make effeminate : WEAKEN ⟨it will not [illegible] children's minds —John Locke⟩

**³effeminate** \-nət, *usu* -əd-+V\ *n* -s [¹*effemin*[illegible] person

**ef·fem·i·nate·ly** \-nətlē, -li\ *adv* : in an effeminat[illegible]

**ef·fem·i·nate·ness** *n* -ES : the quality or state of [illegible]

**ef·fem·i·na·tion** \ə,feməˈnāshən, (,)e,f-, ē,f-\ *n* -s [illegible] *effeminatio*, fr. L *effeminatus* + *-ion-*, [illegible] act or process of making or becoming effemin[illegible] on by a man of the mental character[illegible]

**ef·fem·i·nize** \-,nīz\ *vt* -ED/-ING/-S [¹*effeminat*[illegible] make effeminate ⟨he has become *effeminized* [illegible] the virtues of being frankly feminine —Sincl[illegible]

**ef·fen·di** \eˈfendē, eˈ-, -di\ *n* -s [Turk *efendi*, fr. NGk [illegible] of Gk *authentēs* murderer, master, doer — [illegible] **1** : MASTER, SIR — used in Turkey unt[illegible] respect esp. for a state official but often as [illegible] an educated man or a man of the upp[illegible] one of a class of feudal landowners in an east[illegible] country; *esp* : an Arab landowner **b** : a [illegible] classes or an educated man in such a coun[illegible] worker in an eastern Mediterranean [illegible]

[illegible] \ˈef(ə)rən(t)s\ *n* -s : efferent activity

**¹ef·fer·ent** \-nt\ *adj* [F *efférent*, fr. L *efferent-, effe*[illegible] *efferre* to carry outward, fr. *ex-* + *ferre* to [illegible] BEAR] : bearing or conducting outward fr[illegible] organ; *specif* : conveying nervous impulse[illegible] to an effector : CENTRIFUGAL, MOTOR — [illegible] — **ef·fer·ent·ly** *adv*

**²efferent** *n* -s : an efferent part (as a blood vesse[illegible])

**ef·fer·vesce** \ˌefə(r)ˈves\ *vi* -ED/-ING/-S [L *efferv*[illegible] to begin to boil, incho. of *fervēre* [illegible] BURN] **1** : to bubble and hiss (as of ferment[illegible] water); *also* : to issue in bubbles (as [illegible] from carbonated water) **2** : to exhibit (a [illegible] almost unrestrainable enthusiasm or happ[illegible] ⟨I was full and *effervescing* with joy [illegible] Austin⟩ ⟨the honeymooners hectically *effer*[illegible] Owen Wister⟩

**ef·fer·ves·cence** \-ˈvesᵊn(t)s\ *n* -s [L *effervescence*] [illegible] action or process of effervescing **2** : the comm[illegible] produced by effervescing **3** : inner exci[illegible] finding expression in lively action : the [illegible] being effervescent ⟨London today, even w[illegible] has a sort of early New Deal intellectua[illegible] continued in a state of ~ —Edith [illegible]

**ef·fer·ves·cent** \-ˈvesᵊnt\ *adj* [L *effervescent-, ef*[illegible] part. of *effervescere*] **1** : marked by or express[illegible] [illegible] : impossible or difficult to restrain [illegible] EXUBERANT ⟨his fertile ~ mind ne[illegible] of new and more effective ways to organi[illegible]