# Exhibit 20

EDITION 17 ILLUSTRATED

# Taber's
## CYCLOPEDIC MEDICAL DICTIONARY

F.A. DAVIS COMPANY · PHILADELPHIA

*Edited by*

**CLAYTON L. THOMAS, M.D., M.P.H.**

Visiting Scientist
Harvard University
School of Public Health

Director Emeritus of Medical Affairs
Tambrands Inc.

*Dictionary Editor, F. A. Davis Company*
Dena Ramras Vardara

*Associate Dictionary Editor, F. A. Davis Company*
Elizabeth J. Egan

*Dictionary Illustrator*
Beth Anne Willert, M.S.

# DISTRIBUTORS

*United States of America*
F. A. DAVIS COMPANY
1915 Arch Street
Philadelphia, PA 19103

*Atlanta, Georgia*
J. A. MAJORS COMPANY
3770-A Zip Industrial Boulevard
P.O. Box 82686, 30354

*Boston, Massachusetts*
LOGIN BROTHERS NEW ENGLAND
2 Keith Way
Hingham, Massachusetts 02043

RITTENHOUSE BOOK DISTRIBUTORS, INC.
Sterling Road
South Lancaster, Massachusetts 01561

*Chicago, Illinois*
LOGIN BROTHERS BOOK COMPANY, INC.
1436 West Randolph Street, 60607

*Cleveland, Ohio*
LOGIN BROTHERS OHIO
1550 Enterprise Parkway
Twinsburg, Ohio 44087

*Dallas, Texas*
J. A. MAJORS COMPANY
P.O. Box 819074, 75381-9074

*Houston, Texas*
J. A. MAJORS COMPANY
8723 Knight Road, 77054

*Los Angeles, California*
J. A. MAJORS COMPANY – CALIFORNIA
1220 West Walnut Street
Compton, California 90220

*New York, New York*
LOGIN BROTHERS NEW JERSEY
4 Sperry Road
Fairfield, New Jersey 07006

v

Copyright © 1993 by F. A. Davis Company

Copyright 1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1966, 1968, 1969, 1970, 1973, 1977, 1981, 1985, and 1989 by F. A. Davis.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Last digit indicates print number  10  9  8  7  6

NOTE: As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The author and publisher have done everything possible to make Taber's accurate, up to date, and in accord with accepted standards at the time of publication. The author, editors, and publisher are not responsible for errors or omissions or for consequences from application of the book, and make no warranty, expressed or implied, in regard to the contents of the book. Any practice described in this book should be applied by the reader in accordance with professional standards of care used in regard to the unique circumstances that may apply in each situation. The reader is advised always to check product information (package inserts) for changes and new information regarding dose and contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

Library of Congress Cataloging in Publication Data

Taber, Clarence Wilbur, 1870–1968
  Taber's Cyclopedic Medical Dictionary, edition 17.

  Medicine—Dictionaries  I. Thomas, Clayton L., 1921–    II. Title.    III. Title:
Cyclopedic medical dictionary.  [DNLM: 1. Dictionaries, Medical. W 13 T113d]
R121.T144  1993    610'.321                               62-8364
ISBN 0-8036-8313-8
ISBN 0-8036-8312-x (indexed)

lation. The test may also be used to determine an overdose of a cholinergic drug. An excessive dose of cholinergic drug produces weakness that closely resembles myasthenia. A very small dose of edrophonium chloride given intravenously will make the weakness worse if it is due to cholinergic drug overdose and will improve the weakness if it is due to myasthenia gravis.

Caution: The test should not be performed unless facilities and staff for respiratory resuscitation are immediately available.

