Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al Doc. 179 Att. 30

# Exhibit 23

Dockets.Justia.com

Skip navigation

MedlinePlus
Trusted Health Information for You
A service of the U.S. NATIONAL LIBRARY OF MEDICINE
and the NATIONAL INSTITUTES OF HEALTH

Search MedlinePlus

About MedlinePlus | Site Map | FAQs | Contact Us

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

español

## Medical Dictionary

Type the word that you would like to find. If you're not sure of the spelling, type the first few letters, followed by an asterisk(*).

Enter search term SEARCH

Merriam-
Webster

Home | Health Topics | Drugs & Supplements | Encyclopedia | Dictionary | News | Directories | Other Resources

Copyright | Privacy | Accessibility | Quality Guidelines
U.S. National Library of Medicine, 8600 Rockville Pike, Bethesda, MD 20894
National Institutes of Health | Department of Health & Human Services

Date last updated: 04 February 2003



## Medical Dictionary

2 entries found for **antiretroviral**. Select an entry and then click 'Go'.

antiretroviral[1,adjective]
antiretroviral[2,noun]
Go

Main Entry: [1]**an·ti·ret·ro·vi·ral**
Pronunciation: -ˈre-trō-ˌvī-rəl
Function: *adjective*
: acting, used, or effective against retroviruses <*antiretroviral* drugs> <*antiretroviral* therapy>

Search here for another word:

SEARCH Look it up

Merriam-Webster

---

Pronunciation Key

\ ə \ as **a** in abut
\ ˈə ˌə \ as **u** in abut
\ ᵊ \ as **e** in kitten
\ ər \ as **ur/er** in further
\ a \ as **a** in ash
\ ā \ as **a** in ace
\ ä \ as **o** in mop
\ au̇ \ as **ou** in out
\ b \ as in bab
\ ch \ as **ch** in chin
\ d \ as **d** in did
\ e \ as **e** in bet
\ ˈē ˌē \ as **ea** in easy
\ ē \ as **y** in easy
\ f \ as **f** in fifty
\ g \ as **g** in go
\ h \ as **h** in hat
\ i \ as **i** in hit
\ ī \ as **i** in ice
\ j \ as **j** in job
\ k \ as **k** in kin
\ k̲ \ as **ch** in ich dien
\ l \ as **l** in lily
\ m \ as **m** in murmur
\ n \ as **n** in own
\ ŋ \ as **ng** in sing
\ ō \ as **o** in go
\ ȯ \ as **aw** in law
\ ȯi \ as **oy** in boy
\ p \ as **p** in pepper
\ r \ as **r** in red
\ s \ as **s** in less>
\ sh \ as **sh** in shy
\ t \ as **t** in tie
\ th \ as **th** in thin
\ t̲h̲ \ as **th** in the
\ ü \ as **oo** in loot
\ u̇ \ as **oo** in foot
\ v \ as **v** in vivid
\ w \ as **w** in away
\ y \ as **y** in yet
\ yü \ as **you** in youth
\ yu̇ \ as **u** in curable
\ z \ as **z** in zone
\ zh \ as **si** in vision

© 2005 by Merriam-Webster, Incorporated

STAN 034159



## Medical Dictionary

14 entries found for **agent**. Select an entry and then click 'Go'.

agent
Agent Orange
alkylating agent
chelating agent
clearing agent
contrast medium

Go

Main Entry: **agent**
Pronunciation: ˈā-jənt
Function: *noun*
**1** : something that produces or is capable of producing an effect
**2** : a chemically, physically, or biologically active principle -- see OXIDIZING AGENT, REDUCING AGENT

Search here for another word:

---

Pronunciation Key

| | | |
|---|---|---|
| \ ə \ as **a** in **abut** | \ g \ as **g** in **go** | \ r \ as **r** in **red** |
| \ ˈə ˌə \ as **u** in **abut** | \ h \ as **h** in **hat** | \ s \ as **s** in **less**> |
| \ ᵊ \ as **e** in **kitten** | \ i \ as **i** in **hit** | \ sh \ as **sh** in **shy** |
| \ ər \ as **ur/er** in **further** | \ ī \ as **i** in **ice** | \ t \ as **t** in **tie** |
| \ a \ as **a** in **ash** | \ j \ as **j** in **job** | \ th \ as **th** in **thin** |
| \ ā \ as **a** in **ace** | \ k \ as **k** in **kin** | \ t͟h \ as **th** in **the** |
| \ ä \ as **o** in **mop** | \ k̲ \ as **ch** in **ich dien** | \ ü \ as **oo** in **loot** |
| \ au̇ \ as **ou** in **out** | \ l \ as **l** in **lily** | \ u̇ \ as **oo** in **foot** |
| \ b \ as in **bab** | \ m \ as **m** in **murmur** | \ v \ as **v** in **vivid** |
| \ ch \ as **ch** in **chin** | \ n \ as **n** in **own** | \ w \ as **w** in **away** |
| \ d \ as **d** in **did** | \ ŋ \ as **ng** in **sing** | \ y \ as **y** in **yet** |
| \ e \ as **e** in **bet** | \ ō \ as **o** in **go** | \ yü \ as **you** in **youth** |
| \ ˈē ˌē \ as **ea** in **easy** | \ ȯ \ as **aw** in **law** | \ yu̇ \ as **u** in **curable** |
| \ ē \ as **y** in **easy** | \ ȯi \ as **oy** in **boy** | \ z \ as **z** in **zone** |
| \ f \ as **f** in **fifty** | \ p \ as **p** in **pepper** | \ zh \ as **si** in **vision** |

© 2005 by Merriam-Webster, Incorporated

STAN 034160

STAN 034161



## Medical Dictionary

One entry found for **retrovirus**.

