# Exhibit 24

Dockets.Justia.com

Second College Edition

The
# American Heritage
## Dictionary

STAN 031855

Words that are believed to be registered trademarks
have been checked with authoritative sources. No in-
vestigation has been made of common-law trademark
rights in any word, because such investigation is im-
practicable. Words that are known to have current
registrations are shown with an initial capital and are
also identified as trademarks. The inclusion of any
word in this Dictionary is not, however, an expres-
sion of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition
in this Dictionary is to be regarded as affecting the
validity of any trademark.

Copyright © 1982, 1985, 1991 by Houghton Mifflin
Company. All rights reserved.

No part of this work may be reproduced or transmitted
in any form or by any means, electronic or mechani-
cal, including photocopying and recording, or by any
information storage or retrieval system without the
prior written permission of Houghton Mifflin Com-
pany unless such copying is expressly permitted by
federal copyright law. Address inquiries to Permis-
sions, Houghton Mifflin Company, 2 Park Street, Bos-
ton, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the
English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris,
William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

   Manufactured in the United States of America

STAN 031856

meaningful, mechanism

STAN 031859