UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN.<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER GRANTING ROCHE'S EMERGENCY MOTION TO ENFORCE COURT ORDER REGARDING EXPERT WITNESS DEPOSITION |

04972/2191784.2

Case No. 05-CV-04158-MHP
[PROPOSED] ORDER GRANTING MOTION TO ENFORCE ORDER

1   This matter came before the Court on _____, 2007, on
2   Defendants and Counterclaimants Roche Molecular Systems, Inc., Roche Diagnostics
3   Corporation, and Roche Diagnostics Operations, Inc. Motion to Enforce Court Order Regarding
4   Expert Deposition of Dr. Fred Kramer.
5       The Court being fully advised, having considered the motion, any opposition
6   thereto, the record, the arguments of counsel, and applicable authorities and evidence, finds that
7   Roche's Motion should be GRANTED in all respects.
8       Plaintiff Stanford is to provide Dr. Fred Kramer, for deposition on August 15, 2007
9   as previously scheduled.
10      If Plaintiff Stanford does not product Dr. Kramer for deposition on August 15,
11  2007, Stanford is precluded from relying upon Dr. Kramer in any way in connection with claim
12  construction.

14      IT IS SO ORDERED.

16  DATED: August      , 2007

                                                          _____
                                                          United States District Judge