UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants. | CASE NO. C-05-04158 MHP<br><br>[PROPOSED] ORDER GRANTING ROCHE'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 REGARDING ROCHE'S EMERGENCY MOTION TO ENFORCE COURT ORDER REGARDING EXPERT DEPOSITION |
| ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN.<br><br>Counterclaim Defendants. | |

04972/2191414.1

Case No. 05-CV-04158-MHP
[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME

     This matter came before the Court on _____, 2007, on Defendants and Counterclaimants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. Motion to Shorten Time Pursuant to Civil Local Rule 6-3.

     The Court being fully advised, having considered the motion, any opposition thereto, the record, the arguments of counsel, and applicable authorities and evidence, finds that Roche's Motion should be GRANTED in all respects.

     Plaintiff shall file any opposition to the Motion to Enforce Court Order by 10 a.m. on August 13, 2007;

     The parties shall appear for a telephonic hearing on August 13, 2007, at _____ a.m.

     IT IS SO ORDERED.

DATED: August _____, 2007

_____
United States District Judge