1    PRUETZ LAW GROUP LLP
        Adrian M. Pruetz (Bar No. 118215)
2        ampruetz@pruetzlaw.com
     1600 Rosecrans Avenue, 4th Floor
3    Manhattan Beach, CA 90266
     Telephone:     (310) 321-7640
4    Facsimile:     (310) 321-7641

5    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
        Brian C. Cannon (Bar No. 193071)
6        briancannon@quinnemanuel.com
        Tun-Jen Chiang (Bar No. 235165)
7        tjchiang@quinnemanuel.com
     555 Twin Dolphin Drive, Suite 560
8    Redwood Shores, California  94065-2139
     Telephone:     (650) 801-5000
9    Facsimile:     (650) 801-5100

10   Attorneys for Defendants and Counterclaimants Roche
     Molecular Systems, Inc.; Roche Diagnostics
11   Corporation; and Roche Diagnostics Operations, Inc.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 THE BOARD OF TRUSTEES OF THE<br>LELAND STANFORD JUNIOR UNIVERSITY,<br>15<br>            Plaintiff,<br>16<br>        vs.<br>17<br>ROCHE MOLECULAR SYSTEMS, INC.;<br>18 ROCHE DIAGNOSTICS CORPORATION;<br>ROCHE DIAGNOSTICS OPERATIONS, INC.,<br>19<br>            Defendants.<br>20<br>ROCHE MOLECULAR SYSTEMS, INC.<br>21 ROCHE DIAGNOSTICS CORPORATION;<br>ROCHE DIAGNOSTICS OPERATIONS, INC.,<br>22<br>            Counterclaimants,<br>23<br>        vs.<br>24<br>THE BOARD OF TRUSTEES OF THE<br>25 LELAND STANFORD JUNIOR UNIVERSITY;<br>AND THOMAS MERIGAN.<br>26<br>            Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>DECLARATION OF BRIAN C.<br>CANNON IN SUPPORT OF ROCHE'S:<br><br>(1) EMERGENCY MOTION TO<br>ENFORCE COURT ORDER<br>REGARDING EXPERT WITNESS<br>DEPOSITION; AND<br><br>(2) MOTION TO SHORTEN TIME |

27

28

Dockets.Justia.com

1

**Declaration of Brian C. Cannon**

2  1.          I am a member of the Bar of the State of California and a partner with Quinn

3  Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Roche Molecular Systems, Inc, Roche

4  Diagnostics Corporation, and Roche Diagnostics Operations, Inc. ("Roche").  I am admitted to

5  practice before this Court on the above-captioned matter.  I make this declaration of personal,

6  firsthand knowledge and, if called and sworn as a witness, I could and would testify competently

7  thereto.

8  2.          Attached as Exhibit A is true and correct copy of an email string between me and

9  Ricardo Rodriguez, counsel for Stanford, sent dated July 23, 2007.

10  3.          Attached as Exhibit B is a true and correct copy of an email from Ricardo

11  Rodriguez to me dated August 3, 2007.

12  4.          Attached as Exhibit C is a true and correct copy of a letter from me to Ricardo

13  Rodriguez dated August 6, 2007.

14  5.          Attached as Exhibit D is a true and correct copy of a letter from Ricardo Rodriguez

15  to me dated August 8, 2007.

16  6.          Attached as Exhibit E is a true and correct copy of an email string between Ricardo

17  Rodriguez and me dated August 10, 2007.

18          I declare under penalty of perjury that the foregoing is true and correct.

19                    Executed on August 10, 2007, in Redwood Shores, California.

20

21

22                              _____/s/_____

23                                        Brian C. Cannon

24

25

26

27

28