# EXHIBIT A

# Brian Cannon

**From:** Brian Cannon
**Sent:** Monday, July 23, 2007 3:10 PM
**To:** Rodriguez, Ricardo
**Cc:** Rhyu, Michelle
**Subject:** RE: Expert depositions & dismissal of individual counterclaims

Ricardo:

We can accommodate Volberding's request and take his deposition on Sunday, August 19.

Wednesday, August 15 looks good for Kramer in Boston.

-- Brian

---

**From:** Rodriguez, Ricardo [mailto:rr@cooley.com]
**Sent:** Friday, July 20, 2007 4:46 PM
**To:** Brian Cannon
**Cc:** Rhyu, Michelle
**Subject:** RE: Expert depositions & dismissal of individual counterclaims

Brian, here's the availability for our 2 experts. We would like to confirm ASAP because their schedules change quickly.

Volberding has a very strong preference for a weekend, which we would like to accommodate. He would be available the 18th and 19th (Sat and Sun). If that is not possible, he would have to take unpaid days on 8/20, 21, or 22. I presume beyond that is too late for you. His deposition will be local.

Kramer's deposition will be in Boston. He is actually on vacation in Nantucket but can make it to Boston for deposition on 8/14, 15, 16, 21, 22.

Let me know. Your letter describing our agreement on discovery of expert communications, drafts, etc. looked fine. Thanks,

Ricardo

---

**From:** Brian Cannon [mailto:briancannon@quinnemanuel.com]
**Sent:** Tuesday, July 17, 2007 4:41 PM
**To:** Rodriguez, Ricardo
**Cc:** Rhyu, Michelle
**Subject:** RE: Expert depositions & dismissal of individual counterclaims

Ricardo: to follow up our conversation, I will send over shortly a letter confirming our agreement about discovery of experts' drafts, communications, etc. Please let me know if the language is not OK. After we both get confirmation of our experts' schedules, we can prepare a short stip in order to take the depositions after the opening and opposition declarations/briefs get filed. By my calendar, Roche would take its depositions the week of August 13; and Stanford would take its depositions beginning August 31, and the following week.

8/10/2007

Brian Cannon
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5055
Main Phone: (650) 801-5000
Main Fax:  (650) 801-5100
E-mail:  briancannon@quinnemanuel.com
Web:  www.quinnemanuel.com

---

**From:** Rodriguez, Ricardo [mailto:rr@cooley.com]
**Sent:** Tuesday, July 17, 2007 2:08 PM
**To:** Brian Cannon
**Cc:** Rhyu, Michelle
**Subject:** Expert depositions & dismissal of individual counterclaims

Brian, I'd like to touch base about expert depositions for claims construction (we are serving our deposition notices/subpoenas for your claims construction experts today). I am concerned about the impact of having depositions go forward next week on our ability to depose the experts on their opposition & reply declarations.

On the dismissal of the individual defendants, I think we may have a misunderstanding, and wanted to clarify before we go ahead and file an MSJ. I believe Michelle left you a message on this.

Can you contact me or Michelle today or tomorrow. Thanks,

Ricardo

**Ricardo Rodriguez**
Partner
Cooley Godward Kronish LLP ♦ Five Palo Alto Square
3000 El Camino Real ♦ Palo Alto, CA  94306-2155
Direct: 650-843-5046 ♦ Fax: 650-857-0663
Email: rr@cooley.com ♦  www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

8/10/2007

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

8/10/2007