# EXHIBIT B

Dockets.Justia.com

# Brian Cannon

| | |
|---|---|
| **From:** | Rodriguez, Ricardo [rr@cooley.com] |
| **Sent:** | Friday, August 03, 2007 9:11 AM |
| **To:** | Brian Cannon |
| **Cc:** | Rhyu, Michelle |
| **Subject:** | Kramer deposition |

Brian, based on our opening brief and the disclosures of your experts you have provided us, we are not going to submit a declaration by Dr. Kramer for our opening brief. We reserve the right to have him submit a declaration in our reply, to address issues we believe were not fairly revealed in your disclosures, though we obviously do not waive any objection to such new information. I realize you will want to preserve your objection to having Dr. Kramer submit a declaration on reply, but I suggest that for now we simply agree to preserve our objections, and go ahead and tentatively reschedule his deposition to a time after the reply, so that we have the time reserved if we end up submitting a declaration from him. Please advise. Thanks,

Ricardo

**Ricardo Rodriguez**
Partner
Cooley Godward Kronish LLP ♦ Five Palo Alto Square
3000 El Camino Real ♦ Palo Alto, CA 94306-2155
Direct: 650-843-5046 ♦ Fax: 650-857-0663
Email: rr@cooley.com ♦ www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

8/8/2007