Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al
Doc. 184 Att. 3

# EXHIBIT C

Dockets.Justia.com

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

WRITER'S DIRECT DIAL NO.
(650) 801-5055

WRITER'S INTERNET ADDRESS
briancannon@quinnemanuel.com

August 6, 2007

<u>VIA E-MAIL AND U.S. MAIL</u>
rr@cooley.com

Ricardo Rodriguez, Esq.
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Re:   *Stanford v. Roche Molecular Systems, et al.,*
      U.S. District Court, Northern District of California, Case No. 05-4158-MHP

Dear Ricardo:

    This letter responds to your email of Friday, August 3, in which Stanford proposed canceling the deposition of one of its experts, Dr. Kramer, but reserving "the right to have him submit a declaration in our reply, to address issues we believe were not fairly revealed in your disclosures . . . ." Roche cannot agree to canceling the deposition, and Roche intends to move forward with Dr. Kramer's deposition on the date scheduled unless Stanford withdraws Dr. Kramer as a testifying expert for claim construction.

    A deposition after a reply is too late -- Roche's briefing would be completed before that time. In addition, pursuant to the local rules disclosures, Stanford knows Roche's claim construction positions and the subject matter of Roche's proposed expert testimony -- so if Dr. Kramer has an opinion on these issues he should submit a declaration now with Stanford's opening brief. If Stanford decides to submit a declaration (or additional declaration) on reply, the parties can dispute the appropriateness of that submission at a later time.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

Stanford disclosed the proposed opinions of Dr. Kramer in the Joint Claim Construction Statement, and Roche intends to take a deposition based upon those disclosures as contemplated by the local rules. The issue of depositions was brought up at the July 30 hearing before the Court, and we submitted a stipulation (now signed) addressing the deposition schedule. We believe it is unfair and prejudicial to Roche to change the schedule now. Accordingly, unless Stanford advises us in writing that it is unequivocally withdrawing Dr. Kramer as a testifying expert in the claim construction proceeding, we will take his deposition on August 15 as previously stipulated by the parties and ordered by the court.

Very truly yours,

Brian Cannon

BC:ar