# EXHIBIT D

Dockets.Justia.com



Ricardo Rodriguez
(650) 843-5046
rr@cooley.com

VIA EMAIL AND U.S. MAIL

August 8, 2007

Brian Cannon
Quinn Emanuel Urquhart Oliver & Hedges
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065

**RE: Stanford v. Roche**

Dear Brian:

I write in response to your letter of Monday regarding Dr. Kramer. We confirm we will not use Dr. Kramer's testimony for our opening or reply briefs with respect to the disclosures of your claims construction expert testimony you have made thus far. If it is your position that you can deprive us of an opportunity to have Dr. Kramer respond to new information you submit, or that you can depose Dr. Kramer now on such undisclosed information, we disagree. Please let me know if you would like to schedule Dr. Kramer's deposition for after our reply, in the event you submit new information to which we respond with a declaration from Dr. Kramer. As I stated earlier, we reserve our right to object to such new information. Either way, Dr. Kramer's deposition will not proceed next week.

Sincerely,

Ricardo Rodriguez

RR:dse

757784 v1/PA
08/08/07 12:02 PM