# EXHIBIT A

Dockets.Justia.com

**JEFFREY D. LIFSON, M.D.**

Associate Director, Basic Research Directorate,
Director, AIDS Vaccine Program, and
Senior Principal Scientist, Head, Retroviral Pathogenesis Laboratory,
SAIC Frederick, Inc., National Cancer Institute, Frederick, Frederick, Maryland.

**EDUCATION**
 B.S.Med.   Northwestern University,  1980
 M.D.       Northwestern University Medical School, 1982

**BACKGROUND**

2003-Present   Associate Director, Basic Research Directorate, Director, AIDS Vaccine Program, and Senior Principal Scientist, Head, Retroviral Pathogenesis Laboratory, and Retroviral Protein Chemistry Section, SAIC Frederick, Inc., National Cancer Institute, Frederick, Frederick, MD

2002-Present   Director, AIDS Vaccine Program, and Senior Principal Scientist, Head, Retroviral Pathogenesis Laboratory, and Retroviral Protein Chemistry Section, SAIC Frederick, Inc., National Cancer Institute, Frederick, Frederick, MD.

2001-2002   Associate Director, AIDS Vaccine Program, and Senior Principal Scientist, Head, Retroviral Pathogenesis Laboratory and Quantitative Molecular Diagnostics Section, SAIC Frederick, Inc., National Cancer Institute, Frederick, Frederick, MD.

1995-2001     Senior Scientist, Head, Retroviral Pathogenesis Laboratory and Quantitative Molecular Diagnostics Section, AIDS Vaccine Program, SAIC Frederick, Inc., National Cancer Institute, Frederick, Frederick, MD.

1991 - 1995     Vice President, HIV and Exploratory Research, Genelabs Incorporated, Redwood City, CA.

1990 - 1991     Acting Vice President, Research, Genelabs Incorporated, Redwood City, CA.

1986 - 1990     Senior Scientist, Director, Human Retrovirus Program, Genelabs Incorporated, Redwood City, CA.

1985 - 1986     Associate Investigator, Department of Pathology and Laboratory Medicine, Palo Alto Veterans Administration Hospital/Stanford Medical School Blood Center, Palo Alto, CA.

1983 - 1985     Postdoctoral Fellow, Department of Pathology, Stanford University Medical School and the Stanford Medical School Blood Center, with Edgar G. Engleman, Palo Alto, CA.

1982 - 1983     Resident in Pathology, Stanford University Medical Center, Stanford, CA.

1

**JEFFREY D. LIFSON, M.D.**

**MEMBERSHIPS**

American Association for the Advancement of Science
American Association of Immunologists
American Society for Microbiology

**EDITORIAL BOARDS**

AIDS Research and Human Retroviruses                1998-
Journal of Virology                                 2002-

**HONORS AND AWARDS**

Summer Scholar, National Science Foundation, Committee for
    Advance Science Training, 1976.
California Physicians National Merit Scholarship, 1976-1980.
Paolo Raimondi Fellowship for the Study of Humanism in Medicine,
        Northwestern University Medical School, 1982.
Postdoctoral Fellowship, The Damon Runyon-Walter Winchell
        Cancer Fund, 1983-1985.
Associate Investigator Career Development Award, Veterans Administration, 1985-1986.
SAIC Special Science Achievement Award (Team award), 1999.
SAIC Outstanding Science Achievement Award  (Individual award), 2000.

**ADVISORY COMMITTEES**

Member, Office of AIDS Research, National Institutes of Health, Coordinating
Committees, Etiology and Pathogenesis emphasis area  (1995-present and Vaccines
emphasis  area (2003-present).

NIAID Non-human Primate Reagent Resource/MHC Technology Development Scientific
Advisory Working Group (2004-present)

Member, External Scientific Advisory Board, Center for AIDS Research, University of
Massachusetts, Worcester, MA (2000-present)

**AD HOC CONSULTANT**

The Exploratorium, San Francisco, CA (Interactive Science Discovery Museum)

2

**JEFFREY D. LIFSON, M.D.**                    **PUBLICATIONS**

Lifson, JD, Rubenstein, EH, and Sonnenschein, RR, 1977, Hypoxic tachycardia in the rat, Experientia, 33:476-477.

Lifson, JD, Oyasu, R, Dreyer, N, Carone, FA, and Williams, RM, 1983, Acute hemorrhagic obstructive uropathy as a complication of experimental autoimmune encephalomyelitis, Arch Patho Lab Med, 107:600-602.

Lifson, J.D., Benike, C.J., Mark, D.F., Koths, K. and Engleman, E.G. 1984. Human recombinant interleukin-2 partly reconstitutes deficient in vitro immune responses of lymphocytes from patients with AIDS. The Lancet, i:698-702.

Lifson, JD, Rubenstein, EH, Scremin, OU, and Sonnenschein, RR, 1985, Cerebrovascular reactivity to $CO_2$: modulation by arterial pressure, Experientia, 41:467-468.

Burger, H, Weiser, B, Robinson, WS, Lifson, J, Engleman, E, Rouzioux, C, Brun-Vezinet, F, Barre-Sinoussi, F, Montagnier, L, Chermann, JC, 1985, Transient antibody to lymphadenopathy associated virus/human T lymphotropic virus type III and T lymphocyte abnormalities in the wife of a man who developed the acquired immunodeficiency syndrome, Ann Int Med, 103:545-547.

Lifson, JD, Finch, S, Sasaki, DT, and Engleman, EG, 1985, Variables affecting T lymphocyte subsets in a volunteer blood donor population, Clinical Immunol Immunopath, 36:151-160.

Yousem SA; Lifson JD; Colby TV, 1985, Chemotherapy-induced eosinophilic pneumonia. Relation to bleomycin, Chest, 88:103-106.

Lifson, J.D., Reyes, G.R., McGrath, M.S., Stein, B.S. and Engleman, E.G. 1986. AIDS retrovirus induced cytopathology: Giant cell formation and involvement of CD4 antigen. Science 232:1123-1127.

Lifson, J.D., Feinberg, M.B., Reyes, G.R., Rabin, L.R., Banapour, B., Chakrabarti, S., Moss, B., Wong-Staal, F., Steimer, K. and Engleman, E.G. 1986. Induction of CD4-dependent cell fusion by the HTLV-III/LAV envelope glycoprotein. Nature 323:725-728.

Lifson, J.D., Coutre, S., Huang, E.H. and Engleman, E.G. 1986. Role of envelope glycoprotein carbohydrate in HTLV-III/LAV induced cell fusion. J. Exp. Med., 164:2101-2106.

Burger, H, Weiser, B, Robinson, WS, Lifson, J, Engleman, E, Rouzioux, C, Brun-Vezinet, F, Barre-Sinoussi, F, Montagnier, L, Chermann, JC, 1986, Transmission of lymphadenopathy associated virus/human T lymphotropic virus type III in sexual partners: seropositivity does not predict infectivity in all cases, Am J Med, 81:5-10.

**JEFFREY D. LIFSON, M.D.**                                   **PUBLICATIONS**

Garcia CF, Lifson JD, Engleman EG, Schmidt DM, Warnke RA, Wood GS. 1986. The immunohistology of the persistent generalized lymphadenopathy syndrome (PGL), Am J Clin Pathol, 86:706-715.

Lifson, J, Raubitschek, A, Benike, C, Koths, K, Amman, A, Sondel, P, and Engleman, E, 1986, Purified interleukin-2 induces proliferation of fresh human lymphocytes in the absence of exogenous stimuli, J Biol Resp Modif., 5:61-72.

Lifson, JD, Sasaki, DT, Engleman, EG, 1986, Utility of formaldehyde fixation for flow cytometry and inactivation of the AIDS associated retrovirus, J Immunol Meth, 86:143-149.

Stein, B.S., Gowda, S., Lifson, J.D., Penahollow, R., Bensch, K.G. and Engleman, E.G. 1987.  pH independent HIV entry into CD4 positive T cells via virus envelope fusion to the plasma membrane. Cell 49:659-668.

