PRUETZ LAW GROUP LLP
  Adrian M. Pruetz (Bar No. 118215)
  ampruetz@pruetzlaw.com
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone:   (310) 321-7640
Facsimile:    (310) 321-7641

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Brian C. Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
  Tun-Jen Chiang (Bar No. 235165)
  tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.;<br>ROCHE DIAGNOSTICS CORPORATION;<br>ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC.<br>ROCHE DIAGNOSTICS CORPORATION;<br>ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN AND MARK HOLODNIY.<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>**DECLARATION OF JOHN G. BARTLETT, M.D. IN SUPPORT OF ROCHE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>**[PATENT LOCAL RULE 4-5(b)]**<br><br>Judge:   Hon. Marilyn H. Patel<br>Date:    October 3, 2007<br>Time<br>Ctrm:    15, 18th Floor |

04972/2137630.1

BARTLETT DECLARATION

I, John G. Bartlett, M.D., hereby declare as follows:

1. I am currently a Professor of Medicine at Johns Hopkins University School of Medicine. From 1980 to 2006, I was Chief of the Division of Infectious Diseases at The Johns Hopkins Hospital and Johns Hopkins University School of Medicine. From 1997 to the present, I have been the Chief of Johns Hopkins AIDS Service. I am the co-chair of the Department of Health and Human Services panel that develops the federal "Guidelines for the Use of Antiretroviral Agents in HIV-1-Infected Adults and Adolescents" (http://AIDSinfo.nih.gov) and the author of the annually published book, MEDICAL MANAGEMENT OF HIV INFECTION (2007). I have treated patients infected with HIV since the first reports of this disease in the early 1980s. Additional details of my qualifications are presented below.

2. I submit this declaration to provide background information about HIV/AIDS; the role of the treating physician in caring for HIV patients and evaluating the effectiveness of their therapy regimens; and the history and availability of antiretroviral drug therapies to treat HIV; as well as to address the interpretation and meaning of certain terms used in the claims of United States Patents Nos. 5,968,730; 6,503,705; and 7,129,041.

**SUMMARY OF OPINIONS**

3. Each of the three patents claims inventions related to a polymerase chain reaction ("PCR") assay, the data from which is used by physicians to evaluate the effectiveness of anti-HIV therapy.

4. Specifically, the claims of the patents refer to a method of "evaluating the effectiveness" of anti-HIV therapy for a "patient." The patent claims also include a "conclusion" concerning whether "an antiretroviral agent" is "therapeutically effective" or "therapeutically ineffective."

5. In May 1992, the filing date of the original application for these patents, the only person that evaluated whether anti-HIV therapy for a patient is "therapeutically effective" or "therapeutically ineffective" is the treating physician. The same is true today. The goal of anti-HIV therapy then and now is to make the patient as well as possible. Only the treating physician can write prescriptions for therapy. Only the treating physician can evaluate all of the available

data, including clinical symptoms, patient history and blood work to evaluate and make conclusions about the effectiveness of a particular course of therapy.

6. The claims of the patented methods include the phrase "antiretroviral agent." For instance, claim 1 of the '730 patent includes the step, "collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent." In May 1992, there were only a limited number of antiretroviral agents known to AIDS doctors and researchers, and an even smaller number that were both known and available. The breakthrough in HIV therapy came in 1995 with the introduction of new drugs and HAART ("Highly Active Antiretroviral Therapy") treatment regimens.

## DETAILS OF MY QUALIFICATIONS

7. As stated above, I am a Professor of Medicine and former Chief of the Division of Infectious Diseases at the Chief of the Division of Infectious Diseases at The Johns Hopkins Hospital and Johns Hopkins University School of Medicine.

