# EXHIBIT B

DEFEATING AIDS

# Improving HIV Therapy

by John G. Bartlett and Richard D. Moore

A vaccine would certainly be ideal for preventing infection by HIV and thus for avoiding AIDS—the late stage of HIV infection, when immunity is severely impaired. Yet the near-term prospects for a vaccine are poor, and people who contract the virus need care. For the immediate future, then, many scientists are concentrating on improving therapy.

Until only a few years ago, HIV infection was everyone's worst nightmare—it was almost invariably a progressive, lethal disease that completely robbed its victims of dignity. Most medical interventions focused on treating pneumonias and other serious "opportunistic" infections that stemmed from immune failure, not on controlling HIV itself.

Since late 1995, however, several related advances have led to a profound shift in the prospects for most patients who receive treatment today. Notably, scientists have gained a much fuller understanding of how HIV behaves in the body and a better sense of how to shackle it. Two classes of potent drugs have joined the anti-HIV arsenal, and tests that can directly monitor viral levels have been introduced, enabling physicians to assess a therapy's effectiveness rapidly. Together these advances have made it possible to treat HIV infection aggressively and to improve health and survival—at least in the industrial nations, where the intensive therapy is now widely available.

Initially, the signs of a sea change were anecdotal: extraordinary but increasingly frequent tales of people who were plucked from the brink of death to resume vigorous, productive lives. More recently, statistics have borne out the anecdotes. Between the first half of 1996 and the first half of 1997, deaths from AIDS in the U.S. declined by 44 percent. In roughly the same period the frequency of HIV-related hospitalizations and major HIV complications dropped markedly as well.

Nevertheless, both scientific understanding and treatment remain far from perfect. For instance, researchers do not know whether the impressive responses to therapy can be sustained. Treatment



Copyright 1998 Scientific American, Inc.

*Today's optimal treatments can work magic, but they are costly and onerous and do not work for everyone. What might the future bring?*

is burdensome and costly, which puts it out of reach of certain patients. In addition, some fraction of people who receive the best available care respond poorly. For such reasons, the search continues for ways to make therapy more universally effective and accessible.

The ultimate goal, of course, is a cure. Investigators are unsure whether that aim is feasible. But many of us are cautiously optimistic that we are, at last, beginning to accumulate the weaponry needed to manage HIV as a bearable, chronic disorder, somewhat akin to diabetes or hypertension.

Recommendations for optimal therapy seek to halt viral replication indefinitely—something inconceivable just three years ago. To meet this target, patients must usually take three or even four carefully selected drugs twice or more a day, exactly as prescribed. These general guidelines, and more specific recommendations, derive from current knowledge of HIV's activity in untreated patients.

### How HIV Harms

The virus spreads from one person to another usually through sexual intercourse, direct exposure to contaminated blood, or transmission from a mother to her fetus or suckling infant. In the body, HIV invades certain cells of the immune system—including CD4, or helper, T lymphocytes—replicates inside them and spreads to other cells. (These lymphocytes, named for the display of a molecule called CD4 on their surface, are central players in immunity.)

At the start of an infection, hefty viral replication and the killing of CD4 T cells are made manifest both by high levels of HIV in the blood and by a dramatic drop in CD4 T cell concentrations from the normal level of at least 800 cells per cubic millimeter of blood. About three weeks into this acute phase, many people display symptoms reminiscent of mononucleosis, such as fever, enlarged lymph nodes, rash, muscle aches and headaches. These maladies resolve within another one to three weeks, as the immune system starts to gain some control over the virus. That is, the CD4 T cell population responds in ways that spur other immune cells—CD8, or cytotoxic, T lymphocytes—to increase their killing of infected, virus-producing cells. The body also produces antibody molecules in an effort to contain the virus; they bind to free HIV particles (outside cells) and assist in their removal.

Despite all this activity, the immune system rarely, if ever, fully eliminates



HIV LIFE CYCLE begins when the virus binds to the cell surface (*a*), fuses with the cell membrane (*b*) and empties its contents into the cell (*c*). Next, the HIV enzyme reverse transcriptase copies the viral genetic material from RNA into double-strand DNA (*d*), which another HIV enzyme—integrase—splices into the cellular DNA (*e*). Using the integrated DNA, or provirus, as a blueprint, the cell makes viral proteins and RNA (*f*). A third enzyme, HIV protease, cleaves the new proteins (*g*), enabling them to join the RNA in new viral particles (*h*) that bud from the cell (*i*) and infect others (*j*). Current HIV drugs aim to stop viral replication by inhibiting reverse transcriptase or protease. Other kinds of drugs, such as those described in red, are under investigation.

