# EXHIBIT C

76689/2205811.1

Dockets.Justia.com



# HAART: 1985-2005
# Evolution of HAART: 1985-2005

Paul A. Volberding, MD



EXHIBIT NO. 8
DATE 8/19/07
GINA GLANTZ - NO. 9795

*From the introduction of zidovudine monotherapy and dual-NRTI use to the maturing of the HAART era, the advances in drug therapy over the past 20 years have changed HIV infection from a death sentence to a manageable chronic illness, even though no cure has been achieved. However, the goal of virologic suppression with extended survival and high quality of life is now attainable. Reaching this goal had been a treatment priority, and now, while researchers continue to look for a cure, we as clinicians must focus on how to improve therapy. Our priorities are to start treatment at the optimal point during the disease course and individualize patient care.*

Key words: HIV/AIDS • Antiretroviral therapy

It seems appropriate, and perhaps inevitable, to look back at the beginnings of antiretroviral therapy as we approach the third decade of this new form of medicine. We know this has been an area of rapid progress and change based on scientific investigation into the life cycle of HIV. Beyond the story of this progress, however, we might hope to learn lessons from antiretroviral development, perhaps ones we can apply to our future efforts against this epidemic. Our current treatments are not yet perfect. Further improvements will be made, and we can apply our lessons from the first decades to ensure that all persons with HIV infection can benefit from treatments that are safe, effective, and accessible.

## THE BEGINNINGS OF HOPE

In retrospect, 1985 was a momentous year in the battle against HIV: the virus had been accepted as the cause of AIDS after more than a year of public contention. We had an antibody test that accurately diagnosed HIV infection, and we as health care providers had begun to believe that many of those who were "antibody-positive" were destined to progress to AIDS—at that time, still a certain death sentence.

Our treatment focused on managing and preventing opportunistic infections and on comfort care for the thousands of persons dying as a result of end-stage immune deficiency. Often, death was preceded by disfigurement, disability, blindness, and dementia. Understandably, patients would flock to centers that offered the hope of new "experimental" treatments; usually this "hope" was completely misguided. Whether out of ignorance or greed, promises of cures abounded. Vitamin C, HPA23, and even distilled water and electric mattresses were promoted to a desperate group of patients with seemingly no other option.

That year, however, a real treatment option did appear. Zidovudine, which was then known only as azidothymidine, or AZT, had been found to be an active in vitro antiretroviral compound in HIV-infected cells and was rapidly brought to clinical trials as the first candidate anti-HIV drug. These early trials, conducted in patients with advanced AIDS, showed a reduction in short-term mortality, leading to an almost immediate FDA approval for clinical use.[1]

These findings were immensely exciting; for the first time, some patients experienced an improvement in symptoms and an increase in the number of CD4+ T lymphocytes. Yet this excitement was tempered by the drug's limitations: zidovudine as used then was cumbersome—it had to be taken every 4 hours around the clock—and given the high doses in use at the time, it was quite toxic.[2] As further clinical research began to show a slowing in disease progression in asymptomatic HIV infection (with some conflicting data that caused controversy) (Figure 1),[3-6] zidovudine was soon recommended for all infected persons with CD4+ cell counts below 500/µL.[7]

Still, antiretroviral therapy in the zidovudine monotherapy era was of limited value. At best, drug therapy slowed progression to AIDS; it did not reverse the disease. Although some patients improved clinically, others did not, and many providers and patients hoped for more. Improvements came slowly in the first decade of antiretroviral therapy. New drugs, often similar to zidovudine in structure, were tested. Gradually, some of these became available and were used with zidovudine as part of 2-drug regimens.[8,9] The use of 2 drugs together did seem to add benefit but was still controversial because of the relatively small advantage gained at the expense of the side effects and inconvenience suffered by the patient.

