Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al    Doc. 188 Att. 4

# EXHIBIT D

Dockets.Justia.com

U.S. Patent No. 5,968,730

U.S. Patent No. 6,503,705

U.S. Patent No. 7,129,041

STAN 01345-51; STAN 01428-36; STAN 01447-53; STAN 01455-62; STAN 01463-69; STAN 00995-1018; STAN 01019-28; STAN 01033-34; STAN 00104-09; STAN 00134-60; STAN 00166-71; STAN 00196-212; and STAN 00254-56

Holodniy et al., "Detection and Quantitation of Human Immunodeficiency Virus RNA in Patient Serum by Use of the Polymerase Chain Reaction," THE JOURNAL OF INFECTIOUS DISEASES, 163:862-866 (April 1991)

Holodniy et al., "Reduction in Plasma Immunideficiency Virus Ribonucleic Acid After Dideoxynucleoside Therapy as Determined by the Polymerase Chain Reaction," J. Clin. Invest. 88:1155-1759 (November 1991)

Court Docket No. 157

Court Docket No. 172

RMS 078663-690