1  PRUETZ LAW GROUP LLP
     Adrian M. Pruetz (Bar No. 118215)
2    ampruetz@pruetzlaw.com
   1600 Rosecrans Avenue, 4th Floor
3  Manhattan Beach, CA 90266
   Telephone:   (310) 321-7640
4  Facsimile:   (310) 321-7641

5  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Brian C. Cannon (Bar No. 193071)
6    briancannon@quinnemanuel.com
     Tun-Jen Chiang (Bar No. 235165)
7    tjchiang@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
8  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
9  Facsimile:   (650) 801-5100

10 Attorneys for Defendants and Counterclaimants Roche
   Molecular Systems, Inc.; Roche Diagnostics
11 Corporation; and Roche Diagnostics Operations, Inc.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC.; ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC. ROCHE DIAGNOSTICS CORPORATION; ROCHE DIAGNOSTICS OPERATIONS, INC.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; AND THOMAS MERIGAN.<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>DECLARATION OF BRIAN C. CANNON IN SUPPORT OF ROCHE'S: RESPONSIVE CLAIM CONSTRUCTION BRIEF<br><br>[PATENT LOCAL RULE 4-5(b)]<br><br>Judge: Hon. Marilyn H. Patel<br>Date: October 3, 2007<br>Time:<br>Ctrm: 15, 18th Floor |

Eugene T. Chen, declares as follows:

04972/2207327.1

-1-                          Case No. 05-CV-04158-MHP
                             DECLARATION OF BRIAN C. CANNON

**Declaration of Brian C. Cannon**

1. I am a member of the Bar of the State of California and a partner with Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Roche Molecular Systems, Inc, Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc. ("Roche"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A are selected pages from the August 19, 2007 deposition of Paul Volberding, M.D.

3. Attached as Exhibit B are selected pages from the transcript of proceedings before the Court dated July 30, 2007.

4. Attached as Exhibit C is the transcript from the scheduled August 15, 2007 deposition of Fred Kramer.

5. Attached as Exhibit D is a letter sent by me to counsel for Stanford dated August 16, 2007.

6. Attached as Exhibit E is Stanford's May 29, 2007 answer to Interrogatory No. 32.

7. Attached as Exhibit F is U.S. Patent No. 5,968,730.

8. Attached as Exhibit G is U.S. Patent No. 6,503,705.

9. Attached as Exhibit H is U.S. Patent No. 7,129,041.

10. Attached as Exhibit I is a published article, Mark Holodniy, "Clinical Application of Reverse Transcription Polymerase Chain Reaction for HIV Infection," in CLINICS IN LABORATORY MEDICINE, Vol. 14: 335-349 (June 1994).

11. Attached as Exhibit J is Tabers Medical Dictionary, 608 (17th ed. 1993).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2007, in Redwood Shores, California.

_____/s/_____

Brian C. Cannon