# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY,

    Plaintiff,

vs.                            No. C-05-04158-MHP

ROCHE MOLECULAR SYSTEMS, INC,
et al.,

    Defendants.

**CERTIFIED COPY**

_____

AND RELATED COUNTERCLAIM.
_____

DEPOSITION OF PAUL VOLBERDING, M.D.

Palo Alto, California

Sunday, August 19, 2007

Reported by:
GINA GLANTZ
CSR No. 9795, RPR, RMR

JOB No. 3-70580

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3
4  THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR
5  UNIVERSITY,
6           Plaintiff,
7      vs.                          No. C-05-04158-MHP
8  ROCHE MOLECULAR SYSTEMS, INC,
   et al.,
9
            Defendants.
10
11 _____
   AND RELATED COUNTERCLAIM.
12 _____
13
14
15
16      Deposition of PAUL VOLBERDING, M.D., taken
17 on behalf of Roche Defendants, at 3000 El Camino Real,
18 Five Palo Alto Square, 4th Floor, Palo Alto, California,
19 beginning at 10:10 a.m. and ending at 3:40 p.m., on
20 Sunday, August 19, 2007, before GINA GLANTZ, Certified
21 Shorthand Reporter No. 9795.
22
23
24
25
```

2

1  APPEARANCES:
2
3
   For Plaintiff Stanford University and Counterclaim
4  Defendants Tom Merigan and Mark Holodniy:
5       COOLEY GODWARD KRONISH LLP
        BY:  MICHELLE S. RHYU, Ph.D.
6       Attorney at Law
        3000 El Camino Real
7       Five Palo Alto Square, 4th Floor
        Palo Alto, California 94306-2155
8       (650) 843-5505
9
   For the Roche Defendants:
10
        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
11      BY:  BRIAN C. CANNON
        Attorney at Law
12      555 Twin Dolphin Drive, Suite 560
        Redwood Shores, California 94065-2139
13      (650) 801-5000
14 Videographer:
15      RAY TYLER
        SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
16      450 Sansome Street, Suite 1550
        San Francisco, California 94111
17      (415) 274-9977
18
19
20
21
22
23
24
25

| | | |
|---|---|---|
| 11:39:13 | 1 | MS. RHYU: Objection. Vague as to time, vague |
| 11:39:16 | 2 | as to "therapy." |
| 11:39:19 | 3 | THE WITNESS: Patients can receive medications |
| 11:39:23 | 4 | through conventional prescriptions or through |
| 11:39:27 | 5 | participating in clinical investigations. |
| 11:39:33 | 6 | BY MR. CANNON: |
| 11:39:34 | 7 | Q   So in 1991 when this article was published, is |
| 11:39:41 | 8 | it true that the only way for an HIV-infected patient to |
| 11:39:45 | 9 | obtain an antiretroviral therapy other than zidovudine |
| 11:39:52 | 10 | was to be enrolled in a clinical trial? |
| 11:39:55 | 11 | A   When this article was published, which was, |
| 11:40:00 | 12 | again, in January, it looks to be, 1991, zidovudine was |
| 11:40:05 | 13 | the only prescription antiretroviral available, yes. |
| 11:40:12 | 14 | Q   In 1991, do you know what percentage of |
| 11:40:16 | 15 | HIV-infected patients were enrolled in clinical trials? |
| 11:40:22 | 16 | MS. RHYU: Objection. Calls for speculation. |
| 11:40:32 | 17 | THE WITNESS: I don't have any knowledge of how |
| 11:40:34 | 18 | many patients were involved in clinical trials in 1991. |
| 11:40:44 | 19 | BY MR. CANNON: |
| 11:40:44 | 20 | Q   Is it fair to say that in 1991 the majority of |
| 11:40:49 | 21 | patients who suffered from HIV infection were not |
| 11:40:52 | 22 | receiving therapy -- antiretroviral therapy, other than |
| 11:40:57 | 23 | zidovudine? |
| 11:40:58 | 24 | MS. RHYU: Objection. Calls for speculation, |
| 11:41:00 | 25 | lacks foundation. |

| | | |
|---|---|---|
| 11:52:23 | 1 | 1995, but I'm referring here to the one in early 1996, |
| 11:52:28 | 2 | yes. |
| 11:52:28 | 3 |     Q    So did clinical investigators -- strike that. |
| 11:52:33 | 4 |     Is it true that clinical investigators were not |
| 11:52:38 | 5 | aware of the results of these trials until they were |
