# EXHIBIT C

Dockets.Justia.com

# ORIGINAL

VOLUME:  I

PAGES:  1-8

EXHIBITS: 1-4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C.A. No. C-05-04158 MHP

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE BOARD OF TRUSTEES OF THE LELAND      \*

STANFORD JUNIOR UNIVERSITY,              \*

   Plaintiff                        \*

v.                                       \*

ROCHE MOLECULAR SYSTEMS, INC.; ROCHE     \*

DIAGNOSTICS CORPORATION; ROCHE           \*

DIAGNOSTICS OPERATIONS, INC.,            \*

   Defendants                       \*

             \*

_____

ROCHE MOLECULAR SYSTEMS, INC.; ROCHE     \*

DIAGNOSTICS CORPORATION; ROCHE           \*

DIAGNOSTICS OPERATIONS, INC.,            \*

   Counterclaimants                 \*

vs.                                      \*

THE BOARD OF TRUSTEES OF THE LELAND      \*

STANFORD JUNIOR UNIVERSITY and           \*

THOMAS MERIGAN,                          \*

   Counterclaim Defendants          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

SCHEDULED VIDEOTAPED DEPOSITION OF

FRED KRAMER

SCHEDULED VIDEOTAPED DEPOSITION OF

FRED KRAMER, a witness called on behalf of

the Defendants, pursuant to the Federal

Rules of Civil Procedure, before Jessica L.

Williamson, Registered Merit Reporter,

Certified Realtime Reporter and Notary

Public in and for the Commonwealth of

Massachusetts, at the Offices of G & M Court

Reporters & Associates, 42 Chauncy Street,

Boston, Massachusetts, on Wednesday, August

15, 2007, commencing at 10:57 a.m.

A P P E A R A N C E S


(No one appeared on behalf of the
Plaintiffs.)


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

  (By Brian C. Cannon, Esq.)

  555 Twin Dolphin Drive

  Suite 560

  Redwood Shores, California  94065

  (650) 801-5055

  briancannon@quinnemanuel.com

  Counsel for the Defendants and

  Counterclaimants


ALSO PRESENT:


  Marissa Deleary, Videographer

```
1                  E X H I B I T S
2      NO.                                    PAGE
3       1   Notice of Deposition and            5
            Amended Subpoena Issued to
4           Fred Kramer
5       2   Proof of Service Amended            5
            Subpoena
6
7       3   Order and Stipulation Re:           5
            Deposition of Expert Witnesses
8       4   Letter dated August 13, 2007        5
9
10
11
12
13     Note:  Original Exhibits 1 - 4 were retained
14     by Attorney Cannon.
15
16
17
18
19
20
21
22
23
24
```

```
1                P R O C E E D I N G S
2              (Exhibit No. 1, Notice of
3    Deposition and Amended Subpoena Issued to
4    Fred Kramer, premarked for identification.)
5              (Exhibit No. 2, Proof of Service
6    Amended Subpoena, premarked for
7    identification.)
8              (Exhibit No. 3, Order and
9    Stipulation Re: Deposition of Expert
10   Witnesses, premarked for identification.)
11             (Exhibit No. 4, Letter dated August
12   13, 2007, premarked for identification.)
13             MR. CANNON:  This is Brian Cannon
14   of the Quinn Emanuel law firm representing
15   Roche Molecular Systems.  It is August 15,
16   2007, approximately 11:00 a.m.  We are here
17   in Boston to take the deposition of
18   Stanford's expert, Fred Kramer.  Neither
19   witness nor Stanford's attorneys have shown
20   up to establish the record.
21       I would like to mark the first four
22   exhibits I was planning to mark at this
23   deposition.  Exhibit No. 1 is the notice of
24   deposition and amended subpoena issued to
25   Fred Kramer.  The subpoena states that the
```

1    deposition will take place August 15th, 2007

2    at 9:30 a.m. at G & M Court Reporters,

3    Limited, 42 Chauncy Street, Suite 1A,

4    Boston, Massachusetts.  And that is where we

5    are right now.

6        Exhibit 2 is the proof of service of

7    the amended subpoena.  Exhibit 3 is a court

8    order dated August the 2nd, 2007, Docket No.

9    175, which states in Paragraph 1, quote,

10   "The depositions of Stanford's experts, Paul

11   Volberding and Fred Kramer, will at a

12   mutually convenient time for the parties

13   take place after August the 12th, 2007, but

14   before August 20th, 2007."

15       Finally, Exhibit 4 is a letter dated

16   August 13th, 2007 sent via e-mail and U.S.

17   mail from Brian Cannon, myself, to Ricardo

18   Rodriguez, counsel for Stanford, that

19   states, "With respect the August 15th

20   deposition of Fred Kramer, not having heard

21   anything from the Court today, we intend to

22   proceed with the deposition in Boston as

23   scheduled at the time and location set forth

24   in the amended subpoena."

25       With that, we are going to call the

1    Court to seek relief on a motion to compel

2    to obtain testimony from the witness.

3    That's it.  Thank you.

4                    (Whereupon the deposition was

5                    concluded at 10:59 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

I, Jessica L. Williamson, Registered Merit Reporter, Certified Realtime Reporter and Notary Public, do hereby certify that the foregoing transcript, Volume I, is a true and accurate transcription of my stenographic notes taken on Wednesday, August 15, 2007.

Jessica L. Williamson, RMR, RPR, CRR

CSR No. 138795

Notary Public

My commission expires:

December 18, 2009

- - - - -