# EXHIBIT D

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

August 16, 2007

WRITER'S DIRECT DIAL NO.
(650) 801-5055

WRITER'S INTERNET ADDRESS
briancannon@quinnemanuel.com

**VIA E-MAIL AND U.S. MAIL**
rhyums@cooley.com
rr@cooley.com

Michelle Rhyu, Esq.
Ricardo Rodriguez, Esq.
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Re:   *Stanford v. Roche Molecular Systems, Inc.*
      United States District Court, Northern District of California, Case No. 05-4158-MHP

Dear Counsel:

I am in receipt of Michelle's August 15, 2007 letter. I understand that Stanford has elected not to use Dr. Kramer in connection with its reply claim construction brief and that Stanford will not make him available for deposition under the terms of the Court's August 2 Stipulation and Order and August 13 Order. Accordingly, please be advised that if you submit any declaration by Dr. Kramer in connection with Stanford's claim construction briefing, for any purpose whatsoever including your nebulous threat of rebuttal, Roche will move to strike that declaration. In addition, we will seek all costs and fees associated with such motion to strike together with our fees and costs associated with your failure to produce Dr. Kramer for deposition at the time and location previously agreed to by the parties and in conformance with Dr. Kramer's subpoena.

Very truly yours,

Brian Cannon

Brian Cannon

BC:ar

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700