# EXHIBIT J

Dockets.Justia.com



EDITION 17 ILLUSTRATED

# Taber's®

# CYCLOPEDIC MEDICAL DICTIONARY

F.A. DAVIS COMPANY



PHILADELPHIA

**Copyright © 1993 by F. A. Davis Company**

Copyright 1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, 1969, 1970, 1973, 1977, 1981, 1985, and 1989 by F. A. Davis.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Last digit indicates print number 10 9 8 7 6

NOTE: As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The author and publisher have done everything possible to make Taber's accurate, up to date, and in accord with accepted standards at the time of publication. The author, editors, and publisher are not responsible for errors or omissions or for consequences from application of the book, and make no warranty, expressed or implied, in regard to the contents of the book. Any practice described in this book should be applied by the reader in accordance with professional standards of care used in regard to the unique circumstances that may apply in each situation. The reader is advised always to check product information (package inserts) for changes and new information regarding dose and contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

**Library of Congress Cataloging in Publication Data**

Taber, Clarence Wilbur, 1870–1968
Taber's Cyclopedic Medical Dictionary, edition 17.

Medicine—Dictionaries I. Thomas, Clayton L., 1921– . II. Title. III. Title: Cyclopedic medical dictionary. [DNLM: 1. Dictionaries, Medical. W 13 T113d]
R121.T144 1993 610'.3'21 62-8364
ISBN 0-8036-8313-8
ISBN 0-8036-8312-x (indexed)

lation. The test may also be used to determine an overdose of a cholinergic drug. An excessive dose of cholinergic drug produces weakness that closely resembles myasthenia. A very small dose of edrophonium chloride given intravenously will make the weakness worse if it is due to cholinergic drug overdose and will improve the weakness if it is due to myasthenia gravis.

---

Caution: The test should not be performed unless facilities and staff for respiratory resuscitation are immediately available.

---

**EDTA.** *ethylenediaminetetraacetic acid.*

**eduction** (ē-dŭk'shŭn) [L. *e*, out, + *ducere*, to lead]. Emergence from a particular state or condition; thus, coming out of the effects of general anesthesia is an example of eduction. SEE: *induction* (def. 4).

**EEE.** *eastern equine encephalitis.*

**EEG.** *electroencephalogram.*

**EENT.** *eyes, ears, nose, and throat.*

**EFA.** *essential fatty acids.*

**effacement** (ē-fās'mĕnt). In obstetrics, during the normal progress of delivery, the dilation of the cervix, enlarging the cross-sectional area of the canal to permit passage of the fetus.

**effect** (ĕ-fĕkt') [L. *effectus*, to accomplish]. Result of an action or force.

***e., additive.*** Therapeutic effect of a combination of two or more drugs that is equal to the sum of the individual drug effects.

***e., Bainbridge.*** SEE: *reflex, Bainbridge.*

***e., cumulative.*** Drug effect that is apparent only after a number of doses have been given. Caused by excretion or metabolic degradation of only a fraction of each dose given. Sometimes it is therapeutically desirable although this type of effect is usually avoided.

***e., piezoelectric.*** In ultrasound, changing the mechanical action of the ceramic crystals into an electrical impulse. SEE: *triboluminescence.*

**effectiveness** (ĕ-fĕk'tĭv-nĕs). The ability to cause the expected or intended effect or result.

**effector.** One of the nerve endings having the efferent process end in a gland or muscle cell. The terminal arborizations of efferent or motor nerves. Also applied to effector organs (muscles and glands).

**effector cells.** Term used to refer to the active cells of the immune system responsible for destroying or controlling foreign antigens. SEE: *leukocyte.*

**effector organ.** A structure, specifically muscles and glands, that when stimulated produces an effect.

**effeminate.** Pert. to the state or condition of a male having the physical characteristics or mannerisms of a female.

**effemination** (ĕ-fĕm"ĭ-nā'shŭn) [L. *effeminare*, to make feminine]. The production of female physical characteristics in a male. SYN: *feminization.*

**efferent** [L. *efferens*, to bring out]. Carrying away from a central organ or section, as efferent nerves, which conduct impulses from the brain or spinal cord to the periphery; efferent lymph vessels, which convey lymph from lymph nodes; and efferent arterioles, which carry blood from glomeruli of the kidney. Opposite of afferent, q.v.

**efferent nerves.** Nerves that carry impulses having the following effects: motor, causing contraction of muscles; secretory, causing glands to secrete; and inhibitory, causing some organs to become quiescent. SYN: *motor nerves.*

**effervesce** (ĕf"ĕr-vĕs') [L. *effervescere*, to boil up]. To boil or form bubbles on the surface of a liquid.

**effervescence** (ĕf-ĕr-vĕs'ĕns). Formation of bubbles of gas rising to surface of fluid.

**effervescent.** Bubbling. Rising in little bubbles of gas.

**efficiency.** The accomplishing of a task with no undue expenditure of energy or effort.

**effleurage** (ĕf-loor-ăzh') [Fr. *effleurer*, to touch lightly]. Deep or gentle stroking in massage.

**efflorescence** (ĕf-flor-ĕs'ĕns) [L. *efflorescere*, to bloom]. A rash; a redness of the skin. SYN: *exanthem.*

**efflorescent.** Becoming powdery or drying from loss of water of crystallization.

**effluent** (ĕf'loo-ĕnt) [L. *effluere*, to flow out]. 1. A flowing out. 2. Fluid material discharged from a sewage treatment or industrial plant.

**effluvium** (ĕf-loo'vē-ŭm) (pl. *effluvia*). A malodorous outflow of vapor or gas, particularly one that is toxic.

**effort.** Expenditure of physical or mental energy.

**effort syndrome.** A form of anxiety neurosis, q.v., in which fatigue is the presenting symptom. The fatigue is increased by mild exertion, and may be more pronounced in the morning.

**effuse** (ĕ-fūs') [L. *effusio*, pour out]. Thin, widely spreading. Applied to a bacterial growth that forms a very delicate film over a surface.

**effusion** (ĕ-fū'zhŭn). Escape of fluid into a part, as the pleural cavity, such as pyothorax (pus), hydrothorax (serum), hemothorax (blood), chylothorax (lymph), pneumothorax (air), hydropneumothorax (serum and air), and pyopneumothorax (pus and air).