# Exhibit 17

Dockets.Justia.com

# Webster's Medical Desk Dictionary

A Merriam-Webster®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

STAN 031809



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data

Webster's medical desk dictionary.

1. Medicine—Dictionaries. I. Merriam-Webster, Inc.
R121.W357 1986 610'.3'21 86-16280
ISBN 0-87779-025-6

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

78910RRD929190

**aftersensation • aggressive** 17

usu. takes the form of a negative followed by a positive potential with both being of much smaller amplitude than the action potential

**af·ter·sen·sa·tion** \-sen-ˌsā-shən, sən-\ *n* : a sensation occurring after stimulation by its external cause has ceased; *esp* : AFTERIMAGE

**af·ter·taste** \-ˌtāst\ *n* : persistence of a sensation (as of flavor or an emotion) after the stimulating agent or experience has gone

**af·ter·vi·sion** \-ˌvizh-ən\ *n* : AFTERIMAGE

**af·to·sa** \af-ˈtō-sə, -zə\ *n* : FOOT-AND-MOUTH DISEASE

**Ag** *symbol* [Latin *argentum*] silver

**aga·lac·tia** \ˌā-gə-ˈlak-sh(ē-)ə, -tē-ə\ *n* : the failure of the secretion of milk from any cause other than the normal ending of the lactation period — **aga·lac·tic** \-tik\ *adj*

**aga·mete** \ˌā-gə-ˈmēt, (ˈ)ā-ˈgam-ˌēt\ *n* : an asexual reproductive cell (as a spore or a merozoite)

**agam·ic** \(ˈ)ā-ˈgam-ik\ *adj* : ASEXUAL, PARTHENOGENETIC — **agam·i·cal·ly** \-i-k(ə-)lē\ *adv*

**agam·ma·glob·u·lin·emia** *or chiefly Brit* **agam·ma·glob·u·lin·ae·mia** \(ˌ)ā-ˌgam-ə-ˌgläb-yə-lə-ˈnē-mē-ə\ *n* : a pathological condition in which the body forms few or no gamma globulins or antibodies — compare DYSGAMMAGLOBULINEMIA

**aga·mog·o·ny** \ˌā-gə-ˈmäg-ə-nē, ˌag-ə-\ *n, pl* **-nies** : asexual reproduction; *specif* : SCHIZOGONY

**Aga·mo·mer·mis** \(ˌ)ā-ˌgam-ə-ˈmər-məs, ˌag-ə-mō-\ *n* : a genus of nematode worms (family Mermithidae) that are normally free-living as adults and parasites of insects as larvae but may accidentally parasitize man

**agam·ont** \(ˈ)ā-ˈgam-ˌänt\ *n* : SCHIZONT

**agan·gli·on·ic** \(ˌ)ā-ˌgaŋ-glē-ˈän-ik\ *adj* : lacking ganglia

**agar** \ˈäg-ər\ *n* **1** : a gelatinous colloidal extractive of a red alga (as of the genera *Gelidium, Gracilaria,* and *Eucheuma*) used esp. in culture media or as a gelling and stabilizing agent in foods **2** : a culture medium containing agar

**agar–agar** \ˌäg-ə-ˈräg-ər\ *n* : AGAR

**aga·ric** \ˈag-ə-rik, ə-ˈgar-ik\ *n* **1** : the dried fruit body of a mushroom (*Fomes officinalis* syn. *Polyporus officinalis*) formerly used in the treatment of excessive perspiration (as in the night sweats of tuberculosis) — called also *larch agaric* **2** : a fungus of the family Agaricaceae and esp. of the genus *Agaricus*

**Agar·i·ca·ce·ae** \ə-ˌgar-ə-ˈkā-sē-ˌē\ *n pl* : a large family of fungi (order Agaricales) that contains the genera *Agaricus* and *Amanita* and includes many familiar mushrooms with the sporophore usu. consisting of a central stalk and a cap like an umbrella on the lower surface of which are numerous lamellae bearing the hymenium

**agar·i·cin** \ə-ˈgar-ə-sən\ *n* : an impure form of the active principle of medicinal agaric

**Agar·i·cus** \-ə-kəs\ *n* : a genus that is the type of the family Agaricaceae, comprises fungi with gills and brown spores, and includes several (as the meadow mushroom, *A. campestris*) that are edible — compare AMANITA

**aga·rose** \ˈag-ə-ˌrōs, ˈäg-, -ˌrōz\ *n* : a polysaccharide obtained from agar that is used esp. as a supporting medium in electrophoresis and chromatography

**agas·tric** \(ˈ)ā-ˈgas-trik\ *adj* : lacking a stomach or distinct digestive canal ⟨the tapeworm is ~⟩

**aga·ve** \ə-ˈgäv-ē\ *n* **1** *cap* : a genus of plants (family Amaryllidaceae) native to tropical America and to the southwestern U.S., having heavy stiff often spiny leaves mostly in basal rosettes and tall spikes of flowers, and including some that are cultivated for their fiber (as sisal), for other economic products (as mescal), or for ornament **2** : a plant (as the century plant) of the genus *Agave*

**¹age** \ˈāj\ *n* **1 a** : the part of an existence extending from the beginning to any given time ⟨a boy 10 years of ~⟩ **b** : the time of life at which some particular event, qualification, or capacity arises, occurs, or is lost ⟨of reproductive ~⟩ ⟨~ of first pregnancy⟩ **c** : an advanced stage of life **2** : an individual's development measured in terms of the years requisite for like development of an average individual ⟨a child of 7 with a mental ~ of 10⟩

