# Exhibit 19

Dockets.Justia.com

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

STAN 031863



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
the English language, unabridged.

Includes index.
 1. English language—Dictionaries. I. Gove,
Philip Babcock, 1902–1972. II. Merriam-Webster Inc.
PE1625.W36     1986     423     85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
4344AG/KP9190

Preface . . . . . . . .
Editorial Staff . . .
Outside Consulta
Explanatory Cha
Explanatory No
Divisions in Bol
Spelling . . . . . . . .
Plurals . . . . . . . .
Capitalization . .
Italicization . . . .

cgs electromagn
*Afro-Asiatic* lan
*alphabet* table . .
*anthracite* coal
*architecture* . . . .
common *area* f
*Beaufort scale* . .
ship's *bells* . . . .
*book* sizes . . . . .
*Braille* alphabe
*constellations* . .
chief *crusades* .
principal ocean
executive U.S.
*dye* tables I an
*Easter* dates . .
chemical *eleme*
four syllogistic
principal railro
common shotg
*geologic* time a
*gestation* perio
*glacial* epochs
*incubation* peri
*Indo-European*
*measures* and

Color:
  Two plate
Constellations
Constellations

STAN 031864

STAN 031872