Board of Trustees of the Leland Stanford Junior University v. Roche Molecular Systems, Inc. et al | Doc. 192 Att. 3
Case 3:05-cv-04158-MHP   Document 192-4   Filed 09/12/2007   Page 1 of 4

# Exhibit 24

Dockets.Justia.com

# The American Heritage Dictionary

Second College Edition

STAN 031855

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985, 1991 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
  Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
  1. English language—Dictionaries.  I. Morris, William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

STAN 031856

*foresight. Significance* stresses meaning beyond immediate comprehension (underlying or long-range meaning); besides perception, it implies evaluation. In contrast, *signification* and *acceptation* apply to accepted or established meaning, directly conveyed. *Import* also pertains to ostensible meaning. *Purport* applies to broad understanding, often of an extensive subject.

**mean·ing·ful** (mē'nĭng-fəl) *adj.* Having meaning, function, or purpose; significant. —**mean'ing·ful·ly** *adv.* —**mean'ing·ful·ness** *n.*

**mean·ing·less** (mē'nĭng-lĭs) *adj.* Having no meaning or significance; senseless. —**mean'ing·less·ly** *adv.* —**mean'ing·less·ness** *n.*

**mean·ly** (mēn'lē) *adv.* In a poor, mean, or base manner.

**mean·ness** (mēn'nĭs) *n.* **1.** The state of being inferior in quality, character, or value; commonness. **2.** Selfishness; stinginess. **3.** A spiteful or malicious act.

**mean solar day** *n.* The period of time between two successive transits of the mean sun; the standard for the 24-hour day, measured from midnight to midnight.

**mean square** *n.* The arithmetic mean of the squares of a set of numbers.

**mean sun** *n.* A hypothetical sun defined as moving at a uniform rate along the celestial equator so that it completes its orbit in the same period as the apparent sun, used in computing the mean solar day.

**meant** (mĕnt) *v.* Past tense and past participle of **mean**[1].

**mean·time** (mēn'tīm') *n.* The time between one occurrence and another; interval. —*adv.* During a period of intervening time; meanwhile: "*Meantime, let wonder seem familiar*" (Shakespeare).
    **Usage:** *Meantime* serves principally as a noun: *In the meantime we waited.* In expressing the same sense as a single adverb, *meanwhile* is more common than *meantime*: *Meanwhile we waited.*

**mean time** *n.* Time measured with reference to the mean sun, giving equal 24-hour days throughout the year.

**mean·while** (mēn'hwīl', -wīl') *n.* The intervening time. —*adv.* **1.** During or in the intervening time: *Meanwhile, life goes on.* **2.** At the same time: *The court is deliberating; meanwhile, we must be patient.* —See Usage note at **meantime**.

**mea·sles** (mē'zəlz) *n.* (used with a sing. verb). **1. a.** An acute, contagious virus disease, usually occurring in childhood and characterized by the eruption of red spots. **b.** Any of several diseases displaying similar but milder symptoms, esp. German measles. **2.** A disease of cattle and swine, caused by tapeworm larvae. **3.** A plant disease, usually caused by fungi, and producing minute spots on leaves and stems. [ME *maseles*, pl. of *masel*, measles-spot, of MLG orig.]

**mea·sly** (mēz'lē) *adj.* **-sli·er, -sli·est. 1.** Infected or spotted with measles; measled. **2.** *Slang.* Contemptibly small; meager: *a measly tip.*

**meas·ur·a·ble** (mĕzh'ər-ə-bəl) *adj.* **1.** Able to be measured. **2.** Of distinguished importance; significant: *a measurable figure in literature.* **3.** Not so great as to escape all measure or comparison; moderate. —**meas'ur·a·bil'i·ty** *n.* —**meas'ur·a·bly** *adv.*

**meas·ure** (mĕzh'ər) *n.* **1.** The dimensions, quantity, or capacity of something as ascertained by measuring: *Length, area, volume, and mass are basic measures of material properties.* **2.** A reference standard or sample used for the quantitative comparison of properties: *The standard kilogram is maintained as a measure of mass.* **3.** A unit specified by a scale, as an inch, or by variable conditions, as a day's march. **4.** A system of measurement, as the metric system. **5.** A device, as a marked tape or a graduated container, used for measuring. **6.** An act of measurement. **7.** An evaluation or basis of comparison: "*the final measure of the worth of a society*" (Joseph Wood Krutch). **8.** The extent or degree of something. **9.** A fitting amount: *a measure of recognition.* **10.** A limited amount or degree: "*a measure of serenity*" (John Updike). **11.** Limit; bounds: *a generosity knowing no measure.* **12.** Appropriate restraint; moderation: *criticism in measure.* **13.** Often **measures.** An action taken as a means to an end; expedient: *desperate measures.* **14.** A legislative bill or enactment. **15.** Poetic meter. **16.** *Mus.* The metric unit between two bars on the staff; bar. —*v.* **-ured, -ur·ing, -ures.** —*tr.* **1.** To ascertain the dimensions, quantity, or capacity of. **2.** To mark, lay out, or establish dimensions for by measuring: *measure off an area.* **3.** To estimate by evaluation or comparison: "*I gave them an account . . . of the situation as far as I could measure it*" (Winston Churchill). **4.** To bring into opposition: *She measured her power with that of a dangerous adversary.* **5.** To mark off, usually with reference to a given unit of measurement; dole out: *measure out a pint of milk.* **6.** To serve as a measure of: *The inch measures length.* **7.** To allot or distribute as if by measuring; mete: *The revolutionary tribunal measured out harsh justice.* **8.** To consider or choose with care; weigh: *He measures his words with pedantic caution.* **9.** *Archaic.* To travel over: "*We must measure much ground today*" (Shakespeare). —*intr.* **1.** To have a measurement of: *The room measures 10 by 12 feet.* **2.** To allow of measurement: *White sugar measures more easily than brown.* —*phrasal verb.* **measure up. 1.** To be the equal of. **2.** To have the necessary qualifications: *a candidate who just didn't measure up.* —**idioms.** beyond **measure. 1.** In excess. **2.** Without limit. for good **measure.** In addition to the required amount. in a **measure.** To a degree: *The new law was in some measure* harmful. [ME < OFr. *mesure* < Lat. *mensura* < *measure*.] —**meas'ur·er** *n.*

