# Exhibit 32

Dockets.Justia.com

**Rodriguez, Ricardo**

| | |
|---|---|
| **From:** | Rodriguez, Ricardo |
| **Sent:** | Monday, August 13, 2007 5:36 PM |
| **To:** | 'Brian Cannon' |
| **Cc:** | Rhyu, Michelle |
| **Subject:** | Dr. Kramer |

Brian, in response to your letter of a few minutes ago, as we have repeatedly stated beginning on July 27, the deposition of Dr. Kramer is not proceeding, and he will not be appearing for it in Boston.  If you proceed with your arrangements anyway, you will be wasting your time and money.  Given that we have been clear on this issue, there will be no basis for you to argue that any sort of relief is justified by your pursuit of a deposition that you know will not take place.  Further, Dr. Kramer has already indicated that he has availability in the weeks after our Reply, should the need for a deposition arise.

For the remaining portion of the week, please email Michelle Rhyu directly, as I will be out of town.  Thanks,

Ricardo

**Ricardo Rodriguez**
Partner
Cooley Godward Kronish LLP ♦ Five Palo Alto Square
3000 El Camino Real ♦ Palo Alto, CA  94306-2155
Direct: 650-843-5046 ♦ Fax: 650-857-0663
Email: rr@cooley.com ♦ www.cooley.com

1