# Exhibit 33

Dockets.Justia.com

1    COOLEY GODWARD KRONISH LLP
     STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2    RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
     MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3    Five Palo Alto Square
     3000 El Camino Real
4    Palo Alto, CA  94306-2155
     Tel:    (650) 843-5000
5    Fax:    (650) 857-0663

6    Attorneys for Plaintiff and Counterclaim Defendant
     THE BOARD OF TRUSTEES OF THE LELAND STANFORD
7    JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
     MERIGAN and MARK HOLODNIY

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12

13   THE BOARD OF TRUSTEES OF THE              Case No.  C 05 04158 MHP
     LELAND STANFORD JUNIOR
14   UNIVERSITY,

15                       Plaintiff,            **STANFORD'S DISCLOSURE OF ASSERTED
                                               CLAIMS AND PRELIMINARY
16          v.                                 INFRINGEMENT CONTENTIONS AND
                                               SUPPLEMENTAL DOCUMENT
17                                             PRODUCTION**

18   ROCHE MOLECULAR SYSTEMS, ET AL.,

19                       Defendants.

20   ROCHE MOLECULAR SYSTEMS, ET AL.,

21                       Counterclaimants,

22          v.

23

24   THE BOARD OF TRUSTEES OF THE
     LELAND STANFORD JUNIOR
25   UNIVERSITY; THOMAS MERIGAN; AND
     MARK HOLODNIY,

26                       Counterclaim Defendants.

27

28

1    Pursuant to Patent Local Rules 3-1 and 3-2 and the Court's Civil Pretrial Minutes (Docket

2  No. 147), plaintiff and counterclaim defendant The Board of Trustees of the Leland Stanford

3  Junior University ("Stanford") provides this Amended Disclosure of Asserted Claims and

4  Preliminary Infringement Contentions and Supplemental Document Production ("Disclosure").

5    This Disclosure is based upon the best information currently available to Stanford. At the

6  present time, Stanford has not received from defendant and counterclaimant Roche Molecular

7  Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc.,

8  (collectively, "Roche") all relevant information concerning Roche's products.   Discovery is

9  ongoing.  Accordingly, and consistent with Patent Local Rules 3-6 and 3-7 and F.R.C.P. 26(e),

10  Stanford expressly reserves its right to amend or modify this Disclosure as more information is

11  discovered.

12  **I.    PATENT L.R. 3-1(a) DISCLOSURE**

13    Defendants have infringed and continue to infringe at least claims 1, 5-9, 13-14, 18-19,

14  and 23 of U.S. Patent 5,968,730 ("'730 patent"); claims 1 and 5-10 of U.S. Patent 6,503,705

15  ("'705 patent"); and claims 1-4 and 8 of U.S. Patent 7,129,041 ("'041 patent") as shown in

16  Table A.  Stanford asserts that Defendants have infringed and continue to infringe these claims

17  directly, contributorily, and also by inducing others to infringe.

18  **II.    PATENT L.R. 3-1(b) DISCLOSURE**

19    Use of each of the identified products below results in the practice of each of the claimed

20  methods and infringement of each asserted claim.

21    (1)  The Amplicor HIV-1 Monitor Test (original version and version 1.5; both sensitive

22  and ultrasensitive procedures); and

23    (2)  The COBAS Amplicor HIV-1 Monitor Test (version 1.5; both sensitive and

24  ultrasensitive procedures) with the COBAS AMPLICOR Analyzer.

25  **III.    PATENT L.R. 3-1(c) DISCLOSURE**

26    Attached as Table A are Stanford's claim charts for the asserted claims of the '730, '705,

27  and '041 patents.

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STANFORD'S ASSERTED CLAIMS AND PRELIM.
INFRINGEM'T CONTENTIONS
CASE NO. C-05-04158 MHP

**IV.    PATENT L.R. 3-1(d) DISCLOSURE**

As detailed in the attached Table A, Roche's manufacture, use, and sale of the Amplicor HIV-1 Monitor Test and the COBAS Amplicor HIV-1 Monitor Test with the COBAS AMPLICOR Analyzer infringe each element of each asserted claim either literally or under the doctrine of equivalents.

**V.    PATENT L.R. 3-1(e) DISCLOSURE**

Stanford claims priority to May 14, 1992, which is the filing date of U.S. Application Serial No. 07/883,327, for all of the asserted claims of the '730, '705, and '041 patents.

