**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   BOARD OF TRUSTEES OF THE LELAND              No. C 05-04158 MHP
    STANFORD JUNIOR UNIVERSITY,
9                                                **CLERK'S NOTICE**
              Plaintiff(s),                      **(Rescheduling Claim Construction Hearing)**
10
       v.
11
     ROCHE MOLECULAR SYSTEMS, INC et al,
12
              Defendant(s).
13   _____/

14

15        Due to the unavailability of court, the Claim Construction/Markman Hearing in this matter

16   currently set for October 3, 2007 , is hereby rescheduled to **October 12, 2007 , at 10:00 a.m.**

17

18

19                                              Richard W. Wieking
                                                Clerk, U.S. District Court
20

21

22   Dated:  September 28, 2007                  Anthony Bowser, Deputy Clerk to the
                                                 Honorable Marilyn Hall Patel
23                                                      (415) 522-3140

24

25

26

27

28