COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:     (650) 843-5000
Fax:     (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY and Counterclaim
Defendants THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Defendants. <br><br> ROCHE MOLECULAR SYSTEMS, ET AL., <br><br> Counterclaimants, <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY, <br><br> Counterclaim Defendants. | Case No.  C 05 04158 MHP <br><br> **[PROPOSED] ORDER ALLOWING EQUIPMENT AT CLAIM CONSTRUCTION HEARING** <br><br> Date:   October 12, 2007 <br> Time:  2:00 p.m. <br> Courtroom:  15, 18th Floor <br> Judge: Hon. Marilyn Hall Patel |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Dockets.Justia.com

Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS MERIGAN and MARK HOLODNIY hereby submit the following list of equipment to be brought into the courtroom to be used at the claim construction hearing, set to be heard on Friday, October 12, 2007 at 2:00 p.m.:

3 – NEC 17" Flatpanel Display

1 - Elmo HV-5000 XGA Visual Presenter

1 – Sanyo 4000-lumens LCD Projector

1 – Da-Lite 8' Projection Screen

1 – Extron 6x1 Switcher

6 – Extron ADA 6 300 HV

1 – Laptop computer

Miscellaneous Stands, Carts, cables, skirts, etc.

Dated: October 11, 2007                    COOLEY GODWARD KRONISH LLP

by: _____/s/_____
                        Ricardo Rodriguez

Attorneys for Counter Defendants The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy

**IT IS SO ORDERED** that Bill Smith of Advanced Courtroom Technologies and Benjamin G. Damstedt of Cooley Godward Kronish LLP are authorized to bring this equipment into the courtroom.

Dated: _____          _____
                                        MARILYN HALL PATEL
                                        UNITED STATES DISTRICT JUDGE

761204 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED] ORDER ALLOWING EQUIPMENT AT
HEARING
CASE NO. C 05 04158 MHP