1  COOLEY GODWARD KRONISH LLP
   STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
2  RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
   MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA  94306-2155
   Tel:    (650) 843-5000
5  Fax:    (650) 857-0663

6  Attorneys for Plaintiff and Counterclaim Defendant
   THE BOARD OF TRUSTEES OF THE LELAND
7  STANFORD JUNIOR UNIVERSITY and Counterclaim
   Defendants THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Defendants. | Case No.  C 05 04158 MHP<br><br>[PROPOSED] ORDER ALLOWING EQUIPMENT AT CLAIM CONSTRUCTION HEARING<br><br>Date:   October 12, 2007<br>Time:  2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |
|---|---|
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>Counterclaimants,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER ALLOWING EQUIPMENT AT
HEARING
CASE NO. C 05 04158 MHP

Dockets.Justia.com

Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS MERIGAN and MARK HOLODNIY hereby submit the following list of equipment to be brought into the courtroom to be used at the claim construction hearing, set to be heard on Friday, October 12, 2007 at 2:00 p.m.:

    3 – NEC 17" Flatpanel Display

    1 - Elmo HV-5000 XGA Visual Presenter

    1 – Sanyo 4000-lumens LCD Projector

    1 – Da-Lite 8' Projection Screen

    1 – Extron 6x1 Switcher

    6 – Extron ADA 6 300 HV

    1 – Laptop computer

    Miscellaneous Stands, Carts, cables, skirts, etc.

Dated: October 11, 2007    COOLEY GODWARD KRONISH LLP

by:    /s/
Ricardo Rodriguez

Attorneys for Counter Defendants The Board of Trustees of the Leland Stanford Junior University, Thomas Merigan and Mark Holodniy

**IT IS SO ORDERED** that Bill Smith of Advanced Courtroom Technologies and Benjamin G. Damstedt of Cooley Godward Kronish LLP are authorized to bring this equipment into the courtroom.

Dated: 10/12/2007

*IT IS SO ORDERED*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

761204 v1/PA