COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (No. 170085) (nealsc@cooley.com)
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
MICHELLE S. RHYU (No. 212922) (mrhyu@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel:   (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff and Counterclaim Defendant
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY and Counterclaim
Defendants THOMAS MERIGAN and MARK HOLODNIY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>    Defendants. | Case No. C 05 04158 MHP<br><br>[PROPOSED] ORDER ALLOWING EQUIPMENT AT CLAIM CONSTRUCTION HEARING<br><br>Date:    October 12, 2007<br>Time:   2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |
|---|---|
| ROCHE MOLECULAR SYSTEMS, ET AL.,<br><br>    Counterclaimants,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>    Counterclaim Defendants. | |

1  Plaintiff and Counterclaim Defendant THE BOARD OF TRUSTEES OF THE
2  LELAND STANFORD JUNIOR UNIVERSITY and Counterclaim Defendants THOMAS
3  MERIGAN and MARK HOLODNIY hereby submit the following list of equipment to be
4  brought into the courtroom to be used at the claim construction hearing, set to be heard on
5  Friday, October 12, 2007 at 2:00 p.m.:

   3 – NEC 17" Flatpanel Display

   1 - Elmo HV-5000 XGA Visual Presenter

   1 – Sanyo 4000-lumens LCD Projector

   1 – Da-Lite 8' Projection Screen

   1 – Extron 6x1 Switcher

   6 – Extron ADA 6 300 HV

   1 – Laptop computer

   Miscellaneous Stands, Carts, cables, skirts, etc.

Dated: October 11, 2007                COOLEY GODWARD KRONISH LLP

                                       by:  _____/s/_____
                                            Ricardo Rodriguez

                                       Attorneys for Counter Defendants The Board
                                       of Trustees of the Leland Stanford Junior
                                       University, Thomas Merigan and Mark
                                       Holodniy

**IT IS SO ORDERED** that Bill Smith of Advanced Courtroom Technologies and Benjamin G. Damstedt of Cooley Godward Kronish LLP are authorized to bring this equipment into the courtroom.

Dated: 10/12/2007

_____
IT IS SO ORDERED
Judge Marilyn H. Patel

761204 v1/PA

**[PROPOSED] ORDER ALLOWING EQUIPMENT AT HEARING**
1.  CASE NO. C 05 04158 MHP

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO