# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: October 12, 2007

Case No.   C 05-4158  MHP                    Judge: MARILYN H. PATEL

Title:   BOARD OF TRUSTEES of LELAND STANFORD JUNIOR UNIVERSITY
            -v-
         ROCHE MOLECULAR SYSTEMS et al

Attorneys:  Plf:  Ricardo Rodriquez, Benjamin Damstedt, Anthony Patek
            Dft:  Adrian Praetz, Brian Cannon, Charles Chou

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

## PROCEEDINGS

1)   Claim Construction Hearing

2)

3)

## ORDERED AFTER HEARING:

Brief tutorial given by each side; Following claims discussed:

   "Therapeutically effective/ineffective";

   "An Antiretroviral Agent";

   "Measuring the HIV RNA copy number";

   "Presence/absence of detectable HIV-encoding nucleic acid";

Counsel to submit expert testimony and/or within one week re distinctions on Real Time PCR and End Time PCR;