PRUETZ LAW GROUP LLP
  Adrian M. Pruetz (Bar No. 118215)
  ampruetz@pruetzlaw.com
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone:   (310) 321-7640
Facsimile:   (310) 321-7641

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Brian C. Cannon (Bar No. 193071)
  briancannon@quinnemanuel.com
  Tun-Jen Chiang (Bar No. 235165)
  tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendants and Counterclaimants
Roche Molecular Systems, Inc.; Roche Diagnostics Corporation; and Roche Diagnostics Operations, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHE MOLECULAR SYSTEMS, INC., ET AL.<br><br>Defendants.<br><br>ROCHE MOLECULAR SYSTEMS, INC., ET. AL.<br><br>Counterclaimants,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY; THOMAS MERIGAN; AND MARK HOLODNIY,<br><br>Counterclaim Defendants. | CASE NO. C-05-04158 MHP<br><br>**ROCHE'S ELECTRONIC SUBMISSION OF FILE HISTORY DOCUMENT OFFERED AND ACCEPTED INTO EVIDENCE AT OCTOBER 12, 2007 CLAIM CONSTRUCTION HEARING** |

04972/2255049.1

Case No. C-05-04158 MHP
ROCHE'S ELECTRONIC SUBMISSION OF FILE HISTORY DOCUMENT OFFERED AND ACCEPTED INTO EVIDENCE AT OCTOBER 12, 2007 CLAIM CONSTRUCTION HEARING

1    At the October 12, 2007 claim construction hearing Roche offered into evidence a portion of the file history of the patents-in-suit, specifically Stanford's December 17, 1997 "Submission Under 37 C.F.R. § 1.129(a)" from Application No. 08/470,885, produced by Stanford bearing production labels STAN 000995 through STAN 001018.  At the October 12, 2007 hearing, Stanford did not object to this document being offered into evidence.  Roche hereby electronically submits this copy, herein attached as Exhibit A, of the file history submission.

DATED: October 15, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  *s/Brian C. Cannon*
Brian C. Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
Tun-Jen Chiang (Bar No. 235165)
tjchiang@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

PRUETZ LAW GROUP LLP
Adrian M. Pruetz (Bar No. 118215)
ampruetz@pruetzlaw.com
1600 Rosecrans Avenue, 4th Floor
Manhattan Beach, CA 90266
Telephone:   (310) 321-7640
Facsimile:    (310) 321-7641

Attorneys for Defendants and Counterclaimants Roche Molecular Systems, Inc., Roche Diagnostics Corporation, and Roche Diagnostics Operations, Inc.

04972/2255049.1

-2-    Case No. C-05-04158 MHP
ROCHE'S ELECTRONIC SUBMISSION OF FILE HISTORY DOCUMENT OFFERED AND ACCEPTED INTO EVIDENCE AT OCTOBER 12, 2007 CLAIM CONSTRUCTION HEARING