United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>        Plaintiff,<br><br>  v.<br><br>ROCHE MOLECULAR SYSTEMS, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C 05-04158 MHP<br><br>**JUDGMENT** |

      This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendant's motion for summary judgment, and any counterclaims and defenses not previously disposed of by the court in prior rulings being rendered moot,

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: June 10, 2008

                                            MARILYN HALL PATEL
                                            United States District Court Judge
                                            Northern District of California