UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 5, 2010

CASE NUMBER:   **CV 05-04158 MHP**
CASE TITLE:    **Board of Trustees of the Leland Stanford Junior Un-v- Roche Molecular Systems, Inc.**
DATE MANDATE FILED:   1/5/10

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Gina Agustine-Rivas
Case Systems Administrator

Distribution:   CIVIL      -    Counsel of Record

                CRIMINAL   -    Counsel of Record
                                U.S. Marshal (Copy of Mandate)
                                U.S. Probation Office

NDC App-16