1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,

        Plaintiff,

  v.

ROCHE MOLECULAR SYSTEMS, INC., et al.,

        Defendants.

_____/

No. C 05-4158 MHP

**ORDER**

**Re: Dismissal on Remand**

On appeal, the United States Court of Appeals for the Federal Circuit affirmed-in-part and vacated-in-part this court's judgment and remanded this action with instructions to dismiss plaintiff Stanford's claim for lack of standing. *Board of Trs. of the Leland Stanford Jr. Univ. v. Roche Molecular Sys., Inc.*, 583 F.3d 832 (Fed. Cir. 2009). In light of the Federal Circuit's decision and instructions, Stanford's claim is DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

Dated: January 6, 2010

                                 _____
                                 MARILYN HALL PATEL
                                 United States District Court Judge
                                 Northern District of California