UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | No. C 05-4158 MHP |
| Plaintiff, | **ORDER** |
| v. | **Re: Dismissal on Remand** |
| ROCHE MOLECULAR SYSTEMS, INC., et al., | |
| Defendants. | |

On appeal, the United States Court of Appeals for the Federal Circuit affirmed-in-part and vacated-in-part this court's judgment and remanded this action with instructions to dismiss plaintiff Stanford's claim for lack of standing. *Board of Trs. of the Leland Stanford Jr. Univ. v. Roche Molecular Sys., Inc.*, 583 F.3d 832 (Fed. Cir. 2009). In light of the Federal Circuit's decision and instructions, Stanford's claim is DISMISSED WITH PREJUDICE. Judgment shall be entered accordingly.

IT IS SO ORDERED.

Dated: January 6, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California