UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | No. C 05-4158 MHP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROCHE MOLECULAR SYSTEMS, INC., et al., | |
| Defendants. | |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting dismissal of plaintiff's complaint,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: January 6, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California