**EDTA.** ethylenediaminetetraacetic acid.
**eduction** (ē-dŭk'shŭn) [L. e, out, + ducere, to lead]. Emergence from a particular state or condition; thus, coming out of the effects of general anesthesia is an example of eduction. SEE: induction (def. 4).
**EEE.** eastern equine encephalitis.
**EEG.** electroencephalogram.
**EENT.** eyes, ears, nose, and throat.
**EFA.** essential fatty acids.
**effacement** (ē-fās'mĕnt). In obstetrics, during the normal progress of delivery, the dilation of the cervix, enlarging the cross-sectional area of the canal to permit passage of the fetus.
**effect** (ē-fĕkt') [L. effectus, to accomplish]. Result of an action or force.
 e., additive. Therapeutic effect of a combination of two or more drugs that is equal to the sum of the individual drug effects.
 e., Bainbridge. SEE: reflex, Bainbridge.
 e., cumulative. Drug effect that is apparent only after a number of doses have been given. Caused by excretion or metabolic degradation of only a fraction of each dose given. Sometimes it is therapeutically desirable although this type of effect is usually avoided.
 e., piezoelectric. In ultrasound, changing the mechanical action of the ceramic crystals into an electrical impulse. SEE: triboluminescence.
**effectiveness** (ē-fĕk'tĭv-nĕs). The ability to cause the expected or intended effect or result.
**effector.** One of the nerve endings having the efferent process end in a gland or muscle cell. The terminal arborizations of efferent or motor nerves. Also applied to effector organs (muscles and glands).
**effector cells.** Term used to refer to the active cells of the immune system responsible for destroying or controlling foreign antigens. SEE: leukocyte.
**effector organ.** A structure, specifically muscles and glands, that when stimulated produces an effect.
**effeminate.** Pert. to the state or condition of a male having the physical characteristics or mannerisms of a female.
**effemination** (ē-fĕm"ĭ-nā'shŭn) [L. effeminare, to make feminine]. The production of female physical characteristics in a male. SYN: feminization.
**efferent** [L. efferens, to bring out]. Carrying away from a central organ or section, as efferent nerves, which conduct impulses from the brain or spinal cord to the periphery; efferent lymph vessels, which convey lymph from lymph nodes; and efferent arterioles, which carry blood from glomerulii of the kidney. Opposite of afferent, q.v.
**efferent nerves.** Nerves that carry impulses having the following effects: motor, causing contraction of muscles; secretory, causing glands to secrete; and inhibitory, causing some organs to become quiescent. SYN: motor nerves.
**effervesce** (ĕf"ĕr-vĕs') [L. effervescere, to boil up]. To boil or form bubbles on the surface of a liquid.
**effervescence** (ĕf-ĕr-vĕs'ĕns). Formation of bubbles of gas rising to surface of fluid.
**effervescent.** Bubbling. Rising in little bubbles of gas.
**efficiency.** The accomplishing of a task with no undue expenditure of energy or effort.
**effleurage** (ĕf-loor-ăzh') [Fr. effleurer, touch lightly]. Deep or gentle stroking massage.
**efflorescence** (ĕf-flor-ĕs'ĕns) [L. efflorescere, to bloom]. A rash; a redness of the skin. SYN: exanthem.
**efflorescent.** Becoming powdery or drying from loss of water of crystallization.
**effluent** (ĕf'loo-ĕnt) [L. effluere, to flow out]. 1. A flowing out. 2. Fluid material discharged from a sewage treatment or industrial plant.
**effluvium** (ĕf-loo'vē-ŭm) (pl. effluvia), malodorous outflow of vapor or gas, particularly one that is toxic.
**effort.** Expenditure of physical or mental energy.
**effort syndrome.** A form of anxiety neurosis, q.v., in which fatigue is the presenting symptom. The fatigue is increased by exertion, and may be more pronounced in the morning.
**effuse** (ĕ-fūs') [L. effusio, pour out]. Thinly widely spreading. Applied to a bacterial growth that forms a very delicate film on the surface.
**effusion** (ĕ-fū'zhŭn). Escape of fluid into a part, as the pleural cavity, such as pyothorax (pus), hydrothorax (serum), hemothorax (blood), chylothorax (lymph), pneumothorax (air), hydropneumothorax (serum and air), and pyopneumothorax (pus and air).

 e., joint. Increased fluid within a joint cavity. There may be increased production of synovial fluid following trauma or with some arthritic disease processes, or blood accumulating in the joint following trauma, surgery, or due to hemophilia.
 e., pericardial. Fluid in the pericardial cavity, between the visceral and parietal pericardium. May produce symptoms of cardiac tamponade.
 e., pleural. Fluid in the thoracic cavity between the visceral and parietal pleura. May be seen on chest x-ray if greater than 300 ml.