Main Entry: **ret·ro·vi·rus**
Pronunciation: ˈre-trō-ˌvī-rəs
Function: *noun*
: any of the family *Retroviridae* of single-stranded RNA viruses -- called also *RNA tumor virus*
- **ret·ro·vi·ral** /-rəl/ *adjective*
- **ret·ro·vi·ral·ly** /-ē/ *adverb*

Search here for another word:

SEARCH [ ] Look it up

Merriam-Webster

---

Pronunciation Key

\ ə \ as **a** in abut
\ ˈə ˌə \ as **u** in abut
\ ə \ as **e** in kitten
\ ər \ as **ur/er** in further
\ a \ as **a** in ash
\ ā \ as **a** in ace
\ ä \ as **o** in mop
\ au̇ \ as **ou** in out
\ b \ as in ba**b**
\ ch \ as **ch** in chin
\ d \ as **d** in did
\ e \ as **e** in bet
\ ˈē ˌē \ as **ea** in easy
\ ē \ as **y** in easy
\ f \ as **f** in fifty
\ g \ as **g** in go
\ h \ as **h** in hat
\ i \ as **i** in hit
\ ī \ as **i** in ice
\ j \ as **j** in job
\ k \ as **k** in kin
\ k̲ \ as **ch** in ich dien
\ l \ as **l** in lily
\ m \ as **m** in murmur
\ n \ as **n** in own
\ ŋ \ as **ng** in sing
\ ō \ as **o** in go
\ ȯ \ as **aw** in law
\ ȯi \ as **oy** in boy
\ p \ as **p** in pepper
\ r \ as **r** in red
\ s \ as **s** in less>
\ sh \ as **sh** in shy
\ t \ as **t** in tie
\ th \ as **th** in thin
\ t̲h̲ \ as **th** in the
\ ü \ as **oo** in loot
\ u̇ \ as **oo** in foot
\ v \ as **v** in vivid
\ w \ as **w** in away
\ y \ as **y** in yet
\ yü \ as **you** in youth
\ yu̇ \ as **u** in curable
\ z \ as **z** in zone
\ zh \ as **si** in vision

© 2005 by Merriam-Webster, Incorporated



## Medical Dictionary

5 entries found for **measure**. Select an entry and then click 'Go'.

measure[1,noun]
measure[2,verb]
apothecaries' measure
dry measure
liquid measure

Go

Main Entry: ²**measure**
Function: *verb*
Inflected Form(s): **mea·sured**; **mea·sur·ing** /ˈmezh-(ə-)riŋ, ˈmāzh-/
*transitive verb*
**1** : to allot or apportion in measured amounts
**2** : to ascertain the measurements of
**3** : to serve as a measure of <a thermometer *measures* temperature>
*intransitive verb* : to have a specified measurement

Search here for another word:

SEARCH Look it up

Merriam-Webster

---

Pronunciation Key

\ ə \ as a in abut
\ ˈə ˌə \ as u in abut
\ ᵊ \ as e in kitten
\ ər \ as ur/er in further
\ a \ as a in ash
\ ā \ as a in ace
\ ä \ as o in mop
\ au̇ \ as ou in out
\ b \ as in bab
\ ch \ as ch in chin
\ d \ as d in did
\ e \ as e in bet
\ ˈē ˌē \ as ea in easy
\ ē \ as y in easy
\ f \ as f in fifty
\ g \ as g in go
\ h \ as h in hat
\ i \ as i in hit
\ ī \ as i in ice
\ j \ as j in job
\ k \ as k in kin
\ k̲ \ as ch in ich dien
\ l \ as l in lily
\ m \ as m in murmur
\ n \ as n in own
\ ŋ \ as ng in sing
\ ō \ as o in go
\ ȯ \ as aw in law
\ ȯi \ as oy in boy
\ p \ as p in pepper
\ r \ as r in red
\ s \ as s in less>
\ sh \ as sh in shy
\ t \ as t in tie
\ th \ as th in thin
\ t̲h̲ \ as th in the
\ ü \ as oo in loot
\ u̇ \ as oo in foot
\ v \ as v in vivid
\ w \ as w in away
\ y \ as y in yet
\ yü \ as you in youth
\ yu̇ \ as u in curable
\ z \ as z in zone
\ zh \ as si in vision

STAN 034163

© 2005 by Merriam-Webster, Incorporated

STAN 034164