Banapour, B., Rosenthal, K., Rabin, L., Sharma, V., Young, L., Engleman, E.G., McGrath, M., Reyes, G. and Lifson, J.D. 1987.  Characterization and epitope mapping of a human monoclonal antibody reactive with the envelope glycoprotein of human immunodeficiency virus. J. Immunol., 139:4027-4033.

Weiser, B, Burger, H, Steimer, K, Lifson, J, Engleman, E, Grimson, R, and Robinson, WS, 1987, Antibody to human immunodeficiency virus correlates with decreased T helper lymphocytes in asymptomatic individuals, J Med Virol, 22:237-244.

Lifson, J.D., Hwang, K.M., Nara, P.L., Fraser, B., Padgett, M., Dunlop, N.M. and Eiden, L.E. 1988.  Synthetic CD4 peptide derivatives that inhibit HIV infection and cytopathicity. Science 241:712-716.

Nara, P.L., Hwang, K.M., Rausch, D.M., Lifson, J.D. and Eiden, L.E. 1989.  CD4-based antireceptor peptides inhibit HIV infectivity in vitro at multiple stages of the viral life cycle. Proc Natl Acad Sci  USA 86:7139-7143.

Ellison, V., Abrams, H., Roe, T., Lifson, J. and Brown, P.   1990.  HIV integration in a cell-free system. J. Virol., 64:2711-2715.

McGrath, MS, Hwang, KM, Caldwell, SE, Gaston, I, Luk, KC,  Wu, P, Ng, VL,  Crowe S, Daniels, J, Marsh, J, Deinhart, T, Lekas, PV, Vennari, JC, Yeung, H-W and Lifson, JD, GLQ223: an inhibitor of human immunodeficiency virus replication in acutely and chronically infected cells of lymphocyte and mononuclear phagocyte lineage. Proc Natl Acad Sci U S A, 86:2844-2848.

Kalyanaraman, V.S., Rausch, D.M., Osborne, J., Padgett, M., Hwang, K.M., Lifson, J.D. and Eiden, L.E. 1990. Evidence by peptide mapping that the region CD4(81-92) is involved in gp120/CD4 interaction leading to HIV infection and HIV-induced syncytium formation. J. Immunol. 145:4072-4078.

**JEFFREY D. LIFSON, M.D.**                                    **PUBLICATIONS**

Kahn, JO, Kaplan, LD, Gambertoglio, J, Bredesen, D, Arri, CJ, Turin, L, Kibort, T, Williams, RL, Lifson, JD, and Volberding, PA, 1990, The safety and pharmacokinetics of GLQ1223 in subjects with AIDS and AIDS-related complex: a phase I study, AIDS, 4:1197-1204.

Lifson, J.D., Rausch, D.M., Kalyanaraman, V.S., Hwang, K.M. and Eiden, L.E. 1991. Synthetic peptides allow discrimination of structural features of CD4(81-92) important for HIV-1 infection versus HIV-l-induced syncytium formation. AIDS Res. and Hum. Retroviruses 7:449-455.

Berger, E.A., Lifson, J.D. and Eiden, L.E. 1991. Stimulation of glycoprotein gp120 dissociation from the envelope glycoprotein complex of human immunodeficiency virus type 1 by soluble CD4 and CD4 peptide derivatives: Implications for the role of the complementarity determining region 3-like region in membrane fusion. Proc Natl Acad Sci USA, 88:8082-8086.

Gatti, G, Kahn, JO, Lifson, J, Williams, R, Turin, L, Volberding, PA, and Gambertoglio, JG, 1991, Pharmacokinetics of GL2Q23 in rats, monkeys and patients with AIDS or AIDS related complex, Antimicrob Agents Chemother, 35:2531-2537.

Eiden, L.E. and Lifson, J.D. 1992. HIV interactions with CD4: A continuum of conformations and consequences. Immunol. Today 13:201-206.

Rausch, DM, Lifson, JD, Padgett, MP, Chandresekahar, B, Lendvay, J, Hwang, KM and Eiden, LE, 1992, CD4(81-92)-based peptide derivatives: structural requirements for blockade of HIV infection, blockade of HIV-induced syncytium formation, and virostatic activity in vitro, Biochem Pharmacol, 43:1785-1796.

Crowe, SM, Mills, J, Elbeik, T, Lifson, JD, Kosek, J, Marshall, JA, Engleman, EG and McGrath, MS, 1992, Human immunodeficiency virus-infected monocyte-derived macrophages express surface gp120 and fuse with CD4 lymphoid cells in vitro: a possible mechanism of T lymphocyte depletion in vivo, Clin Immunol Immunopath, 65:143-151.

Piatak, M., Luk, K-C, Williams, B. and Lifson, J.D. 1993. Quantitative Competitive Polymerase Chain Reaction (QC-PCR) for accurate quantitation of HIV DNA and RNA species. BioTechniques 14:70-77.

Piatak, M., Saag, M.S., Yang, L.C., Clark, S.J., Kappes, J.C., Luk, K-C, Hahn, B.H., Shaw, G.M. and Lifson, J.D. 1993. High levels of HIV-1 in plasma during all stages of infection determined by competitive PCR. Science 259:1749-1754.

Piatak, M., Saag, M.S., Yang, L.C., Clark, S.J., Kappes, J.C., Luk, K-C, Hahn, B.H., Shaw, G.M. and Lifson, J.D. 1993. Viral dynamics in primary HIV-1 infection. Lancet 341:1099.

**JEFFREY D. LIFSON, M.D.**                                    **PUBLICATIONS**

Piatak, M., Lifson, J.D., Saag, M.S. and Shaw, G.M. 1993. HIV and AIDS. Science 260:175 (letter).

Piatak, M., Saag, M.S., Yang, L.C., Clark, S.J., Kappes, J.C., Luk, K-C, Hahn, B.H., Shaw, G.M. and Lifson, J.D. 1993. Determination of plasma viral load in HIV-1 infection by quantitative competititve polymerase chain reaction (QC-PCR). AIDS 7:S65-S71 (Supplement).

Piatak, M., Saag, M.S., Yang, L.C., Kappes, J.C., Shaw, G.M. and Lifson, J.D. 1993. Effect of platelet associated virus on assays of HIV-1 in plasma. Science 262:1585-1586 (technical comment).

Kahn, JO, Gorelick, KU, Gatti, G, Arri, CJ, Lifson, JD, Gambertoglio, JG, Bostrom, A, and Williams, R, 1994, Safety, activity, and pharmacokinetics of GLQ223 in patients with AIDS and AIDS-related complex, Antimicrob Agents Chemother, 38:260-267.

Mackewicz, C.E., Wu, J., Yang, L.C., Lifson, J.D. and Levy, J.A. 1994. Non-cytolytic CD8+ cell anti-HIV responses in primary infection. Lancet 344:1671-1673.

Wei, X., Ghosh, S.K., Taylor, M.E., Johnson, V.A., Emini, E.A., Deutsch, P., Lifson, J.D., Bonhoeffer, S., Nowak, M.A., Hahn, B.H., Saag, M.S. and Shaw, G.M. 1995. Viral dynamics in human immunodeficiency virus type 1 infection. Nature 373:117-122.

Cao, Y., Ho, D.D., Todd, J., Kokka, R., Urdea, M., Lifson, J.D., Piatak, M., Chen, S., Hahn, B.H., Saag, M.S. and Shaw, G.M. 1995. Clinical evaluation of branched DNA (bDNA) signal amplification for quantifying HIV-1 in human plasma. AIDS Res. Hum. Retroviruses 11:353-361.

Kappes, J.C., Saag, M.S., Shaw, G.M., Hahn, B.H., Chopra, P., Chen, S., Emini, E.A., McFarland, R., Yang, L.C., Piatak, M. and Lifson, J.D. 1995. Assessment of antiretroviral therapy by plasma viral load testing: Standard and ICD HIV-1 p24 antigen and viral RNA (QC-PCR) assays compared. J. Acq. Immunodeficiency Synd., 10:139-149.