8. I received my B.A. in 1959 from Dartmouth College. In 1963, I received my M.D. from Upstate Medical Center, Syracuse, NY. From 1963 to 1965, I completed an Internship and then Residency in Internal Medicine at Peter Brent Brigham Hospital in Boston, MA. After spending two years as a Captain in the United States Army, I completed a Residency in Internal Medicine at the University of Alabama. From 1968-1970, I was a fellow in Infectious Diseases at the UCLA School of Medicine and Wadsworth VA Hospital in Los Angeles. Additional details of my professional experience and appointments are set forth in Exhibit A.

9. I have published over 425 articles in peer reviewed journals, the details of which are set forth in my curriculum vitae attached as Exhibit A. I have also published numerous articles in non-peer reviewed publications and authored book chapters, many of which relate to the treatment of HIV patients and anti-HIV therapy. See Exhibit A at pages 37-72. I have authored several books relating to the treatment of HIV. In 1991, I co-authored A GUIDE TO LIVING WITH HIV INFECTION (Johns Hopkins University Press). This book was updated and republished five times in 1994, 1996, 1998, 2000 and 2006. I have also authored MEDICAL MANAGEMENT OF HIV INFECTION, first published in 1994. The current edition of this book was published in 2007. See

Exhibit A at pages 72-74. Other books include guides published by the United States Department of Health and Human Services concerning guides for primary care of people with HIV/AIDS. See Exhibit A at pages 73-74.

10. I have been licensed and certified as a physician since 1968. I have personally treated HIV/AIDS patients since this disease was first reported in the early 1980s. I am currently an attending physician at Infectious Disease Consult Service and AIDS/HIV Inpatient Service at Johns Hopkins Hospital and Bayview Hospital. I also consult weekly for patients with HIV incarcerated at the Maryland Department of Corrections.

11. From 1985 to the present, I have served on many AIDS related committees, which are listed on page 79 on my CV. Since 1999, I have been a member of the Institute of Medicine. I have received a number of honors and awards in connection with my medical career, as well as my research and treatment of HIV patients, including 1992 Medical Writers Association Award for Best Medical Book (GUIDE TO LIVING WITH HIV INFECTION, Johns Hopkins University Press); the 1993 HERO Award for AIDS patient care for 1983 to 1993; and the 2005 Alexander Fleming Award for Lifetime Achievement by the Infectious Diseases Society of America. See Exhibit A at pages 81-82.

**BACKGROUND**

- **HIV/AIDS**

12. HIV is a lethal virus that attacks the cells of the human immune system. There is no known cure or vaccine. HIV eventually overwhelms the immune system, which leads progressively to a clinical condition known as AIDS (Acquired Immune Deficiency Syndrome). Destruction of the immune system and the development of AIDS leads to death, either from the disease itself or opportunistic infections that stem from immune failure.

13. Since late 1995, however, there has been a profound shift in the prospects for most patients in the United States. Improvement in patient outcome is primarily the result of improved drug therapies, including new antiretroviral agents, unveiled in 1995 that, when used in combination with other antiretorviral drugs, suppress HIV's ability to replicate itself. The new

therapies do not eradicate HIV and they are not without significant side effects -- but they have led to an extraordinary change in the life expectancy and quality of life for patients infected with HIV.

- **The Role of the Treating Physician**

14. The treating physician cares for the patient and evaluates a patient's health, including the effectiveness of any therapy the patient may be taking. In 1992 and today, evaluation of a patient involves a wide variety of factors, including clinical symptoms, patient history and data from blood and other diagnostic tests. Ultimately, the treating physician's conclusions involve his or her professional medical judgment given the circumstances for each patient. Only the treating physician can prescribe antiretroviral agents for a patient. HIV medical care has become so complicated that it is now considered a subspecialty of medicine. Federal guidelines and HIV physicians organizations now define the qualifications for HIV care in terms of a minimum number of patients. Post graduate HIV-specific training is now required to maintain current certification and the American Board of Internal Medicine, which is responsible for certifying all medical specialists is in the process of developing the board exam for the HIV specialty.

- **History of disease:**

15. In 1981, a new disease was reported that would later be discovered to be AIDS caused by HIV. I saw my first patient with AIDS in Baltimore in 1981.