Copyright 1998 Scientific American, Inc.

the virus. By about six months, the rate of viral replication reaches a lower, but relatively steady, state that is reflected in the maintenance of viral levels at a kind of "set point." This set point varies greatly from patient to patient and dictates the subsequent rate of disease progression; on average, eight to 10 years pass before a major HIV-related complication develops. In this prolonged, chronic stage, patients feel good and show few, if any, symptoms.

Their apparent good health continues because CD4 $T$ cell levels remain high enough to preserve defensive responses to other pathogens. But over time, CD4 $T$ cell concentrations gradually fall. When the level drops below 200 cells per cubic millimeter of blood, people are said to have AIDS.

As levels dip under 100, the balance of power shifts away from the immune system. HIV levels skyrocket, and microbes that the immune system would normally control begin to proliferate extensively, giving rise to the potentially deadly opportunistic infections that are the hallmarks of AIDS (such as *Pneumocystis carinii* pneumonia and toxoplasmosis). Once such diseases appear, AIDS frequently becomes lethal within a year or two. (Opportunistic infections sometimes occur before the CD4 $T$ cell level falls under 200; in that case, the appearance of the infections leads to a diagnosis of AIDS, regardless of the CD4 $T$ cell level.)

Although patients typically survive HIV infection for 10 or 11 years, the course can vary enormously. Some die within a year after contracting the virus, whereas an estimated 4 to 7 percent maintain fully normal CD4 $T$ cell counts for eight years or more and survive beyond 20 years.

At the cellular level, scientists also know how HIV invades and destroys CD4 $T$ lymphocytes. The virus gains access to the interior of these cells (and certain other cell types) by binding to CD4 itself and to another molecule, a "co-receptor," on the cell surface. Such binding enables HIV to fuse with the cell membrane and to release its contents into the cytoplasm. Those contents include various enzymes and two strands of RNA that each carry the entire HIV genome: the genetic blueprint for making new HIV particles.

One of the enzymes, reverse transcriptase, copies the HIV RNA into double-strand DNA (a property that qualifies HIV as a "retrovirus"). Then a second enzyme, integrase, helps to splice the HIV DNA permanently into a chromosome in the host cell. When a $T$ cell that harbors this integrated DNA (or provirus) becomes activated against HIV or other microbes, the cell replicates and also unwittingly begins to produce new copies of both the viral genome and viral proteins. Now another HIV enzyme—a protease—cuts the new protein molecules into forms that are packaged with the virus's RNA genome in new viral particles. These particles bud from the cell and infect other cells. If enough particles form, they can overwhelm and kill the cell that produced them.

Data's Message: Stop Viral Growth

All approved anti-HIV, or antiretroviral, drugs attempt to block viral replication within cells by inhibiting either reverse transcriptase or the HIV protease. Two classes inhibit reverse transcriptase and thus forestall genetic integration. Agents in one of these classes, the nucleoside analogues, resemble the natural substances that become building blocks of HIV DNA; when reverse transcriptase tries to add the drugs to a developing strand of HIV DNA, the drugs prevent completion of the strand. This group includes the first anti-HIV drug—zidovudine (AZT), which was introduced in 1987—and its close chemical relatives. Nonnucleoside reverse transcriptase inhibitors, composed of other kinds of substances, constitute the second class of antiretrovirals. A third class, the protease inhibitors, blocks the active, catalytic site of the HIV protease, thereby preventing it from cleaving newly made HIV proteins.

The basic course of untreated HIV infection has been known for a while, but recent work has been filling in some missing pieces. It is these results that have convinced physicians of the urgent need to halt viral replication as completely as possible.

At one time, for example, crude technology suggested that HIV actually infected few CD4 $T$ cells and replicated only weakly for a long time. This view implied that most of the lost $T$ cells disappeared via a mechanism other than wild HIV proliferation, which in turn meant that drugs able to block viral reproduction might not interfere much with disease progression until shortly before AIDS set in. Now it is clear that HIV replicates prolifically from the start. HIV levels remain fairly stable for several years only because the body responds for a time by manufacturing extraordinary numbers of CD4 $T$ cells.



SOURCE: Anthony Fauci et al. in Annals of Internal Medicine, Vol. 124; 1996

NATURAL COURSE OF HIV INFECTION in a typical untreated patient begins with a sharp rise of virus in the blood (*orange line*) and a consequent drop in CD4 $T$ cells (*blue line*), the immune cells most damaged by HIV. The immune system soon recovers somewhat, however, and keeps HIV levels fairly steady for several years. Eventually, though, the virus gains the upper hand. AIDS is diagnosed when the CD4 $T$ cell level drops below 200 cells per cubic millimeter of blood or when opportunistic infections (reflecting failed immunity) arise, whichever happens first.