## BEGINNING OF THE HAART ERA

The truly major breakthrough in anti-HIV therapy was unveiled in early 1996. At the "retrovirus conference" (now commonly referred to as CROI) that year, the results from clinical trials of 2 protease inhibitors (PIs), ritonavir and indinavir, were presented. These results showed that ritonavir added as a single new drug or used by itself for the treatment of

Dr Volberding *is professor and vice chair in the department of medicine at the University of California, San Francisco.*

# HAART: 1985-2005

*Figure 1. Time to first CD4+ cell count below 500/μL in asymptomatic HIV-infected patients treated with zidovudine (ZDV) monotherapy. The early antiretroviral treatments slowed but did not reverse HIV disease. (Adapted with permission from Volberding PA et al. JAMA. 1994.[5])*



patients with advanced-stage disease decreased mortality by 50%. The results from the indinavir trial were even more striking. In that study, known as the Merck 035 study,[10] a PI was for the first time prospectively paired with a dual-NRTI regimen in what was quickly coined "triple therapy" or the AIDS "cocktail."

In an extremely important development historically, the study investigators analyzed the results by the proportion of participants in whom the HIV RNA titer fell below the detection limits of available assays used to measure viral load, which were then still in the 10,000- to 1000-copy range. This form of analysis with expanded dynamic range allowed a much clearer view of the true potency of the drug regimen and showed that this triple-therapy regimen caused a much greater virologic response than that seen with monotherapy.

By the time the 1996 International AIDS Conference was held that summer in Vancouver, almost every conference attendee was prepared to accept evidence of the benefits of this new treatment paradigm. With the widespread use of combination antiretroviral therapy—after the introduction of first the PI class and later the NNRTIs—the overall AIDS mortality rate began to decrease rapidly,[11]



*Figure 2. Increasing potency of HAART regimens. Studies evaluating initial antiretroviral drug regimens reporting greater than 65% response rate (defined as a viral load [VL] below 50 copies/mL) at 48 weeks of treatment. (NVP, nevirapine; ZDV, zidovudine; 3TC, lamivudine; d4T, stavudine; EFV, efavirenz; ABC, abacavir; LPV/r, ritonavir-boosted lopinavir; FTC, emtricitabine; TDF, tenofovir; ddI, didanosine; ddI-EC, enteric-coated didanosine) (Adapted from Bartlett J et al. 2005.[12])*



VOLB 02246

and some even dared hope publicly for a cure. Instead of a rapid disease course ending in death in a matter of several years, AIDS was for the first time becoming a manageable chronic disease, but a cure had not been achieved. (A secondary consequence of this reduced mortality without a cure is the expanding number of patients with HIV infection who are now in care. While this represents a relatively "good" problem to face, it requires our efforts to expand the capacity of care and drug treatment support.)

With the advances in treatment, the focus of HIV comprehensive care centers has also changed. Rather than being able only to provide palliative care to patients with symptomatic disease, more effort can be put into identifying the still large number of asymptomatic infected persons who are not yet in care. The intention is to maintain health rather than to wait and treat the patient after symptoms appear.

## 10 YEARS AFTER: TODAY'S TREATMENT PRIORITIES
### The Goals Remain the Same
What are our priorities now, as we enter our third decade of antiretroviral therapy and our second with truly

potent regimens? Our goals of care seem increasingly clear. As care providers, we seek to suppress HIV viremia sufficiently to prevent the selection of antiretroviral drug resistance when designing regimens and assisting patients in maintaining excellent medication adherence. These goals are straightforward but not easy. We must remember that no 2 patients are alike; thus, individualization of treatment and communication with patients are crucial to overall treatment benefit and success. We need each of our patients to survive to the day when even better therapies are available and to experience a good quality of life until that time.

### Start Therapy Earlier
A key question remains unanswered: When should antiretroviral therapy be initiated? As with much else in the field of HIV/AIDS, this question still generates debate. When first introduced, zidovudine monotherapy was suggested for all HIV-infected persons with CD4+ cell counts below 500/µL. But even then, this approach was not universally accepted. With the development of much more virologically potent antiretroviral regimens (Figure 2),[12] which have also raised, often dra-

matically and to safe levels, patients' CD4+ cell counts rather than just slowing their decline, many clinicians felt justified in delaying therapy to reduce the cost and side effects as long as possible.