| 11:52:40 | 6 | unveiled in 1995 and early 1996? |
| 11:52:43 | 7 |     MS. RHYU: Objection. Lacks foundation, calls |
| 11:52:45 | 8 | for speculation. |
| 11:52:46 | 9 |     THE WITNESS: I believe the earliest |
| 11:52:49 | 10 | presentations of data from the trials were in 1995. |
| 11:52:54 | 11 | BY MR. CANNON: |
| 11:52:55 | 12 |     Q    Was that at the Vancouver AIDS Conference? |
| 11:52:58 | 13 |     A    No, that was later, in 1996. |
| 11:53:00 | 14 |     Q    Do you know, was there a particular conference |
| 11:53:03 | 15 | you have in mind for the 1995 presentation of data? |
| 11:53:06 | 16 |     A    I don't recall which specific conference was -- |
| 11:53:09 | 17 | the data were presented in 1995. |
| 11:53:11 | 18 |     Q    But you're sure that 1995 is the year that the |
| 11:53:16 | 19 | data was presented? |
| 11:53:18 | 20 |     A    Yes, I'm sure. |
| 11:53:19 | 21 |     Q    Is there a particular reason why you're sure |
| 11:53:22 | 22 | about that date? |
| 11:53:23 | 23 |     A    Only because I've been corrected in my earlier |
| 11:53:29 | 24 | assumption that it was presented for the first time in |
| 11:53:33 | 25 | January of 1996. |

| | | |
|---|---|---|
| 11:53:35 | 1 | Q   Were you at the conference at which the first |
| 11:53:38 | 2 | presentation of the data occurred? |
| 11:53:40 | 3 | A   I was present at the conference in January |
| 11:53:43 | 4 | 1996, when I saw the data for the first time. |
| 11:53:48 | 5 | Q   And that was the data from a trial involving a |
| 11:53:51 | 6 | combination of three different antiretroviral therapies? |
| 11:53:55 | 7 | A   Yes, that's right. |
| 11:53:56 | 8 | Q   And one of them was indinavir? |
| 11:54:00 | 9 | A   That's correct. |
| 11:54:01 | 10 | Q   Was that the first presentation of a trial |
| 11:54:05 | 11 | involving a protease inhibitor? |
| 11:54:09 | 12 | MS. RHYU:  Objection.  Calls for speculation, |
| 11:54:11 | 13 | lacks foundation. |
| 11:54:11 | 14 | THE WITNESS:  Again, I believe that data from |
| 11:54:18 | 15 | protease trials were presented in 1995, but this was the |
| 11:54:28 | 16 | first presentation of data using a protease and two |
| 11:54:33 | 17 | other drugs that I heard presented publicly. |
| 11:54:38 | 18 | BY MR. CANNON: |
| 11:54:42 | 19 | Q   And participants in the conference or the |
| 11:54:45 | 20 | conferences in 1995 and 1996, when this data was |
| 11:54:49 | 21 | presented, they would include those of ordinary skill in |
| 11:54:51 | 22 | the art, as you've defined it, in connection with these |
| 11:54:54 | 23 | patents; correct? |
| 11:54:58 | 24 | A   Well, the -- |
| 11:54:59 | 25 | MS. RHYU:  Objection.  Compound, calls for |

61

12:30:21  1   get sent?
12:30:23  2           MS. RHYU:  Objection.  Outside the scope.
12:30:24  3           THE WITNESS:  Of course.
12:30:26  4   BY MR. CANNON:
12:30:29  5       Q   When you get the results back, does the lab
12:30:31  6   make recommendations about the therapy for a particular
12:30:33  7   patient?
12:30:34  8           MS. RHYU:  Objection.  Outside the scope.  Can
12:30:45  9   you identify what claim construction term your question
12:30:48 10   relates to, Brian?
12:30:52 11           MR. CANNON:  All of my questions today relate
12:30:53 12   to "therapeutically effective" and the remainder of the
12:30:56 13   claim terms at issue.
12:31:06 14           MS. RHYU:  I don't see how that question that
12:31:08 15   you posed regarding lab recommendations today relate to
12:31:16 16   construction of the claim term "therapeutically
12:31:19 17   effective."  Can you make a connection there?
12:31:22 18           MR. CANNON:  Well, then you can instruct him
12:31:24 19   not to answer.  I don't need to lay out for you where