**²age** *vb* **aged; ag·ing** *or* **age·ing** *vi* : to become old : show the effects or the characteristics of increasing age ~ *vt* : to cause to become old

**agen·e·sis** \(ˈ)ā-ˈjen-ə-səs\ *n, pl* **-e·ses** \-ˌsēz\ : lack or failure of development (as of a body part)

**agen·i·tal·ism** \(ˈ)ā-ˈjen-ət-ᵊl-ˌiz-əm\ *n* : an abnormal condition associated with lack of or incompletely developed sex organs and caused by deficient secretion of sex hormones

**age·nize** \ˈā-jə-ˌnīz\ *vt* **-nized; -niz·ing** : to treat (flour) with nitrogen trichloride

**agent** \ˈā-jənt\ *n* **1** : something that produces or is capable of producing an effect **2** : a chemically, physically, or biologically active principle — see OXIDIZING AGENT, REDUCING AGENT

**Agent Orange** \-ˈär-inj, -ˈär(-ə)nj, -ˈȯr-inj, -ˈȯr(-ə)nj\ *n* : an herbicide widely used as a defoliant in the Vietnam War that is composed of 2,4-D and 2,4,5-T and contains dioxin as a contaminant

**age of con·sent** \-kən-ˈsent\ *n* : the age at which one is legally competent to give consent esp. to marriage or to sexual intercourse

**ageu·sia** \ə-ˈgyü-zē-ə, (ˈ)ā-, -ˈjü-, -sē-\ *n* : the absence or impairment of the sense of taste — **ageu·sic** \-zik, -sik\ *adj*

**ag·ger** \ˈaj-ər\ *n* : an anatomical prominence

**¹ag·glom·er·ate** \ə-ˈgläm-ə-ˌrāt\ *vt* **-at·ed; -at·ing** : to gather into a ball, mass, or cluster — **ag·glom·er·a·tion** \ə-ˌgläm-ə-ˈrā-shən\ *n*

**²ag·glom·er·ate** \-rət\ *n* : a jumbled mass or collection ⟨probably a virus or ~*s* of a virus —E. A. Steinhaus⟩

**agglut** *abbr* agglutination

**ag·glu·ti·na·bil·i·ty** \ə-ˌglüt-ᵊn-ə-ˈbil-ət-ē\ *n, pl* **-ties** : capacity (as of red blood cells) to be agglutinated — **ag·glu·ti·na·ble** \-ˈglüt-ᵊn-ə-bəl\ *adj*

**¹ag·glu·ti·nant** \ə-ˈglüt-ᵊn-ənt\ *adj* : causing or tending to cause adhesion

**²agglutinant** *n* : an agglutinating substance

**¹ag·glu·ti·nate** \-ᵊn-ˌāt\ *vb* **-nat·ed; -nat·ing** *vt* : to cause to undergo agglutination ~ *vi* : to undergo agglutination

**²ag·glu·ti·nate** \-ᵊn-ət, -ᵊn-ˌāt\ *n* : a clump of agglutinated material (as blood cells or bacteria)

**ag·glu·ti·na·tion** \ə-ˌglüt-ᵊn-ˈā-shən\ *n* : a reaction in which particles (as red blood cells or bacteria) suspended in a liquid collect into clumps and which occurs esp. as a serological response to a specific antibody

**agglutination test** *n* : any of several tests based on the ability of a specific serum to cause agglutination of a suitable system and used in the diagnosis of infections, the identification of microorganisms, and in blood grouping — compare WIDAL TEST

**ag·glu·ti·na·tive** \ə-ˈglüt-ᵊn-ˌāt-iv, -ət-\ *adj* : causing or produced by agglutination ⟨~ proteins⟩

**ag·glu·ti·nin** \ə-ˈglüt-ᵊn-ən\ *n* : a substance (as an antibody) producing agglutination

**ag·glu·ti·no·gen** \ə-ˈglüt-ᵊn-ə-jən\ *n* : an antigen whose presence results in the formation of an agglutinin — **ag·glu·ti·no·gen·ic** \-ˌglüt-ᵊn-ə-ˈjen-ik\ *adj*

**ag·glu·ti·noid** \ə-ˈglüt-ᵊn-ˌȯid\ *n* : an agglutinin that has lost or never had the power to agglutinate but can still unite with its agglutinogen — compare ANTIBODY, BLOCKING ANTIBODY

**ag·glu·ti·no·scope** \ə-ˈglüt-ᵊn-ə-ˌskōp\ *n* : an instrument used to facilitate visual observation of agglutination (as in a test tube)

**¹ag·gre·gate** \ˈag-ri-gət\ *adj* : formed by the collection of units or particles into a body, mass, or amount

**²ag·gre·gate** \-ˌgāt\ *vt* **-gat·ed; -gat·ing** : to collect or gather into a mass or whole ⟨*aggregated* human albumin⟩

**³ag·gre·gate** \-gət\ *n* : a mass or body of units or parts somewhat loosely associated with one another

**ag·gres·sin** \ə-ˈgres-ᵊn\ *n* : a hypothetical substance held to contribute to the virulence of pathogenic bacteria by paralyzing the host defensive mechanisms (as the leukocytes) and held to be produced by the bacteria in the body of the host

**ag·gres·sion** \ə-ˈgresh-ən\ *n* : hostile, injurious, or destructive behavior or outlook esp. when caused by frustration