**meas·ured** (mĕzh'ərd) *adj.* **1.** Determined by me The measured distance was less than a mile. **2.** rhythm and number: "*A clock struck slowly in the a measured, solemn chime*" (Thomas Wolfe). **3.** strained; *measured words.* **4.** Calculated; delib *measured irony.* **5.** Slow and stately. **6.** Writter **7.** *Mus.* Mensural. **8.** Limited: *a measured capa tion.* —**meas'ured·ly** *adv.* —**meas'ured·ness** *n.*

**meas·ure·less** (mĕzh'ər-lĭs) *adj.* Having no limi *measureless happiness.* —**meas'ure·less·ly** *adv.*

**meas·ure·ment** (mĕzh'ər-mənt) *n.* **1.** The act of or the process of being measured. **2.** A system of *measurement in miles.* **3.** The dimension, quantity ity determined by measuring: *room measurement*

**measuring worm** *n.* A geometrid caterpillar tha alternate contractions and expansions suggestive ing.

**meat** (mēt) *n.* **1.** The edible flesh of mammals, guished from that of fish or poultry. **2.** An edi inner part: *crab meat.* **3.** The edible portions of or nuts. **4.** The essence or principal part of som *meat of the editorial.* **5.** *Slang.* Something one en cels in; forte: *Tennis is his meat.* **6.** Somethin nourishment; food: *meat and drink.* —**modifier:** *ucts.* [ME *mete* < OE. food.]

**meat·ball** (mēt'bôl') *n.* **1.** A small ball of ground ously combined and cooked. **2.** *Slang.* A stupid, dull person.

**meat·less** (mēt'lĭs) *adj.* **1.** Lacking meat or food. relating to a time when meat is not to be eate *days.*

**meat loaf** *n.* A mounded or molded dish, usuall ground beef or a combination of meats and otl ents.

**me·a·tus** (mē-ā'təs) *n., pl.* **-tus·es** or **meatus.** or passage, as the opening of the ear or the ure [Lat., passage < *meure,* to pass.]

**meat·y** (mē'tē) *adj.* **-i·er, -i·est. 1. a.** Of or pe meat. **b.** Having the flavor or smell of meat. c. containing meat. **2.** Heavily fleshed. **3.** Suppl food for thought: *a meaty theme for study* —**meat'i·ness** *n.*

**mec·a·myl·a·mine** (mĕk'ə-mĭl'ə-mēn') *n.* A dru HCl, that is administered orally to bring down vated blood pressure. [Orig. a trademark.]

**mec·ca** (mĕk'ə) *n.* **1. a.** A place that is regarded ter of an activity or interest. **b.** A goal to which a religious faith or practice fervently aspire. **2.** ited by many people: *a mecca for tourists.* [A Saudi Arabia, from its being a place of pilgrim

**mechan-** *pref.* Variant of **mechano-**.

**me·chan·ic** (mĭ-kăn'ĭk) *n.* A worker skilled in ing, or repairing machines and tools. [< ME, n OFr. *mecanique* < Lat. *mechanicus* < Gk. *m mēkhanē,* machine < *mēkhos,* means.] —**me·ch**

**me·chan·i·cal** (mĭ-kăn'ĭ-kəl) *adj.* **1.** Of or pertain chines or tools. **2.** Operated or produced by **3.** Of, pertaining to, or governed by mechanics. performing like a machine; automatic: *The sp ery was mechanical.* **5.** Pertaining to, produced nated by physical forces. **6.** Interpreting and ex phenomena of the universe by referring to ca mined material forces; mechanistic. **7.** Of or p manual labor, its tools, and its skills. —*n. Printin* consisting of type proofs, artwork, or both, tioned and prepared for making an offset or off plate. [ME < *mechanic,* mechanical. —see —**me·chan'i·cal·ly** *adv.* —**me·chan'i·cal·ness** *n*

**mechanical advantage** *n.* The ratio of the out a machine to the input force.

**mechanical drawing** *n.* **1.** Drafting. **2.** A dra an architect's plans, that enables measuremen preted.

**mechanical engineering** *n.* The branch of en encompasses the generation and application mechanical power and the design, productio machines and tools. —**mechanical engineer**

**mech·a·ni·cian** (mĕk'ə-nĭsh'ən) *n.* A person uses, or repairs machines and tools.

**me·chan·ics** (mĭ-kăn'ĭks) *n.* (used with a sin **1.** The analysis of the action of forces on ma systems. **2.** The design, construction, operatio cation of machinery or mechanical structures tional and technical aspects of an activity: *Th football are learned with practice.*

**mech·a·nism** (mĕk'ə-nĭz'əm) *n.* **1. a.** A m chanical appliance. **b.** The arrangement of c in a machine. **2.** A system of parts that ope like those of a machine: *the mechanism of th* **3.** An instrument or process, physical or m



**measure**
First measure of
"Frère Jacques"

à pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pi
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out /

STAN 031859