**VI.    PATENT L.R. 3-1(f) DISCLOSURE**

Stanford does not intend to rely on its own apparatus, product, device, process, method, act, or other instrumentality as evidence in this action.

**VII.    PATENT L.R. 3-2 DISCLOSURE**

Stanford has produced all documents required by Patent Local Rule 3-2 that are currently available. Stanford reserves the right to supplement this Disclosure as other documents become available and/or are identified.

| CATEGORY | BATES NUMBERS |
| --- | --- |
| Rule 3-2(a) | STAN 000840 – STAN 000845 |
| Rule 3-2(b) | STAN 003275 – STAN 003680; STAN 005421- STAN 005517; STAN 005257 – STAN 005420; STAN 005766 – STAN 005854; STAN 004761 – STAN 004895; STAN 000840 – STAN 000845 |
| Rule 3-2(c) | STAN 000001 – STAN 001472; STAN 006046 – STAN 007411; STAN 029363 – STAN 029539 |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

1

2    Dated: April 13, 2007                    COOLEY GODWARD KRONISH LLP

3                                             by:  _____
                                                          Ricardo Rodriguez
4
                                             Attorneys for Plaintiff and Counterclaim
5                                            Defendant The Board of Trustees of the Leland
                                             Stanford Junior University, and Counterclaim
6                                            Defendants Thomas Merigan and Mark Holodniy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STANFORD'S ASSERTED CLAIMS AND PRELIM.
INFRINGEM'T CONTENTIONS
CASE NO. C-05-04158 MHP

TABLE A TO STANFORD'S AMENDED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. PATENT 5,968,730

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| Claim 1.<br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test ("the AMPLICOR Tests") indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (i)    collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (ii)    amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers.  The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)    testing for the presence of HIV-encoding nucleic acid, in the product of the PCR; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA, thereby revealing the presence of HIV-encoding nucleic acids in the plasma sample. This measurement is performed on the product of the PCR amplification of step (ii). The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

1

103327 v6/SF

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| in which the absence of detectable HIV-encoding nucleic acid correlates positively with the conclusion that the antiretroviral agent is therapeutically effective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, where testing for the presence of HIV-encoding nucleic acid shows the absence of detectable HIV-encoding nucleic acid, that absence correlates positively with the conclusion that the antiretroviral agent is therapeutically effective. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 1. | |
| Claim 5. The method of claim 1, 2, 3 or 4 in which the antiretroviral agent is zidovudine. | Zidovudine is AZT, one of the most commonly used antiretroviral agents. Zidovudine is one of the referenced antiretroviral agents in the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test product labels. The use of the AMPLICOR Tests infringes this element both literally and under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 5. | |
| Claim 6. A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (i) collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

1033327 v6/SF

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| (ii)  amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers.  The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)  testing for the presence of HIV-encoding nucleic acid, in the product of the PCR; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA, thereby revealing the presence of HIV-encoding nucleic acids in the plasma sample.  This measurement is performed on the product of the PCR amplification of step (ii).  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| in which the presence of detectable HIV-encoding nucleic acid correlates positively with the conclusion that the antiretroviral agent is therapeutically ineffective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test state that the Amplicor Tests are validated for monitoring the effect of antiretroviral therapy by serial measurement of plasma HIV-1 RNA for patients.  Where presence of detectable HIV-encoding nucleic acid is found to persist or increase with treatment, the result correlates positively with the conclusion that the antiretroviral agent is therapeutically ineffective.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 6. | |
| Claim 7.<br><br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term.  Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

3

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| (i) collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR HIV-1 MONITOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (ii) amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original version and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers. The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii) testing for the presence of HIV-encoding nucleic acid, in the product of the PCR; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA, thereby revealing the presence of HIV-encoding nucleic acids in the plasma sample. This measurement is performed on the product of the PCR amplification of step (ii). The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| in which the presence of detectable HIV-encoding nucleic acid correlates positively with an absolute CD4 count of less than 200 cells per cubic millimeter. | According to standard practice, CD4 counts are routinely determined in connection with the quantitation of HIV RNA. The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test refer to CD4 count throughout, and the clinical studies cited in both labels correlated the presence of detectable HIV-encoding nucleic acid and CD4 counts with evaluations of the effectiveness of therapy. In describing how the AMPLICOR HIV-1 MONITOR Test should be used, Roche's web site states that viral load results should be used in conjunction with CD4 counts to determine if antiretroviral therapy is effective, with effective treatment shown by the correlation of high CD4 counts with undetectable viral counts and ineffective treatment shown by low CD4 counts with detectable viral counts. Roche's web site instructs that a CD4 count of less than 200 cells per cubic millimeter is significant in determining whether an antiretroviral agent is effective. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |

Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 7.