**eflornithine.** An antineoplastic and antiprotozoal drug. It has been used to treat African sleeping sickness (African trypanosomiasis). Trade name is Ornidyl.
**EFUdex.** Trade name for fluorouracil.
**egesta** (ē-jĕs'tă) [L. egere, to cast forth]. Waste matter eliminated from the body, esp. excrement.
**egg** (AS. aeg). 1. The female sex cell or ovum, applied esp. to a fertilized ovum that is passed from the body and develops outside, as in fowls. 2. The mammalian ovum.
 eggs', raw. Eggs in their fresh, uncooked state, esp. eggs intended for food. Human consumption of raw or inadequately cooked eggs has caused Salmonella, q.v., infections. To kill Salmonella in eggs, if present, boil for 7 minutes, fry for 3 minutes per side, or scramble eggs made with raw eggs. Fresh eggs should be stored in the cold; cracked eggs should be discarded.
**eglandulous** (ē-glănd'ū-lŭs). Without glands.
**ego** (ē'gō, ĕg'ō) [L. ego, I]. In psychoanalysis, one of the three major divisions in the model of the psychic apparatus. The others are id and superego. The ego possesses consciousness and memory and serves to mediate between the primitive instinctual or animal drives (the id), internal social prohibitions (the superego), and reality. Thus, the ego allows one to adapt to what might otherwise be a very unpleasant situation. The psychiatric use of the term should not be confused with its common usage in the sense of self-love or selfishness. SEE: id; superego.
**egocentric** (ē"gō-sĕn'trĭk) [L. ego, I, + centrum, center]. Pert. to a withdrawal from the external world with concentration upon inner self.
**egocentricity.** Stage of cognitive development in which the child perceives almost exclusively from his own viewpoint and in his own way. Characteristic of the toddler and early preschool child.
**egodystonic** (ē"gō-dĭs-tŏn'ĭk) [" + Gr. dys, bad, + tonos, tension]. Pert. to something repulsive to the individual's self-image.
**ego-integrity.** The eighth stage in Erikson's developmental theory. The opposite of despair. The individual accepts his or her past life and whatever life has in store in the future.
**egoism** (ē'gō-ĭzm). An inflated estimate of one's value or effectiveness.
**egomania** (ē"gō-mā'nē-ă) [" + Gr. mania, madness]. Abnormal self-esteem and self-interest.
**egophony** (ē-gŏf'ō-nē) (Gr. aix, goat, + phone, voice). A nasal sound, somewhat like the bleat of a goat, heard in auscultation of the chest when the subject speaks in a normal tone. Present in persons with pleural effusion.
**ego strength.** The ability of the ego to maintain its various functions, the prime one of which is to perceive reality and adapt to it.
**ego-syntonic** (ē"gō-sĭn-tŏn'ĭk) [" + Gr. syn, together, + tonos, tension]. Pert. to something that is consistent with the individual's self-image.
**egotism** (ē'gō-tĭzm). 1. The tendency to regard oneself more highly than is warranted by the facts, and to boast of one's abilities or achievements. 2. An inflated sense of self-importance; conceit. SEE: egoism.
**egotropic** (ē"gō-trŏp'ĭk) [L. ego, I, + Gr. tropos, a turning]. Interested chiefly in one's self; self-centered.
**Ehlers-Danlos syndrome** (ā'lĕrz-dăn'lōs) [Edvard Ehlers, Danish dermatologist, 1863–1937; H. A. Danlos, Fr. dermatologist, 1844–1912]. An inherited disorder of the elastic connective tissue. The characteristic soft velvety skin is fragile, hyperelastic, and bruises easily. Hyperextensibility of joints, visceral malformations, atrophic scars, pseudotumors, and calcified subcutaneous cysts are present.
 ETIOL: Unknown.
 TREAT: No specific therapy.
 PROG: Patients may be uncomfortable and inconvenienced by their disease, but the prognosis is good.
**Ehrenritter's ganglion** (ā'rĕn-rĭt'ĕrs) [Johann Ehrenritter, Austrian anatomist, d. 1790]. The superior ganglion of the glossopharyngeal nerve.
**Ehrlich's side-chain theory** (ār'lĭks) [Paul Ehrlich, Ger. physician, 1854–1915. Awarded Nobel Prize in medicine in 1908]. A theory proposed to explain immune reactions wherein the antigen-antibody reaction is compared to a chemical structure with side chains or chemical receptors. Through these chemical receptors the body cells combine with antigens that eventually are released as circulating antibodies.