Linnen, J, Wages, J Jr, Zhang-Keck, ZY, Fry, KE, Krawczynski, KZ, Alter, H, Koonin, E, Gallagher, M, Alter, M, Hadziyannis, S, Karayannis, P, Fung, K, Nakasuji, Y, Shih, JW, Young, L, Piatak, M Jr, Hoover, C, Fernandez, J, Chen, S, Zou, JC, Morris, T, Hyams, KC, Ismay, S, Lifson, JD, Kim, JP, 1996, Molecular cloning and disease association of hepatitis G virus: a transfusion transmissible agent, Science, 271:505-508.

Hirsch, V.M., Fuerst, T.R., Sutter, G., Carroll, M.W., Yang, L.C., Goldstein, S., Piatak, M., Elkins, W.R., Montefiori, D.C., Moss, B. and Lifson, J.D. 1996. Patterns of viral replication correlate with outcome in simian immunodeficiency virus (SIV)-infected macaques: Effect of prior immunization with a trivalent SIV vaccine in modified vaccinia virus Ankara. J. Virol., 70:3741-3752.

**JEFFREY D. LIFSON, M.D.**                          **PUBLICATIONS**

Moss, B, Carroll, MW, Wyatt, LS, Bennink, JR, Hirsch, VM, Goldstein, S, Elkins, WR, Fuerst, TR, Lifson, JD, Piatak, M, Sestifo, NP, Overwijk, W, Chamberlain, R, Rosenberg, SA, Sutter, G, 1996, Host range restricted, non-replicating vaccinia virus vectors as vaccine candidates, Adv Exp Med Biol, 397:7-13.

Nowak, MA, Lloyd, AL, Vasquez, G, Wiltrout, TA, Bischofberger, N, Williams, J, Kinter, A, Fauci, AS, Hirsch, VM and Lifson, JD, 1997, Viral dynamics of primary viremia and antiretroviral therapy in simian immunodeficiency virus infection, J. Virol. 71:7518-7525.

Lifson, JD, Nowak, M, Goldstein, S, Rossio, JL, Kinter, A, Vasquez, G, Wiltrout, TA, Brown, C, Schneider, D, Wahl, L, Lloyd, A, Elkins, WR, Fauci, AS, and Hirsch, VM, 1997, The extent of early viral replication is a critical determinant of the natural history of AIDS virus infection, J Virol. 71: 9508-9514.

Suryanarayana, K, Wiltrout, TA, Vasquez, GM, Hirsch, VM, and Lifson, JD, Plasma SIV RNA viral load by real time quantification of product generation in RT PCR, 1998, AIDS Research and Hum. Retrovir., 14:183-189.

Desrosiers, RC, Lifson, JD, Gibbs, J, Czajak, S, Howe, A, Arthur, LO, and Johnson, RP, Identification of highly attenuated mutants of simian immunodeficiency virus, 1998, J Virol., 72:1431-1437.

Tsai, C-C, Emau, P, Follis, KE, Beck, TW, Lifson, JD, Benveniste, R, Bischofberger, N, and Morton, WR, The effectiveness of post-inoculation PMPA treatment for prevention of persistent SIVmne infection depends critically on the timing of initiation and duration of treatment, 1998, J. Virol., 72:4265-4273.

Van Rompay, KKA, Marthas, ML, Lifson, JD, Berardi, CJ, Vasquez, GM, Agatep, E, Dehqanzada, ZA, Cundy, KC, Bischofberger, N, and Pedersen, NC, 1998, Prophylactic 9-[2-(Phosphonomethoxy)-proply]adenine treatment of newborn rhesus macaques against simian immunodeficiency virus infection, AIDS Res and Hum Retrovir,.14:761-773.

Hirsch, VM, Dapolito, G, Hahn, A, Lifson, JD, Montefiori, D, Brown, CR, and Goeken, R, 1998, Viral genetic evolution in macaques infected with molecularly cloned simian immunodeficiency virus correlates with the extent of persistent viremia, J Virol, 72:6482-6489.

Rossio, JL, Esser, MT, Suryanarayana, K, Schneider, DK, Bess, JW Jr, Vasquez, GM, Wiltrout, TA, Chertova, E, , Grimes, MK, Sattentau, QJ, Arthur, LO, Henderson, LE, and Lifson, JD, 1998, Inactivation of HIV-1 infectivity with preservation of conformational and functional integrity of virion surface proteins, J Virol., 72:7992-8001.

Sylwester, AW, Grivel, JC, Rossio, J, Lifson, J, and Margolis, LB, 1998, CD4+ T lymphocyte depletion in human lymphoid tissue ex vivo is not induced by non-infectious HIV-1 virions, J Virol., 72: 9345-9347.

**JEFFREY D. LIFSON, M.D.**                              **PUBLICATIONS**

Joag, SV, Liu, ZQ, Stephens, EB, Smith, MS, Kuman, A, Li, Z, Wang, C, Sheffer, D, Jia, F, Foresman, L, Adany, I, Lifson, JD, McClure, HM, and Narayan, O, 1998, Oral immunization of macaques with attenuated vaccine virus induced protection against vaginally transmitted AIDS, J Virol, 72: 9069-9078.

Arthur, LO, Bess, JW, Chertova, EN, Rossio, JL, Esser, MT, Benveniste, RE, Grimes, MK, Henderson, LE, and Lifson, JD, 1998, Simian Immunodeficiency Virus: Production, inactivation, and characterization, , AIDS Res Hum Retroviruses 14 Suppl 3:S311-319.

Hirsch, VM, Brown, CR, Sharkey, M, Goldstein, S, Brichacek, B, Byrum, R, Elkins, WR, Hahn, B, Lifson, JD, and Stevenson, M, 1998 Vpx-dependent amplification of local infection is required for efficient virus dissemination and pathogenesis following mucosal inoculation with SIVsmPBj, Nature Med,. 4:1397-1408.

Gorelick, RJ, Benveniste, RE, Gagliardi, TD, Wiltrout, TA, Busch, LK, Bosche, WJ, Coren, LV, Lifson, JD, Bradley, PJ, Henderson, LE and Arthur, LO, 1999, Nucleocapsid protein zinc-finger mutants of simian immunodeficiency virus strain Mne produces virion particles that are replication defective in vitro and in vivo, Virology, 253:259-270.

Gorelick, RJ, Gagliardi, TD, Bosche, WJ, Wiltrout, TA, Coren, LV, Chabot, DJ, Lifson, JD, Henderson, LE, and Arthur, LO, 1999, Strict conservation of the retroviral nucleocapsid (NC) protein zinc finger is due to requirements in infection and not in genomic RNA packaging: characterization of human immunodeficiency virus type 1 particles containing mutant NC zinc coordinating sequences, Virology, 256:92-104.

Glushakova, S, Grivel, JC, Suryanarayana, K, Lifson, JD, Meylan, P, Desrosiers, RC, and Margolis, L, 1999, Nef enhances HIV replication in human lymphoid tissue ex vivo, J Virol, 73: 3968-3974.

Esser, MT, Mori, T, Mondor, I, Sattentau, QJ, Boyd, MR, and Lifson, JD, 1999, Cyanovirin-N blocks HIV-1 binding and fusion without affecting CD4 binding site, or sCD4 induced conformational changes, J. Virol, 73: 4360-4371.

Robinson, HL, Montefiori, DC, Johnson, RP, Rizvi, T, Lu, S, Manson, K, Lifson, J, Hu, S-L, Panicalli, D, Santoro, JC, and McClure, HM, 1999, Neutralizing antibody independent containment of immunodeficiency virus challenges by DNA priming and recombinant pox virus booster immunizations, Nature Medicine, 5:526-534.

Johnson, RP, Lifson, JD, Czajak, SC, Cole, KS, Manson, KH, Glickman, R, Yang, J, Montefiori, DC, Montelaro, R, Wyand, MS, and Desrosiers, RC, 1999, Highly attenuated vaccine strains of simian immunodeficiency virus protect against vaginal challenge: inverse relation of degree of protection with level of attenuation, J Virol, 73:4952-4961.