16. In 1983, researchers discovered the virus. HIV is a retrovirus. This means that its genetic code is in the form of single stranded RNA (unlike double stranded DNA).

17. In 1985, the first test was developed that detected HIV in blood. At this time there was active research into the replication cycle of HIV.

18. The virus is a particle that is coated with unique proteins -- these proteins fuse to CD4 proteins, which are proteins on the surface of the cells of the immune system. Once fused, the contents of the virus particle are released into the human cell. The HIV RNA is then "*reverse transcribed*" to become DNA. The resulting HIV DNA is then *integrated* into the chromosome of the host cell. After a period of time, the HIV DNA is then activated within the host DNA and begins to express itself. The results of the expression of the HIV DNA are the

building blocks of new HIV virus particles. These building blocks are then assembled by a protein called *protease* into virus particles that are released to infect new cells. An article that I co-authored in SCIENTIFIC AMERICAN in 1998 describes and illustrates this process in more detail. See Exhibit B.

19. Since the advent of the disease and continuing through today, there has been active research to identify potential drugs that could block, suppress or slow down the progressive nature of the disease. Some of the early efforts included identification of potential drugs that would interfere with the replication process of the virus.

20. In 1986, researchers conducted the first clinical trial of a drug -- zidovudine or AZT -- that would block the reverse transcription step of the HIV replication cycle. In 1987, the FDA approved AZT for the treatment of patients.

21. Although AZT delayed the progression of the disease, the nature of HIV prevented AZT from providing long term benefits. This is because the genetic code of HIV rapidly mutates and develops resistance to drugs. Eventually, HIV overwhelms the cells of the immune system.

22. As mentioned above, cells of the body's immune system contain CD4 proteins. For most diseases, CD4 proteins help the body's immune system identify and destroy pathogens such as a virus. The measure of a person's CD4 cell count is a measure of the robustness of that person's immune system. For normal people, we expect a CD4 count of 800 to 1050 cells per ml. The condition of AIDS is defined by a number of diagnostic measurements, including a CD4 count of less than 200 cells per ml. Thus, when a patient has a CD4 count of less than 200, he or she is said to have AIDS. It is a goal of a treating physician in 1992 and today to make sure a patient's CD4 count is as high as possible.

23. The relationship between CD4 count and the levels of HIV virus particles in the blood ("viral load") is complex and has been the subject of active research. Today, it is generally accepted that viral load cannot be correlated with CD4 cell count. A treating physician of ordinary skill in 1992 and today would always measure CD4 cell count independent of any viral load measurement because only the CD4 cell count provides direct information about the level of

a patient's immune system. Indeed, the baseline or pre-treatment HIV viral load is not very important in deciding when to treat HIV. The CD4 count dictates that decision. The viral load is an important factor for measuring response to treatment.

- **Clinical Trials**

24. There have been many potential drugs identified to suppress HIV. Only a very few have survived the clinical trial process and been found to have clinical value as therapy for the treatment of HIV infected patients. Clinical trials are, by definition, research. The investigator obtains informed consent from each individual involved in the trial. One aspect of a clinical trial is give one population a proposed drug regimen and another population a different drug regimen. Only after what are called Phase III clinical trials are drugs approved by the FDA and are made available for prescription and therefore can be used as therapy.

25. The results of clinical trials are not generally known to AIDS doctors and HIV researchers as the trials are ongoing. Often, the results of trials are presented at annual conferences shortly before FDA approval. For instance, the results of the protease inhibitor trials were presented in a conference in 1995, and the FDA approved the protease inhibitor Squinavir in December 1995.

- **HAART Era: 1995**

26. In late 1995, researchers presented dramatic data from clinical trials of protease inhibitors and novel combinations of drugs. The results were dramatic, and those of us involved in treating HIV patients and HIV research soon realized that a profound shift had taken place. As a result of these new drugs, the mortality rate for patients in the United States plummeted. At the ten year anniversary of HAART in 2005, many articles were written that described the sea change with the new drugs. An example of such an article is by Dr. Paul Volberding, Evolution of HAART: 1985-2005, THE AIDS READER at S5 (March 2005), describing the "truly major breakthrough in anti-HIV therapy" that was "unveiled in early 1996." See Exhibit C.