## Anti-HIV Drugs Now on the Market*

| Generic Name (Other Names) | Typical Dosage | Some Potential Side Effects |
|---|---|---|
| **Reverse Transcriptase Inhibitors: Nucleoside Analogues** | | |
| Didanosine (Videx, ddI) | 2 pills, 2 times a day on empty stomach | Nausea, diarrhea, pancreatic inflammation, peripheral neuropathy |
| Lamivudine (Epivir, 3TC) | 1 pill, 2 times a day | Usually none |
| Stavudine (Zerit, d4T) | 1 pill, 2 times a day | Peripheral neuropathy |
| Zalcitabine (HIVID, ddC) | 1 pill, 3 times a day | Peripheral neuropathy, mouth inflammation, pancreatic inflammation |
| Zidovudine (Retrovir, AZT) | 1 pill, 2 times a day | Nausea, headache, anemia, neutropenia (reduced levels of neutrophil white blood cells), weakness, insomnia |
| Pill containing lamivudine and zidovudine (Combivir) | 1 pill, 2 times a day | Same as for zidovudine |
| **Reverse Transcriptase Inhibitors: Nonnucleoside Analogues** | | |
| Delavirdine (Rescriptor) | 4 pills, 3 times a day (mixed into water); not within an hour of antacids or didanosine | Rash, headache, hepatitis |
| Nevirapine (Viramune) | 1 pill, 2 times a day | Rash, hepatitis |
| **Protease Inhibitors** | | |
| Indinavir (Crixivan) | 2 pills, 3 times a day on empty stomach or with a low-fat snack and not within 2 hours of didanosine | Kidney stones, nausea, headache, blurred vision, dizziness, rash, metallic taste in mouth, abnormal distribution of fat, elevated triglyceride and cholesterol levels, glucose intolerance |
| Nelfinavir (Viracept) | 3 pills, 3 times a day with some food | Diarrhea, abnormal distribution of fat, elevated triglyceride and cholesterol levels, glucose intolerance |
| Ritonavir (Norvir) | 6 pills, 2 times a day (or 4 pills, 2 times a day if taken with saquinavir) with food and not within 2 hours of didanosine | Nausea, vomiting, diarrhea, abdominal pain, headache, prickling sensation in skin, hepatitis, weakness, abnormal distribution of fat, elevated triglyceride and cholesterol levels, glucose intolerance |
| Saquinavir (Invirase, a hard-gel capsule; Fortovase, a soft-gel capsule) | 6 pills, 3 times a day (or 2 pills, 2 times a day if taken with ritonavir) with a large meal | Nausea, diarrhea, headache, abnormal distribution of fat, elevated triglyceride and cholesterol levels, glucose intolerance |

*As of April 1998

SLIM FILMS

DRUG CHOICES today are varied and growing. Yet the most effective treatments (usually two nucleoside analogues and one or two protease inhibitors) can be demanding and complex—too much so for some patients. All require remembering many pills a day, some swallowed on an empty stomach, some not. The medicines can also produce side effects and often cannot be taken with certain anti-HIV or other medications, such as painkillers, antidepressants or agents that ease nausea. The regimen having the fewest pills—eight—uses indinavir and Combivir. More cumbersome plans that are widely used include ones combining ritonavir and saquinavir with Combivir (14 pills total) or combining saquinavir with didanosine and stavudine (24 pills).

In addition, investigators have learned that in untreated patients the strength of the initial immune response (in the acute stage) apparently exerts a decisive influence on the rate of progression to AIDS. Patients who display strong CD8 T cell activity, and who thus achieve greater suppression of viral replication and a lower viral set point, progress more slowly than do individuals who mount a weaker fight.

It also seems that strong immunological activity in the acute phase of infection helps to preserve the body's later ability to manufacture the subset of CD4 T cells that specifically react to HIV. Once those cells are lost, they may not return, even if subsequent treatment stops viral replication and gives the immune system a chance to shore up its overall CD4 T cell numbers.

Finally, at any stage, viral levels correlate with prognosis. Many studies specifically relating those levels to disease progression suggest that patients whose viral concentrations fall into the undetectable realm and stay there are most likely to avoid progression to AIDS.

In aggregate, such findings teach that the amount of virus in the system plays a major role in determining a patient's fate. That is why therapy must aim to shut down viral reproduction. For the vast majority of patients, whose immune systems cannot fight HIV adequately unaided, aggressive drug therapy offers the best chance for long-term well-being. It appears, however, that even patients who respond well to therapy (in whom replication stops) will have to continue taking the medicines for several years and perhaps indefinitely. The reason, as will be seen, has to do with the presence in the body of HIV-sequestering havens that are not eradicated by antiretroviral therapy.