The counter argument to deferring antiretroviral therapy was based on clinical trials that showed a reduced benefit, and even increased mortality, when treatment was withheld in some patients. Many trials and observational cohorts have shown that antiretroviral therapy that is deferred until CD4+ cell counts fall below 200/µL is inferior to treatment that is begun earlier (Figure 3).[13] Furthermore, recent clinical trials evaluating newer antiretroviral combinations have shown treatment to be so beneficial that it has been impossible to define an upper CD4+ cell count as a guide for treatment initiation.

Nevertheless, still reflecting the desire to delay antiretroviral therapy if possible, antiretroviral treatment guidelines have taken the position—driven by expert opinion more than by evidence—that treatment should not be started until a patient's CD4+ cell count falls below 350/µL but before it reaches 200/µL.[14,15] Again, it is hoped that a treatment deferral will



Figure 3. *Probability of AIDS-free survival in patients starting antiretroviral treatment according to pretreatment CD4+ cell count and viral load. (Data from Egger M et al. Lancet. 2002.[13])*

# HAART: 1985-2005

Figure 4. *Effect of different degrees of patient adherence when patients are treated with an NNRTI-based regimen compared with a protease inhibitor (PI)-based regimen. (Adapted from Bangsberg DR et al. 2004.[16])*



lessen the costs of treatment and spare the patient from drug-related side effects while still allowing an optimal outcome without compromising benefit when therapy is eventually started. Traditionally, this approach was also adopted because of problems associated with drug adherence, resistance, and toxicity with the "older" regimens; today, our choices of drugs and drug regimens are different, and largely better, than those available even a few years ago.

Today's treatments are much more "compact" in pill number and administration frequency and often avoid most of the adverse effects associated with earlier antiretroviral agents. We now better appreciate that adherence need not be perfect if drugs with long half-lives are included in the regimen (Figure 4).[16,17] The pendulum of optimal time to begin antiretroviral therapy is expected to swing back toward starting treatment earlier in the disease course. Such a shift might also be supported by reductions in HIV transmission associated with effective suppression of viremia.

The US HIV treatment guidelines—those from the International AIDS Society–USA (IAS-USA)[15] and from the Department of Health and Human Services (DHHS)[14]—have been attentive to the changing landscape of antiretroviral drug therapy, regarding both when to start therapy and which drugs to use. One would expect continued evolution of these recommendations as our choices for and approaches to therapy change.

## Individualize Therapy

The choice of a drug regimen clearly must be individualized. Overall, several factors are considered in this choice, which reflects the consistent goal in HIV care of potent and durable suppression of viremia.

*Potency.* The antiretroviral regimen must be sufficiently potent to suppress viremia adequately to prevent drug resistance selection. Ideally, each drug chosen should be as potent as possible. Currently, potent regimens require the use of a PI—preferably pharmacokinetically "boosted" by low-dose ritonavir—along with 2 NRTIs. In the absence of contraindications for the use of efavirenz, particularly regarding women with current or future child-bearing potential, for most patients efavirenz is considered the most potent and effective NNRTI. Among boosted PIs, lopinavir/ritonavir is often considered the most potent, although comparative trials with other boosted PIs are still in progress. The combination of 3 NRTIs alone is not believed sufficiently potent to be used in most patients.

*Convenience.* A dominant theme during the past several years has been the effort to reduce the complexity of antiretroviral treatment. This has resulted in coformulations of 2 drugs in a single pill and in reduced daily-dosing frequency. Once-daily antiretroviral therapy is now increasingly possible with a variety of drug regimens. This regimen simplification, combined with the ability to avoid using more toxic drugs, is popular with patients as well as providers.

Three 2-drug NRTI coformulations are in common use. Both abacavir/lamivudine and tenofovir/emtricitabine are taken once daily. Zidovudine/lamivudine is taken twice daily. Each of these coformulations has specific issues regarding toxicity, drug resistance, and the potential for drug interactions, but together these form the backbone of most potent, first-line antiretroviral drug regimens in use today.