12:31:26 20   I'm going or what my strategy is.
12:31:27 21           MS. RHYU:  Okay.  Then I instruct the witness
12:31:29 22   not to answer.
12:31:29 23           (Instruction not to answer.)
12:31:29 24           MR. CANNON:  Could you repeat my question back
12:31:31 25   so we get the instruction clearly?

| | | |
|---|---|---|
| 12:31:46 | 1 | (Record read.) |
| 12:31:48 | 2 | MS. RHYU: I instruct the witness not to answer |
| 12:31:49 | 3 | because it's outside the scope of claim construction |
| 12:31:53 | 4 | testimony. |
| 12:31:55 | 5 | BY MR. CANNON: |
| 12:31:56 | 6 | Q  Dr. Volberding, when you get the results back |
| 12:31:58 | 7 | from the lab, does the manufacturer of the test kit make |
| 12:32:02 | 8 | recommendations about a patient's therapy? |
| 12:32:05 | 9 | MS. RHYU: Same instruction. |
| 12:32:07 | 10 | (Instruction not to answer.) |
| 12:32:08 | 11 | BY MR. CANNON: |
| 12:32:08 | 12 | Q  When you get the results back from the lab, |
| 12:32:10 | 13 | Dr. Volberding, does the manufacturer of the test kit |
| 12:32:13 | 14 | make a determination about the effectiveness of the |
| 12:32:16 | 15 | therapy for the particular patient? |
| 12:32:18 | 16 | MS. RHYU: Same objection. |
| 12:32:21 | 17 | BY MR. CANNON: |
| 12:32:21 | 18 | Q  The treating physician makes a decision -- |
| 12:32:23 | 19 | MS. RHYU: And instruction, sorry. |
| 12:32:24 | 20 | (Instruction not to answer.) |
| 12:32:25 | 21 | BY MR. CANNON: |
| 12:32:27 | 22 | Q  And Dr. Volberding, do you follow your |
| 12:32:29 | 23 | counsel's instructions with respect to answering the |
| 12:32:32 | 24 | last few questions? |
| 12:32:33 | 25 | A  Yes, I do. |

84

| | |
|---|---|
| 12:35:19  1 | THE WITNESS: I think, as I've said, the |
| 12:35:22  2 | physician has a central role in that determination, but |
| 12:35:29  3 | in fact, the information comes from a number of sources, |
| 12:35:35  4 | and many times the key information comes from someone |
| 12:35:37  5 | other than the physician. |
| 12:35:38  6 | BY MR. CANNON: |
| 12:35:38  7 | Q  I understand that information may come from a |
| 12:35:41  8 | number of sources. I'm trying to pin down to see if |
| 12:35:44  9 | there is an answer for the question as to who makes the |
| 12:35:47 10 | ultimate conclusion, if anyone, about the effectiveness |
| 12:35:50 11 | of therapy for a particular patient. |
| 12:35:53 12 | A  Well, and in terms of accepting responsibility |
| 12:35:57 13 | for the decision, I think many of the people on the team |
| 12:36:00 14 | that I just mentioned would share in that |
| 12:36:03 15 | responsibility. Certainly, again, I'm not saying the |
| 12:36:06 16 | physician doesn't have an important role in that. |
| 12:36:10 17 | Q  But is it your testimony that the physician is |
| 12:36:13 18 | not the only person that makes the conclusion about the |
| 12:36:16 19 | effectiveness of therapy? |
| 12:36:18 20 | A  That's correct. |
| 12:36:18 21 | Q  Does the lab that performed the assay make a |
| 12:36:30 22 | conclusion about the effectiveness of therapy? |
| 12:36:33 23 | MS. RHYU: You're asking about that today? |
| 12:36:35 24 | MR. CANNON: Today. |
| 12:36:35 25 | MS. RHYU: I instruct the witness not to answer |

PAUL VOLBERDING, M.D.                              08/19/07

| | | |
|---|---|---|
| 12:36:38 | 1 | as being outside the scope of this deposition. |
| 12:36:39 | 2 | (Instruction not to answer.) |
| 12:36:39 | 3 | BY MR. CANNON: |
| 12:36:40 | 4 | Q  Do you follow counsel's instructions? |
| 12:36:42 | 5 | A  Yes, I do. |
| 12:36:43 | 6 | Q  Does the manufacturer of the test kit make a |
| 12:36:47 | 7 | conclusion about the effectiveness of therapy for a |
| 12:36:51 | 8 | particular patient? |
| 12:36:52 | 9 | MS. RHYU:  Same instruction. |