**ag·gres·sive** \ə-ˈgres-iv\ *adj* **1** : tending toward or exhibiting

\ə\abut \ᵊ\kitten \ər\further \a\ash \ā\ace \ä\cot, cart \au̇\out \ch\chin \e\bet \ē\easy \g\go \i\hit \ī\ice \j\job \ŋ\sing \ō\go \ȯ\law \ȯi\boy \th\thin \th\the \ü\loot \u̇\foot \y\yet \zh\vision *see also* Pronunciation Symbols page

STAN 031811

**-chi·sis·es** : degenerative splitting of the retina into separate layers

**ret·i·no·scope** \ˈret-ᵊn-ə-ˌskōp\ *n* : an apparatus used in retinoscopy

**ret·i·nos·co·py** \ˌret-ᵊn-ˈäs-kə-pē\ *n, pl* **-pies** : a method of determining the state of refraction of the eye by illuminating the retina with a mirror and observing the direction of movement of the retinal illumination and adjacent shadow when the mirror is turned — **ret·i·no·scop·ic** \ˌret-ᵊn-ə-ˈskäp-ik\ *adj*

**ret·i·no·tec·tal** \ˌret-ᵊn-ō-ˈtek-təl\ *adj* : of, relating to, or being the nerve fibers connecting the retina and the tectum of the midbrain ⟨~ pathways⟩

**re·tort** \ri-ˈtȯ(ə)rt, ˈrē-ˌ\ *n* : a vessel or chamber in which substances are distilled or decomposed by heat

**re·tract** \ri-ˈtrakt\ *vt* : to draw back or in ⟨~ the lower jaw⟩ — compare PROTRACT ~ *vi* : to draw something (as tissue) back or in; *also* : to use a retractor

**re·trac·tile** \ri-ˈtrak-tᵊl, -ˌtīl\ *adj* : capable of being drawn back or in

**re·trac·tion** \ri-ˈtrak-shən\ *n* : an act or instance of retracting; *specif* : backward or inward movement of an organ or part ⟨~ of the nipple or skin overlying the tumor —*Jour. Amer. Med. Assoc.*⟩

**re·trac·tor** \ri-ˈtrak-tər\ *n* : one that retracts: as **a** : any of various surgical instruments for holding tissues away from the field of operation **b** : a muscle that draws in an organ or part — compare *protractor*

**ret·ro·ac·tive** \ˌre-trō-ˈak-tiv\ *adj* : having relation or reference to or efficacy in a prior time; *specif* : relating to, caused by, or being obliteration of the results of learning by immediately subsequent activity ⟨~ inhibition⟩

**ret·ro·bul·bar** \-ˈbəl-bər, -ˌbär\ *adj* : situated, occurring, or administered behind the eyeball ⟨a ~ injection⟩

**retrobulbar neuritis** *n* : inflammation of the part of the optic nerve lying immediately behind the eyeball

**ret·ro·ca·val** \-ˈkā-vəl\ *adj* : situated or occurring behind the vena cava

**ret·ro·ces·sion** \-ˈsesh-ən\ *n* : abnormal backward displacement ⟨~ of the uterus⟩

**ret·ro·cli·na·tion** \-klə-ˈnā-shən\ *n* : the condition of being inclined backward ⟨~ of the lower incisors⟩

**ret·ro·co·lic** \-ˈkō-lik, -ˈkäl-ik\ *adj* : situated or occurring behind the colon

**ret·ro·fec·tion** \ˌre-trə-ˈfek-shən\ *n* : infection with pinworms in which the eggs hatch on the anal skin and mucosa and the larvae migrate up the bowel to the cecum where they mature

**ret·ro·flex·ion** \ˌre-trə-ˈflek-shən\ *n* : the state of being bent back; *specif* : the bending back of the body of the uterus upon the cervix — compare RETROVERSION

**ret·ro·gnath·ia** \-ˈnath-ē-ə\ *n* : RETROGNATHISM

**ret·ro·gnath·ic** \-ˈnath-ik\ *adj* : relating to or characterized by retrognathism

**ret·ro·gnath·ism** \ˌre-trō-ˈnath-ˌiz-əm\ *n* : a condition characterized by recession of one or both of the jaws ⟨mandibular ~⟩

**ret·ro·grade** \ˈre-trə-ˌgrād\ *adj* **1** : characterized by retrogression **2** : affecting a period immediately prior to a precipitating cause ⟨~ amnesia⟩ **3** : occurring or performed in a direction opposite to the usual direction of conduction or flow ⟨~ catheterization⟩; *esp* : occurring along cell processes toward the cell body ⟨~ axonal transport⟩ ⟨~ degeneration of nerve fibers⟩ — compare ANTEROGRADE 2 — **ret·ro·grade·ly** *adv*

**retrograde pyelogram** *n* : a roentgenogram of the kidney made by retrograde pyelography

**retrograde pyelography** *n* : pyelography performed by injection of radiopaque material through the ureter

**ret·ro·gres·sion** \ˌre-trə-ˈgresh-ən\ *n* : a reversal in development or condition: as **a** : return to a former and less complex level of development or organization **b** : subsidence or decline of symptoms or manifestations of a disease

**ret·ro·gres·sive** \-ˈgres-iv\ *adj* : characterized by retrogression: as **a** : declining from a better to a worse state ⟨a ~ disease⟩ **b** : passing from a higher to a lower level of organization ⟨~ evolution⟩