4

1033327 v6/SF

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| Claim 8.<br><br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (i)    collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (ii)    amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers. The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)    testing for the presence of HIV-encoding nucleic acid sequence, in the product of the PCR; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA, thereby revealing the presence of HIV-encoding nucleic acids in the plasma sample. This measurement is performed on the product of the PCR amplification of step (ii). The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

5

103327 v6/SF

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| in which the absence of detectable HIV-encoding nucleic acid correlates positively with an absolute CD4 count of greater than 200 cells per cubic millimeter. | According to standard practice, CD4 counts are routinely determined in connection with the quantation of HIV RNA. The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test refer to CD4 count throughout, and the clinical studies cited in both labels correlated the presence of detectable HIV-encoding nucleic acid and CD4 counts with evaluations of the effectiveness of therapy. In describing how the AMPLICOR HIV-1 MONITOR Test should be used, Roche's web site states that viral load results should be used in conjunction with CD4 counts to determine if antiretroviral therapy is effective, with effective treatment shown by the correlation of high CD4 counts with undetectable viral counts and ineffective treatment shown by low CD4 counts with detectable viral counts. Roche's web site instructs that a CD4 count of greater than 200 cells per cubic millimeter is significant in determining whether an antiretroviral agent is effective. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 8. | |
| Claim 9.<br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (i)     collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (ii)    amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original version and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers. The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

6

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| (iii)     measuring the HIV RNA copy number using the product of the PCR, in which an HIV RNA copy number greater than about 500 per 200 μl of plasma correlates positively with the conclusion that the antiretroviral agent is therapeutically ineffective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA. The product labels state that both tests measure the copy number of HIV-1 RNA. This measurement is performed on the product of the PCR amplification of step (ii). The labels for the AMPLICOR Tests further indicate that changes in HIV RNA copy number correlate to the effectiveness of anti-HIV therapy. For example, a 5 fold change in HIV RNA copy number is identified as providing statistically significant prognostic value regarding the effectiveness of anti-HIV therapy. A 5 fold increase that results in a copy number greater than about 500 per 200 μl of plasma correlates positively with the conclusion that the antiretroviral agent is therapeutically ineffective. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 9. | |
| Claim 13.

The method of claim 9, 10, 11 or 12 in which the antiretroviral agent is zidovudine. | Zidovudine is AZT, one of the most commonly used antiretroviral agents. Zidovudine is one of the referenced antiretroviral agents in the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test product labels. The use of the AMPLICOR Tests infringes this element both literally and under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 13. | |
| Claim 14.

A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (i)     collecting a plasma sample from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

7

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| (ii)    amplifying the HIV-encoding nucleic acid in the plasma sample using HIV primers in about 30 cycles of PCR; and | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers. The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)    measuring the HIV RNA copy number using the product of the PCR, in which an HIV RNA copy number less than about 200 per 200 µl of plasma correlates positively with the conclusion that the anti-HIV agent is therapeutically effective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA.  The product labels state that both tests measure the copy number of HIV-1 RNA.  This measurement is performed on the product of the PCR amplification of step (ii).  The labels for the AMPLICOR Tests further indicate that changes in HIV RNA copy number correlate to the effectiveness of anti-HIV therapy.  For example, a 5 fold change in HIV RNA copy number is identified as providing statistically significant prognostic value regarding the effectiveness of anti-HIV therapy.  A 5 fold decrease that results in a copy number less than about 200 per 200 µl of plasma correlates positively with the conclusion that the antiretroviral agent is therapeutically effective.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 14. | |
| Claim 18.<br><br>The method of claim 14, 15, 16 or 17 in which the antiretroviral agent is zidovudine. | Zidovudine is AZT, one of the most commonly used antiretroviral agents.  Zidovudine is one of the referenced antiretroviral agents in the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test product labels.  The use of the AMPLICOR Tests infringes this element both literally and under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 18. | |
| Claim 19.<br><br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising | This is a non-limiting preamble term.  Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