8

**JEFFREY D. LIFSON, M.D.**                    **PUBLICATIONS**

Wyand, MS, Manson, K, Montefiori, DC, Lifson, JD, Johnson, RP, and Desrosiers, RC, 1999, Protection by live attenuated simian immunodeficiency virus against heterologous challenge, J Virol, , 73:8356-8363.

Zink, C, Suryanarayana, K, Mankowski, J, Shen, Piatak, M, Spelman, Carter, D, Adams, Lifson, JD, and Clements, J, 1999 High levels of viral load in CSF and brain correlate with severity of SIV encephalitis, J Virol, 73 :10480-10488.

Wodarz, D, Page, K, Arnaout, RA, Thomsen, AR, Lifson, JD, and Nowak, MA, 2000, A new theory of cytotoxic T lymphocyte memory: implications for HIV treatment, Philosoph. Transactions R  Soc Lond B, 355: 329-343.

Miley, WJ, Suryanarayana, K, Manns, A, Jacobson, S, Lifson, JD,  and Waters, D, 2000 Cell associated HTLV-I/II DNA viral load by real time quantification of  PCR product generation, AIDS Res Hum Retrovir., 16: 665-675.

Lifson,  JD, Rossio, JL, Arnaout,R  Li, L, Parks, TL, Schneider, DK, Kiser, RF, Coalter, VJ, Walsh, G, Imming, RJ, Fisher, B,  Flynn, BM, Bischofberger, N,  Piatak, M,  Hirsch VM, Nowak , MA and Wodarz, D, 2000, Containment of SIV infection:  Cellular immune responses and protection from  re-challenge following transient post-inoculation antiretroviral treatment, J Virol, 74:2584-2593.

Kumar, A, Lifson, JD, Silverstein, PS, Jia, F, Sheffer, D, Li, Z, and Narayan, O, 2000, Evaluation of immune responses induced by HIV-1 gp120 in rhesus macaques:  effect of vaccination of challenge with homologous and heterologous strains of simian/human immunodeficiency viruses, Virology, 274:149-164.

Murphy, CG, Lucas, WT, Means, RE, Lifson, JD, Kaur, A, Knipe, DM, and Desrosiers, RC, 2000, Vaccine protection against simian immunodeficiency virus by recombinant herpesviruses, , J Virol, 74:7745-7754.

Goldstein, S, Brown, CR, Dehghani, D, Lifson, JD, and Hirsch, VM, 2000, Intrinsic susceptibility of peripheral CD4+ T cells of rhesus macaques to simian immunodeficiency virus is predictive of in vivo viral replication, J Virol,  74:9388-9395.

Wodarz, D, Arnaout, RA, Nowak, MA, and Lifson, JD, 2000, Transient post-inoculation antiretroviral treatment facilitates long term control of SIV infection, Philosoph. Transactions R  Soc Lond B, 355:1021-1029.

Wang, S-W, Kozlowski, P, Schmelz, G, Manson, K, Wyand, MS, Glickman, R, Montefiori, D,  Lifson, JD, Johnson, RP,  Neutra, M, and Aldovini, A, 2000, Effective induction of simian immunodeficiency virus specific mucosal immune responses in primates by proviral DNA producing intact but non-infectious virions, J Virol., 74: 10514-10522.

**JEFFREY D. LIFSON, M.D.**                                    **PUBLICATIONS**

Gorelick, RJ, Benveniste, RE, Lifson, JD, Yovandich, JL, Morton, WR, Kuller, L, Flynn, BM, Fisher, BA, Rossio, JL, Piatak, M, Jr, Bess, JW, Jr, Henderson, LE, and Arthur, LO, 2000, Protection of Macaca nemestrina from disease following pathogenis Simian Immunodeficiency Virus (SIV) Challenge: Utilization of SIV nucleocapsid mutant DNA vaccines with and without an SIV protein boost, J Virol., 74: 11935-11949.

Smith, MS, Foresman, L, Lopez, G, Tsai, J, Page, A, Wang, C, Li, Z, Adany, I, Wodarz, D, Arnaout, RA, Bischofberger, N, Nowak, MA, Lifson, JD, and Narayan, O, 2000, Lasting effects of transient postinoculation tenofovir [9-R-(2-phosphonomethoxypropyl)adenine] on SHIV-KU2 infection of rhesus macaques, Virology, 277: 306-315.

Gorelick, RJ, Lifson, JD, Yovandich, JL, Rossio, JL, Piatak, Jr., M, Scarzello, AJ, , Knott, WB, Bess, Jr, JW, Fisher, BA, Flynn, BM, Henderson, LE, Arthur, LO, and Benveniste, RE, 2000, Mucosal challenge of Macaca nemestrina with Simian Immunodeficiency Virus (SIV) following SIV nucleocapsid mutant DNA vaccination, J Med Primatol, 29: 209-219

Silverstein, PS, Mackay, GA, Mukherjee, S, Li, Z, Piatak, M, Jr, Lifson, JD, Narayan, O, and Kumar, A, 2000, Pathogenic $SHIV_{KU}$ inoculated into immunized macaques caused infection, but virus burdens progressively declined with time, J Virol, 74: 10489-10497.

Fultz, PN, Vance, PJ, Endres, MJ, Tao, B, Dvorin, JD, Davis, IC, Lifson, JD, Montefiori, DC, Marsh, M, Malim, MH, and Hoxie, JA, 2001, In vivo attenuation of simian immunodeficiency virus by disruption of a tyrosine dependent sorting signal in the envelope glycoprotein cytoplasmic tail, J Virol., 75: 278-291.

Earl, PL, Sugiura, W, Montefiori, DC, Broder, CC, Lee, SA, Wild, C, Lifson, J and Moss, B, 2001, Immunogenicity and protective efficacy of oligomeric human immunodeficiency virus type 1 gp140, J Virol, 75, 645-653.

Esser, MT, Bess, JW, Jr, Suryanarayana, K, Chertova, E, Marti, D, Carrington, M, Arthur, LO, and Lifson, JD, 2001, Partial activation and induction of apoptosis in resting CD4+ and CD8+ T lymphocytes by conformationally authentic non-infectious human immunodeficiency virus type 1, J. Virol., 75: 1152-1164.

Kumar A, Buch S, Foresman L, Bischofberger N, Lifson JD, Narayan O, 2001, Development of virus-specific immune responses in SHIV(KU)-Infected macaques treated with PMPA, Virology, 279:97-108.

Kumar, A, Lifson, JD, Li, Z, Fenglan, J, Mukherjee, S, Liu, Z, Adany, I, Piatak, M, Jr, and Narayan, O, 2001, Sequential immunization of macaques with two differentially attenuated vaccines induced long-term virus-specific immune responses and conferred protection against AIDS caused by heterologous Simian Human Immunodeficiency Virus (SHIV89.6P), Virology, 279:241-256.

**JEFFREY D. LIFSON, M.D.**                                    **PUBLICATIONS**

Buseyne, F, Le Gall, S, Boccaccio, C, Abastado, J-P, Lifson, JD, Arthur, LO, Riviere, Y, Heard, J-M, and Schwartz, O. 2001.   MHC-I-restricted presentation of HIV-1 virion antigens without viral replication, Nature Medicine, 7:344-349.

Esser, MT, Graham, DR, Chertova, DN, Trubey, CM, Bess, J, Arthur, LO, and Lifson, JD. 2001. Differential incorporation of CD45, CD80(B7-1), CD86(B7-2), MHC-I, and MHC-II into HIV –1 virions and microvesicles:  implications for viral pathogenesis and immune regulation, J Virol., 75:6173-6182.

Crotty, S, Lohman, BL, Neagu, M, Compton, L, Lu, FX-S, Lifson, JD, Miller, CJ, and Andino, R.  2001. Protection of macaques from a virulent SIV(mac251) vaginal challenge using Sabin strain live poliovirus vaccine vectors (SabRV) expressing a defined library of SIV antigens, J Virol. 75:7435-7452.