27. Although the drugs unveiled in 1995 and 1996 were a breakthrough, significant issues remain. The drugs have significant side effects and can be toxic. Due to the

levels of drugs required to be taken, and the complexity of the combinations of pills that must be ingested each day, many patients have difficulty adhering to the regimen. Today, there are many options for a treating physician, and each patient must be evaluated on an individual basis. What works for one patient may not work for another. Physicians must choose what combinations of drugs are appropriate for a given patient to address all the relevant issues, The treating physician analyzes the following factors in determining what drug regimen to give to the patient:

- Baseline resistance of the patient's HIV strain – different for every patient
- Side effects of the drug
- Concurrent conditions – pregnancy, kidney failure, hepatitis B, heart disease, elevated cholesterol and prior exposure to all antiretroviral drugs – every one of these impacts the treatment
- Patient preference – one pill per day, no big pills, once daily only, etc.

28. In 1992, as today, a treating physician defines success by clinical outcome. Today, the goal is to have an appropriate CD4 count, viral load below 50 copies per ml, and appropriate tolerance. The degree of decline of viral load is not a measure of effectiveness.

### OPINIONS

- **Level Of Ordinary Skill**

29. I have been asked to comment upon the level of ordinary skill in the art that pertains to the patents as of May 1992. The claimed inventions of the patents at issue all rely upon use of a PCR assay to generate data in connection with evaluating the effectiveness of anti-HIV therapy and reaching a conclusion about whether therapy was effective or not. In 1992, as is the case today, only a treating physician evaluates his or her patient and the effectiveness of therapy.

30. With respect to the development and use of PCR techniques, I agree with Roche's statement that a person of ordinary skill in this art would have a medical or graduate degree in biochemistry or a related field and at least two years of relevant laboratory bench experience conducting PCR assays.

- **Patent Claim Interpretation**

31. Counsel for Roche have informed me that claims are to be interpreted as they would be understood by one of ordinary skill in the art at the time of the filing of the patent application. I have read the patents in their entirety as well as portions of the file histories of the patent applications. Attached as Exhibit D is a list of the materials I reviewed.

- **Interpretation of "Therapeutically Effective" and "Ineffective"**

32. Each of the claims of the three patents is a method of evaluating the effectiveness of anti-HIV therapy of a patient by performing a PCR assay. For instance, claim 1 of the '730 patent reads with my emphasis:

> 1. A method of *evaluating the effectiveness of anti-HIV therapy of a patient* comprising:
>
> (i) collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent;
>
> (ii) amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and
>
> (iii) testing for the presence of HIV-encoding nucleic acid, in the product of the PCR;
>
> in which the absence of detectable HIV-encoding nucleic acid correlates positively with *the conclusion that the antiretroviral agent is therapeutically effective*.

33. Similarly, Claim 9 of the '730 patent reads with my emphasis:

> 9. A method of *evaluating the effectiveness of anti-HIV therapy of a patient* comprising
>
> (i) collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent;
>
> (ii) amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and
>
> (iii) measuring the HIV RNA copy number using the product of the PCR, in which an HIV RNA copy number greater than about 500 per 200 ul of plasma correlates positively with *the conclusion that the antiretroviral agent is therapeutically ineffective*.