### The Elements of Optimal Therapy

Theory and clinical trials indicate that the best way to achieve maximum viral suppression is HAART: highly active antiretroviral therapy. At the moment, HAART usually consists of triple therapy, including two nucleoside analogues and a protease inhibitor (at a cost for the medicines of about $10,000 to $12,000 a year). For an up-to-date list of recommended combinations, readers can consult *Guidelines for the Use of Antiretroviral Agents in HIV-Infected Adults and Adolescents,* issued by the

# How Drug Resistance Arises

by Douglas D. Richman

When anti-HIV therapy fails to keep HIV levels suppressed, the cause is often viral resistance to at least one of the drugs being administered. How does such insensitivity develop?

At its root, resistance is mediated by mutations in viral genes. The genome (complete set of genes) in any HIV particle serves as the blueprint for enzymes and other proteins needed to make new copies of the virus. Current anti-HIV drugs, or antiretrovirals, bind to specific HIV enzymes and impede their activity. Gene mutations can alter these enzymes in ways that diminish this binding or otherwise undermine the pharmaceutical attack. Some medicines, including the nonnucleoside reverse transcriptase inhibitors, can be undone by a single mutation; others, such as the protease inhibitors, require multiple mutations in a single genome.

Ironically, use of an antiretroviral can actually promote proliferation of drug-resistant HIV variants. The reason relates to HIV's rapid and relatively sloppy replication. Unchecked, HIV makes roughly 10 billion new viral particles every day in an infected individual. Yet it does so without great attention to accuracy. Hence, the genome of each new particle is likely to differ from the "parent" genome in at least one spot. Coupled with HIV's prolific rate of reproduction, this inaccuracy means that every mutation able to cause or contribute to drug resistance is likely to be generated daily in one or another HIV particle. In other words, even if a patient has never been treated, any compound that is delivered will encounter some HIV variant that is already resistant or is on its way to accumulating the full set of mutations needed for resistance.

Now consider what happens when a patient takes an antiretroviral. For argument's sake, let's say this medicine can be thwarted only by five mutations in a genome. The drug will bar reproduction by variants that are still sensitive to the agent, but HIV subpopulations that are somewhat insensitive will continue to proliferate to an extent. (In advance of therapy, most variants probably will carry no more than two resistance mutations.) Over time, the ongoing replication will enable at least some of the semiresistant variants to acquire another resistance mutation. If the drug is still present, these forms of HIV will outpace their more susceptible cousins and will have the opportunity to acquire the other needed genetic alterations. At that point, they will evade the antiretroviral entirely and grow unchecked.

In other words, use of an anti-HIV agent will "select for" the development and growth of resistant strains unless the agent blocks all viral proliferation. Similarly, if resistant virus is present when a drug is first delivered, the compound will permit growth of the resistant population and will fail quickly.

Because resistance can occur readily, and because no single pharmaceutical on the market is powerful enough to suppress HIV on its own, physicians no longer treat patients with single drugs (monotherapy). They often choose combinations that both maximize potency and reduce the likelihood of resistance. For example, physicians try to avoid anti-HIV drugs the patient has taken before, under the assumption that past use will have helped establish insensitive HIV populations.

Having selected a therapy, doctors must also stay on the lookout for signs of emerging resistance. In general, if virus is detectable in the blood after four to six months of therapy—whether because of inadequate drug potency, insufficient drug absorption or poor adherence to the drug regimen—its presence warns that replication is occurring and that resistance has developed or is likely to follow.

Tests still under development may improve the ability to tailor therapies to individual patients. One kind will examine the genetic makeup of the HIV variants in individuals, to determine which resistance mutations they carry. The other will assess the extent of resistance to particular drugs. With such information, physicians will be able to select antiretrovirals that are least likely to meet resistance. Also, if viral levels in a patient begin to rise, the tests should reveal whether resistance is at fault and should help physicians to identify alternative therapies having the best chance of success.

DOUGLAS D. RICHMAN is professor of pathology and medicine and co-director of the AIDS Research Institute at the University of California at San Diego School of Medicine. He is also director of the Research Center for AIDS and HIV Infection at the San Diego Veterans Affairs Medical Center.



SINGLE DRUG "SELECTS FOR" growth of resistant virus. In the absence of medication, many HIV variants coexist in a patient (*left*). If a replication-blocking drug is given, it will halt replication of susceptible variants (*top*) but will essentially be ignored by resistant versions (*bottom*), which will continue multiplying after the drug-sensitive versions have stopped.

U.S. Department of Health and Human Services (on the World Wide Web, see http://www.hivatis.org/trtgdlns.html).

Doctors prescribe the combination of two nucleoside analogues and a protease inhibitor most often because this configuration was the first shown to work well. Other kinds of drug cocktails that incorporate newer drugs and may be more powerful or simpler to use are being evaluated as first-line options as well. Among those are two protease inhibitors or one protease inhibitor combined with a non-nucleoside reverse transcriptase inhibitor; drugs in both those classes are more potent than zidovudine and other nucleoside analogues. Physicians are also examining the value of combining four or more agents.