Only 1 PI, lopinavir, has been coformulated with low-dose ritonavir used as a booster. This and its established potency have made it a commonly used agent in antiretroviral regimens, and lopinavir/ritonavir is "preferred" in both the current IAS-USA and DHHS guidelines. Other boosted-PI regimens can also be taken once daily, adding to convenience, but these require a separate prescription for ritonavir. Also, separately prescribed ritonavir requires storage at cool temperatures (except with the newly introduced lopinavir/ritonavir once-daily tablet).

*Drug interactions.* Every currently available drug from the NRTI, NNRTI, or PI drug class—with the possible exception of lamivudine or emtricitabine—carries a risk of an

VOLB 02248

adverse drug interaction with another antiretroviral drug or with other drugs commonly used in the care of persons with HIV/AIDS. When choosing among the available coformulated NRTI combinations, the clinician should consider the relatively higher risk of drug interactions with combinations containing tenofovir or zidovudine.

*Side effects.* Adverse effects of antiretroviral drugs can force discontinuation of use if severe and can occasionally cause long-lasting damage. Although this is rare, side effects do commonly limit adherence, which can lead to the development of drug resistance and treatment failure. Side effects differ by drug and by patient. Even otherwise similar patients may differ genetically in ways that affect drug toxicity, and coinfection with other pathogens or underlying comorbid disease complicates antiretroviral drug selection.

Antiretroviral toxicity is generally not class-specific, with the possible exception of GI disturbance common among the PIs—although the degree of severity varies within the class—and rash seen with the NNRTIs efavirenz and nevirapine. Consequently, each drug's potential for side effects must be considered. Because some toxicities are more acceptable to some patients, the selection of certain individual antiretroviral drugs requires open patient-provider communication.

*Drug use guidelines.* A set of treatment guidelines provide an important starting point when individualizing drug treatment. Current US guidelines are in general agreement about the design of antiretroviral regimens for initial therapy. Both the DHHS and IAS-USA panels advocate use of an NNRTI- or boosted-PI–based regimen. The panels agree that efavirenz is preferred over nevirapine in many patients. The IAS-USA panel lists both boosted atazanavir and boosted lopinavir as

preferred despite the lack of clinical trial evidence of the use of boosted atazanavir in treatment-naive patients; the DHHS panel currently lists only boosted lopinavir as preferred. As both groups continue to discuss revisions or recommendations and as new data become available, further changes in the recommendations for preferred agents are expected.

## SUMMARY

The 2 decades of antiretroviral use have seen dramatic improvements in potency and ease of use of drug combinations. From the introduction of zidovudine monotherapy and dual-NRTI use to the maturing of the HAART era, the advances in drug therapy over the past 20 years have changed HIV infection from a death sentence to a manageable chronic illness, even though a cure has not been achieved.

The goal of virologic suppression with extended survival and high quality of life is now attainable. Reaching this goal had been a treatment priority, and now, while researchers continue to look for a cure, we as clinicians must focus on how to improve therapy. Our priorities are to start treatment at the optimal point during the disease course and individualize our treatment and care for each patient.

The future promises even better treatment options and strategies. It is hoped that these treatments will be available to all populations affected by this still raging global epidemic.□