| 12:36:53 | 10 | (Instruction not to answer.) |
| 12:36:53 | 11 | BY MR. CANNON: |
| 12:36:54 | 12 | Q  Do you follow counsel's instruction? |
| 12:36:55 | 13 | A  I do. |
| 12:37:07 | 14 | MR. CANNON:  Now would be a good time to stop |
| 12:37:09 | 15 | for a break? |
| 12:37:09 | 16 | MS. RHYU:  I'm not sure.  Yes, why don't we |
| 12:37:14 | 17 | stop.  I hear the elevator. |
| 12:37:17 | 18 | THE VIDEOGRAPHER:  The time is 12:37.  We're |
| 12:37:18 | 19 | going off the record. |
| 13:24:03 | 20 | (Lunch recess.) |
| 13:26:59 | 21 | THE VIDEOGRAPHER:  Good afternoon.  The time is |
| 13:27:01 | 22 | 1:27.  We are back on the record. |
| 13:27:05 | 23 | BY MR. CANNON: |
| 13:27:05 | 24 | Q  Dr. Volberding, before the break we were |
| 13:27:08 | 25 | looking at Exhibit 11, which was an article from Nature |

88

| | |
|---|---|
| 13:27:12  1 | Medicine.  If you could put that in front of you. |
| 13:27:15  2 |     A   Okay. |
| 13:27:16  3 |     Q   All right.  On the first page, there -- on the |
| 13:27:19  4 | second column, there's a paragraph under the title |
| 13:27:22  5 | "Correlation of HIV RNA levels to stage of disease."  Do |
| 13:27:26  6 | you see that? |
| 13:27:26  7 |     A   Yes, I do. |
| 13:27:28  8 |     Q   And the first sentence reads "Early studies |
| 13:27:35  9 | demonstrated a clear association between the titer of |
| 13:27:37 10 | culturable virus in the plasma and the clinical stage of |
| 13:27:43 11 | disease."  Do you see that? |
| 13:27:44 12 |     A   Yes, I do. |
| 13:27:45 13 |     Q   And there's three citations, three end notes |
| 13:27:49 14 | cited that.  And they're notations to references 4, 5, |
| 13:27:53 15 | and 14.  If you could turn with me to the last page of |
| 13:27:59 16 | this article, and I'd like you to just agree with me |
| 13:28:02 17 | that reference 4 is an article by an author named Ho, |
| 13:28:10 18 | published in The New England Journal of Medicine in |
| 13:28:13 19 | 1989; reference 5 is by the author of Coombs, et al., |
| 13:28:17 20 | published in The New England Journal of Medicine, also |
| 13:28:20 21 | in 1989; and reference 14 is by Clark, et al., also |
| 13:28:25 22 | published in The New England Journal of Medicine but in |
| 13:28:29 23 | 1991.  Do you see that? |
| 13:28:30 24 |     A   I do. |
| 13:28:30 25 |     Q   So each of the three articles that are cited in |

| | |
|---|---|
| 13:28:36  1 | support of the sentence on the first page of this |
| 13:28:39  2 | article were published in '89, '89, and '91 |
| 13:28:44  3 | respectively.  You would agree, then, would you not, |
| 13:28:47  4 | that before 1992, early studies demonstrated a clear |
| 13:28:53  5 | association between the titer of culturable virus in the |
| 13:28:58  6 | plasma and the clinical stage of disease? |
| 13:29:13  7 | MS. RHYU:  Objection.  Document speaks for |
| 13:29:17  8 | itself. |
| 13:29:18  9 | THE WITNESS:  It's not an area that I reviewed |
| 13:29:28 10 | in detail for the deposition today, but I agree that |
| 13:29:32 11 | that's what this article refers to, sure. |
| 13:29:38 12 | BY MR. CANNON: |
| 13:29:53 13 | Q  Do you believe -- do you believe that |
| 13:30:00 14 | Drs. Holodniy, Merigan and Katzenstein were the first to |
| 13:30:02 15 | establish the association between viral load and |
| 13:30:04 16 | clinical stage of the disease? |
| 13:30:07 17 | MS. RHYU:  Objection.  Outside the scope.  If |
| 13:30:11 18 | you -- and lacks foundation. |
| 13:30:14 19 | Dr. Volberding, if you feel that you can answer |
| 13:30:17 20 | based on any review that you've done, please go ahead. |
| 13:30:26 21 | THE WITNESS:  You know, I'm not expecting to |
| 13:30:31 22 | render an opinion as to -- as to whether they were the |