**ret·ro·len·tal** \ˌre-trō-ˈlent-ᵊl\ *adj* : situated or occurring behind the lens of the eye

**retrolental fibroplasia** *n* : a disease of the retina that occurs esp. in premature infants of low birth weight and that is characterized by the presence of an opaque fibrous membrane behind the lens of the eye

**ret·ro·len·tic·u·lar** \ˌre-trō-len-ˈtik-yə-lər\ *adj* : RETROLENTAL

**ret·ro·lin·gual** \-ˈliŋ-g(yə-)wəl\ *adj* : situated or occurring behind or near the base of the tongue ⟨~ salivary glands⟩

**ret·ro·mam·ma·ry** \-ˈmam-ə-rē\ *adj* : situated or occurring behind the mammae

**ret·ro·man·dib·u·lar** \-man-ˈdib-yə-lər\ *adj* : situated or occurring behind the lower jaw

**ret·ro·mo·lar** \-ˈmō-lər\ *adj* : situated or occurring behind the last molar ⟨~ tissue⟩

**ret·ro–oc·u·lar** \ˌre-trō-ˈäk-yə-lər\ *adj* : situated or occurring behind the eye: RETROBULBAR ⟨~ pain⟩

**ret·ro–or·bit·al** \-ˈȯr-bət-ᵊl\ *adj* : situated or occurring behind the orbit of the eye

**ret·ro·per·i·to·ne·al** \-ˌper-ət-ᵊn-ˈē-əl\ *adj* : situated or occurring behind the peritoneum ⟨~ bleeding⟩ ⟨a ~ tumor⟩ — **ret·ro·per·i·to·ne·al·ly** \-ə-lē\ *adv*

**retroperitoneal fibrosis** *n* : proliferation of fibrous tissue behind the peritoneum often leading to blockage of the ureters — called also *Ormond's disease*

**retroperitoneal space** *n* : RETROPERITONEUM

**ret·ro·per·i·to·ne·um** \-ˌper-ət-ᵊn-ˈē-əm\ *n, pl* **-neums** *or* **-nea** \-ˈē-ə\ : the space between the peritoneum and the posterior abdominal wall that contains esp. the kidneys and associated structures, the pancreas, and part of the aorta and inferior vena cava

**ret·ro·pha·ryn·geal** \-ˌfar-ən-ˈjē-əl, -fə-ˈrin-j(ē-)əl\ *adj* : situated or occurring behind the pharynx ⟨a ~ abscess⟩

**ret·ro·pla·cen·tal** \-plə-ˈsent-ᵊl\ *adj* : situated, occurring, or obtained from behind the placenta ⟨~ blood⟩

**ret·ro·pu·bic** \ˌre-trō-ˈpyü-bik\ *adj* **1** : situated or occurring behind the pubis **2** : relating to or being a procedure for removal of the prostate by way of the retropubic space ⟨~ prostatectomy⟩

**retropubic space** *n* : the potential space occurring between the pubic symphysis and the urinary bladder — called also *space of Retzius*

**ret·ro·pul·sion** \-ˈpəl-shən\ *n* : a disorder of locomotion associated esp. with Parkinson's disease that is marked by a tendency to walk backwards

**ret·ro·rec·tal** \-ˈrek-tᵊl\ *adj* : situated or occurring behind the rectum ⟨a ~ abscess⟩

**ret·ro·spec·tive** \-ˈspek-tiv\ *adj* **1 a** : of, relating to, or given to introspection **b** : relating to past events ⟨a ~ study in which epidemiological evidence was collected after the onset of the disease⟩ **2** : based on memory — **ret·ro·spec·tive·ly** *adv*

**ret·ro·stal·sis** \ˌre-trō-ˈstȯl-səs, -ˈstäl-, -ˈstal-\ *n, pl* **-stal·ses** \-ˌsēz\ : backward motion of the intestines : reversed peristalsis — **ret·ro·stal·tic** \-tik\ *adj*

**ret·ro·ster·nal** \-ˈstər-nəl\ *adj* : situated or occurring behind the sternum ⟨~ pain⟩

**ret·ro·tar·sal** \-ˈtär-səl\ *adj* : situated or occurring behind the tarsal plate of the eyelid

**ret·ro·vac·ci·na·tion** \-ˌvak-sə-ˈnā-shən\ *n* : vaccination in which smallpox virus from human vesicles is used as seed virus in producing smallpox vaccine in cattle

**ret·ro·ver·sion** \-ˈvər-zhən *also* -shən\ *n* : the bending backward of the uterus and cervix out of the normal axis so that the fundus points toward the sacrum and the cervix toward the pubic symphysis — compare RETROFLEXION

**ret·ro·vi·rus** \ˈre-trō-ˌvī-rəs\ *n* : any of a group of RNA-containing viruses (as the Rous sarcoma virus and the HTLV causing AIDS) that produce reverse transcriptase by means of which DNA is formed using their RNA as a template and incorporated into the genome of infected cells and that include numerous viruses causing tumors in animals including man — called also *RNA tumor virus* — **ret·ro·vi·ral** \-rəl\ *adj*

**re·trude** \ri-ˈtrüd\ *vt* **re·trud·ed; re·trud·ing** : to move backward : displace posteriorly ⟨~ the mandible⟩

cytoplasmic iron granules

**sid·ero·blas·tic** \ˌsid-ə-rə-ˈblas-tik\ *adj* : of, relating to, or characterized by the presence of sideroblasts ⟨~ anemia⟩