8

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| (i)    collecting one pre-treatment plasma sample from an HIV-infected patient who is about to be treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The AMPLICOR Tests' product labels and the Roche web site expressly discuss the use of the AMPLICOR Tests to monitor the effectiveness of antiretroviral therapy in patients who have not yet begun antiretroviral treatment.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (ii)    collecting a post-treatment plasma sample from the HIV-infected patient after the patient has been treated with the antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The labels indicate that the AMPLICOR Tests are intended for use in monitoring the effectiveness of antiretroviral treatment wherein HIV RNA levels are measured over the course of treatment. The AMPLICOR Tests' product labels and the Roche web site discuss the use of the AMPLICOR Tests to monitor the effectiveness of antiretroviral therapy through collection of plasma samples after antiretroviral treatment.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)    amplifying the HIV-encoding nucleic acid in the pre-treatment and post-treatment plasma samples using HIV primers in about 30 cycles of PCR; | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers.  The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iv)    measuring the HIV RNA copy number using the products of the PCRs of step (iii); and | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA.  The product labels state that both tests measure the copy number of HIV-1 RNA.  This measurement is performed on the product of the PCR amplification of step (iii).  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

9

| LIMITATIONS OF THE '730 PATENT | INFRINGING PRODUCTS |
|---|---|
| (v)     comparing the HIV RNA copy number in pre-treatment and post-treatment plasma samples, | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy.  The labels for the AMPLICOR Tests further indicate that changes in HIV RNA copy number correlate to the effectiveness of anti-HIV therapy.  The method of measuring changes in HIV RNA copy number described by the AMPLICOR Tests' product labels involves comparing pre-and post-therapy copy numbers from plasma samples.  The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| in which a ratio of HIV RNA copy number in pre-treatment and post-treatment plasma samples of greater than about 4 to 1 correlates positively with the conclusion that the anti-HIV agent is therapeutically effective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various circumstances in which changes in copy number correlate to the effectiveness of anti-HIV therapy by providing an indication of disease progression for patients on anti-HIV therapy.  For example, For example, a 5 fold change in HIV RNA copy number is identified as providing statistically significant prognostic value regarding the effectiveness of anti-HIV therapy.  Because Roche's web site further indicates that changes in viral load of 3 to 1 or less are within the margin of error for standard tests of viral load, a change in viral load of 4 to 1 or greater indicates therapeutic efficacy.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 19. | |
| Claim 23. The method of claim 19, 20, 21 or 22 in which the antiretroviral agent is zidovudine. | Zidovudine is AZT, one of the most commonly used antiretroviral agents.  Zidovudine is one of the referenced antiretroviral agents in the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test product labels.  The use of the AMPLICOR Tests infringes this element both literally and under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 23. | |

10

U.S. PATENT 6,503,705

| LIMITATIONS OF THE '705 PATENT | INFRINGING PRODUCTS |
|---|---|
| Claim 1.<br>A method of evaluating the effectiveness of anti-HIV therapy of an HIV-infected patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| a) collecting statistically significant data useful for determining whether or not a decline in plasma HIV RNA copy numbers exists after initiating treatment of an HIV-infected patient with an antiretroviral agent by: | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various circumstances in which changes in copy number correlate to the effectiveness of anti-HIV therapy by providing an indication of disease progression for patients on anti-HIV therapy. The sensitivity of the AMPLICOR test allows for the measurement of statistically significant changes, and Roche instructs patients and physicians to look for statistically significant changes in viral load. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| (i)     collecting more than one plasma sample from the HIV-infected patient at time intervals sufficient to ascertain the existence of a statistically significant decline in plasma HIV RNA copy numbers; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, multiple plasma samples are obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The product labels and web sites for the AMPLICOR Tests further state that the tests are intended to be used to monitor the effects of antiretroviral therapy on HIV RNA copy number over a time interval (i.e., viral load before and after treatment). The sensitivity of the AMPLICOR Tests allows for the measurement of statistically significant changes, and Roche instructs patients and physicians to look for statistically significant changes in viral load. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (ii)     amplifying the HIV-encoding nucleic acid in the plasma samples using HIV primers via PCR for about 30 cycles; | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers. The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