Lifson JD, Rossio JL, Piatak M Jr, Parks T, Li L, Kiser R, Coalter V, Fisher B, Flynn BM, Czajak S, Hirsch VM, Reimann KA, Schmitz JE, Ghrayeb J, Bischofberger N, Nowak MA, Desrosiers RC, Wodarz D  2001.  Role of CD8+ lymphocytes in control of Simian Immunodeficiency Virus  infection and resistance to rechallenge after transient early antiretroviral treatment, J Virol., 75: 10187-10199.

Veazey, RS, Gauduin, M-C, Mansfield, KG, Tham, IC, Glickman, R, Altman, JD, Lifson, JD, Lackner, AA, and Johnson, RP. 2001.   Emergence of SIV-specific CD8+ T cells in the intestine of macaques during primary infection, J Virol., 75: 10515-10519.

Mehlhop, ER, Villamide, LA, Frank, I, Gettie, A, Santisteban, C, Messmer, D, Ignatius, R, Lifson, J and Pope, M, 2002.  Enhanced in vitro stimulation of rhesus macaque dendritic cells for activation of SIV specific T cell responses, J Immunol Methods., 260(1-2):219-234.

Bissell, SJ, Wang, G, Ghosh, M, Reinhart, TA, Capuano, S, III, Stefano-Cole, K, Murphey-Corb, M, Piatak, M, Lifson, JD, and Wiley, CA, 2002, Macrophages relate pre- and post-synaptic damage in SIV encephalitis, Am J Pathol. 160(3):1-15.

Frank, I, Piatak, M, Jr, Stoessel, H, Romani, N, Bonnyay, D, Lifson, JD, and Pope, M. 2002. Infectious and whole inactivated simian immunodeficiency viruses interact similarly with primate dendritic cells (DCs): Differential intracellular fate of virions in mature and immature DCs,  J Virol, 76:2936-2951.

Chertova, E, Bess, JW, Jr, Crise, BJ, Sowder, RC III, Schaden, TM, Hilburn, JM, Hoxie, JA, Benveniste, RE, Lifson, JD, Henderson, LE, and Arthur, LO, 2002, Surface envelope glycoproteins (gp120$^{SU}$) of Human Immunodeficiency Virus type 1 (HIV-1) and Simian Immunodeficiency Virus (SIV) are stably associated with transmembrane envelope glycoproteins (TM) in purified virions and are not readily shed, J. Virol., 76:5315-5325.

**JEFFREY D. LIFSON, M.D.**                              **PUBLICATIONS**

Larsson, M, Fonteneau, J-F, Lirvall, M, Haslett, P, Lifson, JD, and Bhardwaj, N, 2002, Activation of HIV-1 specific CD4+ and CD8+ T cells by human dendritic cells: roles for crosspresentation and non-infectious HIV-1 virus, AIDS, 16:1319-1329.

Ling, B, Veazey, RS, Luckay, A, Penedo, C, Xu, K, Lifson, JD, and Marx, PA, 2002. SIVmac pathogenesis in Rhesus of Chinese and Indian origin compared with primary HIV infection in humans, AIDS, 16: 1489-1496.

Lifson, JD, Piatak, M, Jr., Rossio, JL, Bess, J, Jr., Chertova, E, Schneider, D, Kiser, R, Coalter, V, Poore, B, Imming, R, Desrosiers, RC, Henderson, LE, and Arthur, LO, 2002. Whole inactivated SIV virion vaccines with functional envelope glycoproteins: Safety, immunogenicity, and activity against intrarectal challenge, J Med Primatol. 31: 205-216.

Ling, B, Veazey, RA, Penedo, C, Xu, K, Lifson, JD, and Marx, PA, 2002. Longitudinal follow up of SIVmac pathogenesis in rhesus macaques of Chinese origin: emergence of B cell lymphoma, J Med Primatol, 31: 154-163.

Clements, JE, Mankowski, J, Suryanrayana, K, Piatak, M, Jr., Lifson, JD, and Zink, MC. 2002. The CNS as a sanctuary for SIV: Stable levels of SIV DNA from acute through asymptomatic infection, J Inf Dis., 186:905-913.

Allen, TM, Jing, P, Calore, B, Horton, H, O'Connor, DH, Hanke, T, Piekarczyk, M, Ruddlersdorf, R, Mothe, BR, Emerson, C, Wilson, N, Lifson, JD, Belyakov, IM, Berzofsky, JA, Wang, C, Allison, DB, Montefiori, DC, Desrosiers, RC, Wolinsky, S, Kunstman, KJ, Altman, JD, Sette, A, McMichael, AJ, and Watkins, DI, 2002, Effects of cytotoxic T lymphocytes (CTL) directed against a single simian immunodeficiency virus (SIV) gag CTL epitope on the course of SIVmac239 infection, J Virol, 76: 10507-10511.

Kumar A, Mukherjee S, Shen J, Buch S, Li Z, Adany I, Liu Z, Zhuge W, Piatak M, Lifson J, McClure H, Narayan O. 2002, Immunization of macaques with live Simian Human Immunodeficiency Virus (SHIV) vaccines conferred protection against AIDS induced by homologous and heterologous SHIVs and Simian Immunodeficiency Virus. Virology, 301:189-205.

Bashirova, AA, Wuk L, Cheng, J, Martink TD, Martin, MP, Benveniste, RE, Lifson JD, KewalRamani, VN, Hughes, A, and Carrington, M, 2002. A novel member of the CD209 (DC-SIGN) gene family in primates, J Virol, 77: 217-227.

Johnson, WE, Lifson, JD, Lang, SM, Johnson, RP, and Desrosiers, RC, 2002. The importance of B cell responses for immunological control of variant strains of Simian Immunodeficiency Virus, J Virol, 77:375-381.

Willey, RL, Byrum, R, Piatak, M, Jr, Kim, YB, Cho, MW, Rossio, JL, Bess, JU, Jr, Igarishi, T, Endo, Y, Arthur, LO, Lifson, JD, and Martin, MA, 2003. Control of viremia and prevention of SHIV induced disease in rhesus macaques immunized with inactivated SIV and HIV-1 particles, J Virol, 77:1163-1174.

**JEFFREY D. LIFSON, M.D.**                    **PUBLICATIONS**

Schmitz JE, Kuroda MJ, Santra S, Simon MA, Lifton MA, Lin W, Khunkhun R, Piatak M, Lifson JD, Grosschupff G, Gelman RS, Racz P, Tenner-Racz K, Mansfield KA, Letvin NL, Montefiori DC and Reimann KA. 2003.   Effect of humoral immune responses in controlling viremia during primary infection of rhesus monkeys with simian immunodeficiency virus. J Virol, 77: 2165-2173.

Evans, DT, Chen, L-M, Gillis, J, Lin, K-C, Harty, B, Mazzara, GP, Donis, RO, Mansfield, KG, Lifson, JD, Desrosiers, RC, Galan, JE, and Johnson, RP. 2003.  Mucosal priming of SIV-specific CTL reponses in rhesus macaques by the Salmonella type III secretion antigen delivery system, J Virol., 77: 2400-2409.

Verthelyi, D, Gursel, M, Kenney, R, Lifson, JD, Liu, S, Mican, J, and Klinman, DM. 2003.  Immunostimulatory CpG oligodeoxynucleotides enhance the resistance of normal and SIV-infected primates to *Leishmania* infection, J Immunol. 170: 4717-4723.

Kassis, N, Hale, CL, Simon, M, Elliot, M, Gomez-Yafal, A, Lifson, JD, Desrosiers, RC, Wang, F, Barry, P, Mach, M, Johnson, RP and Kaur, A.  2003.  Direct relationship between suppression of cytomegalovirus (CMV)-specific immunity and emergence of CMV disease in simian AIDS, J Virol., 77: 5749-5758.

Veazey, RS, Lifson, JD, Piatak, M, Jr, and Lackner, AA, 2003, Simian immunodeficiency virus infection in neonatal macaques, J Virol. 77: 8783-8792.

Alexander, L, Illyinski, PO, Lang, SM, Means, RE, Lifson, JD, Mansfield, K, and Deserosiers, RC, 2003, Determinants of increased replication of serially passaged, nef-deleted SIVmac239 in rhesus monkeys, J Virol, 77: 6823-35.