34. Claim 1 of the '705 patent reads with my emphasis:

> 1. A method of *evaluating the effectiveness of anti-HIV therapy of an HIV-infected patient* comprising:

a) collecting statistically significant data useful for determining whether or not a decline in plasma HIV RNA copy numbers exists after initiating *treatment* of an HIV-infected patient with an antiretroviral agent by:

(i) collecting more than one plasma sample from the HIV-infected patient at time intervals sufficient to ascertain the existence of a statistically significant decline in plasma HIV RNA copy numbers;

(ii) amplifying the HIV-encoding nucleic acid in the plasma samples using HIV primers via PCR for about 30 cycles;

(iii) measuring HIV RNA copy numbers using the products of the PCR of step (ii);

(iv) comparing the HIV RNA copy numbers in the plasma samples collected during the treatment; and

b) *evaluating* whether a statistically significant decline in plasma HIV RNA copy numbers exists *in evaluating the effectiveness of anti-HIV therapy of a patient.*

35. Claims 1 and 2 of the '041 patent read with my emphasis:

1. A method of *evaluating the effectiveness of anti-HIV therapy of a patient* comprising:

correlating the presence or absence of detectable HIV-encoding nucleic acid in a plasma sample of an HIV infected patient with an absolute CD4 count, wherein the presence or absence of said detectable HIV-encoding nucleic acid is determined by

(i) collecting a plasma samples from an HIV-infected patient who is being treated with an antiretroviral agent;

(ii) amplifying HIV-encoding nucleic acid that may be present in the plasma sample using HIV primers via PCR and;

(iii) testing for the presence of HIV-encoding nucleic acid sequence in the product of the PCR.

2. The method of claim 1, wherein the absence of HIV-encoding nucleic acid and the absolute CD4 count being greater than about 200 cells per cubic millimeter correlate positively with *the conclusion that the antiretroviral agent is therapeutically effective*.

36. Evaluation as to whether treatment is "therapeutically effective" or "therapeutically ineffective" is a medical decision. In 1992 and today, the treating physician for an HIV-infected patient evaluates the effectiveness of therapy and prescribes antiretroviral drugs.

37.     In 1992 and today, treating physicians prescribe antiretroviral drugs for treatment of patients with the intent of improving clinical outcomes.  There are many reasons why therapy in 1992 and today may not be effective.  These reasons include side effects of the therapy, response of the immune system to therapy, and adherence issues.  Ultimately, the treating physician must decide whether the therapy is "effective" or "ineffective" given the particular patient's circumstances and whether the treatment needs to be modified in some way.  In the context of these claimed inventions as of May 1992, it is my opinion that one of ordinary skill in the art would consider "therapeutically effective" or "therapeutically ineffective" to be the medical effect intended by the treating physician for the particular treatment that is prescribed for the patient.  The patent does not define the parameters of the therapeutic effectiveness, and it would be up to the professional medical judgment of the physician as to the effectiveness of the therapy.  A conclusion about the effectiveness or ineffectiveness of the therapy would be coupled with a decision by the treating physician as to whether or not to modify the treatment.

- **Interpretation of "An Antiretroviral Agent"**

38.     Each claim of the patents includes the term "antiretroviral agent."  I have been asked to explain what antiretroviral agents were known and available as of May 1992.

39.     Antiretroviral agents are drugs that are effective in reducing or stopping replication of retroviruses.  The only drugs in this category that were known or available before 1995 were the nucleosides that inhibit reverse transcription.  The first was Zidovudine which was tested in a clinical trial in 1986 in AIDS patients.  The drugs that came after were in the same class and are summarized as follows:

| Drug | Brand | Source | FDA Approval |
|---|---|---|---|
| Zidovudine (AZT) | Retrovir | GlaxoSmithKline | March, 1987 |
| Didanosine (ddI) | Videx | Bristol Meyers Squibb | October, 1991 |
| Zalcitabine (ddC) | Hivid | Hoffmann-LaRoche | June, 1992 |
| Stavudine | Zerit | Bristol Meyers Squibb | June 1994 |

40.     The drugs set forth above were generally made known to researchers in the field at conferences shortly before FDA approval.

41. Protease inhibitors and HAART therapy were neither known nor available for therapy until well after May 1992. These drugs were first made known to the HIV research community in conferences in late 1995 and early 1996.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Baltimore, Maryland, August 28, 2007.

_____
John G. Bartlett, M.D.