Multiple-drug regimens make sense for a couple of reasons. If one drug fails to block viral replication, a second may pick up the slack. And if both of those attacks fail, the third drug should provide extra insurance.

In addition, as Douglas D. Richman explains on the opposite page, HIV inevitably becomes resistant, or unresponsive, to antiretrovirals that fail to suppress viral replication completely. Because no single drug on the market can achieve such suppression on its own, any agent given alone will eventually be rendered useless, sometimes within weeks. Moreover, HIV strains that become resistant to one drug often become insensitive to other drugs in the same class (a phenomenon known as cross-resistance), eliminating those drugs as alternatives. The virus should have much more difficulty becoming resistant to treatment if it is assaulted by a mix of compounds that together end viral replication fully.

Given that viral levels in the blood correlate with time to AIDS and years of survival, physicians monitor those levels as a window to a therapy's effectiveness. That way, treatments unable to control the virus can be detected before immune failure results, in time to take corrective measures.

Viral levels are assessed by viral-load assays, which count copies of HIV RNA in a milliliter of plasma (the cell-free part of blood); the number of viral particles is half the RNA count [see next page]. Current tests are sensitive to RNA concentrations of 500 or more copies per milliliter and above. Assays now becoming available are sensitive to as few as 50 copies per milliliter. Within eight weeks after therapy starts, viral levels should drop by at least 10-fold.



STRATEGY UNDER STUDY aims to overcome HIV resistance to existing protease inhibitors. Those drugs bind to the active site of the protease enzyme, thus preventing the enzyme from functioning (*a*). HIV can evade this effect by altering parts of the enzyme (*bright colors in b*) so that the drug cannot attach effectively. A new drug in development (*light blue in c*) has been designed to be flexible enough to bind to—and inhibit—even altered forms of HIV protease. All drawings are highly schematic.

By six months from the initiation of treatment, levels should be undetectable and remain so thereafter.

In clinical trials the results of triple therapy have been phenomenal. For instance, in patients who had CD4 T cell counts between 200 and 500 cells per cubic millimeter and had not been treated before (and so were unlikely to harbor resistant virus), 75 to 85 percent achieved viral loads below 500 RNA copies per milliliter within 24 to 100 weeks, and 60 to 75 percent of the patients achieved viral loads below 50 copies.

The "real life" experience has also been good but less so. Almost identical results from clinics at San Francisco General Hospital and the Johns Hopkins Medical Institutions reveal that approximately 50 percent of patients given triple-drug therapy achieved the goal of viral loads below 500 copies per milliliter at six to 52 weeks after the start of treatment.

# Viral-Load Tests Provide Valuable Answers

by John W. Mellors

In the early 1990s tests that could accurately detect the amount of HIV in a patient's blood finally became available. These viral-load assays have since revolutionized understanding of HIV's behavior and have helped define new principles of therapy. The assays directly measure viral RNA per milliliter of blood plasma; each HIV particle contains two strands of RNA, so the level of actual virus is half the RNA count.

The tests enabled researchers to show that HIV never undergoes a period of slow growth. From the start, the collective viral population in a patient generates many billions of new HIV particles a day, resulting in destruction of millions of CD4 *T* lymphocytes—the immune cells most depleted in infected patients. The body tries to compensate for the loss by making new CD4 *T* cells, but the immune system remains under constant siege and eventually fails to keep up.

In 1996, as part of the federally supported Multicenter AIDS Cohort Study (MACS), my colleagues and I measured virus in stored plasma samples collected from about 1,600 untreated HIV-infected men and traced the fate of those patients. We found striking differences in prognosis, depending on the level of virus (*graph*). For example, 70 percent of the men whose viral load was greater than 30,000 copies per milliliter died within six years of the test, the average survival time being 4.4 years. In contrast, fewer than 1 percent of patients whose viral load was below 500 copies per milliliter died in six years, and the average survival time was more than 10 years. These results established that viral load critically influences the rate of disease progression. They also suggested that lowering viral levels as much as possible for as long as possible with therapy is essential to prolonging life.

Subsequent studies using viral-load tests have both confirmed this concept and changed how new therapies are evaluated. Until recently, investigators assessed potential treatments by comparing the incidence of AIDS or death in test subjects and a control group, often having to wait years for definitive results. After the viral-load assays became available, several large studies demonstrated that measures of viral load, often after just weeks of treatment, were valid indicators of whether a therapy could slow progression of HIV infection. For example, treatments that lowered the load by 75 to 90 percent within eight to 24 weeks reduced by 50 to 65 percent the likelihood of progressing to AIDS within a year. Viral-load measures have therefore replaced assessment of clinical outcome in therapeutic trials, and routine monitoring of viral levels has been incorporated into medical practice.