## References

1. Fischl MA, Richman DD, Grieco MH, et al. The efficacy of azidothymidine (AZT) in the treatment of patients with AIDS and AIDS-related complex. A double-blind, placebo-controlled trial. *N Engl J Med.* 1987;317:185-191.
2. Richman DD, Fischl MA, Grieco MH, et al. The toxicity of azidothymidine (AZT) in the treatment of patients with AIDS and AIDS-related complex. A double-blind, placebo-controlled trial. *N Engl J Med.* 1987;317:192-197.
3. Concorde Coordinating Committee. Concorde: MRC/ANRS randomised double-blind controlled trial of immediate and deferred zidovudine in symptom-free HIV infection. *Lancet.* 1994;343:871-881.
4. Fischl MA, Richman DD, Hansen N, et al. The safety and efficacy of zidovudine (AZT) in the treatment of subjects with mildly symptomatic human immunodeficiency virus type 1 (HIV) infection. A double-blind, placebo-controlled trial. The AIDS Clinical Trials Group. *Ann Intern Med.* 1990;112:727-737.
5. Volberding PA, Lagakos SW, Grimes JM, et al. The duration of zidovudine benefit in persons with asymptomatic HIV infection. Prolonged evaluation of protocol 019 of the AIDS Clinical Trials Group. *JAMA.* 1994;272:437-442.
6. Volberding PA, Lagakos SW, Koch MA, et al. Zidovudine in asymptomatic human immunodeficiency virus infection. A controlled trial in persons with fewer than 500 CD4-positive cells per cubic millimeter. The AIDS Clinical Trials Group of the National Institute of Allergy and Infectious Diseases. *N Engl J Med.* 1990;322:941-949.
7. Sande MA, Carpenter CC, Cobbs CG, et al. Antiretroviral therapy for adult HIV-infected patients. Recommendations from a state-of-the-art conference. National Institute of Allergy and Infectious Diseases State-of-the-Art Panel on Anti-Retroviral Therapy for Adult HIV-Infected Patients. *JAMA.* 1993;270:2583-2589.
8. Delta Coordinating Committee and Delta Virology Committee. HIV-1 RNA response to antiretroviral treatment in 1280 participants in the Delta Trial: an extended virology study. *AIDS.* 1999;13:57-65.
9. Hammer SM, Katzenstein DA, Hughes MD, et al. A trial comparing nucleoside monotherapy with combination therapy in HIV-infected adults with CD4 cell counts from 200 to 500 per cubic millimeter. AIDS Clinical Trials Group Study 175 Study Team. *N Engl J Med.* 1996;335:1081-1090.
10. Gulick RM, Mellors JW, Havlir D, et al. Treatment with indinavir, zidovudine, and lamivudine in adults with human immunodeficiency virus infection and prior antiretroviral therapy. *N Engl J Med.* 1997;337:734-739.
11. Palella FJ Jr, Delaney KM, Moorman AC, et al. Declining morbidity and mortality among patients with advanced human immunodeficiency virus infection. HIV Outpatient Study Investigators. *N Engl J Med.* 1998;338:853-860.
12. Bartlett J, Fath M, DeMasi R, et al. An updated meta-analysis of triple combination therapy in antiretroviral-naive HIV-infected adults. Presented at the 12th Conference on Retroviruses and Opportunistic Infections; February 22-25, 2005; Boston. Abstract 586.
13. Egger M, May M, Chene G, et al. Prognosis of HIV-1-infected patients starting highly active antiretroviral therapy: a collaborative analysis of prospective studies [published correction appears in *Lancet.* 2002;360:1178]. *Lancet.* 2002;360:119-129.
14. Department of Health and Human Services. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents. October 6, 2005. Available at: http://aidsinfo.nih.gov/ContentFiles/AdultandAdolescentGL.pdf. Accessed February 3, 2006.
15. Yeni PG, Hammer SM, Hirsch MS, et al. Treatment for adult HIV infection: 2004 recommendations of the International AIDS Society-USA Panel. *JAMA.* 2004;292:251-265.
16. Bangsberg DR, Guzman D, Riley ED, et al. Nonnucleoside reverse transcriptase inhibitor (NNRTI) resistance occurs at lower levels of adherence than protease inhibitor (PI) resistance. Presented at the XV International AIDS Conference; July 11-16, 2004; Bangkok, Thailand. Abstract WePeB5820.
17. Bangsberg DR, Weiser S, Guzman D, Riley E. 95% Adherence is not necessary for viral suppression to less than 400 copies/mL in the majority of individuals on NNRTI regimens. Presented at the 12th Conference on Retroviruses and Opportunistic Infections; February 22-25, 2005; Boston. Abstract 616.