| 13:30:40 23 | first to show an association, as you've said in your |
| 13:30:44 24 | question. |
| 13:30:44 25 | BY MR. CANNON: |

| | |
|---|---|
| 14:16:44 1 | statistically. It's unusual for a specific test in a |
| 14:16:52 2 | specific patient to be analyzed statistically. |
| 14:16:55 3 | BY MR. CANNON: |
| 14:17:01 4 | Q   So is it your testimony -- and correct me if |
| 14:17:04 5 | I'm misstating this in any way. Is it your testimony |
| 14:17:08 6 | that, as of May 1992, one of skill in the art would not |
| 14:17:12 7 | consider it -- a treating physician to be the person |
| 14:17:20 8 | that evaluates whether or not a statistically |
| 14:17:23 9 | significant decline has taken place? |
| 14:17:37 10 | MS. RHYU:  Same objections.  Outside the scope, |
| 14:17:39 11 | lacks foundation. |
| 14:17:44 12 | THE WITNESS:  My assumption would be that the |
| 14:17:48 13 | physician might compare a result against the performance |
| 14:17:56 14 | of a test, and that the statistical significance would |
| 14:18:03 15 | have been established in other settings. |
| 14:18:04 16 | BY MR. CANNON: |
| 14:18:04 17 | Q   So the statistical significance is not the data |
| 14:18:11 18 | for a particular patient, but that patient as compared |
| 14:18:16 19 | to a number of patients that have gone previously? |
| 14:18:20 20 | A   I think, in general, the statistical |
| 14:18:23 21 | significance would have been generated from data from |
| 14:18:26 22 | larger groups of patients, not a specific patient under |
| 14:18:29 23 | treatment. |
| 14:18:29 24 | Q   In May 1992, how much of a decline in HIV RNA |
| 14:18:44 25 | copy number would be considered statistically |

119

| | |
|---|---|
| 14:18:47  1 | significant by those with skill in the art? |
| 14:18:49  2 | A    I haven't -- |
| 14:18:53  3 | MS. RHYU:  Hold on just a sec. |
| 14:19:14  4 | Objection.  Lacks foundation, assumes facts not |
| 14:19:18  5 | in evidence. |
| 14:19:19  6 | Go ahead. |
| 14:19:19  7 | THE WITNESS:  Yeah, it's not an area that I |
| 14:19:21  8 | reviewed specifically for the deposition.  I assume that |
| 14:19:28  9 | data is very available, but I couldn't, as I sit here, |
| 14:19:34 10 | give you the exact numbers. |
| 14:19:36 11 | BY MR. CANNON: |
| 14:19:36 12 | Q    But you offered an opinion about the meaning of |
| 14:19:39 13 | the phrase "statistically significant decline"; right? |
| 14:19:42 14 | A    Yes, I did. |
| 14:19:43 15 | Q    Just so I've got the testimony fully clear, but |
| 14:19:47 16 | you don't have an opinion as to how much of a decline |
| 14:19:49 17 | was statistically significant as of May 1992? |
| 14:19:53 18 | A    If I could have you refer back to my |
| 14:19:57 19 | declaration -- |
| 14:19:57 20 | Q    Sure. |
| 14:19:57 21 | A    -- so I could look at that section. |
| 14:20:00 22 | Q    Absolutely.  Absolutely.  And if you need to |
| 14:20:03 23 | take a little time to read it to answer the question, |
| 14:20:06 24 | please do. |
| 14:20:20 25 | MS. RHYU:  And I'll object to that pending |

| | | |
|---|---|---|
| 14:20:22 | 1 | question as misstating the prior testimony and |
| 14:20:28 | 2 | mischaracterizing that declaration. |
| 14:20:34 | 3 |     THE WITNESS:  So -- |
| 14:20:34 | 4 |     MS. RHYU:  Also misleading. |
| 14:20:36 | 5 |     THE WITNESS:  -- I'm waiting to be directed |
| 14:20:38 | 6 | where you're referring in my declaration. |
| 14:20:41 | 7 | BY MR. CANNON: |
| 14:20:41 | 8 |     Q    No, I was asking -- I was looking at paragraph |
| 14:20:43 | 9 | 17 of your declaration, which is the paragraph that I |
| 14:20:47 | 10 | understood in which you rendered your opinions about |
| 14:20:55 | 11 | statistically significant decline.  And so please feel |
| 14:21:02 | 12 | free to read that paragraph or any of the other |