**sid·ero·cyte** \ˈsid-ə-rə-ˌsīt\ *n* : an atypical red blood cell containing iron not bound in hemoglobin

**sid·ero·fi·bro·sis** \ˌsid-ə-rō-fī-ˈbrō-səs\ *n, pl* **-bro·ses** \-ˈbrō-ˌsēz\ : fibrosis esp. of the spleen associated with deposits containing iron

**sid·ero·pe·nia** \ˌsid-ə-rə-ˈpē-nē-ə\ *n* : iron deficiency in the blood serum — **sid·ero·pe·nic** \-ˈpē-nik\ *adj*

**sid·er·oph·i·lin** \ˌsid-ə-ˈräf-ə-lən\ *n* : TRANSFERRIN

**sid·er·o·sis** \ˌsid-ə-ˈrō-səs\ *n, pl* **-o·sis·es** **1** : pneumoconiosis occurring in iron workers from inhalation of particles of iron **2** : deposit of iron pigment in a bodily tissue

**sid·er·ot·ic** \ˌsid-ə-ˈrät-ik\ *adj* : of or relating to siderosis

**side·wind·er** \ˈsīd-ˌwīnd-ər\ *n* : a small pale-colored rattlesnake of the genus *Crotalus* (*C. cerastes*) of the southwestern U.S. that does not crawl but moves by throwing the body forward in a series of loops — called also *horned rattlesnake*

**SIDS** *abbr* sudden infant death syndrome

**sie·mens** \ˈsē-mənz, ˈzē-\ *n, pl* **siemens** : a unit of conductance in the mks system equivalent to one ampere per volt

**Sig** *abbr* signa — used to introduce the signature in writing a prescription

**sight** \ˈsīt\ *n* **1** : something that is seen **2** : the process, power, or function of seeing; *specif* : the one of the five basic physical senses by which light stimuli received by the eye are interpreted by the brain in the construction of a representation of the position, shape, brightness, and usu. color of objects in the real world **3 a** : a perception of an object by the eye **b** : the range of vision

**sight·ed** \ˈsīt-əd\ *adj* : having sight : not blind

**sight·less** \ˈsīt-ləs\ *adj* : lacking sight : BLIND — **sight·less·ness** *n*

**sigma factor** *n* : a detachable polypeptide subunit of RNA polymerase that is held to determine the genetic material which undergoes transcription

**sig·ma·tism** \ˈsig-mə-ˌtiz-əm\ *n* : faulty articulation of the sounds \s\ and \zh\

**¹sig·moid** \ˈsig-ˌmȯid\ *adj* **1 a** : curved like the letter C **b** : curved in two directions like the letter S **2** : of, relating to, or being the sigmoid flexure of the intestine ⟨~ lesions⟩

**²sigmoid** *n* : SIGMOID FLEXURE

**sigmoid artery** *n* : any of several branches of the inferior mesenteric artery that supply the sigmoid flexure

**sigmoid colon** *n* : SIGMOID FLEXURE

**sig·moid·ec·to·my** \ˌsig-ˌmȯi-ˈdek-tə-mē\ *n, pl* **-mies** : surgical excision of part of the sigmoid flexure

**sigmoid flexure** *n* : the contracted and crooked part of the colon immediately above the rectum — called also *pelvic colon, sigmoid colon*

**sig·moid·itis** \ˌsig-ˌmȯi-ˈdīt-əs\ *n* : inflammation of the sigmoid flexure

**sigmoid notch** \-ˈnäch\ *n* : a curved depression on the upper border of the lower jaw between the coronoid process and the articulatory condyle absent in lower primates and some extinct men

**sig·moid·o·pexy** \sig-ˈmȯid-ə-ˌpek-sē\ *n, pl* **-pexies** : surgical attachment of the sigmoid flexure to the wall of the abdomen for relief of rectal prolapse

**sig·moid·o·scope** \sig-ˈmȯid-ə-ˌskōp\ *n* : a long hollow tubular instrument designed to be passed through the anus in order to permit inspection, diagnosis, treatment, and photography of the last 10 to 12 inches of the large intestine — called also *proctosigmoidoscope*

**sig·moid·os·co·py** \ˌsig-ˌmȯi-ˈdäs-kə-pē\ *n, pl* **-pies** : the process of using a sigmoidoscope for the inspection, diagnosis, treatment, and photography of the last 10 to 12 inches of the large intestine — called also *proctosigmoidoscopy* — **sig·moid·o·scop·ic** \-də-ˈskäp-ik\ *adj*

**sig·moid·os·to·my** \ˌsig-ˌmȯi-ˈdäs-tə-mē\ *n, pl* **-mies** : surgical creation of an artificial anus in the sigmoid flexure

**sigmoid sinus** *n* : a sinus on each side of the brain that is a continuation of the transverse sinus on the same side, follows an S-shaped course to the jugular foramen, and empties into the internal jugular vein

**sigmoid vein** *n* : any of several veins that drain the sigmoid flexure and empty into the superior rectal vein

**sign** \ˈsīn\ *n* **1** : one of a set of gestures used to represent language **2** : an objective evidence of disease esp. as observed and interpreted by the physician rather than by the patient or lay observer ⟨narrow retinal vessels are a ~ of arteriosclerosis⟩ — compare SYMPTOM; see PHYSICAL SIGN

**sig·na** \ˈsig-nə\ *vb imper* : write on label — used to introduce the signature in writing a prescription; abbr. *S, Sig*

**sig·nal node** \ˈsig-nəl-\ *n* : a supraclavicular lymph node which when tumorous is often a secondary sign of gastrointestinal cancer — called also *Virchow's node*