11

103327 v6/SF

| LIMITATIONS OF THE '705 PATENT | INFRINGING PRODUCTS |
|---|---|
| (iii)    measuring HIV RNA copy numbers using the products of the PCR of step (iii); | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA. The product labels state that both tests measure the copy number of HIV-1 RNA. This measurement is performed on the product of the PCR amplification of step (ii). The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iv)    comparing the HIV RNA copy numbers in the plasma samples collected during the treatment; and | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The labels for the AMPLICOR Tests further indicate that changes in HIV RNA copy number correlate to the effectiveness of anti-HIV therapy. The method of measuring changes in HIV RNA copy number described by the AMPLICOR Tests' product labels involves comparing pre-and post-therapy copy numbers from plasma samples. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| b) evaluating whether a statistically significant decline in plasma HIV RNA copy numbers exists in evaluating the effectiveness of anti-HIV therapy of a patient. | The FDA approved product labels for AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various circumstances in which changes in copy number correlate to the effectiveness of anti-HIV therapy by providing an indication of disease progression for patients on anti-HIV therapy. The sensitivity of the AMPLICOR test allows for the measurement of statistically significant changes, and Roche instructs patients and physicians to look for statistically significant changes in viral load. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 1. | |
| Claim 5.

The method of claim 1 in which the antiretroviral agent is zidovudine. | Zidovudine is AZT, one of the most commonly used antiretroviral agents. Zidovudine is one of the referenced antiretroviral agents in the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test product labels. The use of the AMPLICOR Tests infringes this element both literally and under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 5. | |

12

103327 v6/SF

| LIMITATIONS OF THE '705 PATENT | INFRINGING PRODUCTS |
|---|---|
| Claim 6.<br><br>The method of claim 1, wherein the presence of a statistically significant decline in plasma HIV RNA copy number correlates positively that the antiretroviral agent is therapeutically effective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various changes in copy number that correlate to the effectiveness of anti-HIV therapy. The AMPLICOR Tests' product labels and Roche's AMPLICOR web site indicate that statistically significant declines in HIV RNA copy number correlate positively with the conclusion that an antiretroviral agent is therapeutically effective. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 6. | |
| Claim 7.<br><br>The method of claim 1, wherein the absence of a statistically significant decline in plasma HIV RNA copy numbers correlates positively that the antiretroviral agent is therapeutically ineffective. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various changes in copy number that correlate to the effectiveness of anti-HIV therapy. The AMPLICOR Tests' product labels and Roche's AMPLICOR web site indicate that the absence of statistically significant declines in HIV RNA copy number correlate positively with the conclusion that an antiretroviral agent is therapeutically ineffective. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 7. | |
| Claim 8.<br><br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (i)     collecting a pre-treatment plasma sample from the HIV-infected patient who is about to be treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a pre-treatment plasma sample is obtained from an HIV-infected patient who is about to be treated with an antiretroviral agent. The AMPLICOR Tests' product labels and the Roche web site expressly discuss the use of the AMPLICOR Tests to monitor the effectiveness of antiretroviral therapy in patients who have not yet begun antiretroviral treatment. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

1033327 v6/SF

| LIMITATIONS OF THE '705 PATENT | INFRINGING PRODUCTS |
|---|---|
| (ii)    collecting a plasma sample after initiation of treatment with an antiretroviral agent and at a time interval sufficient to ascertain the existence of a statistically significant decline in plasma HIV RNA copy numbers; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a post-treatment plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent.  The labels indicate that the AMPLICOR Tests are intended for use in monitoring the effectiveness of antiretroviral treatment wherein HIV RNA levels are measured over the course of treatment.  The AMPLICOR Tests' product labels and the Roche web site discuss the use of the AMPLICOR Tests to monitor the effectiveness of antiretroviral therapy through collection of plasma samples after antiretroviral treatment.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)    amplifying the HIV-encoding nucleic acid in the plasma samples using HIV primers via PCR for about 30 cycles; | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original form and version 1.5) specifies the use of about 30 cycles of PCR for amplification of HIV-encoding nucleic acid from the plasma sample using HIV primers.  The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer is pre-programmed to repeat PCR amplification for about 30 cycles of PCR upon user input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iv)    measuring HIV RNA copy numbers using the products of the PCR of step (iii); | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA.  The product labels state that both tests measure the copy number of HIV-1 RNA.  This measurement is performed on the product of the PCR amplification of step (iii).  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (v)    comparing the HIV RNA copy numbers in the plasma samples collected in the pre-treatment plasma sample and the plasma sample(s) collected after initiation of the treatment; and | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy.  The labels for the AMPLICOR Tests further indicate that changes in HIV RNA copy number correlate to the effectiveness of anti-HIV therapy.  The method of measuring changes in HIV RNA copy number described by the AMPLICOR Tests' product labels involves comparing pre-and post-therapy copy numbers from plasma samples.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