Lifson, JD, Piatak, M, Jr., Rossio, JL, Purcell, J, Pandrea, I, Bischofberger, N, Blanchard, J, and Veazey, RS, Transient early post-inoculation antiretroviral treatment facilitates controlled infection with sparing of CD4+ T cells in gut-associated lymphoid tissues in SIVmac239 infected rhesus macaques, but not resistance to rechallenge, 2003, J Med Primatol., 32: 201-210.

Frank, I, Santos, J, Mehlhop, E, Villamide-Herrerar, L, Santisteban, C, Gettie, A, Ignatius, R, Lifson, JD, and Pope, M, Presentation of exogenous whole inactivated SIV by mature dendritic cells induced CD4+ and CD8+ T cell responses, 2003, J Acq Immun Def Synd, 34: 7-19.

Veazey, RS, Lifson, JD, Schmitz, JE, Kuroda, MJ, Piatak, M, Jr, Pandrea, I, Purcell, J, Williams, KC, and Lackner, AA, 2003, Dynamics of SIV specific CTL responses in tissues, J Med Primatol., 32: 194-200.

Lifson JD, Piatak M Jr, Cline AN, Rossio JL, Purcell J, Pandrea I, Bischofberger N, Blanchard J, Veazey RS. 2003.   Transient early post-inoculation anti-retroviral treatment facilitates controlled infection with sparing of CD4+ T cells in gut-associated lymphoid tissues in SIVmac239-infected rhesus macaques, but not resistance to rechallenge. J Med Primatol., 32: 201-210.

**JEFFREY D. LIFSON, M.D.**                    **PUBLICATIONS**

Busch M, Lu D, Fritts L, Lifson JD, Miller CJ., 2003, Comparison of virology and immunology in SHIV 89.6 proviral DNA and virus-inoculated rhesus macaques. J Med Primatol., 32: 240-246.

Trubey, CM, Chertova, E, Coren, LV, Hilburn, JM, Hixson, CV, Nagashima, K, Lifson, JD, Ott, DE, Quantitation of HLA Class II protein incorporated into Human Immunodeficiency Virus Type 1 virions, purified with anti-CD45 immunoaffinity of microvesicles, 2003, J Virol, 77:12699-126709.

Turville, SG, Santos, JJ, Frank, I, Cameron, PU, Wilkinson, J, Miranda-Saksena, M, Dable, J, Stossel, H, Romani, N, Piatak, M, Jr., Lifson, JD, Pope, M, Cunningham, AL, 2004, Immunodeficiency virus uptake, turnover, and two-phase transfer in human dendritic cells, Blood, 103:2170-1279.

Veazey, RS, Klasse, PJ, Ketas, TJ, FReeves, JD, Piatak, M Jr, Kunstman, K, Kuhmann, SE, Marx, PA, Lifson, JD, Dufour, J, Mefford, M, Pandrea, I, Wolinsky, SM, Doms, RW, DeMartino, JA, Siciliano, SJ, Lyons, K, Springer, MS, and Moore, JP, 2003, Use of a small molecule CCR5 inhibitor in macaques to treat simian immunodeficiency virus infection or prevent simian-human immunodeficiency virus infection, J Exp Med, 198: 1551-1562.

Zhu, P, Chertova E, Bess, J, Jr., Lifson, JD, Arthur, LO, Liu, J, Taylor, KA, and Roux, KH, 2003. Electron tomography analysis of envelope glycoprotein trimers on AIDS virus virions, Proc Natl Acad Sci (USA). 100:15812-15817.

Friedrich, TC, Dodds, EJ, de Souza, IP, Piaskowski, S, Fuenger, S, Reynolds, MR, Rudersdorf, Cullen, C, Evans, DT, Desrosiers, RC, Mothe, BR, Sidney, J, Sette, A, Knutsman, K, Wolinsky, S, Piatak, M, Jr., Lifson, J, McDermott, A, Wilson, N, O'Connor, DH, and Watkins, DI, 2004, Reversion of transmitted cytotoxic T lymphocyte (CTL) escape variant immunodeficiency viruses in vivo, Nat Med, 10: 275-281.

Gloster, SE, Newton, P, Cornforth, D. Lifson, JD, Williams, I, Shaw, GM, Borrow, P, 2004, Association of strong virus specific CD4+ T cell responses with efficient natural control of primary HIV-1 infection, AIDS, 18:749-755.

Zhang, R, Fichtenbaum, CJ, Hildeman, DA, Lifson, JD, and Chougnet, C, 2004, Mechanistic analysis of CD40 ligand dysregulation in HIV infection, J Immunol., 172:2678-2686.

Fonteneau, J-F, Larsson, MJ, Beignon, A-S, Dasilva, I, Amara, A, Liu, Y-J, Lifson, J, Littman, D, and Bhardwaj, N, 2004, HIV induces phenotypic and functional maturation of plasmacytoid dendritic cells and concomitant bystander maturation of myeloid dendritic cells, J Virol, 78:5223-5232.

Verthelyi, D, Wang, V, Lifson, J, and Klinman, DM, 2004, CpG Oligodeoxynucleotides improve the response to hepatitis B immunization in healthy and SIV infected rhesus macaques, AIDS, 18:1003-1008.

**JEFFREY D. LIFSON, M.D.**                                    **PUBLICATIONS**

Zhang, QZ, Wietgrefe, SW, Li, Q, Shore, M, Duan L, Reilly, C, Lifson, JD, and Haase, AT, 2004, The roles of target cell availability, susceptibility and productive infection of resting and activated CD4+ T cells in transmission and acute SIV infection, Proc Natl Acad Sci (USA), 101:5640-5645.

Fitzgerald, W, Sylwester, AW, Grivel, JC, Lifson, JD and Margolis, LB, 2004, Non-infectious X4 but not R5 HIV-1 virions inhibit immune responses in human lymphoid tissue ex vivo, J Virol, 78:7061-7068.

Gauduin, MC, Kaur, A, Connolle, M, Ahmad, S, Yilma, T, Lifson, JD, and Johnson, RP, 2004, Optimization of intracellular cytokine staining for the quantitation of antigen specific CD4+ T cell responses in rhesus macaques, J Immunol Meth 228:61-79.

Lifson, JD, Rossio, JL, Piatak, M, Jr., Bess, J, Jr., Chertova, E, Schneider, DK, Coalter, VJ, Poore, B, Kiser, RF, Imming, RJ, Scarzello, AJ, Henderson, LE, Hirsch, VM, Desrosiers, RC, Benveniste, RE, and Arthur, LO, 2004, Safety, immunogenicity and protective efficacy of whole inactivated simian immunodeficiency virus (SIV) vaccines with conformationally and functionally intact envelope glycoproteins, AIDS Res Hum Retrovir., 20:772-787.

Teleshova, N, Kenney, J, Jones, J, Marshall, J, Van Nest, G, Dufour, J, Bohm, R, Lifson, JD, Gettie, A, and Pope, M, 2004, CpG-C ISS-ODN activation of plasmacytoid dendritic cells in rhesus macaques augments the activation of IFN-γ-secreting SIV-specific T cells, J Immunol, 173:1647-1657.

Villamide-Herrera, L, Ignatius, R, Eller, MA, Wilkinson, K, Griffin, C, Mehlhop, E, Jones, J, Han, SY, Lewis, MG, Parrish, S, VanCott, TC, Lifson, JD, Schlesinger, S, Mascola, JR, and Pope, M,  2004, Macaque dendritic cells infected with SIV-recombinant canarypox ex vivo induce SIV specific immune responses in vivo, AIDS Res Hum Retroviruses,  20:871-884.

Swigut, T, Alexander, L, Morgan, J, Lifson, J, Mansfield, KG, Lang, S, Johnson, RP, Skowronski, J, and Deserosiers, R, 2004,  Impact of nef-mediated downregulation of MHC class I on immune response to simian immunodeficiency virus, J Virol. 78:13335-13344.