Recent studies have suggested a refinement of the admonition to keep viral levels low. Current treatment guidelines aim to maintain viral load below 500 copies per milliliter (the limit of detection for the tests usually used today). Failure to reach that level is associated with breakthrough of drug-resistant virus and loss of control over HIV replication. Yet trials applying more sensitive tests indicate that depressing viral load below 50 copies per milliliter offers better insurance against resistance. Moreover, such a reduction is probably necessary to halt viral replication everywhere—in lymph nodes (where the replication rate is higher than in the blood) and also in other body compartments. I believe, therefore, that viral loads below 50 should become the new goal if the more sensitive tests (now used only in research) are made readily available. Not all physicians agree, however, in part because this target may be more difficult to reach, particularly for patients in whom initial therapy has failed.

A major new challenge for therapy is finding ways to eliminate HIV from infected resting CD4 *T* cells, which do not produce viral particles but harbor the genetic blueprints for doing so in the future. Current antiretroviral drugs cannot eliminate these HIV reservoirs. To develop such therapies and monitor their effects, investigators will undoubtedly require a new generation of viral-load tests—ones that can accurately measure the virus hiding in resting cells. Fortunately, efforts to create those urgently needed assays are under way.

*JOHN W. MELLORS is associate professor of medicine and director of the HIV/AIDS programs at the University of Pittsburgh Medical Center. He also serves as a staff physician at the Veterans Affairs Pittsburgh Healthcare System.*



**TEN-YEAR SURVIVAL** in 1,604 HIV-infected men depended on the patients' viral load at the start of the 10-year period. The men were followed in the era before effective therapy for HIV was introduced; their viral load was assessed retrospectively, from stored blood samples. This finding was among the first to establish the major influence of viral load on disease progression.

INITIAL VIRAL LOAD (HIV RNA copies per milliliter of plasma)
- < 500
- 501 TO 3,000
- 3,001 TO 10,000
- 10,001 TO 30,000
- > 30,000

YEARS AFTER VIRAL LOAD WAS MEASURED

Although the "field" results have not matched those of the clinical trials, a 50 percent success rate is still 100 percent better than could be achieved just a few years ago. And that imperfect level of success apparently has been enough to slow disease progression in many cases. Since HAART was introduced, the HIV clinics at San Francisco General and at Johns Hopkins have witnessed a 50 to 80 percent decrease in hospitalizations for HIV-related problems and a 50 to 70 percent drop in the incidence of major AIDS-related opportunistic infections.

The less stellar results in the community are not surprising. Patients cared for in clinics are much more heterogeneous than are trial participants. Many begin therapy in a relatively late stage of HIV infection, when their viral burden may be too large to overcome with existing therapy and when their immune system may be beyond rescue. Most clinic patients, moreover, have had prior exposure to antiretroviral drugs and so probably harbor virus resistant to one or more drugs in the regimen.

### The Down Side of HAART

What is more, HAART has many drawbacks that can hinder adherence unless a patient is very committed and organized. Patients must swallow at least eight, and often 16 or more, anti-HIV pills a day (along with any other needed medicines, such as those meant to prevent specific opportunistic infections or to control pain). They must remember which ones have to be consumed with food, which on an empty stomach and which cannot be taken together or with other kinds of pills. Even the most efficient individuals can become confused or forget doses; a number of clinic patients are homeless, demented or dependent on illicit drugs or otherwise lacking in the supports that would help them adhere strictly to a medication schedule.

Patients missing the encouragement and support provided in clinical trials may also be more likely to skip doses or to give up on therapy when they encounter unpleasant side effects. The unwanted effects of antiretrovirals can range from rash, nausea, diarrhea and headache to anemia, neuropathy (painful or numb feet), hepatitis and possibly diabetes. Certain effects, if severe enough, can be dangerous or intolerable for anyone, but others are potentially bearable. Whatever the reasons for missing



TWO CLUSTERS consist of $T$ cells that have fused and are dying because formerly quiescent HIV in a hidden "reservoir"—in a single, inactive (resting) $T$ cell—was stimulated to replicate. The viral particles released from that cell then spread to and destroyed healthy cells. To cure HIV, investigators will have to find a way to eradicate potentially deadly reservoirs, which are not eliminated by existing drugs.

doses, the consequences can be incomplete suppression of viral replication and the emergence of resistance. HAART, as some say, is unforgiving of nonadherence. Once resistance sets in, the patient cannot "start fresh" with the same plan; it will not work. Regrettably, incomplete adherence to treatment plans accounts for about half of treatment failures. No one knows the minimum number of missed pills needed to promote resistance.