| 14:21:02 | 13 | paragraphs in the dec. |
| 14:21:04 | 14 |     A    Okay. |
| 14:21:04 | 15 |     MR. CANNON:  And could we go back, Gina, to, I |
| 14:21:06 | 16 | think, two questions ago, where I had a question that |
| 14:21:10 | 17 | prompted going to the dec. |
| 14:21:34 | 18 |     (Record read as follows: |
| 14:21:34 | 19 |         "Q    Just so I've got the testimony |
| 14:21:34 | 20 |         fully clear, but you don't have an |
| 14:21:34 | 21 |         opinion as to how much of a decline was |
| 14:21:34 | 22 |         statistically significant as of May |
| 14:21:35 | 23 |         1992?") |
| 14:21:35 | 24 |     MS. RHYU:  Same objections and vague.  Are you |
| 14:21:37 | 25 | asking him what statistically significant means? |

PAUL VOLBERDING, M.D.                     08/19/07

| | |
|---|---|
| 14:21:42  1 | MR. CANNON: I'm just asking him the question. |
| 14:21:44  2 | Q   Can you answer it? |
| 14:21:44  3 | A   My reading of my declaration, I think it's |
| 14:21:48  4 | clear that I was referring to a general understanding of |
| 14:21:55  5 | what statistical significance is, not to a specific |
| 14:21:57  6 | number of decline in viral load. |
| 14:21:59  7 | Q   Would one of skill in the art in 1992 have had |
| 14:22:04  8 | an understanding as to how much of a decline was |
| 14:22:10  9 | statistically significant? |
| 14:22:12 10 | MS. RHYU: Asked and answered. |
| 14:22:13 11 | THE WITNESS: My belief is that a person of |
| 14:22:15 12 | skill in the art in 1992 would understand what the term |
| 14:22:19 13 | "statistically significant" meant, and would refer to |
| 14:22:25 14 | published numbers in publications or package inserts or |
| 14:22:33 15 | some other source to know what the specific numbers |
| 14:22:36 16 | were. |
| 14:22:37 17 | BY MR. CANNON: |
| 14:22:37 18 | Q   What publications or package inserts were |
| 14:22:41 19 | available to those of skill in the art in May 1992 to |
| 14:22:45 20 | make that determination? |
| 14:22:47 21 | MS. RHYU: Objection. Lacks foundation, vague. |
| 14:22:51 22 | THE WITNESS: I'm -- I didn't review all of the |
| 14:22:54 23 | publications that might have been available, but |
| 14:22:57 24 | certainly some of them are ones that have been discussed |
| 14:23:02 25 | in the context of this -- of these claims. |

122

| | |
|---|---|
| 14:23:03 1 | BY MR. CANNON: |
| 14:23:04 2 | Q  Right, we -- but were those available in May |
| 14:23:08 3 | 1992? |
| 14:23:10 4 | MS. RHYU:  Objection.  Vague.  Again, are you |
| 14:23:13 5 | asking him to define what statistically significant is? |
| 14:23:18 6 | THE WITNESS:  I don't know, as I sit here, all |
| 14:23:20 7 | of the publications that would have analyzed the |
| 14:23:26 8 | significance of declines in numbers of viral load in May |
| 14:23:30 9 | of 1992. |
| 14:23:31 10 | BY MR. CANNON: |
| 14:23:31 11 | Q  Can you identify any publications that would |
| 14:23:35 12 | provide information to those of skill in the art that |
| 14:23:38 13 | would allow them to determine whether a particular |
| 14:23:41 14 | decline was statistically significant? |
| 14:23:44 15 | MS. RHYU:  Objection.  Lacks foundation, |
| 14:23:46 16 | misleading to suggest that statistically significant |
| 14:23:51 17 | requires a particular number. |
| 14:23:57 18 | THE WITNESS:  Could you repeat your question? |
| 14:23:59 19 | MR. CANNON:  Could you read it back, please. |
| 14:24:13 20 | (Record read.) |
| 14:24:24 21 | THE WITNESS:  In 1992 -- |
| 14:24:26 22 | MS. RHYU:  Same objections. |
| 14:24:27 23 | THE WITNESS:  -- clinicians, were they to |
| 14:24:38 24 | perform viral load testing, would likely have referred |
| 14:24:41 25 | to the research papers that have been included in this |