**sig·na·ture** \ˈsig-nə-ˌchu̇(ə)r, -chər, -ˌt(y)u̇(ə)r\ *n* **1** : a feature in the appearance or qualities of a natural object formerly held to indicate its utility in medicine either because of a fancied resemblance to a body part (as a heart-shaped leaf indicating utility in heart disease) or because of a presumed relation to some phase of a disease (as the prickly nature of thistle indicating utility in case of a stitch in the side) **2** : the part of a medical prescription which contains the directions to the patient

**sig·net ring** \ˈsig-nət-\ *n* : a malaria parasite in an intracellular developmental stage in which the nucleus is peripheral and the cytoplasm somewhat attenuated and annular

**sig·nif·i·cant** \sig-ˈnif-i-kənt\ *adj* : probably caused by something other than mere chance ⟨statistically ~ correlation between vitamin deficiency and disease⟩ — **sig·nif·i·cant·ly** *adv*

**sign language** *n* : a system of communicating by means of conventional chiefly manual gestures that is used by the deaf or by people speaking different languages; *esp* : DACTYLOLOGY

**Si·las·tic** \si-ˈlas-tik\ *trademark* — used for a soft pliable plastic

**si·lent** \ˈsī-lənt\ *adj* **1** : not exhibiting the usual signs or symptoms of presence ⟨a ~ infection⟩ ⟨a ~ bone fracture⟩ ⟨~ ... in cattle⟩ ⟨~ gallstones⟩ ⟨~ tuberculosis⟩ **2** : yielding no detectable response to stimulation — used esp. of an association area of the brain ⟨~ cortex⟩ **3** : having no detectable function ⟨~ DNA⟩ ⟨~ genes⟩ — **si·lent·ly** *adv*

**si·lex** \ˈsī-ˌleks\ *n* : silica or a siliceous material esp. for use as a filler in paints or wood or as a dental material

**sil·i·ca** \ˈsil-i-kə\ *n* : the dioxide of silicon $SiO_2$ occurring in crystalline, amorphous, and impure forms (as in quartz, opal, and sand respectively) — called also *silicon dioxide*

**silica gel** *n* : colloidal silica resembling coarse white sand in appearance but possessing many fine pores and therefore extremely adsorbent

**sil·i·cate** \ˈsil-ə-ˌkāt, ˈsil-i-kət\ *n* : a salt or ester derived from a silicic acid; *esp* : any of numerous insoluble often complex metal salts that contain silicon and oxygen in the anion and constitute the largest class of minerals

**silicate cement** *n* : a dental cement used in restorations

**si·li·ceous** *also* **si·li·cious** \sə-ˈlish-əs\ *adj* : of, relating to, or containing silica or a silicate ⟨a ~ cement used in dentistry⟩

**si·lic·ic** \sə-ˈlis-ik\ *adj* : of, relating to, or derived from silica or silicon

**silicic acid** *n* : any of various weakly acid substances obtained as gelatinous masses by treating silicates with acids

**sil·i·co·flu·o·ride** \ˌsil-i-kō-ˈflu̇(-ə)r-ˌīd\ *n* : FLUOSILICATE — see SODIUM FLUOSILICATE

**sil·i·con** \ˈsil-i-kən, ˈsil-ə-ˌkän\ *n* : a tetravalent nonmetallic element that occurs combined as the most abundant element next to oxygen in the earth's crust and is used esp. in alloys — symbol *Si*; see ELEMENT table

**silicon carbide** *n* : a very hard dark crystalline compound SiC of silicon and carbon that is used as an abrasive in dentistry

**silicon dioxide** *n* : SILICA

**sil·i·cone** \ˈsil-ə-ˌkōn\ *n* : any of various polymeric organic silicon compounds which are obtained as oils, greases, or plastics and some of which have been used as surgical implants

**sil·i·con·ize** \-ˌīz\ *vt* **-ized; -iz·ing** : to provide with a silicone surface ⟨~ hypodermic needles to reduce friction⟩ ⟨siliconized glassware⟩

**sil·i·co·sis** \ˌsil-ə-ˈkō-səs\ *n, pl* **-co·ses** \-ˌsēz\ : a condition ...

and practice of medicine⟩ **2 :** a plausible or scientifically acceptable general principle or body of principles offered to explain natural phenomena ⟨~ of organic evolution⟩ — see ATOMIC THEORY, CELL THEORY, GERM THEORY **3 :** a working hypothesis that is considered probable based on experimental evidence or factual or conceptual analysis and is accepted as a basis for experimentation — **the·o·ret·i·cal** \ˌthē-ə-ˈret-i-kəl, ˌthi(ə)r-ˈet-\ *also* **the·o·ret·ic** \-ik\ *adj* — **the·o·ret·i·cal·ly** \-i-k(ə-)lē\ *adv*

**theory of epigenesis** *n* **:** a theory in biology: development involves differentiation of an initially undifferentiated entity

**ther·a·peu·sis** \ˌther-ə-ˈpyü-səs\ *n, pl* **-peu·ses** \-ˌsēz\ **:** THERAPEUTICS

**ther·a·peu·tic** \-ˈpyüt-ik\ *adj* **1 :** of or relating to the treatment of disease or disorders by remedial agents or methods ⟨changed from a diagnostic to a ~ occupation⟩ **2 :** CURATIVE, MEDICINAL ⟨~ activity of a drug⟩ — **ther·a·peu·ti·cal·ly** \-i-k(ə-)lē\ *adv*