14

1033327 v6/SF

| LIMITATIONS OF THE '705 PATENT | INFRINGING PRODUCTS |
|---|---|
| (vi) evaluating whether a statistically significant decline in plasma HIV RNA copy numbers exists in evaluating the effectiveness of anti-HIV therapy of a patient. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various circumstances in which changes in copy number correlate to the effectiveness of anti-HIV therapy by providing an indication of disease progression for patients on anti-HIV therapy. The sensitivity of the AMPLICOR test allows for the measurement of statistically significant changes, and Roche instructs patients and physicians to look for statistically significant changes in viral load. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 8. | |
| Claim 9.<br><br>The method of claim 8, wherein comparing the HIV RNA copy numbers of step (v) further comprises determining a ratio of HIV RNA copy numbers in the pre-treatment and the post-treatment plasma samples, wherein the ratio being greater than about 7 to 1 correlates positively with the conclusion that the antiretroviral agent is therapeutically effectiveness [sic]. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various circumstances in which changes in copy number correlate to the effectiveness of anti-HIV therapy by providing an indication of disease progression for patients on anti-HIV therapy. For example, a 5 fold change in HIV RNA copy number is identified as providing statistically significant prognostic value regarding the effectiveness of anti-HIV therapy. Because Roche's web site further indicates that changes in viral load of 3 to 1 or less are within the margin of error for standard tests of viral load, a change in viral load of 7 to 1 or greater is indicative of therapeutic efficacy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 9. | |
| Claim 10.<br><br>The method of claim 7, wherein comparing the HIV RNA copy numbers of step (v) further comprises determining a ratio of HIV RNA copy numbers in the pre-treatment and the post-treatment plasma samples, wherein the ratio being greater than about 4 to 1 correlates positively with the conclusion that the antiretroviral agent is therapeutically effectiveness [sic]. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test identify various circumstances in which changes in copy number correlate to the effectiveness of anti-HIV therapy by providing an indication of disease progression for patients on anti-HIV therapy. For example, a 5 fold change in HIV RNA copy number is identified as providing statistically significant prognostic value regarding the effectiveness of anti-HIV therapy. Because Roche's web site further indicates that changes in viral load of 3 to 1 or less are within the margin of error for standard tests of viral load, a change in viral load of 4 to 1 or greater is indicative of therapeutic efficacy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

1O3327 v6rSF

| LIMITATIONS OF THE '705 PATENT | INFRINGING PRODUCTS |
|---|---|
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 10. | |

16

U.S. PATENT 7,129,041

| LIMITATIONS OF THE '041 PATENT | INFRINGING PRODUCTS |
|---|---|
| Claim 1.<br><br>A method of evaluating the effectiveness of anti-HIV therapy of a patient comprising: | This is a non-limiting preamble term. Nevertheless, the FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests are intended for use in monitoring the effects of antiretroviral therapy. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| correlating the presence or absence of detectable HIV-encoding nucleic acid in a plasma sample of an HIV infected patient with an absolute CD4 count, wherein the presence or absence of said detectable HIV-encoding nucleic acid is determined by | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR testing procedures obtain quantitative measurement of HIV-1 viral RNA, thereby revealing the presence or absence of HIV-encoding nucleic acids in the plasma sample of an HIV-infected patient. The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, HIV-encoding nucleic acid in a plasma sample from an HIV-infected patient is measured.<br><br>According to standard practice, CD4 counts are routinely determined in connection with the quantitation of HIV RNA. The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test refer to CD4 count throughout, and the clinical studies cited in both labels correlated the presence of detectable HIV-encoding nucleic acid and CD4 counts with evaluations of the effectiveness of therapy. In describing how the AMPLICOR HIV-1 MONITOR Test should be used, Roche's web site states that viral load results should be used in conjunction with CD4 counts to determine if antiretroviral therapy is effective, with effective treatment shown by the correlation of high CD4 counts with undetectable viral counts and ineffective treatment shown by low CD4 counts with detectable viral counts. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| (i)    collecting a plasma samples [sic] from an HIV-infected patient who is being treated with an antiretroviral agent; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that, when using the AMPLICOR Tests, a plasma sample is obtained from an HIV-infected patient who is being treated with an antiretroviral agent. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |

17

1033327 v6/SF

| LIMITATIONS OF THE '041 PATENT | INFRINGING PRODUCTS |
|---|---|
| (ii)    amplifying HIV-encoding nucleic acid that may be present in the plasma sample using HIV primers via PCR and; | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that both tests involve the amplification of HIV-encoding nucleic acid that may be present using HIV primers via PCR.  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| (iii)    testing for the presence of HIV-encoding nucleic acid sequence in the product of the PCR. | The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test indicate that the AMPLICOR Tests obtain quantitative measurement of HIV-1 viral RNA, thereby revealing the presence of HIV-encoding nucleic acids in the plasma sample.  This measurement is performed on the product of the PCR amplification of step (ii).  The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 1. | |
| Claim 2.<br><br>The method of claim 1, wherein the absence of HIV-encoding nucleic acid and the absolute CD4 count being greater than about 200 cells per cubic millimeter correlate positively with the conclusion that the antiretroviral agent is therapeutically effective. | According to standard practice, CD4 counts are routinely determined in connection with the quantitation of HIV RNA.  The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test refer to CD4 count throughout, and the clinical studies cited in both labels correlated the presence of detectable HIV-encoding nucleic acid and CD4 counts with evaluations of the effectiveness of therapy.  In describing how the AMPLICOR HIV-1 MONITOR Test should be used, Roche's web site states that viral load results should be used in conjunction with CD4 counts to determine if antiretroviral therapy is effective, with effective treatment shown by the correlation of high CD4 counts with undetectable viral counts and ineffective treatment shown by low CD4 counts with detectable viral counts.  Roche's web site instructs that a CD4 count of less than 200 cells per cubic millimeter is significant in determining whether an antiretroviral agent is effective.  The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 2. | |

18

103327 v6/SF

| LIMITATIONS OF THE '041 PATENT | INFRINGING PRODUCTS |
|---|---|
| **Claim 3.**<br><br>The method of claim 1, wherein the presence of HIV-encoding nucleic acid and the absolute CD4 count being less than about 200 cells per cubic millimeter correlate positively with the conclusion that the antiretroviral agent is therapeutically ineffective. | According to standard practice, CD4 counts are routinely determined in connection with the quantitation of HIV RNA. The FDA approved product labels for the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test refer to CD4 count throughout, and the clinical studies cited in both labels correlated the presence of detectable HIV-encoding nucleic acid and CD4 counts with evaluations of the effectiveness of therapy. In describing how the AMPLICOR HIV-1 MONITOR Test should be used, Roche's web site states that viral load results should be used in conjunction with CD4 counts to determine if antiretroviral therapy is effective, with effective treatment shown by the correlation of high CD4 counts with undetectable viral counts and ineffective treatment shown by low CD4 counts with detectable viral counts. Roche's web site instructs that a CD4 count of less than 200 cells per cubic millimeter is significant in determining whether an antiretroviral agent is effective. The use of the AMPLICOR Tests infringe this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 3. | |
| **Claim 4.**<br><br>The method of any one of claims 1–3, wherein the PCR is performed for about 30 cycles. | The FDA approved product label for the AMPLICOR HIV-1 MONITOR Test (in both its original version and version 1.5) specifies the use of about 30 cycles for amplification using PCR. The FDA approved label and materials submitted by Roche to the FDA for the COBAS AMPLICOR HIV-1 MONITOR Test similarly indicate that the COBAS AMPLICOR Analyzer automatically repeats PCR amplification for about 30 cycles of PCR and that this process is pre-programmed to automatically perform this amplification based upon the user's input that the COBAS AMPLICOR HIV-1 MONITOR Test is being used. The use of the AMPLICOR Tests infringes this element literally or under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 4. | |
| **Claim 8.**<br><br>The method of any one of claims 1–3 in which the antiretroviral agent is zidovudine. | Zidovudine is AZT, one of the most commonly used antiretroviral agents. Zidovudine is one of the referenced antiretroviral agents in the AMPLICOR HIV-1 MONITOR Test and the COBAS AMPLICOR HIV-1 MONITOR Test product labels. The use of the AMPLICOR Tests infringes this element both literally and under the doctrine of equivalents. |
| Stanford asserts that manufacture, sale, offer of sale, and/or use of the AMPLICOR Tests directly infringes, contributorily infringes, and induces others to infringe claim 8. | |

103327 v6/SF

19