Lederman, MM, Veazey, R, Mosier, D, Hartley, O, Dufour, J, Mefford, M, Piatak, Jr., M, Lifson, JD, Blauvelt, A, and Offord R, 2004, Targeted inhibition of CCR5 with PSC-RANTES is sufficient to block intravaginal transmission of SHIV in rhesus macaques, Science, 306:485-487.

Picker, LJ, Hagen, SI, Lum, R, Reed-Inderbitzin, EF, Dalyl, LM, Sylwester, AW, Walker, JM, Wang, C, Allison, DB, Maino, VC, Lifson, JD, Kodama, T, and Axthelm, MK, 2004,  Insufficient production and tissue delivery of CD4+ effector T cells in rapidly progressive SIV infection, J Exp Med., 200:1299-1314.

**JEFFREY D. LIFSON, M.D.**                          **PUBLICATIONS**

Andersen, H, Rossio, JL, Coalter, V, Poore, B, Martin, MP, Carrington, M, and Lifson, JD. 2004. Characterization of rhesus macaque natural killer activity against a rhesus-derived target cell line at the single cell level, Cell. Immunol., 231:85-95.

Herbeuval JP, Boasso A, Grivel JC, Hardy AW, Anderson SA, Dolan MJ, Chougnet C, Lifson JD, 2005. Shearer GM TNF-related apoptosis-inducing ligand (TRAIL) in HIV-1-infected patients and its in vitro production by antigen-presenting cells. Blood. 105:2458-2464. Epub 2004 Dec 7.

Morcock DR, Thomas JA, Gagliardi TD, Gorelick RJ, Roser JD, Chertova EN, Bess JW Jr, Ott DE, Sattentau QJ, Frank I, Pope M, Lifson JD, Henderson LE, Crise BJ. 2005. Elimination of retroviral infectivity by N-ethylmaleimide with preservation of functional envelope glycoproteins. J Virol., 79:1533-1542.

Peretti S, Shaw A, Blanchard J, Bohm R, Morrow G, Lifson JD, Gettie A, Pope M. 2005. Immunomodulatory effects of HSV-2 infection on immature macaque dendritic cells modify innate and adaptive responses. Blood. 106:1305-1313. Epub 2005 Apr 21.

Kim EY, Busch M, Abel K, Fritts L, Bustamante P, Stanton J, Lu D, Wu S, Glowczwskie J, Rourke T, Bogdan D, Piatak M Jr, Lifson JD, Desrosiers RC, Wolinsky S, Miller CJ. 2005. Retroviral recombination in vivo: viral replication patterns and genetic structure of simian immunodeficiency virus (SIV) populations in rhesus macaques after simultaneous or sequential intravaginal inoculation with SIVmac239Deltavpx/Deltavpr and SIVmac239Deltanef. J Virol., 79:4886-4895.

Beignon AS, McKenna K, Skoberne M, Manches O, DaSilva I, Kavanagh DG, Larsson M, Gorelick RJ, Lifson JD, Bhardwaj N. 2004. Endocytosis of HIV-1 activates plasmacytoid dendritic cells via Toll-like receptor-viral RNA interactions. J Clin Invest. 115:3265-3275. Epub 2005 Oct 13.

Li Q, Lifson JD, Duan L, Schacker TW, Reilly C, Carlis J, Estes JD, Haase AT. 2005. Potential roles of follicular dendritic cell-associated osteopontin in lymphoid follicle pathology and repair and in B cell regulation in HIV-1 and SIV infection. J Infect Dis, 192:1269-1276. Epub 2005 Aug 25.

Cline AN, Bess JW, Piatak M Jr, Lifson JD. 2005. Highly sensitive SIV plasma viral load assay: practical considerations, realistic performance expectations, and application to reverse engineering of vaccines for AIDS. J Med Primatol., 34:303-312.

Williams K, Westmoreland S, Greco J, Ratai E, Lentz M, Kim WK, Fuller RA, Kim JP, Autissier P, Sehgal PK, Schinazi RF, Bischofberger N, Piatak M, Lifson JD, Masliah E, Gonzalez RG. 2005. Magnetic resonance spectroscopy reveals that activated monocytes contribute to neuronal injury in SIV neuroAIDS.. J Clin Invest., 115:2534-2545. Epub 2005 Aug 18.

**JEFFREY D. LIFSON, M.D.**                                    **PUBLICATIONS**

Herbeuval JP, Grivel JC, Boasso A, Hardy AW, Chougnet C, Dolan MJ, Yagita H, Lifson JD, Shearer GM. 2005.  CD4+ T-cell death induced by infectious and noninfectious HIV-1: role of type 1 interferon-dependent, TRAIL/DR5-mediated apoptosis. Blood., 106:3524-3531. Epub 2005 Jul 26.

Louder MK, Sambor A, Chertova E, Hunte T, Barrett S, Ojong F, Sanders-Buell E, Zolla-Pazner S, McCutchan FE, Roser JD, Gabuzda D, Lifson JD, Mascola JR. 2005. HIV-1 envelope pseudotyped viral vectors and infectious molecular clones expressing the same envelope glycoprotein have a similar neutralization phenotype, but culture in peripheral blood mononuclear cells is associated with decreased neutralization sensitivity. Virology., 339:226-238.

Busch M, Abel K, Li J, Piatak M Jr, Lifson JD, Miller CJ.2005.  Efficacy of a SHIV 89.6 proviral DNA vaccine against mucosal SIVmac239 challenge. Vaccine., 23:4036-4047. Epub 2005 Apr 9.

Schmitz JE, Johnson RP, McClure HM, Manson KH, Wyand MS, Kuroda MJ, Lifton MA, Khunkhun RS, McEvers KJ, Gillis J, Piatak M, Lifson JD, Grosschupff G, Racz P, Tenner-Racz K, Rieber EP, Kuus-Reichel K, Gelman RS, Letvin NL, Montefiori DC, Ruprecht RM, Desrosiers RC, Reimann KA. 2005.  Effect of CD8+ lymphocyte depletion on virus containment after simian immunodeficiency virus SIVmac251 challenge of live attenuated SIVmac239delta3-vaccinated rhesus macaques. J Virol.. 79:8131-8141.

Evans DT, Bricker JE, Sanford HB, Lang S, Carville A, Richardson BA, Piatak M Jr, Lifson JD, Mansfield KG, Desrosiers RC.  2005.  Immunization of macaques with single-cycle simian immunodeficiency virus (SIV) stimulates diverse virus-specific immune responses and reduces viral loads after challenge with SIVmac239.  J Virol. 79:7707-7720.

Teleshova N, Kenney J, Williams V, Van Nest G, Marshall J, Lifson JD, Sivin I, Dufour J, Bohm R, Gettie A, Pope M. 2006.  CpG-C ISS-ODN activation of blood-derived B cells from healthy and chronic immunodeficiency virus-infected macaques. J Leukoc Biol., 79:257-267.

Barsov EV, Andersen H, Coalter VJ, Carrington M, Lifson JD, Ott DE. 2005.  Capture of antigen-specific T lymphocytes from human blood by selective immortalization to establish long-term T-cell lines maintaining primary cell characteristics. Immunol Lett. 2005 Dec 21; [Epub ahead of print]

Koff WC, Johnson PR, Watkins DI, Burton DR, Lifson JD, Hasenkrug KJ, McDermott AB, Schultz A, Zamb TJ, Boyle R, Desrosiers RC.  2006.  HIV vaccine design: insights from live attenuated SIV vaccines.  Nat Immunol., 7:19-23.

**JEFFREY D. LIFSON, M.D.**                    **PUBLICATIONS**

Zhang R, Lifson JD, Chougnet C.  2006.  Failure of HIV-exposed CD4+ T cells to
activate dendritic cells is reversed by restoration of CD40/CD154 interactions.
Blood. 107:1989-1995. Epub 2005 Nov 3.

Estes JD, Li Q, Reynolds MR, Wietgrefe S, Duan L, Schacker T, Picker LJ, Watkins DI,
Lifson JD, Reilly C, Carlis J, Haase AT. 2006.   Premature induction of an
immunosuppressive regulatory T cell response during acute simian immunodeficiency
virus infection. J Infect Dis.  193:703-712. Epub 2006 Jan 30.