We should note that in some patients who apparently follow therapy strictly, the virus fails to reach, or to stay at, undetectable levels. This virological failure may occur because the prescribed drug cocktail is not potent enough to halt viral replication fully in those particular individuals. Their bodies, for whatever reason, may break down the drugs too rapidly or may block their complete dissemination, resulting in too little medication reaching infected cells. Also, when viral-load measures are below 500 copies per milliliter, some people will truly have no viral replication occurring, but others will have some unknown degree of activity. This small amount of activity may be enough to allow resistance to arise.

### Unsettled Issues

Experience with HAART in the past few years has been instructive, but it has yet to resolve a number of questions—among them, Should everyone be treated as soon as they are diagnosed?

Experts agree that the ideal time to institute therapy is during the acute stage, when patients have the best chance of preserving their immune defenses. Few patients are diagnosed at that stage, however. At the other end of the spectrum, people who already have symptoms, or who have a CD4 $T$ cell count below 200 per cubic millimeter, need treatment, too; they probably will not live long without intervention.

Authorities on HIV care also favor offering HAART to a third group: symptomless patients with a CD4 $T$ cell count between 200 and 500 cells per cubic millimeter or a viral-load measure exceeding 10,000 to 20,000 RNA copies per milliliter. Without treatment, patients in this third category have at least an 8 percent chance of progressing to an AIDS-defining opportunistic infection within three years and at least a 25 percent chance of reaching that unwelcome benchmark within six years.

The $T$ cell and viral-load thresholds, however, are fairly arbitrary. Because patients in the third group feel perfectly well, certain of them may be quite reluctant to embark on a demanding treatment plan, with its side effects and constant reminder of the disease. Further, if resistance arises and treatment fails, the patients will be left with restricted options later on. Some will therefore choose to delay therapy until tests show signs of progression or until simplified regimens or new drugs with fewer side effects become available. Most patients with better numbers—CD4 $T$ cell counts over 500 and viral burdens below 10,000 to 20,000—will decide to wait as well.

For patients in whom HAART does

not quash detectable viral replication, the issue becomes, What next? Unfortunately, no second-string, or salvage, strategy seems to succeed as frequently as does HAART given to patients who have never been treated with antiretroviral drugs. Physicians generally respond by helping patients who had difficulty following the initial therapy to overcome obstacles to adherence. They then switch the entire regimen to one composed of all new drugs, taking care to avoid agents that are likely to encounter resistance.

Experience also offers limited sage advice for what to do when salvage regimens do not halt detectable viral replication. In people whose immunity has collapsed, persisting with antiretroviral treatment might do little good. For others, continuation of the regimen may be worthwhile. As the clinics at San Francisco General and Johns Hopkins have found, virological failure (incomplete viral suppression) is not the same as clinical failure (the emergence of HIV-related complications). And a few investigations have shown that even when viral levels are climbing, combination therapy can sometimes restrain HIV replication somewhat; a technically failing therapy, then, may nonetheless help maintain or elevate CD4 $T$ cell levels and thus might buy patients valuable time.

Even those who do very well on HAART from the beginning pose puzzles for investigators. Scientists remain unsure whether apparently successful therapy can fully reconstitute the immune system. So far only partial restoration seems to be common, with treatment raising CD4 $T$ cell levels by an average of 100 to 200 cells per cubic millimeter. The mix of CD4 $T$ cell subsets may remain abnormal as well—that is, the expanding population may not recognize as many pathogens or may be less effective at combating infections than was the original $T$ cell population.

### Can Reservoirs Be Eliminated?

Looking ahead, everyone hopes that initially successful HAART regimens will keep working year after year. When HAART fully stops HIV replication, it seems to prevent the development of resistance and thus should work indefinitely. But whether fact will bear out theory remains to be seen.

Investigations into whether currently available drug combinations can cure HIV infection are less encouraging. In resting (nondividing) CD4 $T$ cells, HIV can apparently survive in a latent state, as an integrated provirus that produces few or no viral particles. These resting cells can be prodded to churn out new particles if something causes them to become active again. When HAART was first introduced, some scientists expressed hope that resting $T$ cells would die out quickly on their own, thereby eliminating the perpetual threat of a HIV resurgence. New findings, however, suggest that certain of the cells may endure, and pose a threat, for years.

Not surprisingly, investigators are considering ways to incite the immune system to eliminate these reservoirs. To destroy the cells, the immune system has to "see" them. Normally when a cell is infected by a virus, the cell displays pieces of the microbe, or antigens, on the cell surface; then $T$ cells that bear receptors for the antigens orchestrate an attack. But cells carrying a quiescent provirus in their DNA do not display HIV antigens.