```
14:24:44   1   patent.
14:24:47   2   BY MR. CANNON:
14:24:47   3       Q   Can you give me a specific example, sitting
14:24:49   4   here today, of any of those papers?
14:24:51   5       A   I'd have to look at the literature to find
14:24:56   6   specific papers.  I wasn't expecting to be able to cite
14:25:02   7   articles that gave specific numbers like that.
14:25:08   8       Q   So the answer is, without further research that
14:25:13   9   you might undertake, you can't -- you can't provide a
14:25:16  10   specific citation sitting here today?
14:25:18  11           MS. RHYU:  Objection.  Misstates prior
14:25:20  12   testimony, misleading, lacks foundation.
14:25:26  13           THE WITNESS:  I said that I was --
14:25:27  14           MS. RHYU:  And he -- and he can answer
14:25:28  15   questions as to the meaning of statistical significance.
14:25:33  16           THE WITNESS:  I said that I was prepared to
14:25:34  17   talk about the definition of statistical significance,
14:25:39  18   but wasn't expecting to identify exact references or
14:25:46  19   numbers.
14:25:47  20   BY MR. CANNON:
14:25:47  21       Q   Right, I understand that.  I'm just trying to
14:25:49  22   close out the testimony so we're all on the same page.
14:25:52  23           So sitting here today, you cannot identify a
14:25:54  24   particular reference or publication at or before May
14:26:01  25   1992 that would provide the data that we've been
```

PAUL VOLBERDING, M.D.                               08/19/07

| | |
|---|---|
| 14:26:04  1 | discussing; correct? |
| 14:26:05  2 |       MS. RHYU:  Objection.  Vague. |
| 14:26:05  3 |       THE WITNESS:  I haven't had a chance to review |
| 14:26:07  4 | the literature to answer that question. |
| 14:26:14  5 | BY MR. CANNON: |
| 14:26:14  6 |    Q   Looking back at the claims of the '705 |
| 14:26:20  7 | patent -- |
| 14:26:22  8 |    A   Okay. |
| 14:26:23  9 |    Q   -- and let's look at claims 6 and 7.  Did you |
| 14:26:27 10 | review those claims? |
| 14:26:29 11 |    A   Yes, I did. |
| 14:26:29 12 |    Q   And claim 6 uses the phrase "statistically |
| 14:26:36 13 | significant decline"; correct? |
| 14:26:38 14 |    A   Yes, it does. |
| 14:26:39 15 |    Q   And that's a phrase that you've provided an |
| 14:26:42 16 | opinion for; correct? |
| 14:26:42 17 |    A   That's correct. |
| 14:26:43 18 |    Q   And let me just read claim 6.  "The method of |
| 14:26:48 19 | claim 1 wherein the presence of a statistically |
| 14:26:51 20 | significant decline in plasma HIV RNA copy number |
| 14:26:56 21 | correlates positively that the antiretroviral agent is |
| 14:27:00 22 | therapeutically effective."  Do you see that? |
| 14:27:03 23 |    A   Yes, I do. |
| 14:27:03 24 |    Q   Do you understand there to be a typo in that |
| 14:27:15 25 | claim or a mistake? |

125