**therapeutic abortion** *n* **:** abortion induced when pregnancy constitutes a threat to the physical or mental health of the mother

**therapeutic index** *n* **:** a measure of the relative desirability of a drug for the attaining of a particular medical end that is usu. expressed as the ratio of the largest dose producing no toxic symptoms to the smallest dose routinely producing cures

**therapeutic nihilism** *n* **:** skepticism regarding the worth of therapeutic agents esp. in a particular disease

**ther·a·peu·tics** \ˌther-ə-ˈpyüt-iks\ *n pl but sing or pl in constr* **:** a branch of medical science dealing with the application of remedies to diseases ⟨cancer ~⟩ — called also *therapeusis*

**ther·a·peu·tist** \-ˈpyüt-əst\ *n* **:** a person skilled in therapeutics

**the·ra·pia ste·ri·li·sans mag·na** \the-ˈrā-pē-ə-ˌster-ə-ˈlī-ˌzanz-ˈmag-nə\ *n* **:** treatment of infectious disease by the administration of large doses of a specific remedy for the destruction of the infectious agent in the body without doing serious harm to the patient

**ther·a·pist** \ˈther-ə-pəst\ *n* **:** one specializing in therapy; *esp* **:** a person trained in methods of treatment and rehabilitation other than the use of drugs or surgery — see OCCUPATIONAL THERAPIST, PHYSICAL THERAPIST, PSYCHOTHERAPIST, RESPIRATORY THERAPIST, SPEECH THERAPIST

**ther·a·py** \ˈther-ə-pē\ *n, pl* **-pies :** therapeutic treatment: as **a :** remedial treatment of mental or bodily disorder — see ELECTROSHOCK THERAPY, PHYSICAL THERAPY, PSYCHOTHERAPY, RESPIRATORY THERAPY, SPEECH THERAPY **b :** an agency (as treatment) designed or serving to bring about rehabilitation or social adjustment — see OCCUPATIONAL THERAPY

**the·ri·ac** \ˈthir-ē-ˌak\ *n* **:** THERIACA

**the·ri·a·ca** \thi-ˈrī-ə-kə\ *n* **:** an antidote to poison consisting typically of about 70 drugs pulverized and reduced with honey to an electuary — called also *Venice treacle*

**theriaca An·drom·a·chi** \-an-ˈdräm-ə-ˌkī\ *n* **:** THERIACA

**An·drom·a·chus** \an-ˈdräm-ə-kəs\ (*fl* **1st century** A.D.), Greek physician. Andromachus was physician to the Roman emperor Nero. He is credited with the invention of the famous antidote for poison now known as theriaca Andromachi.

**Ther·i·di·idae** \ˌther-ə-ˈdī-ə-ˌdē\ *n pl* **:** a family of spiders that includes the genus *Latrodectus* and comprises those (as the black widow) which spin netlike webs and have usu. a small globose body and slender legs

**the·rio·ge·nol·o·gist** \ˌthir-ē-ō-jə-ˈnäl-ə-jəst\ *n* **:** a veterinarian who is a specialist in theriogenology

**the·rio·ge·nol·o·gy** \ˌthir-ē-ō-jə-ˈnäl-ə-jē\ *n, pl* **-gies :** a branch of veterinary medicine concerned with veterinary obstetrics and with the diseases and physiology of animal reproductive systems — **the·rio·gen·o·log·i·cal** \ˌthir-ē-ō-ˌjen-ə-ˈläj-i-kəl\ *adj*

**the·rio·mor·phism** \ˌthir-ē-ō-ˈmȯr-ˌfiz-əm\ *n* **:** the ascription of animal characteristics to man — compare ANTHROPOMORPHISM

**therm** \ˈthərm\ *n* **:** any of several units of quantity of heat: as **a :** 1000 kilogram calories **b :** 100,000 British thermal units

**ther·mal** \ˈthər-məl\ *adj* **1 :** of, relating to, or caused by heat ⟨tactile and ~ senses⟩ **2 :** being or involving a state of matter dependent upon temperature ⟨~ agitation of molecular structure⟩ — **ther·mal·ly** \-mə-lē\ *adv*

**thermal capacity** *n* **:** HEAT CAPACITY

**thermal death point** *n* **:** the temperature at which all organisms of a culture will be killed by heat either instantaneously or within an arbitrary brief finite period

**therm·ion·ic emission** \ˌthər-(ˌ)mī-ˈän-ik-\ *n* **:** emission of particles (as electrons) from materials at high temperature due to the heat energy imparted to them

**therm·is·tor** \ˈthər-ˌmis-tər\ *n* **:** an electrical resistor making use of a semiconductor whose resistance varies sharply in a known manner with the temperature

**ther·mo·cau·tery** \ˌthər-mō-ˈkȯt-ə-rē\ *n, pl* **-ter·ies :** ACTUAL CAUTERY

**ther·mo·chem·is·try** \ˌthər-mō-ˈkem-ə-strē\ *n, pl* **-tries :** a branch of chemistry that deals with the interrelation of heat with chemical reaction or physical change of state — **ther·mo·chem·i·cal** \-ˈkem-i-kəl\ *adj*

**ther·mo·co·ag·u·la·tion** \ˌthər-mō-kō-ˌag-yə-ˈlā-shən\ *n* **:** surgical coagulation of tissue by the application of heat

**ther·mo·cou·ple** \ˈthər-mə-ˌkəp-əl\ *n* **:** a device for measuring temperature in which a pair of wires of dissimilar metals (as copper and iron) are joined and the free ends of the wires are connected to an instrument (as a voltmeter) that measures the difference in potential created at the junction of the two metals