**JEFFREY D. LIFSON , MD**          **Invited Reviews and Book Chapters**

Lifson, J.D. and Engleman, E.G. 1989. Role of CD4 in normal immunity and HIV infection. Immunol. Rev., 109:93-117.

Lifson, J.D. 1993. Fusion of HIV-infected cells with uninfected cells. In: Membrane Fusion Techniques, Part B, Methods in Enzymology, Vol. 221, (N. Duzgenes, ed.) Academic Press, pp. 3-12.

Eiden, L.E. and Lifson, J.D. 1993. The class II MHC and HIV-1 binding surfaces of CD4. Trends Microbiol., 1:119-120.

Desrosiers, R., Daniel, M., Lifson, J. and Arthur, L. 1995. Infection of chimpanzees with attenuated HIV-1 deletion mutants. In: Retroviruses of Human A.I.D.S. and Related Animal Diseases, (M. Girard and L. Valette, eds.), Pasteur Vaccins, Paris, France, pp. 197-200.

Galel, S.A., Lifson, J.D. and Engleman, E.G. 1995. Prevention of AIDS transmission through screening the blood supply. Ann. Rev. Immunol., 13:207-227.

Piatak, M., Wages, J., Luk, K-C and Lifson, J.D. 1996. Competitive RT PCR for quantification of RNA: Theoretical considerations and practical advice. In: A Laboratory guide to RNA: Isolation, analysis, synthesis (P.A. Krieg, ed.) Wiley-Liss, Inc., pp 191-221.

Lifson, JD, and Piatak, M, Internally controlled PCR approaches for quantification of retroviral replication and other applications, In: Quantitative PCR Techniques, Eaton Publishing, Natick, MA, 1997, p. 43-58, 1997.

Yarbough, PO, Krawczynski, K, Tam, AW, McAtee, CP, McCaustland, KA, Zhang, PY, Garcon, N, Spelbring, J, Carson, D, Myriam, F, Lifson, JD, Slaoui, M, Priels, JP, Margolis, H, and Fuerst, TR, Prevention of hepatitis E using r62k subunit vaccine: full protection against heterologous HEV challenge in cynomolgus macaques, In: Viral Hepatitis and Liver Disease, M. Rizetto, RH Purcell, GL Gerin, and G Verme, eds), Edizioni Menerva Medica, Turin, 1997, p 650-655.

Lifson, JD, Lloyd, A, Hirsch, V, and Nowak, M, Clues to primate lentiviral pathogenesis from the study of SIV viral dynamics. In press, In: Retroviruses of Human A.I.D.S. and Related Animal Diseases, (M. Girard and B. Dodet, eds.), Pasteur Vaccins, Paris, France, 1998, p 245-252.

Lifson, JD, and Hirsch, VM, 2000, Simian Immunodeficiency Virus infection of monkeys as a model system for the study of AIDS pathogenesis, treatment and prevention, in: HIV: Molecular mechanisms and clinical applications, Adv Pharmacol., Vol 49, p 437-477, K-T Jeang, Ed, Academic Press, San Diego.

**JEFFREY D. LIFSON , MD**        **Invited Reviews and Book Chapters**

Dimitrov, D. S., Sidorov, I.A., Endo, Y., Igarashi, T., Lempicki, R. A., Kovacs, J. A., Davey, R.T., Lifson, J., Martin, M.A., and Lane, H. C.:  Dynamic models of virus/cell turnover in HIV infections. Proc. Atl. Symp. Comput. Biol. Genome Information Systems and Technology (CBGIST 2001), Eds. Wu, C.H., Wang, P.P, Wang, J.T.L., Durham, pp. 200-204, 2001.

Chertova, E, Crise, B, Morcock, D, Bess, J, Jr, and Lifson, JD.  2003.  Sites, mechanism of action and lack of reversibility of primate lentivirus inactivation by preferential covalent modification of virion internal proteins, Current Molecular Medicine, 3:  271-278.

**JEFFREY D. LIFSON**

**Summary of Research Interests and Activities**

I have been involved in AIDS research for more than two decades. While a fellow at Stanford University Medical School in 1983, prior to the identification of HIV-1 as the etiologic agent for AIDS, I helped to establish the first blood screening program in the country for prevention of transfusion mediated transmission of AIDS using a flow cytometric assay for CD4+ T cell depletion as a surrogate marker screening assay. Following the identification of HIV as the etiologic agent of AIDS and the availability of serological tests, retrospective testing of donated units excluded from transfusion use based on flow cytometric screening demonstrated that numerous HIV+ units had been withheld, potentially preventing up to three cases of transfusion transmitted HIV infection per donated unit, given the fractionation of each donated unit to multiple component products for transfusion. Also while at Stanford, I made important contributions to the early understanding of envelope glycoprotein/CD4 interactions in the biology of HIV.

In 1986 I moved to a start up biotech company, Genelabs Incorporated, in Redwood City, to establish a HIV research program, as a Senior Scientist and Director of the Human Retrovirus Program. In this program we produced and characterized the first human monoclonal antibody to HIV, and with Pat Brown (Stanford) helped develop the first cell free in vitro assay for integration of HIV. In a program supported by Sandoz (now Novartis), I also participated in research aimed at developing novel treatments for HIV infection and AIDS, including evaluation of a candidate natural product compound intended to preferentially kill HIV infected cells of macrophage lineage. While development of the compound was discontinued after Phase I clinical testing, I gained exposure to various aspects of the development process, including toxicology, manufacturing, QA/QC, regulatory affairs, and clinical trials design and implementation. During this time I secured SBIR and R01 grant funding to support parts of my research program and was also asked to assume increasing supervisory and administrative responsibilities, eventually serving as Vice President of Research, overseeing a multidisciplinary research staff of approximately 60 scientists and technicians. Responsibilities also included oversight of research teams leading to the description of hepatitis G virus and development of a prototype vaccine candidate for prevention of infection with hepatitis E virus.

Also while at Genelabs Incorporated (later Genelabs Technologies), with Dr. Michael Piatak Jr., I pioneered the development of quantitative PCR/RT-PCR methods for accurate quantitation of HIV viral load, and in collaboration with George Shaw and Mike Saag (University of Alabama, Birmingham) applied these methods to demonstrate that HIV replicates actively through all phases of the infection, including the asymptomatic clinically "latent" phase that had been thought to be virologically latent as well. In additional collaborative studies with Drs. Shaw and Saag, quantitative RT PCR assays were also used in initial studies of viral dynamics, leading to further important paradigm shifts in understanding basic aspects of HIV pathogenesis.

In 1995 I moved to the National Cancer Institute in Frederick Maryland, accepting a position as a Head of the Retroviral Pathogenesis Laboratory of the AIDS Vaccine Program at Science Applications International Corporation, Frederick, the Prime Contractor for all Operations and Technical Support activities on the NCI Frederick campus, a Government Owned, Contractor Operated Federal Research and Development

Facility. Since moving to NCI, my work has emphasized studies in experimental SIV infection in non-human primates, developing and refining assays for sensitive, accurate monitoring of SIV viral load, allowing characterization of viral dynamics in the SIV/macaque model. I also developed a model of transient early antiretroviral treatment in SIV infected macaques as an approach to better understand AIDS virus pathogenesis and define the requirements for effective vaccine control of infection in the event that sterilizing immunity cannot be achieved. I have also led efforts to characterize, both in vitro and in vivo, a novel form of chemically inactivated virion vaccine immunogen with functional envelope glycoproteins, which is showing promise in studies in non-human primate models of both prophylactic and therapeutic vaccination, and proving useful as an in vitro reagent in a variety of applications. In my current position as Director of the AIDS Vaccine Program, I am responsible for an interactive multidisciplinary research team of more than 50 staff, and research activities that range in scope from fundamental studies in molecular retrovirology through protein chemistry and structural biology to classical virology and immunology and whole animal pathogenesis and candidate vaccine evaluation studies in non-human primates.