One strategy for overcoming this problem is to administer substances that would purposely activate the resting cells, inducing them to make HIV particles, display antigens and arouse a killing immune response. Treatment with HAART, meanwhile, could prevent the virus from colonizing other cells. The risk, obviously, is that the strategy would backfire, allowing the virus to gain the upper hand. And even if the plan worked, other protected havens for HIV, such as brain neurons, might continue acting as lifelong sanctuaries for proviral HIV. (White blood cells known as macrophages can serve as reservoirs,



SCHEME FOR ENHANCING THE BODY'S DEFENSES AGAINST HIV would begin by removing stem cells from a patient's blood system (*a*); stem cells give rise to all other types of blood cell, including HIV-fighting lymphocytes. Then the stem cells would be expanded (*b*) and returned to the patient (*c*), to compensate for any immune cells that have already been lost to HIV. A variation on the theme would incorporate a gene protective against HIV into the stem cells before expanding and returning them (*d–g*).





VALUE OF AGGRESSIVE HIV THERAPY, which came into wide use in 1996, is reflected in declining frequencies of several opportunistic infections in AIDS patients (as defined by CD4 *T* cell levels) at the HIV clinic of Johns Hopkins University (*top*). Although costs per patient did not decline much (*bottom*), less money had to be spent on hospital care—another sign that patients were healthier.

too, but they are relatively short-lived.)

Because current treatment plans seem unlikely to cure HIV infection within several years and because of HAART's various drawbacks—including side effects, complicated regimens and resistance—the search is on for additional drugs. The first entries to reach the market will add new choices within existing drug classes, and some will combine existing drugs into a single pill or will otherwise reduce the complexity or toxicity of current regimens. And at least two custom-designed protease inhibitors in clinical trials appear to work against strains of HIV that are resistant to existing protease inhibitors.

### Other Therapeutic Ideas

Other agents under consideration would stall HIV replication in new ways. Some would block the integrase enzyme from inserting HIV DNA into a cell's chromosomes. A different strategy attempts to knock zinc out of a protein that needs the metal in order to draw HIV RNA into new particles.

Teams are also exploring ways to stop infected cells from making critical viral proteins. One such approach deploys so-called antisense DNA to inactivate two genes (*tat* and *rev*) that normally give rise to proteins needed for the efficient manufacture of other viral proteins. In rhesus macaques exposed to the simian version of HIV, this therapy limited viral replication and CD4 *T* cell depletion.

Many investigators are attempting to interdict HIV's entry into cells. Recall that to fuse with, and gain entry into, a target cell, the virus must attach both to CD4 and to a co-receptor on the cell surface. Initial attempts to interfere with binding to CD4 were disappointing, but new possibilities have recently come to light, and many groups are examining compounds that might sheath the HIV-docking site on co-receptors to keep HIV at bay [see "In Search of AIDS-Resistance Genes," by Stephen J. O'Brien and Michael Dean; SCIENTIFIC AMERICAN, September 1997].

A number of scientists are focusing on the other part of the equation: the immune system. They are trying to augment the body's remaining forces or to restore lost powers. For instance, some patients are receiving low doses of a biological molecule called interleukin-2, which enhances the proliferation of *T* lymphocytes. It is also hoped that interleukin-2 can help force immature "stem cells" to spawn a full repertoire of fresh new cells of the immune system, including *T* lymphocytes and antibody-producing cells that can recognize and eliminate HIV.

Immune-reconstitution efforts are taking additional forms as well—such as harvesting stem cells from an HIV-infected patient, multiplying them in the laboratory and then returning the enlarged cell population. A twist on this scheme would supply the infused cells with a gene that would protect them from later succumbing to HIV.

Other approaches being pondered might kill HIV-infected cells without relying on the immune system. One would deliver a virus that had been genetically altered to enter only HIV-producing cells, leaving HIV-free cells untouched. It would enter by attaching to viral proteins displayed on a colonized cell and would then destroy the cell.

As time goes by, patients infected with HIV are sure to have more and more options for therapy. Specific recommendations may change from time to time, but the principles of therapy, now grounded in solid research, will remain steadfast: until there is a cure or a vaccine, controlling HIV replication offers the best chance for a long, productive life.

The fact that such insight and the tools to suppress HIV reproduction are available is both astonishing and wonderful. The therapeutic advancement achieved since late 1995 has few parallels in the history of medicine, save perhaps for the revolution sparked by the introduction of penicillin. Just three years ago those of us who cared for HIV patients mainly devoted our time and energy to easing symptoms and preparing patients to die. Now we help patients to live. The war against HIV is far from over, but the success of aggressive therapy is certainly a victory to be savored. SA

---

### The Authors

JOHN G. BARTLETT and RICHARD D. MOORE are colleagues at the Johns Hopkins University School of Medicine. Bartlett is professor of medicine, chief of the division of infectious diseases and director of the AIDS service at the university. He is also co-chair of the panel that wrote and updates the U.S. guidelines for using anti-HIV drugs in adults and adolescents. Moore is associate professor of internal medicine, infectious diseases and clinical pharmacology at Johns Hopkins and is director of the program in pharmacoepidemiology and pharmacoeconomics there.