**ther·mo·di·lu·tion** \ˌthər-mō-dī-ˈlü-shən\ *adj* **:** relating to or being a method of determining cardiac output by measurement of the change in temperature in the bloodstream after injecting a measured amount of cool fluid (as saline)

**ther·mo·du·ric** \ˌthər-mō-ˈd(y)u̇(ə)r-ik\ *adj* **:** able to survive high temperatures; *specif* **:** able to survive pasteurization — used of microorganisms ⟨~ bacteria⟩

**ther·mo·dy·nam·ic** \ˌthər-mō-dī-ˈnam-ik, -də-\ *also* **ther·mo·dy·nam·i·cal** \-i-kəl\ *adj* **1 :** of or relating to thermodynamics **2 :** being or relating to a system of atoms, molecules, colloidal particles, or larger bodies considered as an isolated group in the study of thermodynamic processes — **ther·mo·dy·nam·i·cal·ly** \-i-k(ə-)lē\ *adv*

**ther·mo·dy·nam·ics** \-iks\ *n pl but sing or pl in constr* **1 :** physics that deals with the mechanical action or relations of heat **2 :** thermodynamic processes and phenomena

**ther·mo·elec·tric** \ˌthər-mō-i-ˈlek-trik\ *adj* **:** of, relating to, or dependent on phenomena that involve relations between the temperature and the electrical condition in a metal or in contacting metals

**ther·mo·gen·e·sis** \ˌthər-mō-ˈjen-ə-səs\ *n, pl* **-e·ses** \-ˌsēz\ **:** the production of heat esp. in the body (as by oxidation)

**ther·mo·gen·ic** \ˌthər-mə-ˈjen-ik\ *adj* **:** of or relating to the production of heat **:** producing heat

**ther·mo·gram** \ˈthər-mə-ˌgram\ *n* **1 :** the record made by a thermograph **2 :** a photographic record made by thermography

**ther·mo·graph** \-ˌgraf\ *n* **1 :** the apparatus used in thermography **2 :** THERMOGRAM **3 :** a self-recording thermometer

**ther·mog·ra·phy** \(ˌ)thər-ˈmäg-rə-fē\ *n, pl* **-phies :** a technique for detecting and measuring variations in the heat emitted by various regions of the body and transforming them into visible signals that can be recorded photographically (as for diagnosing abnormal or diseased underlying conditions) — **ther·mo·graph·ic** \ˌthər-mə-ˈgraf-ik\ *adj* — **ther·mo·graph·i·cal·ly** \-i-k(ə-)lē\ *adv*

**ther·mo·la·bile** \ˌthər-mō-ˈlā-ˌbīl, -bəl\ *adj* **:** unstable when heated; *specif* **:** subject to loss of characteristic properties on being heated to or above 55°C ⟨many immune bodies, enzymes and vitamins are ~⟩ — **ther·mo·la·bil·i·ty** \-lā-ˈbil-ət-ē\ *n, pl* **-ties**

**ther·mol·y·sin** \thər-ˈmäl-ə-sən\ *n* **:** a zinc-containing microbial enzyme that is used to catalyze the hydrolysis of proteins esp. when it is desired to keep the disulfide bonds intact

**ther·mol·y·sis** \(ˌ)thər-ˈmäl-ə-səs\ *n, pl* **-y·ses** \-ˌsēz\ **1 :** the dissipation of heat from the living body **2 :** decomposition by heat — **ther·mo·lyt·ic** \ˌthər-mə-ˈlit-ik\ *adj*

**ther·mom·e·ter** \thə(r)-ˈmäm-ət-ər\ *n* **:** an instrument for determining temperature consisting typically of a glass bulb attached to a fine tube of glass with a numbered scale and containing a liquid (as mercury or colored alcohol) that is sealed in and rises and falls with changes of temperature

**ther·mo·met·ric** \ˌthər-mə-ˈme-trik\ *adj* **:** of or relating to

thermo
thermo
**ther·m**
ment of
**ther·mo**
various
PSYCHR
**ther·mo**
\(ˌ)thər
growing
**¹ther·m**
ing or fu
⟨~ synt
*n, pl* **-tie**
**²thermo**
**ther·mo·**
gan that
**ther·mo·**
or regulat
ular temp
\-ˈreg-yə
**ther·mo·r**
mostat) fo
**ther·mo·r**
ing to ma
environme
**ther·mo·s**
ing change
(as of a ga
**ther·mo·s**
nently rigi
**ther·mo·st**
*specif* : re
heated ⟨a
ˈbil-ət-ē\ *n*
**¹ther·mo·s**
regulating
electricity t
constant-ter
**ther·mo·sta**
\-i-k(ə-)lē\
**²thermosta**
**-stat·ting :**
thermostat ⟨
bath⟩
**ther·mo·str**
that measure
determining
sensitive gal
through the
heating is in
**ther·mo·tac·**
hibiting therm
**ther·mo·tax·**
which a temp
: the regulatio
**ther·mo·ther**
ease by heat
**ther·mo·tol·e**
aerobic bacter
**ther·mo·trop**
thermotropism
**ther·mot·ro·p**
which a tempe
**the·sau·ro·sis**
**sises :** abnorm
substances an
Gaucher's dise
**the·ta rhythm**
amplitude bra
hertz that is ch
many regions
*theta, theta wa*
**the·ve·tin** \the